# ATTACHMENT 1

# ATTACHMENT A

### LIST OF PLAINTIFFS
### CIVIL NO. 1:22-cv-397-LEK-KJM

**PLAINTIFFS FROM ORIGINAL COMPLAINT (AUGUST 31, 2022):**

1. Patrick Feindt, Jr.
2. Patrick Feindt, Jr. as Next Friend to his minor child, P.R.F
3. Patrick Feindt, Jr. as Next Friend to his minor child P.G.F
4. Nastasia Freeman
5. Nastasia Freeman as Next Friend to her minor child, K.F.
6. Nastasia Freeman as Next Friend to her minor child, D.F.
7. Nastasia Freeman as Next Friend to her minor child, N.F.
8. Jamie Simic
9. Jamie Simic as Next Friend to her minor child, M.S.
10. Jamie Simic as Next Friend to her minor child, J.S.

**PLAINTIFFS JOINING FIRST AMENDED COMPLAINT (NOVEMBER 10, 2022):**

11. Kelly Jones
12. Joseph Maben
13. Patricia Maben
14. Barbie Arnold
15. Crystal Arnold
16. Crystal Arnold as Next Friend to her minor child, J.A.A.
17. Crystal Arnold as Next Friend to her minor child, J.E.A.
18. Crystal Arnold as Next Friend to her minor child, J.B.A.
19. Kevin Aubart

20. Saori Aubart
21. Cheryl Mello
22. AnnMarie Boggs
23. AnnMarie Boggs as Next Friend to her minor child, R.B.
24. Adrianna Coberley
25. Adrianna Coberley as Next Friend to her minor child, A.M.
26. Adrianna Coberley as Next Friend to her minor child, J.M.
27. Adrianna Coberley as Next Friend to her minor child, K.M.
28. Adrianna Coberley as Next Friend to her minor child, B.C.
29. Adrianna Coberley as Next Friend to her minor child, O.C.
30. Richelle Dietz
31. Richelle Dietz as Next Friend to her minor child, B.D.
32. Richelle Dietz as Next Friend to her minor child, V.D.
33. Tiffany Flewellen-Reynolds
34. Tiffany Flewellen-Reynolds as Next Friend to her minor child, T.R.
35. Tiffany Flewellen-Reynolds as Next Friend to her minor child, A.R.
36. Jeff Fritz
37. Anayansi Fritz
38. Aitbeth Mudcha
39. Alexander Grow
40. Adriana Grow
41. Adriana Grow as Next Friend to her minor child, At.G.
42. Adriana Grow as Next Friend to her minor child, Au.G.
43. Adriana Grow as Next Friend to her minor child, A.C.G.
44. Sheena Jessup
45. Sheena Jessup, as Next Friend to her minor child, B.B.J.
46. Sheena Jessup, as Next Friend to her minor child, B.J.J.

47. Sheena Jessup, as Next Friend to her minor child, N.J.

48. Sheena Jessup, as Next Friend to her minor child, D.J.

49. Ashley Kirkpatrick

50. Ashley Kirkpatrick as Next Friend to her minor child, D.K.

51. Ashley Kirkpatrick as Next Friend to her minor child, E.K.

52. Audrey Lamagna

53. Audrey Lamagna as Next Friend to her minor child, Au-J.L.

54. Audrey Lamagna as Next Friend to her minor child, Ai-J.L.

55. Isabel Maloon

56. Isabel Maloon as Next Friend to her minor child, M.D.

57. Isabel Maloon as Next Friend to her minor child, K.M.

58. Isabel Maloon as Next Friend to her minor child, L.M.

59. Isabel Maloon as Next Friend to her minor child, A.M.

60. Isabel Maloon as Next Friend to her minor child, P.M.

61. Isabel Maloon as Next Friend to her minor child, C.M.

62. Katherine McClanahan

63. Katherine McClanahan as Next Friend to her minor child, E.M.

64. Brian McClanahan

65. William McClanahan

66. Belinda Miles

67. Belinda Miles as Next Friend to her minor child, W.M.

68. Belinda Miles as Next Friend to her minor child, L.M.

69. Elsa Guerra

70. Kelly Morris

71. Hailey Morris

72. Tiffany Overbaugh

73. Tiffany Overbaugh as Next Friend to her minor child, J.O.

74. Tiffany Overbaugh as Next Friend to her minor child, B.O.
75. Kandyce Perez
76. Kandyce Perez as Next Friend to her minor child, L.P.
77. Kandyce Perez as Next Friend to her minor child, A.P.
78. Kandyce Perez as Next Friend to her minor child, E.P.
79. Kandyce Perez as Next Friend to her minor child, F.P.
80. Harry Pulou
81. Lorelei Pulou
82. Lorelei Pulou as Next Friend to her minor child, V.P.
83. Lorelei Pulou as Next Friend to her minor child, S.P.
84. Lorelei Pulou as Next Friend to her minor child, J.P.
85. Lorelei Pulou as Next Friend to her minor child, H.P.
86. Lorelei Pulou as Next Friend to her minor child, I.P.
87. Lorelei Pulou as Next Friend to her minor child, F.P.
88. Lacey Quintero
89. Lacey Quintero as Next Friend to her minor child, C.J.Q.
90. Lacey Quintero as Next Friend to her minor child, C.E.Q.
91. Joshua Staple
92. Joshua Staple as Next Friend to his minor child, J.S.
93. Joshua Staple as Next Friend to his minor child, G.S.
94. Joshua Staple as Next Friend to his minor child, N.S.
95. Joshua Staple as Next Friend to his minor child, S.S.
96. Joshua Staple as Next Friend to his minor child, K.S.
97. Joshua Staple as Next Friend to his minor child, A.S.
98. Daniel Traina
99. Daniel Traina as Next Friend to his minor child, Z.T.
100. Daniel Traina as Next Friend to his minor child, J.R.

101. Chad Watson
102. Chad Watson as Next Friend to his minor child, M.T.
103. Paige Wheeler
104. Paige Wheeler as Next Friend to her minor child, J.W.
105. Paige Wheeler as Next Friend to her minor child, A.W.
106. Paige Wheeler as Next Friend to her minor child, S.W.
107. Lindsey Wilson
108. Lindsey Wilson as Next Friend to her minor child, L.W.
109. Elizabeth Witt
110. Amanda Zawieruszynski
111. Amanda Zawieruszynski as Next Friend to her minor child, J.Z.
112. Amanda Zawieruszynski as Next Friend to her minor child, V.Z.
113. Amanda Zawieruszynski as Next Friend to her minor child, S.Z.