ELLIOT ENOKI #1528
Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States, Acting
under Authority Conferred by 28 U.S.C. § 515
SYDNEY SPECTOR #11232
Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
ERIC REY, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 616-4224
Fax: (202) 616-4473
Email: eric.a.rey@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al., <br><br>    Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br>    Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM <br><br> UNITED STATES' PARTIAL MOTION TO DISMISS SECOND AMENDED COMPLAINT [ECF NO. 49]; MEMORANDUM IN SUPPORT; CERTIFICATE OF SERVICE <br><br> TRIAL DATE: January 29, 2024 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. Leslie E. Kobayashi |

UNITED STATES' PARTIAL MOTION TO DISMISS
SECOND AMENDED COMPLAINT [ECF NO. 49]

Defendant United States of America hereby moves this Court for an order dismissing Plaintiffs' failure-to-warn claim (part of Counts I & II, Second Am. Compl. ¶¶ 240(g), 254(g)) for lack of subject-matter jurisdiction because the Federal Tort Claims Act's (FTCA) misrepresentation exception retains the United States' sovereign immunity for such a claim. 28 U.S.C. § 2680(h). Plaintiffs' negligent undertaking claim (Count II) also should be dismissed, to the extent it is premised on the enactment of federal statutes because the duty in a FTCA case must arise from state—not federal—law. Finally, 58 of the 113 Plaintiffs' medical negligence claims (Count IV) should be dismissed for failure to state a claim because the Second Amended Complaint lacks sufficient factual allegations that these Plaintiffs were negligently treated or denied medical treatment by U.S. medical personnel.

This Motion is brought pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) and is supported by the attached memorandum and pleadings herein.

This Motion is made following the conference of counsel pursuant to L.R. 7.8, which took place on October 7, 2022, and November 22, 2022.

Dated: December 26, 2022            Respectfully submitted,

                                    BRIAN BOYNTON
                                    Principal Deputy Assistant Attorney
                                    General, Civil Division

VARU CHILAKAMARRI
Deputy Assistant Attorney General
Torts Branch

J. PATRICK GLYNN
Director

CHRISTINA FALK
Assistant Director


/s/ Eric Rey
ERIC REY (DC Bar # 988615)
CAROLINE STANTON
ROSEMARY YOGIAVEETIL
KENNETH PILGRIM
Trial Attorneys
United States Department of Justice
Civil Division, Torts Branch
Environmental Tort Litigation
175 N Street, NE
Washington, DC 20002
Phone: 202-616-4224
E-mail: eric.a.rey@usdoj.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that, on December 26, 2022, a true and correct copy of the foregoing was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

*/s/ Eric Rey*
Eric Rey
