# EXHIBIT 1

# MASTER TIMELINE

**1943** — Facility is activated for use. Red Hill Well is installed - with the pump station entrance 600 feet downgradient from Adit 3 entrance and the well shaft 50 feet from the pump station entrance.
*(PX-1199)*

**JUN 28, 1949** — Commander Leslie Watson submits report informing superiors of the risk of water contamination from operation of the facility.
*(PX-1263)*

**1940s -1990s** — Navy spills over 175,000 gallons of fuel from Red Hill in various releases. The WAI Report estimates close to 2 million gallons of fuel released since the facility's start.
*(PX-1564) (PX-1490)*

**JAN 2008** — Final Groundwater Protection Plan is established by the Navy to mitigate risks associated with future releases from the fuel tanks, including additional tank maintenance and leak detection.
*(PX-1250)*

**AUG 2010** — Naval Audit Service determines that critical elements of the Groundwater Protection Plan are not implemented and recognizes the risk of contamination to the Red Hill Well.
*(PX-1463)*

**JAN 2014** — Navy releases 27,000 gallons of fuel from Tank 5 at the Red Hill facility.
*(JX-42 at 5)*

**MAY 2015**

In the wake of the 2014 spill, Navy and EPA sign an Administrative Order of Consent with the State of Hawaii to protect drinking water through additional safety measures and environmental monitoring.
*(JX-42)*

EPA notes that a piping failure in the lower access tunnels is the greatest risk for a catastrophic release.
*(PX-1282)*

**AUG 2018**

Navy's Integrated Contingency Plan notes that an uncontained spill in the facility can directly contaminate the JBPHH water supply through the well.
*(PX-1200)*

**NOV 12, 2018**

A Navy risk assessment report shows a greater than 27% chance of a sudden release of 1,000 to 30,000 gallons of fuel each year. Extrapolated over 10 years, shows an over 95% chance of such a release.
*(PX-1489)*

**DEC 2018**

Fuel facility personnel request 22 additional pressure indicating transmitters that could warn of "over-pressurization, valve leak, or loss of" fuel at the facility in light of "environmental risk." Government officials fail to approve the request.
*(PX-1128)*

**MARCH 2020**

Navy spills over 7,000 gallons of fuel at Hotel Pier into waters of Pearl Harbor. RH Fuel Director Lieutenant Commander Shannon Bencs raises concerns about lack of transparency and misleading release reports to regulators.
*(Deposition of Shannon Bencs (August 17, 2023, at 59:16-18)*

# 2021

**MAY 6, 2021**

Federal officers violate operations orders and release 20,000 gallons of fuel into the facility, claim no release to the environment without any environmental experts responding to the spill as required. Nearly 20,000 gallons "lost" end up in pipe inappropriately constructed out of plastic instead of steel. Lieutenant Commander Bencs raises red flags again regarding the response and reporting of the May spill; she is relieved of her duties.
*(PX-1079)*

**OCT 26, 2021**

HDOH sends the Navy a Notice of Violation and Order for safety violations at Red Hill Bulk Fuel Storage Facility.
*(JX-0028)*

**NOV 20, 2021**

Fuel is released from fire suppression line when plastic line is struck by the tunnel trolley. Navy On Scene Coordinator does not respond to site of spill.
*(PX-1502)*

Residents call 911, reporting strong smells of fuel in the area.
*(PX-1990)*

**NOV 21**

Navy press release: "the water remains safe to drink."
*(PX-1502)*

**NOV 22**

Navy press release: "the drinking water remains safe."
*(PX-1503)*

**NOV 25**

Thanksgiving

**NOV 27**

First reports of smell in water pour into JBPHH housing manager.
*(JX-0028)*

**NOV 28**

Navy Drinking Water Supervisor visits homes and smells fuel in water.
*(Deposition of Joseph Nehl (May 18, 2023) at 54:21-23)*

Supervisor smells fuel in water tanks.
*(Deposition of Joseph Nehl (May 18, 2023) at 64:22*

Navy officers meet and agree that public should be warned.
*(Deposition of Joseph Nehl (May 18, 2023) at 67:16-25.)*

