# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 22-00397 LEK-KJM |
| CASE NAME: | Patrick Feindt, Jr., v United States of America |
| JUDGE: | Leslie E. Kobayashi    DATE:    12/29/2022 |

COURT ACTION:  EO: COURT ORDER: STRIKING PLAINTIFFS' SECOND AMENDED COMPLAINT; AND DENYING AS MOOT DEFENDANT'S PARTIAL MOTION TO DISMISS SECOND AMENDED COMPLAINT [ECF NO. 24]

Plaintiffs filed their Complaint on August 31, 2022. [Dkt. no. 1.] On November 10, 2022, Plaintiffs filed their First Amended Complaint. [Dkt. no. 24.] On December 1, 2022, Defendant United States of America ("Defendant") filed its Partial Motion to Dismiss Amended Complaint [ECF No. 24] ("Motion to Dismiss Amended Complaint"). [Dkt. no. 44.] On December 13, 2022, Plaintiffs filed their Second Amended Complaint. [Dkt. no. 49.] On December 26, 2022, Defendant filed its Partial Motion to Dismiss Second Amended Complaint [ECF No. 49] ("Motion to Dismiss Second Amended Complaint"). [Dkt. no. 52.]

The Second Amended Complaint was filed without leave of court or the opposing party's written consent, as required by Fed. R. Civ. P. 15(a)(2). Plaintiffs state: "This Second Amended Complaint is filed without leave in accordance with the Report of the Parties' Planning Meeting and Certificate of Service (ECF 16) and Federal Rule of Civil Procedure 15(a)(2)." [Second Amended Complaint at pg. ii n.2.] However, this does not constitute compliance with Rule 15(a)(2). Because Plaintiffs did not comply with the relevant rules in filing their Second Amended Complaint, the Second Amended Complaint is STRICKEN. If Plaintiffs seek to re-file their Second Amended Complaint, they must first either seek leave of court by filing a motion for leave to amend or receive the opposing party's written consent by submitting a stipulation to amend for court approval.

Because the Second Amended Complaint is stricken, Defendant's Motion to Dismiss Second Amended Complaint is DENIED AS MOOT. Defendant's Motion to Dismiss Amended Complaint remains pending, and the briefing schedule for the Motion to Dismiss Amended Complaint remains in effect. See Minute Order - EO: Court Order Setting Briefing Schedule, filed 12/8/22 (dkt. no. 45).

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager