# ATTACHMENT 1

# Attachment 1

## LIST OF PLAINTIFFS
### CIVIL NO. 1:22-cv-397-LEK-KJM

**PLAINTIFFS FROM ORIGINAL COMPLAINT (AUGUST 31, 2022):**

1. Patrick Feindt, Jr.

2. Patrick Feindt, Jr. as Next Friend to his minor child, P.R.F

3. Patrick Feindt, Jr. as Next Friend to his minor child P.G.F

4. Nastasia Freeman

5. Nastasia Freeman as Next Friend to her minor child, K.F.

6. Nastasia Freeman as Next Friend to her minor child, D.F.

7. Nastasia Freeman as Next Friend to her minor child, N.F.

8. Jamie Simic

9. Jamie Simic as Next Friend to her minor child, M.S.

10. Jamie Simic as Next Friend to her minor child, J.S.

**PLAINTIFFS JOINING FIRST AMENDED COMPLAINT (NOVEMBER 10, 2022):**

11. Kelly Jones

12. Joseph Maben

13. Patricia Maben

14. Barbie Arnold

15. Crystal Arnold

16. Crystal Arnold as Next Friend to her minor child, J.A.A.

17. Crystal Arnold as Next Friend to her minor child, J.E.A.

18. Crystal Arnold as Next Friend to her minor child, J.B.A.

19. Kevin Aubart

20.    Saori Aubart

21.    Cheryl Mello

22.    AnnMarie Boggs

23.    AnnMarie Boggs as Next Friend to her minor child, R.B.

24.    Adrianna Coberley

25.    Adrianna Coberley as Next Friend to her minor child, A.M.

26.    Adrianna Coberley as Next Friend to her minor child, J.M.

27.    Adrianna Coberley as Next Friend to her minor child, K.M.

28.    Adrianna Coberley as Next Friend to her minor child, B.C.

29.    Adrianna Coberley as Next Friend to her minor child, O.C.

30.    Richelle Dietz

31.    Richelle Dietz as Next Friend to her minor child, B.D.

32.    Richelle Dietz as Next Friend to her minor child, V.D.

33.    Tiffany Flewellen-Reynolds

34.    Tiffany Flewellen-Reynolds as Next Friend to her minor child, T.R.

35.    Tiffany Flewellen-Reynolds as Next Friend to her minor child, A.R.

36.    Jeff Fritz

37.    Anayansi Fritz

38.    Aitbeth Mudcha

39.    Alexander Grow

40.    Adriana Grow

41.    Adriana Grow as Next Friend to her minor child, At.G.

42.    Adriana Grow as Next Friend to her minor child, Au.G.

43.    Adriana Grow as Next Friend to her minor child, A.C.G.

44.    Sheena Jessup

45.    Sheena Jessup, as Next Friend to her minor child, B.B.J.

46.    Sheena Jessup, as Next Friend to her minor child, B.J.J.

47.  Sheena Jessup, as Next Friend to her minor child, N.J.

48.  Sheena Jessup, as Next Friend to her minor child, D.J.

49.  Ashley Kirkpatrick

50.  Ashley Kirkpatrick as Next Friend to her minor child, D.K.

51.  Ashley Kirkpatrick as Next Friend to her minor child, E.K.

52.  Audrey Lamagna

53.  Audrey Lamagna as Next Friend to her minor child, Au-J.L.

54.  Audrey Lamagna as Next Friend to her minor child, Ai-J.L.

55.  Isabel Maloon

56.  Isabel Maloon as Next Friend to her minor child, M.D.

57.  Isabel Maloon as Next Friend to her minor child, K.M.

58.  Isabel Maloon as Next Friend to her minor child, L.M.

59.  Isabel Maloon as Next Friend to her minor child, A.M.

60.  Isabel Maloon as Next Friend to her minor child, P.M.

61.  Isabel Maloon as Next Friend to her minor child, C.M.

62.  Katherine McClanahan

63.  Katherine McClanahan as Next Friend to her minor child, E.M.

64.  Brian McClanahan

65.  William McClanahan

66.  Belinda Miles

67.  Belinda Miles as Next Friend to her minor child, W.M.

68.  Belinda Miles as Next Friend to her minor child, L.M.

69.  Elsa Guerra

70.  Kelly Morris

71.  Hailey Morris

72.  Tiffany Overbaugh

73.  Tiffany Overbaugh as Next Friend to her minor child, J.O.

74.  Tiffany Overbaugh as Next Friend to her minor child, B.O.

75.  Kandyce Perez

76.  Kandyce Perez as Next Friend to her minor child, L.P.

77.  Kandyce Perez as Next Friend to her minor child, A.P.

78.  Kandyce Perez as Next Friend to her minor child, E.P.

79.  Kandyce Perez as Next Friend to her minor child, F.P.

80.  Harry Pulou

81.  Lorelei Pulou

82.  Lorelei Pulou as Next Friend to her minor child, V.P.

83.  Lorelei Pulou as Next Friend to her minor child, S.P.

84.  Lorelei Pulou as Next Friend to her minor child, J.P.

85.  Lorelei Pulou as Next Friend to her minor child, H.P.

86.  Lorelei Pulou as Next Friend to her minor child, I.P.

87.  Lorelei Pulou as Next Friend to her minor child, F.P.

88.  Lacey Quintero

89.  Lacey Quintero as Next Friend to her minor child, C.J.Q.

90.  Lacey Quintero as Next Friend to her minor child, C.E.Q.

91.  Joshua Staple

92.  Joshua Staple as Next Friend to his minor child, J.S.

93.  Joshua Staple as Next Friend to his minor child, G.S.

94.  Joshua Staple as Next Friend to his minor child, N.S.

95.  Joshua Staple as Next Friend to his minor child, S.S.

96.  Joshua Staple as Next Friend to his minor child, K.S.

97.  Joshua Staple as Next Friend to his minor child, A.S.

98.  Daniel Traina

99.  Daniel Traina as Next Friend to his minor child, Z.T.

100.  Daniel Traina as Next Friend to his minor child, J.R.

101. Chad Watson

102. Chad Watson as Next Friend to his minor child, M.T.

103. Paige Wheeler

104. Paige Wheeler as Next Friend to her minor child, J.W.

105. Paige Wheeler as Next Friend to her minor child, A.W.

106. Paige Wheeler as Next Friend to her minor child, S.W.

107. Lindsey Wilson

108. Lindsey Wilson as Next Friend to her minor child, L.W.

109. Elizabeth Witt

110. Amanda Zawieruszynski

111. Amanda Zawieruszynski as Next Friend to her minor child, J.Z.

112. Amanda Zawieruszynski as Next Friend to her minor child, V.Z.

113. Amanda Zawieruszynski as Next Friend to her minor child, S.Z.