| | |
|---|---|
| LYLE S. HOSODA | 3964-0 |
| KOURTNEY H. WONG | 10827-0 |
| SPENCER J. LAU | 11105-0 |
| THURSTON A. KINO | 11558-0 |

HOSODA LAW GROUP
Attorneys at Law, A Law Corporation
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai`i 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
Email: lsh@hosodalaw.com
khw@hosodalaw.com; sjl@hosodalaw.com

| | |
|---|---|
| KRISTINA S. BAEHR | *Pro Hac Vice* |
| JAMES BAEHR | *Pro Hac Vice* |

Just Well Law, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Email: kristina@well.law; jim@well.law

*Attorneys for the Plaintiffs*

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
ERIC REY, Trial Attorney
Environmental Tort Litigation
Torts Branch, Civil Division
U.S. Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 616-4224
Fax: (202) 616-4473
Email: eric.a.rey@usdoj.gov

*Attorneys for the United States of America*

(*case caption continued on next page*)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:22-cv-00397-LEK-KJM<br><br>STIPULATED EXTENSION OF THE DEADLINE TO JOIN ADDITIONAL PARTIES OR AMEND THE PLEADINGS |

**STIPULATED EXTENSION OF THE DEADLINE TO JOIN ADDITIONAL PARTIES OR AMEND THE PLEADINGS**

The parties hereby stipulate to extend the deadline for "[a]ll motions to join additional parties or to amend the pleadings" from April 4, 2023, to June 6, 2023. *See* ECF No. 58, First Amended Rule 16 Scheduling Order at ¶ 2.

DATED: March 16, 2023

> By /s/ Eric Rey
> ERIC REY
> Trial Attorney
> Environmental Tort Litigation
> Civil Div., U.S. Department of Justice
> Attorney for Defendant
> UNITED STATES OF AMERICA

/s/ Kristina Baehr
KRISTINA BAEHR
Just Well Law, PLLC
Attorney for Plaintiffs

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, March 16, 2023.



Kenneth J. Mansfield
United States Magistrate Judge

Patrick Feindt, Jr. vs. United States of America, The; 1:22-cv-00397-LEK-KJM; "Stipulated Extension of the Deadline to Join Additional Parties or Amend the Pleadings"