UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

**Request for Media Blogging**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Apr 19, 2023, 3:11 pm
Lucy H. Carrillo, Clerk of Court

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: Patrick Feindt vs The United States of America   Case No. 1:22-cv-397

Presiding District or Magistrate Judge: Kenneth J. Mansfield

Media Outlet: Hawaii News Now

Representative(s): Mahealani Richardson

Email Address To Send Completed Request Form: [redacted]

☐ Permission being sought for the following hearing(s): mrichardson@hawaiinewsnow.com   bsalgado@hawaiinewsnow.com

| Date | Time | Hearing Type |
|---|---|---|
| April 20, 2023 | 10AM | Plaintiffs' Response to US motion to Consolidate |
| | | |
| | | |
| | | |

DATED: April 19, 2023   SIGNATURE: /s/

PRINTED NAME: Mahealani Richardson

IT IS SO ORDERED.

☑ APPROVED   ☐ APPROVED AS MODIFIED   ☐ DENIED

DATED: April 19, 2023

Kenneth J. Mansfield
United States Magistrate Judge