ELLIOT ENOKI #1528, Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States, Acting
under Authority Conferred by 28 U.S.C. § 515
SYDNEY SPECTOR #11232, Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
ERIC REY, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 616-4224
Fax: (202) 616-4473
Email: eric.a.rey@usdoj.gov

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:22-cv-397-LEK-KJM<br><br><br>JOINT STIPULATION AS TO PLAINTIFFS' NUISANCE AND NEGLIGENCE CLAIMS; ORDER |

## JOINT STIPULATION AS TO PLAINTIFFS' NUISANCE AND NEGLIGENCE CLAIMS

The parties hereby stipulate to the following to avoid unnecessary discovery and promote early resolution or, if necessary, trial efficiency in this matter (*see* Fed. R. Civ. P. 1):

1.   The United States does not dispute that the November 20, 2021 spill at the Red Hill Bulk Fuel Storage Facility (Red Hill) caused a nuisance for those Plaintiffs who owned or leased residences subject to the Hawaii Department of Health's November 29, 2021 advisory (hereinafter, "Resident Plaintiffs") and this nuisance lasted for as long as this advisory was in effect for each Resident Plaintiff's residence.

2.  The United States does not dispute that, between May 6, 2021, and November 20, 2021, the United States breached its duty of care to the Resident Plaintiffs to exercise ordinary care in the operation of Red Hill, resulting in the May 6, 2021 and November 20, 2021 spills.

3.  The United States does not dispute that, as a result of the aforementioned nuisance or breach, Resident Plaintiffs suffered injuries compensable under the Federal Tort Claims Act (FTCA). The nature and extent of these injuries will be the subject of further discovery.

4.  For purposes of this stipulation, the term "United States" includes individual officers or employees, as well as third-party contractors with whom the United States contracted for products or services.  Stipulating to facts or conclusions about

conduct by "the United States" does not include stipulating to which specific individual(s) or entit(y/ies) was responsible for acting or failing to act on behalf of the United States.  As provided below, any potential claims against such individuals or entities are reserved by the United States.

5.  The parties agree that nothing in this Joint Stipulation is intended to waive in this case or in any other case the United States' (a) right to contest causation and damages with respect to Resident Plaintiffs' negligence or nuisance claims addressed in Paragraphs 1 and 2 above; (b) other defenses, including its right to contest all elements of Resident Plaintiffs' claims not addressed in Paragraphs 1 and 2 above; or (c) potential claims against parties other than the Resident Plaintiffs.

6.  The parties further agree that this Joint Stipulation is for this case only, is not binding on the United States as against individuals or entities other than the Resident Plaintiffs, and is not for use in any other case, claim, proceeding, or matter involving the United States, its agencies, or employees.  The parties agree that they are entering into this Joint Stipulation in lieu and instead of fully litigating the issues addressed above.  If aspects of this Joint Stipulation are presented to the Court for possible incorporation into an Order or Judgment in this case, the United States reserves the right to request from the Court appropriate language limiting the effect of the matters stipulated to herein to this case.

DATED: May 9, 2023

/s/ Kristina Baehr                          /s/ Eric Rey
KRISTINA BAEHR                        ERIC REY
Just Well Law, PLLC                      Trial Attorney
Attorney for Plaintiffs                    Environmental Tort Litigation
                                                       Civil Div., U.S. Dep't of Justice
                                                       Attorney for Defendant
                                                       UNITED STATES OF AMERICA

APPROVED AND SO ORDERED:



                              /s/ Leslie E. Kobayashi
                              Leslie E. Kobayashi
                              United States District Judge

---

*Feindt v. United States*, Civ. No. 22-00397 LEK-KJM, "Joint Stipulation as to Plaintiffs' Negligence and Nuisance Claims; Order"