

<div style="text-align: right;">

**U.S. Department of Justice**

Civil Division, Torts Branch
Environmental Torts

</div>

---

Honorable Kenneth J. Mansfield             May 26, 2023
United States Magistrate Judge
300 Ala Moana Boulevard
Honolulu, HI 96850

    Re:    *Feindt v. United States,* 1:22-cv-397-LEK-KJM
             June 1, 2023 Discovery Hearing

Dear Judge Mansfield,

      On May 26, 2023, the Court scheduled a discovery hearing on June 1, 2023, at 9:30 a.m.  *See* ECF No. 110.  Pursuant to Local Rule 7.9, the United States respectfully requests permission to appear remotely at the hearing.  Counsel is available to appear via telephone via (202) 616-4224 or via videoconferencing.  The United States has conferred with opposing counsel, and they do not oppose the United States appearing remotely.  In accordance with the Local Rule, we submit this request now to provide the Court with as much notice of the request as possible.

<div style="margin-left: 50%;">

Respectfully submitted,

*s/Caroline Stanton*

Caroline Stanton
Trial Attorney, U.S. Department of Justice

</div>