LYLE S. HOSODA          3964-0
KOURTNEY H. WONG        10827-0
SPENCER J. LAU          11105-0
HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone:   (808) 524-3700
Facsimile:   (808) 524-3838
Email: lsh@hosodalaw.com
khw@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR       *Pro Hac Vice*
JAMES BAEHR             *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 693-8029
Email: kristina@well.law; jim@well.law

FREDERICK C. BAKER      *Pro Hac Vice*
JAMES W. LEDLIE         *Pro Hac Vice*
KRISTEN HERMIZ          *Pro Hac Vice*
CYNTHIA A. SOLOMON      *Pro Hac Vice*
SARA O. COUCH           *Pro Hac Vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com

*Attorneys for the plaintiffs*

*(case caption continued on next page)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PATRICK FEINDT, JR. et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM<br>(FEDERAL TORT CLAIMS ACT)<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF SAORI AUBART'S AND ELSA GUERRA'S CLAIMS AGAINST THE UNITED STATES<br><br><br>JUDGE: Hon. Leslie E. Kobayashi<br>TRIAL DATE: March 25, 2024 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF SAORI AUBART'S AND ELSA GUERRA'S CLAIMS AGAINST THE UNITED STATES**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs give notice that Saori Aubart's and Elsa Guerra's claims under the Federal Tort Claims Act brought against the United States in *Feindt v. United States* (No. 22-cv-00397) are dismissed without prejudice. (*See* ECF No.60, No. 22-cv-00397, Second Am. Compl. ¶¶ 237-309). Defendant United States has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiffs notice the voluntary dismissal of Saori Aubart's and Elsa Guerra's claims in this

action, without prejudice. *See* Fed. R Civ. P. 41(a)(1)(B). Each party will bear their own attorney's fees, costs, and expenses in this matter.

DATED:  Honolulu, Hawaiʻi, June 14, 2023.

/s/ *Lyle S. Hosoda*
LYLE S. HOSODA
KOURTNEY H. WONG
SPENCER J. LAU

/s/ *Kristina S. Baehr*
KRISTINA S. BAEHR
JAMES BAEHR

/s/ *Frederick C. Baker*
FREDERICK C. BAKER
JAMES W. LEDLIE
KRISTEN HERMIZ
CYNTHIA A. SOLOMON
SARA O. COUCH

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system on June 14, 2023.

/s/ *Kristina S. Baehr*
Kristina S. Baehr