IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al, <br><br> Plaintiffs, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 1:22-cv-397-LEK-KJM <br> (FEDERAL TORT CLAIMS ACT) <br><br><br> PLAINTIFFS' DESIGNATION OF TESTIFYING EXPERT WITNESSES |

**Plaintiffs' Designation of Testifying Expert Witnesses**

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Plaintiffs designate the following un-retained and retained expert witnesses:

I.     **Non-Retained Expert Witnesses**

1.     Roger Brewer, Ph.D.
       c/o Hawaii State Department of Health
       919 Ala Moana Blvd.
       Honolulu, HI 96814

Dr. Roger Brewer is a senior scientist and environmental hazard assessment specialist with the Hawaii Department of Health.  Dr. Brewer has expertise in regulatory compliance audits, field investigations, contaminant fate and transport modeling and human health and ecological risk assessments.  He received his bachelor's degree in geology from Appalachian State University in Boone, North Carolina in 1984; a master's degree in geology from the University of Tennessee

in Knoxville, Tennessee in 1986; and a doctoral degree in geology from the University of Alabama in Tuscaloosa, Alabama in 1991.  He was post-doctoral student in geology at the University of Nanjing in Nanjing, China from 1991 to 1993.  Dr. Brewer is a registered geologist in California.

Dr. Brewer will provide opinions and testimony regarding the composition of the fuel and other materials that leaked on May 6, 2021, and November 20, 2021, at the Red Hill Bulk Fuel Storage Facility; the volume of fuel and any other materials that subsequently contaminated the JBPHH water system; the response actions to the chemical release on May 6, 2021, and November 20, 2021; the sampling, testing, and analyses conducted with respect to chemical release on May 6, 2021, and November 20, 2021; the health effects and consequences arising from the chemical release on May 6, 2021, and November 20, 2021; and subsequent contamination of the JBPHH water system, as well as any response actions thereto.

Dr. Brewer will provide additional opinions and testimony consistent with those set forth in his: (1) February 2, 2023 Memorandum to Diana Felton, MD, entitled, "Estimates of Contaminant Types and Concentrations in Joint Base Pearl Harbor Hickam Drinking Water System Following November 2021 Release of Jet Fuel from Red Hill Fuel Facility; (2) February 12, 2022 and April 20, 2022, Memorandum to Kathleen Ho entitled, "Recommended Risk-Based Drinking Water Action Levels for Total Petroleum Hydrocarbons (TPH) Associated with Releases

of JP-5 Jet Fuel (revised February 12, 2022)"; and (3) June 2023 Report to the Hawaii Department of Health, entitled, "Exposure Assessment: November 2021 Release of JP-5 Jet Fuel into the Joint Base Pearl Harbor Hickam Drinking Water System."

      2.     John Oh, M.D.
                 Defense Health Agency
                 Occupational and Environmental Health Division
                 7700 Arlington Blvd.
                 Falls Church, VA 22042

Dr. John Oh is the chief of the Defense Health Agency's occupational and environmental

health division. He received his Medical Degree from Pennsylvania State University and completed his residency in internal medicine from Pennsylvania State University.  In 1999, Dr. Oh completed a second residency in Public Health and General Preventive Medicine from Johns Hopkins University.  Following the November 20, 2021 Red Hill fuel spill incident, Dr. Oh was part of a joint health services working group that collaborated with the U.S. Pacific Fleet. Dr. Oh will provide opinions and testimony regarding the public health response to the Red Hill incident and the incident's impact on public health.

Dr. Oh will provide additional opinions and testimony consistent with those set forth in his June 8, 2023 deposition.  For instance, Dr. Oh is expected to testify that (1) all providers of drinking water have a statutory and moral obligation to

provide safe drinking water to the public and to keep the public informed about the quality of drinking water;[1] (2) he is concerned about public health implications when there is a known environmental hazard in drinking water[2]; (3) on November 29, 2021, there was jet fuel in the Joint Base Pearl Harbor-Hickam (JBPHH) public water system[3]; on November 29th, users of the JBPHH water system had the right to know that their water was not safe to drink if the Navy understood that water contamination was a *potential* problem[4]; (4) after the Red Hill incident, there was a large increase in the number of people who were experiencing acute symptoms from jet fuel exposure like nausea, abdominal pain, various rashes, and headaches[5]; (5) the Red Hill incident was clearly a very disruptive event, a very traumatic experience for those affected and it caused people to suffer from acute illnesses[6]; (6) after the Red Hill incident, users of the JBPHH water system were exposed to enough Jet–Propellent 5 (JP–5) contaminated water via ingestion and inhalation to cause acute symptoms from their exposure[7];  (7) On November 29th, the Navy's message to the public "clearly should have been to not use the water"[8];

