FOR OFFICIAL USE ONLY





### NAVFAC HAWAII
## Joint Base Pearl Harbor – Hickam Water System

NAVFAC Hawaii owns and operates a total of 4 potable water systems on the island of Oahu. These systems include Joint Base Pearl Harbor – Hickam (JBPHH), NAVMAG & RTF Lualualei, NCTAMS PAC, and Camp Stover.

The largest of these systems is JBPHH, which includes 3 water sources located at Waiawa, Halawa, and Red Hill. The transmission/distribution system needed to convey water throughout the complex consists of approximately 250 miles of pipelines ranging in size from 4 inches to 42 inches in diameter.

Water is stored in two 6 million gallon (MG) reservoirs located at Halawa. Smaller storage tanks are also located at Red Hill and Camp Smith.

On a daily basis, these three sources provide approximately 12 to 22 MG of potable water to customers throughout JBPHH, which includes over 60,000 personnel (military and civilian), and numerous industrial users. (rev 2018 11 29)



FOR OFFICIAL USE ONLY

JOINT EXHIBIT
JX-0048

JX-0048_00001