ELLIOT ENOKI #1528
Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States, Acting
under Authority Conferred by 28 U.S.C. § 515
SYDNEY SPECTOR #11232
Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
ERIC REY, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 616-4224
Fax: (202) 616-4473
Email: eric.a.rey@usdoj.gov

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR. et al.,<br><br>    Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM<br><br>STIPULATED SECOND AMENDED RULE 16 SCHEDULING ORDER<br><br>TRIAL DATE: March 25, 2024<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Leslie E. Kobayashi |

**STIPULATED SECOND AMENDED RULE 16
SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16(e) and LR 16.3, the Court enters this scheduling conference order:

**TRIAL DATE:**

1. **NON-JURY** trial in this matter will commence before the Honorable Leslie E. Kobayashi, United States District Judge on March 25, 2024, at 9:00 a.m..

**AMENDING PLEADINGS:**

2. All motions to join additional parties or to amend the pleadings shall be filed by April 4, 2023.

**EXPERT WITNESSES:**

3. Each party shall make the disclosures regarding expert witnesses or other witnesses with specialized knowledge as required by Fed. R. Civ. P. 26(a)(2) according to the following schedule:

    a.    Plaintiffs shall comply by July 24, 2023.

    b.    Defendants shall comply by October 9, 2023.

Rebuttal disclosures to a witness identified by another party pursuant to subparagraphs a and b hereinabove shall occur within thirty (30) days after the disclosure by the other party.

**DISCOVERY:**

4. Unless and until otherwise ordered by the Court, the parties shall follow the discovery plan agreed to by the parties herein pursuant to Fed. R. Civ. P. 26(f).

5. Plaintiff Fact Sheets

    a. All Plaintiffs shall complete written discovery in the form of a Plaintiff Fact Sheet ("PFS"). Plaintiffs' counsel shall also submit authorizations for the release of records specified in the PFS and any documents specified in the PFS which are in Plaintiffs' possession, custody, or control (as those words are used in Rule 34(b)). The Parties have agreed to the form of a PFS and accompanying releases.

    b. Plaintiffs shall submit completed PFS and authorizations on a rolling basis, but no later than February 3, 2023.

6. Bellwether Plaintiff Group

    a. The Parties agree and the Court finds that implementing a bellwether process is the most efficient, fair, and practical method for litigating these claims. See Manual Complex Lit. § 22.312 (4th ed.). Use of a bellwether process will enable the parties to select a representative sample of plaintiffs to proceed through full discovery and trial and then use those test cases to help narrow the issue and resolve other cases. See Manual Complex Lit. § 22.315 (4th ed.). To effectuate the bellwether process, the parties agree to—and the Court orders them to adhere to—the following process:

    b. The Parties shall select six of the thirty-one families listed in the Second Amended Complaint, ECF 49, to serve as Bellwether Plaintiffs.[1] All plaintiff members of the selected families will be Bellwether Plaintiffs.

    c. Selection Process:

- After the Court enters this Order, the Parties shall select the first (2) Bellwether Plaintiffs by random

3

selection.

• By March 3, 2023, each Party shall select two additional Bellwether Plaintiff families in the following order: (1) 1 selection by Plaintiffs; (2) 1 selection by Defendant; (3) 1 selection by Plaintiffs; (4) 1 selection by Defendant.

d. Bellwether Plaintiffs shall be subject to full discovery, including deposition. At this time, all other Plaintiffs shall be subject only to Plaintiff Fact Sheets.

e. The trial date and all pretrial deadlines set by the Court shall apply only to the Bellwether Plaintiffs.

f. The Parties agree that while the results of the Bellwether Plaintiffs' claims shall not be binding on any other Plaintiff, the Parties will work in good faith to use the Bellwether Cases to resolve issues common to all cases and to evaluate similar claims. *See In re Chevron U.S.A., Inc.*, 109 F.3d 1016, 1019 (5th Cir. 1997) ("If a representative group of claimants are tried to verdict, the results of such trials can be beneficial for litigants who desire to settle such claims by providing information on the value of the cases as reflected by the jury verdicts."); *see also In re Hanford Nuclear Rsrv. Litig.*, 534 F.3d 986, 1008 (9th Cir. 2008) ("We recognize that the results of the Hanford bellwether trial are not binding on the remaining plaintiffs.").

7.      Discovery Limitations

The Parties agree to modify the discovery limits set out in the Federal Rules of Civil Procedure for this Bellwether process as follows:

a. The Parties shall be entitled to serve 50 Requests for

Admissions, as provided in Fed. R. Civ. P. 36.

b. The Parties further agree that all written discovery requests may be directed at more than one Bellwether Plaintiff.

