**Bernie Aurio**

| | |
|---|---|
| **From:** | Kristina Baehr <kristina@well.law> |
| **Sent:** | Wednesday, September 13, 2023 10:45 AM |
| **To:** | Caroline W. |
| **Cc:** | Bernie Aurio; Eric A.; Sydney; Rosemary C.; Marianne F; Kenneth A; jim@well.law; maggie@well.law; Lyle S. Hosoda; Fred Baker |
| **Subject:** | Re: Feindt v. United States, 22-cv-397 - Request for Letter Briefing Schedule |

**CAUTION - EXTERNAL:**

Ms. Aurio—

Our apologies to bother the Court with this issue. The Government's summary below is not accurate. I am out of town and offered to confer on Friday when I return. This is not an emergency, and we did not refuse to confer.

If the government intends to move to continue, we believe they should do so by motion so that we can review their arguments and respond accordingly. At this point, the government has demanded continuances on so many occasions in communications to the plaintiffs that we are unsure as to exactly what they are arguing this time. We are more than happy to confer, and we will. We have often found compromise to prevent delay, and we are hopeful that we can do so again.

Thank you,

Kristina

**Kristina Baehr**
Founder
512-714-6919

kristina@well.law | LinkedIn


Just Well Law | Recover Well


On Wed, Sep 13, 2023 at 1:33 PM, Caroline W. <Caroline.W.Stanton@usdoj.gov> wrote:

> Ms. Aurio,
>
> Pursuant to Local Rule 37.1(c)(1), the United States requests that the Court set a deadline for expedited letter briefs regarding the need for an extension of all unexpired deadlines in *Feindt v. United States*, 22-cv-397-LEK-KJM. The United States seeks an extension due to Plaintiffs' discovery delays, and we understand that Plaintiffs oppose any extension. The United States sought to meet and confer with Plaintiffs and proposed simultaneous submittal of letter briefs on Friday, September 15, so that the matter may be addressed at next Tuesday's hearing before Judge Mansfield. Plaintiffs declined to meet and confer prior to Friday or to discuss a briefing schedule. In the interest of

judicial economy, we respectfully request a letter brief deadline for simultaneous briefing that will permit Judge Mansfield to address the dispute at next Tuesday's hearing.

Best regards,

Caroline Stanton

Trial Attorney

United States Department of Justice, Civil Division

Environmental Tort Litigation

(202) 307-0554

caroline.w.stanton@usdoj.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.