# MINUTE ORDER

CASE NUMBER:     CIVIL NO. 22-00397-LEK-KJM

CASE NAME:       Patrick Feindt, Jr. et al., vs. United States of America, The

JUDGE:   Leslie E. Kobayashi     DATE:     09/26/2023

COURT ACTION: EO:   COURT ORDER DENYING DEFENDANT UNITED STATES OF AMERICA'S PARTIAL MOTION TO DISMISS FOURTH AMENDED COMPLAINT

On June 13, 2023, Plaintiffs filed their Fourth Amended Complaint. [Dkt. no. 121.] On June 27, 2023, Defendant United States of America ("Defendant") filed its Partial Motion to Dismiss Fourth Amended Complaint [ECF NO. 121] ("Motion to Dismiss Fourth Amended Complaint"). [Dkt. no. 129.] A briefing schedule and hearing date were set for the Motion to Dismiss Fourth Amended Complaint. See Minute Order - EO: Court Order Setting Briefing Schedule, filed 6/27/23 (dkt. no. 130). This Court subsequently elected to decide the motion to dismiss without a hearing. See EO, filed 9/15/23 (dkt. no. 170). On September 22, 2023, Plaintiffs filed an Opposed Motion to Correct Their Fourth Amended Complaint ("Motion to Correct"). [Dkt. no. 174.] A hearing date is set for the Motion to Correct on November 16, 2023 before the magistrate judge. [Dkt. no. 176.]

In light of the filing of the Motion to Correct, the briefing schedule for the Motion to Dismiss Fourth Amended Complaint is VACATED. Defendant's Motion to Dismiss Fourth Amended Complaint is DENIED without prejudice to refiling the motion to dismiss, if the magistrate judge denies the Motion to Correct. In this instance, Defendant is granted leave to refile the Motion to Dismiss Fourth Amended Complaint by filing a one-page notice reinstating the motion. If the magistrate judge grants the Motion to Correct and allows Plaintiffs to file a fifth amended complaint, Defendant must file a new motion to dismiss addressing the fifth amended complaint.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager