ELLIOT ENOKI #1528
Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States, Acting
under Authority Conferred by 28 U.S.C. § 515
SYDNEY SPECTOR #11232
Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
ERIC REY, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 616-4224
Fax: (202) 616-4473
Email: eric.a.rey@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

PATRICK FEINDT, JR., et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

CIVIL NO. 22-cv-00397-LEK-KJM

UNITED STATES' NOTICE REINSTATING PARTIAL MOTION TO DISMISS FOURTH AMENDED COMPLAINT; CERTIFICATE OF SERVICE

TRIAL DATE: March 25, 2024
TIME: 9:00 a.m.
JUDGE: Hon. Leslie E. Kobayashi

UNITED STATES' NOTICE REINSTATING
PARTIAL MOTION TO DISMISS FOURTH AMENDED COMPLAINT

Pursuant to this Court's September 26, 2023 Order (ECF No. 178), the United States hereby requests that its Partial Motion to Dismiss the Fourth Amended Complaint (ECF No. 129) be reinstated because Plaintiffs have withdrawn their Opposed Motion to Correct Their Fourth Amended Complaint (ECF Nos. 174 & 185).

Dated: October 23, 2023

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director

CHRISTINA FALK
Assistant Director

/s/ Eric Rey
ERIC REY (DC Bar # 988615)
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Environmental Tort Litigation
1100 L Street, NW
Washington, DC 20005
Phone: 202-616-4224
E-mail: eric.a.rey@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that, on October 23, 2023, a true and correct copy of the foregoing was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

*/s/ Eric Rey*
Eric Rey