LYLE S. HOSODA          3964-0
KOURTNEY H. WONG        10827-0
SPENCER J. LAU          11105-0
HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone:   (808) 524-3700
Facsimile:    (808) 524-3838
Email: lsh@hosodalaw.com
khw@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR       *Pro Hac Vice*
JAMES BAEHR             *Pro Hac Vice*
MARY M. NEUSEL          *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Email: kristina@well.law; jim@well.law; maggie@well.law

FREDERICK C. BAKER      *Pro Hac Vice*
JAMES W. LEDLIE         *Pro Hac Vice*
KRISTEN HERMIZ          *Pro Hac Vice*
CYNTHIA A. SOLOMON      *Pro Hac Vice*
SARA O. COUCH           *Pro Hac Vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com

*Attorneys for the plaintiffs*

*(case caption continued on next page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PATRICK FEINDT, P. G. F., P. R. F.,
NASTASIA FREEMAN, K. F., D. F., N.
F., JAMIE SIMIC, M. S., J. S., JANE
AND JOHN DOES 1000, KELLY
JONES, JOSEPH MABEN, PATRICIA
MABEN, BARBIE ARNOLD,
CRYSTAL ARNOLD, J. A. A., J. E. A.,
J. B. A., J. R. A., KEVIN AUBART,
CHERYL MELLO, ANNMARIE
BOGGS, R. B., ADRIANNA
COBERLEY, A. M., J. M., K. M., B. C.,
O. C., RICHELLE DIETZ, B. D., V. D.,
TIFFANY FLEWELLEN-REYNOLDS,
T. R., A. R., JEFF FRITZ, ANAYANSI
FRITZ, AITBETH MUDCHA,
ALEXANDER GROW, ADRIANA
GROW, AT. G., AU. G., A. C. G.,
SHEENA JESSUP, B. B. J., B. J. J., N.
J., D. J., ASHLEY KIRKPATRICK, D.
K., E. K., AUDREY LAMAGNA, AU-J.
L., AI-J. L., ISABEL MALOON, M. D.,
L. M., P. M., C. M., KATHERINE
MCCLANAHAN, E. M., BRIAN
MCCLANAHAN, WILLIAM
MCCLANAHAN, BELINDA MILES,
W. M., KELLY MORRIS, HAILEY
MORRIS, TIFFANY OVERBAUGH, J.
O., B. O., KANDYCE PEREZ, L. P., A.
P., E. P., F. P., HARRY PULOU,
LORELEI PULOU, V. P., S. P., J. P., H.
P., I. P., LACEY QUINTERO, C. J. Q.,
C. E. Q., JOSHUA STAPLE, G. S., N.
S., S. S., K. S., A. S., DANIEL
TRAINA, Z. T., J. R., CHAD WATSON,
M. T., PAIGE WHEELER, J. W., A. W.,
S. W., LINDSEY WILSON, L. W.,

