ELLIOT ENOKI #1528, Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States, Acting
under Authority Conferred by 28 U.S.C. § 515
SYDNEY SPECTOR #11232, Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
ERIC REY, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 616-4224
Fax: (202) 616-4473
Email: eric.a.rey@usdoj.gov

*Attorneys for the United States of America*

LYLE S. HOSODA          3964-0
KOURTNEY H. WONG        10827-0
SPENCER J. LAU          11105-0
*Hosoda Law Group, AAL, ALC*
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone:   (808) 524-3700
Facsimile:   (808) 524-3838
Email: lsh@hosodalaw.com; khw@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR       *Pro Hac Vice*
JAMES BAEHR             *Pro Hac Vice*
MARY M. NEUSEL          *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 693-8029
Email: kristina@well.law; jim@well.law; maggie@well.law

(*caption continued on next page*)

FREDERICK C. BAKER          *Pro Hac Vice*
JAMES W. LEDLIE             *Pro Hac Vice*
KRISTEN HERMIZ              *Pro Hac Vice*
CYNTHIA A. SOLOMON          *Pro Hac Vice*
SARA O. COUCH               *Pro Hac Vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al. | CIVIL NO. 1:22-cv-397-LEK-KJM |
| Plaintiffs, | |
| vs. | SECOND JOINT STIPULATION AS TO PLAINTIFFS' NUISANCE AND NEGLIGENCE CLAIMS; ORDER |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

## SECOND JOINT STIPULATION AS TO PLAINTIFFS' <u>NUISANCE AND NEGLIGENCE CLAIMS</u>

The parties hereby stipulate to the following to avoid unnecessary discovery and promote early resolution or, if necessary, trial efficiency in this matter (*see* Fed. R. Civ. P. 1):

1.   The United States admits that the November 20, 2021 spill at the Red Hill

Bulk Fuel Storage Facility (Red Hill) caused a nuisance for those Plaintiffs who

owned or leased residences subject to the Hawaii Department of Health's

November 29, 2021 advisory (hereinafter, "Resident Plaintiffs") and this nuisance

lasted for as long as this advisory was in effect for each Resident Plaintiff's

residence.

2.  The United States admits that, between May 6, 2021, and November 20,

2021, the United States breached its duty of care to the Resident Plaintiffs to

exercise ordinary care in the operation of Red Hill, resulting in the May 6, 2021

and November 20, 2021 spills.

3.  The United States admits that, as a result of the aforementioned nuisance or

breach, Resident Plaintiffs suffered injuries compensable under the Federal Tort

Claims Act (FTCA). The nature and extent of these injuries will be the subject of

further discovery.

4.  For purposes of this stipulation, the term "United States" includes individual

officers or employees, as well as third-party contractors with whom the United

States contracted for products or services.  Stipulating to facts or conclusions about

conduct by "the United States" does not include stipulating to which specific

individual(s) or entit(y/ies) was responsible for acting or failing to act on behalf of

the United States.  As provided below, any potential claims against such individuals or entities are reserved by the United States.

5.  The parties agree that nothing in this Joint Stipulation is intended to waive in this case or in any other case the United States' (a) right to contest causation and damages with respect to Resident Plaintiffs' negligence or nuisance claims addressed in Paragraphs 1 and 2 above; (b) other defenses, including its right to contest all elements of Resident Plaintiffs' claims not addressed in Paragraphs 1 and 2 above; or (c) potential claims against parties other than the Resident Plaintiffs.

6.  The parties further agree that this Joint Stipulation is for this case only, is not binding on the United States as against individuals or entities other than the Resident Plaintiffs, and is not for use in any other case, claim, proceeding, or matter involving the United States, its agencies, or employees.  The parties agree that they are entering into this Joint Stipulation in lieu and instead of fully litigating the issues addressed above.  If aspects of this Joint Stipulation are presented to the Court for possible incorporation into an Order or Judgment in this case, the United States reserves the right to request from the Court appropriate language limiting the effect of the matters stipulated to herein to this case.

DATED: November 27, 2023

/s/ Kristina Baehr
KRISTINA BAEHR
Just Well Law, PLLC
Attorney for Plaintiffs

/s/ Eric Rey
ERIC REY
Trial Attorney
Environmental Tort Litigation
Civil Div., U.S. Dep't of Justice
Attorney for Defendant
UNITED STATES OF AMERICA

APPROVED AND SO ORDERED:

Dated:  Honolulu, Hawaiʻi, November 27, 2023.



Kenneth J. Mansfield
United States Magistrate Judge

_Feindt v. United States_, Civ. No. 22-00397 LEK-KJM, "Second Joint Stipulation as to Plaintiffs' Negligence and Nuisance Claims; Order"