ELLIOT ENOKI #1528, Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States, Acting
under Authority Conferred by 28 U.S.C. § 515
SYDNEY SPECTOR #11232, Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
ERIC REY, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 616-4224
Fax: (202) 616-4473
Email: eric.a.rey@usdoj.gov

*Attorneys for the United States of America*

LYLE S. HOSODA            3964-0
KOURTNEY H. WONG          10827-0
SPENCER J. LAU            11105-0
*Hosoda Law Group, AAL, ALC*
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaiʻi 96813
Telephone:   (808) 524-3700
Facsimile:   (808) 524-3838
Email: lsh@hosodalaw.com; khw@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR         *Pro Hac Vice*
JAMES BAEHR               *Pro Hac Vice*
MARY M. NEUSEL            *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 693-8029
Email: kristina@well.law; jim@well.law; maggie@well.law

(*caption continued on next page*)

| | |
|---|---|
| FREDERICK C. BAKER | *Pro Hac Vice* |
| JAMES W. LEDLIE | *Pro Hac Vice* |
| KRISTEN HERMIZ | *Pro Hac Vice* |
| CYNTHIA A. SOLOMON | *Pro Hac Vice* |
| SARA O. COUCH | *Pro Hac Vice* |

MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com; khermiz@motleyrice.com; csolomon@motleyrice.com; scouch@motleyrice.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:22-cv-397-LEK-KJM<br><br>JOINT STIPULATION AS TO THE FIFTH AMENDED COMPLAINT, ITS IMPACT ON PENDING MOTION TO DISMISS BRIEFING, AND CLARIFICATION OF THE BELLWETHER PLAINTIFFS' DAMAGES CLAIMS; ORDER |

JOINT STIPULATION AS TO THE FIFTH AMENDED COMPLAINT, ITS
IMPACT ON PENDING MOTION TO DISMISS BRIEFING, AND
CLARIFICATION OF
<u>THE BELLWETHER PLAINTIFFS' DAMAGES CLAIMS</u>

The parties hereby stipulate to the following to avoid motions practice and to narrow the scope of issues that may be raised at trial in this matter (*see* Fed. R. Civ. P. 1):

1. In accordance with Federal Rule of Civil Procedure 15(a)(1)(B), the parties stipulate to the Court granting Plaintiffs leave to file a Fifth Amended Complaint to remove the following claims brought against the United States in *Feindt v. United States* (No. 22-cv-00397):

    a. Count VI: Negligent Spoliation of Evidence (Fourth Amended Complaint, Dkt. 121 at ¶¶ 518–528); and

    b. The Jessup Family's Medical Negligence claim (Count IV). *See also* Dkt. 185 at n.1 (withdrawing this claim).

2. The Bellwether Plaintiffs do not waive their right to introduce evidence related to the subject matter of these claims (to the extent that evidence pertains to other issues in the case), and the United States does not waive its right to challenge such evidence, including because it is no longer relevant given the dismissal of these claims.

3. Exhibit A hereto is a redlined version of the proposed stipulated Fifth Amended Complaint that shows all the changes to the previously filed Fourth Amended Complaint. *See* D. Haw. Local Rule 10.4.

4. The parties further agree that their completed briefing on the United States' partial motion to dismiss the Fourth Amended Complaint (ECF Nos. 129, 193, and 199) shall apply to the Fifth Amended Complaint and that no additional briefing is required.

5. The 17 Bellwether Plaintiffs—Kevin Aubart, Elizabeth Witt, the Freeman Family, the Feindt Family, the Dietz Family, and the Jessup Family—stipulate that they are pursuing damages only for injuries arising after the November 20, 2021 spill at the Red Hill Bulk Fuel Storage Facility, including the exacerbation of prior physical or mental conditions.

DATED: November 29, 2023

/s/ Kristina Baehr
KRISTINA BAEHR
Just Well Law, PLLC
Attorney for Plaintiffs

/s/ Eric Rey
ERIC REY
Trial Attorney, U.S. Dep't of Justice
Attorney for Defendant

APPROVED AND SO ORDERED:

Dated: Honolulu, Hawai'i, November 29, 2023.



Kenneth J. Mansfield
United States Magistrate Judge

*Feindt v. United States*, Civ. No. 22-00397 LEK-KJM, "Joint Stipulation as to the Fifth Amended Complaint, Its Impact on Pending Motion to Dismiss Briefing, and Clarification of the Bellwether Plaintiffs' Damages Claims; Order"