# ATTACHMENT 1

# ATTACHMENT 1

# **LIST OF PLAINTIFFS**
CIVIL NO. 1:22-cv-00397-LEK-KJM

**PLAINTIFFS FILING ORIGINAL COMPLAINT (AUGUST 31, 2022):**

1. Patrick Feindt, Jr.
2. Patrick Feindt, Jr., as Next Friend to his minor child, P.R.F
3. Patrick Feindt, Jr., as Next Friend to his minor child P.G.F
4. Nastasia Freeman
5. Nastasia Freeman, as Next Friend to her minor child, K.F.
6. Nastasia Freeman, as Next Friend to her minor child, D.F.
7. Nastasia Freeman, as Next Friend to her minor child, N.F.
8. Jamie Simic
9. Jamie Simic, as Next Friend to her minor child, M.S.
10. Jamie Simic, as Next Friend to her minor child, J.S.

**PLAINTIFFS JOINING FIRST AMENDED COMPLAINT (NOVEMBER 10, 2022):**

11. Kelly Jones
12. Joseph Maben
13. Patricia Maben
14. Barbie Arnold
15. Crystal Arnold
16. Crystal Arnold, as Next Friend to her minor child, J.A.A.
17. Crystal Arnold, as Next Friend to her minor child, J.E.A.
18. Crystal Arnold, as Next Friend to her minor child, J.B.A.
19. Kevin Aubart
20. Cheryl Mello
21. AnnMarie Boggs
22. AnnMarie Boggs, as Next Friend to her minor child, R.B.

# ATTACHMENT 1

23. Adrianna Coberley
24. Adrianna Coberley, as Next Friend to her minor child, A.M.
25. Adrianna Coberley, as Next Friend to her minor child, J.M.
26. Adrianna Coberley, as Next Friend to her minor child, K.M.
27. Adrianna Coberley, as Next Friend to her minor child, B.C.
28. Adrianna Coberley, as Next Friend to her minor child, O.C.
29. Richelle Dietz
30. Richelle Dietz, as Next Friend to her minor child, B.D.
31. Richelle Dietz, as Next Friend to her minor child, V.D.
32. Tiffany Flewellen-Reynolds
33. Tiffany Flewellen-Reynolds, as Next Friend to her minor child, T.R.
34. Tiffany Flewellen-Reynolds, as Next Friend to her minor child, A.R.
35. Jeff Fritz
36. Anayansi Fritz
37. Aitbeth Mudcha
38. Alexander Grow
39. Adriana Grow
40. Adriana Grow, as Next Friend to her minor child, At.G.
41. Adriana Grow, as Next Friend to her minor child, Au.G.
42. Adriana Grow, as Next Friend to her minor child, A.C.G.
43. Sheena Jessup
44. Sheena Jessup, as Next Friend to her minor child, B.B.J.
45. Sheena Jessup, as Next Friend to her minor child, B.J.J.
46. Sheena Jessup, as Next Friend to her minor child, N.J.
47. Sheena Jessup, as Next Friend to her minor child, D.J.
48. Ashley Kirkpatrick
49. Ashley Kirkpatrick, as Next Friend to her minor child, D.K.

## ATTACHMENT 1

50. Ashley Kirkpatrick, as Next Friend to her minor child, E.K.
51. Audrey Lamagna
52. Audrey Lamagna, as Next Friend to her minor child, Au-J.L.
53. Audrey Lamagna, as Next Friend to her minor child, Ai-J.L.
54. Isabel Maloon
55. Isabel Maloon, as Next Friend to her minor child, M.D.
56. Isabel Maloon, as Next Friend to her minor child, K.M.
57. Isabel Maloon, as Next Friend to her minor child, L.M.
58. Isabel Maloon, as Next Friend to her minor child, A.M.
59. Isabel Maloon, as Next Friend to her minor child, P.M.
60. Isabel Maloon, as Next Friend to her minor child, C.M.
61. Katherine McClanahan
62. Katherine McClanahan, as Next Friend to her minor child, E.M.
63. Brian McClanahan
64. William McClanahan
65. Belinda Miles
66. Belinda Miles, as Next Friend to her minor child, W.M.
67. Belinda Miles, as Next Friend to her minor child, L.M.
68. Kelly Morris
69. Hailey Morris
70. Tiffany Overbaugh
71. Tiffany Overbaugh, as Next Friend to her minor child, J.O.
72. Tiffany Overbaugh, as Next Friend to her minor child, B.O.
73. Kandyce Perez
74. Kandyce Perez, as Next Friend to her minor child, L.P.
75. Kandyce Perez, as Next Friend to her minor child, A.P.
76. Kandyce Perez, as Next Friend to her minor child, E.P.

