# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 22-00397 LEK-KJM |
| CASE NAME: | Feindt, et al vs. United States of America |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 12/5/2023 |

COURT ACTION:  EO: COURT ORDER DENYING AS MOOT DEFENDANT UNITED STATES OF AMERICA'S PARTIAL MOTION TO DISMISS FOURTH AMENDED COMPLAINT [ECF NO. 121], [FILED 11/30/23 (DKT. NO. 203)]

On June 13, 2023, Plaintiffs filed their Fourth Amended Complaint.  [Dkt. no. 121.]  On June 27, 2023, Defendant United States of America ("Defendant") filed its Partial Motion to Dismiss Fourth Amended Complaint [ECF No. 121] ("6/27/23 Motion").  [Dkt. no. 129.]  On September 26, 2023, this Court denied the 6/27/23 Motion without prejudice to refiling the motion if the magistrate judge denied the then-pending Plaintiffs' Opposed Motion to Correct Their Fourth Amended Complaint.  [Minute Order - EO: Court Order Denying Defendant United States of America's Partial Motion to Dismiss Fourth Amended Complaint, filed 9/26/23 (dkt. no. 178); Plaintiffs' Opposed Motion to Correct Their Fourth Amended Complaint, filed 9/22/23 (dkt. no. 174).]  On October 26, 2023, this Court reinstated Defendant's 6/27/23 Motion.  [Minute Order - EO: Court Order: Reinstating Defendant's Motion to Dismiss Fourth Amended Complaint, 10/26/23 (dkt. no. 190).]  Briefing for the 6/27/23 Motion has been completed.  [Dkt. nos. 193 (opp.), 199 (reply).]

On November 30, 2023, Defendant filed another Partial Motion to Dismiss Fourth Amended Complaint [ECF No. 121] ("11/30/23 Motion").  [Dkt. no. 203.]  Also on November 30, 2023, a stipulation and order was filed allowing Plaintiffs to file a fifth amended complaint, and stating the completed briefing for the 6/27/23 Motion shall apply to the fifth amended complaint ("11/30/23 Stipulation and Order").  [Dkt. no. 201.]  On December 1, 2023, Plaintiffs filed their Fifth Amended Complaint.  [Dkt. no. 210.]  Pursuant to the 11/30/23 Stipulation and Order, this Court will consider the 6/27/23 Motion and corresponding briefing as addressing the Fifth Amended Complaint.

Because Plaintiffs filed the Fifth Amended Complaint, the Fourth Amended Complaint is now treated as if it no longer exists.  See Lacey v. Maricopa Cnty., 693 F.3d 896, 925 (9th Cir. 2012) (en banc) (stating that an "amended complaint supersedes the original, the latter being treated thereafter as non-existent" (quotation marks and citation omitted)).  Because the 11/30/23 Motion addresses the Fourth Amended Complaint, and because the 11/30/23 Stipulation did not address the 11/30/23 Motion, the 11/30/23 Motion is DENIED AS MOOT.

IT IS SO ORDERED.

Submitted by: Tammy Kimura, Courtroom Manager