# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 22-00397 LEK-KJM |
| CASE NAME: | Patrick Feindt, Jr. et al., vs. United States of America |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 01/19/2024 |

COURT ACTION:  EO: COURT ORDER DEEMING DEFENDANT UNITED STATES' MOTION TO STAY KEVIN AUBART'S AND ELIZABETH WITT'S CASES FOR LACK OF SUBJECT-MATTER JURISDICTION WITHDRAWN

On November 30, 2023, Defendant United States of America ("Defendant") filed its Motion to Stay Kevin Aubart's and Elizabeth Witt's Cases for Lack of Subject-Matter Jurisdiction ("Motion to Stay"). [Dkt. no. 202.] On January 10, 2024, Defendant filed its Unopposed Notice of Withdrawal of the United States' Motion to Stay [ECF No. 202]. [Dkt. no. 226.] Defendant states that Plaintiffs do not oppose withdrawal of the Motion to Stay. [Id. at PageID.9158.] The Motion to Stay is therefore DEEMED WITHDRAWN.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager