ELLIOT ENOKI #1528, Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States, Acting
under Authority Conferred by 28 U.S.C. § 515
SYDNEY SPECTOR #11232, Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
ERIC REY, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 616-4224
Fax: (202) 616-4473
Email: eric.a.rey@usdoj.gov

*Attorneys for the United States of America*

LYLE S. HOSODA             3964-0
KOURTNEY H. WONG           10827-0
SPENCER J. LAU             11105-0
*Hosoda Law Group, AAL, ALC*
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone:   (808) 524-3700
Facsimile:   (808) 524-3838
Email: lsh@hosodalaw.com; khw@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR          *Pro Hac Vice*
JAMES BAEHR                *Pro Hac Vice*
MARY M. NEUSEL             *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 693-8029
Email: kristina@well.law; jim@well.law; maggie@well.law

(*caption continued on next page*)

| | |
|---|---|
| FREDERICK C. BAKER | *Pro Hac Vice* |
| JAMES W. LEDLIE | *Pro Hac Vice* |
| KRISTEN HERMIZ | *Pro Hac Vice* |
| CYNTHIA A. SOLOMON | *Pro Hac Vice* |
| SARA O. COUCH | *Pro Hac Vice* |

MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com; khermiz@motleyrice.com; csolomon@motleyrice.com; scouch@motleyrice.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al. | CIVIL NO. 1:22-cv-397-LEK-KJM |
| Plaintiffs, | |
| vs. | JOINT STIPULATION AS TO *EX PARTE* COMMUNICATIONS WITH A KNOWN REPRESENTED PARTY; ORDER |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

JOINT STIPULATION AS TO *EX PARTE* COMMUNICATIONS WITH A
<u>KNOWN REPRESENTED PARTY</u>

The parties hereby stipulate to the following:

1. On December 13, 2023, Ms. Baehr (one of Plaintiffs' counsel of record) asked questions of the Board of Water Supply, the Navy and the EPA at a public

2

meeting of the Red Hill Community Representative Initiative.[1] The CRI was added to the 2023 Red Hill Administrative Consent order to respond "to the need expressed by the community in public comments…for an interactive relationship between the Parties and interested Hawaiian and community stakeholders, both on and off JBPHH."[2]

2. Ms. Baehr was one of several lawyers who asked questions at the meeting. She asked her questions without counsel of record for the United States in this case being present, without providing advance notice to such counsel for the United States, and without first identifying that she represents Plaintiffs in this case.

3. The United States contends that such questioning violated Rule of Professional Conduct 4.2, especially since Ms. Baehr's questioning sought Navy and EPA personnel's reactions to Ms. Baehr's characterization of some of the opinions of the United States' experts in this case.

---

[1] Full recording of the Community Representation Initiative Meeting #3 is available at: https://www.youtube.com/watch?v=dj8bPo2zagg. Ms. Baehr's comments occur between 1:59:26 – 2:10:10. Plaintiffs prepared a transcript, which is attached hereto as Exhibit A.

[2] Final 2023 Consent Order (June 2, 2023) for Red Hill Bulk Fuel Storage Facility, Section 2.3: Community Outreach and Community Involvement. Environmental Protection Agency Region 9, https://www.epa.gov/system/files/documents/2023-06/2023-red-hill-aoc-for-defueling-closure-dw-protection-2023-06-02.pdf

4. Ms. Baehr disputes this contention in light of the purpose of the CRI and the government exception to Rule of Professional Conduct 4.2.

5. To resolve this dispute without motion practice, the parties agree that:

   a. Counsel of record in this case will not communicate *ex parte* with a known represented party regarding the subjects of this litigation, including but not limited to questioning U.S. Governmental personnel at the CRI or any other public non-trial meeting.[3]

   b. Statements generated from counsel of record's past or future *ex parte* communications with a known represented party regarding the subjects of this litigation shall not be used as evidence in this case.

