LYLE S. HOSODA            3964-0
KOURTNEY H. WONG         10827-0
SPENCER J. LAU           11105-0
HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone:    (808) 524-3700
Facsimile:    (808) 524-3838
Email: lsh@hosodalaw.com
khw@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR        *Pro Hac Vice*
JAMES BAEHR              *Pro Hac Vice*
MARY M. NEUSEL           *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Email: kristina@well.law; jim@well.law; maggie@well.law

FREDERICK C. BAKER       *Pro Hac Vice*
JAMES W. LEDLIE          *Pro Hac Vice*
KRISTEN HERMIZ           *Pro Hac Vice*
CYNTHIA A. SOLOMON       *Pro Hac Vice*
SARA O. COUCH            *Pro Hac Vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com
*Attorneys for the Plaintiffs*

*(case caption continued on next page)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., Individually, and as Next Friend to his minor children P.G.F. and P.R.F, NASTASIA FREEMAN, Individually, and as Next Friend to her minor children, K.F., D.F., and N.F., JAMIE SIMIC, Individually, and as Next Friend to her minor children, M.S. and J.S.;<br><br>     Plaintiffs,<br><br>     vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>     Defendant. | CIVIL NO. 1:22-cv-397<br>(FEDERAL TORT CLAIMS ACT)<br><br>MOTION TO FILE UNDER SEAL BELLWETHER PLAINTIFFS' MEMORANDUM AND EXHIBITS 2 AND 3 IN SUPPORT OF BELLWETHER PLAINTIFFS' OPPOSITION TO THE UNITED STATES' MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF DR. STEVEN BIRD [ECF NO. 234]<br><br>HEARING:<br>Date:   February 22, 2024<br>Time:   10:30 A.M.<br>Judge:  Hon. Leslie E. Kobayashi<br><br>JUDGE: Hon. Leslie E. Kobayashi<br>TRIAL DATE:  April 22, 2024 |

**MOTION TO FILE UNDER SEAL BELLWETHER PLAINTIFFS'
MEMORANDUM AND EXHIBITS 2 AND 3 IN SUPPORT OF
BELLWETHER PLAINTIFFS' OPPOSITION TO THE UNITED STATES'
MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF DR.
STEVEN BIRD [ECF NO. 234]**

Plaintiffs respectfully ask that the Court enter an order granting them

permission to seal portions of *Bellwether Plaintiffs' Memorandum in Opposition to*

*The United States' Motion to Exclude Expert Report and Testimony of Dr. Steven*

1

*Bird [ECF NO. 234]* and Exhibits 2 and 3 appended thereto under Hawaii Local Rule 5.2.

Plaintiffs seek this relief because (1) *Bellwether Plaintiffs' Memorandum in Opposition to The United States' Motion to Exclude Expert Report and Testimony of Dr. Steven Bird* discloses the confidential names of a minor Bellwether Plaintiff; (2) Plaintiffs' Exhibit No. 2, excerpts of the deposition of Dr. Steven Bird, includes the confidential names of minor bellwether Plaintiffs; and (3) Plaintiffs' Exhibit 3, Affidavit of Steven B. Bird, ECF Nos. 221-2 (public) and 224-2 (sealed), previously filed under seal per Order, ECF No. 223.

The parties conferred on the proposed excerpts to be redacted and filed under seal. The United States does not oppose the Plaintiffs' redaction and filing under seal of the *Bellwether Plaintiffs' Memorandum in Support of Bellwether Plaintiffs' Opposition to The United States' Motion to Exclude the Expert Report and Testimony of Dr. Steven Bird [ECF NO. 234]*, as well as Exhibit No. 2 related thereto.

The Plaintiffs therefore respectfully ask that their motion to seal be granted.
DATED: Honolulu, Hawai'i, February 5, 2024.

<table>
<tr><td>*/s/ Lyle S. Hosoda*</td><td>*/s/ Kristina S. Baehr*</td></tr>
<tr><td>LYLE S. HOSODA</td><td>KRISTINA S. BAEHR</td></tr>
<tr><td>KOURTNEY H. WONG</td><td>JAMES BAEHR</td></tr>
<tr><td>SPENCER J. LAU</td><td>MARY M. NEUSEL</td></tr>
</table>

2

*/s/ Frederick C. Baker*
FREDERICK C. BAKER
JAMES W. LEDLIE
KRISTEN HERMIZ
CYNTHIA A. SOLOMON
SARA O. COUCH

*Attorneys for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I hereby certify that the Plaintiffs have conferred with the Government as to the filing of these documents as redacted or under seal. The Government does not oppose this motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

I also certify that I will submit the records requested to be filed under seal to the Court via e-mail to Chambers, copying counsel of record in this matter, and that Mandatory Chambers Copies will be provided to the Court in accordance with Local Rule 5.2.

*/s/ Frederick C. Baker*
FREDERICK C. BAKER

3