# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 22-00397 LEK-KJM |
| CASE NAME: | Patrick Feindt, Jr., vs. United States of America |
| ATTYS FOR PLA: | Lyle Hosoda<br>Frederick Baker<br>Kristina Baehr<br>Cynthia Solomon<br>Kristen Hermiz<br>Mary Neusel<br>James Baehr<br>Spencer Lau |
| ATTYS FOR DEFT: | Eric Rey<br>Caroline Stanton<br>Rosemary Yogiaveetil |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 2/22/2024 | TIME: | 10:30 AM - 11:30 AM |

COURT ACTION: EP: [204] MOTION for Partial Summary Judgment, [225] MOTION to Strike Affidavit of Dr. Steven Bird, [234] MOTION in Limine to Exclude Dr. Steven Bird held by video teleconference ("VTC")

Parties for both sides present by VTC.

Court orally advises the parties of it's inclination.

Court hears argument from counsel: Lyle Hosoda, Frederick Baker, Kristina Baehr
      Caroline Stanton, Eric Rey

The matter is taken under submission. Court will issue an outline of the decision followed by the final order.

<u>Trial status hearing held:</u>
This matter is scheduled to commence a non-jury trial on April 22, 2024.
Court advises the parties regarding trial schedule conflict and proposes trial options.
Counsel are advised that the Court receives all direct examination of witnesses by

declaration, unless the witness is an adverse party or can be established as a hostile witness.

Counsel is directed to meet and confer to discuss trial schedule, estimated length of trial, time needed for opening and closing statements and advise the Court accordingly on or before **2/29/2024**.

Submitted by: Agalelei Elkington, Courtroom Manager