

**U.S. Department of Justice**
**Civil Division**

---

Honorable Kenneth J. Mansfield                              February 28, 2024
United States Magistrate Judge
300 Ala Moana Boulevard
Honolulu, HI 96850

    Re:    *Feindt v. United States,* 1:22-cv-397-LEK-KJM, *et al* – Joint Request to Reschedule Hearing on the United States' Motion to Consolidate (ECF No. 277)

Dear Judge Mansfield,

    The United States writes jointly with Plaintiffs' counsel in *Feindt v. United States*, 22-cv-00397-LEK-KJM, *Whaley v. United States*, 23-cv-00457-LEK-KJM, and *Hughes v. United States*, 24-cv-00059-LEK-KJM, to respectfully request that the Court reschedule the in-person hearing on the United States' Motion to Consolidate (ECF No. 277), which is currently set for April 10, 2024.

    The parties respectfully request that the hearing be moved to a date closer in time to the final pretrial conference in this matter, which is currently scheduled for April 16, 2024, before the Hon. Leslie E. Kobayashi. Counsel for both parties are available on April 15, 2024, or April 17, 2024. If the Court is unavailable on those dates, the parties would request, in the alternative, that the Court convert the in-person hearing to a virtual appearance on April 10, 2024, by telephone or videoconference, at the Court's convenience.

    The parties thank the Court for its time and consideration of this request.

Respectfully submitted,

By */s/Rosemary C. Yogiaveetil*                         By */s/Kristina Baehr*
    ROSEMARY C. YOGIAVEETIL                          KRISTINA BAEHR
    Trial Attorney                                                        Just Well Law, PLLC
    United States Department of Justice           Attorney for Plaintiffs
    Attorney for Defendant