# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 22-00397 LEK-KJM |
| CASE NAME: | Patrick Feindt, Jr. vs. United States of America |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 3/1/2024 |

COURT ACTION:  EO: COURT ORDER CONTINUING TRIAL DATE AND SETTING FORTH NEW PRE-TRIAL DEADLINES

  On February 29, 2024, this Court received a joint letter from Plaintiffs and Defendant United States of America ("Defendant" or "United States") ("Joint Letter"). [Dkt. no. 292.] In the Joint Letter, the parties agree to starting trial on April 29, 2024 instead of April 22, 2024. See Joint Letter at PageID.13947; Third Stipulated Amended Rule 16 Scheduling Order, filed 10/30/23 (dkt. no. 192), at ¶ 1. The Court hereby CONTINUES the trial date to **April 29, 2024**.

  The parties also request extending all pre-trial deadlines by one week. See Joint Letter at PageID.13947. The Court GRANTS the request, and issues the following pre-trial deadlines:

    -Separate final pretrial statements are due **March 19, 2024**.

    -By **April 2, 2024**, the parties shall pre-mark for identification all exhibits and shall exchange or, when appropriate, make available for inspection all exhibits to be offered, other than for impeachment or rebuttal, and all demonstrative aids to be used at trial.

    -By **April 8, 2024,** each party shall serve and file a final comprehensive witness list indicating: the identity of each witness that the party will call at trial; describing concisely the substance of the testimony to be given; and the estimated time required for the witness's testimony on direct examination, if the witness's will be giving live direct testimony.

    -By **April 8, 2024**, the parties shall meet and confer regarding possible stipulations to the authenticity and admissibility of proposed exhibits.

    -By **April 8, 2024**, the parties shall serve and file statements designating excerpts from depositions (specifying the witness and page and line referred to) to be used at trial other than for impeachment or rebuttal.

-Direct examination testimony declarations are due by **April 8, 2024**.

-Statements counter-designating other portions of depositions or any objections to the use of depositions shall be served and filed by **April 15, 2024**.

-Separate trial briefs identifying all significant disputed issues of law, including foreseeable procedural and evidentiary issues, setting forth briefly the party's position and the supporting arguments and authorities are due by **April 15, 2024**.

-Objections to the admissibility of exhibits are due **April 15, 2024**.

-The original set of exhibits and two binders (or sets of binders) containing of copies exhibits and a list of exhibits must be submitted to the Court by **April 22, 2024**

-A thumb drive of all exhibits shall be submitted to the Court by **April 22, 2024.**

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager