HID 011 Request for Media Blogging
Amended 09/2015

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

**Request for Media Blogging**

The undersigned requests that the court allow blogging during the proceeding(s) described below.  Requests must be emailed to the presiding judge's email address for orders.  For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding.  For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: Feindt v. United States of America    Case No. 1:22-cv-00397-LEK-KJM

Presiding District or Magistrate Judge:    KOBAYASHI

Media Outlet:    CIVIL BEAT

Representative(s):    CHRISTINA JEDRA

Email Address To Send Completed Request Form: CJEDRA@CIVILBEAT.ORG

☐ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 4/29/2024 thru tr | 9 a.m. | Trial |
| | | |
| | | |
| | | |
| | | |

DATED: 3/19/2024    SIGNATURE: *Christina Jedra*

PRINTED NAME: Christina Jedra

IT IS SO ORDERED.

☑ APPROVED        ☐ APPROVED AS MODIFIED        ☐ DENIED

DATED: March 19, 2024        *Leslie E. Kobayashi*