| | |
|---|---|
| LYLE S. HOSODA | 3964-0 |
| KOURTNEY H. WONG | 10827-0 |
| SPENCER J. LAU | 11105-0 |

HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone:   (808) 524-3700
Facsimile:    (808) 524-3838
Email: lsh@hosodalaw.com
khw@hosodalaw.com; sjl@hosodalaw.com

| | |
|---|---|
| KRISTINA S. BAEHR | *Pro Hac Vice* |
| JAMES BAEHR | *Pro Hac Vice* |
| MARY M. NEUSEL | *Pro Hac Vice* |

JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Email: kristina@well.law; jim@well.law; maggie@well.law

| | |
|---|---|
| FREDERICK C. BAKER | *Pro Hac Vice* |
| JAMES W. LEDLIE | *Pro Hac Vice* |
| KRISTEN HERMIZ | *Pro Hac Vice* |
| CYNTHIA A. SOLOMON | *Pro Hac Vice* |
| SARA O. COUCH | *Pro Hac Vice* |

MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com

*Attorneys for the Plaintiffs*

*(case caption continued on next page)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.;<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:22-cv-397<br>(FEDERAL TORT CLAIMS ACT)<br><br>**SECOND AMENDED ORDER REGARDING ELECTRONIC DEVICES IN JUDGE KOBAYASHI'S COURTROOM**<br><br>Judge: Hon. Leslie E. Kobayashi<br>TRIAL DATE: April 29, 2024 |

**SECOND AMENDED ORDER REGARDING ELECTRONIC DEVICES IN JUDGE KOBAYASHI'S COURTROOM**

Whereas, the Parties to this [Proposed] Second Amended Order Granting Regarding Electronic Equipment believe it reasonably necessary to bring electronic equipment into the Courthouse as an exception to the Local Rules of this Court for all hearings and trial in the above captioned case, and have agreed to the terms of this order; accordingly, it is hereby ORDERED:

In addition to all attorneys of record, the members of the Parties' trial teams, as identified below, may bring the following electronic equipment: cellular telephones, smart phones, laptop and/or tablet computers, Wi-Fi hotspots and printers; into the courthouse for all hearings related to this case and the duration of the trial scheduled to commence April 29, 2024.

1

## I. Plaintiffs' Trial Team

   a. Amy Hendershot
   b. Pam Durkee
   c. Bryanna Hinkle
   d. Kelly Westkaemper
   e. Lisa Hack
   f. Gina Veldman
   g. Debbi Keolanui

## II. Government Trial Team

   a. William Moulec
   b. Joaquin Bratton-Benefield

Said cellular telephones and smart phones shall be kept in the "vibrate" or "silent" mode and may be used only outside the courtroom. Laptop and/or tablet computers must also be in the "silent" or "mute" mode when in the courtroom.

All persons authorized by this Order shall present a copy of this Order to security personnel each time that person enters the courthouse with such equipment. The equipment described above is subject to inspection at any time by courthouse security personnel.

ORDERED that the Motion is GRANTED.

IT IS SO ORDERED.

DATED: March 29, 2024, at Honolulu, Hawaii



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

---

*Feindt v. United States,* Civ. No. 22-cv-00397-LEK-KJM, "Second Amended Order Regarding Electronic Devices in Judge Kobayashi's Courtroom."