ELLIOT ENOKI #1528
Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States, Acting
under Authority Conferred by 28 U.S.C. § 515
SYDNEY SPECTOR #11232
Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
ERIC REY, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: 202-616-4224
Fax: (202) 616-4473
Email: eric.a.rey@usdoj.gov

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR. et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM <br><br> DEFENDANT UNITED STATES' OF AMERICA'S WITNESS LIST; CERTIFICATE OF SERVICE <br><br> TRIAL DATE: April 29, 2024 <br> TIME: 8:30 a.m. <br> JUDGE: Hon. Leslie E. Kobayashi |

**DEFENDANT UNITED STATES OF AMERICA' WITNESS LIST**

The United States of America hereby submits its witness list for trial scheduled to begin on April 29, 2024.

1. <u>Sherri Eng</u> – Ms. Eng, Executive Director, Navy Closure Task Force – Red Hill, will offer testimony regarding the Navy's response to the May 6, 2021 and November 20, 2021 fuel spills at the Red Hill Bulk Fuel Storage Facility (Red Hill), including (a) the Navy's sampling and flushing efforts; (b) her membership on the Interagency Drinking Water System Team (IDWST) and the IDWST's work; (c) the Navy's long-term monitoring of the Joint Base Pearl Harbor-Hickam (JBPHH) public water system after the Hawaii Department of Health's public health advisory was lifted; and (d) recent analyses of the cause of the low-level TPH-d detections in the JBPHH system after the public health advisory was lifted. Ms. Eng will testify on or around May 10, 2024.

    Anticipated Direct Testimony:  by Declaration.
    Anticipated Cross Examination:  30 minutes, in person.

2. <u>CDR John Daly</u> – Commander Daly, a civil engineer and former Facilities Engineering & Acquisitions Division Director for the Marine Corps Base Hawaii in Kaneohe Bay, will offer testimony regarding the flushing and recovery of the JBPHH public water system, including (a) the technical considerations and justifications for the manner in which the system was flushed; (b) the flushing and activities' compliance with applicable requirements; and (c) the technical and scientific justifications for seeking to amend the public health advisory for various zones after flushing completed. Commander Daly will testify on or around May 10, 2024.

    Anticipated Direct Testimony:  by Declaration.
    Anticipated Cross Examination:  30 minutes, in person.

3. <u>CDR Trevor Bingham</u> – Commander Bingham, former Facilities Management Division Director at JBPHH from May 2021 to July 2022, will offer testimony regarding the Navy's response to the November 2021 fuel

spill, including flushing efforts. Commander Bingham will testify on or around May 10, 2024.

    Anticipated Direct Testimony:  by Declaration.
    Anticipated Cross Examination:  30 minutes, in person.

4. <u>Michael McGinnis</u> – Dr. McGinnis, former U.S. Pacific Fleet Surgeon and senior medical advisor to the Commander, U.S. Pacific Fleet from January 2020 to July 2022, will provide testimony regarding the Navy's responsive actions to the November 2021 fuel spill, including the Navy's communications regarding water quality and medical response. Dr. McGinnis will testify on or around May 10, 2014.

    Anticipated Direct Testimony:  by Declaration.
    Anticipated Cross Examination:  40 minutes, in person.

5. <u>Aaron Darley</u> – Mr. Darley, Chief Engineer for Naval Facilities Engineering Systems Command Hawaii (NAVFAC Hawaii), will offer testimony regarding the potential pathways by which JP-5 (jet fuel) from the November 2021 fuel spill migrated to the Red Hill drinking water shaft. The parties anticipate that Mr. Darley will testify on or around May 10, 2024.

    Anticipated Direct Testimony:  by Declaration.
    Anticipated Cross Examination:  30 minutes, in person.

6. <u>Jeremy Mitchell</u> – Mr. Mitchell, Deputy Operations Officer for NAVFAC Hawaii and former Utilities Program Manager and Industrial Commodities Engineer for NAVFAC Hawaii and Deputy Public Works Officer for JBPHH, will offer testimony regarding the infrastructure and operation of the JBPHH public water system and the JBPHH immediate flushing program. Mr. Mitchell will testify on or around May 13, 2024.

    Anticipated Direct Testimony:  by Declaration.
    Anticipated Cross Examination:  30 minutes, in person.

7. <u>Walter Grayman</u> – Dr. Grayman, a retained environmental and civil engineer who specializes in water distribution modeling, will offer testimony regarding the movement of JP-5 contamination from the Red Hill Shaft through the JBPHH drinking water system after the November 2021 spill. Dr. Grayman will testify on or around May 13, 2024.

   Anticipated Direct Testimony:  by Declaration.
   Anticipated Cross Examination:  2 hours, in person.

8. <u>Lyle Burgoon</u> – Dr. Burgoon, a retained toxicologist and biostatistician, will offer testimony regarding the exposure of the Bellwether Plaintiffs to JP-5 constituents via the air. Dr. Burgoon will testify on or around May 13, 2024.

   Anticipated Direct Testimony:  by Declaration.
   Anticipated Cross Examination:  30 minutes, in person.

