ELLIOT ENOKI #1528
Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States, Acting
under Authority Conferred by 28 U.S.C. § 515
SYDNEY SPECTOR #11232
Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
ERIC REY, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L St. NW
Washington, DC 20005
(202) 616-4224
eric.a.rey@usdoj.gov

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM <br><br> THE UNITED STATES' TRIAL DECLARATION OF DR. ROBYN PRUEITT; EXHIBITS A-Z; DEMONSTRATIVES AA-AC CERTIFICATE OF SERVICE <br><br> TRIAL DATE: April 29, 2024 <br> TIME: 8:30 a.m. <br> JUDGE: Hon. Leslie E. Kobayashi |

# THE UNITED STATES OF AMERICA'S
# TRIAL DECLARATION OF ROBYN L. PRUEITT

Pursuant to the Court's Trial Procedures, ¶ 17, Defendant the United States of America submits the attached trial Declaration of Robyn L. Prueitt, Ph.D., DABT, who will appear for cross-examination and re-direct examination in person on or about Tuesday, May 14, 2024. As set forth in the Declaration, this direct testimony includes the following exhibits:

| **Declaration Exhibit** | **Trial Exhibit** |
|---|---|
| Exhibit A | DX-3127 |
| Exhibit B | DX-3128 |
| Exhibit C | DX-3129 |
| Exhibit D | DX-3130 |
| Exhibit E | DX-3131 |
| Exhibit F | DX-3132 |
| Exhibit G | DX-3133 |
| Exhibit H | DX-3134 |
| Exhibit I | DX-3135 |
| Exhibit J | DX-3136 |
| Exhibit K | DX-3137 |
| Exhibit L | DX-3138 |
| Exhibit M | DX-3139 |
| Exhibit N | DX-3140 |

| **Declaration Exhibit** | **Trial Exhibit** |
|---|---|
| Exhibit O | DX-3141 |
| Exhibit P | DX-3142 |
| Exhibit Q | DX-3143 |
| Exhibit R | DX-3144 |
| Exhibit S | DX-3145 |
| Exhibit T | DX-3146 |
| Exhibit U | DX-3147 |
| Exhibit V | DX-3148 |
| Exhibit W | DX-3149 |
| Exhibit X | DX-3150 |
| Exhibit Y | DX-3151 |
| Exhibit Z | DX-3152 |
| Exhibit AA | Demonstrative AA |
| Exhibit AB | Demonstrative AB |
| Exhibit AC | Demonstrative AC |

Dated: April 8, 2024                    Respectfully submitted,

                                        BRIAN M. BOYTON
                                        Principal Deputy Assistant Attorney
                                        General, Civil Division

                                        CHETAN PATIL
                                        Acting Deputy Assistant Attorney
                                        General, Torts Branch

                                        J. PATRICK GLYNN
                                        Director

                                        CHRISTINA FALK
                                        Assistant Director

                                        /s/ *Eric Rey*
                                        ERIC REY
                                        DC Bar # 988615
                                        ROSEMARY C. YOGIAVEETIL
                                        CAROLINE STANTON
                                        MARIANNE KIES
                                        LUCAS R. WHITE
                                        ALANNA HORAN
                                        KENNETH HAYWOOD
                                        ANNA ELLISON
                                        KAILEY SILVERSTEIN
                                        Trial Attorney
                                        United States Department of Justice
                                        Civil Division, Torts Branch
                                        Environmental Tort Litigation
                                        1100 L Street, NW
                                        Washington, DC 20002
                                        (202) 616-4224
                                        eric.a.rey@usdoj.gov
                                        *Attorneys for Defendant,*
                                        *United States of America*

4

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2024, I electronically filed the foregoing using the Court's Electronic Case Filing system, which will send notice to all counsel of record.

*/s/ Eric Rey*
ERIC REY