ELLIOT ENOKI #1528
Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States, Acting
under Authority Conferred by 28 U.S.C. § 515
SYDNEY SPECTOR #11232
Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
Alanna Horan, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street NW
Washington, DC 20002
(202) 616-4222
alanna.r.horan@usdoj.gov

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM <br><br> THE UNITED STATES' TRIAL DECLARATION OF DR. BARRY GORDON, M.D., Ph.D.; EXHIBITS A-F; CERTIFICATION OF SERVICE <br><br> TRIAL DATE: April 29, 2024 <br> TIME: 8:30 a.m. <br> JUDGE: Hon. Leslie E. Kobayashi |

1

# THE UNITED STATES OF AMERICA'S
# TRIAL DECLARATION OF DR. BARRY GORDON

Pursuant to the Court's Trial Procedures, ¶ 17, Defendant the United States of America submits the attached trial Declaration of Dr. Barry Gordon, M.D., Ph.D., who will appear for cross-examination and re-direct examination in person on or about Wednesday, May 15, 2024. As set forth in the Declaration, this direct testimony includes the following exhibits:

| **Declaration Exhibit** | **Trial Exhibit** |
|---|---|
| Exhibit A | DX-3156 |
| Exhibit B | DX-3215 |
| Exhibit C | DX-3158 (production slipsheet for a video, which will provided in full with copies of exhibits on April 22, 2024) |
| Exhibit D | DX-3159 (production slipsheet for a video, which will provided in full with copies of exhibits on April 22, 2024) |
| Exhibit E | DX-3205 |

Dated: April 8, 2024

Respectfully submitted,

BRIAN M. BOYTON
Principal Deputy Assistant Attorney
General, Civil Division

CHETAN PATIL
Acting Deputy Assistant Attorney
General, Torts Branch

J. PATRICK GLYNN
Director

CHRISTINA FALK
Assistant Director

*/s/Alanna Horan*
ALANNA HORAN
DC Bar No. 1671335
ERIC REY
CAROLINE STANTON
MARIANNE KIES
LUCAS R. WHITE
ROSEMARY YOGIAVEETIL
KENNETH HAYWOOD
ANNA ELLISON
KAILEY SILVERSTEIN
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Environmental Tort Litigation
1100 L Street, NW
Washington, DC 20002
(202) 616-4222
alanna.r.horan@usdoj.gov

*Attorneys for Defendant,*
*United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2024, I electronically filed the foregoing using the Court's Electronic Case Filing system, which will send notice to all counsel of record.

*/s/ Alanna Horan*
ALANNA HORAN