ELLIOT ENOKI #1528
Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States, Acting
under Authority Conferred by 28 U.S.C. § 515
SYDNEY SPECTOR #11232
Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
ROSEMARY C. YOGIAVEETIL, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street NW
Washington, DC 20002
Tel: 202-532-0222
Fax: (202) 616-4473
Email: rosemary.c.yogiaveetil@usdoj.gov

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM<br><br>DEFENDANT UNITED STATES OF AMERICA'S TRIAL DECLARATION OF DR. CAROLINE B. TUIT; EXHIBITS A-R; CERTIFICATE OF SERVICE<br><br>TRIAL DATE: April 29, 2024<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Leslie E. Kobayashi |

# THE UNITED STATES OF AMERICA'S
# TRIAL DECLARATION OF DR. CAROLINE B. TUIT

Pursuant to the Court's Trial Procedures, ¶ 17, Defendant the United States of America submits the attached trial Declaration of Dr. Caroline B. Tuit, who will appear for cross-examination and re-direct examination in person on or about Thursday, May 16, 2024. As set forth in the Declaration, this direct testimony includes the following exhibits:

| **Declaration Exhibit** | **Trial Exhibit** |
|---|---|
| Exhibit A | DX-3233 |
| Exhibit B | JX-0044 |
| Exhibit C | JX-0028 |
| Exhibit D | JX-0045 |
| Exhibit E | DX-3162 |
| Exhibit F | Demonstrative |
| Exhibit G | Demonstrative |
| Exhibit H | Demonstrative |
| Exhibit I | Demonstrative |
| Exhibit J | Demonstrative |
| Exhibit K | Demonstrative |
| Exhibit L | DX-3161 |
| Exhibit M | Demonstrative |
| Exhibit N | Demonstrative |

| **Declaration Exhibit** | **Trial Exhibit** |
|---|---|
| Exhibit O | Demonstrative |
| Exhibit P | JX-0012 |
| Exhibit Q | Demonstrative |
| Exhibit R | Demonstrative |

DATED: April 8, 2024                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General, Civil Division

CHETAN PATIL
Acting Deputy Assistant Attorney General
Torts Branch

J. PATRICK GLYNN
Director

CHRISTINA FALK
Assistant Director

*/s/Rosemary C. Yogiaveetil*
ROSEMARY C. YOGIAVEETIL
  N.Y. Bar No. 5296264
Trial Attorneys
United States Department of Justice
Civil Division, Torts Branch Environmental
Tort Litigation
1100 L Street, NW
Washington, DC 20005
Phone: 202-352-0222
E-mail: rosemary.c.yogiaveetil@usdoj.gov
*Attorneys for Defendant*
*United States of America*

## CERTIFICATE OF SERVICE

I certify that, on April 8, 2024, I electronically filed the foregoing trial declaration and exhibits using the Electronic Case Filing ("ECF") system of this Court. The ECF system will send a "Notice of Electronic Filing" to the attorneys of record.

Dated:      April 8, 2024            */s/Rosemary C. Yogiaveetil*
                                     ROSEMARY C. YOGIAVEETIL