ELLIOT ENOKI #1528
Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States, Acting
under Authority Conferred by 28 U.S.C. § 515
SYDNEY SPECTOR #11232
Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
MARIANNE F. KIES, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street NW
Washington, DC 20002
(202) 353-1819
marianne.f.kies@usdoj.gov

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al., | CIVIL NO. 22-cv-00397-LEK-KJM |
| Plaintiffs, | THE UNITED STATES' TRIAL DECLARATION OF CDR JOHN DALY; EXHIBITS A-J; CERTIFICATE OF SERVICE |
| v. | |
| UNITED STATES OF AMERICA, | TRIAL DATE: April 29, 2024 |
| Defendant. | TIME: 8:30 a.m. |
| | JUDGE: Hon. Leslie E. Kobayashi |

## THE UNITED STATES OF AMERICA'S TRIAL
## DECLARATION OF CDR JOHN DALY

Pursuant to the Court's Trial Procedures, ¶ 17, Defendant United States of America submits the Trial Declaration of John Daly. CDR Daly will appear for cross-examination and re-direct examination in person on or about Friday, May 10, 2024. As set forth in the Declaration, this direct testimony includes the following exhibits:

| **Declaration Exhibit** | **Trial Exhibit** |
|---|---|
| Exhibit A | JX-0040 |
| Exhibit B | DX-3071 |
| Exhibit C | JX-0009 |
| Exhibit D | DX-3073 |
| Exhibit E | DX-3072 |
| Exhibit F | DX-3007 |
| Exhibit G | DX-3008 |
| Exhibit H | DX-3009 |
| Exhibit I | DX-3010 |
| Exhibit J | DX-3011 |

Dated: April 8, 2024     Respectfully submitted,

BRIAN M. BOYTON
Principal Deputy Assistant Attorney
General, Civil Division

CHETAN PATIL
Acting Deputy Assistant Attorney
General, Torts Branch

J. PATRICK GLYNN
Director

CHRISTINA FALK
Assistant Director

*/s/ Marianne F. Kies*
MARIANNE F. KIES
 D.C. Bar No. 1023554
ERIC REY
CAROLINE STANTON
MARIANNE KIES
LUCAS R. WHITE
ALANNA HORAN
KENNETH HAYWOOD
ANNA ELLISON
KAILEY SILVERSTEIN
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Environmental Tort Litigation
1100 L Street, NW
Washington, DC 20002
(202) 353-1819
marianne.f.kies@usdoj.gov

*Attorneys for Defendant,*
*United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2024, I electronically filed the foregoing using the Court's Electronic Case Filing system, which will send notice to all counsel of record.


*/s/ Marianne F. Kies*
MARIANNE F. KIES