IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al., | CIVIL NO. 22-cv-00397-LEK-KJM |
| Plaintiffs, | TRIAL DECLARATION OF CDR JOHN DALY; EXHIBITS A-J |
| v. | |
| UNITED STATES OF AMERICA, | TRIAL DATE: April 29, 2024<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Leslie E. Kobayashi |
| Defendant. | |

**TRIAL DECLARATION OF CDR JOHN DALY**

Pursuant to 28 U.S.C. § 1746, I, John Daly, make the following declaration as my direct testimony for trial, under penalty of perjury. Except as may be otherwise stated below, I make the following statements on the basis of personal knowledge or on information that became known to me in the course of my professional duties when I was the Director of Facilities Engineering & Acquisitions Division for the Marine Corps Base Hawaii in Kaneohe Bay, and on temporary assignment to support the emergency response to the November 20, 2021, jet fuel spill at Red Hill.

# **TABLE OF CONTENTS**

I.    Educational and Professional Background..................................................3

II.   Involvement in Response to the Jet Fuel Leak............................................4

III.  Initial Flushing Efforts that Predated the Drinking Water
      Distribution System Recovery Plan ............................................................7

IV.   Distribution System Recovery Effort..........................................................9

I.  **Educational and Professional Background**

1. I am currently the Director of the Maritime Operations Center at Naval Construction Group TWO aboard Naval Construction Battalion Center in Gulfport, Mississippi. In my current role, I have purview of the intelligence, operations, plans, and training for all of the East Coast Naval Construction Force units. I have been a member of the United States Department of the Navy for approximately 16 years.

2. I hold a bachelor's degree in science (Civil Engineering) from The Citadel (2003). I also hold a Master of Science in Civil Engineering, with a geotechnical focus, from the Georgia Institute of Technology (2015). Before joining the Navy in 2008, I primarily worked as a geotechnical consultant in Kennesaw, Georgia.

3. Since 2008, I have held various positions with the Navy around the world, including serving as the officer-in-charge of a Naval Mobile Construction Battalion Water Well Team during deployments to Al-Anbar province in Iraq and Lira District, Uganda.

4. I have had two tours in Hawaii. The first tour was from 2010 to 2014, during which time I had two roles: officer-in-charge of Construction Battalion (CB) Maintenance Unit 303, also known as "CBMU 303 Detachment Pearl Harbor" (2010–2012) and resident officer-in-charge of construction for

  Marine Corps Base Hawaii at Naval Facilities (NAVFAC) Hawaii (2012–2014).

5. I next came to Hawaii in approximately May 2020. From approximately May 2020 until June 2022, I was the Director of Facilities Engineering & Acquisitions Division (FEAD) for the Marine Corps Base Hawaii in Kaneohe Bay. The Marine Corps Base is a different base than Joint Base Pearl Harbor-Hickam, also known as "JBPHH." As FEAD Director, I was essentially the director of construction contracts at the Marine Corps Base.

6. I left Hawaii for the mainland in June 2022 for my current assignment.

## II. Involvement in Response to the Jet Fuel Leak

7. On November 20, 2021, when I was the Director of FEAD, JP-5 jet fuel spilled at the Red Hill Bulk Fuel Storage Facility and eventually made it into the water system that provides water to the JBPHH (the Jet Fuel Leak).

8. I first became involved in the Navy's response to the Jet Fuel Leak on December 3, 2021, when Captain James "Gordie" Meyer (at the time, Commander Officer of NAVFAC Hawaii), asked me to turn over my duties as FEAD Director to my deputy and report full-time to the newly formed response team at NAVFAC Hawaii. Other professionals from the various Business Lines at NAVFAC Hawaii, both civilian and military, were also detailed to this team as the demands for an engineering response greater than

4

routine business became clear. In the days that followed, the response team branched into several lines of operation. This team would integrate joint services and local and state regulators and would eventually be known as the Interagency Drinking Water Systems Team (IDWST). People on the response team were regularly working 16- and 18-hour days by that point in time, especially in the early days of December 2021.

9. I took the lead in the Navy's distribution system recovery effort, including the water tanks. That effort began on or around December 6, 2021, and ended on or around January 8, 2022. After January 8, 2022, I largely returned to my regular role as FEAD Director, although I continued to provide part-time support to the response to the Jet Fuel Leak until March 2022.

