LYLE S. HOSODA                3964-0
KOURTNEY H. WONG              10827-0
SPENCER J. LAU               11105-0
HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
Email: lsh@hosodalaw.com
khw@hosodalaw.com; sjl@hosodalaw.com


KRISTINA S. BAEHR            *Pro Hac Vice*
JAMES BAEHR                  *Pro Hac Vice*
MARY M. NEUSEL               *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Email: kristina@well.law;
jim@well.law; maggie@well.law


FREDERICK C. BAKER           *Pro Hac Vice*
JAMES W. LEDLIE              *Pro Hac Vice*
KRISTEN HERMIZ               *Pro Hac Vice*
CYNTHIA A. SOLOMON           *Pro Hac Vice*
SARA O. COUCH
MOTLEY RICE, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com


*Attorneys for the plaintiffs*


(case caption continued on next page)

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PATRICK FEINDT, JR., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:22-cv-397-LEK-KJM<br>(Federal Tort Claims Act)<br><br><br>**DECLARATION OF JOSEPH HUGHES, Ph.D.** |

**DECLARATION OFJOSEPH HUGHES, Ph.D.**

I, Joseph Hughes, declare as follows:

1.      I have a B.A. in Chemistry, and both an M.S. and Ph.D. in Civil and Environmental Engineering.  I am a registered Professional Engineer and an AAEE Board-Certified Environmental Engineer.  I currently hold the position of University Distinguished Professor of Engineering at Drexel University.  My area of expertise is environmental engineering.  My qualifications as an expert witness in this case are set forth in my *curriculum vitae*, attached as Tab 1.[1]

2.      My testimony in this case relates to (A) an analysis of fuel fate and transport processes at the Navy's Red Hill Bulk Fuel Storage Facility; (B) an

---

[1] [EXHIBIT PX-1591] (Tab 1).  My hourly rate for my work in this case is $300 per hour.

estimate of the volume of JP-5 fuel ("JP-5" or "fuel") reaching the Red Hill Well and making its way into the Joint Base Pearl Harbor Hickam ("JBPHH") water distribution system following the release; and (C) a review the incident response and public notification requirements.

3.     In conducting my work in this case, I reviewed documents, evaluated relevant literature, and applied well-accepted, reliable, replicable engineering methodologies in doing my analyses.  I have never been precluded from testifying based upon a lack of reliability of my methodology.

4.     Listed below is a summary of my opinions in this case:

a.     The Red Hill Bulk Fuel Storage Facility has a long history of fuel releases reaching the subsurface, including two that have introduced fuel directly into the Red Hill well.

b.     I agree with the United States' stipulation that the United States breached its duty of care to the Bellwether Plaintiffs to exercise ordinary care in the operation of Red Hill, resulting in the May 6, 2021, and November 20, 2021 fuel spills.

c.     During the fuel release in Adit 3 (beginning on November 20, 2021) fuel was transported out of the facility and into the atmosphere.  The estimated volume of fuel volatilization ranged from 405 to 2,096 gallons, with the median being 1,250 gallons.

3

d.      Inside Adit 3, fuel escaped below the floor through several

pathways and then underwent gravity-driven flow through the fractured rock

subsurface.

e.      The flow of fuel into the Red Hill Well contributed to the

accumulation of light non-aqueous phase liquid fuel (LNAPL)[2] in the

JBPHH water distribution system.

f.      A capture zone created by the pumping of the Red Hill Well

created conditions that enhanced the flow of fuel, both LNAPL and dissolved,

into the Red Hill Well.

g.      The fuel sheen observed in the water system was caused by JP-5

LNAPL entry into the Red Hill Well pump(s) at volumes great enough to

create supersaturating conditions after the blending of contaminated Red Hill

Well water with uncontaminated water from the Waiawa Well (i.e., greater

than 5 mg/L.

h.      The estimated volume of JP-5 LNAPL that entered into JBPHH

water distribution system is approximately 2,024 gallons.

---

[2] The JP-5 fuel at issue here existed as a two-phase contaminant.  A two-phase
contaminant is a contaminant that has a dissolved phase and non-aqueous phase
liquid ("NAPL") phase.  NAPLs are hydrocarbons that exist as a separate,
immiscible phase when in contact with water and/or air.  Differences in the
physical and chemical properties of water and NAPL result in the formation of a
physical interface between the liquids which prevents the two fluids from mixing.

      i.     The Navy's response immediately after the fuel release on November 20, 2021, did not include appropriate warnings that would have protected public health.

      j.     Dr. Grayman's criticisms of my work in this case are unfounded.

      k.     Elements of Dr. Grayman's work in this case are unreliable.

5.     I hold these opinions to be accurate to a reasonable degree of scientific and engineering certainty.

## A.  Background

6.     The Navy's Red Hill Bulk Fuel Storage Facility (hereafter "The Facility") is an underground fuel storage complex located on the island of Oahu designed to support military operations in the Pacific.  The Facility is owned and operated by the U.S. Navy ("Navy") and is located approximately 2.5 miles northeast of Pearl Harbor.  The Facility has been in service continuously since approximately 1942.  The 20 fuel storage tanks at the Facility are constructed within a hillside with volcanic rock as a construction shell.  Adits provide access to the fuel storage area.[3]

---

[3] NAVFAC Report "Red Hill Bulk Fuel Storage Facility Final Groundwater Protection Plan, Pearl Harbor, Hawaii," January 2008.  (US_RHFTCA_00039400) [EXHIBIT PX-1281] (Tab 2); ASCE Red Hill Underground Fuel Storage Facility, https://www.asce.org/about-civil-engineering/history-and-heritage/historic-landmarks/red-hill-underground-fuel-storage-facility#:~:text=

7.    The Facility is located directly above a freshwater aquifer that is used as a source of potable water for JBPHH.  The freshwater is contained within volcanic rock aquifers and is derived from precipitation and gravity flow. Volcanic-rock formations were created through repeated lava flows resulting in a layered, heterogenous formation.  Cracking during the cooling of individual lava flows created a fractured bedrock system with "conduit-type" porosity and generally high permeability.[4]

8.    Also present at the Facility is the Navy Well 2254-01 (commonly referred to as the "Red Hill Well"), which is located approximately 3,000 feet west of the fuel storage tanks.  Prior to late November 2021, this well supplied the residents on the JBPHH water distribution system with approximately 24% of its water supply.  The Red Hill Well operates out of a pumping station located in Adit 3 and draws from an infiltration gallery that collects groundwater from the fractured bedrock system.[5]

---

Buried%20under%20100%20feet%20of,the%2050%20years%20that%20followed.

