LYLE S. HOSODA            3964-0
KOURTNEY H. WONG          10827-0
SPENCER J. LAU            11105-0
HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
Email: lsh@hosodalaw.com
khw@hosodalaw.com; sjl@hosodalaw.com


KRISTINA S. BAEHR        *Pro Hac Vice*
JAMES BAEHR              *Pro Hac Vice*
MARY M. NEUSEL           *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Email: kristina@well.law;
jim@well.law; maggie@well.law


FREDERICK C. BAKER       *Pro Hac Vice*
JAMES W. LEDLIE          *Pro Hac Vice*
KRISTEN HERMIZ           *Pro Hac Vice*
CYNTHIA A. SOLOMON       *Pro Hac Vice*
SARA O. COUCH
MOTLEY RICE, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com


*Attorneys for the plaintiffs*


(case caption continued on next page)

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

PATRICK FEINDT, JR., et al.

      Plaintiffs,

vs.

THE UNITED STATES OF AMERICA,

      Defendant.

CIVIL NO. 1:22-cv-397-LEK-KJM
(Federal Tort Claims Act)

**DECLARATION OF PAUL E. ROSENFELD, Ph.D.**

## DECLARATION OF PAUL E. ROSENFELD, Ph.D.

I, Paul Rosenfeld, declare as follows:

1.      I received a B.A. in Environmental Studies from the University of California, Santa Barbara in 1991, an M.S. in Environmental Science from the University of California, Berkeley in 1995, and a Ph.D. in Soil Chemistry from the University of Washington in 1999.  In addition to my education, I have extensive experience in evaluating the fate and transport of environmental contaminants, risk and exposure assessment of contaminants released from pollution sources, monitoring and modeling of pollution sources that may cause impacts on human health and ecological systems, and evaluation of odorous chemicals.  I have co-authored 6 books and 25 peer-reviewed papers.  I recently published a paper that

2

uses a well-mixed model to calculate the exposure of Marines at Camp LeJeune to toxic water. I worked for the United States Navy Base Realignment and Closure (BRAC) program during which time I was taught how conduct exposure assessments. I am a cofounder and principal at the environmental consulting firm of Soil Water Air Protection Enterprise ("SWAPE") in Santa Monica, California. My qualifications as an expert witness in this case are detailed in my *curriculum vitae*, attached as Tab 1 (EXHIBIT PX-1596).[1]

2.      My testimony in this case relates to evaluating the extent of JP-5 contamination in Joint Base Pearl Harbor Hickam ("JBPHH") water distribution system as a result of release of JP-5 at the Red Hill Bulk Fuel Storage Facility (the "Red Hill Facility") in November of 2021 (the "November Incident").

3.      Among the materials that I reviewed in conducting my work in this case were documents from the Hawaii Department of Health ("HDOH"), documents from the U.S. Environmental Protection Agency, documents from the United States Navy, reports in the news media, sampling data, complaint data, depositions of relevant witnesses, and expert reports.

4.      In conducting my work in this case and in doing my analyses, I applied well-accepted, reliable, replicable scientific methodologies.

5.      Listed below is a summary of my opinions in this case:

---

[1] I am being compensated at a rate of $295/hour for my work on this matter.

a.     Monitoring data and complaint reports demonstrate that the entire JBPHH water distribution system has been and continues to be impacted by JP-5 from the November Incident.

b.     The Navy estimated that up to 5,542 gallons of JP-5 was unrecovered after the November Incident.  Assuming this estimate is accurate, 5,542 gallons is the upper limit of JP-5 that could have gotten into the 250-mile JBPHH water distribution system.

c.     Chemical fingerprinting demonstrates that the fuel in the Red Hill Shaft was consistent with JP-5 and the release from the ruptured AFFF fire retention line.

d.      Complaints regarding taste, odor, and sheen demonstrate that the water quality was negatively impacted by the JP-5 contamination of the JBPHH water distribution system.

e.     In its 2023 Exposure Assessment, the HDOH determined that the Reasonable Maximum Exposure (RME) ingestion concentrations of Total Petroleum Hydrocarbons ("TPH") for persons on the JBPHH water distribution system was as high as 156,101 µg/L.

f.     The HDOH's 2023 Exposure Assessment reports on contaminant vapors coming from the tap water at some homes that

could be ignited, which is indicative of high levels of petroleum hydrocarbons in the water.

g.     Under the circumstances of this case, a simple well-mixed mass balance model is appropriate and useful for understanding the concentrations of TPH in the JBPHH water distribution system.

h.     There are multiple lines of evidence that demonstrate that the JBPHH water distribution system is highly interconnected and that the entire system was impacted by the November Incident, including but not limited to (1) the long-term monitoring program sampling data, (2) the water system schematics, (3) the wide-spread distribution of community complaints, (4) the design of the flushing program, and (5) the presence of ineffective mainline isolation valves in the system which potentially allowed contamination to spread.

i.     Simple well-mixed mass balance model calculations have been used at Pease Air Force Base and Camp Lejeune by the Agency for Toxic Substances and Disease Registry ("ATSDR") to reconstruct contamination levels, and the simple well-mixed mass balance model is generally accepted by the federal government, including ATSDR and the Navy.

j.      The simple well-mixed mass balance model results are

consistent with observations found in the analytical sampling data

from the long-term monitoring program in all flushing zones in the

JBPHH water distribution system, thus supporting the proposition that

the simple well-mixed mass balance model is a good fit for modeling

the contamination in the JBPHH water distribution system.

k.      It is likely that 750 to 2,500 gallons of JP-5 entered the JBPHH

water distribution system, resulting in concentrations of TPH-d in the

JBPHH water distribution system between 2,449 μg/L to 8,165 μg/L

in the first ten days following the November Incident.  For reference,

the HDOH set the Environmental Action level for "neat" JP-5 at 266

μg/L.

l.      There are multiple lines of evidence that demonstrate that the

JP-5 contamination has persisted in the JBPHH water distribution

system even after the flushing, including but not limited to (1) the

long-term monitoring program sampling data, and (2) post-flushing

odor complaints.  For instance, the long-term monitoring program

sampling data demonstrates that the concentrations of TPH-d varied

between 50 μg/L to 166 μg/L from January 4, 2022 to May 2, 2023.

m.      Nondetects of TPH-d (specifically C8-C18) in the Red Hill

Shaft prior to the November Incident indicate that the background

level of TPH-d in the JBPHH water distribution system should be

zero.

6.      I hold these opinions to a reasonable degree of scientific certainty.

7.      I detail the bases for these opinions below.

## A.    Background

8.      The Red Hill Facility stores various fuels, including JP-5.  JP-5, short

for jet propellant-5, is a jet fuel used by the military.[2]

9.      The Red Hill Facility sits in close proximity to the Red Hill Shaft –

one of the three well sites that feed the JBPHH water distribution system.[3]

10.     On May 6, 2021, Red Hill Facility personnel improperly executed a

fuel transfer procedure, which resulted in a spill of – by Navy estimates –

---

[2] Report submitted by RADM James P. Waters to the Vice Chief of Naval
Operations (April 15, 2022) "Supplement to Command Investigation into the 6
May 2021 and 20 November 2021 Incidents at Red Hull Bulk Fuel Storage
Facility" (US_RHFTCA_00014174) [EXHIBIT JX-0040] (Tab 2).  (For purposes
of my analysis, the Waters Supplement is interchangeable with the Cavanaugh
Report – US_RHFTCA_00000001 – and therefore I will refer to the Waters
Supplement.)

