ELLIOT ENOKI #1528
Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States, Acting
under Authority Conferred by 28 U.S.C. § 515
SYDNEY SPECTOR #11232
Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
ERIC REY, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L St. NW
Washington, DC 20005
(202) 616-4224
eric.a.rey@usdoj.gov

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM<br><br>THE UNITED STATES' TRIAL DECLARATION OF WALTER GRAYMAN, Ph.D., P.E.; EXHIBITS A-Q; DEMONSTRATIVE A CERTIFICATE OF SERVICE<br><br>TRIAL DATE: April 29, 2024<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Leslie E. Kobayashi |

# THE UNITED STATES OF AMERICA'S
# TRIAL DECLARATION OF WALTER M. GRAYMAN

Pursuant to the Court's Trial Procedures, ¶ 17, Defendant the United States of America submits the attached trial Declaration of Walter M. Grayman, Ph.D., P.E., who will appear for cross-examination and re-direct examination in person on or about Monday, May 13, 2024. As set forth in the Declaration, this direct testimony includes the following exhibits:

| **Declaration Exhibit** | **Trial Exhibit** |
|---|---|
| Exhibit A | DX-3078 |
| Exhibit B | DX-3079 |
| Exhibit C | JX-0003 (redacted) |
| Exhibit D | DX-3080 (redacted) |
| Exhibit E | DX-3081 |
| Exhibit F | DX-3082 |
| Exhibit G | Excerpt of JX-0028 |
| Exhibit H | DX-3083 |
| Exhibit I | DX-3084 |
| Exhibit J | DX-3085 |
| Exhibit K | DX-3086 |
| Exhibit L | DX-3087 |
| Exhibit M | DX-3088 |
| Exhibit N | DX-3089 |

| **Declaration Exhibit** | **Trial Exhibit** |
| --- | --- |
| Exhibit O | DX-3090 |
| Exhibit P | DX-3091 |
| Exhibit Q | DX-3236 (production slipsheet for a large spreadsheet, which will provided in full with copies of exhibits on April 22, 2024) |
| Exhibit R | Grayman Demonstrative A (This is a redacted screenshot of the video. The United States plans to provide the video itself with the thumb drive of exhibits on April 22, 2024) |

Dated: April 8, 2024               Respectfully submitted,

                                   BRIAN M. BOYNTON
                                   Principal Deputy Assistant Attorney
                                   General, Civil Division

                                   CHETAN PATIL
                                   Acting Deputy Assistant Attorney
                                   General, Torts Branch

                                   J. PATRICK GLYNN
                                   Director

                                   CHRISTINA FALK
                                   Assistant Director

                                   /s/ *Eric Rey*
                                   ERIC REY
                                   DC Bar # 988615
                                   ROSEMARY C. YOGIAVEETIL
                                   CAROLINE STANTON
                                   MARIANNE KIES
                                   LUCAS R. WHITE
                                   ALANNA HORAN
                                   KENNETH HAYWOOD
                                   ANNA ELLISON
                                   KAILEY SILVERSTEIN
                                   Trial Attorney
                                   United States Department of Justice
                                   Civil Division, Torts Branch
                                   Environmental Tort Litigation
                                   1100 L Street, NW
                                   Washington, DC 20002
                                   (202) 616-4224
                                   eric.a.rey@usdoj.gov
                                   *Attorneys for Defendant,*
                                   *United States of America*

4

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2024, I electronically filed the foregoing using the Court's Electronic Case Filing system, which will send notice to all counsel of record.

>*/s/ Eric Rey*
>ERIC REY