IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM<br><br>TRIAL DECLARATION OF WALTER GRAYMAN, Ph.D., P.E.; EXHIBITS A-Q; DEMONSTRATIVE A<br><br>TRIAL DATE: April 29, 2024<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Leslie E. Kobayashi |

**DECLARATION OF WALTER M. GRAYMAN**

Pursuant to 28 U.S.C. § 1746, I, Walter M. Grayman, Ph.D., P.E., make the following Declaration as my direct testimony for trial, under penalty of perjury. My opinions below are based on a review of a substantial number of case-specific documents, as well as my education, training, and experience in water distribution systems, water distribution modeling, water quality modeling and sampling, and other expertise. I hold the opinions below to a reasonable degree of scientific and engineering certainty based on: a) review of documents provided, b) scientific principles, and c) methods of engineering analysis.

1

## <u>TABLE OF CONTENTS</u>

I.    Qualifications and Background ............................................................. 3

II.   State of the Art of Water Quality Modeling in Distribution Systems........7

III.  The AH Model and My Background and Experience with
WaterGEMS and EPANET ........................................................9

IV.  Analysis of the AH Model.........................................................11

V.   Application of the AH Model.....................................................20

    A. Four Temporal Patterns ........................................................20

    B. Four TPH-d Concentrations ...................................................26

    C. Benzene, Toluene, Ethylbenzene, Xylene, and Naphthalene..................39

    D. Model Results for Each Bellwether Plaintiff Residence..........................40

    E. Assessment of Dr. Rosenfeld's Model .....................................44

1.   I have been retained by the United States to opine as to the movement of
contamination from the Red Hill Shaft through the Joint Base Pearl Harbor-
Hickam (JBPHH) drinking water system after the November 20, 2021, spill
of JP-5 (jet fuel) at the Red Hill Bulk Fuel Storge Facility. As explained
below, I used a computer-based water modeling program to estimate the
concentrations of various JP-5 constituents over time at the Bellwether
Plaintiffs' residences.

2.   As is the case with all models, water distribution system models are
approximations of the real world but, if properly constructed and applied (as
I did in this case, as explained below), they can provide useful and reliable
insights into the behavior of a system and how it will respond under
differing situations and assumptions.

## I.   Qualifications and Background

3.   I am a Professional Engineer licensed in the State of Ohio. I have practiced
engineering for over 53 years since receiving my PhD in Civil Engineering
from the Massachusetts Institute of Technology.

4.   For the past 40 years, a principal area of my work has related to modeling,
sampling, and analyzing water quality in water distribution systems.  In the
mid-1980s, I was the first person to develop and apply a dynamic model of
water quality in a water distribution system. This model was subsequently

used as the initial method for modeling water quality in the EPANET model developed by the EPA. EPANET is the most widely used software package throughout the world and has been downloaded from the EPA website over a half million times.

5.    Since that time, I have conducted research, consulted, and written extensively on modeling water distribution systems.  I have also led many water quality sampling studies and personally taken samples in dozens of water distribution system studies. I have over 100 published articles on the subject and written books and chapters in professional handbooks on this subject. My curriculum vitae (a true and accurate copy of which is attached as **Grayman Exhibit A**, Trial Exhibit DX-3078) lists these publications and studies in more detail.

6.    I have received three of the most prestigious national awards from the American Society of Civil Engineers, the professional organization that represents 150,000 civil engineers:

    a. 2017: The Environmental and Water Resources Institute's Lifetime Achievement Award for engineers who "have advanced the profession, exhibited technical competence, and significantly contributed to public service, research, or practice in the environmental and water resources profession."

4

b. 2013: Julian Hinds Award for the most meritorious contribution to the field of water resources development. My award was given for "pioneering research in water supply and distribution networks".

c. 1996: Rudolph Hering Medal awarded to the authors of the paper which contains the most valuable contribution to the increase of knowledge in, and to the advancement of, the environmental branch of the engineering profession. Given for the paper "Modeling Chlorine Residuals in Drinking-Water Distribution Systems", that I co-authored.

7. I have been a testifying expert on water distribution system modeling in four prior cases:

a. *Yslava et al v. Hughes Aircraft Co.* and associated cases (*e.g.*, *Cordoba et al v. Hughes Aircraft Co.*), Arizona. United States District Court for the District of Arizona, CIV-91-525-TUC-ROS. 1995-1998. In these cases, I modeled the movement of the contaminant (primarily trichloroethylene) through the water distribution system using EPANET and testified as to concentrations reaching plaintiff addresses. I was deposed several times in this case.

b. *Redlands Tort Litigation.*, California. Superior Court of California for the County of San Bernadino, West District – Rancho Cucamonga. 2000 – 2007. In this case, I modeled the movement of the contaminant trichloroethylene and others through the distribution system using the EPANET model in a Monte Carlo simulation framework and testified as to the distribution of concentrations reaching plaintiff addresses. I was deposed in this case.

c. *Akee v. The Dow Chemical Corp. and the Dole Corporation et al.*. Hawaii. U.S. District Court for Honolulu, HI. 2001-2004. In this case, I modeled the movement of the contaminant (ethylene dibromide and others) through the distribution system using EPANET and testified as to the concentrations reaching plaintiff addresses. I was deposed in this case and testified at trial.

d. *Dynamic Corp v. District of Columbia.* Washington, DC. 2010. I directed the specific applications of a WaterGEMS model of the DC WASA (District of Columbia Water and Sewer Authority) water distribution system to evaluate the capacity of the system to deliver water during a fire in the Georgetown Public Library in 2007.

