ELLIOT ENOKI #1528
Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States, Acting
under Authority Conferred by 28 U.S.C. § 515
SYDNEY SPECTOR #11232
Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
CAROLINE W. STANTON, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street NW
Washington, DC 20002
Tel: (202) 598-9070
Fax: (202) 616-4473
Email: caroline.w.stanton@usdoj.gov

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al., | CIVIL NO. 22-cv-00397-LEK-KJM |
| Plaintiffs, | THE UNITED STATES' TRIAL DECLARATION OF DR. MICHAEL KOSNETT; EXHIBITS A-P; CERTIFICATE OF SERVICE |
| v. | |
| UNITED STATES OF AMERICA, | TRIAL DATE: April 29, 2024 |
| Defendant. | TIME: 8:30 a.m. |
| | JUDGE: Hon. Leslie E. Kobayashi |

DEFENDANT UNITED STATES OF AMERICA'S
TRIAL DECLARATION OF DR. MICHAEL KOSNETT

Pursuant to the Court's Trial Procedures, ¶ 17, Defendant United States of America submits the Trial Declaration of MICHAEL KOSNETT. Dr. Kosnett will appear for cross-examination and re-direct examination in person on or about Tuesday, May 14, 2024. As set forth in this Declaration, this direct testimony includes the following exhibits:

| Declaration Exhibit | Trial Exhibit |
|---|---|
| Exhibit A | DX-3153 |
| Exhibit B | Kosnett Demonstrative B |
| Exhibit C | DX-3212 (Aubart) |
| Exhibit D | Kosnett Demonstrative D |
| Exhibit E | Kosnett Demonstrative E |
| Exhibit F | Kosnett Demonstrative F |
| Exhibit G | DX-3213 (Dietz) |
| Exhibit H | DX-3214 (Feindt) |
| Exhibit I | Kosnett Demonstrative I |
| Exhibit J | DX-3215 (Freeman) |
| Exhibit K | Kosnett Demonstrative K |
| Exhibit L | Kosnett Demonstrative L |
| Exhibit M | Kosnett Demonstrative M |
| Exhibit N | DX-3216 (Jessup) |

| **Declaration Exhibit** | **Trial Exhibit** |
|---|---|
| Exhibit O | Kosnett Demonstrative O |
| Exhibit P | DX-3217 (Witt) |

DATED: April 8, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General, Civil Division

CHETAN PATIL
Acting Deputy Assistant Attorney General
Torts Branch

J. PATRICK GLYNN
Director

CHRISTINA FALK
Assistant Director

*/s/Caroline W. Stanton*
CAROLINE W. STANTON
  D.C. Bar No. 1010918
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch Environmental
Tort Litigation
1100 L Street, NW
Washington, DC 20005
Phone: 202-598-9070
E-mail: caroline.w.stanton@usdoj.gov
*Attorneys for Defendant*
*United States of America*

## CERTIFICATE OF SERVICE

I certify that, on April 8, 2024, I electronically filed the foregoing trial declaration and exhibits using the Electronic Case Filing ("ECF") system of this Court. The ECF system will send a "Notice of Electronic Filing" to the attorneys of record.

Dated:    April 8, 2024               <u>*/s/ Caroline W. Stanton*</u>
                                      CAROLINE W. STANTON