ELLIOT ENOKI #1528
Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States, Acting
under Authority Conferred by 28 U.S.C. § 515
SYDNEY SPECTOR #11232
Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
CAROLINE W. STANTON, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street NW
Washington, DC 20002
Tel: (202) 598-9070
Fax: (202) 616-4473
Email: caroline.w.stanton@usdoj.gov

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM<br><br>THE UNITED STATES' TRIAL DECLARATION OF DR. TIMUR DURRANI; EXHIBITS A-K; CERTIFICATE OF SERVICE<br><br>TRIAL DATE: April 29, 2024<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Leslie E. Kobayashi |

# DEFENDANT UNITED STATES OF AMERICA'S
# TRIAL DECLARATION OF DR. TIMUR DURRANI

Pursuant to the Court's Trial Procedures, ¶ 17, Defendant United States of America submits the Trial Declaration of TIMUR DURRANI. Dr. Durrani will appear for cross-examination and re-direct examination in person on or about Tuesday, May 14, 2024. As set forth in the Declaration, this direct testimony includes the following exhibits:

| Declaration Exhibit | Trial Exhibit |
|---|---|
| Exhibit A | DX-3154 |
| Exhibit B | DX-3219 |
| Exhibit C | DX-3218 |
| Exhibit D | DX-3220 |
| Exhibit E | DX-3221 |
| Exhibit F | DX-3222 |
| Exhibit G | DX-3223 |
| Exhibit H | DX-3224 |
| Exhibit I | DX-3225 |
| Exhibit J | DX-3226 |
| Exhibit K | DX-3227 |
| Exhibit L | DX-3228 |

DATED: April 8, 2024              Respectfully submitted,

                                  BRIAN M. BOYNTON
                                  Principal Deputy Assistant Attorney
                                  General, Civil Division
                                  CHETAN PATIL
                                  Acting Deputy Assistant Attorney General
                                  Torts Branch

                                  J. PATRICK GLYNN
                                  Director

                                  CHRISTINA FALK
                                  Assistant Director

                                  */s/ Caroline W. Stanton*
                                  CAROLINE W. STANTON
                                    D.C. Bar No. 1010918
                                  ANNA ELLISON
                                  Trial Attorney
                                  United States Department of Justice
                                  Civil Division, Torts Branch Environmental
                                  Tort Litigation
                                  1100 L Street, NW
                                  Washington, DC 20005
                                  Phone: 202-598-9070
                                  E-mail: caroline.w.stanton@usdoj.gov
                                  *Attorneys for Defendant*
                                  *United States of America*

## CERTIFICATE OF SERVICE

I certify that, on April 8, 2024, I electronically filed the foregoing trial declaration and exhibits using the Electronic Case Filing ("ECF") system of this Court. The ECF system will send a "Notice of Electronic Filing" to the attorneys of record.

Dated:    April 8, 2024                /s/ Caroline W. Stanton
                                       CAROLINE W. STANTON