LYLE S. HOSODA          3964-0
KOURTNEY H. WONG        10827-0
SPENCER J. LAU          11105-0
HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
Email: lsh@hosodalaw.com
khw@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR       *Pro Hac Vice*
JAMES BAEHR             *Pro Hac Vice*
MARY M. NEUSEL          *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Email: kristina@well.law;
jim@well.law; maggie@well.law

FREDERICK C. BAKER      *Pro Hac Vice*
JAMES W. LEDLIE         *Pro Hac Vice*
KRISTEN HERMIZ          *Pro Hac Vice*
CYNTHIA A. SOLOMON      *Pro Hac Vice*
SARA 0. COUCH
MOTLEY RICE, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com; scouch@motleyrice.com

*Attorneys for the Plaintiffs*

*(case caption continued on next page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PATRICK FEINDT, JR., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Civil No. 1:22-cv-397-LEK-KJM<br>(Federal Tort Claims Act)<br><br>**DECLARATION OF ERNEST Y.W. LAU** |

## **DECLARATION OF ERNEST Y.W. LAU**

I, ERNEST Y.W. LAU, declare as follows:

1. I am over eighteen years of age and I am competent to testify to the matters set forth herein.

2. I have personal knowledge of the facts set forth in this declaration unless otherwise specified.

3. Since February 2012, I have served as the Chief Engineer and Manager of the Board of Water Supply of the City and County of Honolulu ("BWS"). As Chief Engineer, I am responsible for the overall strategic direction and management of BWS, with a focus on expanding the department's mission to provide a safe, dependable, and affordable water supply now and in the future.

1

4. I was born and raised in Hawaiʻi. I graduated from Waipahu High School and later the University of Hawaiʻi at Manoa with Bachelor's and Master's degrees in engineering.

5. I first worked for a general contractor and the Department of Public Works, City and County of Honolulu before working as an engineer for BWS. I worked for the BWS for more than 14 years as an engineer in Long Range Planning and Water Systems Planning

6. From 1996 to 2003, I served as the Manager and Chief Engineer of the Kauaʻi Department of Water, and I served as Deputy Manager from 1995 to 1996.

7. I served as the Deputy Director of the State of Hawaiʻi Commission on Water Resource Management, Department of Land and Natural Resources where I worked collaboratively with the Commission members to set policies and make decisions in accordance with the State Water Code.

8. I also previously served as the Administrator of the Public Works Division under the State Department of Accounting and General Services, where I oversaw the planning, coordinating, directing, and controlling of a statewide program of engineering, architectural, and construction services.

9. BWS is a semi-autonomous agency of the City and County of Honolulu ("City") and the largest municipal drinking water utility in the State of

Hawai'i.  BWS was created in 1929 and today is responsible for managing O'ahu's municipal water resources and distribution system. It distributes an average of approximately 145 million gallons of potable water per day to around one million people on O'ahu.

10. The Red Hill Bulk Fuel Storage Facility ("Red Hill") is located on the island of O'ahu, Hawai'i, approximately 2.5 miles northeast of Pearl Harbor, occupying approximately 144 acres of land along the western edge of the Koolau Range situated on a topographic ridge that divides the Hālawa Valley and the Moanalua Valley.

11. The Red Hill facility sits directly above O'ahu's federally designated sole-source groundwater aquifer, the Southern Oahu Basal Aquifer.  As part of a contested case hearing, Dkt. 19-UST-EA-01, *In the Matter of the Application of United States Navy For an Underground Storage Tank Permit for the Red Hill Bulk Fuel Storage Facility*, Nicole M. DeNovio, Ph.D., provided written expert testimony on behalf of BWS.  Based on analysis completed by Dr. DeNovio, the BWS supplies approximately 77 percent of the total island-wide water supply from the Southern Oahu Basal Aquifer.  Attached hereto at **Tab A (PX-2285)** is a true and correct copy of the Written Reply Testimony of Nicole M. DeNovio, submitted in Dkt. 19-UST-EA-01, *In the Matter of the Application of United States Navy For an Underground Storage Tank Permit for the Red Hill Bulk Fuel Storage*

3

*Facility*. Also included is Dr. DeNovio's *Report: Sole Source Aquifer Reply Testimony*, dated January 15, 2021, which was prepared for BWS.

