| | |
|---|---|
| LYLE S. HOSODA | 3964-0 |
| KOURTNEY H. WONG | 10827-0 |
| SPENCER J. LAU | 11105-0 |

HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
Email: lsh@hosodalaw.com
khw@hosodalaw.com; sjl@hosodalaw.com

| | |
|---|---|
| KRISTINA S. BAEHR | *Pro Hac Vice* |
| JAMES BAEHR | *Pro Hac Vice* |
| MARY M. NEUSEL | *Pro Hac Vice* |

JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Email: kristina@well.law;
jim@well.law; maggie@well.law

| | |
|---|---|
| FREDERICK C. BAKER | *Pro Hac Vice* |
| JAMES W. LEDLIE | *Pro Hac Vice* |
| KRISTEN HERMIZ | *Pro Hac Vice* |
| CYNTHIA A. SOLOMON | *Pro Hac Vice* |
| SARA 0. COUCH | |

MOTLEY RICE, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com

*Attorneys for the plaintiffs*

(case caption continued on next page)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al. <br><br> Plaintiffs, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 1:22-cv-397-LEK-KJM <br> (Federal Tort Claims Act) <br><br><br> **DECLARATION BRYAN DIETZ** |

### DECLARATION OF BRYAN DIETZ

I, Bryan Dietz, declare as follows:

1. My name is Bryan Dietz. I am 40 years old and a Chief Petty Officer in the Navy. Our family has lived at 731 Ohana Nui Circle in Honolulu, Hawaii from February 2021 until now.

2. I grew up in Orange County, New York. When I was 21, I was looking for purpose in my life. I decided to follow in my father's footsteps and join the Navy in 2005 for a higher calling. I started as a gas turbine system electrician. I met Richelle in January of 2007 at a house party with friends. I was drawn to her magnetic smile. We quickly fell in love and dated for only a few months before I proposed. We were married by June right before I deployed to the Middle East for

1

my first time. I have since deployed to the Middle East four times and had many a close call.

3. Together, we have made many sacrifices for our country. We have been stationed in Florida, Oregon, Illinois, and Virginia.

4. We have two wonderful children, B.D. (13) and V.D. (5). In 2016, B.D. was diagnosed with Chiari malformation, a brain condition. He had Chiari type headaches which are fast to come on and fast to leave, never anything to otherwise disrupt a happy, healthy, active life. He now lives with debilitating migraines that cause days to be lost to the side effects of them since his exposure.

## The Contamination

**A.   Life in Hawaii**

5. When I got my orders for Hawaii, Richelle and I were thrilled. We thought it would be the best place possible for our kids. And for the first few months, it was. We had never seen them so happy. They would play in the yard for hours at a time. We went to the beach and got to know the culture of Aloha. We learned that this is a place for mutual respect and kindness.

6. Now I cannot help but regret that we ever took orders to come here and the possible devastation this will have down the road for my family.

**B.      Fuel Release & Initial Illness**

7.      On November 28, 2021 Richelle and I smelled fuel in the sink in B.D.'s bathroom. I have spent a lot of time on ships in the military, so I knew what it was as soon as I smelled it: jet fuel.

8.      I immediately went to the 24 Hour Shopette up the street to get as much water as I possibly could. There were a few other families there doing the same. The aisles were borderline empty for water. And of course, we wondered whether there would be enough bottled water on the island for all of us. We didn't know how widespread the crisis was at that time but the fact that I could smell fuel in my son's bathroom led to looming fear of how bad this was going to be. How much had gotten into the system if it smells this strong miles from the source.

9.      The kids were asleep, but when they woke up, we told them they couldn't drink the water or use it to brush their teeth. B.D. didn't understand why our water would be contaminated, and you could see the worry on his face. They were confused. It was hard to explain why we couldn't trust our water.

10.     Richelle spent the next day trying to track down every bottle of water she could find.

11.     Someone shared Captain Spitzer's comments from the town hall on Facebook. He said the water was safe, which I wanted to believe. But I stood over our sink, and I could smell the jet fuel and see the sheen.

