LYLE S. HOSODA            3964-0
KOURTNEY H. WONG       10827-0
SPENCER J. LAU            11105-0
HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
Email: lsh@hosodalaw.com
khw@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR            *Pro Hac Vice*
JAMES BAEHR                  *Pro Hac Vice*
MARY M. NEUSEL               *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Email: kristina@well.law;
jim@well.law; maggie@well.law

FREDERICK C. BAKER     *Pro Hac Vice*
JAMES W. LEDLIE        *Pro Hac Vice*
KRISTEN HERMIZ         *Pro Hac Vice*
CYNTHIA A. SOLOMON     *Pro Hac Vice*
SARA 0. COUCH
MOTLEY RICE, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com

*Attorneys for the plaintiffs*

(case caption continued on next page)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.<br><br>        Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Defendant. | CIVIL NO. 1:22-cv-397-LEK-KJM<br>(Federal Tort Claims Act)<br><br><br>**DECLARATION OF PLAINTIFF,<br>RICHELLE DIETZ** |

**DECLARATION OF PLAINTIFF, RICHELLE DIETZ**

I, Richelle Dietz, declare as follows:

1.      My name is Richelle Dietz, and I am 37 years old. I am the wife of Navy [Chief Petty Officer] Bryan Dietz (40), and the mother of our two children – B.D. (13) and V.D. (5). Our family has lived at 731 Ohana Nui Circle in Honolulu, Hawaii from February 2021 until now. I have included family photos at Tab A (PX-2287) of the attached Composite.

2.      I grew up in the Ohio Valley in a family that struggled with poverty. I was naturally good at school, and I knew that the best way to break the cycle of poverty for myself and eventually a family was through education. I used to read through the textbooks three weeks early because I found the subject matter was interesting. I raised my hand and challenged my teachers to understand better. My

1

junior year of high school, I found out that there was a charter school an hour and a half away that had professional programs. My mother was able to get me a car for $250. Every day, leaving my house at 5 AM, I drove back and forth to the charter school in Louisville, KY, and I did flight school. I graduated with my private pilot's license along with my high school degree while working as much as I could.

3.      My mom died in January of my senior year. My dad lived in a different state. I had to figure out college on my own. I ended up transferring to Jacksonville University, where I eventually met my husband Bryan who was stationed there. We immediately fell in love and got married five months after meeting. We have two wonderful children, V.D. (now 5), and B.D. (now 13). We also have two delightful dogs, Fiona and Rocket. B.D. shares a deep bond with Rocket who sleeps with him every night. Unfortunately, as will be explained below, Rocket got sick too.

4.      In 2016, B.D. was diagnosed with Chiari malformation of the brain. For most of his life, he lived a healthy happy childhood, with the occasional headache. We had his symptoms well managed, and he lived life with minimal restrictions and interruptions.

5.      My first job out of college was with a small business, PaperlessPay, in Jacksonville. Fifteen years later I'm still working for them, now as Director of Tax Forms Division. I work remotely and have been able to move with Bryan as he has

been stationed around the country. We were thrilled when we finally got stationed in Hawaii.

6. Not long after, we experienced a fuel release that contaminated the Navy water line. We have placed the location of our home on the Navy's "heat map" showing the areas of contamination from the fuel release:



Tab B (PX-2232). A true and correct copy of our lease is attached at Tab C (PX-1013). Below, I also include a timeline of our story as part of this declaration.

## The Contamination

### A.   Life in Hawaii

7. When we moved to Hawaii in February of 2021, we thought we were moving to heaven on earth. Our children settled in quickly, playing for hours with our neighbor's children in the shared backyard. We were outside often, hiking,

traveling to other islands, and exploring the entire island of O'ahu. We spent our afternoons outside watching our kids play with our neighbors and creating lifelong bonds with our new friends. It was the first time in 17 years that we had a community right next door. We could rely on one another for school pickups. We had weekend BBQs and casual get-togethers almost every weekend.

