IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL NO. 1:22-cv-397-LEK-KJM<br>(Federal Tort Claims Act)<br><br><br><br><br>TRIAL DATE: April 29, 2024<br>JUDGE: Hon. Leslie E. Kobayashi |

**RICHELLE DIETZ ATTACHMENT COMPOSITE**
**TABLE OF CONTENTS**

| Tab A | PX-2287 | Photographs |
|---|---|---|
| Tab B | PX-2232 | Heat Map |
| Tab C | PX-1013 | Dietz Lease |
| Tab D | PX-1066 | Photographs |
| Tab E | PX-2236 | Social Media Posts |
| Tab F | PX-2238 | Social Media Posts |
| Tab G | PX-1042 | Photographs |
| Tab H | PX-2239 | Photograph |
| Tab I | PX-1470 | 12/18/2023 EPA Drinking Water Complaints Investigation Report |

# TAB A



Confidential



Confidential

PLAINTIFFS_RH_0146995



Confidential

PLAINTIFFS_RH_0146973

Confidential

PLAINTIFFS_RH_0149843



Confidential

PLAINTIFFS_RH_0147247

# TAB B



US_RHFTCA_00373776

# TAB C





## OFFER OF ASSIGNMENT TO HOUSING – VACANT HOME

Name: Bryan Dietz          Pay Grade/Status: E7    Branch of Service: Navy

You are hereby offered assignment to the following home at:

Address: 731 Ohana Nui Cirlce , Honolulu, HI 96818

Effective date of offer: 2/12/2021          Response due by: 5pm on 2/14/2021

The home will be available on or around: 2/12/2021

- **The home is ACCEPTED:** ___BD___ (initial) I **Accept** the above offer.

- **The offer is DECLINED:** _____ (initial) I **Decline** the above offer.
    o First Decline: I understand that if I decline the first home offered by Hickam
      Communities, I may remain on the wait list in the same position and with the
      same eligibility date.
    o Second Decline: I understand that a second home offer decline may result in a
      change of my eligibility date and wait list position if the housing management
      office and installation commander determine the home offers were satisfactory.

Comments: _____


## Important Information to know:

- Please respond by the above due date to secure your new home. Failure to
  **respond in writing** prior to offer expiration will be considered a declination.
- Active Duty Air Force applicants on TLA:
    o Are required to turn in all accept/decline home offer letters to the Military
      Housing Office. The acceptance/declination of a home may impact TLA.
    o The first home offer will be the first available home within the applicant's
      rank and bedroom qualification.

Prospective Resident's Signature: _Bryan Dietz_          Date: _____

Hickam Communities Representative: _____    Date: 2/12/2021

Alicia Clark          , Leasing Consultant

Phone: 808-423-0381    Email: Alicia.Clark@_____

Hickam Communities LLC
211 Mercury Street, Honolulu, HI 96818  www.hickamcommunities.com  www.lendlease.com
T 808 423 2300  F 808 423 1645



PLAINTIFF'S
TRIAL EXHIBIT
**PX-1013**

DocuSign Envelope ID: 4DE84965-3D0F-4E41-88C9-3560CE585C04

**HICKAM**
COMMUNITIES

Created by
**lendlease**

# WE ARE HERE FOR YOU!

Our mission is to provide outstanding communities where military families live, work and thrive. Hickam Communities works to maintain the highest quality living environment for our residents through a comprehensive maintenance program.



Your home is prepared by our experienced maintenance technicians, painters and cleaners during our **Certified Home process.** Our team members inspect all key areas of the home prior to you moving in and repair or replace items as necessary. Our comprehensive home inspection includes a review of:

- Life / safety (smoke detectors, CO detectors, fire suppression systems, etc.)
- Doors, windows, window coverings, plumbing fixtures, lighting, switches, appliances
- Heating and air conditioning systems, hot water systems, building envelope, building exteriors

Once we've certified the home, the military partner also inspects the home to validate the home's health and safety. You can be assured that you will be given a clean, safe residence to call home.

Our **preventive maintenance** program is a proactive program to inspect and maintain each home. During each inspection, we check the performance and safety of all mechanical systems and life, health and safety devices in your home. The preventive maintenance program:

- Increases the life expectancy of equipment and systems in your home and reduces the number of maintenance issues you may experience
- Improves the efficiency of the systems in your home and supports our commitment to sustainability

We offer a **Permission to Enter** (PTE) program for your convenience. Registering for a PTE allows our team to complete service requests you submit without requiring a member of the household over the age of 18 to be present. This service is offered as an option free of charge for your convenience.

We offer **24/7 emergency maintenance service** for all your maintenance needs throughout residency. There are several convenient ways to place a maintenance request with our responsive local team.

- Call our maintenance hotline at (808) 423-1650
- Routine maintenance requests can be submitted through the Resident Portal at www.hickamcommunities. com > Residents > Maintenance Requests
- Download the FREE Rent Café App at the Apple App Store or on Google Play and submit routine service requests, view current work order status and more

We partner with **SatisFacts** to conduct our customer satisfaction surveys. Throughout residency you will receive surveys requesting feedback within 24 hours of key interactions with our team including after each completed service request visit. The surveys are mobile friendly, include an option for email or SMS delivery, and take just a few minutes to complete. Your feedback is very important to us!



PLAINTIFFS_RH_0076698
PX-1013_0001

DocuSign Envelope ID: 4DE84965-3D0F-4E41-88C9-3560CE585C04

**House Address:** 731 Ohana Nui Cir , Honolulu HI 96818

**Report Date:** 02/09/2021

**Bedrooms:** 3    **Baths:** 2.50    **Year Home Built:** 2008    **Year Home Privatized:** 2008

As a prospective Tenant in this Community, you have the right to be provided with a maintenance history of the prospective housing unit before signing a lease. The attached Report provides the maintenance history, to include renovations, of the housing unit being offered to you to lease, for the previous 7 years (or, if less than 7 years, the time period the housing unit has been in the inventory). You have two (2) business days from the time you receive the attached Report to review it and request additional detailed information on any or all items listed in the attached Report before being asked to sign the lease. The additional detailed information for specific items listed in the attached Report that you identify will be provided within two (2) business days of your request. You have two (2) additional business days from the time you receive the additional information you requested to review it before being asked to sign the lease.

Our mission is to provide an outstanding community for military families to live, work, and thrive. We work to maintain the highest quality living environment for our Tenants through a comprehensive community management and maintenance program. Our maintenance program is a proactive program to inspect and maintain each home. During each inspection, we check the performance and safety of all mechanical systems and life, health, and safety devices in your home. We periodically inspect and service homes to ensure continued performance.

As a Tenant, you have the right to reside in a home that has working fixtures, appliances, and utilities and to reside in a community with well-maintained common areas and amenity spaces. Our experienced maintenance teams adhere to stringent maintenance and environmental management program standards and protocols. They follow all applicable local, state, and federal laws and regulations associated with completing maintenance related work. We are fully committed to the safety and well-being of all our Tenants. We investigate all maintenance and environmental inquiries and take any health or safety issue very seriously.

Our professional onsite community management and maintenance teams are here to serve you. If you have any questions or concerns regarding potential conditions of your future housing unit based on the attached Report, **or if you would like to request more detail for any or all items listed in the attached Report**, please contact the Community Management Office at (808) 423-3081.

*As a reminder, Tenants should immediately contact their Community Management Office or submit a work order request to report any apparent hazards as well as any defective, broken, damaged, or malfunctioning building systems, fixtures, appliances, or other parts of the housing unit, the common areas, or related facilities.*

DocuSigned by:

*Bryan Dietz*

Signature of Prospective Tenant                    Signature of Leasing Personnel

PLAINTIFFS_RH_0076699
PX-1013_0002

Below is a list of service requests performed on the home you have been offered within the past seven years.
The list includes service requested by past residents as well as internal work orders such as preventive
maintenance and change of maintenance (COM) work performed on the home during that timeframe.

## Property:
## Unit: 0731OHAN

| Call Date | Type | Call Date | Type |
|---|---|---|---|
| 03/18/2014 | 1401-As Needed PM | 01/03/2019 | 0224-Door- Screen/Storm- Repai |
| 09/08/2014 | 0700-HVAC- Repair | 01/03/2019 | 0700-HVAC- Repair |
| 01/03/2015 | 0634-Tree- Remove | 01/22/2019 | 0799-HVAC- Replace CRR |
| 04/10/2015 | 1401-As Needed PM | 01/23/2019 | 1400-Annual |
| 09/16/2015 | 0219-Door- Exterior- Repair | 01/24/2019 | 0804-Lock- Rekey |
| 10/16/2015 | 0219-Door- Exterior- Repair | 04/09/2019 | 0719-Roof Cleaning |
| 01/20/2016 | 1203-Commode- Repair | 06/21/2019 | 0700-HVAC- Repair |
| 02/02/2016 | 0711-Water Leak- HVAC | 06/25/2019 | 0100-Appliance- General- Rpr |
| 02/16/2016 | 0103-Dishwasher- Repair | 07/01/2019 | 1246-Water- Leak- Unknown |
| 02/22/2016 | 1704-COM Cleaning | 09/19/2019 | 0104-Dryer- Repair |
| 02/22/2016 | 1702-COM Painting | 09/19/2019 | 0700-HVAC- Repair |
| 02/22/2016 | 1701-COM Maintenance | 09/19/2019 | 1203-Commode- Repair |
| 02/22/2016 | 1703-COM Flooring | 09/19/2019 | 1203-Commode- Repair |
| 02/22/2016 | 1705-COM Maintenance CRR | 09/19/2019 | 0219-Door- Exterior- Repair |
| 02/22/2016 | 1706-COM Flooring CRR | 09/22/2019 | 0411-Light Fixture- Int.- Rpr |
| 02/22/2016 | 1701-COM Maintenance | 01/13/2020 | 0719-Roof Cleaning |
| 03/23/2016 | 1239-Water Heater- Repair | 01/17/2020 | 0719-Roof Cleaning |
| 04/05/2016 | 0224-Door- Screen/Storm- Repai | 02/07/2020 | 1400-Annual |
| 04/05/2016 | 0200-Carpentry- General- Rpr | 02/10/2020 | 0719-Roof Cleaning |
| 05/23/2016 | 0500-Floor Covering Repair | 03/17/2020 | 0400-Electrical- General- Rpr |
| 01/25/2017 | 0719-Roof Cleaning | 03/17/2020 | 0704-Filter- HVAC- Change |
| 02/07/2017 | 0700-HVAC- Repair | 04/07/2020 | 0700-HVAC- Repair |
| 02/09/2017 | 0414-Smoke/CO Detector Repair | 06/15/2020 | 0100-Appliance- General- Rpr |
| 02/10/2017 | 0266-Wall- Interior- Repair | 06/15/2020 | 0199-Appliance Replace- CRR |
| 03/01/2017 | 0400-Electrical- General- Rpr | 09/01/2020 | 0400-Electrical- General- Rpr |
| 04/07/2017 | 0411-Light Fixture- Int.- Rpr | 09/01/2020 | 0204-Cabinets- Bathroom- Rpr |
| 04/10/2017 | 0412-Outlet- Repair | 09/05/2020 | 0700-HVAC- Repair |
| 05/02/2017 | 1239-Water Heater- Repair | 09/08/2020 | 0700-HVAC- Repair |
| 05/02/2017 | 0700-HVAC- Repair | 09/08/2020 | 1211-Faucet- Repair |
| 05/05/2017 | 0700-HVAC- Repair | 09/16/2020 | 1234-Sink- Bathroom- Repair |
| 06/02/2017 | 0227-Door- Garage- Repair | 12/26/2020 | 1406-Clean A Coil |
| 08/22/2017 | 0266-Wall- Interior- Repair | 12/26/2020 | 1400-Annual |
| 09/19/2017 | 0219-Door- Exterior- Repair | 12/26/2020 | 0716-Pressure Washing |
| 09/26/2017 | 1400-Annual | 12/26/2020 | 1701-COM Maintenance |
| 01/26/2018 | 1239-Water Heater- Repair | 12/26/2020 | 1703-COM Flooring |
| 01/26/2018 | 0224-Door- Screen/Storm- Repai | 12/26/2020 | 1704-COM Cleaning |
| 01/26/2018 | 0219-Door- Exterior- Repair | 12/26/2020 | 1702-COM Painting |
| 01/26/2018 | 0710-Thermostat- Repair | 12/26/2020 | 1705-COM Maintenance CRR |
| 03/05/2018 | 0719-Roof Cleaning | 02/02/2021 | 0717-Gutters Cleaning |
| 05/03/2018 | 1000-Painting Interior- Gen | | |
| 05/17/2018 | 1234-Sink- Bathroom- Repair | | |
| 05/18/2018 | 0411-Light Fixture- Int.- Rpr | | |
| 08/27/2018 | 0711-Water Leak- HVAC | | |
| 08/27/2018 | 1239-Water Heater- Repair | | |
| 09/11/2018 | 0109-Range- Repair | | |
| 09/11/2018 | 1239-Water Heater- Repair | | |
| 09/11/2018 | 0711-Water Leak- HVAC | | |
| 09/11/2018 | 0411-Light Fixture- Int.- Rpr | | |
| 09/25/2018 | 1203-Commode- Repair | | |
| 12/14/2018 | 0104-Dryer- Repair | | |

PLAINTIFFS_RH_0076700
PX-1013_0003

DocuSign Envelope ID: 4DE84965-3D0F-4E41-88C9-3560CE585C04

 **HICKAM** COMMUNITIES

 Created by **lendlease**

Aloha Bryan Dietz ,

We are so excited to have you as part of our Ohana! Please see some important information and the appointments for your upcoming move in at 731 Ohana Nui Circle, Honolulu, HI 96818 :

Showing: 2/11/2021 at 4pm at 731 Ohana Nui Circle

Lease Signing: 2/13/2021 at 8am at Virtual Lease Signing

Virtual Move In / Keys: 2/13/2021 between _____ Via Lock Box/Code

Physical Move In / Keys: _____ at _____ at _____

Prorated Rent Due: $0 on 2/13/2021 to Hickam Communities

Deposit Due: $_____ prior to move in

Pet Fee Due: $_____ at move in

*All payments can be made to your Community Center via debit card, credit card, cashier's check, money order or personal check. If you wish to make a payment on-line, please register through Rent Café:

https://www.rentcafe.com/residentservices/hickam-communities/userlogin.aspx

Please email or drop off the following documents to your leasing consultant 24-hours before your move in appointment:

_____    _____

_____    _____

As a new resident, please reach out to your Community Center if you have any questions or concerns. We are here to for you and your family!

