LYLE S. HOSODA            3964-0
KOURTNEY H. WONG         10827-0
SPENCER J. LAU           11105-0
HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
Email: lsh@hosodalaw.com
khw@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR        *Pro Hac Vice*
JAMES BAEHR              *Pro Hac Vice*
MARY M. NEUSEL           *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Email: kristina@well.law;
jim@well.law; maggie@well.law

FREDERICK C. BAKER      *Pro Hac Vice*
JAMES W. LEDLIE         *Pro Hac Vice*
KRISTEN HERMIZ          *Pro Hac Vice*
CYNTHIA A. SOLOMON      *Pro Hac Vice*
SARA O. COUCH
MOTLEY RICE, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com

*Attorneys for the plaintiffs*

(case caption continued on next page)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.<br><br>        Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Defendant. | CIVIL NO. 1:22-cv-397-LEK-KJM<br>(Federal Tort Claims Act)<br><br><br>**DECLARATION OF PLAINTIFF,<br>PATRICK FEINDT, JR.** |

**DECLARATION OF PLAINTIFF, PATRICK FEINDT, JR.**

I, Patrick Feindt, Jr., declare as follows:

1.      My name is Patrick Feindt, Jr. and I am 44 years old. I am married to Army Major Amanda Feindt (39) whom I call "Mandy".  We have two children— our daughter, P.F. (6) and our son, P.F., III ("T.P") (4). I am a PGA golf professional. I have included a picture of our family at Tab A (PX_2288) of the attached Feindt Composite of Exhibits.

2.      I grew up in a small town outside of Fredericksburg, VA, called Hartwood. I played soccer as a youth, and then travel soccer. I ultimately went to junior college and started working at a golf course. When I volunteered to teach a junior golf program, I fell in love with junior development. I went to an academy

in Myrtle Beach, SC, to learn about the golf industry. I received another degree in operations management, and then I started a career in 2003 as a golf professional.

3.      I served at Fawn Lake Country Club as a PGA professional for 13 years. While I was there, I met Mandy through mutual friends in 2015. We fell in love and knew quickly that this was it.  We moved in together after only a few months, and we got engaged shortly after.  We were married 14 months after meeting. I went back to college to finish my college degree. Then we moved to Colorado Springs, where I founded the Armed Forces Golf Academy as a contractor for the Air Force.

4.      We both wanted kids but struggled to have them. Mandy had been in Afghanistan with burn pits, and it was tough for her to get pregnant. We ultimately went to Walter Reed for fertility help. We were able to have P.F. in 2017. We had T.F. in 2020. We were smitten and blessed; and we were healthy.

**Water Contamination**

**A.      Life on O'ahu**

5.      Mandy got a special appointment to a joint command in Hawaii. We were thrilled to go to a land of palm trees. In my industry, there are only so many places where you can play golf 365 days a year, and Hawaii is one of those places.

6.      More than anything, there was a sense of adventure about it all. Mandy and I had not traveled when we were young. Her first time on an airplane

was dropping out of an airplane in the Army. My first time, I was 19. We thought it would be a gift to our kids to show them the world, and to go on this grand adventure overseas. We had never been to Hawaii before; the novelty itself was exciting. We had been landlocked for three years in CO, and we were looking forward to being near the water again.

7.    We learned to love the people and the culture of Hawaii. We learned about respect and aloha. I worked downtown (Ward) and worked closely with Native islanders, and more than anything learned about our common values. Family is the root of their culture and ours. We appreciated that everyone is family.

8.    But the housing situation was stressful. We moved during the Pandemic, and it was impossible to get into base housing. Service members were not moving as frequently. As a result, we moved into Ewa Beach in late August or early September of 2020.

9.    Then we were allowed a historic home for officers on Ford Island. It faced the Utah memorial, 60 yards from the water. We have placed the location of our home on the Navy's "heat map" showing areas of contamination from the fuel release:

3



Tab B (PX-2232). A true and correct copy of our lease is attached at Tab C (PX-1014). Below, I also include a timeline of our story as a part of this declaration.

10.    We made the home our own and decorated a boy/girl nursery for our two littles, who were then three and one. We loved that home, and we made many memories at home and on the street. T.F. took his first steps there.

11.    A typical day before November 2021 would be getting the kids ready for school, dropping them off, going to work, coming home, making dinner, playing, and a lot of outdoor activities five to six days a week. We would ride bikes with the kids around Ford Island, play outside in the backyard inflatable pool, with blowups like bounce houses, swings—anything outdoors.