The well is secured at approximately 7:30 PM.
*(JX-0028)*

10 PM Navy press release: no immediate indication that the water is not safe; no smell at the water tanks.
*(PX-1504)*

**NOV 29**

Tripler advised of fuel spill and asks doctors to look for symptoms.
*(PX-1095).*

By Dec 29, 5,828 residents report to medical with symptoms of fuel exposure.
*(PX-1559)*

Navy distributes messages: "no indication water is not safe," "staff… are drinking the water," and there is "no smell or sign of fuel" at the water tanks.
*(PX-2235)*

HDOH advises not to use water to drink, cook, or for oral hygiene.
*(JX-0005)*

| | |
|---|---|
| **NOV 30** | Navy circulates internal communication plan – water is safe; "no indication" that smell has any connection to NOV 20 release.<br>*(PX-1254)*<br><br>Navy town halls: Rear Admiral claims "we don't know what the source is."<br>*(PX-1533)*<br><br>Navy asks JBPHH residents to flush their water systems.<br>*(JX-0027)* |
| **DEC 1** | Petroleum detected in water at Red Hill Elementary School.<br>*(DX-3003)* |
| **DEC 2** | Army begins evacuation order to personnel in affected areas.<br>*(JX-0028)*<br><br>Navy officials observe fuel stains on wall of Red Hill well, see sheen and smell fuel. That night, issues Press Release saying Navy detected fuel in well.<br>*(JX-0028)*<br><br>Navy reports petroleum detected in Red Hill well.<br>*(JX-0028)* |
| **DEC 3** | Navy reports that Ford Island, Manana, and Kapilina are safe.<br>*(PX-1111)*<br><br>Navy authorizes TLA for residents in affected areas.<br>*(JX-0028)* |
| **DEC 5** | Navy town hall: first admission that fuel in water is from NOV 20 release.<br>*(PX-1532)* |

**DEC 6**  HDOH orders Navy to suspend operations, empty Red Hill underground storage tanks & treat contaminated drinking water.
*(JX-0023)*

**DEC 7**  Navy internally confirms JP-5 in drinking water.
*(JX-0028)*

**DEC 9**  DOH reports diesel levels over 2x limit in Aiea-Hawala shaft.
*(DX-3005)*

**DEC 10**  DHOH reports petroleum levels exceeded environmental action levels by 350X at Red Hill shaft.
*(JX-0024)*

**DEC 20**  Navy begins residential flushing.
*(PX-1554)*

# 2022

**JAN 7 - FEB 10**  CDC/ATSDR Immediate Survey: 86% of participants experienced symptoms.
*(PX-1182)*

**FEB 12, 2022**  Ford Island (A2) Residential Flushing Exceedance.
*(PX-1554)*

**FEB 19**  Hickam Housing Areas (D2) Flushing Exceedances.
*(PX-1554)*

**FEB 22**  3 samples detected a compound over screening level at Radford Terrace.
*(PX-1554)*

| | | |
|---|---|---|
| **MAR 1** | ■ | Navy mails notice of release of JP-5 to all users of water system.<br>*(PX-1135)* |
| **MAR 18** | ■ | DOH announces clearance of all 19 zones on Navy Water System.<br>*(JX-0022)* |
| **MAY 18** | ■ | Navy issues corrected notice.<br>*(PX-1151)* |
| **SEPT 23** | ■ | CDC / ATSDR Follow-Up Survey: 80% of respondents are still experiencing symptoms months after release.<br>*(PX-1185)* |

# 2023

| | | |
|---|---|---|
| **NOV** | ■ | WAI Report Released.<br>*(PX-1490)* |



# 2024

**JAN 9** — DHA announces registry to monitor medical conditions, to be managed by an independent organization.
*(PX-1178)*

**JAN 31** — DHA releases provider letter with recommendations for ongoing symptoms.
*(PX-1242)*

**MAR 20** — DHA updates provider letter to acknowledge ongoing neurological conditions.
*(PX-2394)*

**APR 8** — Dr. John Oh, M.D., Chief of the Occupational and Environmental Health Division of the Defense Health Agency Public hosts event for medical providers. He reports that patients are continuing to report symptoms, including neurological symptoms, and that Red Hill health issues are not going away "any time soon."