---

1 Dep. of John Oh, M.D.., pp. 31–32.
2 *Id.* at pp. 38–39.
3 *Id.* at p. 46.
4 *Id.*
5 *Id.* at pp. 53–54.
6 *Id.* at pp. 54, 236–237.
7 *Id.* at p. 57.
8 *Id.* at p. 58.

(8) he "cannot fathom" a situation where there is an acceptable level of Total Petroleum Hydrocarbons (TPH) in a baby bottle[9]; (9) if a public water supplier knows that they are supplying water that exceeds the environmental action level, then they have a duty to inform the public[10]; (10) in a water contamination event, he is concerned about all bodily systems[11]; (11) in the joint health services working group, he saw symptoms that largely corresponded with known symptoms from JP-5 exposure seen in aviation flight workers[12]; (12) he understands why JBPHH water system users would feel betrayed by the Navy, feel angry at the Navy, and feel scared because of the Red Hill incident[13]; (13) it is reasonable for the federal government to spend resources investigating the long term health impact of the Red Hill incident and it is reasonable for JBPHH water system users to be concerned about their own long term health because of the incident[14]; (14) JBPHH water systems users exposed to JP–5 contaminated water experienced a brain injury from the exposure itself or from trauma caused by the exposure[15]; (15) he has "no doubt" that the JBPHH water system users who reported health symptoms in a *September 2022* study conducted by the Hawaii

---

9 *Id.* at p. 59.
10 *Id.* at p. 66.
11 *Id.* at pp. 69–70.
12 *Id.* at p. 70.
13 *Id.* at p. 70–71.
14 *Id.* at p. 74–75.
15 *Id.* at p. 77.

Department of Health (DOH) and the Centers for Disease Control and

Prevention/Agency for Toxic Substances Disease Registry (CDC/ATSDR) were

experiencing "real symptoms" and is "very concerned" by the results of this

study[16]; (16) the Red Hill incident posed an acute risk to human health[17]; (17)

there is enough available data to support the conclusion that for some JBPHH

water system users the Red Hill incident caused a long-term, adverse impact on

their health[18]; (18) if a patient exposed to jet fuel presented at Dr. Oh's clinic, he

would run basic labs, run a complete blood count, run a comprehensive metabolic

profile, and a urinalysis to check for blood and anything else out of the ordinary[19];

(19) acute exposure to jet fuel can cause liver damage, rental damage, skin

problems, headaches, and can exacerbate pre-existing migraines[20]; (20) it is a

"reasonable conclusion" that Plaintiff Nastasia Freeman and her family

experienced acute symptoms attributable to jet fuel exposure[21]; (21) it is

reasonable for Ms. Freeman to be worried her long-term health, her husband's

long-term health, and her children's long-term health because of the Red Hill

---

16 *Id.* at p. 102. The referenced study is available on the DOH website. *See* https://health.hawaii.gov/about/files/2022/11/ATSDR-Follow-Up-Survey-One-Pager.pdf
17 *Id.* at p. 118.
18 *Id.* at pp. 121–122.
19 *Id.* at pp. 173–175.
20 *Id.* at pp. 195, 197–198, 200.
21 *Id.* at pp. 211–213.

incident[22]; and (22) it is "certainly understandable" why JPBHH water system users would still have a lot of concerns about their drinking water after the DOH's water advisory was lifted in March 2022[23]; and (23) he is interested in knowing and monitoring, through the Department of Defense (DOD) registry used to track the long-term health of people affected by the Red Hill incident, whether somebody who used the jet fuel-contaminated water has a greater risk of cancer and neurological conditions (like neurological problems and chronical neurological diseases) than someone not exposed at all.[24]


      3.     Kevin Nakamura, M.D.
               Tripler Army Medical Center
               1 Jarrett White Rd.
               Honolulu, HI 96859

At the time of the Red Hill incident, Dr. Kevin Nakamura was the Chief Medical Officer (CMO) at Tripler Army Medical Center. Dr. Nakamura will provide opinions and testimony regarding the Red Hill incident's impact on public health.