8. Deadlines

a. Pursuant to Fed. R. Civ. P. 16(b)(3) and LR 16.2(a)(6), the fact discovery deadline shall be September 5, 2023, and the expert discovery deadline shall be November 15, 2023. Unless otherwise permitted by the Court, all discovery pursuant to Federal Rules of Civil Procedure, Rules 26 through 37 inclusive must be completed by these discovery deadlines.

b. Unless otherwise permitted by the Court, all discovery motions and conferences made or requested pursuant to Federal Rules of Civil Procedure, Rules 26 through 37 inclusive of LR 26.1, 26.2, and 37.1 shall be filed no later than October 16, 2023.

**MOTIONS:**

9. Dispositive motions shall be filed by November 15, 2023.

10. All other non-dispositive motions including any motion requiring an evidentiary hearing (including *Daubert* motions) shall be filed by January 15, 2024. This deadline does not include motions in limine or discovery motions. Motions in limine shall be filed by February 26, 2024. Any opposition memorandum to a motion in limine shall be filed by March 4, 2024.

**SETTLEMENT:**

11. A settlement conference shall be held on December 18, 2023, at 11:00 a.m. in Chambers of Magistrate Judge Kenneth J. Mansfield before the

Honorable Kenneth J. Mansfield, United States Magistrate Judge.

12. Each party shall deliver to the presiding Magistrate Judge a confidential settlement conference statement by December 11, 2023. The parties are directed to LR 16.5(b) for the requirements of the confidential settlement conference statement.

13. The parties shall exchange written settlement offers and meet and confer to discuss settlement before the date on which settlement conference statements are due.

**TRIAL AND FINAL PRETRIAL:**

14. A Telephonic final pretrial conference shall be held on February 20, 2024, at 9:45 AM before the Honorable Kenneth J. Mansfield, United States Magistrate Judge.

15. Pursuant to LR 16.4, each party herein shall serve and file a separate final pretrial statement by February 13, 2024.

16. By February 27, 2024, the parties shall pre-mark for identification all exhibits and shall exchange or, when appropriate, make available for inspection all exhibits to be offered, other than for impeachment or rebuttal, and all demonstrative aids to be used at trial.

17. By March 4, 2024, each party shall serve and file a final comprehensive witness list indicating the identity of each witness that the party will call at trial and describing concisely the substance of the testimony to be given and the estimated time required for the testimony of the witness on direct examination.

18. The parties shall make arrangements to schedule the attendance of

witnesses at trial so that the case can proceed with all due expedition and without any unnecessary delay.

19. The party presenting evidence at trial shall give notice to the other party the day before of the names of the witnesses who will be called to testify the next day and the order in which the witnesses will be called.

20. The parties shall meet and confer regarding possible stipulations to the authenticity and admissibility of proposed exhibits by March 4, 2024.

21a. By March 4, 2024, the parties shall serve and file statements designating excerpts from depositions (specifying the witness and page and line referred to) to be used at trial other than for impeachment or rebuttal.

   b. Statements counter-designating other portions of depositions or any objections to the use of depositions shall be served and filed by March 11, 2024.

22. By March 11, 2024, each party shall serve and file a trial brief on all significant disputed issues of law, including foreseeable procedural and evidentiary issues, setting forth briefly the party's position and the supporting arguments and authorities.

23. By March 11, 2024 the parties shall file any objections to the admissibility of exhibits. Copies of any exhibits to which objections are made shall be attached to the objections.

24a. The original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court by March 18, 2024.

   b. A thumb drive of all exhibits shall be submitted to the Court by March 18, 2024.

25. (RESERVED)

26. (RESERVED)

27. (RESERVED)

28. A final pretrial conference shall be held on March 12, 2024, at 10:00 AM in Aha Nonoi before the Honorable Leslie E. Kobayashi, United States District Judge.

**PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:**

29. Each party shall serve and file proposed findings of fact and conclusions of law by March 18, 2024.

STIPULATED AND AGREED TO BY:

/s/ Maggie Neusel (with permission)  
Maggie Neusel  
Just Well Law, PLLC  
Attorney for Plaintiffs

/s/ Eric Rey  
Eric Rey  
Trial Attorney, U.S. Dep't of Justice  
Attorney for Defendant

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 8, 2023.

Kenneth J. Mansfield  
United States Magistrate Judge

Patrick Feindt, Jr. vs. United States of America, The; 1:22-CV-00397-LEK-KJM; Stipulated Second Amended Rule 16 Scheduling Order