1:22-CV-00397-LEK-KJM

THIRD STIPULATED AMENDED
RULE 16 SCHEDULING ORDER

ELIZABETH WITT, AMANDA
ZAWIERUSZYNSKI, J. Z., V. Z., S. Z.,
MARK ANDERSON, CHRIS MARIE
ANTON, C. C., M. C., Z. C., BEEBEE
BRIGGS, L. J., I. J., X. J., AURORA
BRIGGS-LINNEN, VICKIE BRIGGS,
NEIL BRIGGS, CHERYL BURNESS,
N. B., M. B., ALISON CAMERON, E.
C., DEVON CONNAROE, L. C., T. C.,
ELIZABETH COTNER, JOEY CUA,
ALISHA CUA, KA. C., KE. C., S. C.,
TARA DAVIS, TIFFANY DELUCA,
DANNY EDRINGTON, ANNA
MARTIN, SAMANTHA FAULDS, U.
F., S. F., C. F., BRITTNEE FERRELL,
RACHEAL KINCAIDE, SARAH
GONZALES, C. G., M. G., KYLIE
GONZALES, LARISSA GREENDAHL,
E. G., O. G., BRITTANY HAMPTON,
SH. H., SU. H., SL. H., SA. H., MEGAN
HERNANDEZ, K. H., M. H., C. H.,
SHAWN HUNKINS, ANDREA
HUNKINS, A. H., E. H., NATALIA
RODRIGUEZ, KAI INGRAM, EMILY
INGRAM, M. S. I., M. J. I., JENNIFER
JURSINIC, M. J., LISA KEENEY,
ROBERT KLINEHOFFER, SANDRA
KLINEHOFFER, ELIZABETH
KRUER, M. K., L. K., G. K., PAYTON
LAMB, K. L., SCOTT LATTIMER,
CHRISTINE LATTIMER,
JACQUELYN LUECKING, O. L., R. L.,
CHERYL MAKUA,
KEKAINOAIKALAI MAKUA,
KAINOA, KIARA MAKUA,
KATHLEEN MARSHALL, G. M., R.
M., D. M., KRISTIN MCCLAIN,
SAMANTHA MCCOY, T. M., TYLER
MCNAMEE, S. M., VERNA-MARIAH
MENENDEZ, M. M., BRIDGET

2

MERANCIO, Q. M., N. M., PETER
MOELLENBERNDT, LAURA
MOELLENBERNDT, SERENA
ONGARO, N. O., M. O., CARINA
PEOPLES, M. P., C. P., SHANE PEREZ,
ARIEL RADER, E. R., H. R.,
STEFANIE REILING, CHRISTINE
ROBERTS, A. C., ALFREDO
SAGUCIO, DORIS SAGUCIO, V. R.,
CHEYENNE SCHAEFER, C. E., R. S.,
STACEY SCOTT, E. S., B. S.,
MELISSA SEIBERT, BE. S., BI. S., ES.
S., EV. S., H. S., W. S., V. S., ALIM
SHABAZZ, CYDNEY SHABAZZ, A.
W. S., A. C. S., A. E. S., CHRISTINE
SNOKE, D. S., T. S., JONATHAN
TICHEPCO, J. J. T., J. M. T., CHERYL
TORRES, SA. T., SO. T., SERENYTI
BALDONADO, NORINE
TUCKRINGWALT,
K. R., MELANIE VAN
DEVENDER, L. V., P. V., S. V.,
TRA'LENA WATSON, K. W., D. W.,
ASHLEY WENMOTH, JESSICA
WENMOTH, L. C. W., L. G. W.,
REBECCA ZIMMERMAN,

              Plaintiffs,

     vs.

UNITED STATES OF AMERICA, THE,

         Defendant.

## <u>THIRD STIPULATED AMENDED RULE 16 SCHEDULING ORDER</u>

Pursuant to Fed. R. Civ. P. 16(e) and LR 16.3, the Court enters this scheduling conference order:

**TRIAL DATE:**

1.      **NON-JURY** trial in this matter will commence before the Honorable Leslie

E. Kobayashi, United States District Judge on April 22, 2024, at 9:00 a.m.

**AMENDING PLEADINGS:**

2.      All motions to join additional parties or to amend the pleadings shall be filed

by April 4, 2023.

**EXPERT WITNESSES:**

3.      Each party shall make the disclosures regarding expert witnesses or other

witnesses with specialized knowledge as required by Fed. R. Civ. P. 26(a)(2)

according to the following schedule:

      a.      Plaintiffs shall comply by July 24, 2023. Plaintiffs' expert Ms.

Margot Burns shall supplement her reports by October 24, 2023.

      b.      Defendants shall comply by October 9, 2023, except for those

witnesses conducting Rule 35 examinations, which shall be due in accordance with

the Rule 35 Protocol, ECF No. 147. The Rule 26(a)(2) report of any defense expert

responding to Dr. Bird or Ms. Burns shall be due November 3, 2023.

Rebuttal disclosures to a witness identified by another party pursuant to

subparagraphs a and b hereinabove shall occur within thirty (30) days after the

disclosure by the other party.