# ATTACHMENT 1

77. Kandyce Perez, as Next Friend to her minor child, F.P.
78. Harry Pulou
79. Lorelei Pulou
80. Lorelei Pulou, as Next Friend to her minor child, V.P.
81. Lorelei Pulou, as Next Friend to her minor child, S.P.
82. Lorelei Pulou, as Next Friend to her minor child, J.P.
83. Lorelei Pulou, as Next Friend to her minor child, H.P.
84. Lorelei Pulou, as Next Friend to her minor child, I.P.
85. Lorelei Pulou, as Next Friend to her minor child, F.P.
86. Lacey Quintero
87. Lacey Quintero, as Next Friend to her minor child, C.J.Q.
88. Lacey Quintero, as Next Friend to her minor child, C.E.Q.
89. Joshua Staple
90. Joshua Staple, as Next Friend to his minor child, J.S.
91. Joshua Staple, as Next Friend to his minor child, G.S.
92. Joshua Staple, as Next Friend to his minor child, N.S.
93. Joshua Staple, as Next Friend to his minor child, S.S.
94. Joshua Staple, as Next Friend to his minor child, K.S.
95. Joshua Staple, as Next Friend to his minor child, A.S.
96. Daniel Traina
97. Daniel Traina, as Next Friend to his minor child, Z.T.
98. Daniel Traina, as Next Friend to his minor child, J.R.
99. Chad Watson
100. Chad Watson, as Next Friend to his minor child, M.T.
101. Paige Wheeler
102. Paige Wheeler, as Next Friend to her minor child, J.W.
103. Paige Wheeler, as Next Friend to her minor child, A.W.

# ATTACHMENT 1

104. Paige Wheeler, as Next Friend to her minor child, S.W.
105. Lindsey Wilson
106. Lindsey Wilson, as Next Friend to her minor child, L.W.
107. Elizabeth Witt
108. Amanda Zawieruszynski
109. Amanda Zawieruszynski, as Next Friend to her minor child, J.Z.
110. Amanda Zawieruszynski, as Next Friend to her minor child, V.Z.
111. Amanda Zawieruszynski, as Next Friend to her minor child, S.Z.

**PLAINTIFFS JOINING FOURTH AMENDED COMPLAINT (JUNE 13, 2023):**

112. Crystal Arnold, as Next Friend to her minor child, J.R.A.
113. Mark Anderson
114. Chris Marie Anton
115. Chris Marie Anton, as Next Friend to her minor child, C.C.
116. Chris Marie Anton, as Next Friend to her minor child, M.C.
117. Chris Marie Anton, as Next Friend to her minor child, Z.C.
118. BeeBee Briggs
119. BeeBee Briggs, as Next Friend to her minor child, L.J.
120. BeeBee Briggs, as Next Friend to her minor child, I.J.
121. BeeBee Briggs, as Next Friend to her minor child, X.J.
122. Aurora Briggs-Linnen
123. Vickie Briggs
124. Neil Briggs
125. Cheryl Burness
126. Cheryl Burness, as Next Friend to her minor child, N.B.
127. Cheryl Burness, as Next Friend to her minor child, M.B
128. Alison Cameron

## ATTACHMENT 1

129. Alison Cameron, as Next Friend to her minor child, E.C.
130. Devon Connaroe
131. Devon Connaroe, as Next Friend to her minor child, L.C.
132. Devon Connaroe, as Next Friend to her minor child, M.C.
133. Devon Connaroe, as Next Friend to her minor child, T.C.
134. Devon Connaroe, as Next Friend to her minor child, E.C
135. Elizabeth Cotner
136. Elizabeth Cotner, as Next Friend to her minor child, M.C.
137. Elizabeth Cotner, as Next Friend to her minor child, B.C.
138. Joey Cua
139. Alisha Cua
140. Alisha Cua, as Next Friend to her minor child, Ka.C.
141. Alisha Cua, as Next Friend to her minor child, Ke.C.
142. Alisha Cua, as Next Friend to her minor child, S.C.
143. Tara Davis
144. Tiffany DeLuca
145. Tiffany DeLuca, as Next Friend to her minor child, M.D.
146. Danny Edrington
147. Anna Martin
148. Samantha Faulds
149. Samantha Faulds, as Next Friend to her minor child, U.F.
150. Samantha Faulds, as Next Friend to her minor child, S.F.
151. Samantha Faulds, as Next Friend to her minor child, C.F.
152. Brittnee Ferrell
153. Brittnee Ferrell, as Next Friend to her minor child, S.F.
154. Racheal Kincaide
155. Sarah Gonzales