DATED: January 31, 2024

/s/ Kristina Baehr                              /s/ Eric Rey
KRISTINA BAEHR                          ERIC REY
Just Well Law, PLLC                       Trial Attorney, U.S. Dep't of Justice
Attorney for Plaintiffs                       Attorney for Defendant

---

[3] Nothing in this section shall be construed to bar Counsel of Record from communicating with clients that they represent or who are seeking representation, whether or not they work for the U.S. Government.

4

APPROVED AND SO ORDERED.

Dated: Honolulu, Hawaii, January 31, 2024.



Kenneth J. Mansfield
United States Magistrate Judge

---

*Feindt v. United States*, Civ. No. 22-00397 LEK-KJM, "Joint Stipulation as to Ex Parte Communications with a Known Represented Party; Order"

5

**Community Representation Initiative Meeting, 12/13/2023**
Transcript recording from
https://www.youtube.com/watch?v=dj8bPo2zagg&t=7165s at timestamp 1:59:26

Transcript
00:00:05 Healani Sonoda-Pale, CRI representative
Can we have, can you say your name and then ask your question? Thank you.

00:00:15 Kristina Baehr
Yes, I [microphone cuts out then comes back]

00:00:21 Kristina Baehr. I have a question for the EPA and also for Ernie Lau, if you don't mind answering and the Navy also. In November 2021 there was this blast and jet fuel got in the water. Do you have any doubt that there was enough jet fuel at the time to make people who are on the water line sick just in the short term?

00:00:52 Healani Sonoda-Pale
Is anyone going to answer that from EPA?

00:00:57 Amy Miller, EPA
This is Amy and you know, so we we do know that there was jet fuel in the drinking water system and that it made people sick.

00:01:12 Kristina Baehr
Is that also the Navy's position and Ernie Lau? Is that also your understanding?

00:01:21 Amanda Feindt
Ernie's still muted. Someone unmute him.

00:01:25 Ernie Lau, Honolulu Board of Water Supply
How many?
Thank you. This is what I know from the test results. I think the Navy and also the Department of Health conducted in December of 2021. Where they when they went into their drink, the Navy's drinking water source, Red Hill shaft, and they remember they sent divers in there to try to skim off fuel there was actually fuel floating on the water in their drinking water source, which I assume was pumping and had been the source of the contamination that got into the water system serving joint base Pearl Harbor Hickam and the levels of some of those test results, I think they're like in the 100,000 parts per billion for TPH. The one thing that is

1

interesting is. They weren't just picking up TPHD, which might be an indicator of jet fuel and JP 5. They're getting TPHO oil also gasoline. Remember, this facility has been around for 80 years and there's been leaks and now I think the latest estimates may be on the order close to 2,000,000 gallons. Of fuel fuels of various types and whatever happened that led to the contamination of Red Hill
Shaft. Might have mobilized past fuels that were hung up in the vadal zone, the unsaturated zone above the aquifer, and now got into the groundwater and into their water system. So. So that that's kind of my. My thoughts on that. I hope I answer your question.

00:02:58 Kristina Baehr
So so do you have any? Do you have any doubt, Mr. Lau, that people got sick in November and December of 2021 because of the contamination you just described?

00:03:09 Ernie Lau
I you know, ma'am, I I watched the news stories and the sad stories of people. You. You remember even some pets died from it. And I also look at the CDC's investigation, the ATF agency for Toxic Disease Registry and and it seems pretty clear, I think they mentioned. 6700 people sought medical attention. Maybe 9000 households might have been impacted and and I, you know, I was just at Punahou School just this week doing with along with the General Okamura from the Joint Task Force. And one of the students actually said he was one of the impacted families Joint Base Pearl Harbor Hickam. He spent 101 days in a hotel in Waikiki because of that. So ma'am I I would say absolutely yes.

00:04:06 Kristina Baehr
Can the Navy answer the same question please.

00:04:11 Mark Williams, Navy
Again, at the risk of getting absolutely murdered on the walk out of here, the Navy's not willing to comment on things that have been involved in ongoing litigation.

00:04:19 Kristina Baehr
So my next question then is thousands of people are still sick. And I I have this question for the EPA first and then for Mr. Lau because it sounds like the Navy's not going to answer. Is it your view, Ms. Miller, that the people who are sick now, who believe that they're sick because of the contamination, are somatic, or are at least some of them having real symptoms from their exposure?