9. <u>Robyn Prueitt</u> – Dr. Prueitt, a retained toxicologist, will offer testimony regarding whether the Bellwether Plaintiffs' alleged health effects are attributable to exposures to JP-5 jet fuel and its main constituents in the JBPHH water system following the November 2021 spill. Dr. Prueitt will testify on or around May 14, 2024.

   Anticipated Direct Testimony:  by Declaration.
   Anticipated Cross Examination:  1 hour, in person.

10. <u>Michael Kosnett</u> – Dr. Kosnett, a retained medical toxicologist, will offer testimony regarding whether the adult Bellwether Plaintiffs' claimed medical injuries were caused by the November 2021 spill and whether the adult Bellwether Plaintiffs have an increased risk of latent disease because of the November 2021 spill. Dr. Kosnett will testify on or around May 14, 2024.

    Anticipated Direct Testimony:  by Declaration.
    Anticipated Cross Examination:  1 hour and 15 minutes, in person.

11. <u>Timur Durrani</u> – Dr. Durrani, a retained medical toxicologist and family medicine specialist, will offer testimony regarding whether the minor Bellwether Plaintiffs' claimed medical injuries were caused by the November 2021 spill and whether the minor Bellwether Plaintiffs have an increased risk of latent disease because of the November 2021 spill. Dr. Durrani will testify on or around May 14, 2024.

    Anticipated Direct Testimony:  by Declaration.
    Anticipated Cross Examination:  1 hour and 15 minutes, in person.

12. <u>Barry Gordon</u> – Dr. Gordon, a retained neurologist, will offer testimony regarding the neurological impact, or lack thereof, of the November 2021 spill on Bellwether Plaintiff Nastasia Freeman. Dr. Gordon will testify on or around May 15, 2024.

    Anticipated Direct Testimony:  by Declaration.
    Anticipated Cross Examination:  30 minutes, in person.

13. <u>Eric Smith</u> – Dr. Smith, a retained forensic psychologist, will offer testimony regarding the psychological impact, or lack thereof, of the November 2021 spill on the Bellwether Plaintiffs' mental health. Dr. Smith will testify on or around May 15, 2024.

    Anticipated Direct Testimony:  by Declaration.
    Anticipated Cross Examination:  1 hour and 30 minutes, in person.

14. <u>Duane Morita</u> – Mr. Morita, Supervisory Chemist for the NAVFAC Hawaii Environmental Services Lab, will offer testimony regarding water sampling and testing methods utilized by the Navy's on-island laboratory to analyze drinking water samples in the immediate response to the November 2021 spill. Mr. Morita will testify on or around May 15, 2024.

    Anticipated Direct Testimony:  by Declaration.
    Anticipated Cross Examination:  30 minutes, in person.

15. <u>Caroline Tuit</u> – Dr. Tuit, a retained environmental chemist, will offer testimony regarding the applicable standards for preserving, holding, and analyzing the samples analyzed by the Navy's on-island laboratory, as well as associated laboratory procedures. The parties anticipate that Dr. Tuit will testify on or around May 16, 2024.

    Anticipated Direct Testimony:  by Declaration.
    Anticipated Cross Examination:  45 minutes, in person.

16. <u>Richard Ruck</u> – Dr. Ruck, Chief Medical Officer for the Defense Health Agency's TRICARE Health Plan, will offer testimony regarding the background and scope of coverage for TRICARE coverage, including how TRICARE (a) applies to military personnel, their spouses, and their dependents, (b) applies to retired military personnel, and (c) interacts with other insurance coverage, such as Medicare. Dr. Ruck will testify on or around May 16, 2024.

    Anticipated Direct Testimony:  by Declaration.
    Anticipated Cross Examination:  1 hour, in person.

17. <u>Carmen DeLeon</u> – Ms. DeLeon, a nurse consultant for the Defense Health Agency's TRICARE Health Plan, Clinical Oversight & Integration Section, will offer testimony regarding the scope of TRICARE coverage for particular services and goods for the Dietz, Feindt, and Jessup Bellwethers, including the extent to which TRICARE will cover these Bellwether Plaintiffs' claimed future medical costs. Ms. DeLeon will testify on or around May 16, 2024.

    Anticipated Direct Testimony:  by Declaration.
    Anticipated Cross Examination:  1 hour, in person.

18. <u>Erick West</u> – Mr. West, a retained economist, will offer testimony regarding the net present value of the Bellwether Plaintiffs' claimed future medical costs and the alleged lost income of Bellwether Plaintiffs Patrick Feindt, Jr. and Nastasia Freeman. Mr. West will testify on or around May 16, 2024.

Anticipated Direct Testimony: by Declaration.
Anticipated Cross Examination: 20 minutes, in person.

Dated: April 8, 2024

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney
General, Civil Division

CHETAN PATIL
Acting Deputy Assistant Attorney General
Torts Branch

J. PATRICK GLYNN
Director

CHRISTINA FALK
Assistant Director

<u>/s/ *Eric Rey*</u>
ERIC REY (DC Bar # 988615)
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Environmental Tort Litigation
1100 L Street, NW
Washington, DC 20005
Phone: 202-616-4224
E-mail: eric.a.rey@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that, on April 8, 2024, a true and correct copy of the foregoing was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

*/s/ Eric Rey*
ERIC REY