10. The distribution system recovery effort was one stage in a four-stage process Navy developed to recover the water system after the Jet Fuel Leak. The four stages were, in order: (1) recover the distribution system and tanks; (2) flush points of service; (3) certify water to potable standards through sampling; and (4) long-term monitoring. This process is set forth in the Drinking Water Distribution System Recovery Plan (Dec. 2021), a true and accurate copy of which is attached as **Exhibit A**, Trial Exhibit JX-0040, at § 2.2.1. To the best of my knowledge, the Drinking Water Distribution

System Recovery Plan was adhered to. I was aware of all four stages, but I was directly and substantially involved only in stage one. Indeed, it was important to maintain separation between the flushing and sampling efforts to maintain impartiality and independence across the teams.

11. The Drinking Water Distribution System Recovery Plan was signed by the NAVFAC Hawaii Environmental Business Line Leader and Commander, Navy Region Hawaii Environmental Director (N45), Sherri Eng; the Hawaii DOH Deputy Director of Environmental Health (HDOH), Kathleen Ho; the U.S. Environmental Protection Agency (EPA) Region 9 On-Scene Coordinator, Ben Castellana; and the Chief of Environmental Division for U.S. Army Garrison Hawaii, David Brixius. These four entities—HDOH, EPA, the Navy, and the Army—comprised the IDWST that developed and oversaw the execution of the Drinking Water Distribution System Recovery Plan and the steps outlined in it.

12. I was a member of the IDWST, and—after December 3, 2021—I became very familiar with the design characteristics of the JBPHH water distribution system. In developing my understanding of the water distribution system, I relied upon schematics, in addition to drawing upon knowledge of subject-matter experts, technicians, operators, and engineers.

13. I have personal knowledge of the design, implementation, and outcomes of the Navy's distribution system recovery effort, including the water tanks.

### III. Initial Flushing Efforts that Predated the Drinking Water Distribution System Recovery Plan

14. In addition to systemwide flushing and tank cycling, which I will discuss in later paragraphs, I am aware of, and was personally involved in, the flushing of hydrants after the Jet Fuel Leak that predated the development of the Drinking Water Distribution System Recovery Plan in December 2021.

15. Flushing refers to the process of forcing water from a water source known (including through sampling) to be unaffected by the Jet Fuel Leak (i.e., the Waiawa shaft) and pumping it through the pressurized JBPHH water system.

16. At the time (meaning, in 2021), Navy had a National Pollutant Discharge Elimination System (NPDES) permit under the Clean Water Act, which authorized maintenance flushing. A true and accurate copy of the permit is attached here as **Exhibit B**, Trial Exhibit DX-3071. Flushing of hydrants is part of maintenance. *See* **Exhibit B** at p.6 (Part B ("Discharge Limitations"), para. 2).

17. We decided to flush hydrants in areas potentially affected by the Jet Fuel Leak, because that afforded the best means for quickly removing a high volume of potentially impacted water from the system and replacing it with water from an unaffected source (*i.e.*, the Waiawa shaft).

18. To mitigate the volume of water released during flushing, Navy utilized "land application flushing," which refers to finding a location—such a field—that can receive the water to mitigate flow into stormwater drains. After the Jet Fuel Leak, the Navy used land application flushing for approximately one week—from December 3, 2021, until December 10, 2021—at which time flushing was paused pending development of a formal plan. This early flushing effort was in accordance with Navy's NPDES permit. *See* Paragraph 16. Approximately 12 hydrants were flushed in that timeframe (early December 2021), utilizing the land application technique. We forewent flushing other hydrants where terrain was mountainous and/or there was no available land that would satisfy the land application technique allowed by the NPDES permit.

19. I personally observed this initial flushing effort of hydrants during the week of December 3, 2021. I did not personally smell any odor of fuel, any fuel sheen, or any fuel emulsion in the flushing of hydrants, nor am I aware of any reports (either oral or written) of a fuel odor, sheen, or emulsion during this period of flushing.

20. On December 8, 2021, the HDOH sent a memorandum to the Navy indicating its belief that the Navy's flushing of hydrants did not adhere to Hawaii state law. **Exhibit C**, Trial Exhibit JX-0009, is a true and accurate

copy of the December 8, 2021 HDOH memorandum. I personally received this memorandum, late in the day on December 8. The Navy scheduled meetings to discuss the memorandum, and, upon determining that it did not possess the equipment that HDOH stated was required, ceased hydrant flushing on December 10. Moving forward, the Navy endeavored to incorporate the HDOH's stated concerns into its process for recovering the drinking water system, including by developing the Drinking Water Distribution System Recovery Plan.

**IV.** **Distribution System Recovery Effort**

21. Under the Drinking Water Distribution System Recovery Plan, the primary mechanism for removing remnants of the Jet Fuel Leak from the JBPHH drinking water system was through flushing. In my role supporting NAVFAC Hawaii and spearheading stage one of the recovery of the water distribution system, I am intimately familiar with the flushing process.