[4] Ground Water in Hawaii, USGS Fact Sheet, https://pubs.usgs.gov/fs/2000/126/pdf/fs126-00.pdf [EXHIBIT PX-1238] (Tab 34); Geohydrology of The Island of Oahu, Hawaii, USGS professional paper: 1412-B (1996).

[5] NAVFAC Report "Red Hill Bulk Fuel Storage Facility Final Groundwater Protection Plan, Pearl Harbor, Hawaii," January 2008.  (US_RHFTCA_00039400 at US_RHFTCA_00039415) [EXHIBIT PX-1281] (Tab 2).

9.       Concerns that the Red Hill Well was susceptible to contamination by fuel have long existed.  The first known contamination of the Red Hill Well by fuel occurred in February 1948, and resulted in the shutdown of well use for potable water for approximately two months.  Investigation into the February 1948 fuel contamination revealed a hydrolic connection between the ground surface and the Red Hill Well infiltration gallery.  A tracer study conducted at the time to investigate the transport of fuel from the ground surface into the Red Hill Well demonstrated a breakthrough time of just 17 minutes.[6]

10.       In 2008, a Groundwater Protection Plan developed by the Government concluded that hydrocarbon contamination reaching the aquifer had occurred as a result of historic inadvertent releases of petroleum, oils, and lubricants at the Facility.  And in January 2014, following a release of up to 27,000 gallons of JP-8 at the Facility, the Navy, the EPA, and the Hawaii Department of Health entered an Administrative Order of Consent in order to implement infrastructure improvements and prevent future releases.[7]

---

[6] Report submitted to the Public Works Office, Commandant 14th Naval District, by Comm. L., J. Watson (1949) "Technical Study of the Possibility of Contamination of Basal Water Sources from the Red Hill Underground Fuel Oil Storage". (GSI_002571 at GSI_002581).  [EXHIBIT PX-1285] (Tab 3).

[7] NAVFAC Report "Red Hill Bulk Fuel Storage Facility Final Groundwater Protection Plan, Pearl Harbor, Hawaii," January 2008.  (US_RHFTCA_00039400 at US_RHFTCA_00039415) [EXHIBIT PX-1281] (Tab 2);

7

11.     On May 6, 2021, a release of over 20,000 gallons of fuel occurred during the execution of a fuel transfer.  Appendix C to the Waters Report reflects the Government's accounting of the volume of fuel released, recovered, and not recovered.  Of the volume of fuel released, the Government calculated that as many as 19,377 gallons of unrecovered fuel were transferred by sump pumps into a 14-inch AFFF transfer line in Adit 3.[8]

12.     On November 20, 2021, a rover train operating in Adit 3 struck and ruptured the AFFF transfer line resulting in the release of unrecovered fuel into Adit 3.  That the leaking liquid was fuel was apparent at the time of the release.[9]

13.     I have extensively reviewed the Waters Report, which investigated the May 6, 2021, and November 20, 2021 incidents at the Facility.  I have also reviewed the May 10, 2023 Joint Stipulation as to Plaintiffs' Nuisance and Negligence Claims.  Based upon the facts set forth in these investigations, I agree

---

https://www.epa.gov/red-hill/2015-administrative-order-consent.  [EXHIBIT JX-0042] (Tab 4).

[8] Report submitted by RADM James P. Waters to the Vice Chief of Naval Operations (April 15, 2022) "Supplement to Command Investigation into the 6 May 2021 and 20 November 2021 Incidents at Red Hull Bulk Fuel Storage Facility" (US_RHFTCA_00014174 at Appendix C) [EXHIBIT JX-0028] (Tab 5); Hughes Rep., Figure 6 [EXHIBIT PX-1626] (Tab 6).

[9] Report submitted by RADM James P. Waters to the Vice Chief of Naval Operations (April 15, 2022) "Supplement to Command Investigation into the 6 May 2021 and 20 November 2021 Incidents at Red Hull Bulk Fuel Storage Facility" (US_RHFTCA_00014174).  [EXHIBIT JX-0028] (Tab 5).

with the United States' stipulation that the Government breached its duty of care to the Bellwether Plaintiffs to exercise ordinary care in the operation of Red Hill, resulting in the May 6, 2021, and November 20, 2021 fuel spills.

14.    Reports of fuel contamination in water from the JBPHH water distribution system – observations included fuel odor, presence of a "sheen" floating on top of the water surface, emulsions, and foam – began on November 27, 2021.  Reports of skin rashes after showering were recorded several days before concerns of odors, sheen, or other water quality abnormalities.  These concerns prompted an investigation of the JBPHH water distribution system and ultimately the Red Hill Well, where it was discovered that fuel was present in the well.  The well was removed from service on November 28, 2021.[10]

15.    Following the November 20, 2021 release from the AFFF return line, samples were taken from the AFFF line, the sump, and the Red Hill Shaft infiltration gallery and analyzed for hydrocarbon composition.  Analysis concluded

_____

[10] Exposure Assessment: November 2021 Release of JP-5 Jet Fuel into the Joint Base Pearl Harbor Hickam Drinking Water System, Hawaii Department of Health, Roger Brewer, Ph.D, June 28, 2023 (US_RHFTCA_ 00440819) [EXHIBIT PX-1236] (Tab 7); Report submitted by RADM James P. Waters to the Vice Chief of Naval Operations (April 15, 2022) "Supplement to Command Investigation into the 6 May 2021 and 20 November 2021 Incidents at Red Hull Bulk Fuel Storage Facility" (US_RHFTCA_00014174) [EXHIBIT JX-0028] (Tab 5).

that all samples were consistent with JP-5 and the hydrocarbon concentration /

composition was consistent with the presence of NAPL in water samples.[11]

16.    JP-5 is a complex mixture of petroleum distillate fractions within the

kerosene distillation range with a density less than water.  The primary

hydrocarbon components are alkanes, aromatics, and low levels of alkenes.