[3] Report submitted by RADM James P. Waters to the Vice Chief of Naval
Operations (April 15, 2022) "Supplement to Command Investigation into the 6
May 2021 and 20 November 2021 Incidents at Red Hull Bulk Fuel Storage
Facility" (US_RHFTCA_00014174) [EXHIBIT JX-0040] (Tab 2).

approximately 20,957 gallons of JP-5 fuel.  The Navy estimates that 1,580 gallons

of JP-5 were recovered immediately following the spill; however, the Navy

estimates that up to 19,377 gallons of JP-5 were transferred into a fire suppression

retention line.[4]

11.    On November 20, 2021, a Red Hill Facility employee struck a low

point drain valve on the fire suppression retention line in Adit 3 with a train cart.

The crash ruptured the fire suppression retention line, which still contained the

approximately 19,377 gallons of JP-5 from the May Incident.[5]

12.    In all, the Navy estimates that a total of 15,415 gallons of fuel were

recovered, leaving approximately 5,542 gallons unrecovered.  According to the

Navy, an unknown amount of this unrecovered fuel contaminated the Red Hill

Shaft and the Navy drinking water distribution system.  The Navy's volumetric

accounting of the fuel releases and recovery are set out in Appendix C to the

Waters Supplement.[6]

---

[4] Report submitted by RADM James P. Waters to the Vice Chief of Naval
Operations (April 15, 2022) "Supplement to Command Investigation into the 6
May 2021 and 20 November 2021 Incidents at Red Hull Bulk Fuel Storage
Facility" (US_RHFTCA_00014174) [EXHIBIT JX-0040] (Tab 2).

[5] Report submitted by RADM James P. Waters to the Vice Chief of Naval
Operations (April 15, 2022) "Supplement to Command Investigation into the 6
May 2021 and 20 November 2021 Incidents at Red Hull Bulk Fuel Storage
Facility" (US_RHFTCA_00014174) [EXHIBIT JX-0040] (Tab 2).
[6] Report submitted by RADM James P. Waters to the Vice Chief of Naval
Operations (April 15, 2022) "Supplement to Command Investigation into the 6

13.     Fuel from the release entered the environment, and sampling data and community complaints confirm that JP-5 contaminated the JBPHH water distribution system.[7]  Indeed, chemical fingerprinting analysis conducted in early December 2021 confirmed that JP-5 was present in the Red Hill Shaft.[8]

14.     Initial responders were aware that release from the November Incident contained fuel.  Despite the report of the fuel smell, the Red Hill Shaft pumping operations continued as usual.[9]

15.     In the week following the November 20, 2021 release, the Government began receiving hundreds of calls complaining of fuel odors, tastes,

---

May 2021 and 20 November 2021 Incidents at Red Hull Bulk Fuel Storage Facility" (US_RHFTCA_00014174 at Appendix C) [EXHIBIT JX-0040] (Tab 2).

[7] In addition, the 2023 HDOH Exposure Assessment Report identifies further pathways by which fuel entered the environment.  Preliminary flushing of the JBPHH water distribution system in late November / early December 2021 occurred via fire hydrants, allowing contaminated water to flow onto open grassy areas.  Initial hydrant flushes did not utilize a GAC treatment system.

[8] Dec. 29, 2021 GSI Memo from Rhodes to Johnson (US_RHFTCA_00016256) [EXHIBIT JX-0017] (Tab 3).

[9] Report submitted by RADM James P. Waters to the Vice Chief of Naval Operations (April 15, 2022) "Supplement to Command Investigation into the 6 May 2021 and 20 November 2021 Incidents at Red Hull Bulk Fuel Storage Facility" (US_RHFTCA_00014174) [EXHIBIT JX-0040] (Tab 2); NEIC JBPHH PWS Civil Investigative Report (US_RHFTCA_00031425) [EXHIBIT PX-1488] (Tab 4).

and sheen in their tap water, as well as reports of symptoms such as nausea, vomiting, diarrhea, headaches, and skin-related problems.[10]

16.    It was not until 6:15 p.m. on November 28, 2021, that the pump at the Red Hill Shaft was turned off; however, it was turned on again later that evening in order to collect a water sample.  On November 29, 2021, the pump at the Red Hill Shaft was again turned on from 12:00 p.m. to 3:00 p.m. for unknown reasons.[11]

**B.    Complaints**

17.    As noted above, the Government began receiving complaints shortly after the November Incident.  The complaint monitoring program by the Navy was described by the NAVFAC Deputy for Strategic Operations Red Hill, Sarah Moody, in her deposition.  Initially a majority of complaints were submitted to a property management database called Yardi.  According to Ms. Moody, in early December, residents were directed to call the Emergency Operation Center, which

---

[10] Exposure Assessment: November 2021 Release of JP-5 Jet Fuel into the Joint Base Pearl Harbor Hickam Drinking Water System, Hawaii Department of Health, Roger Brewer, Ph.D, June 28, 2023 (US_RHFTCA_ 00440819) [EXHIBIT PX-1236] (Tab 5).

[11] Report submitted by RADM James P. Waters to the Vice Chief of Naval Operations (April 15, 2022) "Supplement to Command Investigation into the 6 May 2021 and 20 November 2021 Incidents at Red Hull Bulk Fuel Storage Facility" (US_RHFTCA_00014174) [EXHIBIT JX-0040] (Tab 2); NEIC JBPHH PWS Civil Investigative Report (US_RHFTCA_00031425) [EXHIBIT PX-1488] (Tab 4).

began logging complaints there to have a more centralized complaint database to help inform the remediation effort.[12]

18.     In doing my analysis in this case, I chose to analyze complaints collected by the Navy Marine Corps Intranet services, the Red Hill Fuel Tank Advisory Committee, Task Force Ohana, and the U.S. Army Installation Management Command (USA IMCOM) between November 28, 2021, to August 16, 2022 (up to ten months after the spill event) because the complaint summary sections of the data contained qualitative information.  The qualitative details allowed me to determine which complaints mentioned relevant terms such as order, taste, and sheen.[13]

19.     In total there were about 1,600 complaints made to these four entities during the relevant time period.  Across these four entities, about 700 complaints were selected based on descriptive terms that I presumed to be related to the

---

[12] Moody Dep., pp. 31-36.

[13] Water Quality Complaints by Neighborhood, Call Log 29DEC21 0700 Edited 8jan22.xlsx (US_RHFTCA_00036314) [EXHIBIT PX-1455] (Tab 6); Re-Flush and Sampling Tracker (14FEB2022) EDIT.xlsx Spreadsheet (US_RHFTCA_00191454) [EXHIBIT PX-1447] (Tab 7); Army Task Force Ohana Database - TF OHANA Call Log.xlsx Spreadsheet (US_RHFTCA_00190703) [EXHIBIT PX-1304] (Tab 8); USAG-HI TF OHANA Hotline_Home Sample 1.xlsx Spreadsheet (US_RHFTCA_00191455) [EXHIBIT PX-1453] (Tab 9).