6

8.      I am still actively working in the field of water modeling. Within the past

year, I have written chapters in two books on the topic: Handbook for Water

Distribution System Model Calibration (AWWA, 2023); and Premise

Plumbing Modeling (ASCE, 2023). I am currently an author on the chapter

on water quality modeling in the American Water Works Association

(AWWA) forthcoming 5th Edition of their M32 Manual, Computer

Modeling of Water Distribution Systems. In addition, I continue to serve on

technical committees within the American Water Works Association

(AWWA), the American Society of Civil Engineers (ASCE) –

Environmental and Water Resources Institute (EWRI), and the World

Federation of Scientists (WFS).

**II.    State of the Art of Water Quality Modeling in Distribution Systems**

9.      Mathematical modeling of the hydraulics of water distribution systems was

first developed in 1936 by Professor Hardy Cross. By the late 1980s, several

modeling software packages were available and by the year 2000, additional

commercial software packages and the public domain EPANET software

were in wide use and application of such models had become routine as a

method of simulating water flows and pressure throughout the distribution

system. AWWA, 1989. Distribution Network Analysis for Water Utilities.

American Water Works Association Manual of Water Supply Practices—

7

M32, First Edition; Haestad Methods, T.M. Walski, D.V. Chase, D.A. Savic, W.M. Grayman, S. Beckwith, and E. Koelle, 2003. Advanced Water Distribution Modeling and Management. Haestad Press. Waterbury, CT.

10.    In the 1980s and 1990s, research conducted at the USEPA extended this capability to include simulation of water quality in the distribution system. Clark, R.M. and W.M. Grayman, 1998. Modeling Water Quality in Drinking Water Distribution Systems. AWWA. I was a contractor to USEPA on many of the research projects conducted during this period. This resulted in the development of the EPANET software package and several commercial software packages that simulated both hydraulics and water quality in distribution systems.

11.    Over the past quarter of a century, water distribution system modeling using physically-based, time-varying modeling software has been the widely-accepted mechanism for reconstructing historical contamination events in water distribution systems. Grayman, W.M., R.M. Clark, B.L. Harding, M. Maslia, and J. Aramini, 2004. Reconstructing Historical Contamination Events. Chapter 10 in Water Supply Systems Security, Edited by Larry W. Mays. McGraw Hill; AWWA, 2018. Distribution Network Analysis for Water Utilities. American Water Works Association, Manual of Water Supply Practices—M32, Fourth Edition.

12.    Such models have many applications, including engineering design and
planning activities and, as is the case here, estimating a time history of levels
of exposure of selected customers within a water system if contaminated
water enters a distribution system. Since water quality sampling usually is
not a feasible method for reconstructing historical records, modeling the
water quality in the distribution system has been the norm in regulatory and
legal cases relating to contamination of water distribution systems, including
incidents in Gideon, Missouri, Walkerton, Ontario, Dover Township, New
Jersey, and Redlands, California. (Grayman et al, 2004).

13.    As is the case with all models, water distribution system models are
approximations of the real world but, if properly constructed and applied,
can provide useful and reliable insights into the behavior of a system and
how it will respond under differing situations and assumptions.

III.    **The AH Model and My Background and Experience with WaterGEMS and EPANET**

14.    In this case, I utilized the water distribution system model first developed by
AH/BC JV Navy LLC (AH Model) for the Naval Facilities Engineering
Systems Command Pacific (NAVPAC) in 2022, as a basis for studying the
movement of water through the JBPHH water system.

15.    AH developed this model using a proprietary software package marketed by
Bentley Systems known as WaterGEMS V.10 (WaterGEMS).

9

16.    I have extensive experience in using and teaching the water distribution

system modeling software package WaterGEMS.  From 1998 to 2009, I

taught a 5-day course on Water Distribution Design & Modeling for Bentley

Systems and their predecessor, Haestad Methods, developers of

WaterGEMS.

17.    I evaluated, verified, and modified the model first developed by AH using

the open-source EPANET software developed and distributed by the U.S.

Environmental Protection Agency. EPANET is a widely used software

package that was first developed 30 years ago (1993) and is the intellectual

basis for the WaterGEMS software. The conversion of the model from

WaterGEMS input files to EPANET input files, which I understand was

performed by AH, did not result in anything being lost from the model first

developed by AH.

18.    I have extensive experience utilizing EPANET. As noted in Paragraph 4,

my water quality modeling software was utilized in the initial EPANET

model developed by EPA. In addition, I was on the expert panel convened

by the Agency for Toxic Substances and Disease Registry (ATSDR) and

subsequently served as a consultant to ATSDR in model development and

calibration to model drinking water contamination at three distribution

systems at Camp Lejeune, North Carolina. This work included creating and

calibrating an EPANET model. I have also developed a model, analyzed

model results and/or applied EPANET (or other water distribution system

modeling software) in dozens of other water systems including: (1) New

Haven, CT; (2) Detroit, MI; (3) Green River/Rock Springs, WY; (4) Ann

Arbor, MI; (5) Southeast New Hampshire; and (6) those in listed in

Paragraph 7 above. **Grayman Exhibit B**, Trial Exhibit DX-3079, hereto is a

true and accurate copy of a list I created of the publications documenting the

modeling work of (1)-(6) above. I also modeled the City of Coconut Creek's

(Florida) force main-based sewage collection system to determine the impact

of development on the capacity of the system using EPANET.