12. Given the potential for fuel releases from Red Hill to impact Oʻahu's critical drinking water resources, the Navy, Hawaii Department of Health ("DOH") and U.S. Environmental Protection Agency ("EPA") have affirmatively sought out the advice of BWS for scoping and review of key deliverables related to certain Red Hill investigative and remedial efforts. I have personally been involved in numerous meetings related to the Red Hill crises and have reviewed multiple documents over the past 10 years.

13. Based on my participation in meetings with the Navy, EPA, and DOH and my review of relevant documents, it is my understanding that there has been a significant history of spills and leaks from the Red Hill facility dating as far as 1948. Since the construction of the underground storage tank ("UST") system, there have been at least 76 documented fuel release incidents (with the potential to release fuel into the environment) involving more than 175,000 gallons of fuel.

14. In January 2008, the Navy issued the Red Hill Bulk Fuel Storage Facility Final Groundwater Protection Plan ("GPP"). In the GPP, the Navy acknowledged that it was "developed to mitigate the risk associated with inadvertent releases of fuel" from the Red Hill facility and was necessary given that "[p]revious environmental Site Investigations (SIs) at the [Red Hill] Facility

4

showed that past inadvertent releases have contaminated the fractured basalt, basal groundwater, and soil vapor beneath the Facility with petroleum hydrocarbons."

15. Attached hereto at **Tab B (PX-1281)** is what I believe to be a true and correct copy of the January 2008 document titled "Red Hill Bulk Fuel Storage Facility Final Groundwater Protection Plan" that I have reviewed and that is publicly available on BWS' website. [Red Hill Bulk Fuel Storage Facility Final Groundwater Protection Plan](#)

16. In 2010, the Naval Audit Service completed an audit of the Red Hill facility and concluded, among other things, that the environment in the Pearl Harbor area has not been sufficiently protected. In addition to environmental, security, and safety concerns, the Navy also noted weaknesses in management and oversight of the Red Hill facility.

17. Attached hereto at **Tab C** is what I believe to be a true and correct copy of the document titled "Naval Audit Services' Audit Report, Department of the Navy Red Hill and Upper Tank Farm Fuel Storage Facilities" that I have reviewed and that is also publicly available on BWS' website: [Red Hill](#) [Report Naval Audit (2010-08-16)](#)

18. Between December 2013 and January 2014, an improperly repaired fuel tank leaked approximately 27,000 gallons of jet fuel into Oʻahu's sole-source groundwater aquifer.

5

19.     On February 21, 2014, I sent a letter to Rear Adm. Richard Williams, commander of Navy Region Hawaii and Naval Surface Group Middle Pacific expressing concern about past fuel releases from the Red Hill facility and their potential impact on the island's water supply.  My letter referenced the facility's age and the likelihood of further releases and advised the Navy to ensure that the fuel does not leak into drinking water wells or the aquifer itself.  This letter is publicly available on BWS' website: [February 21, 2014 Letter from Ernest Lau to Rear Admiral Richard L. Williams, Jr.](#)

20.     After the Navy's fuel leak at Red Hill in 2014, BWS continued to warn the community about the need to either relocate the 20 fuel tanks containing up to 250 million gallons of fuel to an area not located over a drinking water aquifer or upgrade the tanks with secondary containment.

21.     In 2015, the Navy entered into an Administrative Order on Consent ("2015 AOC") with the DOH and EPA.

22.     The 2015 AOC includes a Statement of Work ("SOW") that outlines various actions that are "necessary to address potential impacts to human health, safety and the environment … due to historical, recent and potential future releases at the [Red Hill] Facility."

23.     Before the 2015 AOC was finalized, BWS offered its comments on the proposed AOC and attached SOW on July 20, 2015.  Attached hereto at **Tab D**

6

**(PX-1992)** is a true and correct copy of BWS' comments on the proposed AOC and SOW. BWS' comments are publicly available on its website: [Board of Water Supply Comments on the Proposed Administrative Order on Consent (AOC) and Attachment A, Statement of Work (SOW) on the Red Hill Bulk Fuel Storage Facility](#)

24. Pursuant to the 2015 AOC, ABS Consulting Inc., a consultant retained by the Navy, completed the first phase of a risk and vulnerability assessment that simulates "risk" (scenario, likelihood, consequence) of potential uncontrolled releases to the environment from the Red Hill facility ("2018 Risk Assessment").