3

12. On November 30th, Richelle attended a town hall with B.D., where she had a full-blown panic attack. She texted me from her seat and didn't trust herself to drive because she was shaking with fear. I kept in touch with her the entire time, wondering if I was going to have to take our daughter with me to drive them home.

13. The symptoms we had been experiencing over the last week finally made sense. V.D. had been screaming holy hell when we tried to bathe her. Her skin had become red and inflamed. And our entire family had been experiencing stomach pain, diarrhea, and nausea. At first I thought we must have COVID, but as the symptoms became worse, I started to worry how much jet fuel we had already consumed before we knew it was in our water.

14. In addition to the stomach issues, Richelle's eyes and throat were burning, and she was having a difficult time functioning because of how severe her headaches were.

15. When B.D.'s Chiari occasionally caused headaches, long, hot showers helped him calm his brain. But after the fuel release, the headaches turned into migraines, and now he couldn't take a long shower to recover. It felt like the headaches and migraines were nearly constant, each one lasting for hours at a time.

16. He also had general fatigue, a sore throat, and dry skin.

17.     V.D. had dry skin, a rash on her stomach, pain in her vaginal area, and a cough that developed into severe wheezing. She has since been diagnosed with asthma.

18.     B.D.'s anxiety went through the roof, too. Now he dealt with migraines without any relief. And he was worried about his brain and his health. He has always been a sensitive kid.

19.     Our dog, Rocket, that was fully healthy prior to arrival on the island and prior to the spill now has had an inflamed liver, kidney, intestines and beginning stages of heart failure. He requires thousands per year for special medicine and semi-annual MRI.

**C.     Disruption**

20.     We didn't move to the hotels because we couldn't get clarity on their COVID policies. I had had an anaphylactic reaction to the first COVID vaccine and therefore couldn't take the second. Richelle has a history of blood clotting, so she couldn't take it either. We are not opposed to vaccines – we just couldn't take them for health reasons.

21.     At home, we only consumed water from bottles or jugs we purchased, which became very expensive. We didn't use the tap water for anything at all, including showering.

22. Now, we had to shower with a vinyl camp shower we found in the garage. We heated the water up with a tea kettle, but the water was never actually hot. B.D. was a wreck. V.D. cried and hated it. The entire experience was traumatic for our family.

**D.    Botched Response**

23. The DOD technically "cleared" our house but that meant nothing. When they came to flush, they hooked up a hose to the spigots on the outside of the house, turned off the water heater, and drained them right into the yard. It was upsetting to watch because the fuel was just going right into the yard where our kids and dogs play.

24. They did not touch our refrigerator or dishwasher.

25. We had no confidence that this "flushing" actually worked or that the kids doing it had any idea what they were doing.

26. We would never trust our water again.

## The Aftermath

**A.    More Disruption**

27. We made the impossible choice to stay on the island for at least a while. B.D. has a 504 plan, and his therapists and medical providers are on the island. I was not able to leave my position. So sending Richelle and the kids home would mean separating our family. Staying here was the best of all the bad options.

28. We have installed filters for showers. And we only drink bottled water at home. Dealing with the water is a constant issue in our house—and a constant reminder of what happened here.

**B.  Ongoing Illness**

29. Richelle and V.D. have also been diagnosed with asthma—conditions they did not have before the water. V.D. struggled with breathing and suddenly needed ENT surgery to clear her pathways.

30. Meanwhile, B.D. became so afraid of triggering a headache, he stopped going outside and doing the things he loved. B.D.'s migraines have been incapacitating. He chooses his activities according to the migraines. He asks himself: is this fun event worth tomorrow's migraine? And often, he decides not.

31. We were desperate for a solution, so we saved the little money we had so that Richelle and B.D. could fly to California for surgery to address B.D.'s Chiari. He had lived with the condition all his life and never required surgery; we were told by his neurologists and neurosurgeons before he wouldn't need it. And he would not have needed it but for the migraines after the fuel release.

32. He has also had inflammation in his adenoids and tonsils and will now need to have surgery to have them removed on April 25th of 2024.