8.      In addition to the community we were building, we were beginning to fully appreciate the historical culture of Hawaii. I love that the local community is so connected to the land here. We spend time doing beach cleanup, and you can go out on any weekend and find someone who is organizing care for the island. I love that as part of their daily lives our kids are immersed in the culture and history of the land we live on.

9.      We slowly noticed various health symptoms over the next several months. B.D. started having more headaches, and we went to the doctor for him in July. Then everything exploded in late November.

**B.      The Fuel Release & Initial Illness**

10.     In the days leading up to Thanksgiving, I had stomach pain, vomiting and diarrhea. My eyes and throat burned, and I was having splitting headaches. I developed a cough and rashes. When we bathed her, V.D. cried and screamed "my butt hurts." We had no idea what was causing her pain so reached out to her doctor.

11.     After Thanksgiving, our entire friend group in the neighborhood, three or four families, got sick. We thought it must be the food we shared at Thanksgiving. Then many of us developed a rash. I have attached a true and accurate photo of one of my rashes on my face at Tab D (PX-1066).

12.     V.D. had stomach pain, vomiting, and diarrhea. Our son, B.D., also experienced nausea, vomiting and diarrhea. He had a huge spike in the severity and regularity of his headaches. He began to lose his ability to keep his balance and we noticed he couldn't feel things strongly on parts of his body. This would only continue to worsen.

13.     "My throat is burning. I feel like I just drank gasoline." It was November 27th, 2021, but I remember telling Bryan like it was yesterday. My throat was on fire, I could feel my entire throat from the back of my tongue to my stomach. It was all burning.

14.     On November 28th, as we were turning in for the night, I was scrolling Facebook. My Facebook timeline was filled with friends and neighbors complaining about the smell of jet fuel in their water. This is a true and accurate copy of a Facebook post I saw that evening.



TAB E (PX-2236).

15.    We ran to the faucets and immediately noticed a strange smell coming from the upstairs bathrooms. Bryan has worked on ships, and I have flown planes. We both know what jet fuel smells like, and this was it.

16.    We too saw an oily sheen on our water. Now our Thanksgiving symptoms were starting to make sense. We learned later that hundreds of families got sick over Thanksgiving, and they too had thought that it must be something that they ate on the holiday. Thanksgiving will never quite be the same for any of us after this experience.

17.    Bryan immediately went out and purchased around $150.00 of bottled water at the Shoppette for the next morning. That night, the shelves were already

bare of bottled water. The next day, despite having to work, I took off hours in the morning to go to multiple locations in search of water. Target was putting pallets of water out; they were being emptied in minutes. I was calling friends and neighbors asking if they needed us to pick up and deliver water to them.

18.     Everyone was searching for answers. I went to the Joint Base Pearl Harbor Facebook page to see if it had any helpful information. Very late on November 28, the Joint Base Pearl Harbor Hickham (JBPHH) had written on its Facebook page: "there is no immediate indication that the water is not safe." Here is a clear and correct copy of that Facebook post:



Tab F (PX-2238).

19.     It also represented that there was "no smell or sign of fuel or chemicals in the water at the Navy's water wells and water tanks." The Navy did not mention any fuel release.

20.     Looking for help, I called the Emergency Operations Center (EOC), on November 28, to self-report. I was told that we would receive household water testing. The promised testing didn't come for months. I asked Seargent Ramirez whether the Navy would be providing water. She told me that water costs "were not her problem." Her comment summed up the Navy's overall approach and attitude at the time.

21.     On November 29th, CAPT Spitzer released a memo to everyone on base that there was no indication the water was not safe, that he and his staff were drinking the water, and they knew of no problem on base. But at the same time, the Hawaii Department of Health issued a notice not to drink the water.

22.     On November 30, the Navy then began flushing the fire hydrants in the neighborhood directly into the grass on the playground closest to my home and into the storm drains.  The same day, residents were told, via the Red Flag message, to flush their own homes.