☑ Earhart Community Center
- ○ 210 Kokomalei Street (behind the leasing office by the gas station and shopette)
- ○ 808-853-3790
- ○ earhart@hickamcommunities.com
- ○ 24 Hour Fitness Center

☐ Hale Na Koa Community Center (Ka Makani)
- ○ 1215 Owens Street (off of 12th St, between Porter Ave and Signer Blvd)
- ○ 808-853-3791
- ○ halenakoa@hickamcommunities.com
- ○ 24 Hour Fitness Center

**Hickam Communities LLC**
211 Mercury Street, Honolulu, HI 96818   www.hickamcommunities.com   www.lendlease.com
T 808 423 2300  F 808 423 1645



DocuSign Envelope ID: 4DE84965-3D0F-4E41-88C9-3560CE585C04





# RESIDENTIAL LEASE AGREEMENT

## Hickam Communities

This Residential Lease Agreement ("Agreement" or "Lease") is
between Bryan Dietz _____ (the senior ranking service member to be residing in the
home hereinafter referred to as "Resident") and Hickam Communities LLC ("Landlord"). Landlord hereby
leases 731 Ohana Nui Circle, Honolulu, HI 96818 _____ (the "Premises") at
Hickam Air Force Base _____ (the "Installation") to the Resident, for the term specified below and subject
to the provisions of the Agreement.

### 1. TERM OF OCCUPANCY

The term commences _____ February 13th, 2021 and shall continue for a period of twelve (12)
complete calendar months and shall thereafter continue on a month-to-month basis according to Hawaii law,
unless Resident or Landlord receives written notice from the other party at least thirty (30) days prior to the end
of the fixed term that this Agreement will not automatically convert to a month-to-month term.

If Resident is on a month-to-month rental agreement, Resident must give written notice to Landlord at least
twenty-eight (28) days in advance to terminate and must pay rent for the twenty-eight (28) days. Landlord must
give at least forty-five (45) days' written notice to Resident to terminate.

   (a) It is mutually agreed that if Resident is a military service member, Resident may terminate this
Agreement for the following reasons by providing not less than thirty (30) days' notice to the Landlord of
such termination unless the thirty (30) days cannot be made, at no fault of Resident (e.g., short notice re-
assignment or deployment), and including with such notice a copy of his/her official orders, or if official
orders have not yet been issued, by providing a copy of official orders within three (3) business days of
receipt of orders:

      (i)  Permanent change of station (PCS) orders
      (i)  Deployment orders of at least 90 days.
      (ii) Retirement; or
      (iii) Release from active duty.

Resident must clear the premises within 45 days of the date of retirement or separation, unless otherwise agreed
to by all parties to this Agreement. A new Agreement shall be entered into by the parties to continue occupancy
of the Resident.

If all of the Resident's Authorized Occupants no longer reside with Resident or the Resident no longer resides
in the Premises, Resident shall no longer be eligible to reside in or occupy the Premises, and Resident's
occupancy thereof shall terminate within 45 days of such change in status. It is the Resident's responsibility to
notify Landlord immediately of such change in status. If housing is available within the Installation, Landlord will
work with occupant to determine alternative housing options. If housing is not available, Resident will work to
aggressively seek off-base housing to comply with the 45-day requirement. If the Resident does not physically
reside in the Premises while on temporary duty (TDY), Landlord deems the Resident to still be a Resident of the
Premises.

   (c) Military Authorized Occupants may be permitted to continue to occupy the Premises in the following
circumstances and upon payment of applicable rent amounts when due:

      (i)  While the service member is serving an unaccompanied or restricted tour or temporarily detailed
within the United States;



Confidential

PLAINTIFFS_RH_0076702
PX-1013_0005

DocuSign Envelope ID: 4DE84965-3D0F-4E41-88C9-3560CE585C04





(ii) While the service member is officially declared missing or captured as a result of his/her military service until such time as Basic Allowance for Housing ("BAH") is no longer authorized or the particular military service changes the service member's status; or

(iii) Upon the death of the service member, a military family member may be allowed to reside in the Premises for up to the number of days authorized by law or military policy after the death of the service member. The military family member will assume all obligations under this Agreement, and rent will be due at the beginning of each month for that month in an amount equal to the service member's monthly BAH entitlement at the time of death. Landlord also may require the surviving family member to execute a new lease agreement.

In each case described in subparagraph c., above, the service member or service member's representative may terminate this Agreement at any time by providing not less than thirty (30) days' notice in writing to the Landlord of such termination date.

## 2. AUTHORIZED OCCUPANTS

Resident acknowledges that the Premises is a single-family dwelling and will be used for occupancy by one family only. Resident agrees that only Resident and the following family members of Resident are authorized to reside in the Premises.

Spouse: Richelle Dietz _____ Is the spouse in the Military? YES [ ] NO [✓]

Names of other Authorized Occupants (who, with spouse, are referred to in this Lease as "Authorized Occupants"):

B▮ D▮_____  V▮ D▮_____

_____  _____

_____  _____

No persons other than those identified in this Agreement are authorized to reside in the Premises. Resident shall promptly notify Landlord of any changes regarding the status of family members residing in the Premises; such notification shall include the family member's name.

Resident agrees and acknowledges that the spouse and any other authorized occupant listed in Section 2 has no independent or separate right under this Lease to occupy the Premises. Therefore, if Resident becomes divorced from the spouse listed above, Landlord shall have the right to evict the spouse and any other authorized occupant listed in Section 2 of this Agreement from the Premises even if rent is still being paid. Resident is ultimately responsible for paying all costs and expenses under this Agreement including rent as well as all costs (including legal fees) involved in removing the spouse and any other occupant from the Premises including that of an eviction proceeding.

## 3. RENT:

(a) Resident hereby gives authorization to Landlord to maintain the allotment from Resident's military pay equal to the amount of Resident's rent.

(b) Rent for any partial month shall be prorated. The prorated portion of the first month's rent is due upon commencement of this Agreement for the number of days the Resident has possession of the Premises during the move-in month. Payments of prorated rent shall be made by personal check, certified funds (certified bank check, cashier's check, money order), debit/credit card, or by allotment. Rent for the first full month will be paid by allotment on the first day of the following month. All subsequent payments for monthly rent will be paid by BAH allotment and shall be payable on the first day of the following month.



Confidential

DocuSign Envelope ID: 4DE84965-3D0F-4E41-88C9-3560CE585C04





(c) After the end of the term of occupancy and move-out, Landlord shall issue any refund due, less any monies owed to Landlord, within fourteen (15) business days after receipt of the BAH allotment. Any money (other than rent) due to Landlord must be paid at time of termination or expiration. In Resident's absence, Resident's designated representative may sign this Agreement and initiate or modify BAH allotments upon presentation to Landlord of a duly notarized Special Power of Attorney. Failure to pay rent on or before the due date constitutes a default under this Agreement. If any rental payment is not received within five (5) days from the due date, Resident agrees to pay a late fee of fifty dollars ($50.00), for each month an amount is past due.

(d) Resident also agrees to pay an additional charge of thirty-five Dollars ($35.00) for each check returned or electronic draft refused, returned or unpaid. Upon the second occurrence of non-sufficient funds, payments must be provided via certified funds (certified bank check, cashier's check, money order) or debit/credit card. All such administrative and additional charges shall be due by first day of the next calendar month, unless this Agreement has been terminated or expired, in which case such administrative charges shall be due to Landlord immediately upon move-out.

The monthly rent shall be equal to (CHECK ONLY ONE BOX):

### ☑ RENT: Basic Allowance for Housing (BAH)

(a) Monthly rent is equivalent to the Resident's Basic Allowance for Housing ("BAH") at the "With Dependents" rate at the Installation for the rank of the highest-ranking active duty military member residing in the Premises. In a dual military resident situation, rent equals the "With Dependents" BAH at the rank of the highest-ranking active duty military member residing in the Premises, and only one allotment will be set up on the highest ranking Resident's account. If there is any increase in the BAH rate at the Installation for the rank of the highest-ranking military member residing in the Premises, the rent shall be increased accordingly to reflect such increase. These changes may be location specific or changes that affect all service members in the applicable service branch. Any decrease in the BAH at the "With Dependents" rate at the Installation for the rank of the highest ranking military member residing in the Premises will not result in a decrease in the rent provided and so long as the highest ranking military member residing in the Premises benefits from rate protection (also known as grandfathering) as outlined by the Office of the Secretary of Defense.

(b) The BAH is based on the zip code of the service member's duty assignment, therefore the BAH of the individual service member may differ from the BAH at same rank at the Installation. If the BAH at the Installation for the highest-ranking active duty military member residing in the Premises is different from the BAH for the same rank at the applicable duty station, Resident understands the difference and, by signing this Agreement, acknowledges his/her acceptance of such difference and agrees to pay such difference if the rent at the Installation is higher.

(c) In a dual military resident situation, if the Primary or Secondary Resident receives a promotion that results in a BAH that exceeds the current rental rate, the Resident must notify Landlord. If Resident's spouse is an active duty military member not party to this Agreement, Resident shall promptly notify Landlord if his/her spouse becomes the highest-ranking military member residing in the Premises. The allotment will be adjusted to reflect the higher-ranking Resident's BAH "With Dependents" rate. A new rental agreement will be required to switch the primary Resident to the new higher-ranking Resident.



Confidential

PLAINTIFFS_RH_0076704
PX-1013_0007





(d) Payment is due on the first day of the month for the previous month's rent (payment in arrears). If neither Resident nor Resident's spouse qualifies for BAH at the "with dependent" rate for any reason, Resident shall thereafter pay Landlord on the first day of each month until this Agreement is terminated rent equivalent to the BAH for the designated rank applicable to the Premises as of the date neither Resident nor Resident's spouse qualifies for BAH at the "with dependent rate" or the designated market rent for the premises.

(e) Payment shall be made by payroll allotment/deduction from Resident's pay account to Landlord. Payment is made in arrears and must be received by Landlord on or before the first day of the following month.

(f) If Resident does not qualify for BAH at the "with dependent" rate for any reason, Resident shall pay Landlord on the first day of each month the applicable BAH or market rent for the Premises including any difference in rent.

☐ **RENT: Promotional Rate**
The monthly rental rate shall be $ N/A_____.  Rent will be reviewed annually and Landlord shall notify Resident(s) in writing of any increase in rent at least forty-five (45) days prior to renewal of this Agreement. Payment shall be made by payroll allotment/deduction from Resident's pay account to Landlord.

Payment for the first month's rent will be prorated: The prorated portion of the first month's rent is due upon commencement of this Agreement for the number of days the Resident has possession of the Premises during the move-in month. Payments of prorated rent shall be made by certified funds (certified bank check, cashier's check, money order), debit/credit card, personal check, or by allotment. Rent for the first full month and subsequent months will be paid by allotment on the first day of the following month.

A security deposit in the amount of $ N/A_____ will be charged to cover any damages to the Premises, excepting normal wear and tear; the Premises must be left in the same condition it was received at move-in. Security deposit is due and payable prior to Resident occupying the Premises. The security deposit will be returned within fourteen (14) days after the termination of the rental agreement, with any damages deducted (excluding normal wear and tear). The security deposit may not be used to cover the last month's rent. _____
INITIAL(S)

## 4. UTILITIES
Landlord shall provide Resident with the following services: electricity, gas, water, sewer and refuse collection. Resident shall be responsible for arranging and paying for his/her own cable, telephone and data communications, and all other services not specifically provided by Landlord.