12.     After work, I would come home and cook dinner. I was the primary cook, and I loved making meals for my family. Mandy would typically pick the kids up from daycare after she got off work in the afternoons.

13.     Before the fuel release, I loved playing golf and hit balls six days a week. I loved fishing, riding the bike, spending time with my family, and making memories. I especially loved playing the guitar several times a week. The kids would play with their drums or maracas and we would all sing along.

14.     P.F. took gymnastics twice a week. She had been experiencing some developmental delays and behavioral challenges, and we had been working with a speech therapist and behavioral therapist. We had finally made so much progress. We had a calm, clear response to her behavior, and we had a chair where she could have a time out. She needed consistency and clear routines.

15.     After we moved into Ford Island, I started having eye infections and migraines. T.F. also started getting rashes after a bath, but we weren't sure why. We later learned that fuel had been leaking into the water supply at Pearl Harbor for decades.

## B.     Contamination at Home and at Daycare

16.     In November of that year, over Thanksgiving, our entire household started coming down with symptoms—diarrhea, nausea, vomiting, headaches. My in-laws were visiting us for the holidays, and they also became sick.

5

17.    The following Monday, November 29, 2021, we received communication through Ohana Military Communities (our landlord) from the base commander of Joint Base Pearl Harbor Hickam, Captain Spitzer. He said that there had been reports of an odor in the water at housing in JBPHH but that the water was safe and that he and his men were at work and drinking the water. The message indicated that everything was clear.

18.    At the time, we did not know our home in Ford Island was on the JBPHH water line. Because Ford Island is its own island, separated by water from the main island, where the majority of JBPHH is located, it didn't occur to us that this issue might concern us.

19.    On December 3, 2021, we received communication that several neighborhoods had been deemed clear, one of which was Ford Island. Camp Smith, where Mandy worked, was also "cleared." Again, we felt reassured and continued to drink and use our water as normal.

20.    By December 6th, it became clear that the contamination was worse than we were being told. Captain Spitzer now publicly stated that he regretted saying the water was safe to drink. We learned that people had gotten sick—and that many families like ours got sick over Thanksgiving. We still didn't put two and two together because our water had been "cleared."

21.    On December 9, 2021, we received a notice on our door from Task Force Ohana that told us not to drink the water. I was angry. We stopped drinking the water then. We stopped washing clothes. We used bottled water to do quick showers with the kids. We did not yet have the option to go to a hotel.

22.    I remember talking with neighbors about the flyer.  The Navy and Air Force men and women didn't receive these flyers on their door—only the Army. The entire thing was chaotic, confusing, and infuriating. Why would some people be warned and not others?

23.    The next day, on December 10th, I brought P.F. and T.F. to daycare at the CDC as usual. I saw that the Government had tried to tape off the sink. With painters' tape. Yet when T.F. ran his hands under the automatic faucet, the sensor triggered the release of water. Two strips of tape is not going to stop a little kid from using the sink. They could and should have turned off the water.

24.    But we had received a communication that said the CDCs had been using bottled water since November 29. We knew that was not true. We pulled our kids out of the CDC because we could not trust what we were being told.

25.    On December 11th, we went to brunch with Santa, and the Army/Navy party with our neighbors. I got sick and had to leave. I came down with a migraine so intense that I had to lay down. T.F. began vomiting uncontrollably and we both came down with intense diarrhea. I was having contractions in my stomach. T.F.

was vomiting and dry heaving. He rarely spat up as an infant and had never projectile vomited before in his little life.

26. Our symptoms were so bad that Mandy loaded all of us into the car to bring T.F. and me to the emergency room at Tripler under the advisement of her chief of staff. Driving was scary because we worried that T.F. was going to choke on his vomit. He was only 20 months and couldn't yet communicate. We pulled the car over to help him.

27. At Tripler, they refused to treat me. I told them that I had brain fog, in addition to the vomiting and migraines. I said it was like I was living in a fog. I asked them to take samples or labs. I wanted tests. I told them where we lived and what we had been told. They said that there was no test that they could do for fuel exposure. Ultimately, they gave me a GI cocktail. They did not do any neurological testing or any other test or any lab.

28. They said the same for T.F. and gave him an Otter Pop. They did not run an x-ray even though T.F. was having trouble breathing.

29. We were not advised of any risks of the water. To the contrary, were told that we would all be fine.

30. Two days later, on December 13, 2021, P.F. began showing similar symptoms—severe abdominal pain, vomiting and diarrhea. We took her to the

Tripler ER. Again, we begged for testing and labs. And again, they gave her an

Otter Pop just like T.P. We were sent home without any tests.