Dr. Nakamura will provide additional opinions and testimony consistent with those set forth in his July 20, 2023 deposition. For instance, Dr. Nakamura is

---

22 *Id.* at pp. 239–240.
23 *Id.* at p. 225.
24 *Id.* at pp. 131–132, 138,

expected to testify that  (1) if a patient presented to Tripler after the Red hill incident with symptoms of vomiting, diarrhea, fever, and skin rashes, a clinician practicing "standard-of-care medicine" would take an intake, they do a medical history and physical examination, and they would create a differential diagnosis based on the symptoms of potential causes, taking into account information such as where the patient was, what they were doing, what they may have been exposed to, what they may have eaten, and if anyone else was around the patient who was sick[25]; (2) according to the Navy and Marine Corp Public Health Center's Medical Surveillance Procedures Manual and Medical Matrix (NMCPHC-TM OM 6260), an occupational medicine physician's examination of a worker exposed to benzene would start with an intake, a medical history, and physical examination with vital signs[26]; and (3) the NMPCPHC-TM OM 6260 would also advise the treating physician to do a complete blood count, a differential while blood count, a platelet count, and also pay special attention to the benzene-exposed worker's central, nervous system, their peripheral nervous system, their abdomen, their liver, their skin, and their immunocompetence.[27]

---

25 Dep. of Kevin Nakamura, M.D. at pp. 44–45.
26 *Id.* at pp. 157, 159–161.
[27] *Id.*

4.      Steven Storage, M.D.
        Amen Clinics, A Medical Corporation
        5363 Balboa Blvd., Suite 100
        Encino, CA 91316

Dr. Steven Storage is a psychiatrist who practices at Amen Clinics. Dr.

Storage graduated from the University of California Berkeley magna cum laude

with a degree in molecular and cell biology and earned his medical degree from the

University of California Los Angeles School of Medicine. He completed his

general psychiatry residency at Stanford Hospital & Clinics and his

child/adolescent psychiatry fellowship at the University of Southern California,

where he served as a Chief Fellow.  Prior to joining Amen Clinics, Dr. Storage was

Clinical Assistant Professor of Psychiatry at USC and worked on a busy inpatient

psychiatric consultation service at Children's Hospital Los Angeles where he also

served on a number of committees and advisory boards. He continues to serve as

Adjunct Clinical Professor of Psychiatry at USC where he mentors child psychiatry

fellows.

Dr. Storage has published several peer-reviewed articles and given

numerous presentations covering a variety of subjects including neuroimaging of

psychiatric disorders, effects of substance use on the brain, anxiety, the effects of

social media on mental health, and psychosomatic medicine.

Following the Red Hill incident, Dr. Storage provided medical treatment and

care to Plaintiff Nastasia Freeman at Amen Clinics. Dr. Storage will provide

opinions and testimony regarding the medical treatment and care he provided to Ms. Freeman and the extent that the injuries/symptoms Ms. Freeman presented with at Amen Clinics are likely attributable to the Red Hill incident.[28]  More specifically, neurological injuries/symptoms like losing gait throughout the day, trouble speaking, dizziness, trouble identifying things, head pressure, numbing sensations in her face, and decreased concentration.[29]

Dr. Storage is expected to testify that, more likely than not, the jet fuel Ms. Freeman was exposed to after the Red Hill incident was a substantial factor in bringing about the neurological injuries/symptoms she presented with at the Amen Clinics.

## II.   <u>Retained Expert Witnesses</u>

1.   Joseph B. Hughes Ph.D., P.E., BCEE, F. AEESP
    c/o Drexel University
    Dept. of Civil, Architectural and Environmental Engineering
    3141 Chestnut Street
    Philadelphia, PA 19104

Dr. Joseph Hughes is a registered professional engineer and is a Diplomat, by Eminence, of the American Academy of Environmental Engineering and

---

[28] *See* Ms. Freeman's Amen Clinics medical records, Bates–Labeled PLAINTIFFS RH 0040127–0040217; *see also* id. at PLAINTIFFS RH 0040140–0040141 (Dr. Storage diagnosing Ms. Freeman with (1) "Anxiety disorder, unspecified"; (2) "Contact with and (suspected) exposure to other hazardous, chiefly nonmedicinal, chemicals"; and (3) "Attention and concentration deficit."))
[29] *See id. at* PLAINTIFFS RH 0040134, 0040197

Science, and Fellow of the Association of Environmental Engineering and Science Professors. He has over two decades of leadership in higher education in both public and private research universities and has technical expertise in engineering, with focus on environmental engineering.