## DISCOVERY:

**4.**    Unless and until otherwise ordered by the Court, the parties shall follow the discovery plan agreed to by the parties herein pursuant to Fed. R. Civ. P. 26(f).

**5.    Plaintiff Fact Sheets**

**a. All Plaintiffs shall complete written discovery in the form of a Plaintiff Fact Sheet ("PFS"). Plaintiffs' counsel shall also submit authorizations for the release of records specified in the PFS and any documents specified in the PFS which are in Plaintiffs' possession, custody, or control (as those words are used in Rule 34(b)). The Parties have agreed to the form of a PFS and accompanying releases.**

**b.    Plaintiffs shall submit completed PFS and authorizations on a rolling basis, but no later than February 3, 2023.**

**6.    Bellwether Plaintiff Group**

**a. The Parties agree and the Court finds that implementing a bellwether process is the most efficient, fair, and practical method for litigating these claims. See Manual Complex Lit. § 22.312 (4th ed.). Use of a bellwether process will enable the parties to select a representative sample of plaintiffs to proceed through full discovery and trial and then use those test cases to help narrow the issue and resolve other cases. See Manual Complex Lit. § 22.315 (4th ed.). To effectuate the bellwether process, the parties agree**

to—and the Court orders them to adhere to—the following process:

b.     The Parties shall select six of the thirty-one families listed in the Second Amended Complaint, ECF 49, to serve as Bellwether Plaintiffs. All plaintiff members of the selected families will be Bellwether Plaintiffs.

c.  Selection Process:

- After the Court enters this Order, the Parties shall select the first (2) Bellwether Plaintiffs by random selection.
- By March 3, 2023, each Party shall select two additional Bellwether Plaintiff families in the following order: (1) 1 selection by Plaintiffs; (2) 1 selection by Defendant; (3) 1 selection by Plaintiffs; (4) 1 selection by Defendant.

d.     Bellwether Plaintiffs shall be subject to full discovery, including deposition. At this time, all other Plaintiffs shall be subject only to Plaintiff Fact Sheets.

e.     The trial date and all pretrial deadlines set by the Court shall apply only to the Bellwether Plaintiffs.

f.     The Parties agree that while the results of the Bellwether Plaintiffs' claims shall not be binding on any other Plaintiff, the Parties will work in good faith to use the Bellwether Cases to resolve issues common to all cases and to evaluate similar claims. See In re Chevron U.S.A., Inc., 109 F.3d 1016, 1019 (5th Cir. 1997) ("If a representative group of claimants are tried to verdict, the results of such trials can be beneficial for litigants who desire to

settle such claims by providing information on the value of the cases as reflected by the jury verdicts.); *see also In re Hanford Nuclear Rsrv. Litig.,* 534 F.3d 986, 1008 (9th Cir. 2008) ("We recognize that the results of the Hanford bellwether trial are not binding on the remaining plaintiffs.").

7.  **Discovery Limitations**

The Parties agree to modify the discovery limits set out in the Federal Rules of Civil Procedure for this Bellwether process as follows:

a.  **The Parties shall be entitled to serve 50 Requests for Admissions, as provided in Fed. R. Civ. P. 36.**

b.  **The Parties further agree that all written discovery requests may be directed at more than one Bellwether Plaintiff.**

8.  **Deadlines**

a.  **Pursuant to Fed. R. Civ. P. 16(b)(3) and LR 16.2(a)(6), the fact discovery deadline shall be September 5, 2023, and the expert discovery deadline shall be November 30, 2023. Unless otherwise permitted by the Court, all discovery pursuant to Federal Rules of Civil Procedure, Rules 26 through 37 inclusive must be completed by these discovery deadlines.**

b.  **Unless otherwise permitted by the Court, all discovery motions and conferences made or requested pursuant to Federal Rules of Civil Procedure, Rules 26 through 37 inclusive of LR 26.1, 26.2, and 37.1 shall be filed no later**

than October 16, 2023.