# ATTACHMENT 1

156. Kylie Gonzales
157. Sarah Gonzales, as Next Friend to her minor child, C.G.
158. Sarah Gonzales, as Next Friend to her minor child, M.G.
159. Larissa Greendahl
160. Larissa Greendahl, as Next Friend to her minor child, E.G.
161. Larissa Greendahl, as Next Friend to her minor child, O.G.
162. Brittany Hampton
163. Brittany Hampton, as Next Friend to her minor child, Sh.H.
164. Brittany Hampton, as Next Friend to her minor child, Su.H.
165. Brittany Hampton, as Next Friend to her minor child, Sl.H.
166. Brittany Hampton, as Next Friend to her minor child, Sa.H.
167. Megan Hernandez
168. Megan Hernandez, as Next Friend to her minor child, K.H.
169. Megan Hernandez, as Next Friend to her minor child, M.H.
170. Megan Hernandez, as Next Friend to her minor child, C.H.
171. Shawn Hunkins
172. Andrea Hunkins
173. Andrea Hunkins, as Next Friend to her minor child, A.H.
174. Andrea Hunkins, as Next Friend to her minor child, E.H.
175. Andrea Hunkins, as Next Friend to her minor child, C.H.
176. Natalia Rodriguez
177. Kai Ingram
178. Emily Ingram
179. Emily Ingram, as Next Friend to her minor child, M.S.I.
180. Emily Ingram, as Next Friend to her minor child, M.J.I.
181. Jennifer Jursinic
182. Jennifer Jursinic, as Next Friend to her minor child, M.J.

# ATTACHMENT 1

183. Lisa Keeney
184. Robert Klinehoffer
185. Sandra Klinehoffer
186. Elizabeth Kruer
187. Elizabeth Kruer, as Next Friend to her minor child, M.K.
188. Elizabeth Kruer, as Next Friend to her minor child, L.K.
189. Elizabeth Kruer, as Next Friend to her minor child, G.K.
190. Payton Lamb
191. Payton Lamb, as Next Friend to her minor child, K.L.
192. Scott Lattimer
193. Christine Lattimer
194. Jacquelyn Luecking
195. Jacquelyn Luecking, as Next Friend to her minor child, O.L.
196. Jacquelyn Luecking, as Next Friend to her minor child, R.L.
197. Cheryl Makua
198. Kekainoaikalai "Kainoa" Makua
199. Kiara Makua
200. Kathleen Marshall
201. Kathleen Marshall, as Next Friend to her minor child, J.M.
202. Kathleen Marshall, as Next Friend to her minor child, G.M.
203. Kathleen Marshall, as Next Friend to her minor child, R.M.
204. Kathleen Marshall, as Next Friend to her minor child, D.M.
205. Kathleen Marshall, as Next Friend to her minor child, E.M.
206. Kristin McClain
207. Kristin McClain, as Next Friend to her minor child, K.M.
208. Samantha McCoy
209. Samantha McCoy, as Next Friend to her minor child, C.M.

# ATTACHMENT 1

210. Samantha McCoy, as Next Friend to her minor child, T.M.
211. Samantha McCoy, as Next Friend to her minor child, D.M.
212. Tyler McNamee
213. Tyler McNamee, as Next Friend to his minor child, A.M.
214. Tyler McNamee, as Next Friend to his minor child, E.M.
215. Tyler McNamee, as Next Friend to his minor child, S.M.
216. Tyler McNamee, as Next Friend to his minor child, J.M.
217. Verna-Mariah Menendez
218. Verna-Mariah Menendez, as Next Friend to her minor child, M.M.
219. Verna-Mariah Menendez, as Next Friend to her minor child, A.M.
220. Verna-Mariah Menendez, as Next Friend to her minor child, K.M.
221. Bridget Merancio
222. Bridget Merancio, as Next Friend to her minor child, Q.M.
223. Bridget Merancio, as Next Friend to her minor child, N.M.
224. Bridget Merancio, as Next Friend to her minor child, J.M.
225. Peter Moellenberndt
226. Laura Moellenberndt
227. Serena Ongaro
228. Serena Ongaro, as Next Friend to her minor child, N.O.
229. Serena Ongaro, as Next Friend to her minor child, M.O.
230. Carina Peoples
231. Carina Peoples, as Next Friend to her minor child, M.P.
232. Carina Peoples, as Next Friend to her minor child, C.P.
233. Shane Perez
234. Ariel Rader
235. Ariel Rader, as Next Friend to her minor child, A.R.
236. Ariel Rader, as Next Friend to her minor child, E.R.