2

00:04:54 Amy Miller
When people bring to us concerns and show us that they have symptoms, I've seen the pictures of rashes. Those are real and I want to figure out if there is a relationship with the drinking water. These are the similar symptoms that people had. And so it it is of concern and we are working with the Navy to do more investigation, not just samples, but you know, looking at sources, potential sources and really trying to track down what is causing these symptoms.

00:05:42 Kristina Baehr
You asked you, you answered a really good question. It wasn't the question that I meant to ask, but it was a good answer.

00:05:48 Kristina Baehr
The question that I meant to ask was people who were there in November and December of 2021 are still reporting symptoms. Do you think that their symptoms are just somatic? Is it just in their head? Or do you think that the fuel that they were exposed to that Mister Lau just described could be causing the symptoms that they have today?

00:06:15 Amy Miller
I I am not a doctor, so I I wouldn't be able to to to to be able to know if symptoms, but I I do know that there was jet fuel in the drinking water and that people had symptoms that are, that are a result of having drunk jet fuel in drinking water.

00:06:41 Kristina Baehr
Mr. Lau, do you have any thoughts about whether people's symptoms that they're reporting today are somatic and in their head or if they are real or could be the result of the contamination in November and December of 2021?

00:07:00 Ernie Lau
I I want to be careful because I, like Amy, I'm not a medical doctor. I'm my engineer. So just a plain old civil engineer. Looking at what people are are still complaining about, it looks very similar to what they experienced back in 2021, but again, I'm not a physician.

00:07:19 Ernie Lau
Maybe I can comment on something else, if you don't mind. You know Susan Pcola Davis worked really hard to crunch the data from the Navy Safe Waters website. I really appreciate that because it shows me that they're still petroleum

hydrocarbons of various types being detected in the water system of Joint Base Pearl Harbor Hickam, even though they're not on a a source that's supposedly free of TPH petroleum hydrocarbons. We've always and we've expressed that concern from the very beginning learning about this Red Hill crisis. This is that petroleum once it gets into a water system, has a tendency to stay within the water system, to stick to things you know. It's like my deputy Erin Kawata uses the analogy of a salad bowl, and you have a vinaigrette in there, and you serve your salad and you can't you just clean it with plain old water and try to get it, get rid of that slippery feel on the on the inside of that salad bowl. You have to actually have to use soap to clean it out and warm water. So my experience has been that petroleum is something you don't want to expose plastics to because they can actually get absorbed into the plastic. And I had an example of that happened on on Kawaii. But we you know we, that's why we're we're trying to be very careful in areas of known ground contamination with petroleum hydrocarbons. Just try to stay away from use of plastics and the like plastic pipe.

00:09:05 Kristina Baehr
Well, I I want to thank you, Mr. Lau, and for the committee and and the community. I'm thankful to be here today and thankful to the Navy. I want to point out that I represent 7000 people who were affected.

00:09:20 Ernie Lau
You, you, you look familiar.

00:09:20 Kristina Baehr
Know and thousands. Thousands of them are still sick because of their exposure. And I want to make it really clear that the Navy's position in the litigation is that even the short term symptoms were somatic. I want to just make that really clear. That's that's true. The Navy is claiming in the case that even the short term symptoms were in their head. And so you know, I, I we can't be divorced from reality. And the gaslighting that happens is real. It's when something is true and we say it's not true. And so I appreciate that there's ongoing litigation, but that that shouldn't prevent you from just speaking the truth. Like that, you couldn't answer questions because it had to go through legal review. What kind of answers is that? People need real answers and they need the doctors and the experts to speak the truth. And so I appreciate the EPA, and I appreciate Mr. Lau and all the others who are speaking to truth, because it matters. And it matters to the 7000 people who I represent and the thousands of others who were on that water line and drank water that the Navy knew at the time was contaminated. So

4

thank you for the work that you're doing and we're going to continue to speak truth and bring accountability.

00:10:52 Ernie Lau
Thank you, Katrina.

00:10:54 Healani Sonoda-Pale
Thank you.