22. The IDWST considered several other alternative means for remediating the system, including pigging, addition of surfactants, and even complete replacement of the system. Ultimately, it selected flushing because it was the least harmful and most effective procedure available. Regardless of cost, the damage done by digging and replacing tens of miles in distribution plumbing would have greatly exceeded harm done by a directional water flush using

Case 1:22-cv-00397-LEK-KJM   Document 357-1   Filed 04/08/24   Page 10 of 18
                                   PageID.19109

source water. Simply said: brand new pipes introduce more chemicals to drinking water than seasoned pipes. Food-grade surfactants were considered but not chosen due to risk of damage to components in the distribution system and upon advice of experienced SMEs (subject-matter experts).

23. My team, who were the individuals conducting the distribution system flushing, started off with fewer than five people. The team soon grew to 50 dedicated personnel (not counting temporary help in the field, which, on any given day between early December 2021 and January 8, 2022, often doubled the size of the team). My 50-person permanent team included federal civil servicepersons, uniformed military, and contractors.

24. The flushing was sequenced by segments of the JBPHH water system (i.e., zones) and proceeded zone by zone, with the goal of pushing clean water from the Waiawa shaft through the JBPHH system systematically.

    a. These zones were delineated by discrete hydraulic direction and can be independently flushed without adverse hydraulic or water quality impacts to previously flushed zones as described in **Exhibit D**, Trial Exhibit DX-3073, which is a true and accurate copy of a December 28, 2021 Memorandum for Record that I authored. The resulting 19 zones are depicted in the Drinking Water Distribution System Recovery Plan, in a map available at § 2.3.

    b. The sequencing of flushing these zones is available in the Drinking Water Distribution System Recovery Plan, at § 2.4. This sequence was selected to follow the flow closest to the known-clean source at Waiawa to the most distant connections. Additionally, the volume of water available for flushing efforts had to be balanced against our requirement to maintain a volume of water available at all times for the purpose of fighting fires and maintaining system pressure. If system pressure dropped below normal values, then line breaks could occur with myriad additional negative consequences (e.g., loss of water service to parts of the system; introduction of contaminants).

25. The flushing within each zone encompassed two efforts.

    a. First, the transmission lines and other parts of the JBPHH water system were flushed by turning over the total volume in that zone a specified number of times (hereinafter, "System Flushing").

    b. Second, once that was complete, all the individual residences and facilities within a zone were also flushed (hereinafter, "Facility Flushing").

26. The dates during which the System Flushing and Facility Flushing occurred for each zone are shown in **Exhibit E**, Trial Exhibit DX-3072, which is a true and accurate copy of the JBPHH water system flushing zone map.

27. To be able to conduct the System Flushing, we knew it was important—particularly in light of HODH's response to the Navy's earlier, immediate flushing—to procure a method of filtration.

28. After considering and evaluating the options, we decided to use granular activated carbon (GAC) units. GAC units are widely used, broad-spectrum adhesion media with a known performance and a commercial marketplace that could supply the flushing effort at the scale and speed required. GAC units use similar technology as common household faucet filters—i.e., forcing water through carbon to remove contaminants. The GAC units, however, are much larger and capable of filtering 700 gallons per minute (one million gallons per day).

29. Our decision was heavily informed by the fact that—unlike alternatives—GAC systems were commercially available. The Navy ordered 24 GAC systems, all of which arrived within one month. Some, which were airlifted, arrived within ten days. The GAC units were operated by contractors.

30. A key goal in the System Flushing was to increase discharge through volumetric turnover within a zone, which is a simple ratio of the volume of

water supplied divided by the volume of the pipes in the system itself. The number of volumetric turnovers is an expression of the number of times unaffected water flushed through a particular zone. The Drinking Water Distribution System Recovery Plan specified both the volume necessary to achieve a volumetric turnover within a particular zone and the number of volumetric turnovers necessary for a zone, with those closest to the Red Hill Well (and therefore suspected to be the most impacted) having five volumetric turnovers, providing a safety factor over the recommended three, andreducing the number of volumetric turnovers in earlier phases to three for contamination-suspected zones and one for distant and unaffected zones in earlier phases. **Exhibit A** at § 2.5. The IDWST reached these technical volumetric turnover decisions by balancing to need to flush the parts of the system suspected to be the most impacted with the desire not to needlessly consume and discharge freshwater. Relatedly, our goal was to flush as quickly as possible, to remove any remaining contamination from the system before long-term adhesion and rebound release from stagnant system components became possible.

31. Volumetric turnover was of primary importance—as opposed to "scour velocity"—because JP-5 is largely water soluble. (Scour velocity defines a pipe velocity that will prevent buildup (or settling) from occurring in a pipe.