Because of the complex composition of JP-5, laboratory analyses are often

represented in a combination of both (a) specific compounds (e.g., benzene,

ethylbenzene, toluene, xylenes, naphthalene, and methylnaphthalenes), and (b)

hydrocarbon ranges (e.g., C5-C8 aliphatics, >C8-C18 aliphatics, >C18-C32

aliphatics, >C8 aromatics).[12]

---

[11] Memo to Jeff Johnson from Ileana Rhodes, January 27, 2022 contained in Initial
Response Report (PLAINTIFFS_RH_0146894) [EXHIBIT PX-1484 (partial)]
(Tab 8); Initial Release Response Report, Fire Suppression Drain Line Red Hill
Bulk Fuel Storage Facility, JBPHH, Oʻahu, Hawaiʻi, March 7, 2022
(PLAINTIFFS_RH_0146894) [EXHIBIT PX-1484 (partial)] (Tab 8); Report
submitted by RADM James P. Waters to the Vice Chief of Naval Operations (April
15, 2022) "Supplement to Command Investigation into the 6 May 2021 and 20
November 2021 Incidents at Red Hull Bulk Fuel Storage Facility"
(US_RHFTCA_00014174) [EXHIBIT JX-0028] (Tab 5).

[12] NIH National Library of Medicine, from National Research Council (US)
Subcommittee on Permissible Exposure Levels for Military Fuels.
https://ncbi.nlm.nih.gov/books/NBK231234/#:~:text=JP-5%20is%20a%20
high,greater%20than%2022%25%20by%20volume; Estimates of Contaminant
Types and Concentrations in Joint Base Pearl Harbor Hickam Drinking Water
System Following November 2021 Release of Jet Fuel from Red Hill Fuel Facility,
Hawaii Department of Health, Roger Brewer, Ph.D., February 2, 2023
(DOH_RH_0044275) [EXHIBIT PX-1497] (Tab 9); Exposure Assessment:
November 2021 Release of JP-5 Jet Fuel into the Joint Base Pearl Harbor Hickam

17.     The Hawaii Department of Public Health has reported the results of a laboratory analysis of the composition of a generic JP-5 sample.  Those results demonstrate that the largest fraction in the fuel is attributed to >C8-C18 aliphatics:[13]

Table 1. Relative makeup of JP-5 fuel based on later 1990s to early 2000s fuel specifications in versus makeup of more modern formulations.

| Chemical/ Carbon Range | [1]Relative Carbon Range Makeup of 1990s-2000s Formulations of JP-5 Jet Fuel | [2]Relative Carbon Range Makeup of Current Formulations of JP-5 Jet Fuel |
|---|---|---|
| Total **BTEXMN:** | 11% | 1.8% |
| **Total** Carbon Ranges: | 89% | 98.2% |
| **Benzene** | 0.03% | 0.00% |
| **Toluene** | 0.10% | 0.03% |
| **Ethylbenzene** | 0.00% | 0.05% |
| **Xylenes** | 4.6% | 0.25% |
| **1-Methylnaphthalene** | 3.5% | 0.35% |
| **2-Methylnaphthalene** | 0.0% | 0.48% |
| **Naphthalene** | 3.0% | 0.69% |
| **C5-C8 Aliphatics** | 12% | **0.42%** |
| **>C8-C18** Aliphatics | **68%** | **79%** |
| **>C18-C32 Aliphatics** | 0.0% | 0.0% |
| **>C8 Aromatics** | **9.0%** | 19% |

Notes:
1.       Relative makeup of JP-5 neat fuel basal on summary review of Department of Defense military fuel specification requirements (USDOD 1998, 2004, 2016) provided by the US Navy (Mumy 2021). Used to prepare April 2022 and earlier **HIDHOH TPH** EALs for JP-5 (HIDOH 2022).

_____

Drinking Water System, Hawaii Department of Health, Roger Brewer, Ph.D, June 28, 2023 (US_RHFTCA_00440819) [EXHIBIT PX-1236] (Tab 7).

[13] Exposure Assessment: November 2021 Release of JP-5 Jet Fuel into the Joint Base Pearl Harbor Hickam Drinking Water System, prepared by Roger Brewer, Ph.D., Hawai'i Department of Health, June 28, 2023 (DOH_RH_0048663 / US_RHFTCA_00440819) [EXHIBIT PX-1236] (Tab 7); Hughes Rep., Figure 10 [EXHIBIT PX-1619] (Tab 10).

11

2.      Default makeup of JP-5 neat fuel based on testing of modern JP-5 fuel (after Newfields 2022). This is assumed to be more representative of fuel stored at the Navy's Red Hill facility and released in 2021. Note the significant reduction in xylenes and methylnaphthalenes in current JP-5 and the corresponding increase in C8-C18 aliphatics.

18.      To meet performance criteria, additives are included in the formulation of JP-5.  This includes a fuel system icing inhibitor ("FSII"), as well as antioxidants, a corrosion inhibitor, and a lubricity improver.  The chemical used as the primary FSII is 2-(2-methoxyethoxy) ethanol (also referred to as diethylene glycol monomethyl ether) that is often abbreviated DiEGME.[14]

19.      The solubility of JP-5 is approximately 5 mg/L in water.  That is, at concentrations of greater than 5 mg/L of JP-5 in water, a sheen of NAPL will form.[15]

**B.      Pathways from Adit 3 to the Red Hill Well**

---

[14] Estimates of Contaminant Types and Concentrations in Joint Base Pearl Harbor Hickam Drinking Water System Following November 2021 Release of Jet Fuel from Red Hill Fuel Facility, Hawaii Department of Health, Roger Brewer, Ph.D., February 2, 2023 (DOH_RH_0044275) [EXHIBIT PX-1497] (Tab 9); Exposure Assessment: November 2021 Release of JP-5 Jet Fuel into the Joint Base Pearl Harbor Hickam Drinking Water System, Hawaii Department of Health, Roger Brewer, Ph.D, June 28, 2023 (US_RHFTCA_00440819) [EXHIBIT PX-1236] (Tab 7).