November Incident.  Of these 700 complaints, about 270 had addresses listed.[14]  I

mapped the complaints selected for odor and smell,[15] which is quantitatively

significant when comparing sample concentrations to odor threshold

concentrations:



---

[14] Water Quality Complaints by Neighborhood, Call Log 29DEC21 0700 Edited
8jan22.xlsx (US_RHFTCA_00036314) [EXHIBIT PX-1455] (Tab 6); Re-Flush
and Sampling Tracker (14FEB2022) EDIT.xlsx Spreadsheet
(US_RHFTCA_00191454) [EXHIBIT PX-1447] (Tab 7); Army Task Force Ohana
Database - TF OHANA Call Log.xlsx Spreadsheet (US_RHFTCA_00190703)
[EXHIBIT PX-1304] (Tab 8); USAG-HI TF OHANA Hotline_Home Sample
1.xlsx Spreadsheet (US_RHFTCA_00191455) [EXHIBIT PX-1453] (Tab 9);
Rosenfeld Ex. E [EXHIBIT PX-1660] (Tab 10).

[15] It should be noted that odor detection by humans is subjective and therefore does
not represent a fixed value.

I also mapped the complaints selected for sheen, which also has a quantitative

significance when comparing samples to sheen concentration thresholds:



It should be noted that the Bellwether Plaintiffs' expert Ms. Lacey Keller had

access to more complaint and sheen observation data than I did at the time of

making these maps, so her maps contain more information.[16]

20.    Other reports corroborate the community complaints data.  For

instance, on December 10, 2021, samplers from Eurofins (an environmental

contractor) detected a strong fuel-like odor in the Red Hill Shaft.  Similarly,

investigators from AECOM (another environmental contractor) discovered a fuel

---

[16] Having reviewed Ms. Keller's geomapping, at my deposition I revised my opinion regarding when the JP-5 first impacted Ford Island, concluding that the contamination did impact Ford Island within ten days.

odor in ground water monitoring well 06 in late December 2021 and sampled the

perched aquifer.  And the Red Hill Shaft well sampling report revealed that there

was ~1mm product layer of light non-aqueous phase liquids (LNAPL) containing

"suspended droplets of slightly opaque NAPL" in the water, causing a strong fuel-

like odor.[17]

21.    Meanwhile, in February 2021, the CDC/ATSDR conducted a health

survey.  According to this study, a total of 1,115 of the 2,289 surveyed residents in

the affected area reported at least one indication of water contamination either by

observing an oily sheen or petroleum smell or taste of the water.  Among these

residents, 1,821 ingested the water through oral hygiene, 1,650 drank the water,

and 1,629 were exposed through using the contaminated water when cooking.

Twenty-nine percent of residents smelled or tasted petroleum or saw sheens on

their water.[18]

---

[17] USAG-HI TF OHANA Hotline_Home Sample 1.xlsx Spreadsheet
(US_RHFTCA_00036212) [EXHIBIT PX-1450] (Tab 11); Report submitted by
RADM James P. Waters to the Vice Chief of Naval Operations (April 15, 2022)
"Supplement to Command Investigation into the 6 May 2021 and 20 November
2021 Incidents at Red Hull Bulk Fuel Storage Facility" (US_RHFTCA_00014174)
[EXHIBIT JX-0040] (Tab 2).

[18] 2022 Troeschel, et al. "Self-Reported Health Symptoms Following Petroleum
Contamination of a Drinking Water System – Oahu, Hawaii, November 2021 -
February 2022 (2022) (DOH_RH_0046868) [EXHIBIT PX-1583] (Tab 12); 2023
EPA Webinar Series "Public Health Activities Related to Red Hill"
(PLAINTIFFS_RH_0124741) [EXHIBIT PX-1180] (Tab 13).

22.    The HDOH's Exposure Assessment reports instances of tap water being ignited, further evidencing high concentrations of JP-5.[19]

23.    These various lines of evidence confirm that the JBPHH water distribution system was contaminated with JP-5.

**C.    Routes of Exposure to the JP-5**

24.    Routes of human exposure to the JP-5 that entered the JBPHH water distribution system included ingestion, dermal absorption, and inhalation. Ingestion of fuel-contaminated water occurred when residents drank or used tap water to cook.  Dermal absorption occurred when residents bathed in fuel-contaminated water.  Inhalation occurred when residents ran their showers or sink faucets,

---

[19] Exposure Assessment: November 2021 Release of JP-5 Jet Fuel into the Joint Base Pearl Harbor Hickam Drinking Water System, Hawaii Department of Health, Roger Brewer, Ph.D, June 28, 2023 (US_RHFTCA_ 00440819) [EXHIBIT PX-1236] (Tab 5).

allowing contaminants to vaporize and enter the ambient air.  The Bellwether

Plaintiffs stated that they were exposed via these various routes of exposure.[20 & 21]

## D.    Chemicals Involved

---

[20] 2023 Aubart, Kevin Plaintiff Fact Sheet. PDF Pg. 10; 2023 Dietz, Richelle
Plaintiff Fact Sheet PDF Pg. 10; 2023 Dietz, Victoria Plaintiff Fact Sheet PDF Pg.
10; 2023 Dietz, Bryan Plaintiff Fact Sheet PDF Pg. 10; 2023 Feindt, Palmer
Plaintiff Fact Sheet PDF Pg. 10; 2023 Feindt, Patrick III Plaintiff Fact Sheet PDF
Pg. 10; 2023 Feindt, Patrick Jr Plaintiff Fact Sheet PDF Pg. 10; 2023 Freeman,
Dash Plaintiff Fact Sheet PDF Pg. 10; 2023 Freeman, Kai Plaintiff Fact Sheet PDF
Pg. 10; 2023 Freeman, Nastasia Plaintiff Fact Sheet PDF Pg. 10; 2023 Freeman,
Noah Plaintiff Fact Sheet PDF Pg. 10; 2023 Jessup, Beau Plaintiff Fact Sheet PDF
Pg. 10; 2023 Jessup, Breanna Plaintiff Fact Sheet PDF Pg. 10; 2023 Jessup, Derek
Plaintiff Fact Sheet PDF Pg. 10; 2023 Jessup, Nathan Plaintiff Fact Sheet PDF Pg.
10; 2023 Jessup, Sheena Plaintiff Fact Sheet PDF Pg. 10; 2023 Witt, Elizabeth
Plaintiff Fact Sheet PDF Pg. 10. See also Plaintiffs' (Verified) Objections and
Answers to Defendant United States' First Set of Interrogatories to Bellwether
Plaintiffs, Nos. 8-11 regarding each Plaintiff's water usage.

[21] The Bellwether Plaintiffs also noted a variety of symptoms, including:
abdominal issues (pain, diarrhea, vomiting and bloating), anxiety, brain fog
(difficulty focusing), bleeding of the nose, gums or lungs, burning sensation in the
nose, throat or chest, changes in mood, constant chest colds or sinus infections,
cough and postnasal drip, coughing (but more so at night), depression, diarrhea,
dizziness, dry cough, dry/scaly skin, eye irritation (watering/red blurry/itchy),
fertility related problems, fever, overly tired even with rest, headaches, hair loss,
light sensitivity, memory loss and confusion, mood swings, muscle and joint pain,
nausea, numbness in extremities, rash/blisters/dry skin, runny or stuffy nose,
sinusitis, sneezing, seizures, sore/dry throat, general malaise/feeling, pain in groin
area, wet cough (with mucus or blood), wheezing or difficulty breathing,
whooshing sound and pulsing in left ear, markedly noticeable weight gain/loss and
increase thirst, asthma, shakes or trembles, loss of balance, loss of consciousness,
stress, sleep apnea, and tumors/skin growths.