19.    As a consultant for the U.S. Environmental Protection Agency and

contractor for the Water Research Foundation (formerly American Water

Works Association Research Foundation), I studied mixing in water storage

tanks and developed the tank mixing models that are still used in EPANET

and WaterGEMS to this day.  In 1995 and 2005, I received the AWWA

Engineering and Construction Division Best Paper Award for papers that I

authored on the subject of tank mixing.

**IV.    Analysis of the AH Model**

20.    To review and assess the model, I began by reviewing AH's 120-page report

detailing its construction of the model (a true and accurate copy of which is

attached hereto as **Grayman Exhibit C**, Trial Exhibit JX-0003. AH also

responded to the few questions I had regarding their process after I reviewed

this report.

21.   I then examined the EPANET input files for the model, ran the model, and

examined the output from the files.

22.   It is my opinion that the model development adhered to standard procedures

for development of a water distribution system model. Those procedures are

outlined in sources widely accepted in the industry, including Haestad

Methods (2003) and AWWA (2018), and include:

   a. Represent the physical infrastructure in the system being modeled

      (e.g., location and size of pipes and tanks; location of pumps)

   b. Define operational controls (*e.g.*, how the pumps and tanks work);

   c. Define temporal water usage within the system (*i.e.*, water that

      enters or leaves the distribution system through consumption or

      other means);

   d. Define water quality related parameters (if modeling water

      quality);

   e. Calibrate model (*i.e.*, adjusting the parameters to affect how the

      model works); and

    f.  Verify model (*i.e.*, compare calibrated model's output to empirical data, such as sample results).

23. AH calibrated/verified their model in several respects, including undertaking the following advanced calibration/verification steps in a 12-day period in April 2022.

    a.  During that period, 20 pressure loggers (pressure gages that continually record water pressure at points within the distribution system) were deployed throughout the water systems. AH used the data collected from the pressure loggers to calibrate the model.

    b.  During the same period, the fluoride feed to the system at Waiawa Shaft (the sole water source for the system at that point) was turned off for 72-hours and fluoride was periodically measured at 20 locations within the distribution system. AH compared the measured and modeled fluoride concentrations, concluding "that the model adequately mimics the expected behavior and therefore, there are no gross demand allocation errors". Exhibit C at 5-16

    c.  As recognized in the literature, a tracer study such as this is an advanced methodology to calibrate/verify water distribution system model that adds another layer of reliability. (AWWA.

Handbook for Water Distribution System Model Calibration.

2023.)

24. I also performed my own verification of the model in addition to the steps

outlined above. Specifically, I compared model results to data collected by

the Navy's SCADA system[1] over the 12-day period from November 24,

2021 through December 5, 2021. A true and accurate copy of those SCADA

data are included in the chart attached hereto as **Grayman Exhibit Q**, DX-

3236.

    a. I revised the pumping pattern at the Red Hill Shaft in the model to

       match the SCADA data (a 0.3% change for 22 hours during parts

       of November 27 to November 29, 2021).

    b. That verification process also consisted of the following:

        i. Comparing the measured water levels in one of the tanks in

           the system (Red Hill 685 Tank) with the modeled water

           levels, as shown in the graph in **Grayman Exhibit D**, Trial

           Exhibit DX-3080 (excerpted below).

---

[1] The SCADA (Supervisory Control and Data Acquisition) system maintains records on, among other things, pressure readings, tank levels, pumping rates and durations.



There is excellent agreement in the range of the levels (i.e., minimum and maximum levels during each fill and draw cycle), the rate of fill and draw (the slope of the curves), and the number of fill and draw cycles. There are some minor deviations in the exact timing of the fill and draw cycles suggesting minor time shifts in when the demands occur.

ii.   Comparing the measured water levels in another tank in the system (Halawa S1) with the modeled water levels, as shown in the **Grayman Exhibit D**, Trial Exhibit DX-3080 (excerpted below):



There is excellent agreement between the SCADA data and

the model in terms of both the timing of the fill and draw

cycles and the rate of fill and draw. There are minor

differences in the absolute water levels indicating possible

inaccuracies in demands in the model or in the pump

controls in the model for the pumps used to fill the tanks.

iii.   Comparing the measured total water production into the

system from the three sources in operation from November

24, 2021, to December 5, 2021 (Red Hill Shaft, Waiawa

Shaft, and Halawa Shaft) with the modeled production rates,

as shown in **Grayman Exhibit D**, Trial Exhibit DX-3080

(excerpted below):



The agreement in timing and rates of flow is excellent.
There are minor (less than 5%) differences in total
production.

iv.    In all three cases, I consider the level of agreement between
the modeled and observed results to be between good and
excellent.

v.    I created the figures in **Grayman Exhibit D**, Trial Exhibit
DX-3080, by plotting the relevant SCADA data to the model

results. A true and accurate copy of those figures is attached

hereto as **Grayman Exhibit D,** Trial Exhibit DX-3080.