25. The 2018 Risk Assessment substantiated BWS' concerns with the chronic and potentially catastrophic risks associated with operating enormous fuel tanks a mere 100 feet above a one-of-a-kind, state-designated drinking water aquifer that cannot be replaced.

26. According to the 2018 Risk Assessment, we can expect:

- Greater than 27% probability of a sudden release of between 1,000 and 30,000 gallons of fuel from the Red Hill facility each year;

- Greater than 34% chance of a sudden release of more than 120,000 gallons from the Red Hill facility in the next 100 years;

- Greater than 5% chance of a sudden release of more than 1 million gallons from the Red Hill facility in the next 100 years; and,

- 5,803 gallons per year of chronic, undetected fuel releases from the Red Hill facility.

27. Attached hereto at **Tab E (PX-1489)** is what I believe to be a true and correct copy of the November 12, 2018, document titled "Quantitative Risk and Vulnerability Assessment Phase 1 (Internal Events without Fire and Flooding)" that I have reviewed.

28. The Navy issued a cover letter to the 2018 Risk Assessment entitled "Navy's Risk and Vulnerability Assessment Summary" dated May 29, 2019 ("Risk and Vulnerability Assessment Summary"). The Navy's Risk and Vulnerability Assessment Summary letter expresses rejection of its own consultant's work and further quantitative risk assessment of the Red Hill facility.

29. BWS provided comments on the 2018 Risk Assessment and Risk and Vulnerability Assessment Summary Letter on September 5, 2019. Attached hereto at **Tab F (PX-1994)** is a true and correct copy of my letter to the EPA and DOH re: BWS Comments on 2018 Risk Assessment and Navy's Risk and Vulnerability Assessment Summary Letter. BWS' comments are also publicly available on its website: [Comments on the ABS Consulting Report & Navy's Risk and Vulnerability Assessment Summary (September 2019)](#)

30. On March 13, 2019, the Navy submitted to DOH an application for a five-year permit to operate underground storage tanks ("USTs") at the Red Hill Facility ("UST Permit Application").

31. BWS offered its comments on the Navy's UST Permit Application on June 24, 2019. As explained in the letter, it would not be appropriate for the DOH to issue an operating permit for the existing field constructed USTs at Red Hill and instead, the DOH should have required that the Red Hill tanks be upgraded or relocated away from the sole-source aquifer. However, if DOH were to have issued the permit, BWS requested that "DOH add as a condition of the permit that the BWS be notified of any confirmed release at the Red Hill facility by the Navy within 24 hours of the release."

32. Attached hereto at **Tab G (PX-1993)** is a true and correct copy of my letter to the State of Hawaiʻi Department of Health re: BWS' Comments on the Navy's UST Permit Application, dated June 24, 2019.  BWS' comments are publicly available on its website: [Comments to the State Department of Health (DOH) regarding the department's April 12, 2019 response to the U.S. Navy's underground storage tank permit application dated March 13, 2019, and the Navy's revised permit application dated May 15, 2019](#)

33. In June 2019, the Sierra Club sought to have the Hawaii Department of Health ("DOH") deny the Navy's Red Hill UST permit application and order the Navy to relocate the Red Hill tanks and petitioned for a contested case hearing. BWS joined the Sierra Club's contested case petition in October 2019.

34. A contested case hearing on the Navy's permit application was held from February 1, 2021 to February 5, 2021.

35. As part of this and a subsequent contested case hearing, David M. Norfleet, Ph.D., provided written expert testimony on behalf of BWS. Attached hereto at **Tab H (PX-1564)** is a true and correct copy of the Updated Written Testimony of David M. Norfleet, submitted in Dkt. 21-UST-EA-02, *In the Matter of the Emergency Order to United States Navy For Emergency Change-In-Service and Defueling of 20 Underground Storage Tanks, Red Hill Bulk Fuel Storage Facility.* Also included is Mr. Norfleet's *Expert Report: Evaluation of Underground Storage Tanks at the Red Hill Bulk Fuel Storage Facility*, dated December 29, 2020, which was prepared for BWS.