33. Richelle's stomach pain and heartburn continued to get worse. She said it felt like a rock on her chest. And she has also had neurological issues and saw doctors for those symptoms too.

**C. Emotions, Worries & Fear**

34. Richelle is constantly vigilant and on high alert. Even the mention of Red Hill or water can induce an anxiety attack. She can be having a fine day, but if the water comes up, she is suddenly reliving it. In all our years of marriage, I have never seen her this upset or anxious. She has been through a lot of trauma in her life but nothing compares to this experience as a mom—she couldn't protect her own children from this crisis. She is now going to therapy, and it is helping.

35. I worry about her health in the future. In January 2022 she went to the ER for abdominal pain, and they told us she developed cysts. So at the age of 36, my wife and I had to make the difficult decision for her health to move forward and have a partial hysterectomy to remove the cyst. While she had had cysts before, they were never so bad as to require surgery.

36. She worries about V.D.'s asthma and about B.D.'s migraines. She worries that she can't protect them in the future, and what will happen when and if they get cancer from this exposure. She worries about her own health, and about mine. She also worries about water and will never look at water quite the same again.

8

37. Home is where we are supposed to feel safe – it was like our safe castle during the pandemic. But suddenly home became unsafe for all of us. And that has affected Richelle and B.D. especially.

38. B.D.'s anxiety level around water is through the roof. It's a foreign concept to imagine that your water can be poisoned and ultimately that it can't be trusted. And for him, water was his only relief from his headaches. It feels like he's not even a kid anymore. And he still doesn't understand how something as simple as water can be unsafe.

39. B.D. also worries about his own health—when he will get another migraine, and how long these migraines will last. He has been in therapy for all these anxieties, we will continue therapy when we move.

40. We have not extended my tour in Hawaii so that we can get the family out of this constant state of water-anxiety. But for the water crisis, we would have tried to stay on the island. We love O'ahu and the culture here.

**D.   Betrayal**

41. We've lost faith in military healthcare. We use TriCare Select because we don't trust doctors in the military healthcare system.

42. The Navy is supposed to be the authority figure. But how can my family trust them after this lack of transparency and unwillingness to help?

9

## Conclusion

43.　　There are a few things that I know to be true about this experience:

44.　　We were forced to make choices – to stay and deal with the water, or to cause more trauma and instability by separating. We had to make the best of bad choices.

45.　　This was a lapse in judgment on the government's part. The government chose not to warn us about the fuel leak that occurred. As a result, it violated our right to protect our own family and their duty as government and provider of my utilities to provide a safe environment.

46.　　I know that the water was contaminated because that's what the Navy's own tests showed at the time. And there is still fuel in the system. We follow the latest test results that show that there is TPH throughout the Navy water line. And we are constantly asking for new testing. Our home has been tested several times, and they have found detections of TPH.

47.　　The Navy ultimately shut down Red Hill because it poisoned thousands of people – but only after the poisoning. We know now that they knew it would happen, it was just a matter of when.

48.　　Now the Navy seems to claim that this was no big deal. Well, tell that to my kids in twenty years. My family got sick for no reason other than a lack of transparency to hide how big this was while they were preparing talking points.

10

These were chemicals that can cause cancer. It had a major emotional effect on the family and how we function as a whole.

49. Veterans already have a higher rate of illness because of our exposure to various chemicals. But I never intended that for our children. I am now changing my retirement plans. I had planned to retire and spend time with my kids at the twenty-one-year mark. But now I will take another job so that we can make sure that there are savings for our kids if and when they have latent injuries from their exposure. While I may have the VA for health support, my family does not.

50. B.D. was always a sensitive kid, and then the Navy brought jet fuel into his life. V.D. is young, and she will recover emotionally, but we don't know about physically. B.D. and Richelle will never be the same.

I, Bryan Dietz, declare under penalty of perjury that the foregoing is true and correct.

Executed on April __7__, 2024.

_____
Bryan Dietz

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

*/s/ Kristina Baehr*
Kristina Baehr