23.     On November 30th, I attended a Navy town hall with B.D., where I had a full-blown panic attack. At that town hall, the Navy officers claimed that they didn't know what was in the water. They were "investigating the source." They did

not mention a fuel release. The Navy officers said that the water was "safe" but that if we had a sheen or smell, we shouldn't drink it. Their words did not make sense. I raised my hand to ask a question, and after the Navy gave a dismissive answer, I began to feel shaky, lightheaded, and dizzy. I thought I might pass out on the spot. B.D. held my hand while I tried my best to breathe.

24.     Several days later, on December 5th, the Navy finally acknowledged at another town hall that a jet fuel leak occurred on November 20th that infiltrated the water system. Before December 5, I did not hear of a leak, only that they were investigating our self-reported issues. Now I knew that the Navy had misled us. I didn't know who to trust.

25.     The burning sensations, stomach pain, vomiting, and diarrhea continued for our family through the first week of December. On December 6th, I reached out to our family pediatrician to ask him about our symptoms.

26.      B.D. also dealt with general fatigue, dry skin, sore throat, severe anxiety, and headaches. As a result, he missed a significant amount of time in school. I took a picture of the rashes on his legs:



A true and accurate copy of the photos are at Tab G (PX-1042).

27.    V.D.'s cough led to severe wheezing, colds began lasting weeks rather than days. We had to use a nebulizer with prescription meds for what would have been a small cold prior to the exposure.

28.    We got COVID over Christmas break and those symptoms felt different. When COVID passed, the lingering contamination symptoms remained.

**C.    Disruption**

29.    The Navy eventually offered hotel stays. This was the height of the pandemic, and I was concerned about the hotel's COVID policies. Bryan and I have medical issues that prevented us from being vaccinated. We are not against the COVID vaccine in principle, but I have a history of blood clotting, and the

vaccine was not advised. Bryan tried to get the vaccine but he experienced an anaphylactic reaction after the first dose and was given a permanent medical waiver by the Navy.

30.    I contacted the EOC multiple times to try to clarify their policies, but they couldn't, or wouldn't, provide answers. Ultimately, I didn't feel safe putting my family at risk in a hotel. We decided to stay home and avoid all tap water.

31.    This required an incredible amount of work. We only consumed water from bottles or jugs we purchased, which quickly became expensive. Nothing from our tap was used for tea or coffee or cooking. We stopped cleaning our fruits and vegetables with tap water, rinsing them in bottled water instead.

32.    To shower, we found a vinyl camp shower in the garage and heated the water in a tea kettle. The camping shower could only hold a few gallons of water, so the experience was cold, stressful, and uncomfortable for our family. V.D. cried and hated it. We kept bottled water by every sink so we could wash our hands and brush our teeth. The following is a true and accurate photo of the camp shower in our bathroom:



Tab H (PX-2239).

33.     Since we couldn't cook, we ate out three to five times a week, which is unusual for our family. We were constantly concerned about V.D.'s food allergies. She is allergic to cinnamon, dairy, almonds, and mangos—items that restaurants often cross-contaminate. We sought out restaurants further away from home, in case they were on the waterline too.

34.     We upgraded the camp shower to an electric camp shower. But the Navy did not supply us with nearly enough water to live, nothing for our pets and not enough for cleaning dishes and for showering. The non-potable water provided was recalled due to bacteria contamination, furthering our distrust of anything not packaged and bottled off-site. The big jugs of clean water were sold out everywhere, so we had to buy small individual waters. To take a shower, we had to

open bottle upon bottle. The waste alone was upsetting. And the expenses continued to pile up.

**D.     Botched Response**

35.     Very young marines came to "flush" our house. They told us they were shown YouTube videos on how to drain our water heaters. They did not follow their own policies or their required checklist. First, they didn't follow any COVID protocols as promised. They didn't answer the COVID pre-questionnaire, nor did they wear masks, which were required at the time. Their noncompliance was disconcerting.

36.     The marines did not open the windows and doors while they flushed, which was protocol on the form we were provided. They also did not touch our major appliances like refrigerators, dishwasher, or washing machine. They did not touch our ice maker, which we still refuse to turn on today.