(a) Landlord reserves the right to change Resident's or Landlord's respective responsibilities for payment of utilities and services pursuant to this Agreement by giving Resident a reasonable notice period of such changes, prior to implementation of the changes.

(b) Notwithstanding the foregoing notification provision, the installation-wide implementation of the Air Force Resident Energy Conservation program establishes a utility allowance for electric and gas usage. Please Check One:
☑ This home is metered and is or will be included in the Air Force Resident Energy Conservation Program. A utility allowance, determined by typical usage based on unit type and identified as a portion of rent, may be determined by Landlord and Resident shall be responsible for electricity and gas costs that are in excess of such utility allowance. Resident may also be eligible for rebates for energy conservation below



Confidential

DocuSign Envelope ID: 4DE84965-3D0F-4E41-88C9-3560CE585C04





the utility allowance. Further information regarding the Air Force Resident Energy Conservation Program is available on the website and provided to the Resident upon move in.    Failure to pay utility bill may result in termination of this Lease and/or eviction.

☐ This home is either not metered or will not be included in the resident energy conservation program. Electric and gas costs are included in rent.

(c)   Payment of such costs shall be deemed additional rent hereunder and will be due within five (5) days after being invoiced to Resident.

## 5.  PROPERTY AND LIABILITY RENTERS INSURANCE

Landlord shall not be liable to Resident, other occupants of the Premises, or any guests or persons who are on the Premises for injuries or losses to person or property except to the extent such damage or injury solely arises from the acts or omissions of Landlord or its agents, servants or employees. Resident acknowledges that neither Landlord nor the Government has any liability whatsoever for any loss or damage to Resident's personal property or leasehold improvements. Resident shall be liable for all damages to the Premises arising from the fault or neglect of Resident, other occupants, guests, other persons and/or pets who might be on the Premises, other than that caused by ordinary wear and tear.

Resident acknowledges that Landlord is not providing any renters insurance in connection with this Lease. Resident is encouraged to obtain renter's insurance at Resident's cost. Resident acknowledges that Landlord is not responsible for the performance by any insurance carrier under any policy of insurance, including any payment for Resident's losses.  Resident also acknowledges Landlord is not responsible for Resident losses resulting from flood, earthquakes, natural disasters, power failures, fire or any other cause where Landlord was neither negligent nor the proximate cause of Resident's loss.

Landlord shall not be liable to Resident, Resident's family members, guests, or invitees for any damages, injuries or losses to person or property caused by crime, vandalism, fire, smoke, pollution (including second hand smoke), water, lightning, rain, flood, water leaks, hail, ice, snow, explosion, interruption of utilities, electrical shock, defect in any contents of the Premises, latent defect in the Premises, latent defect in the building or adjacent areas, acts of nature, other unexplained phenomena or casualties, acts of other residents or their guests or pets, or any other event not caused by the negligence of Landlord or its agents, or their respective employees or representatives, acting in the course and scope of employment.  Resident expressly acknowledges that Landlord has made no representations, agreements, promises, or warranties regarding security of the Premises or surrounding community.  Landlord does not guarantee, warrant or assure Resident's personal security.

## ⓺NⒹ️ITION OF PREMISES

Resident and Landlord agree that, prior to beginning occupancy of the Premises, they will conduct a joint inspection of the Premises. Resident hereby acknowledges that, except as set forth in the Move-In/Move-Out Inspection Form, the Premises were delivered to Resident in good order and repair and in a safe, clean and habitable condition. Resident further acknowledges his/her responsibility for maintaining the cleanliness of the Premises.  Damage to the Premises which (i) is not described on the Move-In/Move-Out Inspection Form as existing prior to Resident's occupancy or (ii) exceeds reasonable wear and tear is subject to being repaired by Landlord at Resident's expense.

Landlord and Resident shall conduct an exit walk through inspection of the Premises upon the termination of this Agreement. Using the Move-In/Move-Out Inspection Form that was used to record the condition of the



Confidential                                                                                                    PLAINTIFFS_RH_0076706
PX-1013_0009

DocuSign Envelope ID: 4DE84965-3D0F-4E41-88C9-3560CE585C04





Premises at the inception of this Agreement, Landlord shall itemize any damages to or deficiencies in the condition of the Premises which exceed normal wear and tear. Landlord shall provide Resident with a copy of the Move-In/Move-Out Inspection Form. Resident shall provide Landlord with Resident's forwarding address to facilitate any further necessary communication between the parties, including the payment of any refunds owed Resident by Landlord. Landlord will provide Resident with an itemized statement that clearly describes any damages caused by Resident's noncompliance with provisions of this Agreement and the charges imposed by Landlord to repair the damage or otherwise correct the deficiencies caused by Resident's non-compliance with this Agreement and the Resident Guide.

After the termination of this Agreement in accordance with its terms, any refund of rent due Resident by Landlord, less any amount owed to Landlord by Resident for damages or other charges under this Agreement or the Resident Guide, will be paid within fifteen 15) days after Landlord's receipt of Resident's final payment of rent owed pursuant to this Agreement. Any amounts owed Landlord by Resident, including, but not limited to, rent, utilities, and damages to the Premises, which are not paid within 30 days of the date due are subject to collection attempts by Landlord being submitted to a collection agency by Landlord for collection with interest and/or suit brought against Resident in court to collect the debt.

## 7.  RESIDENT GUIDE - RULES AND REGULATIONS

Residents are responsible for the conduct of their family members, guests, and pets.  In addition to this Agreement, Resident, all Authorized Occupants and all guests of Resident shall also comply with, and shall be subject to, the terms of the Resident Guide (including any modifications or changes thereto which may be made by Landlord from time to time). The Resident Guide is hereby fully incorporated into this Agreement by this reference. Any modifications or changes to the Resident Guide shall be effective after forty-five (45) days' notice is given by publication of such modifications or changes [or by publication on Landlord's website]. By signature(s), Resident acknowledges access to a copy of the Resident Guide on the Landlord's website or receipt of a current paper copy of the Resident Guide upon request and agrees to comply with, and be subject to, its terms. Failure of Resident to take corrective actions when notified of violations by Landlord may result in a monetary penalty.  Violation of the terms of the Resident Guide may result in fines or the termination of this Agreement by Landlord and, if necessary, eviction.



Resident acknowledges they have access to and are encouraged to review the safety information in the Resident Guide and have viewed a safety video prior to occupancy.

Resident Acknowledgement Regarding Museum and Historic Homes: I understand that the Premises I have accepted in connection with this Lease has not    been designated as a Historic Home                    .  If the accepted Premises is a Museum or Historic Home, I understand that I am required to comply with the additional restrictions, stipulations and conditions set forth in the Museum and Historic Homes Care Book, provided on the Landlord's website or by receipt of a current physical copy upon request.

## PROHIBITED CONDUCT

In addition to the rules and regulations outlined in the Resident Guide, Resident agrees as follows:

(a)  Resident shall not possess, store, use or otherwise permit anyone to possess or sell illegal materials or substances on the Premises, including but not limited to illegal weapons, dangerous substances or plants, illegal drugs, explosives, or chemicals with which illegal drugs or explosives may be produced. Possession of such contraband or illegal items constitutes a breach of this Agreement by Resident and may, at the option of Landlord, result in immediate termination of this Agreement and, if necessary, eviction.



Confidential

PLAINTIFFS_RH_0076707
PX-1013_0010





(b) Resident shall not permit illegal gambling on the Premises, or install, operate, or permit to be installed or operated, any device which is illegal, or use or permit the Premises to be used for any illegal business or purpose, or, sell or commercially store or dispense or permit the sale, or commercial storage or dispensing of beer or other intoxicating liquors on the Premises, without the prior written permission of Landlord.

(c) Resident shall not keep or have or allow any other person to keep or have on the Premises any article, liquids, chemicals or thing of a dangerous, inflammable or explosive nature that might unreasonably increase the danger of fire, explosion, or cause physical illness, or that might be considered hazardous or extra hazardous by federal, state or county fire/safety officials or under the provisions of any applicable insurance policy affecting the Premises. Should Resident or any other person keep or have any such materials on the Premises, Resident shall be financially responsible for any injury and/or damages resulting therefrom. Failure of Resident to remove said materials upon written request of Landlord may, at the option of Landlord, result in immediate termination of this Agreement and, if necessary, eviction.

## 8. USE AND QUIET ENJOYMENT
Subject to the terms of this Agreement and the Resident Guide, Resident shall be entitled to enjoy the use of the Premises provided that such use does not disturb other residents, create a public nuisance or result in any other violation of this Agreement or the Resident Guide.

## 9. ASSIGNMENT AND SUBLETTING
No assignments of this Agreement nor subleases, licenses or concessions of the Premises are permitted without the prior written consent of Landlord in its sole and absolute discretion. Any such assignments, subleases, licenses or concessions made without the prior written consent of Landlord shall be void and of no force and shall constitute a breach of this Agreement by Resident and subject Resident to termination of this Agreement, and if applicable, eviction and/or claims by Landlord for monetary damages.

## 10. LEASE CANCELLATION
Except as provided in paragraph 1 above, if Resident terminates this Agreement prematurely, Resident shall be liable for the LESSER of (a) the entire rent for the remainder of the term, or (b) the daily rent for the period necessary to re-rent the dwelling, plus a 10% cancellation fee (Fee calculated based on the full month rent agreed upon in Section 3, Rent and Rent: Basic Allowance for Housing (BAH) (or Rent: Special Rate). Resident shall give Landlord a minimum of thirty (30) days written notice of lease cancellation.

## 11. EVICTION
Landlord may terminate this Agreement and, if necessary, evict Resident for Resident's failure to pay rent or for one or more other violations by Resident of this Agreement or the Resident Guide.

## 12. HOLDOVER
If Resident remains in possession of the Premises after the termination of this Agreement, Resident shall be deemed to be in breach of this Agreement and Landlord may, if necessary, evict Resident. Upon such a holdover by Resident, in addition to being obligated to pay to Landlord's attorney's fees, court costs and any ancillary damages incurred by Landlord as a consequence of the holdover by Resident, Resident shall be liable to Landlord for a sum that is twice the monthly rent provided for under this Agreement, calculated on a daily basis for each day the Resident remains in possession of the Premises.

## 13. ABANDONMENT OF PREMISES
If Resident abandons the Premises, Landlord will be free to retake possession of the Premises without need for an eviction proceeding. Abandonment means that the Resident has no intention of continuing or resuming the tenancy and shall include, but not be limited to the following: Nonpayment of rent or other costs or expenses relating to the Premises to be paid by Resident along with one of the following:



Confidential

PLAINTIFFS_RH_0076708
PX-1013_0011

DocuSign Envelope ID: 4DE84965-3D0F-4E41-88C9-3560CE585C04





(a) Renting or residing at another location;(b) Removing the majority of the belongings;( c) Being AWOL from the military; or

(d) Otherwise indicating that the Resident has no intention of continuing or resuming the tenancy. Nothing contained in this paragraph herein shall limit the obligations of the Resident under this Agreement.

Any personal property left in the Premises after Resident has vacated, has been evicted or has terminated this Agreement is considered abandoned. If Landlord determines the personal property to be of value, Landlord will mail a notice to Resident at Resident's forwarding address. If Landlord does not receive a response and/or the abandoned property is not claimed within fifteen (15) days, Landlord has the right to dispose of the abandoned property pursuant to Hawaii law.

## 14. SEVERABILITY

If any provision or clause of this Agreement is held invalid by a court of law of applicable jurisdiction, such invalidity shall not affect other provisions or applications of this Agreement that can be given effect without the invalid provision and to this end the provisions of this Agreement are declared to be severable.

## 15. MODIFICATION

Any modification to the terms and conditions of this Agreement to be effective must be executed in writing and signed and dated by the parties.

## 16. CONFLICTS

The terms of this Agreement shall take precedence over any conflicting terms between this Agreement and the Resident Guide.

## 17. DISPUTES

All disputes between the parties of this Agreement shall be resolved by mediation and/or binding arbitration in accordance with the terms and provisions of the Resident Guide. The prevailing party in binding arbitration and/or other legal process shall be entitled to recover its reasonable attorneys' fees and costs incurred in relation to the dispute from the non-prevailing party.

## 18. CASUALTY

Resident may terminate this Agreement if any part of the Premises reasonably necessary for the benefit and enjoyment of the Premises shall become partially or wholly uninhabitable because of fire, condemnation or other casualty that is not the result of Resident's negligence, Resident's willful acts or omissions or the negligence or willful acts or omissions of Resident's family members, guests, or invitees. If Resident fails to notify the Landlord within one week after vacating the premises, Resident is responsible for payment of rent up to the time Landlord receives notice Resident has vacated. If Resident does not terminate this Agreement, the rent shall cease during any such period of uninhabitability which is the result of fire, condemnation or other casualty that is not the result of Resident's negligence, Resident's willful acts or omissions or the negligence or willful acts or omissions of Resident's family members, guests, or invitees. If Resident continues to live in a portion of a dwelling that remains usable after fire or casualty damage, Landlord shall adjust the rent to cover payment for the portion still usable. However, in the event of a fire, condemnation or other casualty which renders the Premises uninhabitable, Landlord shall have the option to terminate this Agreement upon five (5) days prior notice to Resident. There shall be no cessation of rent if damage to the Premises is the result of the negligence or willful acts or omissions of Resident, or Resident's family members, guests, or invitees.