31.    That afternoon, Mandy also began suffering from projectile vomiting,

diarrhea and severe abdominal pain. I rushed her to Tripler. This time, we got

entirely different treatment. Suddenly, there were tests available. As on officer,

Mandy was given an EKG and appropriate medication for her symptoms. She was

prescribed Zofran and Doxycycline and given a complete lab work up. Labs were

taken. Her lab work showed high white blood cell count, and she was diagnosed

with potential exposure to contaminated water.

32.    The next day, we moved into a hotel. We paid for it out of pocket

because we did not want to have to wait to be reimbursed, and we were desperate

to get out of our home as quickly as possible. Attached at Tab D (PX-1070) is a

true and correct copy of texts with my dad on December 19, 2021:



33.     Mandy and I had trouble controlling our bowels. Mandy started wearing "Depends" to catch loose stool. I had similar symptoms and was constantly rushing to the bathroom. This lasted for many days. And as I explain below, my GI symptoms worsened.

**C.     A Botched Response**

34.     We demanded that the Government come test our house, which they did on December 10, 2021. But the Government then refused to give us the results.

35.     Frustrated and desperate for answers, Mandy and I met with Captain Miller at his office on December 16, 2021. At the meeting, we asked Captain Miller about testing that had been performed on our house on December 10th. Captain Miller allowed us to look through a large stack of test results and our family's home was not included. He told us that the homes were only being tested for TOCs at that time and not jet fuel. We left the meeting even more frustrated than we arrived.

36.     I was present when the Navy "flushed" our house. I got a phone call from an officer. I told Mandy that they were trying to come into our house. Mandy went to the house, and they were trying to get in without permission. Mandy was furious because they had promised not to flush until they provided test results from the system-wide flush. Her command was called, and the command gave them the order to flush over her objection.

37.     Two young service members came into the house. One of them had been on island for no more than a week. She didn't know anything. I stayed in the kitchen while they did their work. No one told me of any risks of being there while they flushed or advised me to get out of the house.

38.     They flushed the water heater water into our yard.

**D.    Disruption**

39.     The jet fuel release destroyed our routine and upended our lives. Suddenly, we were crammed together in tiny hotel rooms across Waikiki for over 84 days.

40.     We had to move multiple times as the prices went up and availability ended at the various hotels we stayed at. Sometimes the elevators would be out, and we had to hike up and down 14 floors with two kids under five years old. It was exhausting.

41.     The disruption looked different for each of us. For P.F.—I can only describe it as something in her brain "switched." We lost all the progress we had made, and the hard work was gone. She started running away, being reckless, and extremely aggressive. She wasn't the P.F. we knew.

42.     T.F. too had his little life upended. He was 20 months old at the time, just a toddler who needed routines and a floor to play on. He had neither. He now slept in a pack and play, not his crib, and he no longer had the healthy habit of

11

sleeping on his own. His little school and friendships were interrupted, and he missed them and his teachers. He missed out on critical social skills at a critical year.

43.    P.F. and T.F. missed their healthy happy parents. We were sick and trying to take care of sick kids, while we tried to figure out the logistics of hotels, water, and moving. They lost out on play time and playfulness from daddy.

44.    I could no longer make them homecooked meals or the healthy food that they liked. It was hard to eat healthy while trying to stay on a budget. And P.F. was especially challenging at this time. Because her behavior had regressed, it was nearly impossible to take her anywhere.

45.    We couldn't bring instruments or anything noisy to the hotel, and we couldn't really sing. All my hobbies completely shut down, and Mandy and I spent what free time we had solely focused on trying to keep our children healthy and calm while crammed in a hotel.

46.    We decided to camp at home for Christmas Eve and Christmas so that the kids could wake up and open their presents at home under a Christmas tree. But that meant Christmas without water.

## The Aftermath

### A.    More Disruption

47.    In early March 2022, we were finally cleared to move back to our home. But right before we could move, Mandy discovered blood in her urine and was struck with pain in her lower extremities that was so intense that she was hospitalized and admitted to Tripler. While she was there, Captain McGinnis stated on national television that there had been no long-term impact and no hospitalizations.

48.    We had had enough. While in the hospital, Mandy and her unit submitted a request for compassionate reassignment back to the mainland.