Dr. Hughes received a B.A. in Chemistry from Cornell College in 1986, an M.S. in Civil and Environmental Engineering from the University of Iowa in 1989, and a Ph.D. in Civil and Environmental Engineering from the University of Iowa in 1992.  He holds the position of University Distinguished Professor of Engineering at Drexel University.  Prior to his appointment at Drexel University, he served at Georgia Tech and Rice University.  Dr. Hughes has served as a Science Advisor to the U.S. EPA, Department of Defense, the Department of Energy, and the National Research Council. He published extensively in journals, book chapters, edited books, peer reviewed conference proceedings, and is often invited to address audiences in issues ranging from his research specialties to global issues of sustainability, energy, and the environment.

Dr. Hughes will provide opinions and testimony consistent with those set forth in his expert report, served on all counsel of record in the *Feindt, et al. v. United States* case on July 24, 2023.

2.    Paul E. Rosenfeld, Ph.D.
      Soil/ Water/ Air Protection Enterprise (SWAPE)
      2656 29th Street, Suite 201
      Santa Monica, California 90405

Dr. Rosenfeld is the cofounder and principal environmental scientist and risk assessor at his environmental consulting firm, Soil Water Air Protection Enterprise (SWAPE), founded in 2003, in Santa Monica. He has practiced as an environmental risk and exposure assessor for over 25 years with extensive experience in evaluating the fate and transport of environmental contaminants, risk and exposure assessment of contaminants released from pollution sources, monitoring and modeling of pollution sources that may cause impacts on human health and ecological systems, and evaluation of odorous chemicals.

Dr. Rosenfeld received a B.A. in Environmental Studies from the University of California, Santa Barbara in 1991, an M.S. in Environmental Science from the University of California, Berkeley in 1995, and a Ph.D. in Soil Chemistry from the University of Washington in 1999.  He has taught courses on the subject of environmental health at the University of California, Los Angeles ("UCLA"), presented at professional environmental conferences on various subjects involving environmental contamination and remediation, and have published scientific studies of contaminant fate and transport (CF&T) of odorous chemicals.  He has also co-authored several books concerning environmental contamination and best practices in the chemical industry.  Dr. Rosenfeld previously worked for the United States

12

Navy, where he served as a Remedial Project Manager for the Navy Base Realignment and Closure ("BRAC") Team, South West Division on Treasure Island, California, where he managed sites with environmental contamination concerns and oversaw remediation activities.

Dr. Rosenfeld will provide opinions and testimony consistent with those set forth in his expert report, served on all counsel of record in the *Feindt, et al. v. United States* case on July 24, 2023.

3.   Lacey Keller
     MK Analytics, Inc.
     76 Clermont Avenue, Apt. 1
     Brooklyn, New York, 11205

Lacey Keller is the co-owner and founder of MK Analytics, Inc., a data mining and analytics firm she co-founded in 2021. Prior to that, Ms. Keller served as the Managing Director at Gryphon Strategies where she used data mining and analytics to support due diligence cases, fraud investigations and litigation, including nationwide opiate litigation. Ms. Keller graduated from Washburn University in 2008 with a Bachelor of Business Administration in Economics and a Master of Arts in Economic from New School for Social Research in New York in 2010. Her prior experience includes serving as a Research Analyst at the Service Employees International Union, 32BJ, and Director of Research and Analytics at the New York State Office of the Attorney General's Research & Analytics department.

Ms. Keller will provide opinions and testimony consistent with those set forth in her expert report, served on all counsel of record in the *Feindt, et al. v. United States* case on July 24, 2023.

4.     Steven B. Bird, M.D.
        Department of Emergency Medicine
        University of Massachusetts Medical School
        55 Lake Avenue North
        LA-167
        Worcester, MA 01655

Dr. Bird is a full Professor in the Department of Emergency Medicine at the University of Massachusetts Medical School, where he has worked since 2002.  He is also an Attending Emergency Physician at the University of Massachusetts Medical Center, Marlborough Hospital, and Clinton Hospital.