**MOTIONS:**

 **9.**     Dispositive motions shall be filed by November 30, 2023.

**10.**     All other non-dispositive motions including any motion requiring an evidentiary hearing (including *Daubert* motions) shall be filed by January 15, 2024. This deadline does not include motions in limine or discovery motions. Motions in limine shall be filed by February 26, 2024. Any opposition memorandum to a motion in limine shall be filed by March 4, 2024.

**SETTLEMENT:**

**11.**     A settlement conference shall be held on **December 15, 2023, at 10:00 a.m.** in Chambers of Magistrate Judge Kenneth J. Mansfield before the Honorable Kenneth J. Mansfield, United States Magistrate Judge.

**12.**     Each party shall deliver to the presiding Magistrate Judge a confidential settlement conference statement by **December 8, 2023**. The parties are directed to LR 16.5(b) for the requirements of the confidential settlement conference statement.

**13.**     The parties shall exchange written settlement offers and meet and confer to discuss settlement before the date on which settlement conference statements are due.

**TRIAL AND FINAL PRETRIAL:**

14.    A Telephonic final pretrial conference shall be held on March 19, 2024, at 9:45 a.m. before the Honorable Kenneth J. Mansfield, United States Magistrate Judge.

15.    Pursuant to LR 16.4, each party herein shall serve and file a separate final pretrial statement by March 12, 2024.

16.    By March 26, 2024, the parties shall pre-mark for identification all exhibits and shall exchange or, when appropriate, make available for inspection all exhibits to be offered, other than for impeachment or rebuttal, and all demonstrative aids to be used at trial.

17.    By April 1, 2024, each party shall serve and file a final comprehensive witness list indicating the identity of each witness that the party will call at trial and describing concisely the substance of the testimony to be given and the estimated time required for the testimony of the witness on direct examination.

18.    The parties shall make arrangements to schedule the attendance of witnesses at trial so that the case can proceed with all due expedition and without any unnecessary delay.

19.    The party presenting evidence at trial shall give notice to the other party the day before of the names of the witnesses who will be called to testify the next day and the order in which the witnesses will be called.

**20.**    The parties shall meet and confer regarding possible stipulations to the authenticity and admissibility of proposed exhibits by April 1, 2024.

**21a.**   By April 1, 2024, the parties shall serve and file statements designating excerpts from depositions (specifying the witness and page and line referred to) to be used at trial other than for impeachment or rebuttal.

**21b.**   Statements counter-designating other portions of depositions or any objections to the use of depositions shall be served and filed by April 8, 2024.

**22.**    By April 8, 2024, each party shall serve and file a trial brief on all significant disputed issues of law, including foreseeable procedural and evidentiary issues, setting forth briefly the party's position and the supporting arguments and authorities.

**23.**    By April 8, 2024 the parties shall file any objections to the admissibility of exhibits. Copies of any exhibits to which objections are made shall be attached to the objections.

**24a.**   The original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court by April 15, 2024.

**b.**    A thumb drive of all exhibits shall be submitted to the Court by April 15, 2024.

**25.**    (RESERVED)

**26.**    (RESERVED)

**27.**    (RESERVED)

**28.**    A final pretrial conference shall be held on April 9, 2024, at 10:00 a.m. in

Aha Nonoi before the Honorable Leslie E. Kobayashi, United States District Judge.

## PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:

29.    Each party shall serve and file proposed findings of fact and conclusions of law by April 15, 2024.

## OTHER MATTERS:

The Confidential Settlement Conference Statements shall be delivered (one-set, double-sided) to the Clerk's Office **and** delivered electronically by emailing it to mansfield_orders@hid.uscourts.gov.

STIPULATED AND AGREED TO BY:

| | |
|---|---|
| /s/ Maggie Neusel | /s/ Eric Rey (with permission) |
| Maggie Neusel | Eric Rey |
| Just Well Law, PLLC | Trial Attorney, U.S. Dep't of Justice |
| Attorney for Plaintiffs | Attorney for Defendant |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 30, 2023.



Kenneth J. Mansfield
United States Magistrate Judge

Patrick Feindt, Jr. vs. United States of America, The; 1:22-CV-00397-LEK-KJM; Third Stipulated Amended Rule 16 Scheduling Order