# ATTACHMENT 1

237. Ariel Rader, as Next Friend to her minor child, H.R.
238. Stefanie Reiling
239. Stefanie Reiling, as Next Friend to her minor child, A.R.
240. Christine Roberts
241. Christine Roberts, as Next Friend to her minor child, A.C.
242. Christine Roberts, as Next Friend to her minor child, E.C.
243. Alfredo Sagucio
244. Doris Sagucio
245. Doris Sagucio, as Next Friend to her minor grandchild, V.R.
246. Cheyenne Schaefer
247. Cheyenne Schaefer, as Next Friend to her minor child, C.E.
248. Cheyenne Schaefer, as Next Friend to her minor child, R.S.
249. Cheyenne Schaefer, as Next Friend to her minor child, S.S.
250. Stacey Scott
251. Stacey Scott, as Next Friend to her minor child, S.S.
252. Stacey Scott, as Next Friend to her minor child, E.S.
253. Stacey Scott, as Next Friend to her minor child, B.S.
254. Melissa Seibert
255. Melissa Seibert, as Next Friend to her minor child, A.S.
256. Melissa Seibert, as Next Friend to her minor child, Be.S.
257. Melissa Seibert, as Next Friend to her minor child, Bi.S.
258. Melissa Seibert, as Next Friend to her minor child, Es.S.
259. Melissa Seibert, as Next Friend to her minor child, Ev.S.
260. Melissa Seibert, as Next Friend to her minor child, M.S.
261. Melissa Seibert, as Next Friend to her minor child, H.S.
262. Melissa Seibert, as Next Friend to her minor child, W.S.
263. Melissa Seibert, as Next Friend to her minor child, V.S.

# ATTACHMENT 1

264. Alim Shabazz, Sr.
265. Cydney Shabazz
266. Cydney Shabazz, as Next Friend to her minor child, A.W.S.
267. Cydney Shabazz, as Next Friend to her minor child, A.C.S.
268. Cydney Shabazz, as Next Friend to her minor child, A.E.S.
269. Christine Snoke
270. Christine Snoke, as Next Friend to her minor child, D.S.
271. Christine Snoke, as Next Friend to her minor child, T.S.
272. Jonathan Tichepco
273. Jonathan Tichepco, as Next Friend to his minor child, J.J.T.
274. Jonathan Tichepco, as Next Friend to his minor child, J.M.T.
275. Cheryl Torres
276. Cheryl Torres, as Next Friend to her minor child, Sa.T.
277. Cheryl Torres, as Next Friend to her minor child, So.T.
278. Serenyti Baldonado
279. Norine Tuck-Ringwalt
280. Norine Tuck-Ringwalt, as Next Friend to her minor child, K.R.
281. Norine Tuck-Ringwalt, as Next Friend to her minor child, A.R.
282. Norine Tuck-Ringwalt, as Next Friend to her minor child, E.R.
283. Melanie Van Devender
284. Melanie Van Devender, as Next Friend to her minor child, L.V.
285. Melanie Van Devender, as Next Friend to her minor child, P.V.
286. Melanie Van Devender, as Next Friend to her minor child, S.V.
287. Tra'Lena Watson
288. Tra'Lena Watson, as Next Friend to her minor child, K.W.
289. Tra'Lena Watson, as Next Friend to her minor child, D.W.
290. Ashley Wenmoth

# ATTACHMENT 1

291. Jessica Wenmoth
292. Jessica Wenmoth, as Next Friend to her minor child, L.C.W.
293. Jessica Wenmoth, as Next Friend to her minor child, A.W.
294. Jessica Wenmoth, as Next Friend to her minor child, L.G.W.
295. Jessica Wenmoth, as Next Friend to her minor child, J.W.
296. Rebecca Zimmerman