13

Scour velocity is intended to keep solids in suspension, which is why it is an important factor when decontaminating pipes from harmful sediment.) Where sediment settles and needs to be scoured, water soluble and/or lighter chemicals float to the top. We had to specifically make sure those high spots were flushed, such as pressure relief valves.

32. Another alternative we considered was the use of "ice pigging," which is a physical plunger inserted through distribution pipes as practiced in the oil and gas industry for pipe maintenance. Due to the JBPHH potable water distribution system's variety of pipe sizes and inaccessibility, this technique was quickly discovered to be impractical for system flushing.

33. Several external factors constrained the System Flushing Efforts in our flushing efforts in the weeks after the Jet Fuel Leak (i.e., through approximately the first half of December 2021). For instance, before GAC units were received and installed, we were constrained by the number of locations available to flush in compliance with the Navy's NPDES permit (i.e., the land application flushing discussed above). The Navy sought to identify additional areas for releases, such as stormwater drains or even the Navy's own sewer system (the Fort Kamehameha Wastewater Treatment Plan, "WWTP"), which is near the outlet to Pearl Harbor. But those alternatives posed different challenges.

      a. We were not allowed to discharge directly into storm drains without specific permission from the HDOH (which we knew, from the hydrant flushing process, would not be granted).

      b. And the WWTP posed different challenges, in that feeding it too much water at nearly drinkable standards would have starved the bacteria that the WWTP needed to aerobically or anaerobically break down waste.

34. I was involved in Navy discussions surrounding how to increase discharge despite these limiting factors. For instance, we worked with the environmental compliance team to attempt to procure additional permissions for discharging into storm drains, balancing the risk of erosion from overflowing storm drains against practical space constraints in congested or mountainous areas. We also obtained increased allowances from the WWTP to increase the flow.

35. Once GAC systems were installed, options for discharge from flushing increased because we could discharge the effluent from the GAC system into the stormwater drain per HDOH. Before flushing a hydrant to which a GAC unit was attached, we would take a startup sample of the water, to ensure the GAC unit was working. This included a sample from both before and after the GAC filtration.

36. Per the Drinking Water Sampling Plan, the Navy conducted confirmatory sampling after the System Flushing and Facility Flushing efforts were completed in a zone. If this sampling (which was conducted by a separate team) detected exceedances of applicable federal or state water quality standards, my team and other leadership at NAVFAC Hawaii would meet to evaluate the detection and determine if, inter alia, it was in a zone that had not yet been flushed or that had been flushing but needed further flushing.

37. Separate from and in addition to the System Flushing, we implemented a tank cycling procedure to the ten potentially affected water tanks on the JBPHH water system within the 19 zones. Tank cycling is a process of raising and lowering the level of water inside a storage tank to ensure clean water contacts the serviceable area of the tank in series. The purpose of this was similar to the flushing process described above—*i.e.*, to remove residual contamination.

38. We decided to cycle these tanks, instead of emptying and permanently cleaning then, for several reasons. First, it was necessary to keep a certain volume of water on hand to be responsive to fire emergencies. Second, because JBPHH has water distribution system components many decades in age, allowing the water levels to drop beyond a certain point could have caused a catastrophic loss of pressure that, in turn, would have caused the

pipes to collapse. Therefore, the tank cycling we conducted did not allow water to drop below a certain level.

39. Tank cycling began in the first half of December, before the Drinking Water Distribution System Recovery Plan was finalized. The cycling process took time—a full day per cycle per tank. It would take approximately five hours to draw down the tank's volume to the lowest practical limit, but then many additional hours (nearly a full day) to refill the tank. Each tank was cycled multiple times. In total, we completed cycling of all the tanks in approximately two weeks.

40. I was also involved in preparing what were referred to as "zone release memoranda," which were distributed when flushing of the system was complete for a particular zone. True and accurate copies of the zone release memoranda applicable to the zones where (I understand) the Bellwether Plaintiffs resided at the time are attached to this Declaration, at **Exhibits F to J**, Trial Exhibits DX-3007, DX-3008, DX-3009, DX-3010, DX-3011.

41. I am also personally familiar with the efficacy of the process of flushing the water distribution system and cycling the tanks, because—at the time—my family and I lived at JBPHH, at McGrew Point (Zone B1). After the Jet Fuel Leak, my family continued to use the JBPHH tap water for all household needs (washing dishes, washing cars, handwashing, bathing, sustaining our

tropical aquarium fish, etc.). My family has always (before the Jet Fuel Leak) preferred bottled water for drinking, and we continued to drink bottled water after the Jet Fuel Leak.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: April 5, 2024

_____  CDR, CEC, USN
JOHN DALY