[15] December 29, 2021 Memo to Jeff Johnson from Ileana Rhodes re Analysis of Samples from Sump, Adit 3 and Red Hill Shaft Water Gallery (US_RHFTCA_00016256) [EXHIBIT JX-0011] (Tab 11); NAVFAC Initial Release Response Report, Fire Suppression Drain Line Red Hill Bulk Fuel Storage Facility, dated Mar. 7, 2022 (PLAINTIFFS_RH_0146894) [EXHIBIT PX-1484 (partial)] (Tab 8).

20.    The Waters Report presents a diagram of the various potential

pathways to the environment of the JP-5 that was released:[16]



21.    In April 2022, the Government estimated that 5,542 gallons of fuel

from the November 20, 2021 release remained unaccounted for.[17]

---

[16] Report submitted by RADM James P. Waters to the Vice Chief of Naval Operations (April 15, 2022) "Supplement to Command Investigation into the 6 May 2021 and 20 November 2021 Incidents at Red Hull Bulk Fuel Storage Facility" (US_RHFTCA_00014174 at Appendix D) [EXHIBIT JX-0028] (Tab 5); Hughes Rep., Figure 11 [EXHIBIT PX-1620] (Tab 12).

[17] Report submitted by RADM James P. Waters to the Vice Chief of Naval Operations (April 15, 2022) "Supplement to Command Investigation into the 6 May 2021 and 20 November 2021 Incidents at Red Hull Bulk Fuel Storage Facility" (US_RHFTCA_00014174 at Appendix C) [EXHIBIT JX-0028] (Tab 5); Hughes Rep., Figure 6 [EXHIBIT PX-1626] (Tab 6).

22.    Spray of the fuel from the rupture of the AFFF transfer line on

November 20, 2021, coupled with the operation of ventilation equipment in the Adit

3 tunnel, created conditions for evaporative losses of hydrocarbons and gas-phase

transport outside of the Facility.  This is confirmed by reports that the fuel odor was

noticeable to workers outside and inside the tunnel.  Taking into account the vapor

pressure of JP-5 and temperature, and the sample analyses from the Adit 3 sump, I

have calculated that between 405 gallons and 2,096 gallons of the unaccounted-for

JP-5 evaporated, with a median of 1,250 gallons of JP-5 having evaporated.[18]

23.    Following the rupture of the AFFF transfer line, fuel accumulated on

the floor of Adit 3 and began a gravity-driven flow to the west (towards the exit of

Adit 3) and into a subsurface drain sump approximately 700 feet away.  A six-inch

hume line installed for groundwater collection beneath the floor of Adit 3

connected to this groundwater sump and provided a pathway for flow of fuel in

both easterly (away from the Adit 3 entrance) and westerly directions (toward the

---

[18] Report submitted by RADM James P. Waters to the Vice Chief of Naval
Operations (April 15, 2022) "Supplement to Command Investigation into the 6
May 2021 and 20 November 2021 Incidents at Red Hull Bulk Fuel Storage
Facility" (US_RHFTCA_00014174) [EXHIBIT JX-0028] (Tab 5); CRC Handbook
of Chemistry and Physics; NAVFAC (2022) Initial Release Response Report, Fire
Suppression Drain Line Red Hill Bulk Fuel Storage Facility, dated Mar. 7, 2022
(PLAINTIFFS_RH_0146894) [EXHIBIT PX-1484 (partial)] (Tab 8); Adrià Mora,
B and M Hilpert (2017) "Differences in Infiltration and Evaporation of Diesel and
Gasoline Droplets Spilled onto Concrete Pavement," *Sustainability* (9)
doi:10.3390/su9071271.

Adit 3 entrance).  Under conditions where the sump contained fuel in excess of the

volume required to reach the base of the hume lines, fuel would flow into the

hume lines.  Some of the fuel that entered the hume lines likely entered the

surrounding subsurface below the tunnel floor.  A schematic of the groundwater

sump is showing the inlet of the hume drainage line is depicted below:[19]



Figure 13

---

[19] Groundwater Services report (GSI_002571 at GSI_002576) [EXHIBIT PX-1285] (Tab 3); May 14, 2022 GSI Letter Report, Navy Fuel System/Red Hill Assessment, Contract Number N6274222C3600 (GSI_003657) [EXHIBIT PX-1483] (Tab 13); Report submitted by RADM James P. Waters to the Vice Chief of Naval Operations (April 15, 2022) "Supplement to Command Investigation into the 6 May 2021 and 20 November 2021 Incidents at Red Hull Bulk Fuel Storage Facility" (US_RHFTCA_00014174) [EXHIBIT JX-0028] (Tab 5); Hughes Rep., Figure 13 [EXHIBIT PX-1621] (Tab 14).

24.     Taking into account the evaporation discussed above, I thus have calculated that the estimated range of unrecovered JP-5 presumed to transport below the tunnel floor and into the fractured bedrock of Red Hill is 3,446 gallons to 5,137 gallons, with a median of 4,292 gallons.[20]

25.     Following the fuel release, a number of soil vapor sampling points were installed to assess both the locations of hydrocarbon contamination and levels of hydrocarbon contamination present below the tunnel floor.  All of the soil vapor sampling points tested positive for fuel hydrocarbons.  As illustrated below, four zones of high vapor concentrations were identified: ███████████████

████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██.[21]

---

[20] High calculation: 5,542 gallons - 2,096 gallons = 3,446 gallons; low calculation: 5,542 gallons – 405 gallons = 5,137 gallons; median calculation: 5,542 gallons - 1,250 gallons = 4,292 gallons.

[21] ████████████████████████████████████████████████
██████████████████████████████████████.