25.     JP-5 is primarily composed of chemical compounds called hydrocarbons.  C5-C8 aliphatics, >C8-C18 aliphatics, C18-C32 aliphatics, and >C8 aromatics (carbon ranges) make up approximately 98.2% of JP-5.  "Mid-Range Organics" or "Diesel Range Organics" – *i.e.,* >C8-C18 aliphatics – in turn make up 79% of the current JP-5 jet fuel formulation.  The combined mixture of carbon ranges (minus individually-targeted compounds such as BTEXNM) is collectively assessed as TPH.[22]

26.     Additives are used in JP-5 to stabilize or enhance the performance of the fuel.   These additives typically consist of antioxidants, static inhibitors, corrosion inhibitors, fuel system icing inhibitors, lubrication improvers, biocides, and thermal stability improvers.  According to the Hawaii Department of Health, the JP-5 involved in the November Incident contained diethylene glycol monomethyl ether (DiEGME) (a fuel system icing inhibitor), 2,6-di-tert-butyl-4-methylphenol (an antioxidant), and linoleic acid dimers (lubricity improvers).[23]

---

[22] Exposure Assessment: November 2021 Release of JP-5 Jet Fuel into the Joint Base Pearl Harbor Hickam Drinking Water System, Hawaii Department of Health, Roger Brewer, Ph.D, June 28, 2023 (US_RHFTCA_ 00440819) [EXHIBIT PX-1236] (Tab 5).

[23] Exposure Assessment: November 2021 Release of JP-5 Jet Fuel into the Joint Base Pearl Harbor Hickam Drinking Water System, Hawaii Department of Health, Roger Brewer, Ph.D, June 28, 2023 (US_RHFTCA_ 00440819) [EXHIBIT PX-1236] (Tab 5).

E.    **General Description of the JBPHH Water Distribution System**

27.    Understanding the JBPHH water distribution system configuration is necessary to understanding the spread of the JP-5 contamination, evaluating the efficacy of flushing activities, calculating contaminant concentrations, and the determining ultimate effect on users following the November Incident.

28.    The JBPHH water distribution system provides water to a base population of approximately 93,000 military and civilian residents.  The JBPHH water distribution system is owned and operated by the Naval Facilities Engineering Systems Command (NAVFAC) Hawaii and flows through approximately 250 miles of distribution pipes.[24]

29.    The JBPHH water distribution system is an interconnected system:[25]

---

[24] Exposure Assessment: November 2021 Release of JP-5 Jet Fuel into the Joint Base Pearl Harbor Hickam Drinking Water System, Hawaii Department of Health, Roger Brewer, Ph.D., June 28, 2023 (US_RHFTCA_ 00440819) [EXHIBIT PX-1236] (Tab 5); NEIC JBPHH PWS Civil Investigative Report (US_RHFTCA_00031425) [EXHIBIT PX-1488] (Tab 4); ███████████████

[25] ███████████████████████████



30.    Historically, the system has been fed by three wells: the Waiawa

Shaft, the Aiea-Halawa Shaft, and the Red Hill Shaft.  These shafts draw

freshwater from the top of an underwater aquifer.  The Waiawa Shaft is the

western-most shaft and produces up to ███████ gallons per day (MGD).  The

Aiea-Halawa Shaft – which historically has been used as a back-up to the other

wells – is southeast of the Waiawa Shaft and can produce approximately ███████.

The Aiea-Halawa Shaft was taken out of service on December 3, 2021, "due to

concerns that the contamination plume could be drawn into the infiltration tunnel

by continued pumping."[26]  The Red Hill Shaft is the furthest east of the three shafts, operated periodically each day, and historically produced approximately ██ ████ gallons per day.  This shaft is known by various names, including the Red Hill Shaft, State Well Number 3-2254-0041, HMW2254-01, and Navy Well 2254-01.  The Red Hill Shaft has been out of operation since November 29, 2021.[27]

31.    Complementing these wells, the JBPHH water distribution system employs booster pumps and utilizes water storage tanks:[28]

---

[26] NEIC JBPHH PWS Civil Investigative Report (US_RHFTCA_00031425) [EXHIBIT PX-1488] (Tab 4); ████████████████████████████████████ ████████████████████████████████ ████████████████████████

[27] ████████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████████ ████ Report submitted by RADM James P. Waters to the Vice Chief of Naval Operations (April 15, 2022) "Supplement to Command Investigation into the 6 May 2021 and 20 November 2021 Incidents at Red Hull Bulk Fuel Storage Facility" (US_RHFTCA_00014174) [EXHIBIT JX-0040] (Tab 2); Jeremy Mitchell Dep., p. 63 (draft version).  Mr. Mitchell testified that the Red Hill Shaft was run "approximately one eight-hour shift a day."

[28] ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████.



These water storage tanks are used for water supply and for pressure stabilization within the water distribution system.  The two largest water storage tanks (█ █ gallons) are the Halawa Tanks (S1 and S2), and the water level in these tanks historically fluctuated substantially.  All three shafts can and have feed the S1 and S2 tanks.   The S2 tank was taken out of service in late December 2021.[29]

32.    The JBPHH water distribution system is divided into approximately 19 pressure zones:[30]

─────────────────────

[29] █████████████████████████████████████████████
████████████████████████████████████████████
██████ NEIC JBPHH PWS Civil Investigative Report (US_RHFTCA_00031425) [EXHIBIT PX-1488] (Tab 4); Jeremy Mitchell Dep. (draft version), p. 61.

[30] Red Hill Shaft Recovery and Monitoring Plan (January 2022), prepared by the Navy, State of Hawaii Department of Health, and the United States Environmental



33.    The average daily water production in the JBPHH water distribution

system from 2015-2022 was ▮▮▮▮▮▮ while the maximum daily water

production was ▮▮▮▮▮.[31]

## F.    Flushing of the JBPHH Water Distribution System

34.    On November 29, 2021, the Government began undertaking some

preliminary flushing of the JBPHH water distribution system.  These activities

Protection Agency (PLAINTIFFS_RH_0008261) [EXHIBIT PX-1284] (Tab 17);
Rosenfeld Ex. D [EXHIBIT 1659] (Tab 18)

[31] NEIC JBPHH PWS Civil Investigative Report (US_RHFTCA_00031425)
[EXHIBIT PX-1488] (Tab 4).

involved flushing water from fire hydrants onto open grassy areas.  Hydrant
flushing was likely releasing vapors and contaminating soil and shallow
groundwater, and on December 4, 2021, the Hawaii Department of Health ordered
the hydrant flushing stopped.  The Government did not, however, stop the hydrant
flushing until December 10, 2021, following the HDOH's issuance of a final
warning order to the Government.[32]

35.     Along with the Government's initial flushing activities, residents on
the JBPHH water distribution system were asked to conduct home flushes on
November 30, 2021.  This indoor flushing may have resulted in additional fuel
vapors releases inside homes.