25.  I utilized how the original AH model accounted for flushing within the

JBPHH water system because, as explained below, a more fine-tuned

calibration of flushing showed that there was very little to no significant

difference in concentrations at the Bellwether Plaintiffs' residences.

a.  The Navy initially responded to the November 20, 2021 spill by

performing flushing at selected locations in the water distribution

system for several hours on November 29 and 30 and on December

1 and December 3 (and on later dates beyond the period that I

modeled).

b.  When AH developed their model, they did not explicitly represent

the location of the flushing events over that period. Rather, AH

spread out the water use spatially over a large set of nodes in the

model.

c.  To assess the impact of this approach, I revised the model to assign

hourly flushing rates of 200 gallons per minute to the nodes

identified by the Navy as the sites and times when and where they

flushed over that four-day period.

    d.  I then compared the resulting concentrations of TPH‑d reaching the Bellwether Plaintiff addresses (see Section IV.D) between the original AH model and the model with my adjustments that included the flushing locations.

    e.  As shown in **<u>Grayman Exhibit E</u>**, Trial Exhibit DX‑3081, this comparison showed that the differences in concentrations between the two methods were very small and of no significance in the resulting concentrations. I created the figures in **<u>Grayman Exhibit E</u>**, Trial Exhibit DX‑3081, by plotting the modeled results from the two methods. **<u>Grayman Exhibit E</u>**, Trial Exhibit DX‑3081, hereto is a true and accurate copy of those figures.

    f.  Based on this analysis, I was comfortable in relying upon the original AH model without making the aforementioned adjustments for flushing.

26.  Based on the aforementioned verification processes performed by AH and myself, as well as my extensive experience developing and evaluating water distribution system models, it is my opinion that this model is an acceptable and reliable means for assessing the flow within the JBPHH water system.

V.   **Application of the AH Model**

27.   I then utilized the model to run several possible scenarios describing how the

November 20, 2021 spill impacted the JBPHH drinking water system. To do

so and as explained below, I (a) analyzed four temporal patterns for when

water contaminated with jet fuel entered the water system; (b) analyzed four

average plateau TPH-d concentrations (*i.e.*, the average concentration

entering the distribution system following a buildup period, *see* Paragraphs

28-36); (c) modeled concentrations for benzene, toluene, ethylbenzene,

xylene, and naphthalene; and (d) provided hour-by-hour concentrations for

the resulting model runs at each of the Bellwether Plaintiffs' residences.

**A. Four Temporal Patterns**

28.   The following facts were those I primarily considered in determining how to

represent when the spill began impacting the drinking water system:

   a.  The spill occurred on November 20, 2021;

   b.  The Red Hill Well was shut down by 2200 on November 28, 2021,

       operated between 1200 and 1400 on November 29, 2021, and

       thereafter was not a source of water to the drinking water system;

   c.  Two samples collected within the Red Hill Well on November 24,

       2021, were non-detect for TPH-d (a true and accurate compilation

of the Red Hill Well dates I considered is attached hereto as

**Grayman Exhibit F**, Trial Exhibit DX-3082;

d.  Two additional samples collected on November 24, 2021, near

where the water from the Red Hill Well entered the drinking water

system were also non-detect for TPH-d (**Grayman Exhibit F**,

Trial Exhibit DX-3082); and

e.  With only a very few exceptions, the Navy did not begin receiving

complaints from water users about their water until November 28,

2021. *See* April 15, 2022 Navy Investigation Report ¶¶ 217 & 220

- 21 (a true and accurate excerpt of which is attached hereto as

**Grayman Exhibit G**, Trial Exhibit JX-0028).

29.     When AH modeled the impacts of the November 20, 2021 spill, they

assumed that the jet fuel entered the distribution system as a pulse—the

concentration went from zero to a plateau concentration instantaneously and

stayed at that concentration (with the exception of a few short periods of 1 to

2 hours when the well cycled off) until the well was secured. (Based on the

spill pattern from the original EPANET file US_RHFTCA_00190672

provided by AH). A pulse is an unlikely representation of the migration of

the jet fuel from the spill site to the well through a complex set of pathways.

30.    To better represent this situation, I investigated the pulse case and three

additional alternative scenarios for the temporal pattern of jet fuel

concentration in the well and entering the distribution system. Those

scenarios are as follows (shown in the graph below and in **Grayman**

**Exhibit H**, Trial Exhibit DX-3083, which is a true and accurate copy of the

graph I created to demonstrate the differences between the four scenarios

investigated):

    a.  Scenario 1 - No ramp: Concentration represented as pulse starting

        at plateau concentration on November 27 at 12:00 and continues at

        the plateau concentration until the well was secured on November

        29. This was the approach followed by the AH model.

    b.  Scenario 2 - 84-hour linear ramp: Concentration linearly ramping

        from 0 on November 24 at 0:00 to the plateau concentration at

        12:00 on November 27 and continuing at the average plateau

        concentration until the well was secured on November 29. I

        selected November 24 as the starting point because of four non-

        detect samples on November 24 (Red Hill Well, pre-chlorination

        spigot, post-chlorination spigot), which indicates that the jet fuel

        had not reached the well by that date.