36. On May 6, 2021, approximately 21,000 gallons of fuel were released from a pipeline. The release was reported by the Navy to be due to "operator error."

37. In July 2021, the Red Hill contested case was reopened to consider additional information provided by the U.S. Navy and DOH regarding the May 6, 2021 fuel release at the Red Hill facility.

38. Attached hereto at **Tab I (PX-1565)** is a true and correct copy of BWS' Post-Hearing Memorandum, dated July 13, 2021. BWS' Post-Hearing Brief

is publicly available on BWS' website: [Post-Hearing Brief, Findings of Fact & Conclusions of Law (2021-07)](#)

39. On November 20 and 21, 2021, a release of a mixture of water and fuel occurred from the Navy's fire suppression system at the Red Hill facility. The release was initially reported by the Navy to be approximately 14,000 gallons.

40. BWS did not receive timely, official notification from the Navy about the drinking water contamination.

41. On November 30, 2021, the BWS was informed that the Navy had shut off its Red Hill Shaft drinking water well on November 28, 2021.

42. The devastating fuel release in November 2021 contaminated the drinking water of approximately 93,000 users of the Navy's water drinking system.

43. It is my opinion that the November 2021 contamination crisis was avoidable if action had been taken earlier.

44. I reviewed the Navy's June 13, 2022 investigative report titled "Command Investigation Into the 6 May 2021 and 20 November 2021 Incidents at Red Hill Bulk Fuel Storage Facility" and June 30, 2022 report titled "Red Hill Bulk Fuel Storage Facility, Oahu, Hawaii Defueling Plan." The Navy's command investigation into the May and November 2021 fuel releases finally acknowledges that the tragic drinking water contamination crisis occurred as a result of the Navy's ineffective responses to these fuel releases, failure to resolve deficiencies

11

in the design and construction of the Red Hill facility, a lack of Navy knowledge, training and accountability, and a failure to learn from past mistakes. For years, BWS has been raising these very issues and warning of the imminent peril that the Red Hill facility poses to our drinking water. Unfortunately, these pleas have largely gone unheeded.

45. This issue of transparency has always been a challenge for the Navy. The Navy can provide the rhetoric to say that it will be transparent and build trust. But its actions are not consistent with its rhetoric.

46. There is an inherent problem in how the military operates. I have worked with at least three different admirals for the Navy Region Hawai'i — every two or three years they rotate out of there. The military officers who are in command and ultimately responsible are brand new coming in every two to three years. They need to then get educated on this massive, very complex, very old facility — 80 years old. This creates a lack of understanding or knowledge of the facility and its vulnerabilities.

47. On May 9, 2023, the State and City and County of Honolulu officials signed a Unified Statement on Red Hill, recognizing the stewardship responsibility to ensure that there is clean water for future generations.

48. Towards this goal, the Red Hill Water Alliance Initiative (WAI), a working group, met regularly since the signing of the Unified Statement. We posed

questions, conducted research, listened to subject matter experts, and formulated recommended policies. I am one of the members of the Red Hill WAI working group.

49. Attached hereto at **Tab J (PX-1490)** is a true and correct copy of the *Red Hill Water Alliance Initiative (WAI) Report*, State of Hawai'i and City and County of Honolulu, dated November 2023.

50. As the largest municipal drinking water utility in Hawai'i, the BWS has a constitutional public trust responsibility to protect the water resources it manages and to preserve the rights of present and future generations in the waters of Hawaii. To do so, the BWS needs accurate and timely information regarding potential threats to the natural resources it manages and protects. We are deeply concerned that by continuing withholding key information, the Navy is further endangering Oahu's irreplaceable drinking water resources.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on _____April 8, 2024_____ at Honolulu, Hawai'i.

_____
ERNEST Y.W. LAU

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

*/s/ Kristina Baehr*
Kristina Baehr