37.     They flushed the water heater directly into our yard, where our kids and dogs play.

38.     Our neighbors felt similarly—there was no way this "flushing" effort could have done any good at all.

39.     They later "cleared" our house but there was nothing different about the water before or after the "flushing." We never trusted the water again.

## The Aftermath

### A.      Ongoing Disruption

40.      At first, we chose not to leave the island after the water crisis. We considered leaving but it would have meant leaving Bryan behind. His command did not approve of members leaving the island or even discussing the water at all. There was a spoken gag order that prohibited any discussion or implication that the water situation wasn't being remediated properly. They assumed that the water was safe and no one had any right to leave.

41.      Most importantly, we decided that after all the trauma, it was best for our family to stay united. We knew that there would be trauma either way; there was no right choice.

42.      After we made the decision to stay, the water crisis continued. We continued to get reports of positive TPH throughout the water system. We asked repeatedly for our house to be tested, and on more than one occasion, they detected TPH in our own water.

43.      In October of 2023, we came back from visiting Hawaii Island, and saw a sheen in our water again. Our acute symptoms, like rash, diarrhea, headaches, and nausea came back. We again reported the sheen and our symptoms to EOC. Eventually, the EPA came to investigate. Our home was among those addressed by the EPA's investigation report released on December 18, 2023. The

EPA found that of four homes tested, three had positive TPH detections, including

ours. The EPA representative personally saw and attested to sheens and visible

symptoms. He looked at our water and said, "Oh, yeah, that's a sheen for sure." He

then reported the sheen in his investigation report. I have attached a true and

accurate copy of that report at Tab I (PX-1470).

44.     I was alarmed because I learned that a sheen reflects an unsafe level

of TPH. The EPA expressed concern as well. At the early town halls in November

2021, the Navy had said, "if we could see it or smell it, do not to use the water".

Now two years later, we could see a sheen and are told the same. And yet again,

there has been no advisory from the Navy to the residents on the water line. This is

especially distressing because new residents don't know about Red Hill and that

more than a million of gallons of jet fuel have been spilled since its installation.

45.     All this time, from November 2021 until now, we have been extra

careful with the water. We have a filter on every shower and under the kitchen sink.

We even built a filter for the back hose so that V.D. can play in the water. We drink

only bottled water, and we order big jugs from Menehune.

**B.     Ongoing Illness**

46.     On December 10th, 2021, I saw Dr. Joseph Madamba at Integrative

Medicine for Optimal Health, for my symptoms. His first recommendation was

that I decrease my toxic exposures, as described in my joint medical exhibit (PX-2249).

---

**Visit Summary - 12/10/21**
1 message

**Dr. Madamba's Office** <info@drmadamba.com>                    Thu, Dec 16, 2021 at 2:51 PM
To: Richelle Dietz <richelledietz@gmail.com>

Aloha Mrs. Richelle Dietz,

Please see the recommendations below.

- Detox recs:
  - decrease toxic exposures (e.g. personal protective equipment),
  - sweat (exercise, sauna, etc.),
  - deep breathing,
  - lots of water,
  - fiber enough to have 1-2 regular BM's per day,
  - lots of cruciferous vegetables and other superfoods, and poss liver support
- Milk thistle 250-500mg
- Avoid contaminated water, may even need to leave the household until the petroleum situation is resolved by the Navy
- Await further info/guidance by DOH/Navy on petroleum leak situation

Attached is your Lab Order form for your blood test. Please complete your blood test 1 week before your scheduled follow-up appointment. Please fast for 8 hours before your blood test.

---

47.    I understand that portions of my medical records are provided separately to the Court as a joint exhibit.

48.    B.D. had been diagnosed with Chiari at the age of 6, but his symptoms had been manageable until 2021. In the summer of 2021, we bought a trampoline. His Chiari headaches got worse from the bouncing until we sold the trampoline.

49.    After the fuel release, B.D. developed a different kind of head ache; these were migraines. Previously his headaches were quick to resolve. B.D. started having what appeared to be migraines for the first time. Now he has migraines that last for hours, sometimes days, and leave him confined to his bed with covers over his eyes and bowls for vomiting next to his bed.