## 19. ACCESS DURING OCCUPANCY

Landlord or anyone allowed by Landlord, including but not limited to a licensed exterminator for the purpose of pest control, may enter the Premises during the hours of 8:00 a.m. - 5:00 p.m., Monday through Saturday, after giving Resident forty-eight (48) hours advance notice. If there is an emergency, Landlord may enter the



Hickam Communities Resident Occupancy Agreement and Addendums for Active Duty
Revised 9/19/16





Premises without giving Resident advance notice. If the Premises appear to have been abandoned by Resident, Landlord may enter the Premises after providing Resident with forty-eight (48) hour notice, which can include contact via telephone and/or email or, if Landlord is unable to otherwise contact Resident, posting on the Premises.

## 20. KEYS and LOCKS

Resident hereby acknowledges receipt of 3  house keys, 2  mail box keys and 2  remote garage door openers for the Premises. Resident shall return all keys for the Premises to Landlord at time of move-out. Locks may not be changed or added without the written permission of Landlord. Requests to install chain locks, flip locks, barrel bolts, surface bolts or other types of security door guards are generally allowed, but requests must be submitted in writing to Landlord and approved in advance.  Residents will be charged for each lost key, for lock changes and/or for each lost or damaged remote garage door opener.

## 21. REPAIRS

Residents shall make no repairs to the Premises, the fixtures located within the Premises, the building or any adjacent areas without the written approval of Landlord. Resident shall immediately notify Landlord of any damages. Resident shall be financially responsible for all damages, other than normal wear and tear, to the Premises. In this context, normal wear and tear shall mean physical deterioration which occurs in the normal, prudent use for which the Premises were intended, without negligence, carelessness, accident or intentional or wanton abuse of the Premises by Resident, other occupants, guests or other persons, or their pets.

## 22. ALTERATIONS

Resident shall make no alterations to the Premises, the building or any adjacent areas, incur any debt or make any charges against Landlord, or create any lien upon the Premises for any work done or material furnished without the express written consent of Landlord. Any fixtures installed by Resident shall be at Resident's expense; shall be affixed in a manner that will not damage or alter the Premises, the building or adjacent areas; and shall be removed by Resident upon the termination of the Agreement without causing damage to the Premises, the building or adjacent areas. In the event the removal of any such fixture or other personal property of Resident causes damage, Landlord may charge Resident the cost paid for the repair of the damage.

Notwithstanding the foregoing, and in accordance with applicable fair housing laws, Landlord will (i) make reasonable accommodations within the context of and/or exceptions to the rules, policies, practices or services provided to Resident, and (ii) in some circumstances will allow Resident to make certain reasonable modifications as required under such laws to give persons with disabilities access to and use of the Premises. In the event that Resident requests any such accommodation or modification, Resident will be required to sign an addendum to this Agreement regarding the approval and implementation of such accommodations or modifications, as well as restoration obligations, if any.  Resident shall hold Landlord harmless and indemnify Landlord as to any mechanics lien recordation or proceeding caused by repairs or alterations undertaken by or at the request of Resident or other occupants. Upon vacating the Premises, Resident shall (i) remove all interior decorations made by Resident or other occupants and restore the Premises to its condition at the beginning of the term of this Agreement, except for ordinary wear and tear, and (ii) insure that the Premises are clean and free of all personal property and trash.

## 23. PESTICIDES

Prior to 1989, organo-chlorine pesticides were lawfully applied to the soil underneath and around structures at JBPHH to control termites. Although subsequently banned, these pesticides persisted in the soil at JBPHH. In connection with the redevelopment of certain neighborhoods that involved the disturbance of pesticide-impacted soil, Landlord undertook efforts to remediate the top twelve inches of soil in exposed areas, where necessary, to meet site-specific environmental action levels established by Hawaii Department of Health. Pesticide-impacted



DocuSign Envelope ID: 4DE84965-3D0F-4E41-88C9-3560CE585C04





soil in these neighborhoods may nonetheless persist to some extent, especially under hardscapes (e.g. roads, building foundations, sidewalks, driveways, and parking lots) and below the top twelve inches of soil in certain areas. Documents pertaining to these efforts are available at: http://eha-web.doh.hawaii.gov/eha-cma/Org/HEER/. In older neighborhoods that have not undergone extensive redevelopment and/or disturbance of soils by Landlord, pesticide-impacted soil has the potential to exist, particularly within the five foot perimeter surrounding homes and other structures. If disturbed, pesticide-impacted soil can present health risks depending on the nature and duration of exposure, particularly if ingested or inhaled. As a result, the undersigned agrees not to dig or disturb any soil located within Hickam Communities, not to cultivate or consume any vegetables, not to consume fruits from existing trees, to avoid contact with bare soil, and to follow the recommended best practices set forth in the Hickam Communities Resident Guide.

## 24. PETS

Maintaining pets on the Premises is a privilege that may be extended to the Resident. Resident must request and obtain written approval before moving a pet into the Premises, either on a permanent or temporary basis. A Pet Addendum must be completed by Resident, either at move-in or immediately after acquiring a new pet or permitting a pet to enter the Premises. Pet owners are responsible for the conduct of their pet at all times. Resident is strictly liable for the entire amount of any injury that the pet causes to a person or any property. Resident agrees to pay any damages caused by any noncompliance with provisions of this paragraph and those outlined in the Pet Addendum and any charges imposed by Landlord to repair the damages. Resident must comply with all applicable laws and adhere to all conditions, restrictions, orders and regulations regarding pet ownership as set forth in the Pet Addendum attached hereto, the Resident Guide, by the Installation Commander and Landlord. An additional security deposit in the amount of $200.00 is required for any damages caused or any cleaning necessitated by any pets allowed to reside in the Premises under this Agreement. The Premises must be left in the same condition in which it was received at move-in. The pet security deposit is due and payable prior to Resident occupying the Premises or immediately after Resident acquires a new pet or permits a pet to enter the Premises.    Resident [ *BD* ]    Management *AC*

## 25. ADDENDUMS

The following Addenda are hereby included in and made a part of this Agreement:

    Mold
    Lead Based Paint
    Asbestos
    Community Facility
    Pet
    Post and Pier Homes

In witness thereof, Resident and Landlord have executed this Agreement as a sealed instrument as of the date first herein written.

**RESIDENT**

| | DocuSigned by: | |
|---|---|---|
| Bryan Dietz | *Bryan Dietz* | 2/13/21 |
| Print Name | Signature *E1F3DFB7BCA54B3...* | Date |

**LANDLORD PROPERTY MANAGER**

| | | |
|---|---|---|
| Alicia Clark | *A. Clark* | 2/13/21 |
| Print Name | Signature | Date |



Confidential

PLAINTIFFS_RH_0076711
PX-1013_0014

DocuSign Envelope ID: 4DE84965-3D0F-4E41-88C9-3560CE585C04



**HICKAM
COMMUNITIES**
Created by
**lendlease**

THIS MOLD AND MILDEW ADDENDUM is made a part of
the Residential Lease Agreement ("RLA") between Hickam
Communities and the Individuals referenced on Page 1 of the RLA
(hereinafter collectively referred to as "Resident".)

MOLD: Mold is found virtually everywhere in our environment- both indoors and outdoors and in new and old structures. Molds are naturally occurring microscopic organisms, which reproduce by spores and have existed practically from the beginning of time. Without molds we would be struggling with large amounts of dead organic matter. Mold breaks down organic matter in the environment and uses the end product for its food. Mold spores (like plant pollen) spread through the air and are commonly transported by shoes, clothing and other materials. When excess moisture is present inside a dwelling, mold can grow. There is conflicting scientific evidence as to what constitutes a sufficient accumulation of mold which could lead to adverse health effects. Nonetheless appropriate precautions need to be taken.

PREVENTING MOLD BEGINS WITH INFORMING THE RESIDENT: In order to minimize the potential for mold growth in the home, Resident agrees to do the following:

- Provide appropriate climate control and take other measures to retard and prevent mold and mildew from accumulating in the home. Resident agrees to use air conditioning in a reasonable manner and use heating systems in moderation, and to keep the home properly ventilated by periodically opening windows to allow circulation of fresh air during dry weather only. Furniture should be kept 12-inches away from the return air ducts. Resident agrees not to block or cover any of the heating, ventilation or air-conditioning ducts in the home.

- Keep home clean — particularly the kitchen, the bathroom(s), carpets and floors. Regular vacuuming, mopping and using a household cleaner to clean hard surfaces is important to remove the household dirt and debris that harbor mold or food for mold. Immediately throw away moldy food.

- Remove visible moisture accumulation on windows, walls, ceilings, floors and other surfaces —especially if large enough for water to infiltrate into nearby walls.

- When showering, be sure to keep the shower curtain inside the tub or fully close the shower doors. Also, the experts recommend that after taking a shower or bath: (1) wipe moisture off of shower walls, shower doors, the bath tub and the bathroom floor; (2) leave the bathroom door open and exhaust fan on until all moisture on the mirrors and bathroom walls and tile surfaces has dissipated; and (3) hang up towels and bath mats so they will completely dry out. Turn on any exhaust fans in the bathroom and kitchen before showering or cooking with open pots.

- Keep blinds 1 to 2-inches above the windowsill to allow air circulation behind blinds; use ceiling fans if present, and replace air filters on a monthly basis.

- IF SMALL AREAS OF MOLD HAVE ALREADY OCCURRED ON NON-POROUS SURFACES (such as ceramic tile, Formica, vinyl flooring, metal, wood or plastic), AND THE MOLD IS NOT DUE TO AN ONGOING LEAK OR MOISTURE PROBLEM, the Federal Environmental Protection Agency (EPA) recommends that the area is first cleaned with soap (or detergent) and water, let the surface dry, and then within 24 hours apply a pre-mixed, spray-on type household biocide, such as Lysol Disinfectant, Pine-Sol Disinfectant, Tilex Mildew Remover or Clorox Clean. (Note: Only a few of the common household cleaners will actually kill mold.) Tilex and Clorox contain bleach, which can discolor or stain. Be sure to follow the instructions on the container. Applying biocides without first cleaning away the dirt and oils from the surface is like painting over old paint without first cleaning and preparing the surface.

- Always clean and apply a biocide to an area 5 or 6 times larger than any visible mold because mold may be adjacent in quantities not yet visible to the naked eye. A cleaner with a high-efficiency particulate air (HEPA) filter can be used to help remove non-visible mold products from porous items such as fibers in sofas, chairs, drapes and carpets-provided the fibers are completely dry. Machine washing or dry cleaning will remove mold from clothes.

- Resident acknowledges receipt of the Mold 101 Guide.

RESIDEN...

- Any air conditioning or heating system problems disclosed; evidence of a water leak or excessive moisture in the
- Rainwater leaking from roofs, windows, doors and outside walls, as well as flood waters rising above floor level.
- Significant overflows from showers, bathtubs, toilets, lavatories, sinks, washing machines, dehumidifiers, refrigerator or a/c drip pans or clogged a/c condensation lines where carpets are soaked, floor/wall surfaces damaged, etc.
- Leaks from plumbing lines or fixtures and leaks into walls from bad or missing grouting/caulking around showers, tubs and sinks.
- Washing machine hose leaks or leaks from clothes dryer discharge vents (which can put a lot of moisture into the air)
- Excess moisture due to insufficient drying of carpets, carpet pads, shower walls and bathroom floors.

Home as well as in any storage room, garage or other common area.
- Evidence of mold or mildew-like growth in the home that cannot be removed simply by applying a common household cleaner and wiping the area.
- Musty odors, shower/bath/sink/toilet overflows
- Any inoperable doors or windows
- Discoloration of walls, baseboards, doors, window frames or ceilings
- Moldy clothing
- Moisture dripping from or around any vents or air conditioning condenser lines

Landlord will respond in accordance with the local, federal and state guidelines to repair or remedy.