49.    When she was discharged from Tripler, we moved back into our home on Ford Island. Our symptoms returned, and we increased our efforts to move off the island. T.P.'s chronic cough got worse, and he struggled breathing. I had another vomiting spell, more migraines, and intense stomach pain.

50.    Mandy's compassionate reassignment was approved, and we moved to Colorado in April 2022.

51.    We purchased a home off base because we will not trust military housing ever again. We spent our life savings to get to safety and start to rebuild our lives.

52.     By this time, Mandy was so sick. She was admitted to a Soldier

Recovery Unit at Fort Carson in Colorado Springs, Colorado, where she has been

diagnosed with neurotoxicity.

53.     The disruption continued for P.F. She had to leave her friends on our

street in Ford Island. She was forced to switch schools. We had to reestablish care

with her special needs providers, including speech, and behavioral therapy, and

now new specialists, like pulmonology, dermatology, and trauma therapy.

54.     She struggled at her new school and was ultimately asked to leave.

Again, the progress that was made with her behavior prior to the fuel blast was

lost.

55.     T.F. too had to change schools and miss his little buddies on the street.

Thankfully, he was more resilient than P.F.

56.     I was sick myself, now without a job, taking care of a sick wife and

sick kids. As I explain more below, my health took a deep dive. And now we

wondered about Mandy's role in the Army. She was facing retaliation for speaking

out about Red Hill. And she was also sick. For the first time in her career, she was

passed up for promotion.

57.     It was on me to figure out a viable professional move. So, in May of

2023, I moved with T.F. to Virginia to take a job as the PGA General Manager of

the Federal Club—a golf club in Richmond. In addition to the concerns about

Mandy, we felt it might be better for T.F. to live in Virginia where he could breathe better without the high altitude in Colorado.

58.    With all this in mind, we made the difficult decision as a family to temporarily separate until Mandy could be transferred from the Fort Carson Soldier Recovery Unit to an SRU closer to Richmond. For my daughter P.F., we decided it would be best for her to continue in her familiar environment and routine in Colorado Springs for the time being. This would also allow Mandy and I to divide up parenting and caregiving duties as we were still sick ourselves. So P.F. stayed with Mandy in Colorado Springs, and T.F. moved with me to Richmond until Mandy was finally able to rejoin us in November 2023.

59.    The six months apart were long and difficult. Now we were each solo parenting. T.F. missed his mom and started acting out. P.F. missed me. Neither understood why we were no longer together.

**B.    Illness**

60.    In Colorado, our family continued to get sicker and sicker. I have been hospitalized multiple times and undergone several surgeries. Our children have undergone procedures as well, including upper and lower GI scopes and bronchoscopy. Despite our efforts to get well, we are still struggling. We have been to 200 appointments since 2021.

15

61.    I will start with my kids' health because really this is all about them and making sure that they get the care they need.

**a.    P.F.**

62.    P.F.'s most significant symptoms are behavioral. She has been diagnosed with ADHD. The exposure itself and all these circumstances have exacerbated her brain symptoms. She regressed behaviorally, and she needed more therapy and care. She has been diagnosed with sensory processing disorder, which requires an IEP. She has occupational therapy and speech therapy. P.F. now requires a trial of various medications that she did not have before the fuel release. She now goes to trauma therapy.

63.    We had to redo the parent-child therapeutic intervention approach that we had done in Hawaii because all the progress had been set back because of the poisoning. We were ultimately able to get her back on track with a schedule, therapeutic intervention, and clear expectations.

64.    Physically, P.F. has lung damage, and she was hospitalized for a bronchoscopy. She has a recurring cough—though it is not as bad as T.F.'s.

65.    She has had abdominal pain, too. She had a sigmoidoscopy and endoscopy to examine her GI system, where they took biopsies that came back with elevated mast cells.

66.     She has seen a dermatologist to track skin irritations, and spots on her ear and skull. She also goes to urology because she has multiple UTIs. Her current medications include Albuterol, Cromolyn, Concerta, and Melatonin.

**b.    T.F.**

67.     T.F. was diagnosed with asthma after the lung damage. His lung damage is worse than P.F.'s because of his underdeveloped lungs. He too was hospitalized for a bronchoscopy.

68.     And he too had a sigmoidoscopy and endoscopy to examine his GI system, where they took biopsies that came back with elevated mastocytes as well. He too was diagnosed with elevated mast cells. I have learned that it is highly unusual for three members of a family to be diagnosed with elevated mast cells—a condition that is supposed to be rare.

69.     We took a picture of T.P. at the hospital in the summer of 2022. A true and correct copy is below and attached at Tab E (PX-1047).