Dr. Bird is actively involved with numerous professional committees within the University of Massachusetts Medical School and its Department of Emergency Medicine and Division of Medical Toxicology, and in national and international organizations, such as the Society for Academic Emergency Medicine, the American College of Emergency Physicians, and the American College of Medical Toxicology.  He served on the Board of Directors of the Society for Academic Emergency Medicine from 2014-2020 and was President of the Society from 2018-2019.

Dr. Bird is a reviewer for several scientific journals, including the New England Journal of Medicine; Journal of Medical Toxicology; Clinical Toxicology;

Toxicology; JAMA; Annals of Emergency Medicine; Academic Emergency Medicine; and BMC Emergency Medicine. He was a founding editorial board member of the Journal of Medical Toxicology and currently serves on the Editorial Board of Academic Emergency Medicine.

Dr. Bird earned his Bachelor of Science degree in biology in 1991 from Yale University and was awarded his Doctor of Medicine degree by Northwestern University in 1995.  Following medical school, Dr. Bird gained post-graduate training through residencies with the Naval Hospital San Diego (surgery) and the University of Massachusetts Medical School (emergency medicine).  In addition, he completed a two-year fellowship in medical toxicology at the University of Massachusetts Medical School in 2004.  Dr. Bird is certified by the American Board of Emergency Medicine and the American Board of Medical Toxicology.

Dr. Bird will provide opinions and testimony consistent with those set forth in his expert report, served on all counsel of record in the *Feindt, et al. v. United States* case on July 24, 2023.

> 5.    Melissa K. Vargo, M.A., Psy.D
>       354 Uluniu St., Suite 404a
>       Kailua, HI 96734

Dr. Vargo has over twenty years of experience in trauma therapy, is a Certified Forensic Examiner for the State of Hawaii, and previously served as the Chair of the Trauma Informed Model of Care at Hawaii State Hospital.  For the

last ten years, Dr. Vargo has Provided forensic services in the role of court examiner where has performed court-ordered mental evaluations of adults for Circuit and District Courts statewide.  Dr. Vargo graduated from Pacific University in Forest Grove Oregon where she earned her master's and Doctorate degrees in Clinical Psychology.

After completion of her Doctorate degree, she went on to complete her internship at the Center for Multicultural Human Services outside of Washington D.C.  There, she was responsible for writing asylum evaluations, providing trauma therapy and expert witness testimonies within the Federal Court System for asylum seekers who had experienced politically motivated torture and trauma.  For five years, she was the Mental Health Coordinator at St. Mary's Home for Boys where she was responsible for the management of mental health services for at risk youth, individual and family therapy, crisis management, coordination of individualized education plans, school and psychiatric services.  Additionally, she worked extensively with Hospice and Project Quest where she was a bereavement counselor, and where she provided services to individuals diagnosed with advanced stages H.I.V./A.I.D.S., and chronic life challenging illnesses.  Dr. Vargo collaborated with local non-profit organizations and designed and implemented a program for the community focused on an ecological approach to sexual education. Her research has received international awards and recognition, including

publication and sponsorship at the 2010 International A.I.D.S. Conference in Vienna, Austria.

Dr. Vargo will provide opinions and testimony consistent with those set forth in her expert report, served on all counsel of record in the *Feindt, et al. v. United States* case on July 24, 2023.

6.    Kristin Andruska, M.D., Ph.D.
      825 Pollard Road
      Los Gatos, CA 95032

Dr. Kristin Andruska is a practicing physician-scientist with expertise in neurologic and neurodegenerative diseases and is board certified by the American Board of Psychiatry and Neurology, and a fellowship-trained Movement Disorders Specialist. Dr. Andruska currently serves as the head of the California Movement Disorders Center and Chief Scientific Officer of The Neuroscience Research Institute. Dr. Andruska attended the University of Texas at Austin, where she received her undergraduate degree in biology. After graduation she worked as a genetics researcher at the Baylor College of Medicine in Houston, Texas.  She then attended the University of Minnesota as a predoctoral fellow of the National Institute of Health's Medical Scientist Training Program, earning both an MD and a PhD. Dr. Andruska completed her neurology residency at Washington University in Saint Louis, where she also served as its first Chief Resident of Education. She was the recipient of the Irwin Levy Prize for Teaching and the Abdullah M. Nassief Award

for Neurology.  While at Washington University, she researched the molecular and genetic mechanisms of Parkinson disease.  She completed her sub-specialty Movement Disorders Fellowship at Stanford University in 2016.