      26.     The existence of transport pathways for fuel from the release site in

Adit 3 to the Red Hill Well was confirmed by Navy divers.  Approximately two

weeks after the initial release, divers saw fuel dripping into the Red Hill Well

infiltration gallery, as well as the presence of a visible fuel sheen on the surface of

the water in the infiltration gallery.  Moreover, prior to the inspection by Navy

divers, a fuel sheen was observed in the Red Hill Well on December 2, 2021.  At

that time staff also reported a fuel stain on the concrete wall of the well shaft at an

elevation comparable to that of the groundwater sump.[22]

27.    Some portion of fuel quickly made its way to the Red Hill Well.  As

noted by the government contractor GSI Environmental in its 2022 report: "For a

large amount of fuel to disappear within a 24-hour period, there either needs to be a

direct connection to the well or large fractures in the geology for fuel to appear in

the Navy's water supply eight days after the initial release."[23]

28.    With respect to the "direct connections" pathway between the

subsurface and the Red Hill Well, GSI Environmental identified two such pathways:

(1) a 10-inch diameter drilled hole that was drilled by the U.S. Army in support of

the Navy in August of 1945, and (2) a 6-inch return pipe that had been used for

cooling the generator at the Red Hill stand-by power plant.  Although it knew of

these two direct connections in January 2022 and the fact that the 10-inch diameter

hole had been a transport pathway for fuel contamination of the Red Hill Well in

the 1940s, no known efforts by the Government to directly assess the potential

---

[22] Report submitted by RADM James P. Waters to the Vice Chief of Naval
Operations (April 15, 2022) "Supplement to Command Investigation into the 6
May 2021 and 20 November 2021 Incidents at Red Hull Bulk Fuel Storage
Facility" (US_RHFTCA_00014174) [EXHIBIT JX-0028] (Tab 5).

[23] May 14, 2022 GSI Letter Report, Navy Fuel System/Red Hill Assessment,
Contract Number N6274222C3600 (GSI_003657 at GSI_003673) [EXHIBIT PX-
1483] (Tab 13).

contribution of either of these two direct connections as a contributing factor to

fuel entry into the Red Hill Well were conducted following the November 20, 2021

fuel spill.[24]

29.    With respect to the "large fractures" pathway between the subsurface

and the Red Hill Well, the concept of transport of LNAPLs in fractured rock has

received considerable investigation and is extensively summarized in Appendix D

of the Interstate Technology & Regulatory Council's 2018 report entitled "LNAPL

Site Management: LCSM Evolution, Decision Process, and Remedial

Technologies."  It also was directly investigated and extensively described with

regard to Red Hill in NAVFAC's 2019 "Conceptual Site Model, Investigation and

Remediation of Releases and Groundwater Protection and Evaluation, Red Hill

Bulk Fuel Storage Facility."  And in the 1949 Watson Report, studies conducted on

the pathways of water movement through the fractured basalt subsurface Oahu

---

[24] "Subject: Evaluation of Potential Sources of Contamination of Red Hill Shaft"
(GSI_002896) [EXHIBIT PX-1244] (Tab 35); Report submitted to the Public
Works Office, Commandant 14th Naval District, by Comm. L., J. Watson (1949)
"Technical Study of the Possibility of Contamination of Basal Water Sources from
the Red Hill Underground Fuel Oil Storage." (GSI_002571 at GSI_002581)
[EXHIBIT PX-1285] (Tab 3); Groundwater Services report (GSI_002571)
[EXHIBIT PX-1285] (Tab 3); May 14, 2022 GSI Letter Report, Navy Fuel
System/Red Hill Assessment, Contract Number N6274222C3600 (GSI_003657 at
GSI_003673) [EXHIBIT PX-1483] (Tab 13).

conclude that "[i]n these islands it is typical that water percolates downward, with but little diversion along successive strata, until it reaches the basal water level."[25]

30.      While it is highly unlikely that a single fracture / conduit would be responsible for 100% of the transport from Adit 3 to the aquifer below, the observation of fuel dripping directly into the Red Hill Well infiltration gallery is confirmation that fractures beneath Adit 3 create vertical transport pathways for fuel to reach the water table.

31.      LNAPL flowing through fractures will continue vertical movement until reaching the water table where flow will be impeded by the density difference between fuel and water.  At the LNAPL / water interface, the LNAPL will begin to spread laterally across the surface of the water – that is, create a LNAPL layer / sheen on the surface of the water.

---

[25] ITRC (2018), LNAPL Site Management: LCSM Evolution, Decision Process, and Remedial Technologies. LNAPL-3. Washington, D.C.: https://lnapl-3.itrcweb.org; NAVFAC (2019) "Conceptual Site Model, Investigation and Remediation of Releases and Groundwater Protection and Evaluation, Red Hill Bulk Fuel Storage Facility, JOINT BASE PEARL HARBOR-HICKAM, O'AHU, HAWAII, Revision 01 (US_RHFTCA_00060732) [EXHIBIT PX-1201(partial)] (Tab 17); Report submitted to the Public Works Office, Commandant 14th Naval District, by Comm. L., J. Watson (1949) "Technical Study of the Possibility of Contamination of Basal Water Sources from the Red Hill Underground Fuel Oil Storage." (GSI_002571 at GSI_002581) [EXHIBIT PX-1285] (Tab 3).

32.    The Red Hill Well was operating prior to the release on November 20, 2021, and continued to do so through November 28, 2021, with daily flows of approximately 5 million gallons.[26]

33.    The impact of pumping on the water level in the Red Hill well results in a localized lowering of the water table (approximately 1.5 ft).  Modeling of the water elevation during pumping predicts that the drawdown effect creates a nearly uniform elevation throughout the length of the in the Red Hill Well infiltration gallery.  This drawdown results the formation of a "capture zone" for the flow of water and LNAPL and dissolved fuel into the infiltration gallery as shown below:[27]



---

[26] Exposure Assessment: November 2021 Release of JP-5 Jet Fuel into the Joint Base Pearl Harbor Hickam Drinking Water System, Hawaii Department of Health, Roger Brewer, Ph.D, June 28, 2023 (US_RHFTCA_ 00440819) [EXHIBIT PX-1236] (Tab 7).

[27] Red Hill Shaft Recovery and Monitoring Plan (January 2022), prepared by the Navy, State of Hawaii Department of Health, and the United States Environmental Protection Agency (PLAINTIFFS_RH_0008261) [EXHIBIT PX-1284] (Tab 18); Hughes Rep., Figure 18 [EXHIBIT PX-1623] (Tab 19).

When the Red Hill Well is pumping at an average daily flow of 5 million gallons, a rapidly-flowing, high-energy mixing environment forms that can draw LNAPL from the surface into the well intake.  This is confirmed by the fact that during the remediation effort of the well, the Government implemented a three-stage process to prevent LNAPL from getting into the well intake.