36.     The Government subsequently developed a flushing plan for the
JBPHH water distribution system called "Drinking Water Distribution System
Recovery Plan."  This flushing plan created a phased flushing plan to flush
distribution lines and tanks contaminated by the November Incident.  Four flushing
phases were developed based on high priority areas with the greatest contamination

---

[32] Report submitted by RADM James P. Waters to the Vice Chief of Naval
Operations (April 15, 2022) "Supplement to Command Investigation into the 6
May 2021 and 20 November 2021 Incidents at Red Hull Bulk Fuel Storage
Facility" (US_RHFTCA_00014174) [EXHIBIT JX-0040] (Tab 2); Exposure
Assessment: November 2021 Release of JP-5 Jet Fuel into the Joint Base Pearl
Harbor Hickam Drinking Water System, Hawaii Department of Health, Roger
Brewer, Ph.D, June 28, 2023 (US_RHFTCA_00440819) [EXHIBIT PX-1236]
(Tab 5).

zones being flushed first.  Phase 1 of the recovery plan was set to flush zones: A1, H1, H2, H3, I1, D3, Fl, and F2 with five volumetric turnovers of water from the Waiawa Shaft; Phase 2 of the recovery plan was set to flush zones: DI, D2, D4, and El with three volumetric turnovers; Phase 3 flush zones included B1, C1, C2, C3, and G1 with two (2) volumetric turnovers; and Phase 4 flush zones were A2 and A3 with only one volumetric turnover.[33 & 34]

37.    For residential homes within the flushing areas, the Navy developed "Single Family Home Flushing Plan Checklist and Standard Operating Procedures" to be used by Government personnel and Government contractors. This plan included additional flushing activities such as draining water heaters, performing hot water system flushing and cold water system flushing.[35]

38.    In conjunction with development of the flushing plan, the Government, together with other stakeholders, developed a drinking water sampling plan.  The flushing plan included steps to: collect water samples from Waiawa Shaft, Halawa Shaft, and Red Hill Shaft; identify/prioritize the most

---

[33] Drinking Water Distribution System Recovery Plan (GSI_002626) [EXHIBIT JX-0013] (Tab 19).

[34] The Bellwether Plaintiffs were distributed amongst a variety of flushing zones, further demonstrating that the entirety of the JBPHH water distribution system was impacted by the November Incident.

[35] Single Family Home Flushing Plan Checklist and Standard Operating Procedures (PLAINTIFFS_RH_0124617) [EXHIBIT JX-0022] (Tab 20).

contaminated flushing zones; conduct initial screening of water at tentative

flushing locations; perform house/building specific flushing "for all structures

downgradient of the point" that was initially flushed; and collect drinking water

sample from 10% of homes in a flushing zone.[36]

     39.    For contaminant screening levels, the HDOH established

Environmental Action Levels (EALs). The DOH set the initial EAL for "neat" JP-

5 at 211 μg/L, but later amended this value to 266 μg/L due to a calculation error.

(Notably, the U.S. EPA Regional Screening Level (RSLs) for TPH (aliphatic

medium) in residential tap water is 100 μg/L for all routes of exposure (dermal,

inhalation, and ingestion) and an ingestion specific screening level of 200 μg/L.)[37]

---

[36] Drinking Water Sampling Plan, Jan. 2022 (PLAINTIFFS_RH_0077380) [EXHIBIT JX-0015] (Tab 21); Drinking Water Sampling Plan, Dec. 2021 (PLAINTIFFS_RH_0077325) [EXHIBIT PX-1233] (Tab 22).

[37] Exposure Assessment: November 2021 Release of JP-5 Jet Fuel into the Joint Base Pearl Harbor Hickam Drinking Water System, Hawaii Department of Health, Roger Brewer, Ph.D, June 28, 2023 (US_RHFTCA_ 00440819) [EXHIBIT PX-1236] (Tab 5); HDOH Guidance on the Approach to Amending the Public Health Advisory, Addendum 1 (PLAINTIFFS_RH_0142938) [EXHIBIT PX-1228] (Tab 23); 2023 HDOH Estimates of Contaminant Types and Concentration in JBPHH Drinking Water System (DOH_RH_0044275) [EXHIBIT PX-1497] (Tab 24); HDOH Recommended Risk-Based Drinking Water Action Levels for TPH Associated with Releases of JP-5 Jet Fuel (Feb. 2022) (PLAINTIFFS_RH_0146067) [EXHIBIT PX-1290] (Tab 25); HDOH Recommended Risk-Based Drinking Water Action Levels for TPH Associated with Releases of JP-5 Jet Fuel (April. 2022) (DOH_RH_0044249) [EXHIBIT PX-1291] (Tab 26); U.S. EPA Regional Screening Levels-Residential Tapwater, available online: https://www.epa.gov/risk/regional-screening-levels-rsls-generic-tables.

40.     As explained in the HDOH's "Guidance on the Approach to

Amending the Public Health Advisory, Addendum 1," each flushing zone had to be

evaluated individually via lines of evidence.  The two criteria to remove the health

advisory thereby certifying the safety of the drinking water in each zone included

(1) ensuring that no contamination is entering the water system, and (2) ensuring

that no contamination remains in the system.[38]

41.     Over 10,000 residents were relocated during flushing activities,

beginning in mid-December 2021 and continuing until their water was certified

safe by the HDOH after reviewing the data provided by the Government for each

specific flushing zone.[39]

42.     Notably, in developing the flushing plan, officials were aware that

successful directional flushing was impossible because, ". . . main line isolation

valves would not properly close and could not be relied upon to isolate pipe

_____

[38] HDOH Guidance on the Approach to Amending the Public Health Advisory,
Addendum 1 (PLAINTIFFS_RH_0142938) [EXHIBIT PX-1228] (Tab 23).

[39] Report submitted by RADM James P. Waters to the Vice Chief of Naval
Operations (April 15, 2022) "Supplement to Command Investigation into the 6
May 2021 and 20 November 2021 Incidents at Red Hull Bulk Fuel Storage
Facility" (US_RHFTCA_00014174) [EXHIBIT JX-0040] (Tab 2); Exposure
Assessment: November 2021 Release of JP-5 Jet Fuel into the Joint Base Pearl
Harbor Hickam Drinking Water System, Hawaii Department of Health, Roger
Brewer, Ph.D, June 28, 2023 (US_RHFTCA_00440819) [EXHIBIT PX-1236]
(Tab 5).

segments."[40]  These inoperable valves may be the cause of the residual

contamination in flushing zones that had previously been flushed.

**G.    Monitoring Data**

43.    At the time of the November Incident, the Government had little

knowledge about the extent of the contamination.  Initial testing by the

Government to determine water contamination was done using Total Organic

Carbon ("TOC") tests as a proxy for TPH ("Total Petroleum Hydrocarbons").