22

c. <u>Scenario 3</u> - 12-hour linear ramp: Concentration linearly ramping from 0 on November 27 at 0:00 to the plateau concentration at 12:00 on November 27 and continuing the plateau concentration until the well was secured on November 29.

d. <u>Scenario 4</u> - 36-hour logistic curve: Concentration ramps using an S-shaped curve (Logistic Curve) starting approximately on November 26 at 0:00 until it reached a plateau concentration at 12:00 on November 27 and continuing at the average plateau concentration until the well was secured on November 29.



31.  Using each of these four scenarios, I modeled the spread of the contaminated water through the distribution and then compared them to documented

customer complaints. For the no-ramp pattern (Scenario 1), the spread of the

contaminated water is mapped at 4, 8 and 12 hours after it first entered the

distribution system in the figure below (**Grayman Exhibit I**, Trial Exhibit

DX-3084).



As illustrated above (**Grayman Exhibit I**, Trial Exhibit DX-3084), the

contaminated water spreads quite quickly through a significant portion of the

distribution system. **Grayman Exhibit I**, Trial Exhibit DX-3084, is a true

and accurate copy of the maps from the EPANET output for the no-ramp

pattern (Scenario 1) case.

32.    Given the speed at which the contaminated water moved through the

distribution system, it is very unlikely that the contaminated water reached

the well much before November 27 or else many more complaints would

have been received before November 28.

33.  Because of the unrealistic nature of a pulse to describe the end result of
     multiple pathways by which the jet fuel spill migrated to the well (as
     described in Paragraph 29) and the speed at which the contamination moved
     through the distribution system (see Paragraph 32), this makes it very
     unlikely that the no-ramp (Scenario 1) or 84-hour ramp (Scenario 2) are
     viable alternatives.

34.  This leaves the two remaining ramping alternatives, the 12-hour linear ramp
     (Scenario 3) and the 36-hour logistic curve (Scenario 4). Of these, it is my
     opinion that the gradual change in slope associated with an S-shaped curve
     (Scenario 4) is more consistent with fluid flow than is the abrupt change in
     slope of the concentration curve associated with the linear ramp (Scenario
     3).

35.  Based on the timing of complaints and how quickly the model predicts the
     contaminated water moving through the water system, contaminated water
     probably did not actually enter the distribution system until later than
     represented by the 36-hour curve (*e.g.*, at a later time on November 26 or
     even early on November 27).

36.  For this reason, I selected the 36-hour logistic curve (Scenario 4) for use for
     the remainder of my model runs as a conservative estimate of when the
     contaminated water first entered the distribution system.

## B. Four TPH-d Concentrations

37.  I analyzed four alternative concentrations of jet fuel in the well:  2,000 μg/L,
6,000 μg/L, 17,000 μg/L, and 85,250 μg/L. These concentrations represent
the average plateau concentration value following the 36-hour logistic curve
ramp-up (Scenario 4)—*i.e.*, the value at the plateau depicted in Exhibit I in
Paragraph 11.

38.  During the plateau period, the actual concentration may vary temporally
around the average plateau value. Although there is uncertainty associated
with estimating the actual concentration of jet fuel entering the distribution
system, I believe that the range of values that I investigated provides a useful
understanding of exposures of plaintiffs to the jet fuel and brackets or
exceeds the feasible range of concentrations.

39. The following facts were those I primarily considered in deriving the four
average plateau concentrations:

   a.  The spill occurred on November 20, 2021.

   b.  The Red Hill Well was shut down by 2200 on November 28, 2021,
   operated between 1200 and 1400 on November 29, 2021, and
   thereafter was not a source of water to the drinking water system.

c. Two samples collected within the Red Hill Well on November 24, 2021, were non-detect for TPH-d (**<u>Grayman Exhibit F</u>**, Trial Exhibit DX-3082).

d. Two additional samples collected on November 24, 2021, from the pre- and post-chlorination spigots—the point at which the water leaves the Red Hill Well and begins to enter the distribution system—were also non-detect for TPH-d (**<u>Grayman Exhibit F</u>**, Trial Exhibit DX-3082).

e. A sample collected from the pre-chlorination spigot on November 29, 2021, was non-detect for TPH-d (<290 μg/L) (**<u>Grayman Exhibit F</u>**, Trial Exhibit DX-3082).

f. The intake pipe that draws water from the Red Hill Well to the distribution system is located below the surface of the Well.

g. Results from low flow samples collected below the surface of the Well and within the water column were reported as (**<u>Grayman Exhibit F</u>**, Trial Exhibit DX-3082):

    i. 640 μg/L – December 1, 2021

    ii. 150 μg/L (estimated value) – December 15, 2021

    iii. 250 μg/L (estimated value) – December 21, 2021

    iv. 150 μg/L (estimated value) – December 27, 2021

h.  Results from bailer samples collected near the surface of the Well
    were reported as (**Grayman Exhibit F**, Trial Exhibit DX-3082):

    i.   17,000 µg/L – December 2, 2021

    ii.  130,000 µg/L – December 3, 2021

    iii. 52,000 µg/L – December 5, 2021

    iv.  142,000 µg/L – December 8, 2021

    v.   1,500 µg/L – December 15, 2021

    vi.  2,400 µg/L – December 21, 2021

    vii. 1,100 µg/L – December 27, 2021

40. I derived the four average plateau concentration values as follows:

a.  2000 µg/L is the low-end concentration value that I modeled. It is
    significantly higher than all observed concentration values in the
    Red Hill Well in November 2021, as well as the samples collected
    from the pre- and post-chlorination spigots on November 24, 2021
    and November 29, 2021 (all non-detect).