50.     Before the contamination, a hot shower brought him relief when needed. After the exposure, his migraines caused pain and vomiting that could not be managed. Because he had no pain relief remedy, he felt hopeless.

51.     The water crisis affected every aspect of B.D.'s day-to-day life. We tried including ice packs, and other at-home remedies. But nothing worked. He missed more and more school. His migraines continued to worsen, he began to lose feeling in his right hand and back, and he had extreme difficulty keeping his balance and said he had spots that felt "hot" on his ankles and feet. He fell on the stairs multiple times.

52.     We saw his neurologist NP Nicole Hodgeboom, who worked with Gerald Grant, M.D. at Stanford. She recommended brain surgery to address the Chiari. Surgery terrified me, but we had to do something to help him, we were desperate. We saved $5,000 so B.D. and I could fly to Stanford in California. Despite insurance, we had to cover all travel costs and food during our stay. He had surgery on March 16th, 2022. They removed part of his skull, put a dura-patch in, and created more room for his brain.

53.     His migraines did not improve and still left him incapacitated at least once a week. As a now thirteen-year-old, he has to make impossible choices himself about what activities will or will not give him a migraine. And he'll decide if something "fun" is worth it or not. Often, it is not, leaving him inside watching

the world from his window. This is not the childhood that a boy deserves, this isn't the childhood he had before 2021.

54.     Soon after the fuel release, we began to notice that V.D., then five, was having significant breathing issues, and her autoimmune system seemed weakened. When she would get even a common cold, it would take two to three weeks and sometimes a round of steroids for her to recover. She began having reactions to the steroids. We reached out to her pediatrician, Dr. Diep, for her breathing issues in April 2022. He treated her for likely asthma, prescribed multiple inhalers for daily use, and referred her to pulmonology. Pulmonology eventually diagnosed asthma, prescribed new medication and increased the dosage. She still uses albuterol and advair inhalers as needed.

55.     V.D.'s autoimmune system continued to struggle, so even a common cold made her asthma much worse. We went to an ENT, Dr. Patrick O'Donnell, who diagnosed enlarged tonsils and adenoids and recommended surgery right away. The idea of another surgery worried me, but I knew we had to do what was best for V.D. She had the surgery three months later. Without the tonsils obstructing her airway, she is sleeping better, and her colds seem to last a normal amount of time now, but she still needs multiple inhalers.

56.     For my own part, not long after the spill, I thought I was getting seriously sick as I developed intense abdominal pain and nausea. I went to the

18

emergency room where they did a CT scan and determined that I had developed Cysts on my ovaries and uterus. I went to my OBGYN and was monitored every 3 months with a pelvic ultrasound. Every month or every-other month I was finding myself in excruciating pain made me nauseous and dizzy. I was told it was cysts bursting. During the course of my monitoring, they told me that one of the cysts needed to be surgically removed. I had to undergo a partial hysterectomy in April of 2023 for the cyst removal. While I had had follicular cysts before in my life, they had been minor. I had never had a paraovarian cyst—and certainly not such a large cyst that would require surgery.

57.     I developed ocular migraines that were incapacitating from loss of vision. I never had migraines before. Now I don't know when one will occur, or if it will happen when I'm driving or caring for our children. I went to the emergency room in October of 2023. After a months-long wait I saw a neurologist, Dr. James W. Pearce in December of 2023 confirming the diagnosis and telling me to "use the remaining vision you have to pull over if it happens when you are driving. You can wait for it to pass once pulled over." I lost peripheral vision in my right eye and began to feel lethargic.

58.     I developed eczema, which I continue to treat topically with prescription medications.

59.     I became so stressed I stopped sleeping. I average 5-6 hours of actual sleep time a night, often waking in panic.