TEMPORARY RELOCATION: Project Company understands that the presence of mold alone does not require relocation. Landlord will base relocation on the following factors:
1. Size of the mold contaminated area. Thirty (30) square feet (25 in Texas) and above requires a specialty contractor to perform removal.
2. Location of the mold contaminated area, i.e. if area can be safely isolated from occupants while performing corrective action.
3. Health considerations of the occupants. Mold affects people differently.
4. Air sampling. Please note air sampling will only be performed when deemed necessary by the Mold O&M Coordinator. Health Departments do not recommend testing for mold contamination due to the lack of available standards for what is an acceptable level of mold. For the purposes of this Mold Addendum and if air sampling is deemed necessary, and factors above are not met, relocation will be considered when the;
   - The mold concentration in indoor air is quantitatively higher than, or not qualitatively similar to, that of outdoor air. In layman terms the counts of mold spores are higher inside than outside or the types of mold spores are different inside than outside.
   - The presence of one or more fungal species (mold spores) at significant levels indoors but not outdoors in evidence of indoor amplification (i.e. biological growth occurring in the indoor environment.)
   - Pathogenic (disease-causing) and toxigenic (toxin-producing) molds are amplified.
If any factors above are met, Landlord may, at its discretion and its cost, temporarily relocate you to a comparable, furnished apartment or a hotel while Landlord evaluates, and if Landlord deems necessary, corrects the problem.

TERMINATION OF TENANCY: Landlord reserves the right to terminate the tenancy and Resident agrees to vacate the Home if Project Company, in its sole judgment feels that either there is mold or mildew present in the Home which may pose a safety or health hazard to Resident or other persons and/or Resident's actions or inactions are causing a condition which is conducive to mold growth.

INSPECTIONS: Resident agrees that Landlord and its agent may conduct inspections of the home at any time with reasonable notice.

PERSONAL PROPERTY: Resident agrees that personal belongings affected by water, mold or mildew are the responsibility of the resident. Resident may contact Renter's Insurance to enter a claim for personal belongings. All deductibles are the responsibility of the Resident. If personal belongings affected by water, mold or mildew are not properly cleaned or disposed of, remaining mold or mildew may cause additional damage to personal belongings or the home.

VIOLATION ADDENDUM: Resident further agrees that Resident shall be responsible for damage to the home and Resident's property as well as personal injury to Resident and occupants resulting from Resident's failure to comply with the terms of this Addendum. Noncompliance includes, but is not limited to, Resident's failure to immediately notify Landlord in writing of any mold, mildew or moisture problems. A default under the terms of this Addendum shall be deemed a material default under the terms of the RLA, and Landlord shall be entitled to exercise all rights and remedies at law or in equity. Resident shall indemnify and hold Landlord and its agents harmless from and against all damages and injuries to person and property as a result of Resident's failure to comply with the terms of this Addendum.

RESIDENT OCCUPANCY AGREEMENT: This Addendum is in addition to and made a part of the RLA and in the event there is a conflict between the RLA and this Addendum, the provisions of this Addendum shall govern. Except as specifically stated herein, all other terms and conditions of the RLA shall remain unchanged. Any term that is capitalized but not defined in this Addendum shall have the same meaning for purposes of this Addendum as it has for purposes of the RLA.

| *Bryan Dietz* | 2/13/21 |
| --- | --- |
| RESIDENT SIGNATURE | DATE |

Hickam Communities / By its Agent:

| *(signature)* | 2/13/21 |
| --- | --- |
| LANDLORD REPRESENTATIVE | DATE |

Confidential

DocuSign Envelope ID: 4DE84965-3D0F-4E41-88C9-3560CE585C04

## Disclosure of Information on Lead-Based Paint and/or Lead-Based Paint Hazards

**Lead Warning Statement**

*Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors must disclose the presence of known lead-based paint and/or lead-based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention.*

**Lessor's Disclosure**

(a) Presence of lead-based paint and/or lead-based paint hazards (check (i) or (ii) below):

(i) __X__ Known lead-based paint and/or lead-based paint hazards are present in the housing (explain).

| Lessee's Initials | Agent's Initials | |
|---|---|---|
| *(initials)* | *(initials)* | provided and discussed the EPA pamphlet |
| *(initials)* | *(initials)* | explained where lead-based paint reports are located |
| *(initials)* | *(initials)* | Lead-based paint has been encapsulated by additional coats of non-LBP however it is important for you as the resident to report any peeling or flaking paint to the maintenance team. |

(ii) _____ Lessor has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

(b) Records and reports available to the lessor (check (i) or (ii) below):

(i) __X__ Lessor made available to the lessee all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).

Reports are located at the Community Center. _____

_____

(ii) _____ Lessor has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

**Lessee's Acknowledgment** (initial)

(c) _____ Lessee has received copies of all information listed above.

(d) _____ Lessee has received the pamphlet Protect Your Family from Lead in Your Home.

**Agent's Acknowledgment** (initial)

(e) _____ Agent has informed the lessor of the lessor's obligations under 42 U.S.C. 4852d and is aware of his/her responsibility to ensure compliance.

**Certification of Accuracy**

The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

| | | | |
|---|---|---|---|
| Bryan Dietz | | *Bryan Dietz* (DocuSigned by) | 2/13/21 |
| Lessee (print) | Date | Lessee (signature) | Date |
| Alicia Clark | | *(signature)* | 2/13/21 |
| Agent (print) | Date | Agent (signature) | Date |

PLAINTIFFS_RH_0076714
PX-1013_0017

DocuSign Envelope ID: 4DE84965-3D0F-4E41-88C9-3560CE585C04





# ASBESTOS DISCLOSURE

It is our goal at Hickam Communities (Landlord) to maintain a quality living environment for our Residents. To accomplish this goal, it is important to understand the responsibilities of both Landlord and Resident.

They are as follows:

1. This housing unit may contain asbestos containing materials (ACM).

2. ABOUT ASBESTOS: In housing units built prior to 1990, asbestos was a commonly used construction material. In various parts of your unit, ACM may have been used in the original construction or renovation prior to the enactment of Federal laws that limit asbestos in certain construction materials.

3. FEDERAL RECOMMENDATIONS: The United States Environmental Protection Agency (EPA) has determined that the mere presence of AMC does not pose a health risk to residents. These asbestos-containing materials are safe so long as they are not subjected to sanding, grinding, cutting and abrading that causes the asbestos fibers to be released from the construction material. These actions may produce dust and cause asbestos particles to become airborne. Asbestos is a respiratory hazard. The EPA does not require that intact ACM be removed. Instead, the law simply requires that the owner take reasonable precautions to minimize the chance of damage or disturbance of these materials.

4. RESIDENT RESPONSIBILITIES: Residents must comply with the following:

    Residents may hang pictures and wall ornaments by driving hangers into walls, but holes greater than one-quarter inch in diameter shall not be made without the express written approval of Landlord.

    Residents noting damaged flooring or holes of one-quarter inch or larger in wallboard or ceilings, or crumbling or peeling wallboard or ceiling materials shall notify Landlord, who shall determine what repair, if any, is necessary.

    Residents shall not make alterations to flooring without the express written approval of Landlord.

DocuSigned by:

_Bryan Vieta_                                    2/13/21

Resident FDC3F37BCA54B0                          Date

Hickam Communities LLC
By its Agent:

_[signature]_                                    2/13/21

Landlord Representative                           Date

Hickam Communities LLC
211 Mercury Street, Honolulu, HI 96818  www.hickamcommunities.com  www.lendlease.com
T 808 423 2300  F 808 423 1645



Confidential                                     PLAINTIFFS_RH_0076715
                                                 PX-1013_0018

Homes that contain a radon mitigation system are tested every 3 years, while homes without a system are tested periodically every 5 years. Should you have a question regarding your home, please contact your community's **Maintenance Department.**



Radon is a radioactive gas formed by the radioactive decay of naturally occurring uranium in soil. Radon is a Group A carcinogen, indicating that it is known to cause cancer. Radon may concentrate in enclosed spaces, such as buildings, or it may be dissolved in water. People become exposed to radon primarily by inhaling the gas in indoor air.

Some level of exposure to natural background levels of radon and other sources of radiation is unavoidable, and any level of exposure to radon carries some health risks. The risk increases with increased exposure, either to higher concentrations of radon, or for longer durations. In addition, the risk is greatly increased among smokers (EPA 1993).

Radon gas is colorless, odorless, and tasteless, and the only way to determine its presence is by testing. Radon can enter and accumulate in any type of building through any of the following (National Safety Council [NSC] 2004):

- Cracks or gaps in foundations, floors, and walls;
- Openings around sump pumps and drains;
- Cavities in walls;
- Joints in construction materials;
- Gaps around utility penetrations (pipes and wires);
- The water supply; and
- Crawl spaces that open directly into the building.

Any building can have an elevated radon level. At present, there are no reliable methods of generalizing or predicting radon concentrations from construction date, construction materials, or design features. New buildings, well-ventilated buildings, and buildings without basements can have elevated radon levels, and radon levels can vary greatly from one building to another. Test results from one building cannot be reliably generalized, even to neighboring buildings of similar design and construction.

The EPA, in conjunction with the US Geological Survey, has estimated the radon potential in the US, based on five factors: indoor radon screening measurements, geology, soil permeability, aerial radioactivity, and substructure type (EPA 1994). Based on these factors, each county was classified as one of three zones. Zone 1 counties have the highest radon potential (greater than 4 pCi/L), Zone 2 counties have a moderate potential (2 to 4 pCi/L) and Zone 3 counties have a low potential (less than 2 pCi/L).

EPA's recommended indoor action level for radon is 4 pCi/L. A picocurie is a measure of the rate of radioactive decay of radon, that is, the rate at which alpha particles are emitted. The EPA recommended action level is not an occupational health and safety standard.

PLAINTIFFS_RH_0076716
PX-1013_0019

DocuSign Envelope ID: 4DE84965-3D0F-4E41-88C9-3560CE585C04





# COMMUNITY FACILITY ADDENDUM

Resident recognizes that the following facilities, including but not limited to the playground/s, splash park, community center, etc. commonly used for relaxing and an area for its use (collectively, the "Resident Facilities"), have been made available by Landlord.

**Due to the necessity of preserving the safety of all residents, Resident agrees not to permit any occupant or visitor under the age of the Base's Youth Supervision Guidelines to use the Resident Facilities unless accompanied by a parent or legal guardian.** Resident agrees to use the Resident Facilities in a prudent fashion that is consistent with a safe manner that is not offensive or dangerous and in compliance with such rules and regulations as may be adopted from time to time by Landlord or its agents or representatives in connection with the operation of the Resident Facilities.

Resident recognizes that Landlord provides the Resident Facilities for Resident only as an incidental service in connection with Resident's leasing of the Premises, and the Landlord shall have the right to discontinue providing the Resident Facilities at any time without any reduction in the Resident's rent; and that there is not representation or undertaking that the Landlord's representatives have any expertise or skill in the operation of the Resident Facilities.

Resident releases, indemnifies and holds harmless Landlord, Landlord's agents and their respective employees and representatives from any and all claims, demands, costs, loss, liability or expense arising out of any personal injury, property damage, death or loss suffered or sustained by Resident, Resident's family members, guests or other persons present at or using the Resident Facilities with the knowledge and consent of Resident or under the control of Resident or who were otherwise present at or using the Resident Facilities through the agency of the Resident, except for any injury, damage, death or loss to the extent caused by the negligence or misconduct of Landlord, and Resident on behalf of her/himself and Resident's minor children hereby waives all such claims, demands, costs, losses, liabilities or expenses.

Landlord reserves the right to restrict or request any person to leave the Resident Facilities upon request. Resident Facilities privileges are contingent upon Resident being current on all rent payments and other costs for which Resident is responsible.

In witness thereof, this Addendum is executed as a sealed instrument as of the date of the Agreement.

Resident: _Bryan Vietz_      Date: 2/13/21

Landlord: HICKAM COMMUNITIES LLC

By: _A Cook_      Date: 2/13/21



Confidential

PLAINTIFFS_RH_0076717
PX-1013_0020

HICKAM
COMMUNITIES

The following animals are allowed in our home:

| Cats | Domestic only |
|---|---|
| Dogs | Excluding those that are a restricted breed |
| Fish | 20 gallon tank maximum |
| Birds | Excluding birds of prey |
| Amphibians | Frogs, toads, salamanders |
| Caged animals | Hamsters or guinea pigs |
| Crustaceans | Hermit crabs, crawfish, shrimp |

Dogs of a restricted breed, to include any dog with a mix of any of these breeds*:





| American Pit Bull Terrier | Staffordshire Terrier | American Staffordshire Terrier | Staffordshire Bull Terrier | Rottweiler | Doberman Pinscher |
|---|---|---|---|---|---|
| Chow Chow | Presa Canario | Cane Corso | Mastiff | Wolf | Wolf Hybrid |

| Any dog (of any breed) that demonstrates a propensity for dominance or aggressive behavior as indicated by any of the following types of conduct: | •Unprovoked barking, growling or snarling at people approaching •Aggressively running along fence lines when people are present •Biting or scratching people •Escaping confinement or restriction to chase people |
|---|---|
| Reptiles | Ex: Snake, lizard, turtle, tortoise, crocodile, alligator, iguana, komodo dragon, newt, gecko, gila monster |
| Arachnids | Ex. Spider, scorpion |
| Rodents | Ex. Mice, rat, gerbil, mole, beaver, squirrel, porcupine, chipmunk, prairie dog, groundhog, gopher, shrew, bat, hedgehog |
| Wild animals | Ex: Fisher cat, fox, weasel, raccoon, monkey |
| Exotic animals | Ex: Ferret, rabbit, chinchilla |
| Farm animals | Ex: Pig, horse, cow, chicken, sheep, goat |
| Birds of prey | Ex: Hawk, eagle, buzzard, vulture, owl, falcon, harrier, kite |

Created by
lendlease

*Restricted breeds may not apply to service or companion animals.