17

70.     He also suffers from central sleep apnea, diagnosed by sleep studies. He is tracked by ENT and neurology. He continues to have abdominal pain and dermatitis.

71.     He has had anxiety. And he severely struggled with behavioral issues after we moved to VA, and he had to see a behavioral specialist for the first time. He is now in play therapy.

72.     And he continues to struggle with his damaged lungs.  He undergoes lung treatment. His current medications include Cromolyn, Albuterol, a Budesonide-formoterol inhaler, and Flonase. A true and correct picture of him in treatment in late Spring of 2022 is below and attached at Tab E (PX-1047).



### c.    My own health

73.    At the time of the fuel release, I experienced headaches, nausea, vomiting, diarrhea, coughing, burning in my nose and mouth, muscle pain, brain fog, and short-term memory loss.

74.    Since the fuel release, I have intense gastro-intestinal problems that I never had before. I began feeling intense pains and abdominal contractions. The pain became so severe that I went to the emergency room in May of 2022. I had pain in my right flank, right back, and right testicle. They diagnosed me with potential hernias. I went in for hernia repair in June.

75.    And when the surgeon went into the left side, she found damage in the left intestine. The surgeon was alarmed by what she saw in the intestine and expressed her concern to Mandy. She took pictures, and the GI ordered a capsocam in July.

76.    They ultimately found internal bleeding. I was then scheduled for an endoscopy to find the internal bleeding. Ultimately, they did a colonoscopy and found diverticulosis. In addition, biopsies showed elevated mast cells of the colon.

77.    Later, I called the surgeon again because I had extreme pain in the right rib cage and a huge amount of blood in a bowel movement. She scheduled an ultrasound and found a polyp on the gallbladder. She then scheduled surgery to take that out. They kept me overnight because of pain and dangerous blood

pressure levels. And then as soon as the pain meds wore off, the pain came back. I have attached a true and correct copy of images from the ultrasound Tab F (PX-1808).

78.    The surgeon referred me to a pain doctor, who gave nerve blocks. The nerve block worked on the right testicle for some time but then the pain presented again. I went to the emergency room on May 20, 2022 because of pain. And I experience this pain every day—the right testicle, right flank, right back, and right rib cage.  It is as if my rib cage is crushing in. It has felt like this for over two years.

79.    I have had some minor GI issues in my life, but I have never experienced anything like this before. In 2015, I had a stomach virus after a wedding in Omaha. I had a CT scan, saw a spot, and had a colonoscopy. The colonoscopy was normal. They put me on a five-year colonoscopy program, and I had another one in 2020. That colonoscopy came back as normal. They found some internal hemorrhoids and burned them. In the interim, I had some irregularity, fissures, and hemorrhoids. None of those symptoms compared to what I have gone through in the last two and a half years.

80.    It has been hard to get the care we need. My neurologist referred me to the Mayo Clinic but Tricare denied the referral. I got another referral to the Mayo Clinic from my primary care provider in Colorado that was also denied.

81.    In December of 2022, I thought I was having a stroke as I was lethargic and couldn't keep my eyes open. I was hospitalized for eight days over New Year's. There, I was diagnosed with meningitis, vertigo, tinnitus, migrainosus, and vestibular dysfunction. For the first time after exposure, they ran comprehensive labs, and found a slew of abnormalities.

82.    I have had intense neurological symptoms since the fuel release. I can only explain it as my brain has never felt the same. When I went to Tripler, I reported brain fog. And that fog continued. I have to write things down to remember them. The brain fog is less overwhelming, but I still find myself forgetting what I have been asked to do seconds earlier. Sometimes I have dizziness and vertigo. I'm finding ways to compensate but I am not sharp. And I have to put on a front.

83.    My right side still hurts. I try to stay in shape, but it is impossible when everything is in pain. I have limitations of movement and recovery so I can no longer perform as well as a golf pro as I used to. I can't swing the golf club well because it hurts if I take it back too far.

84.    The pain leaves me less desire to play the game that I loved and worked so hard to master over the last 30 years. I put my whole life into the game.

85.    It also takes my body longer to recover. Before my exposure to jet fuel, I could recover from a round of golf fairly quickly after a soak—a hot tub or

cold plunge. Now it might take 48 to 72 hours, while I am in tremendous pain. But then that really isn't recovery, because there's still always pain at the end—it doesn't subside. It just isn't worth it to me anymore.