Dr. Andruska will provide opinions and testimony consistent with those set forth in her expert report, served on all counsel of record in the *Feindt, et al. v. United States* case on July 24, 2023.

      7.     Andrew B. Clark, M.D.
            10 Concord Ave
            Cambridge, MA 02138

Dr. Clark is a licensed physician in the Commonwealth of Massachusetts, and is Board Certified in Psychiatry as well as Child and Adolescent Psychiatry and Forensic Psychiatry.  Dr. Clark is currently an Assistant Professor of Psychiatry at the Boston University School of Medicine, has previously served as the Chief of Outpatient Psychiatry at Boston Medical Center, and is now the Director of Medical Student Education in Psychiatry at Boston Medical Center.

Dr. Clark received his undergraduate degree in biology from Carleton College in 1981, his C.T.S. in Theological Studies in 1982 from Pacific School of Religion, in Berkely, California, and his M.D. from the University of Michigan Medical School, Ann Arbor in 1986, and completed his residency in Child and Adolescent Psychiatry at Harvard Medical School in 1996.  Dr. Clark trained in Pediatrics at Boston City Hospital, and in both Psychiatry and Child and Adolescent Psychiatry

18

at Massachusetts General Hospital. He was on the faculty of Harvard Medical School for 19 years, where he worked as medical director of the Children and the Law Program at Massachusetts General Hospital.

Dr. Clark will provide opinions and testimony consistent with those set forth in his expert report, served on all counsel of record in the *Feindt, et al. v. United States* case on July 24, 2023.

8.    Jason Keifer, M.D.
      Brain Health Hawaii
      4211 Wailae Avenue #203
      Honolulu, HI 96816

Dr. Keifer is the founder, CEO, and medical director of BrainHealth Hawaii. BrainHealth operates five outpatient clinics on Oahu treating military and civilian patients.  BrainHealth's clinics primarily treat depression, anxiety, PTSD, traumatic brain injury, ADHD and autism.  At BrainHealth, Dr. Keifer has maintained elements of primary care medicine, and for many patients, he has fulfilled a primary care role, given his internal medicine training and the frequent medical-neuropsych overlap seen in BrainHealth's patient population and the frequency of follow up appointments (1-4 times per month).  BrainHealth assesses and tracks clinical biomarkers of the medical causes of symptoms encountered, especially overlapping with neurocognitive and neuropsychiatric conditions.  Short and long term outpatient medical management of these conditions includes

tracking metabolic and hormone insufficiencies, and chronic inflammatory conditions.

Dr. Keifer received his Medical Degree from the University of Nebraska College of Medicine, completed his internship in internal medicine at the University of Southern California, and completed his psychiatry residency at the University of California San Diego. Here, Dr. Keifer focused on adult psychiatry with an emphasis on primary care relationships and the role general psychiatrists have with patients.  Following his residency, Dr. Keifer elected further training and completed a fellowship in child and adolescent psychiatry at the University of Hawaii John A. Burns School of Medicine. Dr. Keifer is board certified in Child and Adolescent Psychiatry and General Psychiatry.

Prior to opening his private practice in 2008, Dr. Keifer was the clinical director at the Leeward Oahu and Honolulu Family Guidance Centers, Hawaii State Department of Health.  Dr. Keifer also served as a physician for the men and women serving in the U.S. Army at Schofield in the Barracks Wounded Warrior Battalion, Hawaii, where he gained a deeper understanding of the stressors that military members encounter.

Dr. Keifer will provide opinions and testimony consistent with those set forth in his expert report, served on all counsel of record in the *Feindt, et al. v. United States* case on July 24, 2023.

9.    James L. Spira, PhD
      Pacific Behavioral Health, Ltd.
      P.O. Box 30487
      Honolulu, Hawaii 96820

Dr. James Spira is a licensed psychologist. He is the director of the Pacific

Behavior Health Organization in Honolulu, Hawaii and is a staff psychologist at

the University of California–San Francisco.  At Pacific Behavioral Health, Dr.

Spira served as a treating psychologist for several victims of the Red Hill 2021

water contamination incident, including an active duty physician, a senior Non-

Commission Officer (NCO), several enlisted military personal, and several military

dependents.