34.    The drawn-down effect from the Red Hill Well can also be understood through the conceptual representation of the groundwater capture zone in the vicinity of the Red Hill Well development tunnel (a/k/a the "infiltration gallery") shown below.  The development tunnel is represented in blue.  The presumed extent of the November 20, 2021 JP-5 release in Adit 3 is represented in yellow. The lighter yellow area surrounding the solid yellow line is a conceptual representation of where the fuel may have made contact with the water table as it traveled approximately 80 feet down from Adit 3.[28]

---

[28] Red Hill Shaft Recovery and Monitoring Plan (January 2022), prepared by the Navy, State of Hawaii Department of Health, and the United States Environmental Protection Agency (PLAINTIFFS_RH_0008261) [EXHIBIT PX-1284] (Tab 18); Hughes Rep., Figure 19 [EXHIBIT PX-1988] (Tab 20).



### C. Contaminant Fate Processes for the JP-5 Fuel

35.    Contaminant fate processes – *e.g.*, volatilization, dissolution, biodegradation, and sorption – are influenced by the local environment in which a contaminant resides.  With respect to the JP-5 released at the Facility, the local environments I considered were: (1) fuel contained in the AFFF return line; (2) fuel during the release in Adit 3; (3) fuel in the subsurface and fractured bedrock; and (4) fuel in the Red Hill Well and infiltration gallery.  Summary results of the volumetric effect on the contaminant fate processes by these four locations follow:

    a.    As to the JP-5 contained in the AFFF return line, the relevant fate processes did not meaningfully impact the volumetric analysis.

    b.    As to the JP-5 released during the rupture of the AFFF return line in Adit 3, the volatilization fate process had a meaningful impact on the volumetric analysis.  (See, *supra*, Paragraphs 22 & 24.)

c.      As to the JP-5 in the subsurface and fractured bedrock, the

relevant fate processes did not meaningfully impact the volumetric

analysis.

d.      And as to the JP-5 in the Red Hill Well and infiltration gallery,

the volatilization fate process, the dissolution fate process,

biodegradation fate process, and the sorption fate process all figured

into the volumetric analysis described in Section D, *infra*.

**D.      Estimate of JP-5 Entering the JBPHH Water Distribution System**

36.      As an initial matter, I performed a calculation to determine the

threshold volume of JP-5 fuel that entered the JBPHH water distribution system.

That a visible sheen of fuel was observed in the JBPHH water distribution system

is evidence that LNAPL was drawn into the Red Hill Well pump(s) and that the

quantity entering the distribution system exceeded solubility limits after mixing

with water from the Waiawa Well.  The combined daily flow data from both wells

(from the period from November 21 through November 29) was used to estimate

the minimum volume of fuel required to support the observation of a sheen (e.g.,

supersaturating conditions).  This estimation assumed a TPH-solubility of 5.0 mg/L

as a minimum threshold for sheen formation.  Results of this estimate – which are

reflected in the table below – demonstrate that a fuel volume in excess of 1,100

gallons is required.  Notably, this estimate does not include the volume of fuel

contained in a sheen itself and only reflects the volume needed to reach TPH

saturation in the combined flows:[29]



37.     In order to estimate the amount of fuel entering the JBPHH water

distribution system, I also performed calculations based on bailer samples[30] from



[30] As explained in Paragraph 50, *infra*, samples collected with a bailer are useful in the evaluation of concentrations of LNAPL in water systems and will contain LNAPL if it is present.  Bailer samples are thus superior to spigot or low-flow

the Red Hill Well that had been analyzed for TPH-D during the month of

December 2021.  These calculations considered the daily flow of the well from

November 21, 2021, through November 29, 2021, and assumed a constant

concentration of TPH each day.  These calculations are reflected in Tab 27 and Tab

28.  Two sampling events – December 2, 2021 (TPH-D = 17 mg/L) and December

8, 2021 (TPH-D = 142 mg/L) – contained concentrations in excess of saturation

(i.e., "supersaturated") and were of potentially sufficient levels to produce a visible

sheen in the JBPHH water distribution system after blending with the Waiawa Well

flow.  Based on the Red Hill Well cumulative flow (████ ████), the estimated

fuel volume contained in Red Hill water for these two TPH-D concentrations

ranged from 930 gallons to 7,769 gallons.  I also performed an additional estimate

– reflected in Tab 29 – using an average concentration of TPH-D from all bailer

---

pump samples.  The Red Hill Well sampling results I considered, as well as the
results I ultimately relied upon, came from the following: DOH_RH_0033719 &
US_RHFTCA_00016256 [EXHIBITS JX-0002 & JX-0011] (Tab 24 and Tab 11);
████████████████████████████████.  Subsequent to the
issuance of my report in this matter, two additional Red Hill Well bailer samples
taken in early December 2021 came to my attention, but I opted for a conservative
approach and did not include them in my analysis.  *See* JBPHH Mainland Lab
Water Sample Results-11 Dec 2021.xlsx Spreadsheet, dated Dec. 11, 2021
(US_RHFTCA_00363600) [EXHIBIT PX-1435] (Tab 26).

samples in December 2021 (37 mg/L, n = 7). Using this average concentration, the fuel volume estimate was calculated to be 2,024 gallons.[31]

38.     The volume of fuel estimated using the lowest measured "supersaturated" sample TPH-D concentration (17 mg/L) – which resulted in a volume estimate of 930 gallons – turned out to be less than the theoretical estimated minimum fuel volume required to create a sheen (i.e., 1,100 gallons). For this reason, a calculated volume of 930 gallons is not considered a reliable estimate. The volume of fuel estimated using the "supersaturated" TPH-D concentration of 142 mg/L (7,769 gallons) meets criteria for sheen formation but exceeds the volume of the unrecovered fuel from the release (i.e., 5,542 gallons). For this reason, a calculated volume of 7,769 gallons is not considered a reliable estimate. It is suggestive, however, that large volumes of LNAPL may have entered the Red Hill Well episodically.

39.     Using the average TPH-D concentration of 37 mg/L (n = 7) (determined from Red Hill Well bailer samples in December 2021 regardless of supersaturation), the estimated volume of fuel entering the distribution from the Red Hill well is 2,024 gallons. This volume (2,024 gallons) meets the following criteria:

---

[31] ██████████████████████████████████████████████████████
████████████████████████████████████████████████████████.

- Is a sufficient volume to create supersaturation (> 1,100 gallons) in the blended Red Hill Well and Waiawa Well flows consistent with observations of fuel sheens.