Sampling results using TOC screening levels was determined to be highly

inaccurate because the detection limit for TOC was 5 mg/L and the laboratory was

unable to identify water contaminated with fuel.[41]

44.    The standard analytical method for evaluating fuel spills such as the

one here is to test water using the TPH-diesel ("TPH-d") analytical method.  TPH-

d testing is the only accurate way to assess JP-5 water contamination due to the

fact that it quantifies all carbon ranges and has an actionable screening level.[42]

---

[40] *See, e.g.,* Documentation to Amend Drinking Water Health Advisory in Zone A1
(PLAINTIFFS_RH_0135801) [EXHIBIT PX-1209] (Tab 27).

[41] Exposure Assessment: November 2021 Release of JP-5 Jet Fuel into the Joint
Base Pearl Harbor Hickam Drinking Water System, Hawaii Department of Health,
Roger Brewer, Ph.D, June 28, 2023 (US_RHFTCA_ 00440819) [EXHIBIT PX-
1236] (Tab 5); Dr. Brewer's Video Report. Available at:
https://www.youtube.com/watch?v=aKpDPX8_Z9k; Sherri Eng Dep., pp. 28-29

[42] Exposure Assessment: November 2021 Release of JP-5 Jet Fuel into the Joint
Base Pearl Harbor Hickam Drinking Water System, Hawaii Department of Health,

45.    To the extent that any TPH-d testing was done on the JBPHH water
distribution system in the immediate aftermath of the November Incident, that
sampling data was erratically collected, had a very limited number of sampling
locations, and was not consistent with the observed odor and sheen reports.[43]

46.    More robust water testing began in January 2022 in conjunction with
the JBPHH Safe Waters program (i.e., the water sampling program developed in
late December 2021 / early January 2022).[44]  Using data from the JBPHH Safe
Waters program and reliable methodologies, I was able to: (1) map > 1000 post-
flushing TPH-d detections; (2) determine that TPH-d was found in all flushing
zones 500+ days after the November Incident, and that these TPH-d detections are
numerous and evenly distributed across flushing zones; and (3) determine that the

---

Roger Brewer, Ph.D, June 28, 2023 (US_RHFTCA_ 00440819) [EXHIBIT PX-
1236] (Tab 5).  Dr. Brewer and Rear Admiral Cavanaugh both agree that TPH-d
testing is the best indicator of JP-5 contamination in the water.

[43] Exposure Assessment: November 2021 Release of JP-5 Jet Fuel into the Joint
Base Pearl Harbor Hickam Drinking Water System, R. Brewer, dated Jun. 2023,
updated Oct. 2, 2023 (PLAINTIFFS_RH_0133353) [EXHIBIT PX-1480] (Tab
28).

[44] Water Quality Complaints by Neighborhood, Call Log 29DEC21 0700 Edited
8jan22.xlsx Spreadsheet (US_RHFTCA_00036314) [EXHIBIT PX-1455] (Tab 6);
Re-Flush and Sampling Tracker (14FEB2022) EDIT.xlsx Spreadsheet
(US_RHFTCA_00191454) [EXHIBIT PX-1447] (Tab 7); Army Task Force Ohana
Database - TF OHANA Call Log.xlsx Spreadsheet (US_RHFTCA_00190703)
[EXHIBIT PX-1304] (Tab 8); USAG-HI TF OHANA Hotline_Home Sample
1.xlsx Spreadsheet (US_RHFTCA_00191455) [EXHIBIT PX-1453] (Tab 9).

average concentration of TPH-d in the flushing zones ranges from 56 µg/L to 68 µg/L, thereby showing only a small variability in concentrations across the flushing zones:[45]



47.      There exists no background concentration for TPH-d in drinking water.  Nondetects of TPH-d in the Red Hill Shaft before the November Incident

---

[45] Figure 2 to Rosenfeld Report: Map Showing Post-Flush Detections of TPH-d [EXHIBIT PX-1664] (Tab 29).  Government witnesses hypothesized that the continued TPH-d detections were attributable to plumbing grease.  This hypothesis is not credible in that (1) silicone faucet grease is more commonly used in potable water fixtures and preferred due to its sealant capabilities, and (2) there is no evidence that all faucets in the JBPHH water distribution system were replaced or that petroleum-based grease was used when faucets were replaced.

indicates that the background level of TPH-d in the JBPHH water distribution system should be zero.[46]

48.    While the monitoring data results tell the story using analytical data, the population using the water were consistently observing the water every day. Using information from the initial wave of information provided in discovery, I was able to determine that from November 28, 2021, to January 19, 2023, the Government collected a total of 1,636 water quality complaints.[47]  Notably, 321 of these complaints were specifically related to the presence of fuel taste and odors, more than half of the odor and taste-based complaints occurred within the period between November 28, 2021, and December 28, 2021.  While not all of these complaints had an associated address, where such information was available I geomapped odor, smell, and sheen complaints using reliable methodologies.  The number and distribution of these complaints can be observed in the maps set out in Paragraph 19, *supra*.

## I.    Solubility of JP-5

---

[46] 2021 NAVFAC Water Quality Report JBPHH Water System (US_RHFTCA_00246478) [EXHIBIT PX-1487] (Tab 30); 2020 NAVFAC Water Quality Report JBPHH Water System (US_RHFTCA_00246474) [EXHIBIT PX-1486] (Tab 31).

[47] Additional information subsequently became available.  This information was included in Lacey Keller's geomapping and reflects a greater number of and broader geographic dispersion of complaints.  I have reviewed and rely upon Ms. Keller's expert work.

49.     Understanding the solubility of JP-5 in water is very important because when the concentration of TPH-d exceeds its solubility threshold, TPH-d and water can no longer mix.  When the concentration of TPH-d exceeds its solubility threshold, a sheen will develop on the water.[48]  Because a sheen was observed we know two things: (1) that the concentration of JP-5 exceeded 5.8 mg/L (5,800 µg/L), and (2) that the defense expert Dr. Grayman's report and conclusion are flawed.

50.     Sampling from the Red Hill Shaft shows that the concentration of JP-5 in the water greatly exceeded the effective solubility of JP-5.  The Hawaii Department of Health estimated this concentration to be 150 mg/L (or 150,000 µg/L) based upon a rounding of sampling values.  The HDOH further estimated that the Reasonable Maximum Exposure for residents on the JBPHH water distribution system to be 156,101 µg/L.[49]

---

[48] 2023 HDOH Estimates of Contaminant Types and Concentration in JBPHH Drinking Water System (DOH_RH_0044275) [EXHIBIT PX-1497] (Tab 24). Specifically, applying Raoult's Law and the mole fraction equation, the Hawaii Department of Health determined that the effective solubility of all constituents in JP-5 in water is 6.1 mg/L and that the maximum dissolved-phase concentration of >C8-C18 aliphatics in water is 5.8 mg/L.

[49] Exposure Assessment: November 2021 Release of JP-5 Jet Fuel into the Joint Base Pearl Harbor Hickam Drinking Water System, Hawaii Department of Health, Roger Brewer, Ph.D, June 28, 2023 (US_RHFTCA_ 00440819) [EXHIBIT PX-1236] (Tab 5); 2023 HDOH Estimates of Contaminant Types and Concentration in JBPHH Drinking Water System (DOH_RH_0044275) [EXHIBIT PX-1497] (Tab 24).

**J.    Appropriateness of the Well-Mixed Mass Balance Calculation to Reconstruct Contaminant Concentrations**

51.    To calculate the concentration of JP-5 in the water of the JBPHH water distribution system in the days following the November Incident, I developed a well-mixed mass balance calculation.  To conduct the mass balance calculations, I treated the Red Hill water system as a well-mixed system.