b.  6000 µg/L is the intermediate concentration value that I modeled. I
    selected this value because it slightly exceeds the threshold value
    of 5 mg/L (5000 µg/L) that is often cited as a minimum
    concentration associated with the formation of a sheen.

    c.  17000 µg/L is a high-end concentration value that I modeled. I selected this value for two reasons: (i) the July 24, 2023 report of Plaintiffs' expert, Dr. Hughes, listed this result for a sample collected on December 2, 2021—three days after the Well was shut down; and (ii) it was the approximate average result of the nine samples collected between November 25, 2021, and December 31, 2021, that I was aware of at the time I wrote my October 6, 2023 report (I did not include the four non-detects collected on November 24, 2021, *see* Paragraph 39.c & d).

    d.  85,250 µg/L is the highest concentration value that I modeled. This value is the highest average concentration calculated by Plaintiffs' expert Dr. Hughes in his November 8, 2023 report after including two additional samples from December 3, 2021, and December 5, 2021 (not included in his or my original reports), and by including only the bailer samples collected from December 2 – 8, 2021.

41.    I compared the results from modeling these four average plateau concentration values to quantitative sampling data within the drinking water system to determine which of these four average plateau concentration values best represents the average concentration that entered the drinking water system once the plateau concentration had been reached.

a. First, it is my opinion that the measurement of TPH-d taken at the Red Hill pre-chlorination spigot on November 29, 2021 (non-detect; <290 µg/L) is the best representation of the actual concentration of jet fuel entering the distribution system at that time for two reasons:

   i. It measured the water that in fact entered the water distribution system, as opposed to the surface of the Red Hill Well (that is sampled by the bailer sampler) that may or may not have mixed with the other water in the well and reached the intake pipe below the water surface.

   ii. It is the sample taken closest in time prior to when the Red Hill Well was shut down, and therefore for this reason is a better representation of the actual concentration of the water entering the JBPHH drinking water system in the November 27-29, 2021 period than samples taken days or a week later and after the well had been secured and was stagnant.

b. Second, approximately two hundred samples of water in the distribution system were taken for the Navy in the month following the November 2021 spill and these samples either showed TPH-d concentration below the detection limit or estimated values below

30

100 μg/L for TPH-d. A true and accurate excerpt of these samples

results is attached hereto as **Grayman Exhibit J**, Trial Exhibit

3085.

c.  Third, the State of Hawaii, Department of Health (HDOH) also

took samples during the month following the November 2021 spill

and the results were similar to those of the Navy—non-detect or

had results below 100 μg/L for TPH-d and very close to the

reporting limit.  A true and accurate excerpt of these sample

results, including those for which TPH-d was detected, are

attached hereto as **Grayman Exhibit K**, Trial Exhibit DX-3086).

d.  Fourth, over a dozen samples were collected from tanks within the

system (*e.g.*, Red Hill and Halawa Tanks) and all of these samples

were non-detect or had estimated values below 100 μg/L for TPH-

d. Since tanks mix, a significant inflow of higher concentration

water would be reflected in the concentration in the tank for

several days following the influx.

e.  Fifth, I compared the modeled results for the concentrations within

the tanks under the 2,000 μg/L and 6,000 μg/L scenarios to the

quantitative sampling data. As shown in the four figures below and

in **Grayman Exhibit L**, Trial Exhibit DX-3087, the modeled

concentrations under both scenarios are consistent with or indicate

these average plateau concentrations are higher than the actual

concentrations entering the JBPHH drinking water system.

**Grayman Exhibit L**, Trial Exhibit DX-3087), contains a true and

accurate copy of the figures I created by inserting the measured

data (sample results) on graphs of the modeled results.









f.  Sixth, as shown in the figures below and in **Grayman Exhibit L**,

Trial Exhibit DX-3087, I compared the model results under the

2,000 µg/L scenario to sampling data collected from three diverse

areas in the distribution system: Halsey Terrace Community Center

at 620 Pool Street (in Zone F2); Red Hill Community Center at

1545 Tampa Drive (in Zone I1); and Hickam Chapel Center at 180

Kuntz Avenue (in Zone D2). I selected these locations because

there were multiple days of sample results and were in or near

neighborhoods where the Bellwether Plaintiffs lived. **Grayman**

**Exhibit M**, Trial Exhibit DX-3088, is a true and accurate copy of

the map I created depicting the locations of the six bellwether

families and the three comparison points discussed immediately

below.

> i.    For the Red Hill Community Center, all the sample results
>       are below the modeled concentrations:



> ii.   For the Halsey Terrace Community Center and the Hickam
>       Chapel Center, the non-detect results are consistent with the
>       model runs, as the result could be any concentration below
>       the detection limit. The estimated values are also consistent,
>       as the results are estimates, they are within or near the
>       closest peak produced by the model, and are quite low (33,
>       47, and 51 μg/L).