60.     Shortly after the fuel release, I also developed other odd brain symptoms like brain fog, short term memory loss, word-finding challenges, attention challenges, and insomnia. At the recommendation of other patients on the water line, I went to see Dr. Jason Keifer at Brain Health Hawaii. He had been treating many patients affected with neurological symptoms after Red Hill. He conducted brain scans that confirmed the symptoms I have been experiencing since the water crisis. He treated me with pregnenolone and magnetic strips to address breathing and sleep. He also recommended that I continue with talk therapy, which I have. I have seen him about four times and will continue our treatment.

61.     Our otherwise healthy dog Rocket began to act a bit lethargic. Choosing to hide upstairs alone rather than be with the family and his canine companion. We've had Rocket since he was 7 weeks old. We rescued him in Oregon when B.D. was just a toddler. They have grown up together. When you belong to a military family, sometimes the only consistent things in life are your immediate family members, which often include pets. This was the case for Rocket and B.D.

62.     In around January of 2022, we took Rocket in for a routine shot and while there the vet went ahead and performed a basic physical. The vet heard an

alarming new heart murmur prompting a very expensive, albeit informative, ultrasound on his heart and abdominal cavity. They found inflammation on his bloodwork for his liver, and saw it was misshapen. His kidneys and intestines showed signs of inflammation as well. Rocket began an expensive medication routine that he continues today to slow his descent into heart failure.

## C.     Emotions, Worries & Fears

63.     I have been through trauma in my life—a lot of it. I'm a resilient person. I grew up in scarcity, lived in an abusive household, lost my mother as a teen, sent the man I loved off to combat zones, and in 2020, dealt with a family member who threated our family's safety. None of those experiences caused me the stress and anxiety that I've experienced since Red Hill. In all those other experiences, I always had the sense that there were "good guys" in the government that would protect me from harm if all else failed. There would be some safety net. And now, the people who were in charge of helping us weren't helping—they were protecting themselves. I lost the notion that there were "good guys," and I lost trust in institutions generally.

64.     I had never had a panic attack until the Navy's town hall. I just couldn't reconcile what the Navy was saying and what we knew to be true. The Navy claimed that water was safe—but our water still smelled like fuel. People

told them that there were sheens in their water, and they continued to maintain that there just wasn't anything to worry about.

65.     I continue to suffer from panic attacks. I often have them when I pull into our driveway or at night around the same time in the evening when we found out about the water from our neighbors. I sought out counseling in April of 2023, and it has been helping, I'm told it's a long process to heal.

66.     We continue to worry about water. We use filters and bottled water for everything and likely always will. We still only drink, brush our teeth, and cook with bottled water. V.D., who used to love playful bathtime, now fights us to get in showers and baths.

67.     B.D. also worries about water and still doesn't understand why the Navy didn't prevent the harm. Why didn't they have emergency plans? At school, there are fire drills and shooting drills, and everyone is taught what to do in an emergency. Why didn't the Navy know what to do to keep everyone safe? If they knew, why didn't they do it? He asks, why we don't matter enough to protect.

68.     B.D.'s neurologist believes that his increased migraines are in part a result of his extreme anxiety. He has seen a therapist, but he still experiences anxiety with water, medical appointments, and being outside the house.

69.     My husband, Bryan, struggles with guilt over bringing our family to the island. We have been under an incredible amount of stress, which has

negatively impacted our marriage. There is no intimacy when you are trying to make it through the day.

70.   I have so many fears. I have seen Camp Lejeune, and I worry about when V.D., B.D., Bryan, or myself will get cancer. My thyroid is swollen all of a sudden. And now, whether it's related or not, we worry that it is. For the rest of our lives, we will always wonder if we had never moved on the Navy Water line, would we have this ailment—whatever the ailment might be. That thought will always be there in the back of our minds.

71.   The Navy's reassurances are not convincing. The Navy announced that there will be no long-term harm. That is not consistent with our experience. And they also tell us they just don't know what will happen. We think to ourselves, we are the data. And if the Government itself is monitoring with these new Red Hill registries, shouldn't we also be concerned?

72.   I even fear fear itself—will that worry always be there? When the house is quiet at 10 PM, will I ever be able not to relive seeing that post and checking our sinks.