DocuSign Envelope ID: 4DE84965-3D0F-4E41-88C9-3560CE585C04

**HICKAM
COMMUNITIES**

Created by
**lendlease**

Hickam Communities recognizes the importance of pets to residents. Pet ownership is a privilege that will be extended to all residents of our properties. Residents must request and obtain written approval before moving their pet into the premises. A Pet Addendum must be completed, either at move-in or immediately upon acquiring a new pet.

| Type of Breed | Name | Age | Description | Registration/Vaccination | Date |
|---|---|---|---|---|---|
| CHIWEENIE | ROCKET | 4 | BROWN | | 12FEB 21 |
| CHIWEENIE | FIONA | 5 | TAN | | 12FEB21 |

_____ Resident acknowledges that he/she currently does not own a pet. Resident acknowledges that no animal or pet of any kind may be kept on the Premises by the Resident or his/her guest without prior written consent of the Landlord. Resident also acknowledges that if he/she obtains permission at a future date to keep a pet, Resident will abide by all requirements of the Pet Addendum.

It is agreed between Resident and Landlord that for the privilege of maintaining pets within the above rental unit that the amount of $ 0.00_____ will be paid as a non-refundable pet fee for the privilege of having 2.00 pets.

**MICRO CHIPPING, VACCINATION(S), REGISTRATION & LICENSING:** Cats & dogs are required to have vaccination(s) and be registered, licensed & micro chipped within fifteen days of home acceptance as per local laws. Cats and dogs must have the Avid or Homeagain chip. The Veterinarian Services will provide verification of Pet Registration on Joint Base Pearl Harbor Hickam. **Proof of vaccination, registration and micro shipping must be provided to the community office for each pet.** Failure to do so will result in a possible fine or loss of pet privileges.

**Hickam Veterinarian Service Contact Information**
Kuntz Avenue Building #1864 Hickam AFB, HI 96853-5246
(808) 449-6481  |  http://www.15wing.af.mil/

**RESTRICTIONS:** You are responsible for the pet's actions are all times. Please refer to the Resident Guide for a complete list of rules and guidelines. We reserve the right to change and update rules and guidelines

- The pet must not disturb neighbors or other residents, regardless of whether the pet is inside or outside the dwelling. If Landlord, in its sole discretion, determines that the pet has significantly disturbed neighbors or other residents, it may require resident, upon written notice, to immediately and permanently remove the pet from the premises.
- Dogs, cats, companion animals and service animals must be housebroken. All other pets must be caged at all times. No pet offspring are allowed.
- The pet may not be tied to any fixed object anywhere outside the dwelling.
- All yards and common areas should be kept clean of pet droppings. Owners must pick-up and properly dispose of pet droppings immediately in common areas as well as one's own premises. This will eliminate health and sanitary concerns.
- Avoid leaving pet food outside for prolonged periods of time, as it will attract insects and wild animals. Your pet must be fed inside the dwelling unit.
- You must keep the pet on a leash and under your supervision when outside the dwelling unit or any private fenced area.
- Violation of Rules - Violation of the pet addendum and/or Resident Guide may result in fines, loss of pet privileges or eviction
- Removal of Pets - Animal abuse or neglect will not be tolerated and may result in eviction. Any neglected or abused animal will be impounded by the proper authorities and sheltered during the investigation. Expenses associated with impounding are the responsibility of the owner. Reports of unprovoked bites, aggressive and nuisance behavior may be cause of removal of the pet.

731 Ohana Nui Circle, Honolulu, HI 96818
_____

Address of Resident
_Bryan Vieto_                                     2/13/21
Resident Signature                                Date
_____        2/13/21
Landlord Signature / Hickam Communities LLC       Date

211 Mercury Street, Honolulu, HI 96818 www.hickamcommunities.com www.lendlease.com T 808 423 2300 F 808 423 1645

PLAINTIFFS_RH_0076719
PX-1013_0022

DocuSign Envelope ID: 4DE84965-3D0F-4E41-88C9-3560CE585C04

**HICKAM COMMUNITIES**



# MAINTENANCE PERMISSION TO ENTER

Permission to enter (PTE) allows authorized Hickam Communities, LLC (HC) Property Management and/or Maintenance staff to enter a home for the purpose of completing service requests or completing necessary inspections, or preventive maintenance projects.

By **granting** HC the PTE, I understand the following:

1. Property Management and/or Maintenance staff may enter my home to complete service requests, necessary inspections and/or preventive maintenance when no one is home. Property management and/or maintenance staff will knock and sharply announce their presence before entry.

2. If there are minors (residents under the age of 18) alone in the home or unrestrained pets, property management and/or maintenance staff will not enter to complete the service request. A "Notice Tag" will be left at the home and the service request will remain open to be rescheduled.

By **not granting** HC the PTE, I understand the following:

1. To receive maintenance service, I must be **present** for maintenance staff to perform service requests. The work will be completed during normal business hours.
2. The resident assumes liability for any damages incurred to the residence or personal belongings as a result of resident-missed appointments (i.e. failure to have a plumbing leak corrected leading to water damage).

---

**HC reserves the right to enter the home in the event of an emergency, regardless of whether the permission to enter is granted.**

I understand that any time I desire a change in my PTE status I must fill-out and sign new PTE form.

☑ **I DO** grant PTE for the completion of service requests.

☐ **I DO NOT** grant PTE for the completion of service requests.

Resident Signature: *Bryan Dietz*    Date: 2/13/21

Address: 731 Ohana Nui Circle, Honolulu, HI 96818

HC Representative Signature: _____    Date: 2/13/21

Hickam Communities LLC
211 Mercury Street, Honolulu, HI 96818  www.hickamcommunities.com   www.lendlease.com
T 808 423 2300  F 808 423 1845



PLAINTIFFS_RH_0076720
PX-1013_0023

DocuSign Envelope ID: 4DE84965-3D0F-4E41-88C9-3560CE585C04





# DISCOUNT RENTAL AGREEMENT

Resident Name: Bryan Dietz _____ Resident Address: _731 Ohana Nui Circle, Honolulu, HI 96818_Move In Date: _February 13th_ 2021

The resident and Hickam Communities agree to the following:

**Full Rent**

☐ The resident understands that there is no discounted rent/promotion/special on the home listed above. Rent shall always be the amount of the resident's current BAH rate (Active Duty) or the rental amount specified on the resident's lease (Non-Active Duty).

The prorated rent of $_____, is due and payable no later than _____.

**One Time Rent Discounts**

☑ (PARTIAL MONTH) Hickam Communities will discount the resident's prorated rent by $ 1,913.40 _____ with the following special(s)
One month free rent - Feb prorated rent _____.

Remaining rent of $ 0.00 _____ , will be due by 2/13/2021 .

☑ (FIRST FULL MONTH) Hickam Communities will discount the resident's rent by $1,275.60 _____ with the following special(s)
Remainder of One month free rent - via check _____.

The remaining rent of $ 3,189.00 _____ will be:
☑ Pulled via allotment on 3/1/2021 _____.
☐ Due by _____.

**Deposit**

☐ The deposit for the above resident shall be $_____, due and payable to Hickam Communities , no later than_____.

☐ The deposit in the amount of $_____ shall be waived by Hickam Communities.

**Other**

☐ The following discount or rent applies: _____.

☐ Rent in the amount of _____ will be due on _____ payable via_____.

*Should the resident break their lease, default on any term of their lease or default on the discounts/rental payments above, the resident ~~will pay the~~ amount of the rent discount back to Hickam Communities.*

| | |
|---|---|
| Bryan Dietz | 2/13/21 |
| Resident Signature | Date |
| A. D. | 2/13/21 |
| Hickam Communities Associate (Signature) | Date |



Confidential

PLAINTIFFS_RH_0076721
PX-1013_0024





## SATELLITE DISH ADDEDNUM

This will service as an Addendum to the Resident Lease dated **February 13th**, between

Hickam Communities (Owner), and **Bryan Dietz**_____, (Residents) regarding

property located at **731 Ohana Nui Circle, Honolulu, HI 96818** (the Premises).

Under a Federal Communications Commission (FCC) order, Resident has a limited right to install a satellite dish or receiving antenna on the Premises. Owner may impose reasonable restrictions relating to installation. Resident is required to comply with the following restrictions as a condition to installing such equipment:

**Number & Size:** Resident may only install one satellite dish (two if type of service requires two) or receiving antenna within the leased Premises. A satellite dish may not exceed 39 inches (1 meter) in diameter. An antenna or dish may receive but not transmit signals. Each antenna or dish must be labeled with permanent marker with the corresponding address.

**Location:** Location of the satellite dish or antenna is limited to (a) inside the home, or (b) in an area outside Resident's dwelling such as a balcony, patio, yard, etc. of which Resident has exclusive use pursuant to the Lease. Installation is not permitted in the front yard, on any parking area, roof, exterior wall, window, window sill, fence, or common area, or in an area that other residents are allowed to use. A satellite dish or antenna may not protrude beyond the vertical and horizontal space that is leased to Resident for Resident's exclusive use.

**Safety & Non-Interference:** Resident's installation: (a) must comply with reasonable safety standards; (b) must not interfere with the Premises' cable, telephone or electrical systems or those of neighboring properties; (c) must not be connected to the Premises' telecommunications systems; and (d) must not be connected to the electrical system except by plugging into a 110-volt duplex receptacle. If the satellite dish or antenna is placed in a permitted outside area, it must be safely secured by one of three methods: (1) securely attaching it to a portable, heavy object such as a small slab of concrete; or (2) any other method approved by Owner in writing prior to installation. No other methods are allowed. Owner may require reasonable screening of the satellite dish or antenna by plants, etc., so long as it does not unreasonably impair reception.

**Signal Transmission from Exterior Dish or Antenna to Interior of Dwelling:** Under the FCC order, Resident may not damage or alter the Premises and may not drill holes through outside walls, door jams, windowsills, balcony railings, or fences etc. If Resident's satellite dish or antenna is installed outside Resident's living area (on a balcony, patio, or yard of which Resident has exclusive use under Resident's Lease), signals received by Resident's satellite dish or antenna may be transmitted to the interior of Resident's dwelling only by; (1) connecting a cable to an existing cable in a designated home mounted cable box; (2) running a "flat" cable under a door jamb or windowsill in a manner that does not physically alter the Premises and does not interfere with the proper operation of the door or window; (3) running a traditional or flat cable through a pre-existing hole in the wall (that will not need to be enlarged to accommodate the cable); (4)

**Hickam Communities LLC**
211 Mercury Street, Honolulu, HI 96818   www.hickamcommunities.com   www.lendlease.com
T 808 423 2300   F 808 423 1645



PLAINTIFFS_RH_0076722
PX-1013_0025





connecting cables "through a window pane" similar to how an external car antenna for a cellular phone can be connected to inside wiring by a device glued to either side of the window - without drilling a hole through the window; (5) wireless transmission of the signal to a device inside the dwelling; or (6) any other method approved by Owner. No new or additional holes may be made in any exterior walls of the home.

**Workmanship, Safety and Compliance of Installation** For safety purposes, Resident must obtain Owner approval of (1) the strength and type of materials to be used for installation, and (2) the person or company who will perform the installation. Installation must be done by a qualified person or company that has worker's compensation insurance and adequate public liability insurance. Owner approval will not be unreasonably withheld. Resident must obtain any dig permits required by the applicable local ordinance for the installation and comply with any applicable local ordinances. Contact your Resident Service Coordinator for a dig permit for your location. An installer provided by the seller of the satellite dish or antenna is presumed to be qualified. By signing below, Resident and the installer hereby agree that he or she will comply with the requirements and restrictions set forth in the Satellite Dish Addendum. Any installation beyond the guidelines identified in this document will require an approval in writing.

**Maintenance:** Resident will have the sole responsibility for maintaining Resident's satellite dish or antenna, wiring, and all related equipment. Owner will not be responsible for any alterations or damages to satellite dish or antenna equipment installed at the ground level by lawn or landscaping crews, maintenance technicians, or utility service companies. This shall include items such as cut wiring, bumping into or altering the alignment of dish or antenna, and removing or disconnection of equipment for maintenance related issues. Owner may temporarily remove the satellite dish or antenna if necessary to make repairs to the Premises or building.

**Removal & Damages:** Resident must remove the satellite dish or antenna and all related equipment when Resident moves out of the home. Resident agrees to pay for any damages and for the cost of repairs or repainting which may be reasonably necessary to restore the Premises to its condition prior to the installation of Resident's satellite dish, antenna, or related equipment. Residents will not be responsible for normal wear.