86.    I recently got an epi pen. The doctors worry about the possibility of the elevated mast cells of the colon causing blackout spells in anaphylactic shock. My current medications include Cromolyn, Venlafaxine, Rizatriptan, Nurtec, Fexofenadine, a Fluticasone-saleterol inhaler, Fioricet, Topiramate, and Dicyclomine.

87.    I haven't played since the day after Thanksgiving. I lost my job two weeks later.

## C.    Job Interruptions & Loss

88.    In Hawaii, I had found an incredible opportunity to grow the game of golf on the island of O'ahu. In February 2021, I began working with Roger Dunn Golf Hawaii, LLC, under which we created The Golf Sim. At The Golf Sim, I was project manager for the startup, an exclusive teaching and club fitting studio on the island of O'ahu. I built the stores, created the programs, and trained the staff. After we staffed one store, I would oversee staffing the next one.  I also designed the simulator and store layout to include the right fixtures, lighting, audio/visual equipment, merchandise displays, V1 high speed cameras. I was the director of instruction and mentor to over 65 students.

89.    I typically worked 5 to 6 days a week, often bringing my work home with me. I was happy at this job, and I was good at it.

90.    We had a three-year plan to build three facilities across the island. I was learning new skills and building a business. As a family, we planned to extend orders an extra year in Hawaii so that I could finish out the mission.

91.    In 2021, as a startup, my base salary at The Golf Sim was $65,000 per year. I also received quarterly bonuses along with 50% of golf instruction and 30% of golf club fittings. In 2022, my salary at The Golf Sim was to be raised to $85,000 per year upon my one-year anniversary and my commissions were to be the same—50% of golf instruction and 30% of golf club fittings—which would have resulted in an additional $25,000-$30,000 in commissions for the year. This was in line with the equivalent managers who worked with the company. My salary was expected to increase to $105,000 in 2023 in line with the opening of the third store.

92.    After the jet fuel release, I was so ill that I was forced to take about a month off from work while we tried to get our feet back under us. There was not much support from my employers, but I had to do what was best for my family and to try my best to recover. I couldn't receive commissions during the period I was out, and it cost me my quarterly incentive.

93.     When I went back to work, I was only there for another few months before we were transferred to Colorado on Compassionate Reassignment. As a result, the raises to $85,000 and $105,000 didn't happen.

94.     In May 2023, I was fortunate to regain employment with The Federal Club in Richmond. My salary there was $85,000 per year with the potential for quarterly bonuses as well.

95.     In December 2023, I lost this job. I have never been fired in my whole life. But I know that I am not the same PGA Professional that I used to be. I had lost a love of the game but also the physical ability to play it like I had before. And our slew of medical appointments and single parenting didn't help.

96.     Being fired was humiliating and embarrassing.

97.     I have attached true and correct copies of exhibits that relate to my lost wages at Tab G (PX1001, PX1002).

**E.     Our Emotions and Fears**

98.     Before the fuel release, I considered myself a healthy, athletic person. But the fuel release has changed me as a person. I'm in pain all the time, and the pain makes me grouchy. I'm definitely not fun to be around anymore.

99.     I have emotions about this whole experience that I never felt in my life. Sometimes embarrassed, sometimes humiliated, sometimes depressed. I am now in therapy for the first time. I hope it will help.

100.    We lost the home that we loved, where T.P.'s first steps happened. And this experience colors our memories from that time. Mandy loved that home, too— we all did.

101.    I have been worried about our kids. I worry that they will never get better. I worry that health will take over our lives. I worry about the scary stuff— like that they will get cancer, or that Mandy or I will. I worry about other families, too, because this didn't just happen to us. I worry about the families who still don't know how contaminated the water was.

102.    I have been distressed for more than two years now, and I don't think I will ever stop.

103.    I am concerned about finances, too—that we won't be able to pay for the health problems now and those to come. This is especially troublesome since Mandy will leave the service because of this experience.

104.    P.F. now has a fear of water. She will not drink water unless it is bottled, and she carries her own water bottle everywhere. P.F. believes that whenever someone is sick, it is because of the water they drank. When Mandy got sick this week, P.F. assumed that water was the culprit. She asked why she drank the water. P.F. told her not to do it again. P.F. is now working with a trauma therapist, and they are drafting a book about a unicorn who helps get people away from contaminated water.

25

105.    Both P.F. and T.F. now have a fear of doctors. They relate doctors to blood draws and shots that they call pokies. Many times we have to correlate lab draws with sedations such as MRIs or procedures to reduce the trauma and anxiety. The experience that we have been forced to go through to get them medical care makes the trauma worse.