Dr. Spira completed his Doctoral Degree in Counseling Psychology at the

University of California–Berkley and received a Master's in Public Health at the

University of California–Berkley.  Dr. Spira completed his internship and

postdoctoral fellowship at Stanford University.

Dr. Spira has served on the faculties of Duke University Medical School, the

University of California–San Diego Medical School, and the University of Hawaii

Medical School.  Dr. Spira was the head of the division of health psychology and

the consultation–liaison in psychiatry at the Naval Medical Center in San Diego.

Dr. Spira also recently served as the director of the U.S. Department of Veteran

Affairs, National Center of PTSD, Pacific Division.

Dr. Spira has served as the president of the Hawaii Psychological Association, the president of the American Academy of Clinical Health Psychology, and as a member of the State of Hawaii Board of Psychology.  Dr. Spira has also trained mental health professionals internationally in methods for treating psychological trauma, behavior methods for improving health, and coping with life–threating illness.

Dr. Spira will provide opinions and testimony consistent with those set forth in his expert report, served on all counsel of record in the *Feindt, et al. v. United States* case on July 24, 2023.

    10.    Garrett C. Hoe
           Garrett C. Hoe, CPA
           4484-B Honokoa Place
           Honolulu, HI 96821

Garrett Hoe is a certified public accountant (CPA) and principal of Garret J. Hoe, CPA. Mr. Hoe has over 20 years of experience providing damage analyses and in-depth financial and accounting analyses in various litigation matters involving fraud and embezzlement, personal injury, bankruptcy, and breach of contract.  Prior to joining Garret J. Hoe, CPA, Mr. Hoe worked in various capacities including as director of operations and business manager, for several telecommunications and transportation companies.

Mr. Hoe earned his Bachelor of Science in History from Oregon State University and completed the Executive Accounting Program at the University of Hawaii.

Mr. Hoe will provide opinions and testimony consistent with those set forth in his expert report, served on all counsel of record in the *Feindt, et al. v. United States* case on July 24, 2023.

11.   Cynthia L. Fricke, RN, BSN, CCM, CLCP, CNLCP
      Island Legal Nurse Consulting, LLC
      637 Ilikai Street
      Kailua, HI 96734

Ms. Fricke is Registered Nurse and Certified Life Care Planner and Nurse Case Manager at Island Legal Nurse Consulting in Honolulu, Hawaii.  She is a Certified Case Manager, Life Care Planner and Nurse Life Care Planner.  She graduated from the University of Hawaii with a Bachelor of Science in Nursing in 1983.  She has over three decades of experience as a critical care staff nurse and over two decades of experience as a legal nurse consultant.

Ms. Fricke will provide opinions and testimony consistent with those set forth in her expert report, served on all counsel of record in the *Feindt, et al. v. United States* case on July 24, 2023.

12.   Margot Burns
      1221 S. Clarkson Street
      Suite 222
      Denver, CO 80210

Ms. Burns owns and operates Margot Burns & Associates, where she provides vocational evaluations and life care planning services since 2005.  Prior to that, Ms. Burns served as a vocational consultant for over two decades. Ms. Burns received her Bachelor of Science in Psychology and English from the University of Wisconsin in 1986 and Master of Science in Rehabilitation Counseling from the University of Wisconsin in 1988.  Ms. Burns received her Certification in Life Care Planning from the University of Florida in 2004 and obtained Professional Coach Training in 2018-2019.  Ms. Burns has certifications as a Rehabilitation Counselor, Certified Life Care Planner, Enneoagram Teacher, and Professional Coach.  She has presented on traumatic brain injuries and life care planning.

Ms. Burns will provide opinions and testimony consistent with those set forth in her expert report, served on all counsel of record in the *Feindt, et al. v. United States* case on July 24, 2023.

Dated: Honolulu, Hawaii,  July 24, 2023.

*/s/ Lyle S. Hosoda*
LYLE S. HOSODA
KOURTNEY H. WONG
SPENCER J. LAU

*/s/ Kristina S. Baehr*
KRISTINA S. BAEHR
JAMES BAEHR
MARY M. NEUSEL

*/s/ Frederick C. Baker*
FREDERICK C. BAKER
JAMES W. LEDLIE
KRISTEN M. HERMIZ
CYNTHIA A. SOLOMON
SARA O. COUCH

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was

served on counsel of record via electronic mail on July 24, 2023.

*/s/ Kristina S. Baehr*
Kristina S. Baehr