- Is based on measured values, including variations in TPH-D concentrations greater and less than saturation; and

- Is lower than estimated volumes of fuel entering the subsurface. Specifically, 2,024 gallons is 59% of the lowest estimated volume of fuel released to the subsurface (3,446 gallons), 47% of the median volume (4,292 gallons), 39% of largest volume (5,137 gallons).

40.     Accordingly, the estimated volume of LNAPL that entered into JBPHH water distribution system is approximately 2,024 gallons.

**E.     Incident Response and Public Notification Requirements**

41.     The U.S. EPA Safe Drinking Water Act (SDWA) requires "public notification" to consumers if there is a problem with their drinking water that poses a risk to public health.  Similarly, Hawaii Administrative Rules (HAR) 11-28-18 provides that a Tier 1 public notice is "required for NPDWR violations and situations with significant potential to have serious adverse effects on human health as a result of short-term exposure," as well as for "[o]ther violations or situations with significant potential to have serious adverse effects on human

health as a result of short-term exposure, as determined by the State either in its

regulations or on a case-by-case basis."

42.    The Manual of Naval Preventive Health (NAVMED P-5010-5 (Rev.

7-2019)) provides specific guidance related to public notice for shore installations.

In Section 5-31, this manual recognizes the Public Notification Rule required by

the U.S. EPA Safe Drinking Water Act (SDWA), and on page 5-102 of the manual

a decision process is presented for the issuance of public health notices:[32]

---

[32] Manual of Naval Preventive Medicine, Chapter 5: Water Quality for Shore
Installations, NAVMED P-5010-5 (Rev. 7-2019), dated Jul. 1, 2019
(US_RHFTCA_00522084) [EXHIBIT PX-1255] (Tab 30); Hughes Rep., Figure
22 [EXHIBIT PX-1625] (Tab 31).





Figure 5-31-1 Decision Process for Public Notification

1 Jul 2019                                                     5-102

43.     As Tier 1 notifications must be provided within 24 hours of any major

event that risks contaminating a water source, the Navy, therefore, should have

issued a Tier 1 notification on Nov. 21, 2021.[33]

---

[33] Manual of Naval Preventive Medicine, Chapter 5: Water Quality for Shore
Installations, NAVMED P-5010-5 (Rev. 7-2019), dated Jul. 1, 2019, pg. 5-100
(US_RHFTCA_00522084) [EXHIBIT PX-1255] (Tab 30).

44.    The Navy failed to meet requirements for public notification, and on

May 12, 2022, the Navy received a Notice of Violation by the Hawaii Department

of Health for failure to provide a Tier 1 public notification in response to the fuel

release beginning November 20, 2021.[34]

**F.    Critique of Dr. Walter M. Grayman's Opinions**

45.    Dr. Grayman, an expert witness retained by the Government,

complains that I did not make use of mathematical models to support my opinions.

But, as an Interstate Technology and Regulatory Council ("ITRC") review focused

on modeling contamination in fractured bedrock concluded, "[p]redictive

modeling in fractured rock settings is difficult and is best suited to assisting the

modeler in understanding various outcomes that may happen, rather than a

definitive prediction of what will happen."  Put another way, Dr. Grayman's views

on modeling contamination in fractured bedrock do not align with the state of

practice in this field.[35]

---

[34] NAVFAC 2022 Annual Water Quality Report (US_RHFTCA_00246483)
[EXHIBIT PX-1485] (Tab 32).

[35] Interstate Technology & Regulatory Council (1TRC) (2017). Characterization
and Remediation of Fractured Rock: Chapter 8. Modeling Fractured Rock.
http://fracturedRx- 1. itrcweb.org; Conceptual Site Model, Investigation and
Remediation of Releases and Groundwater Protection and Evaluation, Red Hill
Bulk Fuel Storage Facility JOINT BASE PEARL HARBOR-HICKAM, O'AHU,
HAWAII, (June 30, 2019), prepared by NAVFAC (US_RHFTCA_00060732)
[EXHIBIT PX-1201 (partial)] (Tab 17); Red Hill Shaft Recovery and Monitoring
Plan (January 2022), prepared by the Navy, State of Hawaii Department of Health,

46.    Dr. Grayman also asserts that the non-detect samples taken from the pre-chlorination and post-chlorination spigots at the Red Hill Well "are more representative of the true concentration entering the water distribution system . . . than data Hughes relies on . . . ."  This opinion is flawed, as samples acquired from a spigot are not useful in determining the presence of JP-5 LNAPL contamination or the quantity of JP-5 LNAPL contained in the two-phase flow.  First, LNAPLs have the characteristics of hydrophobicity and buoyancy.  Collectively, these characteristics will cause LNAPL to move with a water flow as droplets (or larger globules) that rise toward the top of the water surface (or crown of a pipe).  A spigot is not designed to collect representative samples with this heterogeneous contaminant distribution.  Second, the volumetric ratio of LNAPL to water entering the distribution system is low (the LNAPL: water ratio presented in my report is 0.005%[36]), which reduces the likelihood that a spigot sample will contain LNAPL.  Lastly, the widespread observation of sheens, emulsions, and foams (and in some cases flammable vapors) are also indicators that the results obtained through the

_____

and the United States Environmental Protection Agency (PLAINTIFFS_RH_0008261) [EXHIBIT PX-1284] (Tab 18).

[36] Although a fuel-to-water ratio of approximately 0.005% might at first blush appear to be small, this percentage equates to a quantity of JP-5 that is almost eight times greater than the solubility of JP-5 (and 139 times greater than the TPH environmental action level of 266 ug/L for drinking water in Hawaii).

use of spigot samples do not accurately reflect the entry of JP-5 LNAPL entering the water distribution system.[37 & 38]

47.    Yet further, Dr. Grayman asserts in his October 6, 2023 report that the non-detect concentration of TPH taken from the pre/post-chlorination spigot is "the best" representation of the concentration of TPH entering the JBPHH water distribution system from the Red Hill Well.  If a non-detect concentration was used as the input in his model, however, no detectable concentrations of TPH would be predicted within the distribution system.  Again, such a prediction defies the empirical and observed evidence.[39]

_____

[37] Exposure Assessment: November 2021 Release of JP-5 Jet Fuel into the Joint Base Pearl Harbor Hickam Drinking Water System, prepared by Roger Brewer, Ph.D., Hawai'i Department of Health, June 28, 2023 (US_RHFTCA_00440819) [EXHIBIT PX-1236] (Tab 7).