52.    Use of the well-mixed model approach is supported by the fact that the JBPHH system has various locations where mixing of water can occur, as demonstrated by system schematics, *see, supra,* Paragraphs 27-33, 36, & 42, the large distribution of community complaints, *see, supra,* Paragraphs 17-19, 21, & 48, and the various locations at which there were sampling detects, *see, supra,* Paragraphs 43-47.

53.    The well-mixed model approach is also supported by testimonies of employees of JBPHH and NAVFAC Hawaii.  For instance, Aaron Darley, NAVFAC Hawaii's Design and Construction Business Line Leader and Chief Engineer at the time of the November Incident, stated that water pumped from the Red Hill Shaft "could have went [sic] in any different direction within the potable water system based on demands in different areas at that particular moment." Similarly, Jeremy Mitchell, the deputy public works officer for Joint Base Pearl Harbor-Hickam at the time of the November Incident, stated that the "system as a whole cycles or removes water throughout the system based upon . . . water

demands, what pumps are being used, and which wells are in use." He explained, for example, that "Eastern Housing will be fed by water either in the tank or from Red Hill Shaft or from the Aiea-Halawa Shaft or from Waiawa Shaft or any mixture of those four depending on the usage that's going on in the system, whether or not the tank is being filled, or whether the level of it is coming down, and what pumps are physically in operation." In regards to Red Hill housing, he explained that "when the Red Hill Shaft is in operation, a hundred percent of the water would be from Red Hill, going to Red Hill housing and the Red Hill tank number 1 and tank number 2. When the Red Hill Shaft is not in operation, then that water would be fed from S1, S2 tanks, Navy Aiea-Halawa Shaft, or predominantly Waiawa Shaft." And with respect to other locations, he stated that "Bishop Point is a place in the system where it would get a mix of water pretty much all the time except for a situation like we have right now where Waiawa is the only source" and that Camp Smith water would be a "mix of Waiawa water, Red Hill water, and whatever is in S1 and S2 tanks." Finally, he stated that "all three wells can and will feed those tanks [S1 and S2] depending on the usage in the system." Simply put, this testimony indicates that water easily and routinely mixes within the JPBHH water distribution system.[50]

---

[50] Aaron Darley Dep., p. 6; Jeremy Mitchell Dep., pp. 61-67.

54.    Use of the well-mixed model approach is further supported by the fact that the ATSDR utilized well-mixed models for evaluating contamination at similarly complex systems at the Pease Air Force Base and the Camp Lejeune Marine Base.  For instance, similar to the case here, the Pease Air Force Base water system was supplied by three sources.  At Camp Lejeune, the ATSDR chose a well-mixed model to reconstruct contaminant concentrations after comparing well-mixed model results to the results from EPANET 2 water distribution system modeling.  Spatially distributed concentrations were equal between the two models even with the complexity of Camp Lejeune's water system.  In short, a well-mixed model has generally been accepted in the past by the ATSDR at other Department of Defense contaminated sites.  Moreover, in litigation surrounding contamination at Peterson Air Force Base, I utilized a well-mixed model for three water systems contaminated there.[51]  I submitted an expert report in that litigation which survived a Daubert challenge.

55.    Other factors supporting the use of a well-mixed model here include: (1) the lack of consistent pre- and post-flush sampling data, *see, supra,* Paragraph 43-47; (2) ineffective mainline isolation valves potentially re-contaminating already flushed zones, *see, supra,* Paragraph 42; (3) the long term monitoring data

---

[51] 2013 Maslia et al. ATSDR "Chapter A: Summary and Findings," (2005), Available online at: https://www.atsdr.cdc.gov/sites/lejeune/panel_report_groundwater.html; Rosenfeld Dep., pp. 33-34, 55-62, 158-160.

showing persistence of contaminants at relatively uniform concentrations throughout the system up to 500+ days after the initial November Incident, *see, supra,* Paragraph 46 & *infra*, Paragraph 60; (4) lack of full drainage of the S1 tank in the early stage of flushing in which at least 0.5 MGD of contaminated water was left in the tank, *see, supra,* Paragraphs 31 & 53; and (5) that there are ten large storage tanks, multiple wellhead pumps, and five booster pumps moving water through an interconnected 250 mile distribution system, *see, supra,* Paragraphs 27-33, 36, & 42.

56.     In sum, use of a well-mixed mass balance model to reconstruct contaminant concentrations in the JBPHH water distribution system is appropriate. It is a generally accepted, reliable, replicable methodology for modeling the concentration of a contaminant like JP-5 in a water distribution system.

**K.    The Well-Mixed Mass Balance Calculation**

57.     As noted above, the Navy estimated that 5,542 gallons of the fuel were unrecovered; it can reasonably be assumed that at least some of this fuel entered the distribution system based on community sheen and odor complaints, as well as sampling results.  My mass balance calculations therefore include various contamination scenarios, ranging from 10 gallons to 5,000 gallons of JP-5 contaminating the JBPHH water distribution system.  My calculations represent the contamination from November 20, 2021 (the date of the spill) up to 500 days after

the Incident.  I utilized an input of ██████████████████████████

████████████████████████████████████, which leads to

conservative estimates of the extent of the contamination.

58.    The mass balance calculation is as follows:

$$Concentration\ JP5\ in\ Water\ System\ (\mu g) =$$

$$\frac{gal_{JP5}x\ D_{JP5}\ x\ CF\ (\frac{\mu g}{lb.})}{Days_{In\ System}x\ Flow\ Rate\ x\ CF(\frac{L}{gal})}$$

$D_{JP5}$ = Average Density of JP-5 @ 15°C = 6.814 lbs/gal
*Flow Rate* of Red Hill Distribution System= ████████████
*Days In System*= Days JP-5 was in the water system
$CF\ (\frac{L}{gal})$= 3.78541
$CF\ (\frac{\mu g}{lb.})$= 453.592 $\frac{g}{lb.}$x 1 x $10^6\ \frac{\mu g}{g}$

59.    The results of the calculation are shown below.[52]  The results show

that the system could have experienced concentrations of 33 to 16,330 μg/L of JP-5

during the first 10 days following the November Incident. This calculation is

supported by the maps presented by Ms. Keller in Attachments B and C showing

that a sheen was present throughout the system by about day 10 and persisted for

several days after.  The presence of sheen complaints validates my well-mixed

---

[52] ██████████████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████.

model because it proves that the concentration of TPH-d had to exceed 5,000

µg/L.[53]

---

[53] At my deposition I was asked why I did not utilize the water sampling data from late November / early December 2021 to calibrate my model.  As I explained, that early water sampling data – unlike the later long-term water monitoring data – was "sort of erratic and not done in a thorough manner" and not consistent with what the community was experiencing.  In fact, in his update to the June 2023 Exposure Assessment, Dr. Brewer agreed:

> Data for initial water samples collected from the JBPHH drinking water system between November 29th and December 26th did not identify contaminants clearly related to fresh JP-5 jet fuel, with only trace levels of non-specific, Residual Range Organics (RRO) reported (USDN 2021). The data cannot be considered to be representative of initially impacted areas of the base, given the noted presence of jet fuel product and strong vapors emitted from taps in many areas of the base.