42. Although I modeled these four concentrations, it is my opinion that the

85,250 μg/L average TPH-d concentration greatly exaggerates the average

concentration of TPH-d that entered the distribution system from the Red

Hill Well for the following reasons:

a. The 85,250 μg/L average TPH-d concentration is an exceedingly

poor fit to the quantitative data and model calibrations noted in

Paragraph 41 above.

b. Dr. Hughes' 85,250 μg/L average TPH-d concentration is an

average of using a bailer sampler on December 2, 3, 5 and 8, 2021.

These samples are not representative of the average concentration

in the water delivered to the water distribution system because:

   i.  It relies exclusively on samples taken 3 to 9 days after the

       Red Hill Well was secured.

  ii.  It relies exclusively on samples collected near to the water

       surface, and therefore are not representative of the entire

       water column and the resulting water/JP-5 that entered the

       distribution system.

 iii.  It ignores samples that were taken on November 24 and

       December 1 using a low-flow sampler that draws samples

       from approximately two feet below the water surface. *See*

       Deposition of Dayna Fujimoto at 34:25-35:7 (a true and

       accurate excerpt of which is attached hereto as **<u>Grayman</u>**

       **<u>Exhibit N</u>**, Trial Exhibit DX-3089; April 15, 2022 Navy

       Investigation Report ¶ 213 (a true and accurate excerpt of

which is attached hereto as **Grayman Exhibit G**, Trial

Exhibit JX-0028). Dr. Hughes rejected these samples

because the JP-5 LNAPL is lighter than water and floats

above the level sampled using the low-flow sampler, but he

acknowledged that LNAPL constituted a very small

percentage (approximately 0.005%) of the volume entering

the drinking water system. This focus on only where

LNAPL would be expected, biases the 85,250 µg/L estimate

of concentration of TPH-d in the water entering the

distribution system.

iv.  It also ignores November 2021 samples taken from the pre-

chlorination and post-chlorination spigots at the well. Dr.

Hughes did so because a "spigot is not designed to collect

representative samples with this heterogeneous

contaminant." However, a spigot is essentially the same

apparatus as a faucet in a residence and therefore, in my

opinion, is the best method for determining the actual TPH-d

concentrations that customers will be exposed to in their

residence at a given sampling time and, at the very least, is a

highly relevant sample that cannot be completely

disregarded.

43. Of the three remaining average concentrations, 2,000 μg/L is a better fit to

the quantitative data and model calibrations for the reasons noted in

Paragraph 41 above.

44. Nonetheless, I modeled all four average plateau concentration values (2,000

μg/L, 6,000 μg/L, 17,000 μg/L, and 85,250 μg/L) and provided the results in

my reports in this case, including for the resulting concentrations at the

Bellwether Plaintiffs' residences.

### C. Benzene, Toluene, Ethylbenzene, Xylene, and Naphthalene

45. For the average concentration for benzene, toluene, ethylbenzene, xylene,

and naphthalene, I utilized the results from the November 29, 2021 sample

from the pre-chlorination spigot, which were:

    a.  Benzene: 0.5 μg/L (non-detect)

    b.  Toluene:  0.8 μg/L (non-detect)

    c.  Ethylbenzene:  0.8 μg/L (non-detect)

    d.  Xylenes: 1.4 μg/L (estimated value)

    e.  Naphthalene: 3.8 μg/L (estimated value)

46. I relied upon the November 29, 2021 pre-chlorination spigot sample results

because, as noted above, this location samples the water leaving the Red Hill

Well and entering the JBPHH water system and is the best representation of the actual concentration of the water entering the distribution system between the November 20, 2021 spill and the Red Hill Well being shut down on November 29, 2021. In addition, with the exception of Xylene, all sample results from the Red Hill Well and the pre- and post-chlorination spigot between November 24, 2021 and the end of December 2021 were non-detect. **Grayman Exhibit F**, Trial Exhibit DX-3082.

47. I applied the same 36-hour logistic (S-shaped) curve (Scenario 4) to the temporal pattern of these five chemicals being introduced into the distribution system.

## D. Model Results for Each Bellwether Plaintiff Residence

48. To determine the estimated concentrations of TPH-d, benzene, toluene, ethylbenzene, xylene, and naphthalene at each of the Bellwether Plaintiffs' residences under the various model runs described above, I selected the nearest node in the model to approximate their addresses.[2] This was typically less than a few hundred feet from their actual address.

---

[2] Those addresses are: (1) Aubart: 1362 Snyder Court, Honolulu, HI; (2) Dietz: 731 Ohana Nui Circle, Honolulu, HI; (3) Feindt: 4838 Yorktown Blvd., Honolulu, HI; (4) Freeman: 185 Halawa View Loop, Honolulu, HI; (5) Jessup: 2632 Stowell Circle, Honolulu, HI; and (6) 203 Signer Blvd., Honolulu, HI.

49.    The results are shown in **Grayman Exhibit O**, Trial Exhibit DX-3090,
hereto. **Grayman Exhibit O**, Trial Exhibit DX-3090, is a true and accurate
copy of the chart I created of the tabular output from the EPANET runs for
each of the contaminants that I modeled.

50.    The resulting, hour-by-hour simulated time series of TPH-d simulation for
each of the six plaintiff addresses is presented in tabular form in **Grayman
Exhibit O**, Trial Exhibit DX-3090, at O-2 to O-27 for all four average
plateau TPH-d concentrations and using the logistic curve (Scenario 4).