73.   I even worry that my worry won't be conveyed to you on this page. I want you to understand how this feels for us. I need you to understand how debilitating the fear is. How we question ourselves and our choices of the last few years. How every word we read from the DOD is now read with skepticism.

74.     I fear that B.D. will deal with migraines, or worse, for the rest of his life.

75.     I fear that my daughter won't be able to have her own children.

76.     I fear that our kids won't have the finances that they need if they get sick. My aunt had ovarian cancer. And she declared bankruptcy after all the treatment—only to die of it anyway. Is that my children's future?

77.     I fear that I will never be able to think about water – much less drink it - without anxiety again.

**E.     Betrayal**

78.     And I will never be able to trust the government again.

79.     As a military spouse of 16 years, I've given up work opportunities and advancement out of my commitment to my country.

80.     It felt like a slap in the face when the Department of Defense told us the water was safe at the same time the Hawaii Department of Health was telling us not to drink it. And it felt even worse that the Navy didn't tell us that there had been an enormous fuel release for fifteen days—especially once we learned that the Navy knew. They told us that they didn't know what happened and were "investigating." And then we found out that not only did the Navy know, but they had video of it—a video that the Navy claimed they didn't have until it was leaked to the press.

81.     Then the Navy claimed that it was going to make it right. But the Navy only denies the harm and has spread the impression that this was all just mass hysteria. The disconnect between what the Navy says and our own lived experience is traumatizing in itself. I have seen that now they claim that the water didn't even reach various areas—areas where I know people got sick—furthering the distrust.

82.     I have attended the CRI meetings, where the EPA presented maps of TPH detections and "upticks" all over the Navy water line. Brand new residents report symptoms and share their experiences and pictures of the sheens. It is déjà vu. And the Navy's response is also déjà vu. Because now the Navy questions its own testing and seems to imply that the thousands of test results—that match ongoing symptoms—are lab errors. We watch while the EPA expresses concern that the Navy then dismisses.

## Conclusion

83.     There are a few things that I know to be true from this experience:

84.     It's heartbreaking to be left behind by your Government—especially the Government have dedicated your family life to. We have a lineage of service on both sides, with brothers, cousins, fathers, uncles, and grandparents who have served in combat and in peace times in every department of the military. It has been a family legacy of which we were so proud. We were loyal to the

Government. The Government wasn't loyal to us. The Government didn't have the decency to tell us that our water wasn't safe, to properly flush our homes, to remediate the system, or to make it safe. And when it was all said and done, the Government essentially calls us all crazy.

85.    I have seen in Bryan and myself a fierce loyalty to our children. We will do everything we can to help them get healthy and to stay healthy. And we are changing career plans to save as much money as possible so that they have a safety net for health.

86.    We are finally leaving the island that we love so much. We would have extended our service. Wonderful memories are now tainted and we are committed to getting our kids out of the contamination.

87.    What's the hope? That this case would make a difference. That our testimony will matter. That the Navy—or other government institutions—will think twice before they fail to warn people of contaminated water. This has happened before. And we and other families want it to stop.

88.    As parents, we are there to protect our kids. If I could say anything to the Navy, I would ask them "what if it was your kid? What lengths would you go to make it right?"

I, Richelle Dietz, declare under penalty of perjury that the foregoing is true and correct.

Executed on April __7__, 2024.

Richelle Dietz

# DIETZ FAMILY:
## Timeline of Events

## 2021



**FEB** — Dietz family moved to Hawaii

**MAR** — Frequency of B.D.'s headaches increases

**MAY 6, 2021** — 21,000 gallons of fuel released by operator error

**NOV 20, 2021** — Fuel release from fire suppression line
Navy does not turn off water

**NOV 21** — 911 calls reporting fuel smell in area around Red Hill

Navy press release: "fuel contained"
(not distributed to residents)

Navy press release: "the water remains safe"
(not distributed to residents)

**NOV 22 - 24** — Richelle has diarrhea on Monday, Tuesday, and Wednesday right after drinking coffee from a coffee truck on base.