**Indemnity:** Resident is fully responsible for the satellite dish or antenna and related equipment. Except to the extent of liability imposed on Owner or Agent by law, Resident agrees to defend, indemnify and hold harmless Owner and Agent, from any claims by others relating to Resident's satellite dish or antenna.



Confidential

DocuSign Envelope ID: 4DE84965-3D0F-4E41-88C9-3560CE585C04





**When You May Begin Installation**: Resident may start installation of his/her satellite dish or antenna only after Resident has:

1. Signed this Addendum.

2. Provided a copy of this addendum to the company that will do the installation. Installation must follow the directions given in this addendum.

3. Received written approval from the owner on the installation materials, method of installation chosen and the person or company who will do the installation.

Resident understands and agrees to abide by the terms above of this Satellite Dish and Antenna Addendum.

RESIDENT

x _Bryan Dieta_____        Date _____

x _____        Date _____

Agent for the Owner

x _____        Date_____

**Hickam Communities LLC**
211 Mercury Street, Honolulu, HI 96818   www.hickamcommunities.com   www.lendlease.com
T 808 423 2300  F 808 423 1645



PLAINTIFFS_RH_0076724
PX-1013_0027

# MOVE-IN ACKNOWLEDGEMENT

I have received, reviewed, and completed the following move-in materials:

- Hickam Communities Housing Agreement
- Hickam Communities Pro-rated Rent Move-in Agreement
- Policy on Supervision of Children
- Lead-Based Paint Disclosure
- EPA Lead Pamphlet (How to Protect Your Family from Lead)
- Hickam Communities Resident Guidelines
- Conditions Inspection Checklist
- Energy / Environmental / Recycling Program

**I further acknowledge that the following were explained to me:**

- Problem Solving Line (PSL) and Community Staff
- Pet Registration
- Lawn Service

I have been briefed and understand that, my BAH will appear as an entitlement on my LES, but the amount of my BAH will be deducted immediately in the form of an allotment paid to Hickam Communities in return for the privilege of residing in family housing.

I have been briefed and understand that any assistance/subsidies I am currently receiving such as Food Stamps, Headstart, Pre-K, Free/Reduced Meals, Child Care Management (CCMS) or any other programs may be affected or reduced under the requirement stated in paragraph 4.

| Items Issued | Quantity | Items Issued | Quantity |
|---|---|---|---|
| House Keys | 3 | Access Cards/Manuals | 0 |
| Mailbox Keys | 2 | Pets | ✓ Yes ☐ No |
| Garage Door Opener | 2 | Pet Deposit Paid ✓ N/A | ☐ Yes ☐ No |

## Maintenance Orientation Checklist

- ✓ Fire Extinguisher
- ✓ Operation (P.A.S.S.)
- ✓ Water Heater
- ✓ Garage Door Opener
- ✓ Thermostat
- ✓ Window Lock Operation

- ✓ Water Cut-Offs
- ✓ HVAC System and Filter Changes
- ✓ Appliances & Garbage Disposal
- ✓ Smoke Detector
- ✓ Light Switch/Outlet Locations

Anything found during orientation will be reported immediately to maintenance.

## Tobacco Smoke Damage

Please be advised that smoking tobacco products in your home may create potential damages. Due to the cost of odor removing paint and labor a $500 charge per room may be assessed at the time of move out.

Resident Signature: *Bryan Dietz*          Date: February 13th  2021

Community Representative: _____          Date: February 13th  2021

## RESIDENT INFORMATION

**Resident Name:**
Bryan Dietz

**Address:**
731 Ohana Nui Circle, Honolulu, HI 96818

**Phone Number:**

**Email Address:**
bietz2635@

**Alt. Email Address:**

**Paygrade:**
E7

**BAH Rate/Year:**
3189/2021

**Entitlements (circle one):**

With Dependents ✓    Without Dependents ☐

- ✓ Breaker Panel, Breaker, and GFCI Receptacles
- ✓ Mini/Vertical Blind Operation & Care
- ✓ I understand that Tundra Spray is NOT provided in homes

**HICKAM COMMUNITIES**

www.hickamcommunities.com



DocuSign Envelope ID: 4DE84965-3D0F-4E41-88C9-3560CE585C04





## Wait List Explained

**When can I be added to the wait list?**
You can be added to the wait list upon receiving orders to Hawaii. Once you receive PCS orders, please submit an application and a copy of your orders and we will get you placed on our wait list.

**How is my position on the wait list determined?**
Two important factors determine your position on the wait list:

**Eligibility date**
The eligibility date for all inbound Service Members is the date of departure from their last duty station. If an application for housing is not received within 30 days of arrival, the eligibility date will be the date the date an application is submitted to the leasing office.

**Wait List Priority**
After an eligibility date is established, the next determining factor is priority. Refer to the Wait list Priority Guidelines chart below to determine what priority you would be on our wait list.

**Why does my wait list number move up and down?**
There are many reasons why your wait list number fluctuates. Below are a few examples:

|  | Priority Level | Category |
|---|---|---|
| Target Tenants | 1 | Incoming Key and Essential active duty service members or current residents directed to move by HC or the Government |
| | 2 | Active duty accompanied service members or unaccompanied pregnant members of the Air Force (including Air National Guard on orders) assigned to Oahu |
| | 3 | Accompanied service members or unaccompanied pregnant service members of all other branches of service stationed at the installation of JBPHH |
| Other Eligible Tenants | 4 | Active duty accompanied service members or unaccompanied pregnant service members of all other branches of service assigned for duty on Oahu |
| | 5 | Active duty unaccompanied members of the Uniformed Services assigned for duty on Oahu |
| | 6 | National Guard, Reserve Military Members (accompanied and unaccompanied), Federal Civil Services employees, Retired Military and Armed Services DoD Employees |
| | 7 | General Public |

- A Service Member was added to the wait list with a higher eligibility date.
- A Service Member with a higher priority was added to the wait list.
- A Service Member accepted an offer for a home or chose to be removed from the wait list.

New applications and homes are processed and leased daily, so expect your place on the wait list to change frequently. Do not get discouraged if your number on the wait list appears low. There are many people ahead of you that may be in a lease off base or not available for housing. When a home becomes available, these members are passed over, without penalty, and the home is offered to the next person on the wait list.

**Why does my wait time for a home change?**
Wait times will change depending on housing availability and the number of members available for housing or on the wait list. Other factors that may lengthen or shorten wait times are:

- Renovation schedules
- Number of move-outs
- Short or canceled notices
- Number of members scheduled to PCS away from or to Hawaii
- Deployments or re-deployments

**Do I qualify for a Hickam Communities provided washer dryer set?**
E4 and below Active Duty Service Members eligible to be provided a HC washer and dryer upon move in and may continue to use them through the duration of their occupancy in HC housing. E5 and above may use an existing washer and dryer if it was in the home at move in and must turn them in within 60 days of occupancy on the agreed upon date between service member and Hickam Communities representative. Service Members are responsible for any damages, including water damage, because of their use of a personally owned washer or dryer. Dryer outlets in HC homes may be 3-prong or 4-prong outlets. Service Members are responsible for obtaining and changing dryer cords on their personally owned dryers if necessary.

Name: _____   Signature: *Bryan Vela*   Date: _____

DocuSigned by:
Bryan Vela
0E0CAF57BCA5636...

**Hickam Communities LLC**
211 Mercury Street, Honolulu, HI 96818   www.hickamcommunities.com   www.lendlease.com
T 808 423 2300  F 808 423 1645



Confidential

PLAINTIFFS_RH_0076726
PX-1013_0029

Confidential

PLAINTIFFS_RH_0076727
PX-1013_0030

# TAB D



PLAINTIFF'S
TRIAL EXHIBIT
PX-1066

PLAINTIFFS_RH_0075797
PX-1066

TAB E



Confidential

PLAINTIFF'S
TRIAL EXHIBIT
PX-2236

# TAB F

 **Joint Base Pearl Harbor-Hickam**   ···
46m · 🌐

The Navy is investigating reports of a chemical smell in drinking water at several homes in some of the military housing areas for Joint Base Pearl Harbor Hickam Sunday evening. There is no immediate indication that the water is not safe. The Navy continues to investigate reports and is testing the water.

Navy engineers visited several homes of families who reported the smell and also immediately went to Navy's drinking water wells to investigate. There was no smell or sign of fuel or chemicals in the water at the Navy's water wells and water tanks. Specialists took samples of water at several locations for testing.

The Navy is working with the Department of Health on lab testing the Navy's water samples.

The Navy continues to monitor and investigate and will update residents.

 108          141 Comments  116 Shares

---

 Like           Comment           Share

Confidential

**PLAINTIFF'S TRIAL EXHIBIT
PX-2238**

# TAB G

Confidential



PLAINTIFFS_RH_0120266

PLAINTIFF'S
TRIAL EXHIBIT
PX-1042

Confidential



PLAINTIFFS_RH_0120267

# TAB H

Confidential



PLAINTIFFS_RH_0076370



PX-2239

PLAINTIFF'S
TRIAL EXHIBIT
PX-2239

# TAB I



**REGION 9**

SAN FRANCISCO, CA  94105

December 20, 2023

Sent via electronic mail only

RDML Steve Barnett, USN
Commander, Navy Region Hawaii
850 Ticonderoga St, Ste 110
JBPHH, HI 96860-5101

Subject: EPA Investigation Report on October 2023 Drinking Water Complaints

Dear Rear Admiral Barnett,

On October 19, 2023, the United States Environmental Protection Agency, Region 9 (EPA) conducted an investigation into complaints about the drinking water served by the Joint Base Pearl Harbor Hickam public water system ("System").  Enclosed is EPA's Investigation Report ("Report") for the System.  The Report evaluates the System's complaint process to ensure safe drinking water in accordance with the Safe Drinking Water Act (SDWA) and its implementing regulations.

EPA understands that Navy is conducting a premise plumbing investigation in response to the drinking water complaints from October 2023. Please promptly share all data collected (i.e. full laboratory reports) as a result of the premise plumbing investigation with EPA and Hawaii Department of Health.

Upon completion of the premise plumbing investigation, please update the System's drinking water complaint Standard Operating Procedures and send to EPA for review. In addition, EPA would like to see long-term drinking water monitoring continue past February 2024, which is when the Drinking Water Long-Term Monitoring Plan is set to expire. EPA requests Navy to propose a new long-term monitoring plan that incorporates the findings and efforts from the ongoing premise plumbing investigation.

Should you have any technical questions regarding the Report, please feel free to direct them to Christopher Chen at (213) 244-1853.

Sincerely,

AMY MILLER-BOWEN
Digitally signed by AMY MILLER-BOWEN
Date: 2023.12.20 14:41:56 -08'00'

Amy C. Miller-Bowen, Director
Enforcement and Compliance Assurance Division

**PLAINTIFF'S TRIAL EXHIBIT**
**PX-1470**

PLAINTIFFS_RH_0124882
PX-1470

cc:   Karnig Ohannessian, U.S. Navy
      Captain Marc Williams, U.S. Navy
      Vice Admiral John Wade, Joint Task Force – Red Hill
      Kathleen Ho, Hawaii Department of Health
      Healani Sonoda-Pale, Red Hill Community Representation Initiative

PLAINTIFFS_RH_0124883
PX-1470_0001

# EPA Drinking Water Complaints
# Investigation Report

# Joint Base Pearl Harbor-Hickam Public Water System

Investigation Date: October 19, 2023
Report Date: December 18, 2023
EPA Inspectors: Christopher Chen (author), Heidi Rausch



**REGION 9**
SAN FRANCISCO, CA  94105

1

PLAINTIFFS_RH_0124884
PX-1470_0002

## SECTION I – INTRODUCTION

EPA was notified of a number of complaints from residents served by the Joint Base Pearl
Harbor-Hickam public water system (System). The System is located in Hawaii on the island of
Oahu. I conducted the complaint investigation on October 19, 2023. Heidi Rausch accompanied
me on all the home visits. I called all the homes prior to arrival to ensure availability and
consent. I attempted to contact a sixth resident but was unable to reach the resident after
repeated phone calls.

After conducting the investigation, I notified DOH of all the residents who were interested in
drinking water samples in accordance with the Drinking Water Long-Term Monitoring Plan
(LTMP).[1] LTMP, effective June 2022 after agreement between Navy and DOH, was developed as
a surveillance tool to ensure water served by the System is meeting all state and federal
drinking water standards and is free of petroleum. The LTMP became an enforceable document
when EPA and Navy signed an Administrative Consent Order on June 2, 2023.[2]

DOH coordinated with Navy and Navy collected samples at all the identified homes on October
20, 2023. DOH was present to oversee the collection of the LTMP samples. The samples were
analyzed for total organic carbons, petroleum hydrocarbons, metals, synthetic organic
compounds, volatile organic compounds, and disinfection byproducts. Results are compared to
DOH's screening levels and can also be compared to any applicable EPA Maximum Contaminant
Levels (MCLs). An MCL is the highest level of a contaminant that is allowed in drinking water
and is an enforceable standard.