106.    The Government's treatment of us during this case has added to the harm. The Government made the "exams" extra difficult. For example, the Government first claimed that their psychology expert would conduct a mental exam of P.F.—at five years old—without a parent in the room. We were furious and considered dropping out of the case altogether. How could the same Government that poisoned us demand a mental exam of a five-year-old without us there? But when the exam itself took place, it turned out that the Government's lawyers were wrong.  Dr. Smith said he didn't mind at all if we were present for his examination of P.F.—and worse, that he had never said so to the lawyers.

## F.    Our Marriage

107.    As parents, we try to shelter our kids from all that we went through. The family dynamic has been tough, and the family dynamic continues to be tough because of my wife's health, her career and the possibility of medical retirement— not to mention the retaliation she has faced, the six months our family was separated, my job loss, and all of the what-ifs that we are facing with our health.

108.    This has been absolutely brutal. I don't wish it on anybody and am hoping for all our sakes we make it to see better days ahead. As you can imagine, these experiences have affected our romance and intimacy together. Not only were we separated for six months, but it is hard to be intimate even when we are together. The stress of it all has taken its toll. And the side effects of my medication affect libido.

**G.    Betrayal**

109.    Mandy has served our country in combat. And I have served, too, by supporting her in her duty stations. That her institution—the Department of Defense—did this to us has feels like an extraordinary betrayal for both of us.

110.    Mandy has suffered retaliation because of her advocacy. I am so proud of her, but it has been incredibly painful to watch the country she has dedicated her life to turn its back on her and our family.

111.    My kids and I were not offered any testing or treatment immediately after our exposure. It took months for any of us to be offered the basic labs that were offered to Mandy as a service member immediately. There was a standard of care that we were refused. As a result, we got an exception to policy so that we do not have to see military providers.

112.    That the Government still denies any medical harm is infuriating. We are sick, and we know many others are, too. That they look at us and tell us that we

are not sick is a betrayal. For example, when I presented to Peterson SFB in May or June of 2022, complaining of intense chronic pain, Dr. McMurray wrote, "keep up the healthy lifestyle." The gaslighting by military doctors and lack of empathy, when we were searching for answers about our health, created its own harm.

113.   The Government created Red Hill registries to track future illness anonymously but gave no guidance to us about what to look for. They are too insistent that there has been no harm to offer any help for the harm.

## Conclusion

There are a few things that I know to be true after this experience:

114.   We were exposed to jet fuel. It got into our drinking water system. It was on Ford Island—we saw neighbors get sick, and we got sick. We saw the sheen on our water, and we saw the Government maps showing that the entire water line was contaminated—including Ford Island.

115.   No one has the right to take memories from our family.

116.   No one has the right to change our brains, even a little bit.

117.   We did not make our kids sick—the Navy did.

118.   And we are not crazy. Not even a little bit.

119.   We got our kids out of a toxic environment, and we had to make impossible choices. We made the best family decisions we could given the conditions we were living with.

120.   I want accountability. What does that mean to me?  It means that a judge writes a verdict that shows that the Navy contaminated the water and didn't tell us, and that we got sick. It means the truth.

I, Patrick Feindt, declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2024.

Patrick Feindt

# FEINDT FAMILY:
# Timeline of Events

## 2021

**APR** — Move to Ford Island

**MAY 6, 2021** — 21,000 gallons of fuel released by operator error

**NOV 20, 2021** — Fuel release from fire suppression line
Navy does not turn off water

**NOV 21** — 911 calls reporting fuel smell in area around Red Hill

Navy press release: "fuel contained"
(not distributed to residents)

Navy press release: "the water remains safe"
(not distributed to residents)

**NOV 25** — Thanksgiving

Feindt family gets sick over Thanksgiving weekend;
Patrick has headaches and nausea; TF has fever and
vomiting; Mandy's mom has diarrhea and vomiting;
Mandy's dad has vertigo and nausea

**NOV 26** — First reports of smell in water reported to JBPHH



**NOV 28** — More reports of smell reported

Navy officers conclude that Nov 20 release has infiltrated the water

10 PM Navy press release: no indication that water is not safe (no mention of fuel release)

**NOV 29** — Navy flushes water onto streets

HDOH advises not to use water to drink, cook, or for oral hygiene

Navy distributes message from Joint Base Commander: "no indication water is not safe; he and his staff "are drinking the water"

Amanda receives email from JBPHH Commander: "no immediate indications water is not safe."