[38] The pre- and post-chlorination spigots at the wellhead are materially different from a faucet in that the spigot would be capturing single flow going through a large pipe whereas a home faucet would be capturing flow that has been stagnant at the end of a pipe that may have had blending from multiple inlets (e.g., a hot-water line and a cold-water line).  And the flow velocities of a spigot and a faucet can also be materially different.

[39] Moreover, contrary to his statement in his November 20, 2023 rebuttal report, Dr. Grayman did not state in his October 6, 2023 expert report that the true average concentration entering the distribution system was in the range of 2,000 ug/L to 17,000 ug/L. Rather, as noted above, in his October 6, 2023 expert report Dr. Grayman made the following two statements: (1) that the non-detect concentration of TPH taken from the pre/post-chlorination spigot is "the best" representation of the concentration of TPH entering the JBPHH water distribution system from the Red Hill Well; and (2) that his modeling results demonstrate that the input concentration of 2,000 ug/L is: (A) higher than the actual concentration; (B) more

48.     In performing his calculations, Dr. Grayman purports to calculate the

average concentration of TPH with "all" samples between November 25, 2021, and

December 31, 2021.  However, his calculation does not include all samples.

Including the samples taken on December 2, 3, and 5, 2021 – which he did not

include in his October 6, 2021 report – increase the average TPH concentration from

16,498 ug/L (reported in Dr. Grayman's report as 16,500 ug/L) to 28,957 ug/L – a

75% increase.[40]

49.     Dr. Grayman's contention that "[a]vailable evidence suggests that the

low average value (2000 ug/L) that [he] used is the most appropriate representation

of maximum average concentration of jet fuel in the well and reaching the

distribution system" is severely flawed.[41]  The "available evidence" that is not

included in Dr. Grayman's contention is the LNAPL sheen that was widely

---

appropriate than other concentrations (i.e., 6,000 ug/L or 17,000 ug/L); (C) the
maximum concentration; or (D) the most appropriate representation of TPH
concentrations entering the distribution system.

[40] Tab 33 shows the results of TPH analysis from samples used by Dr. Grayman (ID
= A) combined with one (1) sample with ID = B (taken on December 2, 2021, and
used in my report) and two (2) additional samples (ID = C) that were not used in
either Dr Grayman's analysis or my own. In this table, the average concentrations
calculated using only ID = A (Dr. Grayman's analysis) are compared to the average
of all samples (ID = A, B, & C).

[41] Dr. Grayman does not reconcile his opinion that the non-detect samples that are
"the best" representation of average input TPH contamination are not used in
simulations with his opinion that the "most appropriate" input concentration is
2,000 ug/L .

observed in homes and during flushing.  When the presence of a sheen is considered as evidence, the contention that 2,000 ug/L is an appropriate representation of the maximum average concentration cannot be reconciled with the solubility of JP-5 measured as TPH (5 mg/L TPH).  Moreover, Dr. Grayman's contention that 2,000 ug/L is the "most appropriate representation" of the maximum average concentration of JP-5 would mean that the volume of JP-5 entering the distribution system would be equivalent to only ███ gallons of JP-5.[42]  This relatively small volume of JP-5 is insufficient to create a sustained JP-5 LNAPL sheen in a volume of water greater than approximately 2.5 million gallons. Moreover, the majority of water to the JBPHH water distribution system originates from a source without JP-5 contamination (i.e., the Waiawa Well).  Under normal operating conditions, the Waiawa Well is continuously pumping, with the Red Hill Well intermittently contributing flow into the system. This combination of two flows (one contaminated with JP-5 and one without JP-5 contamination) creates a dilution of JP-5 that, using Dr. Grayman's 2,000 mg/L assumption, would be even further below JP-5's solubility limits.

50.    In Dr. Grayman's analysis of average TPH concentration, he combines the results obtained with three different sampling techniques (e.g., the pre-chlorination spigot; a low-flow pump; and a bailer). Combining results from these

---

[42] Total flow = ██████████, TPH = 2 mg/L, density of JP-5 = 0.8 g/L.

different sampling techniques is inappropriate as two of the techniques (spigot and low flow) are not designed to sample the LNAPL phase while one of the techniques (bailer) will collect an LNAPL phase if present.  First, the limitations in the use of the pre-chlorination spigot are addressed in Paragraph 46 of this Declaration.  Second, low-flow pumps are used to collect samples with minimal disruption from a discrete depth interval within a water column.  Put another way, use of a low-flow pump is to minimize any mixing or turbulence during the collection of the sample in order to collect dissolved contamination below the floating LNAPL.  The low-flow pump in the Red Hill Well was located below the water surface and therefore did not collect JP-5 LNAPL in the sample.  In contrast, samples collected with a bailer are useful in the evaluation of LNAPL in water systems and will contain LNAPL if it is present.  In Tab 33 (Table B.1), the average TPH concentration obtained using bailer samples was calculated to be 49,429 ug/L.  Using a JP-5 water solubility of 5 mg/L TPH, the average TPH concentration in bailer samples is almost 10 times JP-5's water solubility and confirms the presence of JP-5 LNAPL.[43]

---

[43] Report submitted by RADM James P. Waters to the Vice Chief of Naval Operations (April 15, 2022) "Supplement to Command Investigation into the 6 May 2021 and 20 November 2021 Incidents at Red Hull Bulk Fuel Storage Facility" (US_RHFTCA_00014174) [EXHIBIT JX-0028] (Tab 5); Red Hill Shaft Recovery and Monitoring Plan, JBPHH, Oahu, Hawaii (January 2022), prepared by the Navy, State of Hawaii Department of Health, and the United States

51.     Thus, not only are Dr. Grayman's criticisms of my work in this case unfounded, but also key elements of Dr. Grayman's work in this case are unreliable.


I, Joseph Hughes, declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6th, 2024.

_____

Environmental Protection Agency (PLAINTIFFS_RH_0008261) [EXHIBIT PX-1284] (Tab 18).

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

<u>*/s/ Kristina Baehr*</u>
Kristina Baehr