Exposure Assessment: November 2021 Release of JP-5 Jet Fuel into the Joint Base Pearl Harbor Hickam Drinking Water System, R. Brewer, dated Jun. 2023, updated Oct. 2, 2023 (PLAINTIFFS_RH_0133353) [EXHIBIT PX-1480] (Tab 28).

| Gallons JP-5 in Distribution System | Total Micrograms of JP5* | Days in Water System | Gallon per Day in Distribution System (MGD) | Total Liters** | ug/L JP-5 in Distribution System |
|---|---|---|---|---|---|
| 10 | 3E+10 | | | | 33 |
| 100 | 3E+11 | | | | 327 |
| 500 | 2E+12 | | | | 1,633 |
| 750 | 2E+12 | | ▮ | ▮ | 2,449 |
| 1000 | 3E+12 | 10 | | | 3,266 |
| 2000 | 6E+12 | | | | 6,532 |
| 2500 | 8E+12 | | | | 8,165 |
| 3000 | 9E+12 | | | | 9,798 |
| 4000 | 1E+13 | | | | 13,064 |
| 5000 | 2E+13 | | | | 16,330 |
| 10 | 3E+10 | | | | 7 |
| 100 | 3E+11 | | | | 65 |
| 500 | 2E+12 | | | | 327 |
| 750 | 2E+12 | | ▮ | ▮ | 490 |
| 1000 | 3E+12 | 50 | | | 653 |
| 2000 | 6E+12 | | | | 1,306 |
| 2500 | 8E+12 | | | | 1,633 |
| 3000 | 9E+12 | | | | 1,960 |
| 4000 | 1E+13 | | | | 2,613 |
| 5000 | 2E+13 | | | | 3,266 |
| 10 | 3E+10 | | | | 3 |
| 100 | 3E+11 | | | | 33 |
| 500 | 2E+12 | | | | 163 |
| 750 | 2E+12 | | ▮ | ▮ | 245 |
| 1000 | 3E+12 | 100 | | | 327 |
| 2000 | 6E+12 | | | | 653 |
| 2500 | 8E+12 | | | | 816 |
| 3000 | 9E+12 | | | | 980 |
| 4000 | 1E+13 | | | | 1,306 |
| 5000 | 2E+13 | | | | 1,633 |
| 10 | 3E+10 | | | | 2 |
| 100 | 3E+11 | | | | 22 |
| 500 | 2E+12 | | | | 109 |
| 750 | 2E+12 | | ▮ | ▮ | 163 |
| 1000 | 3E+12 | 150 | | | 218 |
| 2000 | 6E+12 | | | | 435 |
| 2500 | 8E+12 | | | | 544 |
| 3000 | 9E+12 | | | | 653 |
| 4000 | 1E+13 | | | | 871 |
| 5000 | 2E+13 | | | | 1,089 |
| 10 | 3E+10 | | | | 1 |
| 100 | 3E+11 | | | | 11 |
| 500 | 2E+12 | | | | 54 |
| 750 | 2E+12 | | ▮ | ▮ | 82 |
| 1000 | 3E+12 | 300 | | | 109 |
| 2000 | 6E+12 | | | | 218 |
| 2500 | 8E+12 | | | | 272 |
| 3000 | 9E+12 | | | | 327 |
| 4000 | 1E+13 | | | | 435 |
| 5000 | 2E+13 | | | | 544 |
| 10 | 3E+10 | | | | 1 |
| 100 | 3E+11 | | | | 8 |
| 500 | 2E+12 | | | | 41 |
| 750 | 2E+12 | | ▮ | ▮ | 61 |
| 1000 | 3E+12 | 400 | | | 82 |
| 2000 | 6E+12 | | | | 163 |
| 2500 | 8E+12 | | | | 204 |
| 3000 | 9E+12 | | | | 245 |
| 4000 | 1E+13 | | | | 327 |
| 5000 | 2E+13 | | | | 408 |
| 10 | 3E+10 | | | | 1 |
| 100 | 3E+11 | | | | 7 |
| 500 | 2E+12 | | | | 33 |
| 750 | 2E+12 | | ▮ | ▮ | 49 |
| 1000 | 3E+12 | 500 | | | 65 |
| 2000 | 6E+12 | | | | 131 |
| 2500 | 8E+12 | | | | 163 |
| 3000 | 9E+12 | | | | 196 |
| 4000 | 1E+13 | | | | 261 |
| 5000 | 2E+13 | | | | 327 |

*Gallons were converted to micrograms using a conversion factor of 6.814 lb/gallon and 453.592 g/lb
**Total liters calculated using a conversion factor of 3.78541 L/gal

60.     The mass balance calculation results obtained as the JP-5

contamination was building toward equilibrium within the water distribution

system during the first 10 days are validated by the mass balance calculation

results for the concentrations 500 days after the November Incident.[54]  These

results are consistent with the average post-flush TPH-d detections in the Safe

Waters Long-Term Monitoring data found and correlate to approximately 750-2500

gallons of JP-5 having entered the JBPHH water distribution system.  *See*

highlighting in table above:[55]

---

[54] At my deposition I was asked if my well-mixed model took into account JP-5 leaving the water distribution system.  It does not.  Had the model taken into account JP-5 leaving the water distribution system, the concentration of JP-5 entering the system in November 2021 would have been *higher* due to the greater dilution of the modeled JP-5 concentration over time.  I chose to take a more conservative approach in my modeling and therefore did not take into account JP-5 leaving the water distribution system.

[55] Figure 3 to Rosenfeld Report: Map Showing Average Post-Flush TPH-d Concentrations by Flushing Zone [EXHIBIT PX-1665] (Tab 34).



61.    Additionally, the amount of JP-5 that Dr. Hughes independently calculated to have entered the JBPHH water distribution system – 2,024 gallons – aligns closely with my well-mixed mass balance calculation, thereby further validating my well-mixed mass balance calculation.

62.    Lacey Keller's geomapping of sheen complaints and sampling results provided another layer validation of my well-mixed mass balance calculation.

63.    Given that sheens were widely observed, the most likely amount of JP-5 in the JBPHH water distribution system in the first 10 days was between 2,000 and 2,500 gallons, resulting in contaminant concentrations from 6,532 µg/L to 8,165 µg/L.

64.    I have reviewed defense expert Dr. Grayman's report and deposition and conclude that his modeling of the contamination is unreliable inasmuch as his calculation of "the most appropriate representation of average concentrations of jet

fuel in the well and reaching the distribution system" – 2,000 μg/L – would not produce an LNAPL or a sheen. As such, his calculation is contrary to observed evidence.

65.    Moreover, Dr. Grayman's use of EPANET to model the contamination in the JBPHH water distribution system was not appropriate as EPANET does not take into account a two-phase or multi-phase contaminant as was the case here. In fact, Dr. Grayman stated that he did not know what a petroleum NAPL was during his deposition. It is critical to understand how TPH-d and water mix to reliably model this complex system.

I, Paul Rosenfeld, declare under penalty of perjury that the foregoing is true and correct.

*Paul Rosenfeld*

Executed on April _5_, 2024.

41

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

*/s/ Kristina Baehr*
Kristina Baehr