51.    These values in **Grayman Exhibit O**, Trial Exhibit DX-3090, can also be
graphed to show the change in concentrations over time. For example, I
graphed the results of the 2,000 μg/L average plateau concentration
simulation for each of the six Bellwether Plaintiffs' residences., **Grayman
Exhibit P**, Trial Exhibit DX-3091, hereto is a true and accurate copy of
those graphs I created.

52.    The resulting, hour-by-hour simulated time series of benzene, toluene,
ethylbenzene, xylene, and naphthalene (using the logistic curve, Scenario 4)
for each of the six plaintiff addresses is presented in tabular form in
**Grayman Exhibit O**, Trial Exhibit DX-3090, at O-28 to O-58.

53.    Three general observations from the results of these model runs:

a. First, for each of the Bellwether Plaintiffs, the simulated hour-by-hour concentrations rise and fall due to the operation of the water system including the variations in well production, diurnal changes in water demand throughout the system, and influences of tanks as they draw and fill with an overall downward trajectory from early November 28, 2021 onward as the Red Hill Well is shutdown (November 29, 2021) and contaminants are removed from the system through use and flushing.

   i. For four of the Bellwether Plaintiffs (Aubart, Dietz, Jessup and Witt), the downward trajectory of concentrations is very strong such that by December 1, 2021 the concentrations have dropped to close to zero.

   ii. For Freeman, the downward trajectory is slower because of its proximity to the Red Hill Tanks which had received contaminated water and diminishes slower because of its fill and draw operation.

b. Second, for the four different TPH-d simulations, the hour-by-hour simulated concentrations at each of the Bellwether Plaintiffs' residences follows the same general pattern (*i.e.*, peaks and valleys) and have a linear relationship to the plateau average concentration

utilized in the run. For example, I found that tripling the plateau average concentration (6,000 µg/L instead of 2,000 µg/L) approximately tripled the simulated concentration at the Bellwether Plaintiffs' residences.

c. Third, **<u>Grayman Demonstrative A</u>** is an animation showing a run of the model with the colors depicting the relative percentage of the TPH-d concentration at each node to the average plateau concentration. In other words, nodes depicted as red, for example, mean that the model simulates that, at that node at that point in time, the percentage of TPH-d concentration is greater than 75% of any of the four average plateau concentrations (2,000 µg/L, 6,000 µg/L, 17,000 µg/L, or 85,250 µg/L). This single animation depicts all four average plateau concentrations because of the linear relationship between the average plateau concentration and modeled results. Paragraph 53(b). This animation clearly demonstrates the dynamic nature of the movement of the contaminant through the distribution system: the speed at which it travels; and the temporal variability of the contaminant concentration at any node.

### E. Assessment of Dr. Rosenfeld's Model

54.    Plaintiffs retained Dr. Rosenfeld who estimated TPH-d concentrations within the system with what he characterizes as a "well-mixed model."

55.    I would characterize Dr. Rosenfeld's model as a "bathtub model." In this bathtub model, he took all of the water used in the JBPHH system over a designated period of time (10 to 500 days) and put it into the bathtub, took the gallons of jet fuel that entered the system during that period (Dr. Rosenfeld estimated this as between 10 and 5000 gallons) and added it to the bathtub, mixed it all together and calculated the resulting average concentration of jet fuel in the bathtub.

56.    Dr. Rosenfeld then assumes this concentration applies equally to all water users in the system over the period of time of his analysis, regardless of their location within the water system.

57.    Dr. Rosenfeld's "well-mixed" approach ignores the current state of the art in water distribution system and over a quarter of a century of experience of the field in the water quality modeling of distribution systems. His approach does not recognize the dynamics of water movement through a distribution system and the well-acknowledged fact that water quality varies spatially and temporally in complex networks such as the JBPHH water system.

58.    Dr. Rosenfeld claims that the modeling done for the Camp Lejeune Marine

Base supports his approach here, but it does not. I personally served as a

consultant to the Agency for Toxic Substances and Disease Registry

(ATSDR) on the model development and application of water distribution

system modeling of the Camp Lejeune water system. Based on that

experience, I can state unequivocally that the two applications are totally

different (in terms of water system design and operation, the temporal

aspects and duration of the Camp Lejeune contamination event, and the form

of the exposure analysis). For example:

a.    Historically the Camp Lejeune water distribution system had multiple

zones but most of the time (>99% of the time) there were no

interconnections and each zone was served by a single source. In the

JBPHH system, there are multiple sources (wells) providing water to

the entire system.

b.    The Camp Lejeune water system was served by wells from

groundwater that were contaminated over a period of decades with

gradual changes in pollutant concentrations at the wells. In the

JBPHH system, the contamination in the Red Hill Well occurred over

a period of days and likely resulted in rapid changes in concentrations

in the source water.

59.   Therefore, applying the Camp Lejeune approach of looking at results
      averaged over vast areas and time periods to JBPHH is neither justifiable or
      appropriate and will not provide reliable results of the concentrations within
      the JBPHH water system.

      I declare, under penalty of perjury, that the foregoing is true and correct.


                                          *Walter M. Grayman*
Dated: April 5, 2024                      Walter M. Grayman, Ph.D., P.E.