**NOV 25** — Thanksgiving

**NOV 26 - 27** — First reports of smell in water reported to JBPHH

Dietz family and neighbors have stomach pain, vomiting, diarrhea, cough and rashes after Thanksgiving
V.D. cries during baths. Richelle tells Bryan:
My throat is burning. I feel like I just drank gasoline."

**NOV 28** — More reports of smell reported

Navy officers conclude that Nov 20 release has infiltrated the water

10 PM Navy press release: no indication that water is not safe (no mention of fuel release)

Richelle and Bryan smell jet fuel and see a sheen on the water

Richelle calls the Emergency Operations Center to self-report

Richelle and Bryan buy as much bottled water as they can find

**NOV 29** — Navy flushes water onto streets

HDOH advises not to use water to drink, cook, or for oral hygiene

Navy distributes message from Joint Base Commander: "no indication water is not safe; he and his staff "are drinking the water"

Richelle sees CAPT Spitzer memo - no indication the water was not safe

**NOV 30** — Town halls - Navy claims:
Navy does not know what is in the water; still "investigating source;" don't drink if it smells but otherwise safe

Richelle and B.D. attend town hall; panic attack

**DEC 1** — Petroleum detected in water at Red Hill Elementary



**DEC 1- 7** — Stomach pain, vomiting, and diarrhea symptoms continue for the entire family

Unable to move to hotel because of COVID vaccine

**DEC 2** — Army begins evacuation for affected personnel

**DEC 3** — Navy authorizes TLA for residents in "affected areas"

**DEC 5** — Town hall - Navy first admission that fuel in water is from November 20 release

**DEC 3** — Richelle emails Dr. Vinson Diep about symptoms

**DEC 9** — DOH reports diesel levels over 2x limit in Aiea-Hawala shaft

**DEC 10** — DOH reports petroleum levels 350x limit at Red Hill shaft

Dr. Joseph Madamba recommends that Richelle decrease her toxic exposures

**DEC 15** — B.D.'s migraines continue. He misses significant amounts of school

**DEC 20** — Navy begins flushing water system

# 2022

**JAN** — Marines flush contaminated water from the house and do not follow proper protocol

**JAN 17** — Richelle goes to ER for intense abdominal pain. They determine she has cysts on her ovaries and uterus

**MAR 1** — Navy mails notice of release of JP-5 to all users of water system

**MAR 16** — B.D. has surgery in California in which they remove part of his skull in hopes of relieving his migraines. It does not help

**MAR 18** — DOH announces clearance of all 19 zones on Navy Water System

**APR 25** — Richelle contacts V.D.'s pediatrician, Dr. Vinson Diep, for ongoing symptoms

**MAY 18** — Navy posts corrected Do Not Use notice to website

**NOV 5** — V.D. sees Dr. Vinson Diep for cough, wheezing, and shortness of breath

## 2023



| | |
|---|---|
| **FEB 13** | V.D.'s ENT, Dr. Patrick O'Donnell, recommends surgery for her enlarged tonsils and adenoids |
| **APR 28** | Richelle has hysterectomy to remove cyst |
| **JUN 6** | V.D.'s ENT surgery |
| **OCT** | Richelle sees a sheen in the water and symptoms return. EPA sees sheen; The EPA does an on-site test and detects TPH in the water |
| **OCT 23** | Richelle goes to Emergency Room for ocular migraines |
| **NOV 20** | Richelle sees Dr. Jason Keifer at Brain Health Hawaii for headaches, depression, and anxiety |

## 2024



| | |
|---|---|
| **JAN 9** | DHA announces independent medical registry |
| **JAN 31** | DHA releases provider letter with recommendations for ongoing symptoms |
| **APR** | Long-term symptoms continue: |
| | B.D. incapacitating migraines |
| | V.D. asthma; Richelle asthma, eczema, ocular migraines, anxiety, and depression |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

<u>*/s/ Kristina Baehr*</u>
Kristina Baehr