## SECTION II – OBSERVATIONS

### Resident #1
    A) Concerns
        When explaining symptoms, the resident never had migraines until right after the
        November 2021 incident. The resident stated that the water periodically would have an
        oily sheen. In the past week, the resident has had drier skin.

    B) Emergency Operations Center (EOC) Response
        The resident had not contacted the EOC recently as the resident did not think there was
        any point as the EOC always just says the water is safe. The resident acknowledged that
        the EOC responded quickly and the Navy representatives were respectful. The resident
        added that the Navy representatives did not explain what they were sampling for, and
        the resident was not notified of the results. The resident did not believe the Navy

---

[1] Weblink to the LTMP: https://health.hawaii.gov/about/files/2022/08/JBPHH-Drinking-Water-LTM-Plan-FINAL-20220823.pdf
[2] Weblink to EPA's Administrative Consent Order: https://www.epa.gov/red-hill/red-hill-2023-consent-order. The
provision about the LTMP may be found in Section 6.2 of the Statement of Work (pg. 59 of the pdf).

2

PLAINTIFFS_RH_0124885
PX-1470_0003

website was very good – it was not intuitive, it lagged a lot, and sometimes did not work.

The resident last contacted the EOC around February 2023 due to an oily sheen in the water.

C) Additional Sampling
I did not inquire with the resident about additional drinking water samples pursuant to the LTMP conducted by Navy as I was not aware this was an option until later in the day, after a phone call with Department of Health (DOH).

**Resident #2**
A) Concerns
The resident's infant had a severe rash. Resident acknowledged that the infant has eczema but shared that the rash was occuring on top of the eczema. According to the resident, the doctor believed the cause of the rash was different than the eczema but did not know the cause. The resident further explained that the rash seemed to occur after the infant began to routinely take baths with the tap water. The symptoms seemed worse after bathing. The resident also shared that they were aware of a couple other residents who had children with rashes as well.

The resident has periodically observed an oily sheen in the water, which was last observed one week ago. The resident has not noted any odor or taste concerns recently. During the November 2021 incident, the sprinklers smelled like gas.

The resident's partner had back pain during the peak of the November 2021 incident and has had lipomas on the back ever since moving to Hawaii. The resident also shared that they have had stomach issues and allergies that began a couple of years ago as well.

B) EOC Response
The resident called the EOC on 10/17/2023. The EOC responded quickly, sending two Navy representatives out the same day to take a rapid test at two locations within the home. The resident received results after calling the next day. The resident asked for paperwork demonstrating the negative result; EOC instructed the resident to look up the result on Safe Waters website for documentation.

C) Additional Sampling
I asked the resident whether I could share contact information so the Navy could collect more comprehensive drinking water samples pursuant to the LTMP with oversight from DOH. The resident expressed interest in this sampling effort.

PLAINTIFFS_RH_0124886
PX-1470_0004

The drinking water samples did not detect the presence of petroleum hydrocarbons. There were detects for some metals but levels were far below DOH's screening level and EPA MCLs.

**Resident #3**

A) <u>Concerns</u>

The resident recently developed a rash on the chest on 10/17/23 and went to the doctor. The doctor prescribed some allergy drugs. The resident also developed headaches the night of 10/18/23. The resident became very sick during the November 2021 incident and stated the development of these symptoms was very similar to the November 2021 incident. The resident was scared of a repeat of what happened in 2021 due to the similarities and wanted to do whatever possible to prevent the same health problems from a couple of years ago.

During the November 2021 incident, the resident also had migraines. Toxicology results showed presence of flame retardant and gasoline. The resident's dog had diarrhea and blood in the stool during the November 2021 incident. In addition, the resident shared that their previous neighbors got tinnitus and digestive issues during the incident and moved off the island because of the issues.

B) <u>EOC Response</u>

The resident called the EOC the morning of my visit. By chance, I was present at the home when the Navy representative visited the home in response to the call. I asked the Navy representative what type of samples would be collected. The representative did not know the answer and called a supervisor. I spoke to the supervisor on the phone about the sampling and also asked about adding this home as a site for more comprehensive drinking water testing pursuant to the LTMP. We agreed that I would coordinate with DOH instead about the addition of any homes for monitoring.

I observed the representative collect two samples of the rapid response test, one from the master bathroom and the other from the kitchen.

Navy collected LTMP samples back on March 29, 2022. Resident showed me the results briefly on the phone. From a glance, the results were non-detect for gasolines but appeared to have some detects on metals (I did not have a chance to observe the details as it was only a quick look when the resident showed it on the phone).

C) <u>Additional Sampling</u>

I asked the resident whether I could share contact information so the Navy could collect LTMP drinking water samples with oversight from DOH. The resident expressed interest in this sampling effort.

The drinking water samples detected the presence of petroleum hydrocarbons as diesel.

4

**Resident #4**
A) <u>EOC Response</u>
   On 10/11/23, resident called the EOC. Two representatives came the same day and took a rapid response test from the kitchen sink. They tried to take off the aerator prior to sampling but were unable to remove it so took a sample with the aerator on. The resident received an email with the sample result the day of the visit (10/19/23); the result was non-detect. The representatives did not inform the resident what they were testing for and didn't share additional information.

B) Concerns
   The family that lived in this home went off island for a long weekend and returned on 10/9/23. The following day, the resident began to wash clothes and dishes. The resident observed an oily film in the water, especially in the hot water setting. The resident had multiple cups in the row with an oily film and took photographs showing the oily film. To test that the cups were not contaminated, the resident poured bottled water into the cups and there was no oily film.

   On 10/12/23, Resident #4's partner and child developed diarrhea symptoms. Resident #4 had heartburn and a burning stomach, a symptom that the resident had only ever had during the November 2021 incident and was particularly alarming to the resident. Resident #4 also had a rash on the chest/shoulder area develop the night of 10/18/23, which lasted for a few hours; photographs from the resident are available upon request. Another child in the home had ongoing headaches the past week.

   The resident shared that one of the children began screaming after taking a shower on 10/16/23. The child screamed about pain on the bottom portion of the body for 30 minutes although no rash was observable. The adult resident stated that this unexplained screaming after a shower last happened for this child during the November 2021 incident.

   I asked the resident to fill a cup of water from the kitchen sink. I noticed a light oily film in the water. The resident stated that the cold water seemed to have less of an oily film. The kitchen and showers all have filters attached.

   The resident requested a water heater replacement but was declined. The resident was informed that the water heater would only ever be replaced if the unit was unable to actually heat the water.

C) Additional Sampling
   I asked the resident whether I could share contact information so the Navy could collect LTMP drinking water samples with oversight from DOH. The resident expressed interest in this sampling effort.

   The drinking water samples detected the presence of petroleum hydrocarbons as diesel.

5

**Resident #5**

A)  Concerns
The resident has lived at the home since 2021, prior to the November 2021 incident. Resident has had sinus issues and been congested and groggy every morning for approximately the last year. The resident was diligent about preventing exposure to the tap water during the November 2021 incident and continued to limit exposure for at least four months after Navy gave the all-clear.

In the last 2-3 months, resident has had an irritation on the chest area but wasn't sure whether it was a rash since it wasn't very visible. The resident believes that the health problems of the past year are associated with water usage as they only developed after continuous usage of the tap water.

During the 2021 incident, resident observed the water had an oily film and an odor. The resident has not observed these issues with the water recently.

The resident also believed that the contaminated tap water may have killed pet fish. The water for the tank was replaced approximately four months ago using the tap water and all the fish died overnight.

B)  EOC Response
This resident has not called the EOC recently. The Navy has never taken samples at the home but the resident believed University of Hawaii may have collected samples once. The resident expressed frustration about Navy claiming the water was safe in the neighborhood (Pearl City peninsula) before everywhere else after only flushing the water with no samples to demonstrate safety. Resident alleged that Navy claimed the Pearl City peninsula was unaffected by the November 2021 incident.

C)  Additional Sampling
I asked the resident whether I could share contact information so the Navy could collect LTMP drinking water samples with oversight from DOH. The resident expressed interest in this sampling effort.

The drinking water samples detected the presence of petroleum hydrocarbons as diesel.

**Sample Results**
Five samples were collected on October 19 and 20, 2023: from the four residences discussed in this report and one from the Waiawa Shaft, the primary groundwater well providing the drinking water for the System.

A)  Petroleum Hydrocarbons: Three of the four homes had detections of petroleum hydrocarbons as diesel, ranging from 56 ppb to 71.2 ppb. None of the samples detected petroleum hydrocarbons as gasoline or oil. All petroleum hydrocarbon results were

6

below DOH's screening level of 266 ppb for total petroleum hydrocarbons. EPA has not set an MCL for petroleum hydrocarbons.

This may indicate the potential for a lingering presence of petroleum hydrocarbons somewhere within the distribution system or premise plumbing. As there were no petroleum hydrocarbons detected from Waiawa Shaft, there was no evidence of petroleum hydrocarbon contamination from the source (Waiawa Shaft is the only active groundwater well for the System at the time of this investigation).

It should be noted that the laboratory's method detection limit (MDL) was 50 ppb. The MDL is the minimum concentration of a substance that can be measured and reported with 99% confidence that the substance concentration is greater than zero.  The analytical results are slightly above the MDL, which indicate the presence of the substance but at levels close to what the laboratory can actually quantify and may not be reliable.

B) <u>Metals</u>: All the residences and Waiawa Shaft had very low-level detections of barium, copper, lead, and selenium. The levels do not likely pose any health risk and may be naturally occuring from the groundwater source due to the similar levels across all samples.

C) <u>Other Contaminants</u>: There were no detections of synthetic organic compounds, volatile organic compounds, and haloacetic acids. Two homes had low-level detection of trihalomethanes, which are a disinfection byproduct – the levels are not likely to pose any health risk.

PLAINTIFFS_RH_0124890
PX-1470_0008

**SECTION III – AREAS OF CONCERN AND RECOMMENDATIONS**

After conducting an investigation into the complaints, I noted the following broader observations and have included recommendations for consideration.

1. The EOC was consistently very prompt at sending representatives to homes, always sending a representative out the same day as a received complaint.
2. The representatives sent by the EOC were always respectful but did not appear to clearly communicate with the residents their purpose or attempt to alleviate concerns.
3. The delivery of results from any rapid response tests was not always timely nor easily accessible to the residents.
4. Four of the residents stated the water had an oily sheen at some point since the November 2021 incident, with three reporting a sheen within the past year. One home had an oily film during my visit.
5. Four of the residents stated that rashes and/or skin irritation as a symptom within the last week. The rashes may have a potential connection with showering/bathing based on residents' descriptions.
6. Sampling results appeared to demonstrate the potential trace presence of petroleum hydrocarbons as diesel in three of the four homes.

Recommendations

1. Ensure that any representatives that engage with residents are trained to clearly communicate their mission and how residents will receive results. Results should be conveyed to the residents within 24-48 hours of Navy's notification of the sample results.
2. A one-page pamphlet may be an effective way for representatives to easily convey a clear and consistent message to all residents. Some information to consider including in a one-page pamphlet:
   a. What is a rapid response test;
   b. Why a rapid response test is being collected;
   c. How and when results will be shared with residents;
   d. If/when would Navy consider collecting samples in accordance with LTMP;
   e. EOC contact information and any other relevant contact information; and
   f. Information about Safe Waters and how to navigate the website to find results.
3. A number of complaints were associated with bathing, which may indicate an issue with water heaters at the homes. Inspection and/or sampling of water heaters and premise plumbing may help identify potential causes. Investigate whether flushing, maintenance and/or replacement of the water heaters at affected homes may resolve symptoms.
4. Further investigation by Navy into the oily film observed in the water and the potential trace presence of petroleum hydrocarbons from the samples is warranted. If the investigation determines it is not related to petroleum hydrocarbons from the public water system, then the investigation should seek to identify the root cause for what may be

8

PLAINTIFFS_RH_0124891
PX-1470_0009

producing the oily film and the detection of petroleum hydrocarbons due to the potentially widespread health concerns expressed by residents. Further investigation considerations could include, but are not limited to, petroleum hydrocarbon buildup in water heaters and bacterial contamination of premise plumbing.

5. If Navy's investigations point towards petroleum hydrocarbon contamination in the System's water mains, a full flushing of the distribution system may help clear any lingering contamination.

6. In Navy's complaint investigation procedures, the Navy should continue to investigate a complaint even if the rapid response test is non-detect. If the symptoms are not related to the presence of petroleum hydrocarbons in the drinking water, there may be other issues that need to be identified and resolved so customers are drinking potable water.

7. Navy should consider providing alternative water to any residents that alert the EOC of drinking water concerns, especially if waiting for sampling results or longer investigations.

Should you have any questions regarding this report, please direct them to:

Christopher Chen
SDWA Enforcement Officer
Enforcement and Compliance Assurance Division
U.S. Environmental Protection Agency, Region 9
600 Wilshire Blvd, Suite 940
Los Angeles, CA 90017
Phone: (213) 244-1853

PLAINTIFFS_RH_0124892
PX-1470_0010