**NOV 30** — Town halls - Navy claims:
Navy does not know what is in the water;
still "investigating source;"
don't drink if it smells but otherwise safe

Email from the Residential Servicing Office that petroleum had not been detected in the JBPHH water. JBPHH residents asked to flush their water

**DEC 1** — Petroleum detected in water at Red Hill Elementary

**DEC 2** — Army begins evacuation for affected personnel

**DEC 3** — Navy authorizes TLA for residents in "affected areas"

Mandy receives email in Ohana housing:
Ford Island was "cleared" and not impacted



**DEC 5** — Town hall - Navy first admission that fuel in water is from November 20 release

**DEC 8** — Mandy sees news report that the Navy found contamination in a second well, expanding the affected areas to include Ford Island. She calls the EOC and they tell her to assume the water is unsafe.

Feindt family stops using the water

**DEC 9** — DOH reports diesel levels over 2x limit in Aiea-Hawala shaft

Task Force Ohana leaves a note on the Feindt's front door:
"DO NOT USE THE WATER IN YOUR HOME"

**DEC 10** — DOH reports petroleum levels 350x limit at Red Hill shaft

Water in Feindt house tested. No results shared

**DEC 11** — Family becomes violently ill.
Patrick and P.R.F. go to the emergency room with acute symptoms of vomiting and diarrhea, dizziness, brain fog

**DEC 13** — P.G.F. and Mandy go to the emergency room acute symptoms of vomiting and diarrhea, dizziness

**DEC 15** — Move to a hotel

**DEC 20** — Navy begins flushing water system

**DEC 26** — Mandy emails Ford Island CDC IOT to request temporary withdrawal extension for P.G.F and P.R.F.

# 2022

**JAN 4** — P.G.F. diagnosed with ADHD

**JAN 20** — P.G.F. seen for abdominal pain

**FEB 22** — 3 samples detected a compound over screening level at Radford Terrace

**FEB 24** — P.G.F. seen for behavioral issues, anxiety, and stomach pain

**FEB 27** — Approved to move back into home

Amanda is hospitalized for extreme pain in legs and blood in urine. She asks for compassionate reassignment for the family

**MAR 1** — Navy mails notice of release of JP-5 to all users of water system

**MAR 18** — DOH announces clearance of all 19 zones on Navy Water System

**APR 17** — Feindts moved out of Ford Island home to Colorado

**MAY 18** — Navy posts corrected Do Not Use notice to website

**MAY 20** — Patrick goes to ER for pain

**JUNE 6** — P.G.F. diagnosed with upper respiratory infection, P.R.F. diagnosed with ear infection



**JUNE 30** — Patrick gets surgery for continued right flank pain

**AUG 9** — Patrick has upper gastroenterology endoscopy

**AUG 10** — Patrick has enteroscopy for abdominal pain, gastrointestinal bleeding, chronic diarrhea, and weight loss

**AUG 15** — Patrick has colonoscopy and anoscopy

**SEP 13** — P.G.F. seen for eye discharge, dry nose, and cough

**SEP 27** — Patrick and P.G.F. seen for abdominal pain

**OCT 3** — P.R.F. CT scan showing lung abnormalities

**OCT 7 & 14** — Patrick and P.G.F. seen for trauma and stressor-related disorder

**NOV 1** — Patrick has surgery to remove gallbladder and to remove hernias; finds GI internal wounds

**NOV 7** — Patrick has neurologic evaluation for headaches and cognitive changes

**DEC 29** — Patrick thinks he is having a stroke, and is hospitalized for over 8 days. There, he's diagnosed with meningitis, vertigo, tinnitus, migrainosus, and vestibular dysfunction

## 2023

**MAY**  Patrick and P.R.F. move to Virginia for his new job, living separately from Amanda and P.G.F.

**NOV**  Reunited once Amanda could be placed in Virginia

**DEC**  Patrick loses his job

## 2024

**JAN 9**  DHA announces independent medical registry

**JAN 31**  DHA releases provider letter with recommendations for ongoing symptoms

**APR**  Longterm symptoms continue:

Mr. Feindt suffers from: intermittent dizziness and vertigo, intense chronic pain, headaches, brain fog, and mastocytosis

P.G.F. suffers from: abdominal pain, cough, shortness of breath, rashes, behavior alterations, mastocytosis

T.F. suffers from: abdominal pain, mastocytosis, dermatitis, worsened asthma, and anxiety.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

*/s/ Kristina Baehr*
Kristina Baehr