IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 1:22-cv-397-LEK-KJM (Federal Tort Claims Act) <br><br><br><br> TRIAL DATE: April 29, 2024 <br> JUDGE: Hon. Leslie E. Kobayashi |

## FEINDT FAMILY ATTACHMENT COMPOSITE
## TABLE OF CONTENTS

| | | |
|---|---|---|
| Tab A | PX-2288 | Photograph |
| Tab B | PX-2232 | Heat Maps |
| Tab C | PX-1014 | Feindt Lease |
| Tab D | PX-1070 | Text Messages |
| Tab E | PX-1047 | Photographs |
| Tab F | PX-1808 | Patrick Feindt Epix Anesthesia of Colorado Springs, LLC Medical Record |
| Tab G | PX-1001 - 1002 | Lost Wages |
| Tab H | PX-2297 | 5/14/2021 Email from R. Escala, Navy Housing Service Center, to A. Feindt regarding PPV Resident Plain Language Brief & Tenant Bill of Rights |
| Tab I | PX-1192 | Public-Private Venture (PPV) Mandatory PPV Housing Resident in-Brief, Joint Base Pearl Harbor-Hickam Housing Service Center (HSC) |

| | | Presentation |
|---|---|---|
| Tab J | PX-1104 | 11/30/2021 Ohana Navy Residential Portal regarding Message from JBPHH |
| Tab K | PX-1111 | 12/30/2021 Email from Ohana Navy Residential Portal Regarding Navy Water Update |
| Tab L | PX-1175 | 12/9/2021 Task Force Ohana Note |
| Tab M | PX-1006 | 12/9/2021 Feindt Email to Ford Island CDC |
| Tab N | PX-1045 | Photographs |
| Tab O | PX-2305 | Star Advertiser Article |
| Tab P | PX-1126 | 12/17/2021 Email from Ohana Navy Residential Portal Regarding Ohana Residents Letter Dec 2021 |
| Tab Q | PX-1542 | Video |
| Tab R | PX-1543 | Video |
| Tab S | PX-1048 | Photographs |
| Tab T | PX-1150 | 2/2/2023 Letter from R. Brewer to D. Felton regarding Estimates of Contaminant Types |
| Tab U | PX-1236 | Exposure Assessment: November 2021 Release of JP-5 Jet Fuel into the Joint Base Pearl Harbor-Hickam Drinking Water System |
| Tab V | PX-1490 | Red Hill Water Alliance Initiative (WAI) Report, State of Hawaii and City and Council of Honolulu, dated Nov. 2023 |
| Tab W | PX-1194 | 1/18/2024 Dept. of Geography & Environment Presentation |
| Tab X | PX-1220 | Documentation to Amend Drinking Water Health Advisory in Zone E1, Joint Base Pearl Harbor Hickam (JBPHH), Oahu, Hawaii, Interagency Drinking Water System Team Zone E1 Removal |

| | | Action Report, dated Mar. 2022 |
| Tab Y | PX-1959 | P.F. Drawing |

# TAB A



PLAINTIFFS_RH_0147258

# TAB B

US_RHFTCA_00373776

# TAB C

Ohana Military Communities, LLC Resident Services Office
298 Main Street, Honolulu, HI 96818
(808) 839-8630

# LEASE

1. Lease Date: **April 16, 2021**
2. Resident(s) – Pay Grade: **Amanda L. Feindt** **O4**
3. Other Occupants:
   **Patrick R. Feindt Jr.**
   **P**[redacted] **F**[redacted]
   **P**[redacted] **F**[redacted]
4. Lease Term:
   a. Commencement Date: **April 16, 2021**
   b. Expiration Date: **March 31, 2022**
5. Neighborhood: **Luke Field**
6. Premise Address:
   **4838 Yorktown Boulevard**
   **Honolulu, HI 96818**
7. Monthly Rent: **$3,777.00** ALF
8. Partial Month Rent: **$1,888.50** ALF
9. Partial Month Rent Due Date: **May 1, 2021** ALF
10. Security Deposit: $ **0.00**
11. Late Charge: **$50** as specified in Paragraph 6
12. Returned Check Charge: **$25** as specified in Paragraph 6

☐ I/We agree to pay Rent to Owner, by monthly electronic Allotment. I/We authorize the Allotment to be initiated and changed as set forth in Paragraph 4.a. of this Lease. Authorization is also given to stop the Allotment at the time that the Lease is terminated.

☐ I/We agree to pay Rent to Owner by monthly Unit Diary Entry Electronic Funds Transfer ("UDEFT"). I/We authorize the UDEFT to be initiated and changed as set forth in Paragraph 4.b. of this Lease. Authorization is also given to stop the UDEFT at the time that the Lease is terminated.

☒ I/We agree to pay Rent by monthly direct payment to the Owner and will pay such Rent in accordance with Paragraphs 4.c. of this Lease.

This Lease is a legally binding contract. Owner and Resident agree that this Lease and the contractual relationship between the parties shall be construed in accordance with and shall be governed by Chapter 521 of the Hawaii Revised Statutes.

Owner and Resident accept the terms and conditions of the Lease. The Lease includes the Lease and any addenda and sets forth all promises, agreements, and understandings between the Owner and Resident. The terms and conditions of this Lease may only be changed if in writing and signed by both Owner and Resident. Oral changes or agreements are not permitted.

Hunt MH Property Management, LLC., Agent for Owner, Ohana Military Communities, LLC

*By Authorized Representative:* ____________________ Date

Resident: DocuSigned by: [signature] **04/16/2021** Date    Resident: ____________________ Date

**Addenda:**

☒ Asbestos Addendum
☒ Community Handbook
☐ Construction and Relocation Addendum
☐ Executive Home Addendum
☒ Historic Home Addendum
☐ Home-Based Business Addendum
☒ Lead-Based Paint Disclosure Addendum
☒ Mold and Mildew Addendum
☒ Pesticide-Impacted Soil Addendum
☒ Pet Addendum
☒ Resident Energy Conservation Program (RECP) Addendum
☐ Satellite Dish and Antenna Addendum
☐ Special Accessibility Features Home Addendum
☐ Other: Rent Differential Addendum

PLAINTIFF'S TRIAL EXHIBIT
PX-1014

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

This Lease is made on the "Lease Date" listed on Page 1 Number 1, between Ohana Military Communities, LLC, a Hawaii limited liability company, owner of the subject Premises (the "Owner"), and the Resident(s) referenced on Page 1 Number 2 of this Lease (individually and collectively referred to as "Resident").

**THE PARTIES AGREE AS FOLLOWS:**

1) **Parties to Lease.** Subject to the terms and conditions of this Lease, Owner rents to Resident and Resident rents from Owner, the Premises referenced on Page 1 Number 6 (the "Premises") of this Lease. The Premises is to be used for residential use only, with exceptions permitted solely upon written approval of Owner. The property is managed by Hunt MH Property Management, LLC., whose address and phone numbers are specified on Page 1. Hunt MH Property Management, LLC is authorized to manage the Premises on behalf of Owner and to receive rents, execute leases, enforce leases, and give and accept notices, demands, and service of process on behalf of, and as agent of the Owner.

2) **Premises.** The property to be rented is located in the Neighborhood referenced on Page 1 Number 5, and at the address specified on Page 1 Number 6, and includes the Premises and front and back yards, and may include a garage, driveway, designated parking, and/or a carport, as applicable, plus any outside storage located in the yard.

3) **Term/Automatic Renewal.** The Term of this Lease shall be for a period not to exceed twelve (12) months. This Lease shall begin on the Commencement Date specified on Page 1 Number 4a and terminate on the Expiration Date specified on Page 1 Number 4b.

   Either party may end or renew this Lease at the end of the rental term by providing written notice to the other party. If Resident chooses to terminate this Lease, Resident must provide written notice to Owner which must be received by Owner at least twenty-eight (28) days before the end of the original term. If Owner chooses to terminate this Lease, Owner must provide written notice to Resident which must be received by Resident at least thirty (30) days before the end of the term. After expiration of the term, if neither party has terminated this Lease or neither party has renewed this Lease for another term, this Lease will automatically continue on a month to month tenancy unless otherwise stated in the Construction and Relocation Addendum.

   Resident may terminate a month to month tenancy by providing Owner with a written notice at least twenty-eight (28) days before the anticipated termination date. Owner may choose to terminate a month to month tenancy by providing the Resident with a written notice at least forty-five (45) days before the anticipated termination date.

4) **Rent.** The rent, renter's insurance, and utility usage amount (collectively, "Rent") shall be an amount not to exceed the Basic Allowance for Housing ("BAH") at the With Dependent rate for Resident's duty station at Oahu, Hawaii, or Kauai, Hawaii, as applicable. Rent is payable on the first (1st) day of each month for the previous month's Rent. If Residents are dual military (service members married to service member), the Rent for the Premises shall be equal to the BAH of the senior service member at the With Dependent rate. Rent includes water, sewer, and gas utility services. Additionally, renter's insurance, as specified in Paragraph 32 of this Lease and a utility usage amount based on average electricity usage, as specified in Paragraph 8 of this Lease will be provided by the Owner.

   If Resident's BAH rate changes at any time, except as the annual adjustment by the Department of Defense Resident must notify Owner within fourteen (14) business days of the change. Resident shall be responsible for the payment of Rent at the changed rate from the effective day of any change and payable upon receipt of the new rate. Resident agrees that the foregoing constitutes effective notice from the Owner of the increase or decrease in the amount of the monthly Rent, which will take effect upon any increase or decrease in Resident's applicable BAH. In the event the Resident becomes ineligible for BAH, the Rent will be equal to the Resident's BAH immediately prior to the Resident ineligibility.

REV 08/2017
Confidential

PLAINTIFFS_RH_0034293
PX-1014_0001

If this Lease begins after the first day of the month, Resident shall pay the prorated amount based upon 1/30th of the monthly Rent at the time this Lease is signed. Resident shall pay the Partial Month Rent listed on Page 1 Number 8 on the first (1st) day of the following month. If, however, there is a delay in the authorization of the BAH entitlement and Resident does not receive the BAH or increase in BAH, Resident may defer payment of Rent until the BAH entitlement is received. The Partial Month Rent and Due Date are specified on Page 1 Number 9.

   a. **Allotment Option:** Resident I/We understand and agree that the allotment to pay rent to the Owner may be processed by a third party vendor. Resident is responsible for paying all Rent and charges due by check or money order until the Allotment has commenced. The Allotment will be increased/decreased when increases/reductions occur to the senior service member Resident's BAH rate.

   I/We agree to pay Rent to Owner, by monthly electronic Allotment. I/We authorize the Allotment to be initiated and changed by the vendor as set forth herein. Authorization is also given to stop the Allotment at the time that the Lease is terminated.

   Resident shall execute all documents that are necessary to make monthly Rent payments ("Allotment") equal to the BAH at signing of this Lease and Resident agrees to take no action to terminate the Allotment without making arrangements with Owner to begin paying the Rent in another form. If Resident takes action to terminate the Allotment before providing notice to vacate and paying last month rent, the Allotment may be restarted automatically if the resident still occupies the property.

   Resident agrees that the military Leave and Earnings Statement is an acceptable substitute for a Rent receipt as required by Section 521-43 of the Hawaii Residential Landlord-Tenant Code. Resident, however, may request a separate receipt from the Owner.



   (Sign here to accept this option)

   b. **UDEFT Option:** If Resident chooses to pay rent through a Unit Diary Entry Electronic Funds Transfer ("UDEFT") Resident is responsible for paying all Rent and charges due until the UDEFT has commenced. The UDEFT may be increased/decreased automatically or, if necessary, by the Resident when increases/reductions occur to the senior service member Resident's BAH rate. It is the Resident's responsibility to make adjustments in the UDEFT to reflect any changes in Resident's BAH rate. Resident shall execute all documents that are necessary to make monthly Rent payments equal to the BAH at signing of this Lease and Resident agrees to take no action to terminate such UDEFT without making arrangements with Owner to begin paying the Rent in another form. Resident agrees that the military Leave and Earnings Statement is an acceptable substitute for a Rent receipt as required by Section 521-43 of the Hawaii Residential Landlord-Tenant Code. Resident, however, may request a separate receipt from the Owner.

   c. **Direct Payment Option:** If Resident chooses not to use the Allotment or UDEFT payment method as specified on Page 1, Resident agrees to make Rent payments directly to the Owner on the first (1st) day of each month for the previous month's Rent, without notice, to the Owner's office address specified on Page 1 or such other person or at such other address as Owner may notify Resident.

   If Resident's Allotment or UDEFT is terminated without written permission from Owner, and Resident is still in possession of the Premises, Resident will be considered in material breach of this Lease, unless such termination is beyond Resident's fault or control.

5) **Security Deposits and Pet Fee.**

   a) Security Deposit: A Security Deposit equal to one month's Rent will be required unless the Resident chooses to complete all documents to pay Rent by Allotment or UDEFT. The Security Deposit, if any, is specified on Page 1 Number 10 and is being held at the Bank of Hawaii, or at such other bank as may be selected by Owner with notice to Resident. The Security Deposit is given by

3

PLAINTIFFS_RH_0034294
PX-1014_0002

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

the Resident to the Owner for the following purposes: (a) To remedy Resident defaults for damages, for failure to pay Rent, or for failure to return keys at termination of this Lease; (b) To put the Premises in as clean a condition at the Expiration Date as it was at the Commencement Date, except for normal wear and tear; (c) To compensate for damages if Resident wrongfully quits the Premises; or (d) any other charges, including any outstanding electricity charges as set forth in the Resident Energy Conservation Program (RECP) Addendum, in accordance with state law and local ordinance.

b) Pet Deposit: If the Resident has one or more dogs or cats as provided for in paragraph 11 of this Lease, a $0 Pet Deposit will be required. This deposit is waived if the Resident is already paying a Security Deposit. The Pet Deposit is given by the Resident to the Owner to remedy Resident defaults for damages caused by Resident's pet(s).

The Security or Pet Deposit will be held, applied, and refunded as provided herein. If Resident has paid a Security or Pet Deposit, Owner will return the Security or Pet Deposit or any portion not retained by Owner, not later than fourteen (14) days after the termination of this Lease. If Owner keeps any portion of the Security or Pet Deposit, Owner will provide Resident with a written notice listing the reasons for keeping the Security or Pet Deposit. If the Security or Pet Deposit is insufficient to cover the costs of unpaid Rent, damages, or other charges, Resident will be liable for all such sums due in accordance with state/local law. Resident may not use the Security or Pet Deposit as the "last month's rent" and cannot apply the Security or Pet Deposit towards Rent.

6) **Late Fees and Returned Check Charges.** If any Rent is not paid by the fifth (5th) day of the month, unless paid by Allotment or UDEFT, the Resident must pay a late fee of $50.00, which is deemed additional Rent. If a check for payment of Rent is returned by the bank for insufficient funds, Resident must replace the returned check with a cashier's check, certified check, or money order and pay a returned check charge of $25.00, plus any late fees, if applicable, which are deemed additional Rent. If one (1) check is returned by the bank for insufficient funds, all future rental payments must be paid by Allotment or UDEFT, cashier's check, certified check or money order only.

Acceptance of any late or partial Rent or waiver of any fees or charges is not a waiver of Owner's right to enforce other terms of this Lease.

7) **Condition of Premises Upon Commencement Date.**

   a) **For Residents not in possession at time of Lease signing:**

   Resident has examined the Premises and is satisfied with its physical condition, order, and repair. Resident accepts the Premises "as is" as of the Commencement Date specified on Page 1 Number 4a. Owner has inspected and inventoried the Premises and provided Resident with a Move-In/Move-Out Unit Inspection and Inventory Report. Within five (5) days of Commencement Date, or upon occupancy by Resident, Resident shall complete and return to Owner the Move-In/Move-Out Unit Inspection and Inventory Report detailing any deficiencies noted with the Premises. Owner and Resident will sign the Move-In/Move-Out Unit Inspection and Inventory Report and Owner will provide a copy to Resident. If Resident does not return the Report to Owner, Resident accepts the Premises without exception, and any damage or deficiencies will be deemed accepted by Resident.

   b) **For Residents in possession at time of Lease signing:**

   Resident acknowledges that he/she is in possession of the Premises on the Commencement Date and accepts the Premises "as is" as of the date Resident commenced occupancy of the Premises, which condition is described in Resident's original Move-In Condition form, a copy of which is on file with the Owner and will be provided to Resident upon request.

8) **Services and Utilities.** Owner shall be responsible for the payment of water, sewer, and gas utilities as specified in Paragraph 4 during the term of this Lease. As set forth in the Resident Energy Conservation Program (RECP) Addendum, electricity cost will be the responsibility of the Owner up to the upper limit of

4

PLAINTIFFS_RH_0034295
PX-1014_0003

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

a monthly utility usage buffer zone. Resident will be responsible for payment of electric utility charges that exceed the monthly utility usage buffer zone and for telephone, cable, Internet, or any other services directly contracted by Resident with a service provider. Resident acknowledges that interruptions in the delivery of utilities do occur and Owner shall not be liable for any loss or inconvenience caused by any interruption. Owner will make every effort to notify Resident in advance of any interruptions in utility services resulting from scheduled outages or work elsewhere in the Neighborhood.

9) **Occupants and Permitted Use.** Resident will use the Premises as a residence for Resident and Occupants listed on Page 1 respectively, except as otherwise provided herein. Procedures and requirements governing Occupants and permitted use are further specified in the Community Handbook, a copy of which is given to Resident.

    a) Resident, Occupants and guests will not commit any acts or use the Premises or common areas in such a way as to (i) violate any law or ordinance, including laws prohibiting the use, possession or sale of illegal drugs; (ii) commit property damage; or (iii) create a nuisance by annoying, disturbing, inconveniencing or interfering with the quiet enjoyment, business, or peace and quiet of any other Resident, Resident Services Office staff, contractors, or other persons engaged in lawful activity in the area.

    b) Residents must register and obtain written approval from Owner for guests staying at the Premises longer than thirty (30) days.

    c) Resident must obtain written approval from Owner for a live-in care provider staying more than thirty (30) days.

    d) Residents and/or Occupants may, with written permission of Owner and execution of a Home Based Business Addendum, conduct a residential business in the Premises of a type normally permitted under state/local laws and regulations governing the conduct of residential businesses. Residents and/or Occupants conducting a residential business will be required to comply with and are subject to inspection by the appropriate city, county, state, or federal agency, office or department for compliance with applicable laws, codes, regulations and requirements. The Resident is responsible for obtaining the necessary State or local government licenses and insurance for any damages to third parties arising from the conduct of such business and providing a copy to the Owner.

    e) Resident and/or Occupant may, with written permission from Owner and execution of a Home Based Business Addendum, operate a child care facility in the Premises through participation in the Child Development Homes program. Resident and/or Occupant must be certified through the DoN sponsored Child Development Program. Resident is responsible for obtaining the necessary State or local government licenses and insurance for any damages to third parties arising from the conduct of such business and providing a copy to the Owner.

10) **Absence from Premises.** Resident shall notify the Owner in writing of any absences from the Premises in excess of fourteen (14) consecutive days. Resident shall make arrangements for a representative to have access to and take responsibility for the Premises and shall notify Owner of the name and contact information of such representative. Resident shall assume all liability for the representative's behavior. Unless inconsistent with state/local law, Owner shall not be responsible for any damages resulting from the Resident's absence from the Premises due to Resident's negligence, recklessness and/or intentional conduct.

11) **Pets.** No pets are permitted in the Neighborhood at any time except by prior written consent of Owner. If Owner agrees to permit a pet(s), Owner and Resident must sign a Pet Addendum and observe all applicable laws (i.e., leash and pick-up laws). After the Commencement Date specified on Page 1 Number 4a of this Lease, the following breeds of dogs and dogs that have any of the following breed lineage will not be permitted to be moved into the Premises or Neighborhood: Pit Bull types and Rottweilers. Pit Bull types of dogs are defined as Pit Bull, American Pit Bull Terrier, American Staffordshire Terrier, Bull Terrier, Staffordshire Bull Terrier, and Staffordshire Terrier. Caged birds, fish and other cold-blooded animals are allowed in the Premises provided they are permitted under federal, state, and local laws. A maximum of two (2) dogs and/or cats will be permitted in the Premises. A reasonable number of other authorized pets may be

5

PLAINTIFFS_RH_0034296
PX-1014_0004

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

permitted. Keeping a pet for any duration without written consent from Owner or a signed Pet Addendum will be considered a material breach of this Lease.

Residents are responsible for informing guests that guest's pets are not allowed in the Premises or common areas. Residents will not be permitted to use the Premises to care for pets belonging to other persons without the written consent of Owner.

Resident agrees to pay for flea and tick treatment as specified in the Pet Addendum prior to moving out of their home.

Resident will be required to have all the carpets professionally cleaned. A receipt from a professional, reputable business must be provided at the move-out inspection. This does not negate the resident's responsibilities for additional damage charges found at the move-out inspection. Carpets with un-removable stains, pet urine, pet odors, and/or excessive pet hair may result in additional charges and/or carpet replacement, which will be assessed accordingly during the move-out inspection

12) **Community Handbook and Rules/Regulations.** Resident agrees to comply with all occupancy rules and regulations contained in the Community Handbook governing the Neighborhood whether now in effect or subsequently issued by Owner and delivered to Resident. Resident acknowledges receipt of the Community Handbook as of the commencement date of this Lease, which is incorporated into this Lease. Violation of the occupancy rules and regulations contained in the Community Handbook may be considered a violation of this Lease.

13) **Parking.** Resident will operate and park all vehicles in accordance with guidelines stated in the Community Handbook. All vehicles must be licensed with current license plates and must be in operating condition. Owner will tow unauthorized or illegally parked vehicles at Resident's expense. Owner assumes no responsibility or liability whatsoever for loss of or damage to any vehicle while parked in the Neighborhood. Boats, trailers, and oversized vehicles must be registered with the Owner and shall be parked only in designated recreational vehicle storage areas. Such storage areas may not be available in some or all of the neighborhoods.

14) **Repairs/Alterations/Liens.** Resident will not alter or repair the interior, exterior, or the structure of the Premises in any way without express written consent of Owner. Resident is liable for the cost to repair any alterations made by Resident. Alteration includes but is not limited to painting, wallpaper, modification of electrical appliances, or installation of telecommunication devices, including satellite dishes and/or antennae. No mechanical, electrical, plumbing or structural equipment or major appliances or configuration on any part of the Premises may be altered, modified, installed or removed without express written consent of Owner. Resident shall be responsible for all costs for repair or replacement of any removals or changes.

Residents of historic homes must comply with further restrictions as outlined in the Historic Home Addendum.

Resident may not encumber the Premises or permit any person to claim or assert any lien for the improvement or repair of the Premises made by Resident. Resident shall notify all parties performing work on the Premises at Resident's expense that this Lease does not allow any such liens to attach to Owner's interest.

15) **Maintenance.** Owner will maintain the Neighborhood and the mechanical and electrical devices provided by Owner within the Premises in a clean, safe, and workable condition. Resident will report all needed repairs to Owner. Service requests during regular working hours are to be reported to the Resident Services Office or other designated service request line. Repairs shall be made within a reasonable time following notification during normal business hours. Emergency maintenance service is available after hours to handle requests of a true emergency nature that cannot wait until normal business hours. If such repairs are of an emergency nature, the repairs shall be addressed within a reasonable time under the circumstances.

6

Confidential
PLAINTIFFS_RH_0034297
PX-1014_0005

Owner is not responsible for any inconvenience or loss caused by necessary repairs to the Premises, the Neighborhood, appliances, or any other equipment. Temporary suspension of services within the Premises and in the Neighborhood is not a basis for ending this Lease or abating Rent if Owner is affecting repairs.

Resident shall maintain the Premises in a neat, clean and undamaged condition, in accordance with all applicable state/local laws affecting health and safety. Resident agrees to (a) dispose of all ashes, rubbish, garbage, and waste in a clean and safe manner; (b) use all plumbing, electrical, sanitary, ventilating, air conditioning facilities and appliances in a safe and reasonable manner; and (c) not deface, damage, or otherwise harm any part of the Premises. Any damage(s) to glass on the Premises or in any common area caused by Resident, Occupants or guests shall be paid by Resident. Resident has inspected and tested all smoke detectors and carbon monoxide detectors and determined them to be in workable condition. Resident shall be responsible for testing smoke detectors and carbon monoxide detectors on a regular basis, and replacing batteries. Resident, Occupant or guests shall not tamper with, adjust or disconnect any smoke detectors or carbon monoxide detectors. Violation of this provision is a material breach or default of this Lease and shall entitle Owner to exercise all remedies available under state/local law. Resident shall notify Owner of all repair needs promptly. Resident shall be liable for any damages resulting from Resident's failure to promptly notify Owner.

Owner will perform an annual physical inspection of the Premises to ensure housing quality standards. Owner will notify Resident at least five (5) days in advance of the date and time of inspection.

Resident is responsible for grounds maintenance of the backyard of the Premises, if fenced. The Resident is responsible for mowing, trimming, and edging the area within the fenced backyard in accordance with grounds maintenance standards. A complete list of the standards regarding grounds maintenance is posted in the Resident Services Office. Failure to maintain grounds is a material breach of this Lease. The Owner may waive this requirement in certain circumstances, including but not limited to deployment of the Resident.

16) **Damage to the Premises.**

   a) If, by no fault of Resident, the Premises is totally or partially damaged or destroyed by fire, earthquake, accident or other casualty that render the Premises totally or partially uninhabitable as determined by the applicable governing authority or, if a governing authority is not applicable, by Owner, either Owner or Resident may terminate this Lease by giving the other written notice within thirty (30) days after the date of such damage, which shall be effective retroactively to the date on which the Premises became totally or partially uninhabitable. Rent may be abated as of the date the Premises becomes totally or partially uninhabitable. The abated amount shall be the current monthly Rent prorated on a thirty (30) day period. Neither party will have any further obligation to the other. If this Lease is not terminated, Owner shall promptly repair the damage, and Rent shall be reduced based on the extent to which the damage interferes with Resident's reasonable use of the Premises. Owner may alternatively offer Resident another Premise if one is available. Resident may accept the Premises and this Lease will remain in effect with no reduction in rent

   b) If the damage to the Premises is a result of a negligent, reckless, or deliberate action of Resident, Occupant, or guests, only Owner shall have the right to terminate this Lease, and no reduction in Rent shall be made. Resident will be responsible for payment of the repair and damages to the Premises caused by the Resident, Occupant or guest and to restore the Premises to its original condition, even if caused before the commencement date of this Lease. Failure to pay such amount is a material breach or default of this Lease.

17) **Waiver.** If Owner does not exercise any of its rights under this Lease, Owner may still exercise these rights at a later date.

18) **Joint and Individual Liability.** If there is more than one Resident, each one shall be individually and completely responsible for the performance of all obligations of Resident under this Lease, including, but

7

Confidential

PLAINTIFFS_RH_0034298
PX-1014_0006

not limited to, any damage caused to the Premises or Neighborhood by the Resident, Occupant, or Resident's guest, jointly with every other Resident, and individually, whether or not in possession.

19) **Right to Relocate.** Owner reserves the right to terminate this Lease and to relocate Resident due to construction and renovations or habitability conditions as specifically set forth in the Construction and Relocation Addendum. Owner will give Resident no less than forty-five (45) day advance notice. Relocations directed by Owner to a Premises designated by Owner and accepted by Resident will be at no cost to Resident. Owner shall provide Resident with a relocation allowance in the amount as set forth in the Construction and Relocation Addendum to offset the incidental costs of moving. Resident will be responsible for relocation due to habitability deficiencies caused by Resident, Occupants, or Resident's guests. In such event, Resident will pay for its relocation expenses in addition to the cost to repair any habitability deficiencies.

20) **Entry onto the Premises.** Owner or anyone allowed by Owner, including but not limited to a licensed exterminator for the purpose of pest control, may enter the Premises during reasonable hours after giving Resident forty-eight (48) hours advance notice. Owner or anyone allowed by Owner may enter the Premises for preventive maintenance during reasonable hours after giving Resident five (5) days advance notice. If there is an emergency, Owner may enter the Premises without giving Resident advance notice. Upon notice by either party of intent to terminate tenancy, Resident agrees to permit Owner to show the Premises to prospective residents upon forty-eight (48) hours advance notice. Owner may also enter the Premises if it appears to have been abandoned by Resident after a forty-eight (48) hour notice has been posted.

21) **Locks and other Entry Devices.** All devices (access cards, codes, keys, garage door openers, etc.) issued to Resident for access to common areas, pools, garages, Premises, etc. are the property of the Owner to be utilized solely by and held in possession of the Resident and authorized Occupants. These devices may be subject to additional rules and regulations as issued by Owner. If Resident provides any entrance device other than a key to Resident's Premises, to any person without first obtaining written permission from Owner, it shall constitute a material breach of this Lease and Owner may terminate tenancy.

Locks shall not be changed, altered or replaced nor shall Resident add new locks without the written permission of Owner. Any locks so permitted to be installed shall become the property of Owner and Resident must promptly provide a key to Owner.

22) **Abandonment.** Any personal property left in the Premises after Resident has vacated or has been evicted is considered abandoned. If Owner determines the personal property to be of value, Owner may store the items at Resident's expense, sell the items in a commercially responsible manner, or donate the items to a charitable organization. Before selling or donating the items, Owner will mail a notice to Resident at Resident's forwarding or last known address. Owner will advertise the sale and disburse any proceeds in accordance with state/local law. If Owner determines the abandoned property is of no value, Owner will dispose the abandoned property without further notice or liability.

23) **Assignment and Sublet.** Resident shall not sublet all or any part of the Premises, or assign or transfer this Lease or any interest in it. Any assignment, transfer or subletting of the Premises or this Lease by voluntary act of Resident, operation of law or otherwise, shall be null and void and, at the option of Owner, terminate this Lease.

24) **Breach by Resident.** Each obligation of this Lease is material and violation of any obligation or misrepresentation of any information is a breach of this Lease. Owner may, at its option, enforce the performance of this Lease and/or give notice to Resident of its election to terminate this Lease. If Resident does not pay Rent by the due date, Owner may give Resident written notice demanding payment. If the Rent is not paid within the time specified (not less than five [5] business days) after receipt of notice, Owner may terminate this Lease. If Owner employs an attorney or collection agency, Resident must pay attorney fees (not more than 25% of the unpaid rent) and reasonable court costs, regardless of whether or not a lawsuit is filed.

If Resident fails to comply with any of the terms of this Lease, including damaging the Premises or violating any of the rules and regulations contained in the Community Handbook, or other restrictions, Owner will

8

Confidential

PLAINTIFFS_RH_0034299
PX-1014_0007

give Resident written notice ("Notice of Violation/Breach) of the violation/breach. If the damage is not repaired or the violation/breach is not corrected within the time period specified in the Notice of Violation/Breach (not less than 10 days) from receipt of the notice, Owner may correct the violation/breach or damage and charge the cost to Resident and/or give Resident a ten (10) day notice to terminate this Lease ("Notice of Termination of Tenancy") unless the violation/breach is remedied by Resident within the ten (10) day period and provided that the violation/breach can be remedied. Notice is hereby given that Resident is responsible for paying any fines, penalties, or other assessments charged because of Resident's failure to comply with the terms of this Lease.

If the breach of this Lease is due to Resident's, Occupants', and/or guests' use of the Premises for unlawful purposes, or if Resident, Occupants or guests cause or threaten to cause injury to any person, Owner may terminate this Lease.

Neither Owner nor Resident shall forfeit or waive any existing or future right or remedy by pursuing a lawsuit. Resident's eviction by a court or other breach of this Lease or Owner's Service of a Notice of Termination of Tenancy on Resident shall not release Resident from liability for payment for the balance of the term of this Lease.

25) **Security.** Resident acknowledges that Owner has not made any written or oral representations concerning the safety of the Neighborhood or the effectiveness or operability of any security devices or security measures.

Resident acknowledges that Owner does not warrant or guaranty the safety or security of Residents, Occupants, and their guests or invitees against criminal or wrongful acts of third parties. Each Resident, Occupant, guest, and invitee is responsible for protecting his or her own person and property.

Resident acknowledges that security devices or measures may fail or be thwarted by criminals or by electrical or mechanical malfunction. Therefore, Resident acknowledges that they should not rely on such devices or measures and should protect themselves and their property as if these devices or measures did not exist.

26) **Estoppel Certification.** Resident will, at any time and from time to time, upon not less than fifteen (15) days prior request by Owner, execute, acknowledge and deliver to Owner a statement in writing, executed by Resident, certifying (a) that this Lease is unmodified and in full force and effect (or, if there have been modifications, that this Lease is in full force and effect as modified, and setting forth such modifications) and the dates to which the additional Rent and other sums payable hereunder have been paid, and (b) that there is no existing default hereunder or specifying each such default of which the signer may have knowledge and (c) that Resident does not have any actual or pending claim against Owner.

27) **Hold Harmless.** Owner will not be liable for any injury to any person or damage or loss to any property of Resident, any Occupant, guest or invitee, unless the injury or damage is due to the specific negligence of Owner. Except as otherwise provided by law and this Lease, Owner will not be liable for the loss or damage to Resident's personal property from theft, vandalism, fire, water damage, smoke, Owner supplied appliances, operating systems, interruption of utility services, or other cause, unless due to the specific negligence of Owner. If for any reason Owner agrees to render services such as handling furniture, cleaning, delivering or accepting packages, or providing access, Resident specifically agrees to hold Owner harmless from all liability in connection with such services.

Owner shall not be liable to Resident for any lack of access to the Premises, the Neighborhood, or any other land under the control of the Federal Government.

9

Confidential

PLAINTIFFS_RH_0034300
PX-1014_0008

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

28) **Delivery of Premises.** Owner will make a good faith effort to make the Premises available to Resident on the day this Lease is scheduled to begin. If any delay does occur, Rent will not be due until the Premises is available to Resident. Either party may end this Lease by written notice to the other party if the Premises are not available within thirty (30) days after the Commencement Date, and any payment(s) made under this Lease will be refunded.

29) **Resident's Obligations Upon Vacating the Premises.** Resident has certain obligations prior to termination of this Lease and vacating the Premises. The obligations include:

   a) Resident shall (i) give Owner all keys or opening devices to the Premises and any common areas; (ii) vacate and surrender the Premises to Owner, empty of all persons; (iii) vacate any and all parking and /or storage space; (iv) clean and deliver the Premises to Owner in the same condition as it was delivered upon Commencement Date, less ordinary wear and tear; (v) remove all debris; and (vi) give written notice to Owner of Resident's forwarding address.

   b) All alterations/improvements left by the Resident at termination and that are made by or caused to be made by Resident, with or without Owner's consent, shall be deemed abandoned and may be disposed of, or retained by, Owner upon termination. Owner may charge Resident for restoration of the Premises to the condition it was in prior to any alterations/improvements.

   c) Owner shall perform a pre-move out inspection and inform the Resident in writing of any potential move-out charges that may be assessed. At Resident's option, Resident may attend such pre-move out inspection. Resident shall be given an opportunity to remedy identified deficiencies prior to termination, consistent with the terms of this Lease. Deficiencies identified in the pre-move out inspection and not remedied by Resident will be remedied by the Owner and associated costs will be the responsibility of the Resident

   d) Owner shall perform a final move out inspection at the time the Resident vacates the Premises. Resident or a Resident appointed representative must attend such final move out inspection. If Resident or a Resident appointed representative does not attend such final move-out inspection of the Premises, Resident will accept Owner's assessment of damages. The Resident will be charged a cleaning fee if the Premises is not properly cleaned. The Resident will be assessed charges for any damages to the Premises, except ordinary wear and tear.

   e) Move-out requirements are further specified in the Community Handbook.

30) **Termination by Resident Prior to Expiration of Term.**

   a) Resident that is a service member shall have the right to terminate this Lease if (i) the Resident is required to move pursuant to permanent change of station orders; (ii) the Resident receives temporary duty or deployment orders equal to or in excess of three (3) months duration to depart thirty-five (35) miles or more from the Premises; or (iii) the Resident is discharged or released from active duty with the Armed Forces of the United States or Coast Guard; or (iv) the Resident dies during active duty the remaining Resident that is a service member shall have the right to terminate this Lease as provided in the Servicemembers' Civil Relief Act, as shall the Occupant(s) as provided in the Servicemembers' Relief Act.

   b) In order to terminate this Lease under Paragraph (a) above, Resident (or in the case of death, an adult member of his or her immediate family or personal representative of the estate) shall provide Owner a written twenty-eight (28) day notice of intent to vacate (accompanied by appropriate forms/documents evidencing the circumstances giving rise to such right). The foregoing twenty-eight (28) day period can be reduced or waived by Owner under special circumstances such as when military orders are received with less than twenty-eight (28) days' notice.

   c) If two Residents are military members and only one Resident terminates this Lease under Section 30(a) above, the remaining Resident will not be required to terminate the Lease, but has the option

10

to provide the Owner a written twenty-eight (28) day notice of intent to vacate. If the senior service member is the terminating party, then upon the senior service member's early termination date the remaining Resident shall be considered the senior service member and will pay Rent in accordance with Paragraph 4 above. All other terms and conditions of the Lease shall remain in full force and effect.

d) If only one Resident is a service member and if that Resident terminates this Lease under Section 30(a) above, the remaining non-military Occupant of legal age, shall not be required to terminate this Lease, but has the option to terminate by providing Owner a written twenty-eight (28) day notice of intent to vacate. In the event such non-military Resident continues to occupy the Premises under this Lease, the monthly Rent for the remainder of the then current term shall continue to be the monthly Rent immediately prior to termination by the military Resident.

e). Resident may terminate this Lease prior to the Expiration Date as shown on Page 1 Number 4b if Resident is purchasing a home. Resident will not be assessed a penalty for early termination if Resident provides a twenty-eight (28) days written notice and a copy of the signed Purchase Agreement to Owner.

f) Resident has the option to terminate this Lease prior to the Lease Expiration Date as shown on Page 2 Number 4b for any reason not specified herein. Resident must submit to Owner at least twenty-eight (28) days prior to the early termination date, a request in writing, and an Early Termination Fee equal to one month's rent, together with any outstanding Rent or other amounts owed to Owner pursuant to the terms of this Lease.

31) **Termination by Owner Prior to Expiration of Term.**

   a) Owner may terminate this Lease if Resident is in default under any of the covenants, terms or conditions of this Lease including the rules and regulations contained in the Community Handbook.

   b) In addition, Owner may terminate this Lease for the following reasons:

      (i) Misuse or illegal use of the Premises, or conduct of Resident, Occupants, and/or guests which is detrimental to Neighborhood safety and health.

      (ii) Unacceptable care of or damage to Premises.

      (iii) When the Resident, in the act of apparent abandonment and as a result of voluntary action, ceases to reside personally in the Premises.

      (iv) Use of the Premises for illegal activities or commercial transactions not permitted in advance in writing by Owner.

      (v) For criminal activity by any Resident, Occupant, guest, or any other person under Resident's control. Criminal activity includes, but is not limited to, felonies and misdemeanors.

      (vi) Construction and extensive renovations and repairs of the Premises and/or common areas, which may require Resident to vacate the Premises, as set forth in the Construction and Relocation Addendum.

32) **Insurance.** Owner's insurance covers the Premises and contents provided by Owner. Owner will provide insurance coverage of $35,000 for loss of Resident's personal property at no cost to the Resident. The insurance provides replacement cost coverage with a $250 deductible payable by Resident. Limited coverage is provided for high value items such as jewelry, silverware, antiques, etc. Resident acknowledges being responsible for obtaining and maintaining insurance to cover losses or damages in excess of these coverage amounts. Resident acknowledges being advised to obtain additional insurance at the Resident's cost to

11

Confidential

PLAINTIFFS_RH_0034302
PX-1014_0010

protect the Resident from claims for property damages and physical injury caused by Resident, Occupants, or guests. Waterbeds and aquariums in excess of thirty-five (35) gallons are not permitted without providing Owner with a valid water damage insurance policy.

33) **Weapons and Guns.** The possession of personal firearms, government-owned arms, ammunition, and any other weapons will be in accordance with the laws of the State of Hawaii and all other applicable laws and ordinances. All firearms must be registered with the Owner within three (3) days of occupancy or procurement of firearms. Firearms and ammunition must be stored separately in safe, locked locations. Loaded guns in the Premises are prohibited. Displaying or discharging a weapon in the Neighborhood is prohibited. Hand grenades, bombs, and blasting explosives are also prohibited. Failure to adhere to this provision or other provisions within the Community Handbook regarding weapons and guns is a material breach of this Lease and may result in immediate eviction from the Premises.

34) **Notices.** All notices must be in writing. Any notices to the Owner will be delivered at the Resident Services Office listed on Page 1 of this Lease and to the Resident at the Premises. Delivery of a notice to any Resident or Occupant is notice to all Resident(s) and Occupant(s). If Owner cannot deliver a notice to any Resident or Occupant, Owner may post the notice in a conspicuous place on the Premises. The notice will be deemed received when delivered or posted on the Premises.

35) **Change in Ownership/Subordination.** This Lease and Resident's rights under this Lease are subordinate (inferior) to all existing and any future financing, loans, or leases on the building or land.

36) **Severability.** If one or more of the paragraphs of this Lease are determined to be invalid, the remainder of this Lease will remain in effect.

37) **Controlling Document.** In the event of any ambiguity, conflict, inconsistency, or incongruity between the provisions or references of this Lease and any other exhibits or attachments to this Lease, then the provisions of this Lease shall, in all respects, govern and control.

38) **Sex Offender Registration.** Hawaii has enacted a law requiring sex offenders to register with the Attorney General's office. Owner makes no representations as to whether or not the public has access to this information. Owner is not required to obtain information regarding sex offenders.

39) **Government's Right to Restrict Access for Security Reasons.** Owner and Resident acknowledge that the Government, as represented by the DoN, has reserved the right to impose access restrictions upon all Residents from time to time as security considerations may require. Such restrictions may include identification checks, searches of vehicles and persons, and any other measures appropriate to the situation. Access to the Premises may be restricted or denied at the discretion of the Commander, NAVREGHI, depending on the nature and severity of the specific force protection or defense conditions. Residents shall not make any claim against Owner if the DoN imposes such restrictions.

12

PLAINTIFFS_RH_0034303
PX-1014_0011

The Owner, its agents, and employees are pledged to both the letter and spirit of the U.S. policy for the achievement of equal housing opportunity throughout the nation. Owner strictly abides by all applicable Federal, state, and county laws. Management does not discriminate on the basis of race, color, religion, sex, national origin, familial status, disability, marital status, age, or HIV (human immunodeficiency virus) infection, or any other protected classes under state/local law.

NOTE: Chapter 487A of the Hawaii Revised Statutes, as amended, requires that every written agreement entered into on or after July 1, 1981 to which a consumer is a party, which involves less than $25,000, and which is the subject of a transaction for personal, family, or household purpose; or which is a lease of space to be occupied for residential purposes for a term not exceeding five years; shall be written in a clear and coherent manner using words with common and everyday meanings, and appropriately divided and captioned by its various sections. Every effort has been made to write this Lease in "plain language." Notwithstanding this effort, there is no warranty, express or implied, that this Agreement in all respects complies with Chapter 487A, as amended. Residents should consult with their own attorneys about Chapter 487A and other laws that may apply.

Resident has read and understands this Lease and agrees to be bound by all of its covenants, terms and conditions. Resident acknowledges that Resident has received a duplicate original of this Lease.

X _____    X _____ **04/16/2021** _____
RESIDENT                        DATE

X _____    X _____
RESIDENT                        DATE

OWNER:

Ohana Military Communities, LLC
By:  Hunt MH Property Management, LLC, its Authorized Agent

X _____    X _____

REV 08/2017
Confidential

PLAINTIFFS_RH_0034304
PX-1014_0012

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

# MOLD AND MILDEW ADDENDUM

This will serve as an Addendum to the Lease dated **April 16, 2021**                , between
Ohana Military Communities, LLC, Owner, and **Amanda L. Feindt**                          ,
("Resident"), regarding property located at **4838 Yorktown Boulevard**       **Honolulu, HI 96818**        .
(the "Premises").

Owner desires to maintain a quality living environment for Resident. To help achieve this goal, it is important for the Owner and Resident to work together to minimize any mold growth in the Premises. This Addendum contains information for Resident, and the responsibilities of both Resident and Owner.

1.  **ABOUT MOLD:** Mold is found virtually everywhere in the environment—indoors and outdoors in new and old structures. When excess moisture is present inside Premises, mold can grow. Appropriate precautions need to be taken to minimize the potential for mold growth in the Premises.

2.  **PREVENTING MOLD:** In order to minimize the potential for mold growth, Owner recommends the Resident should do the following:

    a.  Keep the Premises clean – particularly the kitchen, bathroom(s), carpets and floors. Regular dusting, vacuuming, and mopping removes household dirt and debris that contribute to mold growth. Use environmentally safe household cleaners. A vacuum cleaner with a high-efficiency particulate air ("HEPA") filter will help remove mold spores. Immediately throw away moldy food.

    b.  Do not block or cover any ventilation or air conditioning ducts. Whenever possible, maintain a temperature of 50 to 80 degrees Fahrenheit in the Premises.

    c.  Remove visible moisture accumulation on countertops, windows, windowsills, walls, ceilings, floors, and other surfaces as soon as reasonably possible. Periodically clean and dry the walls and floors around the sink, bathtub, shower, toilet, windows, and patio doors using a common household disinfecting cleaner. Blot dry spills on carpeting.

    d.  Look for leaks in washing machine hoses, faucets, and discharge lines, especially if the leak is large enough to infiltrate into nearby walls.

    e.  Use the bathroom fan when bathing or showering and allow the fan to run until all excess moisture has been vented from the bathroom. Keep the shower curtain inside the tub or fully close the shower doors when showering. After taking a shower or bath: (i) wipe moisture off of shower walls, shower doors, the bathtub and the bathroom floor; (ii) leave bathroom door open until all moisture on the mirrors and bathroom walls and tile surfaces has dissipated; and (iii) hang towels and bath mats so they will completely dry out.

    f.  Use the exhaust fan in the kitchen when cooking or while running the dishwasher and allow the fan to run until all excess moisture has been vented from the kitchen.

    g.  Open windows and doors on days when the outdoor weather is warm and dry (humidity is below 50 percent) to help humid areas of the Premises dry out. Keep windows and doors closed in damp, humid, or rainy weather.

    h.  Clean the lint filter in the clothes dryer after each use and promptly report any damage to the vent connection. If condensation forms in the area, wipe it dry. Dry damp clothing as quickly as possible.

Page 1 of 2                          Ohana Military Communities, LLC                          09/2017

Confidential

PLAINTIFFS_RH_0034305
PX-1014_0013

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

i. Limit houseplants to a reasonable number to limit excess humidity and limit molds that could grow on the soil surface. Avoid over watering.

j. Do not overfill closets or storage areas. Overcrowding restricts airflow.

k. Promptly report to the Resident Services Office:

    i. Any leak, water damage, or signs of water infiltration;

    ii. Any malfunction in the heating, ventilation, or air conditioning system;

    iii. Windows or doors that do not open or close properly;

    iv. Any areas of visible mold (except very small areas that respond to routine cleaning);

    v. Musty or moldy odors;

    vi. Health issues that Resident thinks may be linked to the air quality within the Premises;

    Owner will respond in accordance with this Lease to repair or remedy the situation as necessary.

3. **EXISTING MOLD:** If small areas of mold have already formed on non-porous surfaces (such as ceramic tile, Formica, vinyl flooring, metal, wood or plastic), the Environmental Protection Agency ("EPA") recommends cleaning the areas with soap or detergent and water, letting the surface dry, and then, within 24 hours, applying a pre-mixed, spray-on-type household biocide, such as Lysol Disinfectant®, Pine-Sol Disinfectant®, Tilex Mildew Remover®, or Clorox Cleanup. Tilex and Clorox contain bleach that can discolor or stain. **Follow the instructions on the container.** Applying biocides without first cleaning away the dirt and oils from the surface is like painting over old paint without first cleaning and preparing the surface. Always clean and apply a biocide to an area 5 or 6 times larger than any visible mold because mold may be in adjacent areas, but not yet visible to the naked eye. A vacuum cleaner with a high-efficiency particulate air ("HEPA") filter can be used to help remove mold products from porous items such as sofas, chairs, drapes and carpets—provided fibers are completely dry. Machine washing or dry cleaning will remove mold from clothes.

4. **DO NOT CLEAN OR APPLY HOUSEHOLD BIOCIDES TO**: (a) visible mold on porous surfaces such as sheetrock walls or ceilings; or (b) large areas of visible mold on non-porous surfaces. Instead, notify Owner in writing; Owner will take appropriate action in compliance with applicable law.

5. **COMPLIANCE:** If Resident fails to comply with this Addendum, Resident may be held responsible for damage to the Premises and any health problems that may result.

| Resident: | Hunt MH Property Management, LLC, a Delaware Limited Liability Company, its Authorized Agent |
|---|---|

DocuSigned by:

_(signature)_
795897EA2CBB448

|  |  | By: |  |
|---|---|---|---|
| Date: | **04/16/2021** | Date: |  |

Ohana Military Communities, LLC

09/2017

Confidential

PLAINTIFFS_RH_0034306
PX-1014_0014

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

## NAVY RESIDENT ENERGY CONSERVATION PROGRAM (RECP) ADDENDUM

This will serve as an Addendum to the Lease dated **April 16, 2021**, between
Ohana Military Communities, LLC, Owner, and **Amanda L. Feindt**;
("Resident"), regarding property located at **4838 Yorktown Boulevard**    **Honolulu, HI 96818**;
(the "Premises").

1. **Resident Responsibility.** The Office of the Secretary of Defense (OSD) mandates a transfer of responsibility for utilities to residents in privatized housing. The Navy implementation of this requirement is the Resident Energy Conservation Program or RECP. To this end, residents living in Navy privatized housing will receive a monthly statement of electricity or gas usage, or both throughout the term of the Lease. Resident shall be responsible for payment of utility charges at the Premises that exceed the monthly utility normal usage buffer zone described in paragraph "2" of this Addendum. This responsibility shall continue throughout the term of the Lease.

2. **Establishing Monthly Normal Usage Bands.** Owner will calculate the average monthly electric and gas (if applicable) utility usage for like-type groups of homes ("Average Monthly Usage"). The Average Monthly Usage will be used to establish the center lines of the buffer zone described below. Once the buffer zones are created they will represent the normal range of expected electric and gas utility usage for each like type group. Residents who consume less than the normal range will receive rebates for the difference between their actual electric or gas utility usage and the bottom of the normal range band, and those who consume more will be billed for the difference between their actual electric or gas utility usage and the top of the normal usage band.

    a. The Premises are grouped with other similar or comparable homes in a like-type group for establishing the Average Monthly Usage and buffer zone.

    b. Like-type groups are established using criteria that will ensure that homes in the like-type groups have comparable energy efficiencies. The basic criteria include the following: neighborhood in which the Premises are located; size of the Premises in terms of the number of bedrooms and square footage; and year of construction or modernization. Other considerations may include the type of heating or air conditioning system, types of utilities used, the type of foundation (slab on grade, footings, etc.) or structure type (single home, duplex, triplex, etc.).

    c. The Average Monthly Usage is calculated separately for electric and gas by averaging the amount of kilowatts hours (kWh) of electricity consumed and the amount of therms of gas consumed during the month by homes in the like-type group. Once the Average Monthly Usage is calculated, it will be multiplied by the current rate (electric or gas) to determine the average monthly utility bill for the like type group of homes. A buffer of 10% will be applied above and below the like type group average to create a normal usage band.

    d. Homes with the highest 5% and lowest 5% of electric or gas utility usage within the like-type group will not be used in calculating the averages. However, the Owner reserves the right to calculate the average using all homes in the like-type group, including the highest and lowest 5% of users when the like-type group consists of a small number of homes (i.e., fewer than 20 homes). In addition, Owner will eliminate units with hybrid and/or electric vehicles that require charging, and Owner reserves the right to eliminate units with other non-housing excess usage for hot tubs, kilns, or other similarly unusual and energy intensive uses from the calculation of the normal usage band. Residents of homes with the highest 5% and lowest 5% of electric or gas

    RECP Addendum 9/2017

Confidential    PLAINTIFFS_RH_0034307
PX-1014_0015

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

usage, Residents who own hybrid and/or electric vehicles, and Residents excluded from average calculations for other unusual and energy intensive uses will be responsible for their electric and gas usage under the RECP and may owe a payment or receive a rebate.

   e. If Resident leases the Premises for only a portion of the month RECP will not apply for that month.

3. **Electric Vehicle Notification.** Residents who possess in their home a passenger hybrid vehicle(s), or a passenger electric vehicle(s), that are required to be electrically charged, must inform the Property Manager immediately upon bringing or storing that vehicle at the Premises.

4. **Rebates**.

   a. Residents will receive a rebate if their electric or gas utility usage is less than the normal usage band. The amount of the rebate will be calculated by multiplying the number of kWh or therms below the monthly normal usage band by the current electric or gas rate. The amount of the rebate will be shown on the Resident's monthly utility bill.

   b. If the rebate amount is $25 or less, the rebate will be carried forward as a credit on the Resident's ledger account. If the rebate amount is greater than $25, Residents will be sent a check unless Resident elects to carry all rebate amounts forward as a credit to offset payments due in future months.

**Resident elects to carry forward rebate amounts as credits: _Yes_ _____ No X _A_ (initial)**

If Resident elects to carry forward rebate amounts, Resident may receive credit balances in excess of $25 by providing Owner with a written request for payment of credits. All credits in excess of $25 will be refunded within 30 days of receipt of a written request.

   c. All rebate checks will be provided to the resident within 21 days of the billing statement. All accrued credit balances will be refunded at Lease termination. Any additional credits will be refunded within 30 days of Lease termination. Expired credit rebate checks will be reissued once to the Resident upon request.

5. **Charges**.

   a. Residents pay for electric and gas consumption above the upper limit of the normal usage band. The amount owed will be calculated by multiplying the number of kWh and therms above the monthly normal usage band by the current electric and gas rate. The amount owed may be offset by any credits the resident has from previous months. The amount due will be shown on the Resident's monthly utility bill.

   b. Resident may accrue and carry forward the amount owed if the amount owed is $25 or less. Amounts owed, including amounts carried forward, must be paid when the amount is greater than $25. Resident has 21-days from the invoice date of the utility bill to make the payment.

   c. If a check for payment of excess electric or gas utility usage is returned by the bank for insufficient funds, Resident must replace the returned check with a cashier's check, certified check, or money order and pay a returned check charge of $25.00 which is deemed additional Rent. If two (2) checks are returned by the bank for insufficient funds, all future payments must be paid by cashier's check, certified check or money order only. Acceptance of any late or partial

RECP Addendum 9/2017

Confidential

PLAINTIFFS_RH_0034308
PX-1014_0016

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

payments or waiver of any charges is not a waiver of Owner's right to enforce other terms of this Addendum. Resident and Owner agree that these charges represent a fair and reasonable estimate of the costs Owner may incur by reason of Resident's returned check payment.

d. Residents who owe more than $25.00 will receive up to two delinquency notices each month. All Residents will receive a monthly utility bill that shows the current month's bill and, if applicable, will also serve as a delinquency notice indicating past due amounts and any additional fees. Additionally, separate delinquency notice letters will be sent to Residents each month. If Resident fails to pay the balance due within 90 days after becoming first due and payable, such failure will be treated as a failure to pay Rent, and Owner may exercise any remedies provided for under the Lease and/or applicable law.

e. All amounts owed must be paid at Lease termination as part of the termination/vacating process.

6. **Owner's Right to Amend Program And Resident's Limited Right to Terminate Lease.**

a. The Owner reserves the right to amend this RECP Addendum with concurrence from the Department of Navy, by providing the Resident with at least 90-days prior written notice of each amendment. Amendments to the RECP may include any change to the RECP including but not limited to, the buffer zones and the amount of the accrued dollar amount owed or accrued credits that trigger a payment or rebate due. The amendments to this Addendum will be incorporated by reference into the Lease. Resident understands and agrees that the Owner's right to amend the RECP and this Addendum is a material condition upon which the Owner and the Resident each reasonably relies prior to entering into this Lease.

   b. After the Owner provides the Resident with 90-day notice of its intent to amend the RECP, the Resident may choose to terminate the Lease, without incurring an early termination fee, by giving the Owner at least 28-days written notice prior to the implementation of the amendment to the RECP. Resident acknowledges and agrees to accept all amendments to the RECP where the Resident fails to provide the Owner with timely written notice of the intent to terminate the Lease. In consideration of the Owner's agreement to enter into this Lease, the Resident expressly and voluntarily acknowledges and understands that the Resident's right to terminate the Lease herein is the Resident's SOLE AND EXCLUSIVE REMEDY for any objection to any proposed or implemented amendment by Owner to the RECP pursuant to the terms of this Addendum. The Resident further expressly, knowingly, and voluntarily agrees that the Resident shall not be entitled to any other claim, cause of action, damage, or any other remedy against the Owner, its agents, or anyone else for any proposed or implemented amendment to the RECP pursuant to the terms of this Addendum. The Owner and Resident further agree that the limitation concerning Resident's sole and exclusive remedy above regarding objections to any amendments to the RECP shall survive the expiration, termination, or cancellation of the Lease.

| Resident: | | Hunt MH Property Management, LLC, a Delaware Limited Liability Company, its Authorized Agent |
|---|---|---|
| | By: | |
| Date:    04/16/2021 | Date: | |

RECP Addendum 9/2017

Confidential                                             PLAINTIFFS_RH_0034309
PX-1014_0017

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

**OHANA PESTICIDE-IMPACTED SOIL ADDENDUM**        Page 1 of 2

THIS PESTICIDE-IMPACTED SOIL ADDENDUM is made a part of the Lease with
Ohana Military Communities, LLC ("**Owner**" or "**Ohana'**") and the individuals referenced
on Page 1 of the Lease (hereinafter collectively referred to as "**Resident**").

**PESTICIDE-IMPACTED SOIL:** Organochlorine pesticides ("**OCPs**") are a group of
pesticides that were used for termite control in and around wooden buildings and homes
from the mid-1940s to the 1980s. These OCPs included chlordane, aldrin, dieldrin and
heptachlor, among others. According to the Hawai'i Department of Health ("**HDOH**"),
OCPs were used primarily by pest control operators in Hawai'i's urban areas, but also
by homeowners, the military, the state, and counties to protect buildings against termite
damage. In the 1970s and 1980s, the U.S. Environmental Protection Agency banned
residential uses of these OCPs. Chlordane was believed to be the most widely used
OCP against termites in Hawai'i. The U.S. Department of Health and Human Services
(ATSDR) has stated that "[o]ver 50 million persons have lived in chlordane-treated
homes." OCPs were commonly applied directly to soil beneath buildings or beneath
slab foundations and around the foundation perimeter for new construction. OCPs
break down slowly in the environment, and applications may have been repeated over
time. As a result, OCPs may still be found in treated soils. More information about
OCPs is available from HDOH.

**PESTICIDE-IMPACTED SOIL AT OHANA MILITARY HOUSING:** Like many other
homes on Oahu, the neighborhoods operated by Ohana were generally treated with
OCPs prior to their ban. Since the ban, in order to reduce contact with OCPs, different
neighborhoods have been approached in different ways:

- Several of the neighborhoods were first built in open areas after the ban on
  OCPs, and these neighborhoods are not believed to have ever been treated with
  OCPs.
- Neighborhoods demolished and rebuilt by Ohana after 2006 were sampled and
  tested prior to construction. If any home in such a neighborhood exceeded
  Ohana's Tier 2 Environmental Action Levels, then two-feet of soil was removed
  from around and underneath all of the homes in that neighborhood prior to
  reconstruction (or covered with two feet of clean soil). The old soil was placed in
  on-site pits and covered with clean soil. Maps of the pits are available at the
  Ohana Management Office.
- In some instances, neighborhoods rebuilt by Ohana after 2006 were tested and
  did not have OCPs above the applicable Environmental Action Levels. No soil
  removal was performed in these neighborhoods.
- Some neighborhoods now operated by Ohana were redeveloped by the military
  prior to the creation of Ohana. The soils in these neighborhoods were
  approached in a variety of ways.
- The soils in certain historic neighborhoods have not been disturbed because of
  the historic nature of the homes. The soils around the foundations of these
  homes have been covered with gravel, vegetation, or other cover.

PLAINTIFFS_RH_0034310
PX-1014_0018

## OHANA PESTICIDE-IMPACTED SOIL ADDENDUM          Page 2 of 2

**RULES AND RESTRICTIONS:** It is possible that in some areas, pesticide-impacted soil may still be present. In some neighborhoods, soil that was potentially impacted by pesticides was placed in on-site burial pits and covered with clean soil. Ohana has implemented the following rules:

- Do not disturb the soil. Digging in the soil is not permitted.
- Planting of all grasses, trees, shrubs/bushes, and flowers is not allowed, except in specifically designated planter boxes.
- Installing stepping stones and pavers is not allowed.
- Except in designated planter boxes, there should be grass, other vegetative cover, or some kind of surface material over the soil. Contact the maintenance office if you observe bare spots in your yard or elsewhere in the neighborhood.

**RECOMMENDATIONS:** We also recommend the following practices:

- Wash your hands and face thoroughly after playing or working outside, especially before meals and snacks.
- Avoid direct contact with exposed or bare soil. Avoid tracking soil into the home. If objects such as shoes, toys, etc. become dirty with soil, they should be cleaned.
- Wash anything grown in housing neighborhoods before consuming.

**LEASE:** This Addendum is in addition to and made a part of the Lease and in the event there is a conflict between the Lease and this Addendum, the provisions of this Addendum shall govern. Except as specifically stated herein, all other terms and conditions of the Lease shall remain unchanged. Any term that is capitalized but not defined in this Addendum shall have the same meaning for purposes of this Addendum as it has for purposes of the Lease.

**We have read and agree to the above.**

X _____          04/16/2021
                    RESIDENT                                    DATE


X _____          _____
                    RESIDENT                                    DATE

Ohana Military Communities, LLC
By: Hunt MH Property Management LLC, Authorized Agent


X _____          _____
        OHANA MILITARY COMMUNITIES, LLC          DATE

Confidential

## LEAD-BASED PAINT ADDENDUM (FORD ISLAND)
### ADDENDUM TO LEASE AGREEMENT

This will serve as an Addendum to the Rental Agreement dated **April 16, 2021**, between Hunt MH Property Management, LLC., as Agent for Owner, and **Amanda L. Feindt**, ("Resident"), regarding property located at **4838 Yorktown Boulevard  Honolulu, HI 96818**, (the "Premises").

Owner is concerned with the safety of every Resident and Occupant in the Community. Each Resident is provided with a pamphlet entitled *Protect Your Family from Lead in Your Home* prepared by the U.S. Environmental Protection Agency, the U.S. Consumer Product Safety Commission, and the U.S. Department of Housing and Urban Development. The pamphlet outlines action that can be taken to test for, remove or abate LBP in a dwelling. The Rental Agreement and this Addendum specifically prohibit a Resident from performing this type of work – only the Owner may perform this work. Residents may contact the Resident Services Office with any questions about the presence of LBP in the Premises.

**Disclosure of Information on Lead Based Paint and/or Lead-Based Paint Hazards**

For

**1918 Ford Island Naval Housing Area
Including 4501 Princeton (Quarters K)**

and

**1923 Ford Island Naval Housing Area
Including Princeton Street**

and

**1945 Ford Island Naval Housing Area
Including 2813 Langley Avenue**

and

**1922 Ford Island Naval Housing Area
Including Yorktown Place**

and

**1936 Ford Island Naval Housing Area
Including Lexington Avenue, Langley Avenue, and Princeton Street**

**Lead Warning Statement**

Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors must disclose the presence of known lead paint and/or lead-based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention.

**NO DUST-LEAD HAZARDS EXCEEDING HUD HAZARD LEVELS** were identified at the residences in 1918, 1923, 1945, 1922 , and 1936 Ford Island Naval Housing Areas with the exception of:

- No neighborhood-wide-dust-lead hazards were identified but the following unit-wide-dust-lead hazard was identified at the Ford Island housing units constructed in 1922:
  - 4770 Yorktown – Interior windowsills

Confidential                                                    PLAINTIFFS_RH_0034312
PX-1014_0020

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

- In addition, an isolated lead hazard was identified on the following interior surface:
    - 4748 Yorktown – Bedroom windowsill
- Interior windowsills of units constructed in 1945 (2813 Langley Avenue)

The current HUD action levels for lead dust hazards are 40 micrograms per square foot ($\mu g/ft^2$) for floors, 250 $\mu g/ft^2$ for window sills, 400 $\mu g/ft^2$ for window troughs, 1200 parts per million (ppm) for perimeter soil in non-play areas and 400 ppm for soil in play areas. However, due to the nature of paint coatings and their application on friction surfaces, contact surfaces, deteriorating substrates, and their susceptibility to wear and weathering, lead hazards could occur in the future if paint coating or substrate conditions change.

**NO SOIL-LEAD HAZARDS EXCEEDING HUD HAZARD LEVELS** were identified at the residences in 1918, 1923, 1945, 1922 , and 1936 Ford Island Naval Housing Areas with the exception of:

- Soil samples collected from various locations within the Ford Island housing units constructed in 1936 did not contain concentrations of lead exceeding HUD hazard levels, with the following exception:
    - An isolated soil sample collected from the dripline of 4570 Princeton contained concentrations of lead exceeding HUD hazard limits

The current HUD action levels for lead dust hazards are 40 micrograms per square foot ($\mu g/ft^2$) for floors, 250 $\mu g/ft^2$ for window sills, 400 $\mu g/ft^2$ for window troughs, 1200 parts per million (ppm) for perimeter soil in non-play areas and 400 ppm for soil in play areas. However, due to the nature of paint coatings and their application on friction surfaces, contact surfaces, deteriorating substrates, and their susceptibility to wear and weathering, lead hazards could occur in the future if paint coating or substrate conditions change.

**LEAD-BASED PAINT HAZARDS** were identified at the residences in 1918, 1923, 1945, 1922 , and 1936 Ford Island Naval Housing Areas. Lead test results above HUD/EPA response action levels for specific residences where Lead-based Paint Hazards are present in the following locations:

- For the single unit comprising in the 1945 Ford Island Naval Housing Area, lead-based paint and paint-lead hazards were identified. Neighborhood-wide paint lead hazards were identified for eleven components (Exterior siding, exterior trim, exterior windows, interior doors, interior walls, interior windows, interior trim, kitchen cabinets, bathroom cabinets, eaves, and rafters).
- For multiple units within the Ford Island Housing Area constructed in 1922, lead-based paint and paint-lead hazards were identified. Neighborhood-wide paint lead hazards were identified for thirteen components (exterior siding, exterior trim, exterior windows, exterior doors, railings, interior doors, ceilings, interior walls, interior windows, interior trim, eaves, rafters, and thresholds).
- For multiple units within the Ford Island housing unit constructed in 1918, lead-based paint and paint-lead hazards were identified. Neighborhood-wide paint lead hazards were identified for four components (exterior siding, exterior trim, exterior windows, and interior doors).
- For multiple units within the Ford Island housing units constructed in 1923, lead-based paint and paint-hazards were identified. Neighborhood-wide paint lead hazards were identified for twelve components (Exterior siding, exterior trim, exterior windows, exterior doors, interior doors, ceilings, interior walls, interior windows, interior trim, bathroom cabinets, rafters, and structural beams).
- For multiple units within 1936 Ford Island, lead-based paint and paint-lead hazards were identified. Neighborhood-wide paint lead hazards were identified for fourteen components (exterior siding, exterior trim, exterior windows, exterior doors, interior doors, ceilings, interior walls, interior windows, interior trim, bathroom cabinets, eaves, rafters, thresholds, foundations).

The current HUD action levels for lead dust hazards are 40 micrograms per square foot ($\mu g/ft^2$) for floors, 250 $\mu g/ft^2$ for window sills, 400 $\mu g/ft^2$ for window troughs, 1200 parts per million (ppm) for perimeter soil in non-play areas and 400 ppm for soil in play areas.

Confidential    PLAINTIFFS_RH_0034313
PX-1014_0021

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

This summary of the Ford Island Naval Housing area~~PageID 31642~~ prepared by Ms. Sonia Garcia, State Certified Risk Assessor (State of Hawaii Certification Number PB0003), and Environet, Inc. and reviewed by Mark T. Muranaka, M.S., M.P.H., of Muranaka Environmental Consultants, Inc.

### Records and Reports Available to Lessor

Lessor, in accordance with EPA's and HUD's Interpretative Guidance, dated August 20, 1996 and December 5, 1996 has provided the Lessee with the foregoing summary of the test results for lead-based paint hazards. The reports available at the time of the summary, copies of which will be provided to residents at no cost upon request to the Resident Services Office:

> *Lead-Based Paint Survey and Risk Assessment for the Ford Island Naval Housing Area, Pearl Harbor, Oahu, Hawaii.* Prepared for Department of the Navy, Naval Facilities Engineering Command, Pacific, Pearl Harbor, Hawaii. Prepared by Environet, Inc., July, 2006.

### Lessee's Acknowledgement (Resident please initial each line)

[A U] Lessee acknowledges receipt of this form.

[A U] Lessee acknowledges that Lessor has provided Lessee with, and Lessee acknowledges receipt of pamphlet entitled, "Protect Your Family from Lead in Your Home."

### Agent's Acknowledgement (Hunt MH Property Management, LLC.)

HMHPM Agent has informed the Lessor of its obligations under 42 U.S.C Section 4852d and 24 CFR Section 35.92 and is aware of his/her responsibility to ensure compliance.

### Certification of Accuracy

The following parties have reviewed information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

DocuSigned by:

_____          **04/16/2021**
Lessee (also referred to herein as "Resident")          Date

_____          _____
Lessee (also referred to herein as "Resident")          Date

_____          _____
Lessee (also referred to herein as "Resident")          Date

By: Hunt MH Property Management, LLC, a Delaware Limited Liability Company, its Authorized Agent

_____          _____
Agent          Date

Page 3 of 3        Ford Island        Ohana Military Communities, LLC        Lead-Based Paint Addendum

09/2017

PLAINTIFFS_RH_0034314
PX-1014_0022

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

## ASBESTOS ADDENDUM

This will serve as an Addendum to the Lease dated **April 16, 2021**, between Ohana Military Communities, LLC, Owner, and **Amanda L. Feindt**, ("Resident"), regarding property located at **4838 Yorktown Boulevard**    **Honolulu, HI 96818**, (the "Premise").

Owner considers Resident/Occupant health a major priority and concern. As such, the following information is provided to draw Resident's attention to the actions the Owner recommends the Resident undertakes to ensure Owner's efforts to minimize this risk are not compromised.

1. **WARNING**: The Premise may contain asbestos containing materials ("ACM").

2. **FACTS ABOUT ASBESTOS**: In most Premises built prior to 1981, asbestos was a commonly used construction material. In various parts of the Premise, ACM may have been used in the original construction or in renovations prior to the enactment of federal laws that limit asbestos in certain construction materials.

3. **FEDERAL RECOMMENDATIONS**: The United States Environmental Protection Agency ("EPA") has determined that the mere presence of ACM does not pose a health risk to residents and that these materials are safe so long as they are not dislodged or disrupted in a manner that causes the asbestos fibers to be released. Disturbances include scraping, sanding, pounding, or other techniques that produce dust and cause the asbestos particles to become airborne. The EPA does not require that intact ACM be removed. Instead, the law simply requires that Owner take reasonable precautions to minimize the chance of damage or disturbance of these materials.

4. **RESIDENT RESPONSIBILITIES:** Resident must comply with the following:

   a. Resident may hang pictures and wall ornaments by driving hangers into walls, but holes greater than one-quarter inch in diameter shall not be made without the express written approval of the Owner.

   b. Resident shall not drill holes for any purpose such as the installation of drapery rods or other fixtures. Owner, if contacted, shall arrange for such installations, if appropriate.

   c. Resident noting holes of one-quarter inch or larger in wallboard or ceilings, or crumbling or peeling wallboard or ceiling materials shall notify Owner, who shall determine what repair, if any, is necessary.

Resident:

Hunt MH Manager, LLC, a Delaware Limited Liability Company, its Authorized Agent:

_____

By: _____

Date: **04/16/2021**

Date: _____

Page 1 of 1                    Ohana Military Communities, LLC                    09/2017

Confidential

PLAINTIFFS_RH_0034315
PX-1014_0023

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

# HISTORIC HOME ADDENDUM

This will serve as an Addendum to the Lease dated **April 16, 2021**, between
Ohana Military Communities, LLC, Owner, and **Amanda L. Feindt**,
("Resident"), regarding property located at **4838 Yorktown Boulevard    Honolulu, HI 96818**,
(the "Premises").

1. Resident acknowledges that the Premises is listed or eligible to be listed on the National Register of Historic Places. The Premises have specific regulations regarding their care, maintenance, and any action that might affect their historic integrity.

2. Owner will provide information to the Resident on the unique nature, restrictions, and requirements of the Premises. Resident and an Owner representative will walk through the Premises, discussing in detail the written guidelines for historic homes and their applicability to the specific Premises.

3. Resident is not permitted to alter or repair the Premises in any event without the written approval of the Owner. Resident agrees to submit in writing to the Resident Services Office plans for any alterations or repairs Resident may want to make in, on, or around the Premises at least ten (10) days in advance of making such alteration or repair. Any alterations or repairs may require specific consultation with the Hawaii State Historic Preservation Office ("SHPO").

4. Owner may require Resident to use special procedures for simple tasks such as attaching wall hangers on plaster walls, hanging decorations, landscaping, etc. Resident must contact the Resident Services Office prior to taking such actions, even if the Resident considers the action to be minor.

5. Resident acknowledges that due to the required involvement of the Resident Services Office, and possibly the SHPO, inspections of proposed alteration or repair areas may be required prior to, during, and after the alternation or repair has been completed.

6. Resident acknowledges receipt of the information concerning the Premises and agrees to comply with the extra restrictions and requirements necessary to maintain the historic integrity of the Premises.

Resident:

Hunt MH Property Management, LLC a
Delaware Limited Liability Company, its
Authorized Agent

DocuSigned by:

_____

By: _____

Date: **04/16/2021**

Date: _____

Confidential                                                                    PLAINTIFFS_RH_0034316
PX-1014_0024

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

# PET ADDENDUM

This will serve as an Addendum to the Lease dated **April 16, 2021**, between
Ohana Military Communities, LLC, Owner, and **Amanda L. Feindt**.
("Resident"), regarding property located at **4838 Yorktown Boulevard**    **Honolulu, HI 96818**,
(the "Premises").

1. Resident is authorized by the Owner to keep a pet, described as:

| Type: | Size: | Color: | Name: |
|-------|-------|--------|-------|
| 1. |  |  |  |
| 2. |  |  |  |

NOTE: Owner to attach photo of all authorized pets.

2. Owner has the right to refuse certain breeds. Those breeds are identified in the Lease Agreement and Community Handbook. All pets must be licensed in accordance with all applicable laws and regulations. All dogs four months of age and older must be licensed in accordance with all applicable laws or regulations and wear a collar with the required dog tag attached. Licenses must be renewed on or before the expiration date of current tags. All cats are required to have an identification tag on their collar with the owner's name, address and telephone number.

The pet(s) must have current inoculations and Resident shall submit records of inoculation upon Owner's request. Rabies immunizations are required for dogs and cats and must be documented with shot tags on the pet's collar.

The limit is two dogs or cats per Premises, (i.e. 2 dogs or 2 cats or 1 dog and 1 cat). A reasonable number (as determined by RSO) of other pets may be kept. The determination of reasonableness of the number of birds, fish, and cold-blooded animals authorized is at the sole discretion of the Resident Services Manager, whose decision will be final.

3. Resident will be liable for the entire amount of any injury to the person or property of others caused by Resident's pet(s). Resident is encouraged to obtain liability insurance.

4. Resident agrees to comply with:

   a. The terms and conditions set forth herein and Paragraph 11 of the Lease Agreement to which this addendum is attached;

   b. All applicable laws and regulations, such as, but not limited to, permitted breeds, licensing, inoculations, etc.; and

   c. Such rules and regulations that may be reasonably adopted from time-to-time by Owner that will be provided to Residents by written notification.

5. Resident acknowledges that the pet is housebroken and/or litter trained and/or cage trained and shall not permit the pet to cause any damage, discomfort, annoyance, nuisance or in any other way to inconvenience or cause complaints from any other Resident(s).

Confidential    PLAINTIFFS_RH_0034317
PX-1014_0025

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

6. Animal misbehavior (vicious or nuisance) or violence is prohibited. If, in the Owner's opinion and judgment, the pet has disturbed or is disturbing other residents, and/or has caused or is causing damage to the Premises or other property within the Neighborhood, Resident agrees to permanently remove the pet from the Premises and Neighborhood within 10 days of receipt of written notice from Owner. Owner has the right to inspect the Premises for possible damages incurred by the pet with a forty-eight (48) hour notice.

7. All animals except dogs and cats must be kept in cages or tanks at all times. Dogs must be confined in the residence or restrained by a leash or fence in the back yard of the Premises. Restraint shall include leashing or chaining the animal to a stationary object to preclude the animal from running free or interfering with the normal flow of pedestrians and traffic. Restraining dogs in front of the Premises is prohibited. Dogs outside Resident's yard must be leashed at all times. Both dogs and cats must be appropriately and effectively restrained and under the control of the Resident or Occupant while on the property. No pets, with the exception of service animals, are permitted in the community rooms, lounge, laundry rooms, offices, recreation areas, or other common room areas.

8. Resident is responsible for removing pet waste promptly from the Premises and the Neighborhood common areas. Litter and droppings must be wrapped and sealed before being disposed of in the trash. Violation of this regulation will result in an automatic waste removal charge of $20.00 per occurrence. If available, the Neighborhood will have a common area set aside for pet exercise and relief, but it remains the Resident's responsibility to clean up any waste from their pet. Dogs are not permitted on children's playgrounds.

9. Resident will be responsible for a proper flea and tick control program for Resident's pet(s) during residency. All pet owners will be responsible to pay a one hundred dollars ($100) flea and tick treatment charge prior to vacating their home.

10. Resident will be required to have all carpets professionally cleaned. A receipt from a professional, reputable business must be provided at the move-out inspection. This does not negate the resident's responsibilities for additional damage charges found at the move-out inspection. Carpets with un-removable stains, pet urine, pet odors, and/or excessive pet hair may result in additional charges and/or carpet replacement, which will be assessed accordingly during the move-out inspection.

11. Violation of the above terms will be considered a breach of the Lease Agreement, which may result in removal of the pet from the Premises and/or termination of the Lease Agreement.

Resident:

Hunt MH Property Management, LLC, a Delaware Limited Liability Company, its Authorized Agent

DocuSigned by:

76589/EA2CB9448

By: _____

Date: **04/16/2021**

Date: _____

Confidential                                                                 PLAINTIFFS_RH_0034318
                                                                                              PX-1014_0026

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

# IMPORTANT!

**Lead From Paint, Dust, and Soil in and Around Your Home Can Be Dangerous if Not Managed Properly**

- Children under 6 years old are most at risk for lead poisoning in your home.

- Lead exposure can harm young children and babies even before they are born.

- Homes, schools, and child care facilities built before 1978 are likely to contain lead-based paint.

- Even children who seem healthy may have dangerous levels of lead in their bodies.

- Disturbing surfaces with lead-based paint or removing lead-based paint improperly can increase the danger to your family.

- People can get lead into their bodies by breathing or swallowing lead dust, or by eating soil or paint chips containing lead.

- People have many options for reducing lead hazards. Generally, lead-based paint that is in good condition is not a hazard (see page 10).





# Protect Your Family From Lead in Your Home

 United States Environmental Protection Agency

 United States Consumer Product Safety Commission

 United States Department of Housing and Urban Development

January 2020

Confidential

PLAINTIFFS_RH_0034319
PX-1014_0027

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

## Are You Planning to Buy or Rent a Home Built Before 1978?

Did you know that many homes built before 1978 have lead-based paint? Lead from paint, chips, and dust can pose serious health hazards.

Read this entire brochure to learn:

- How lead gets into the body
- How lead affects health
- What you can do to protect your family
- Where to go for more information

Before renting or buying a pre-1978 home or apartment, federal law requires:

- Sellers must disclose known information on lead-based paint or lead-based paint hazards before selling a house.
- Real estate sales contracts must include a specific warning statement about lead-based paint. Buyers have up to 10 days to check for lead.
- Landlords must disclose known information on lead-based paint or lead-based paint hazards before leases take effect. Leases must include a specific warning statement about lead-based paint.

If undertaking renovations, repairs, or painting (RRP) projects in your pre-1978 home or apartment:

- Read EPA's pamphlet, *The Lead-Safe Certified Guide to Renovate Right*, to learn about the lead-safe work practices that contractors are required to follow when working in your home (see page 12).



## Consumer Product Safety Commission (CPSC)

The CPSC protects the public against unreasonable risk of injury from consumer products through education, safety standards activities, and enforcement. Contact CPSC for further information regarding consumer product safety and regulations.

### CPSC

4330 East West Highway
Bethesda, MD 20814-4421
1-800-638-2772
cpsc.gov or saferproducts.gov

## U. S. Department of Housing and Urban Development (HUD)

HUD's mission is to create strong, sustainable, inclusive communities and quality affordable homes for all. Contact HUD's Office of Healthy Homes and Lead Hazard Control for further information regarding the Lead Safe Housing Rule, which protects families in pre-1978 assisted housing, and for the lead hazard control and research grant programs.

### HUD

451 Seventh Street, SW, Room 8236
Washington, DC 20410-3000
(202) 402-7698
hud.gov/offices/lead/

This document is in the public domain. It may be produced by an individual or organization without permission. Information provided in this booklet is based upon current scientific and technical understanding of the issues presented and is reflective of the jurisdictional boundaries established by the statutes governing the co-authoring agencies. Following the advice given will not necessarily provide complete protection in all situations or against all health hazards that can be caused by lead exposure.

U. S. EPA Washington DC 20460
U. S. CPSC Bethesda MD 20814
U. S. HUD Washington DC 20410

EPA-747-K-12-001
January 2020

17

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

# U. S. Environmental Protection Agency (EPA) Regional Offices

The mission of EPA is to protect human health and the environment. Your Regional EPA Office can provide further information regarding regulations and lead protection programs.

**Region 1** (Connecticut, Massachusetts, Maine, New Hampshire, Rhode Island, Vermont)

Regional Lead Contact
U.S. EPA Region 1
5 Post Office Square, Suite 100, OES 05-4
Boston, MA 02109-3912
(888) 372-7341

**Region 2** (New Jersey, New York, Puerto Rico, Virgin Islands)

Regional Lead Contact
U.S. EPA Region 2
2890 Woodbridge Avenue
Building 205, Mail Stop 225
Edison, NJ 08837-3679
(732) 321-6671

**Region 3** (Delaware, Maryland, Pennsylvania, Virginia, DC, West Virginia)

Regional Lead Contact
U.S. EPA Region 3
1650 Arch Street
Philadelphia, PA 19103
(215) 814-2088

**Region 4** (Alabama, Florida, Georgia, Kentucky, Mississippi, North Carolina, South Carolina, Tennessee)

Regional Lead Contact
U.S. EPA Region 4
AFC Tower, 12th Floor, Air, Pesticides & Toxics
61 Forsyth Street, SW
Atlanta, GA 30303
(404) 562-8998

**Region 5** (Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin)

Regional Lead Contact
U.S. EPA Region 5 (DT-8J)
77 West Jackson Boulevard
Chicago, IL 60604-3666
(312) 886-7836

**Region 6** (Arkansas, Louisiana, New Mexico, Oklahoma, Texas, and 66 Tribes)

Regional Lead Contact
U.S. EPA Region 6
1445 Ross Avenue, 12th Floor
Dallas, TX 75202-2733
(214) 665-2704

**Region 7** (Iowa, Kansas, Missouri, Nebraska)

Regional Lead Contact
U.S. EPA Region 7
11201 Renner Blvd.
WWPD/TOPE
Lenexa, KS 66219
(800) 223-0425

**Region 8** (Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming)

Regional Lead Contact
U.S. EPA Region 8
1595 Wynkoop St.
Denver, CO 80202
(303) 312-6966

**Region 9** (Arizona, California, Hawaii, Nevada)

Regional Lead Contact
U.S. EPA Region 9 (CMD-4-2)
75 Hawthorne Street
San Francisco, CA 94105
(415) 947-4280

**Region 10** (Alaska, Idaho, Oregon, Washington)

Regional Lead Contact
U.S. EPA Region 10
Solid Waste & Toxics Unit (WCM-128)
1200 Sixth Avenue, Suite 900
Seattle, WA 98101
(206) 553-1200

## Simple Steps to Protect Your Family from Lead Hazards

If you think your home has lead-based paint:

- Don't try to remove lead-based paint yourself.

- Always keep painted surfaces in good condition to minimize deterioration.

- Get your home checked for lead hazards. Find a certified inspector or risk assessor at epa.gov/lead.

- Talk to your landlord about fixing surfaces with peeling or chipping paint.

- Regularly clean floors, window sills, and other surfaces.

- Take precautions to avoid exposure to lead dust when remodeling.

- When renovating, repairing, or painting, hire only EPA- or state-approved Lead-Safe certified renovation firms.

- Before buying, renting, or renovating your home, have it checked for lead-based paint.

- Consult your health care provider about testing your children for lead. Your pediatrician can check for lead with a simple blood test.

- Wash children's hands, bottles, pacifiers, and toys often.

- Make sure children eat healthy, low-fat foods high in iron, calcium, and vitamin C.

- Remove shoes or wipe soil off shoes before entering your house.

1

Confidential

PLAINTIFFS_RH_0034321
PX-1014_0029

## Lead Gets into the Body in Many Ways

### Adults and children can get lead into their bodies if they:

- Breathe in lead dust (especially during activities such as renovations, repairs, or painting that disturb painted surfaces).

- Swallow lead dust that has settled on food, food preparation surfaces, and other places.

- Eat paint chips or soil that contains lead.

### Lead is especially dangerous to children under the age of 6.



- At this age, children's brains and nervous systems are more sensitive to the damaging effects of lead.

- Children's growing bodies absorb more lead.

- Babies and young children often put their hands and other objects in their mouths. These objects can have lead dust on them.

### Women of childbearing age should know that lead is dangerous to a developing fetus.

- Women with a high lead level in their system before or during pregnancy risk exposing the fetus to lead through the placenta during fetal development.

## For More Information

### The National Lead Information Center
Learn how to protect children from lead poisoning and get other information about lead hazards on the Web at epa.gov/lead and hud.gov/lead, or call **1-800-424-LEAD (5323).**

### EPA's Safe Drinking Water Hotline
For information about lead in drinking water, call **1-800-426-4791,** or visit epa.gov/safewater for information about lead in drinking water.

### Consumer Product Safety Commission (CPSC) Hotline
For information on lead in toys and other consumer products, or to report an unsafe consumer product or a product-related injury, call **1-800-638-2772,** or visit CPSC's website at cpsc.gov or saferproducts.gov.

### State and Local Health and Environmental Agencies
Some states, tribes, and cities have their own rules related to lead-based paint. Check with your local agency to see which laws apply to you. Most agencies can also provide information on finding a lead abatement firm in your area, and on possible sources of financial aid for reducing lead hazards. Receive up-to-date address and phone information for your state or local contacts on the Web at epa.gov/lead, or contact the National Lead Information Center at **1-800-424-LEAD.**

Hearing- or speech-challenged individuals may access any of the phone numbers in this brochure through TTY by calling the toll-free Federal Relay Service at 1-800-877-8339.

Confidential

PLAINTIFFS_RH_0034322
PX-1014_0030

## Other Sources of Lead, continued

- **Lead smelters** or other industries that release lead into the air.

- **Your job.** If you work with lead, you could bring it home on your body or clothes. Shower and change clothes before coming home. Launder your work clothes separately from the rest of your family's clothes.

- **Hobbies** that use lead, such as making pottery or stained glass, or refinishing furniture. Call your local health department for information about hobbies that may use lead.

- Old **toys** and **furniture** may have been painted with lead-containing paint. Older toys and other children's products may have parts that contain lead.[4]

- Food and liquids cooked or stored in **lead crystal** or **lead-glazed pottery or porcelain** may contain lead.

- Folk remedies, such as **"greta"** and **"azarcon,"** used to treat an upset stomach.

## Health Effects of Lead

**Lead affects the body in many ways.** It is important to know that even exposure to low levels of lead can severely harm children.

**In children, exposure to lead can cause:**

- Nervous system and kidney damage

- Learning disabilities, attention-deficit disorder, and decreased intelligence

- Speech, language, and behavior problems

- Poor muscle coordination

- Decreased muscle and bone growth

- Hearing damage



While low-lead exposure is most common, exposure to high amounts of lead can have devastating effects on children, including seizures, unconsciousness, and in some cases, death.

Although children are especially susceptible to lead exposure, lead can be dangerous for adults, too.

**In adults, exposure to lead can cause:**

- Harm to a developing fetus

- Increased chance of high blood pressure during pregnancy

- Fertility problems (in men and women)

- High blood pressure

- Digestive problems

- Nerve disorders

- Memory and concentration problems

- Muscle and joint pain

---

[4] In 1978, the federal government banned toys, other children's products, and furniture with lead-containing paint. In 2008, the federal government banned lead in most children's products. The federal government currently bans lead in excess of 100 ppm by weight in most children's products.

14

3

PLAINTIFFS_RH_0034323
PX-1014_0031

## Check Your Family for Lead

**Get your children and home tested if you think your home has lead.**

Children's blood lead levels tend to increase rapidly from 6 to 12 months of age, and tend to peak at 18 to 24 months of age.

Consult your doctor for advice on testing your children. A simple blood test can detect lead. Blood lead tests are usually recommended for:

- Children at ages 1 and 2

- Children or other family members who have been exposed to high levels of lead

- Children who should be tested under your state or local health screening plan

**Your doctor can explain what the test results mean and if more testing will be needed.**

## Other Sources of Lead

### Lead in Drinking Water

The most common sources of lead in drinking water are lead pipes, faucets, and fixtures.

Lead pipes are more likely to be found in older cities and homes built before 1986.

You can't smell or taste lead in drinking water.

To find out for certain if you have lead in drinking water, have your water tested.

Remember older homes with a private well can also have plumbing materials that contain lead.

### Important Steps You Can Take to Reduce Lead in Drinking Water

- Use only cold water for drinking, cooking and making baby formula. Remember, boiling water does not remove lead from water.

- Before drinking, flush your home's pipes by running the tap, taking a shower, doing laundry, or doing a load of dishes.

- Regularly clean your faucet's screen (also known as an aerator).

- If you use a filter certified to remove lead, don't forget to read the directions to learn when to change the cartridge. Using a filter after it has expired can make it less effective at removing lead.

Contact your water company to determine if the pipe that connects your home to the water main (called a service line) is made from lead. Your area's water company can also provide information about the lead levels in your system's drinking water.

For more information about lead in drinking water, please contact EPA's Safe Drinking Water Hotline at 1-800-426-4791. If you have other questions about lead poisoning prevention, call 1-800 424-LEAD.*

Call your local health department or water company to find out about testing your water, or visit epa.gov/safewater for EPA's lead in drinking water information. Some states or utilities offer programs to pay for water testing for residents. Contact your state or local water company to learn more.

---

* Hearing- or speech-challenged individuals may access this number through TTY by calling the Federal Relay Service at 1-800-877-8339.

13

4

PLAINTIFFS_RH_0034324
PX-1014_0032

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

## Renovating, Repairing or Painting a Home with Lead-Based Paint

**If you hire a contractor to conduct renovation, repair, or painting (RRP) projects in your pre-1978 home or childcare facility (such as pre-school and kindergarten), your contractor must:**

- Be a Lead-Safe Certified firm approved by EPA or an EPA-authorized state program



- Use qualified trained individuals (Lead-Safe Certified renovators) who follow specific lead-safe work practices to prevent lead contamination

- Provide a copy of EPA's lead hazard information document, *The Lead-Safe Certified Guide to Renovate Right*

**RRP contractors working in pre-1978 homes and childcare facilities must follow lead-safe work practices that:**

- **Contain the work area.** The area must be contained so that dust and debris do not escape from the work area. Warning signs must be put up, and plastic or other impermeable material and tape must be used.

- **Avoid renovation methods that generate large amounts of lead-contaminated dust.** Some methods generate so much lead-contaminated dust that their use is prohibited. They are:

  - Open-flame burning or torching

  - Sanding, grinding, planing, needle gunning, or blasting with power tools and equipment not equipped with a shroud and HEPA vacuum attachment

  - Using a heat gun at temperatures greater than 1100°F

- **Clean up thoroughly.** The work area should be cleaned up daily. When all the work is done, the area must be cleaned up using special cleaning methods.

- **Dispose of waste properly.** Collect and seal waste in a heavy duty bag or sheeting. When transported, ensure that waste is contained to prevent release of dust and debris.

To learn more about EPA's requirements for RRP projects, visit epa.gov/getleadsafe, or read *The Lead-Safe Certified Guide to Renovate Right*.

## Where Lead-Based Paint Is Found

In general, the older your home or childcare facility, the more likely it has lead-based paint.[1]

**Many homes, including private, federally-assisted, federally-owned housing, and childcare facilities built before 1978 have lead-based paint.** In 1978, the federal government banned consumer uses of lead-containing paint.[2]

Learn how to determine if paint is lead-based paint on page 7.

### Lead can be found:

- In homes and childcare facilities in the city, country, or suburbs,

- In private and public single-family homes and apartments,

- On surfaces inside and outside of the house, and

- In soil around a home. (Soil can pick up lead from exterior paint or other sources, such as past use of leaded gas in cars.)

Learn more about where lead is found at epa.gov/lead.

---

[1] "Lead-based paint" is currently defined by the federal government as paint with lead levels greater than or equal to 1.0 milligram per square centimeter (mg/cm$^2$), or more than 0.5% by weight.

[2] "Lead-containing paint" is currently defined by the federal government as lead in new dried paint in excess of 90 parts per million (ppm) by weight.

Confidential

PLAINTIFFS_RH_0034325
PX-1014_0033

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

## Identifying Lead-Based Paint and Lead-Based Paint Hazards

Deteriorated lead-based paint (peeling, chipping, chalking, cracking, or damaged paint) is a hazard and needs immediate attention. **Lead-based paint** may also be a hazard when found on surfaces that children can chew or that get a lot of wear and tear, such as:

- On windows and window sills
- Doors and door frames
- Stairs, railings, banisters, and porches

**Lead-based paint is usually not a hazard if it is in good condition** and if it is not on an impact or friction surface like a window.

**Lead dust** can form when lead-based paint is scraped, sanded, or heated. Lead dust also forms when painted surfaces containing lead bump or rub together. Lead paint chips and dust can get on surfaces and objects that people touch. Settled lead dust can reenter the air when the home is vacuumed or swept, or when people walk through it. EPA currently defines the following levels of lead in dust as hazardous:

- 10 micrograms per square foot ($\mu g/ft^2$) and higher for floors, including carpeted floors
- 100 $\mu g/ft^2$ and higher for interior window sills

**Lead in soil** can be a hazard when children play in bare soil or when people bring soil into the house on their shoes. EPA currently defines the following levels of lead in soil as hazardous:

- 400 parts per million (ppm) and higher in play areas of bare soil
- 1,200 ppm (average) and higher in bare soil in the remainder of the yard

**Remember, lead from paint chips—which you can see—and lead dust—which you may not be able to see—both can be hazards.**

The only way to find out if paint, dust, or soil lead hazards exist is to test for them. The next page describes how to do this.

## Reducing Lead Hazards, continued

**If your home has had lead abatement work done** or if the housing is receiving federal assistance, once the work is completed, dust cleanup activities must be conducted until clearance testing indicates that lead dust levels are below the following levels:

- 40 micrograms per square foot ($\mu g/ft^2$) for floors, including carpeted floors
- 250 $\mu g/ft^2$ for interior windows sills
- 400 $\mu g/ft^2$ for window troughs

For help in locating certified lead abatement professionals in your area, call your state or local agency (see pages 14 and 15), or visit epa.gov/lead, or call 1-800-424-LEAD.

Confidential

PLAINTIFFS_RH_0034326
PX-1014_0034

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

## Reducing Lead Hazards

**Disturbing lead-based paint or removing lead improperly can increase the hazard to your family by spreading even more lead dust around the house.**



- In addition to day-to-day cleaning and good nutrition, you can **temporarily** reduce lead-based paint hazards by taking actions, such as repairing damaged painted surfaces and planting grass to cover lead-contaminated soil. These actions are not permanent solutions and will need ongoing attention.

- You can minimize exposure to lead when renovating, repairing, or painting by hiring an EPA- or state-certified renovator who is trained in the use of lead-safe work practices. If you are a do-it-yourselfer, learn how to use lead–safe work practices in your home.

- To remove lead hazards permanently, you should hire a certified lead abatement contractor. Abatement (or permanent hazard elimination) methods include removing, sealing, or enclosing lead-based paint with special materials. Just painting over the hazard with regular paint is not permanent control.

**Always use a certified contractor who is trained to address lead hazards safely.**

- Hire a Lead-Safe Certified firm (see page 12) to perform renovation, repair, or painting (RRP) projects that disturb painted surfaces.

- To correct lead hazards permanently, hire a certified lead abatement contractor. This will ensure your contractor knows how to work safely and has the proper equipment to clean up thoroughly.

Certified contractors will employ qualified workers and follow strict safety rules as set by their state or by the federal government.

## Checking Your Home for Lead

You can get your home tested for lead in several different ways:

- A lead-based paint **inspection** tells you if your home has lead-based paint and where it is located. It won't tell you whether your home currently has lead hazards. A trained and certified testing professional, called a lead-based paint inspector, will conduct a paint inspection using methods, such as:

  - Portable x-ray fluorescence (XRF) machine

  - Lab tests of paint samples



- A **risk assessment** tells you if your home currently has any lead hazards from lead in paint, dust, or soil. It also tells you what actions to take to address any hazards. A trained and certified testing professional, called a risk assessor, will:

  - Sample paint that is deteriorated on doors, windows, floors, stairs, and walls

  - Sample dust near painted surfaces and sample bare soil in the yard

  - Get lab tests of paint, dust, and soil samples

- A combination inspection and risk assessment tells you if your home has any lead-based paint and if your home has any lead hazards, and where both are located.

Be sure to read the report provided to you after your inspection or risk assessment is completed, and ask questions about anything you do not understand.

Confidential

PLAINTIFFS_RH_0034327
PX-1014_0035

## Checking Your Home for Lead, continued

In preparing for renovation, repair, or painting work in a pre-1978 home, Lead-Safe Certified renovators (see page 12) may:

- Take paint chip samples to determine if lead-based paint is present in the area planned for renovation and send them to an EPA-recognized lead lab for analysis. In housing receiving federal assistance, the person collecting these samples must be a certified lead-based paint inspector or risk assessor

- Use EPA-recognized tests kits to determine if lead-based paint is absent (but not in housing receiving federal assistance)

- Presume that lead-based paint is present and use lead-safe work practices

There are state and federal programs in place to ensure that testing is done safely, reliably, and effectively. Contact your state or local agency for more information, visit epa.gov/lead, or call **1-800-424-LEAD (5323)** for a list of contacts in your area.[3]

## What You Can Do Now to Protect Your Family

**If you suspect that your house has lead-based paint hazards, you can take some immediate steps to reduce your family's risk:**

- If you rent, notify your landlord of peeling or chipping paint.

- Keep painted surfaces clean and free of dust. Clean floors, window frames, window sills, and other surfaces weekly. Use a mop or sponge with warm water and a general all-purpose cleaner. (Remember: never mix ammonia and bleach products together because they can form a dangerous gas.)

- Carefully clean up paint chips immediately without creating dust.

- Thoroughly rinse sponges and mop heads often during cleaning of dirty or dusty areas, and again afterward.

- Wash your hands and your children's hands often, especially before they eat and before nap time and bed time.

- Keep play areas clean. Wash bottles, pacifiers, toys, and stuffed animals regularly.

- Keep children from chewing window sills or other painted surfaces, or eating soil.

- When renovating, repairing, or painting, hire only EPA- or state-approved Lead-Safe Certified renovation firms (see page 12).

- Clean or remove shoes before entering your home to avoid tracking in lead from soil.

- Make sure children eat nutritious, low-fat meals high in iron, and calcium, such as spinach and dairy products. Children with good diets absorb less lead.

---

[3] Hearing- or speech-challenged individuals may access this number through TTY by calling the Federal Relay Service at 1-800-877-8339.

Confidential

PLAINTIFFS_RH_0034328
PX-1014_0036

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7





# ʻOHANA
## HUNT MILITARY COMMUNITY



# COMMUNITY
# HANDBOOK





Resident: ___Amanda L. Feindt___

Date: ___April 16, 2021___    Address: ___4838 Yorktown Boulevard___



HuntCompanies.com

 

PLAINTIFFS_RH_0034329
PX-1014_0037

# TABLE OF CONTENTS

**General Information**                                            **Page 1**

- Privatization                                                     1
- Acronyms                                                          1
- Common Definitions                                                1

**Neighborhood Policies**                                         **Page 2**

- Alterations and Decorating                                        2
- Appliances                                                        2
- Cable Television/Internet/Satellite Dish                          5
- Changes in Status                                                 6
- Child Behavior and Child Care                                     6
- Common Areas                                                      7
- Collections                                                       8
- Community Centers & Services                                      8
- Community Sports and Recreational Areas                           9
- Drug-Free Policy                                                  9
- Energy and Water Conservation                                    10
- Evictions                                                        11
- Fences                                                           12
- Firearms/Weapons                                                 12
- Fireworks                                                        13
- Foster Care                                                      13
- Garages/Carports                                                 13
- Grounds Maintenance                                              13
- Guests                                                           14
- Holiday Lighting and Decorations                                 14
- Home Based Businesses/Commercial Enterprises                     15
- Housekeeping                                                     16
- Keys/Garage Door Openers/Mailbox Keys                            17
- Law Enforcement                                                  17
- Lease Violation Notices                                          18
- Live-In Care Providers                                           18
- Locked Out of Residence                                          18
- Maintenance                                                      19
- Maintenance Tips                                                 19
- Move-In Process                                                  21
- Move-Out Process                                                 22
- Move-Out Process for Early Termination                           22
- Neighbor Relations                                               23
- Nuisance (Disturbances and Noise)                                23
- Occupancy Limits                                                 24

i

PLAINTIFFS_RH_0034330
PX-1014_0038

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

- Parking Regulations                                                      24
- Personally Owned Play Equipment and Neighborhood Playgrounds             25
- Personal Property Insurance                                             25
- Pest Control                                                            26
- Pet Policies                                                            27
- Refuse Collection and Recycling                                         30
- Relocation Process                                                      30
- Resident Inquiries and Concerns                                         33
- Safety                                                                  33
- Signs                                                                   37
- Solicitations                                                           38
- Telephone Line Maintenance                                              38
- Temporary Absence from Premises                                         38
- Trampolines                                                             38
- Vehicles                                                                39
- Wading Pools/Hot Tubs                                                   40
- Waste                                                                   41
- Waterbeds                                                               41
- Websites                                                                41
- Wildlife/Bird Feeding                                                   41
- Yard and Garage Sales                                                   41
- Yards – Prohibited Items                                                42


Exhibit A: Cleaning Requirements for Move-Out                             43
Exhibit B: Disaster Supply Kit                                            47
Exhibit C: Safety Pamphlet                                                48

ii

PLAINTIFFS_RH_0034331
PX-1014_0039

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

## PRIVATIZATION

Navy Region Hawaii is one of numerous Navy installations privatizing their family housing communities. As such, Ohana Military Communities, LLC, a partnership between Hawaii Military Communities, LLC (HMC) and the Navy, is proud to assume responsibility for the military family Residents' housing needs. Hunt MH Property Managers, LLC as the Agent for Ohana Military Communities, LLC, will perform the day-to-day management responsibilities. The Hunt MH Property Managers, LLC team at conveniently located Resident Services Offices (RSOs) stands ready to assist residents in every possible way to offer superior, quality housing services while they are stationed in Hawaii so their assignment is pleasant and memorable.

## ACRONYMS

| | |
|---|---|
| GM | General Manager |
| RSM | Resident Services Manager |
| RSO | Resident Services Office |
| NFHO | Navy Family Housing Office |

## COMMON DEFINITIONS

| | |
|---|---|
| Agent/Property Manager | Hunt MH Property Managers, LLC (PM) |
| Guest | Guest of Resident |
| Occupant | Children, parent, sibling |
| Owner | Ohana Military Communities, LLC |
| Premises | Home, garage/carport/designated parking, yard(s), and storage sheds |
| Quiet Hours | 2200 Hours through 0600 Hours |
| Resident | Parties signing the Lease Agreement |

## IMPORTANT NUMBERS

| | |
|---|---|
| Police, Fire, Ambulance | 911 |
| Securitas Security Services | 479-1869 |
| Maintenance Service Request Line | 839-HELP |
| Relocation Office | 839-8690 |
| Resident Service Offices: | |
| East Airport Office | 839-8620 |
| Pearl Harbor Office | 839-8630 |
| West Airport Office | 839-8640 |
| Pearl City Peninsula Office | 839-8670 |
| PMRF Office | 839-8740 |

## WEBSITES

www.ohananavycommunities.com
http://sexoffenders.hawaii.gov

1

PLAINTIFFS_RH_0034332
PX-1014_0040

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

## 1. ALTERATIONS and DECORATING

Any alterations to the Premises must be submitted to the RSO in writing. This includes interior and exterior repainting; changes to or installation of mechanical, electrical, plumbing, and structural equipment or major appliances; alterations to the configuration of the Premises; wallpapering; and replacement of fixtures. Approval must be granted in writing *prior* to starting the work or purchasing materials. The approval will specify the terms and conditions for maintenance and liability. Once approval has been granted, the Resident is responsible for the continued maintenance of the improvement. Resident shall be responsible for all costs for repair or replacement of any removals or changes.

It is understood that when the Resident vacates, walls must be restored to the original color or Resident will be charged for any additional coat(s) of paint required to return the Premises to its original condition.

Small nails may be used to hang pictures unless the Resident Services Manager recommends other devices. No spikes or hooks shall be driven into the walls or woodwork. Fixtures used for window covering, shall not be attached to any window frame.

Owner-furnished blinds may not be removed or replaced except by Owner. Windows may not be covered with aluminum foil or any other type of tinting/darkening product

If you are a Resident of a historic home and have executed a Historic Home Addendum you must comply with the Addendum as well as this section of the Community Handbook. In the event of conflict, the Historic Home Addendum shall apply.

## 2. APPLIANCES

Resident is not to perform any maintenance on appliances other than normal cleaning with non-abrasive kitchen cleaners. The Resident will be responsible for any damage caused by any attempted repairs. Please contact the RSO for assistance.

*Dishwasher*

During the move-in process the Relocation Specialist will provide instructions on the operation of dishwasher and point out any special features. Following are some suggestions for safe and efficient use of the dishwasher:

- Use dishwashing detergent made only for dishwashers (Electrasol, Cascade, etc.).
- Remove excess food and debris before loading.
- Arrange dishes so water can run off.
- Remove paper labels before washing jars or cans.
- Determine if the glassware, dishes, pots and pans are dishwasher safe.

Confidential

PLAINTIFFS_RH_0034333
PX-1014_0041

- Wash **by hand** all hand-painted china, woodenware, colored aluminum or cast iron pots and pans, and plastic or rubber dishes/utensils not specifically labeled 'dishwasher safe'.

- Frequently check/clean the filter in the bottom of the dishwasher.

### Garbage Disposal

These units are very handy but must be used with care as they are easily damaged. To properly operate the garbage disposal:

- Keep the drain stopper in when not in use.

- Remove the drain stopper, turn on the *cold* water, and keep it going during the entire operation to thoroughly flush ground waste into the main wastewater lines.

- Turn on the wall switch to start the disposal and feed food waste directly into the disposal.

- *Never* put your fingers or hand or any utensil into a running disposal.

- Run the disposal until food grinding can no longer be heard.

- *Do not* put grease, bones, meat gristle, corncobs, glass, foil, bottle caps, cigarettes or other very hard or fibrous foods down the garbage disposal.

- *Never* put chemical drain cleaners down the disposal, as serious corrosion and damage may result. Resident will be responsible for any damage caused by improper use.

Prior to calling the Maintenance Service Request Line (839-HELP), do the following:

- Determine what recently was processed by the disposal before calling. This will help them determine the problem.

- Press the reset button on the bottom of the unit and try the switch again. Refer to the appliance manual or call the Maintenance Service Request Line and ask for instructions if the reset button cannot be located.

### Refrigerator

Routine cleaning of the refrigerator will improve efficiency and sanitation. The exposed sides of the refrigerator should be cleaned frequently with a damp cloth and mild soap and warm water or a spray cleaner. Abrasive cleansing powders should not be used on the refrigerator. Periodic cleaning of the drip pan under the refrigerator is recommended. If the refrigerator coils are accessible without moving it, periodic vacuuming will help its efficiency.

3

PLAINTIFFS_RH_0034334
PX-1014_0042

Call the Maintenance Service Request Line if the refrigerator is not cooling or freezing properly or if any parts are broken. Please do these simple tests before calling the Maintenance Service Request Line for service:

- If the light is not on, check to see if the power cord is plugged in and check the bulb.

- If the plug is secure and the refrigerator fails to operate, plug another appliance into the same outlet to check for power.

- Check the temperature control dial; it may be turned OFF. If the refrigerator still does not operate properly, call the Maintenance Service Request Line.

Leave the refrigerator on with the temperature control at its normal position if away from the Premises for less than a month. Turn the temperature control to low during longer periods of absence. Placing an open box of baking soda or used coffee grounds in the refrigerator will help to absorb odors. Be sure to discard perishables such as meats, milk, and produce to maintain proper sanitation while away. Do not leave the refrigerator turned off or unplugged, regardless of the length of time of the absence.

*Stoves, Ovens & Microwaves*

The proper use and care of stoves, ovens, and microwaves will not only save utilities and repairs, it will give better results in cooking and baking and may prevent serious injury or fire. Routine cleaning will make preparing for the final inspection much easier. Here are a few pointers that may help:

- Wash drip pans frequently and wipe spilled food from the burners as soon as they have cooled.

- Clean under the stovetop frequently. Spilled grease and food contribute to fires.

- Non- self-cleaning oven - Remove any burned food on the bottom of the oven or on racks with a brush or by soaking in water. Commercial oven cleaners also help. Resident will be charged for any damage to the oven caused by improper cleaning or use.

- Self-cleaning or continuous-cleaning oven - Read the appliance manual for proper use. Call the Maintenance Service Request Line if the appliance manual is missing. **DO NOT** use oven cleaner or leave racks in the oven during the cleaning process. Resident will be charged for any damage caused by improper cleaning or use. Clean the oven as needed; long-term or accumulated staining and soil is harder to remove.

- Microwaves – Read the appliance manual. **DO NOT** put metal objects in microwave. Supervise use at all times.

4

PLAINTIFFS_RH_0034335
PX-1014_0043

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

*Water Heaters*

**Do not** attempt to adjust temperature or any type of setting or valves on the water heater. Tampering with water heater valves can be dangerous. Leaks, breaks or lack of hot water should be reported to the Maintenance Service Request Line. NEVER use the space surrounding the water heater for storage; it is a serious fire hazard.

While automotive repairs are not allowed anywhere on or in the Premises or in the Neighborhood, it is vitally important that such work not take place in any area where natural gas water heaters may be located. The results could be deadly.

## 3. *CABLE TELEVISION/INTERNET/SATELLITE DISH/ANTENNA*

Resident is financially responsible for all costs incurred for installation of cable TV and/or Internet service or connections. Additionally, all costs for service are payable by the Resident.

Each Premise is equipped with at least one cable TV connection. The names of the cable companies serving the Neighborhood will be provided at move-in. Prior written approval is required for installation of additional hook-ups. Request forms are available from the RSO.

Satellite dishes are permitted with prior Owner approval and a completed Satellite Dish Addendum to the Lease Agreement. An antenna or dish may receive but not transmit signals; with the exception of Internet service. Approval is required *before* installation; we strongly recommend seeking approval before signing a contract.

The satellite dish must be installed by a professional installer that has workers' compensation insurance and adequate public liability insurance and in strict accordance with the plans and specifications submitted and approved by Owner. The plans must set forth the precise location of the satellite dish and all wiring including cable raceways and other facilities to be installed.

The satellite dish must be located entirely within the Premises and shall not be installed in any common area. The satellite dish shall not be installed on outside walls, outside windowsills, roofs, balconies or any other area determined by Owner to be a detriment to the Neighborhood. No holes may be drilled through outside walls, glass, window, roofs, balconies, railings or anything else for installation of any components of the satellite dish. The satellite dish must not hang over any patio/balcony or extend beyond the patio/balcony railing line.

Additionally, the installation: (1) must comply with reasonable safety standards; (2) may not interfere with property's cable, telephone or electrical systems or those of neighboring properties; (3) may not be connected to property's telecommunications systems; and (4) many not be connected to the electrical system except by plugging into a 110-volt duplex receptacle. Owner may require reasonable screening of the satellite dish or antenna by plants, etc., so long as it does not impair reception.

5

PLAINTIFFS_RH_0034336
PX-1014_0044

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

The Resident will remove the satellite dish/antenna on or before the expiration or termination of the Lease Agreement and repair all damage caused by the removal and restoration of the Premises.

Please respect your neighbor's right to the quiet enjoyment of their home by controlling the volume of your televisions and stereos. Please note that Citizen Band (CB) base stations or radio/television aerials and wires are not permitted on any part of the Premises.

## 4.    CHANGES IN STATUS FOR ACTIVE DUTY SERVICE MEMBERS

*BAH Change* When Resident's BAH rate changes, at any time for any reason, Resident must notify Owner within fourteen (14) business days of the change and complete any necessary documentation. Resident will be responsible for the payment of Rent at the changed rate from the effective day of any change and payable when received by Resident. Resident agrees that the foregoing constitutes effective notice from the Owner of the change in the amount of the monthly Rent, which will take effect upon any increase in Resident's applicable BAH. Failure to notify the Owner of an increase in the BAH does not alleviate Resident responsibility for payment of the changed Rent, and may result in late fees being assessed.

### Change in Rank or Family Composition

When Resident's military rank or family composition changes, (i.e., increase or decrease in dependents or change in marital status), Resident must notify your RSO within fourteen (14) business days of the change.

In the case of the change in family composition, the Resident may move into larger Premises, when available and upon NFHO's confirmation of the Resident's eligibility for a larger home. Residents must have at least one (1) year remaining in their Hawaii assignment at the time of the relocation. Once Premises become available, Resident will be responsible for all costs associated with the move.

In the case of an increase in military rank that allows for a larger Premise or change in neighborhood, the Resident may move to a different home or neighborhood upon confirmation that the Resident has been approved to wear the rank of O6, O4, or E7. Resident must have at least one (1) year remaining in their Hawaii assignment at the time of relocation. Once Premises become available, Resident will be responsible for all costs associated with the move.

## 5.    CHILD BEHAVIOR AND CHILD CARE

Parents are responsible for the behavior, safety, proper discipline and well being of their children, regardless of age.

For safety, as well as the convenience of others, we require an adult to accompany children under the age of ten (10) in the Neighborhood or common area.

6

PLAINTIFFS_RH_0034337
PX-1014_0045

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

In Neighborhoods located outside a military installation, Hawaii State Law requires children under the age of 16 to be accompanied by a parent or other adult authorized by the parent(s) between 2200 hours and 0400 hours.

Children less than 12 years of age may not baby-sit other children (including their siblings) in the Premises or Neighborhood. All prospective babysitters between the ages of 12 and 17 are required to complete the "Babysitting" course, which will be provided by the American Red Cross.

| Age of Child | May Be Left Unattended In Premises | May Be Left Alone Overnight | May Be Left On Playground Unsupervised |
|---|---|---|---|
| 0-5 | No | No | No |
| 6-9 | No | No | Yes * |
| 10-11 | Yes ** | No | Yes |
| 12-15 | Yes | No | Yes |

*Adult within hearing or visual contact
** No more than three hours

Resident must obtain written approval from the RSO to operate a childcare program in the home. Resident may provide in-home childcare ONLY through participation in the Child Development Homes program. Resident must be certified through the Department of Navy sponsored Child Development Program if childcare is conducted in the Premises for more than 10 cumulative hours per week (e.g., a Resident caring for three children for four hours is providing 12 hours of child care). Resident must also comply with all applicable state and local laws regarding childcare. Resident must have appropriate insurance coverage. The Resident will be required to bring appropriate licensing and insurance information to the RSO prior to operating the childcare business from the Premises and provide all renewals upon request by the RSM. Resident is responsible for any damages to third parties arising from the in home childcare program. Conducting an unauthorized childcare business shall result in an immediate cease of operations and may also result in eviction. Resident is responsible for any damage to the Premises as a result of the in-home childcare.

## 6.   *COMMON AREAS*

All common areas, including but not limited to parking lots, stairwells, breezeways, jogging trails, courtyard areas, the grounds surrounding the Premises, clubrooms, sport courts, creeks, lakes and pools must be kept clear at all times of trash, refuse and other obstructions. Please be aware that all items left unattended in common areas may be removed and disposed of by the RSO without notification.

Common areas are for the use and enjoyment of all Residents at the Neighborhood. Any Resident, Occupant or Guest(s) behaving in an unreasonable, illegal and/or offensive manner will be required to leave the common areas and such conduct shall constitute a breach of the Lease Agreement.

Confidential                                                                                   PLAINTIFFS_RH_0034338
                                                                                              PX-1014_0046

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

## 7.   COLLECTIONS

Rent Collections:

Residents who have not paid their rent by the fifth (5th) calendar day after the due date will be assessed a fifty dollars ($50.00) late fee. A late fee will not be assessed if the late payment is due to non-receipt of an Allotment or UDEFT. Resident Services Manager will make reasonable attempts to telephonically contact the Resident on or about the 6th of the month to advise the Resident of the delinquency. If Resident fails to pay the amount due by the 10th of the month, a Demand for Payment and Notice of Delinquency (Five Day Pay or Quit Letter) will be served upon the Resident in accordance with the Hawaii Landlord Tenant Laws. A copy of the Demand for Payment and Notice of Delinquency will be provided the NFHO. If the Resident fails to respond within 5 business days of receipt of the Demand for Payment and Notice of Delinquency, the Property Manager may initiate legal action to evict the Resident.

Outstanding Charges:

Residents who move-out of a Neighborhood with a delinquent account will have thirty (30) days to pay all amounts owed in full. If payment or payment plan is not rendered or established within thirty (30) days of move out, the RSO will initiate collection through a collection agency.

Returned Checks:

Checks returned due to insufficient funds will not be re-deposited. If a check is returned to the Agent, the Resident will be served with a legal notice and assessed a twenty-five dollar ($25.00) fee. If the bank returns two checks, all future rental payments must be paid by Allotment or UDEFT, cashier's check, certified check or money order only. If the Resident does not redeem the returned check with a money order or cashier's check by the expiration of the legal notice, the Agent will initiate eviction proceedings and notify the NFHO.

## 8.   COMMUNITY CENTERS & SERVICES

Some Neighborhoods will have use of a Community Center(s), for social events, classes, Neighborhood projects and other related events. Owner will offer a variety of programs to the Residents. These programs will be listed in the Resident Newsletter. The following policies are to be followed by the Resident:

- Resident, Occupants and Guests will comply with and obey all safety and posted regulations in the Community Centers, Swimming Pools and other neighborhood amenities

- Resident shall immediately report any malfunctioning equipment in the Community Centers.

8

PLAINTIFFS_RH_0034339
PX-1014_0047

- Resident is solely responsible for the behavior and actions of the Occupants and Guests at the Community Centers.

- Resident wishing to reserve a room in a Community Center for a private event may do so at their RSO office. Residents will be required to sign a room rental agreement and leave a refundable deposit with the RSO. Resident will comply with all requirements of the Community Center room rental agreement.

Please keep in mind that from time to time the Owner may provide various services, equipment and facilities for Resident's use at their own risk. Resident acknowledges that the use of the services or facilities may be canceled or modified at any time, at the sole discretion of Owner, and Resident will not be entitled to any reduction in Rent.

**Deployed Spouse Program:**
Families of deployed service members may visit the RSO to inquire about and enroll in the Deployed Spouse Program. This program will assist the families of those military members who have been deployed with certain tasks, such as assistance with backyard lawn maintenance. Spouses and remaining family members acting as the head of household will be offered assistance with, but not limited to, limited toy and furniture assembly and support peer groups.

**Family Leave Program:**
Service personnel and their families who leave their home for more than 30 days at one time may be eligible for the Family Leave Program. Residents may visit the RSO to enroll in the Family Leave Program. This program includes services such as backyard lawn maintenance, weekly preventative home visits to determine no emergency situations have occurred, and postal forwarding.

## 9.    COMMUNITY SPORTS AND RECREATIONAL AREAS

Use of pools, fitness rooms, sport and recreational areas, and other community facilities are at the Residents, Occupants, and Guests own risk. Owner and Agent are to be held harmless for any and all injuries, accidents, or losses suffered while using facilities, other than those that may result from the negligence or willful misconduct of Owner or Agent. Owner does not make any warranties concerning the equipment or facilities, and Residents agree representations have not been made regarding the safety, desirability or quality of equipment or facilities. Residents will be responsible for the cost of any repair or service on equipment or facilities due to misuse by Resident, Occupant or Guests. Resident shall notify Owner of any malfunctioning equipment or facilities.

## 10.    DRUG FREE POLICY

Resident, Occupants, and Guests will not commit any acts or use the Premises or common areas in such a way as to violate any law, ordinance, including laws prohibiting the use, possession or sale of illegal drugs. The sale or resale of prescription drugs is prohibited. Violation of the drug policy shall result in immediate eviction.

9

PLAINTIFFS_RH_0034340
PX-1014_0048

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

## 11. ENERGY AND WATER CONSERVATION

Residents living in homes equipped with an individual household meter in full-BAH rent rate homes will participate in the Department of Navy's Resident Energy Conservation Program (RECP). The RECP program only affects electric consumption at this time. Residents will be responsible for payment of electricity consumed above the normal usage zone for their like-type home and will receive a rebate for conservative consumption that falls below the normal usage zone for their like-type home group. More information regarding the RECP program details can be found at www.fcnavyhawaii.com or by calling or visiting your Neighborhood RSO office.

The following "Conservation Tips" offer simple steps that lead to significant energy and water conservation in your household:

### Dishwasher

- Only wash full loads and use the energy-saver setting.
- Allow dishes to air dry.
- If you wash dishes by hand, fill the sink with water instead of letting the water run, and rinse with cold water.
- For homes with solar hot water systems, run dishwasher between 10 AM and 2 PM to maximize the availability of solar heated hot water and to allow time for the solar hot water system to reheat the hot water tank before the end of the day.

### Air Conditioning

- Set thermostat at a comfortable setting without fluctuation to maintain consistent climate control. Reducing the thermostat setting by 10 degrees or more upon returning home will not heat or cool your home quickly. Resident with day-night set back thermostats should consult the instruction manual or contact the RSO for information on how to obtain the most comfortable and efficient settings.
- Keep doors and windows closed whenever air conditioning is in operation.
- Use fans and open windows to create a cross draft to reduce air-conditioning use.
- Keep vents free from obstructions.
- Check HVAC air filter regularly. They will be replaced twice yearly. Should the Resident choose to replace it more often, please feel free to call the Service Request Line at 808-839-HELP (4357) to obtain replacement filter.

### Laundry

- Wash full loads and use cold water instead of hot water.
- Dry full loads and clean lint filter after each load.
- Most materials only need a 10-15 minute wash cycle to get them clean, over washing and over drying will wear out clothes faster.
- If hot water is needed for some loads of laundry, perform these loads of laundry between 10 AM and 2 PM to maximize the availability of solar heated hot water and

10

PLAINTIFFS_RH_0034341
PX-1014_0049

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

to allow time for the solar hot water system to reheat the hot water tank before the end of the day.

*Lights and Other Appliances*

- Replace incandescent light bulbs with compact fluorescent lights (CFL's). They use 75% less energy and last up to 10 times longer. While more expensive to purchase, light emitting diode (LED) lights are even more efficient than CFLs.
- Turn off lights when not needed, especially in unoccupied areas such as garages and outdoor areas.
- Turn off lights when leaving a room.
- Unplug or turn off appliances when not in use. The use of power strips at entertainment centers and computer systems that include multiple pieces of equipment, each with their own power cord, will make securing these systems more efficient when not in use.

*Refrigerators*

- Open refrigerator door only long enough to get desired food items.
- Organize food on the shelves for easy access.
- Allow leftovers to cool before storing in refrigerator or freezer. Be sure to follow safe food handling guidelines
- Full refrigerators operate more efficiently.
- Overloaded refrigerators operate poorly.
- If operating a second refrigerator or freezer, purchase the most efficient unit available. Significant advances have been made in the energy efficiency of refrigerators and freezers.

*Stove*

- Defrost foods in the microwave
- Cover pots to shorten cooking time.
- Keep oven and range free of grease and baked-on residue.
- Cook smaller items in the microwave or toaster oven to preclude the added energy required to heat up the full size stove.

*Water*

- Check toilets for leaks.
- Make sure faucets are shut off properly.
- Always use flow controlling nozzle/spray head device for outdoor hoses.
- Do not remove or replace devices that have been installed to conserve water such as faucet aspirators and low flow showerheads
- Limit showering time to about 5 minutes.

## 12.    EVICTIONS

11

PLAINTIFFS_RH_0034342
PX-1014_0050

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

The Owner may take certain actions in the event the Resident, Occupants, or their Guests display disruptive behavior, violate rules, or are involved in misconduct in the Neighborhood or commit Waste (see Section 54) or become a Nuisance (see Section 35). Eviction is for serious offenses.

Depending upon the situation, the following actions may be taken by the Owner:

- The RSO may counsel the Resident(s) and/or issue a warning letter to the Resident of the Premises detailing the violations.
- The RSO may issue an "Intent to Evict Notice" to the Resident(s) with a copy to the NFHO for a serious offense, frequent offenses or continuing noncompliance with the terms of the Lease Agreement, Addenda or the Community Handbook.

## 13.   FENCES

Backyard fencing is provided in many areas. Care and upkeep of the enclosed fenced area is the Resident's responsibility. Installation of a fence on an unfenced backyard by the Resident is considered an alteration. Approval for the installation of a fence must be requested in writing. If approved, fencing must be installed by the Resident and at the Resident's expense with appropriate materials and proper installation. Specifications of the construction will also need to be approved by the RSO.

## 14.   FIREARMS/WEAPONS

The primary concern surrounding weapons in the Premises is the general safety of the Neighborhood. Any violation of firearm regulations will result in a formal review and is likely to result in eviction. All firearms must be registered at the RSO.

- Resident must meet the requirements of all Federal, State, and local regulations, statutes, laws, and ordinances concerning the possession, registration, display, carrying, and use of weapons, including all firearms, knives, and other regulated devices. In cases of contradictory regulations, statues, laws or ordinances, the most restrictive will apply.

- Concealed weapons may not be carried or discharged on the Premises or the Neighborhood.

- Military weapons may not be stored, carried, or transported onto the Premises or Neighborhood unless authorized by the Federal government in the performance of military duties.

- Large caliber and automatic weapons may not be present on the Premises, unless they are part of a legitimate collection and have had the firing or activating mechanisms permanently disengaged.

12

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

- Firearms and ammunition must be stored separately from each other in locked cabinets, located out of children's access. Loaded firearms are expressly prohibited on the Premises.

- Storage of black gunpowder is limited to a maximum of 5 pounds and is to be treated as and stored as ammunition in a locked case.

- BB/pellet guns, air rifles, slingshots, arrows, and long or cross bows, are considered firearms. The use of these or any other projectile-propelling device is prohibited on the Premises or in the Neighborhood.

- Knives, swords, and any other harmful devices may not be carried and must be securely mounted, or sheathed and secured.

- Weapons prohibited by Federal, State, and local laws, such as stiletto knives, blackjacks, brass knuckles, switchblades, and zip guns may not be present on or in the Premises or Neighborhood.

- Residents living in communities on the Navy Installation (within a Navy secured fence) will be expected by the Installation Commanding Officer to be aware of and follow all Department of Navy and Installation rules and regulations, including OPNAVINST 5530.14 series, Navy Physical Security and Law Enforcement Program, and any other orders, directives or instructions issued by the Department of Navy or Installation Commanding Officer regarding the possession of personal weapons on board the Navy Installation.

Violation of the provisions of this weapons policy is cause for immediate Lease Agreement termination and eviction from the Premises.

## 15.    FIREWORKS

The manufacturing, sale, storage, possession, transporting and/or use of fireworks and all incendiary devices are expressly prohibited on the Premises or in the Neighborhood. Violation of the provisions of this fireworks policy is cause for immediate termination of this Lease Agreement and eviction from the Premises.

## 16.    FOSTER CARE

Resident must submit a request for approval to the RSO and receive a written approval prior to becoming a foster parent. All applicable State and Federal rules and regulations regarding foster care will apply.

## 17.    GARAGES/CARPORTS

See Section 36 PARKING REGULATIONS and Section 50 VEHICLES.

Confidential                                                                 PLAINTIFFS_RH_0034344
                                                                             PX-1014_0052

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

## 18.   GROUNDS MAINTENANCE

Owner Responsibilities:

RSO's will regularly mow and maintain all unfenced grounds around the Premises including common areas, community centers and playgrounds. Yards and greenways, etc. that are not kept free of toys, trash, abandoned items or debris will not be mowed, trimmed or edged.

Fertilizing and use of herbicides will be done on a periodic basis. Resident will be given notice of any upcoming fertilization/herbicide treatment, and must remove pets, children and lawn furniture so the yard can be treated. Failure to comply may result in a charge for a re-visit.

Resident Responsibilities:

Mowing, raking, and trimming of shrubs and other routine maintenance in fenced backyards are the Resident's responsibility. Grass should be maintained at a height of two inches, not to exceed five inches. Raking of grass and leaves is to be done as necessary to maintain a healthy and attractive lawn. Shrubs are to be trimmed to maintain their shape and not block windows, doors, sidewalks or parking areas.

Do not create new planting beds on the Premises without written approval.

Annuals may be planted in existing beds. Introduction of perennials or other permanent landscaping requires written approval from the RSO.

Residents are responsible for the watering of their lawns and planter bed areas. Watering should be restricted between the hours of 5:00 pm and 9:00 am. If your home has an automated irrigation system, the lawn and planter bed areas will be automatically watered based on a set schedule. If an irrigation head or other components malfunctions or if there is excessive runoff, please call the Maintenance Service Request Line.

## 19.   GUESTS

Guests of Resident are welcome in the Neighborhood. A Guest is defined as a relative or friend who is visiting a Resident's home for a few hours up to thirty (30) days. Guests must comply with all rules and regulations contained in the Lease Agreement, Addenda and Community Handbook. The Resident will be responsible and accountable for the actions and behavior of their Guests. Resident is prohibited from accepting rent in the form of cash, check, or in-kind goods or services from their Guests.

Residents must notify Owner, in writing, within forty-eight (48) hours of a Guest's arrival if the Guest will be staying more than thirty (30) consecutive days. Normally Guests may not remain for more than 30 days; however exceptions for family members visiting for extended periods for the purpose of assisting the Resident (i.e., newborn, illness, etc.) may be granted by the RSO on a case-by-case basis, and must be submitted in advance and in writing. It is the responsibility of the Resident to determine if any additional

14

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

approvals are required. Approval by the RSO does not constitute approval by or for other authority's. The Owner reserves the right to control the entry into the Neighborhood by Resident's Guests, agents, licensees or invitees, furniture movers, and delivery persons, and may prohibit from the Premises or Neighborhood any Guests or invitees who, in Owner's reasonable judgment, have been disturbing the peace, disturbing other Residents or violating Neighborhood policies.

Residents are not permitted to sublet homes.

## 20.    HOLIDAY LIGHTING AND DECORATIONS

Holiday lighting is authorized for use between the hours of 5:00 p.m. and 10:00 p.m. from Thanksgiving Day until the second weekend in January. Decorative lighting for other time periods may be installed/displayed one week prior to the holiday and removed no later than three (3) days after the holiday. Holiday/decorative lighting is not permitted at any other time. All lighting must be removed from Premises and stored properly. Overloading of circuits and the overuse of extension cords must be avoided. Resident accepts any and all liability for damages to Premises or injuries caused by holiday or decorative lighting and other decorations.

- Lighting may not be left on when there is no one in the Premises.

- Any lights or decorations attached to the Premises must not cause any physical damage. Gutter clips or similar clip devices are required for affixing exterior lighting; nails/screws/tacks are not permitted.

- Resident will be held financially responsible for any incidental damage to the Premises.

- Roof decorations and lighting above the first floor roofline are not permitted. Resident will be required to immediately remove such decorations when discovered.

- Canned "snow" or other similar substances must not be sprayed on windows, siding or brick facades.

## 21.    HOME-BASED BUSINESSES/COMMERCIAL ENTERPRISES

Home based businesses and other commercial enterprises may only be conducted at the Premises in accordance with the following:

- Resident must submit a written request and complete a Home Based Business Addendum and obtain prior approval from the RSO before operating a home business. The approval will apply to any Resident conducting a private business, including but not limited to selling or attempting to sell goods and/or services, cosmetics, household products, cleaning products, tailoring, tax preparations, and other computer based businesses, dressmaking, etc.

15

PLAINTIFFS_RH_0034346
PX-1014_0054

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

- Home-based businesses must be appropriate to and contribute to the family environment of the Neighborhood.

- Signage of any kind is explicitly prohibited.

- Any business that uses or produces hazardous materials is not permitted. Violation of this term is cause for immediate eviction and recovery of damages by the Owner.

- The breeding and/or raising of animals, birds, fish, etc., shall not be permitted.

- Pyramid Sales are prohibited.

- Child Care businesses - See Child Care - Section 5.

All approved businesses must comply with federal, state and local laws regarding licensing, registration, taxes and insurance. The Resident will be required to bring appropriate licensing and insurance information to the RSO prior to operating the business from their Premises. The business must operate within the guidelines contained within this Community Handbook and all subsequent updates. Resident is responsible for any damages to the Premises or from third parties arising from the conduct of the home based business.

## 22.    HOUSEKEEPING

Proper upkeep of the Premises from the time of move-in will help insure that the Move-Out process will go smoothly and that charges for misuse will be kept to a minimum. The following housekeeping suggestions are provided to assist the Resident:

### Carpeted Floor Areas

The following suggestions are offered for maintenance and protection of carpeted areas:

- Do not use cleaning agents that contain bleach or bleaching agents for food or liquids spilled on carpets. They often cause as much or more damage than the original spill.

- Vacuum regularly to keep the carpet in good condition and to discourage dirt build up.

- Resident is advised to encourage young children to eat and drink in non-carpeted areas and over a table to avoid permanent stains caused by Kool-Aid®, and soft drinks. Wine, coffee and tea also contain agents that can permanently stain the carpet.

- Use throw rugs, safely secured; on high traffic areas to prevent heavy soil build -up.

16

PLAINTIFFS_RH_0034347
PX-1014_0055

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

- Use carpet/ floor protectors under chair legs, tables, sofas or any furniture item that may scratch the floor or leave a permanent indentation.

- Resident is encouraged to remove shoes upon entering the Premises to prevent high traffic areas from becoming overly soiled.

*Tile, Hardwood, and Vinyl Floors*

The following suggestions are offered to help protect the Premises floors:

- Lift heavy furniture rather than dragging across the floors to avoid marring.

- Never flood the floor with water or let water stand on the surface.

*Do not* apply wax to no-wax floors. The RSO will point out the no-wax floors during Move-In. There are certain products on the market claiming to be shining agents for no-wax floors. Do not use these products, even if specifically made for no wax floors, as they are difficult to remove and sometimes cause damage to the surface during the removal process. Resident may be charged for damages to the floor caused by wax, shining agents, or wax removers.

*Walls and Woodwork*

The following suggestions will help protect walls and woodwork:

- Beds, tables, and chairs should not touch the walls.

- Bicycles, large toys, strollers, and such items should be moved through doorways with care.

- Provide children with blackboards or drawing pads to discourage writing on the walls. Resident will be responsible for cleaning all marks from the walls prior to Move-Out.

*Countertops*

The following suggestions will help protect the countertops:

- Place a cutting board on the surface before chopping or cutting.
- Do not use an abrasive cleaner. Countertop cleaners are readily available and remove most spills, stains, etc.

## 23.    KEYS/GARAGE DOOR OPENERS/MAILBOX KEYS

Resident is provided at least two keys to the Premises during the Move-In. The Resident may also be provided with mailbox keys and garage door openers.

17

PLAINTIFFS_RH_0034348
PX-1014_0056

All Premises keys, mailbox keys, and garage door openers are to be returned during the Move-Out Inspection Assessment. There is a charge for lost keys, mailbox keys and garage door openers. If a key is lost, and a change of locks is necessary, Resident will be responsible for the charge.

When Owner authorization is given for an additional lock or a change of lock, the Resident agrees to provide the RSO with a copy of the new key(s). Any locks permitted to be installed shall become the property of the Owner and Resident must promptly provide a key to the RSO.

## 24.    LAW ENFORCEMENT

In Neighborhoods located outside the military installation, the Honolulu Police Department will be the primary provider of law enforcement services. Military Police will provide law enforcement services for Neighborhoods located on a military installation. All Residents, regardless of where they live, should call 911 in the event of an emergency. Your call will be properly routed to the appropriate emergency dispatch service PROVIDED YOU CALL FROM A LANDLINE. Calls made from cellular phones may not be routed to Military Dispatch services and may delay response.

Non-life threatening security concerns can be reported 24 hours a day by calling Forest City's maintenance dispatcher at 839-HELP (4357) or, for Residents living in neighborhoods outside the base, 479-1869 (Securitas).

## 25.    LEASE VIOLATION NOTICES

The RSO may issue a Lease Agreement Violation Notice to Residents for excessive noise, littered yards, illegal parking, carport or breezeway clutter or other similar violations. Additionally, unauthorized pets, unauthorized repair of vehicles, failure to observe posted speed limits or 15 MPH, whichever is less, or failure to obey stop signs will also result in Lease Agreement violations.

Resident, Occupants and Guests will not commit any acts or use the home or common areas in such a way as to:

1. Violate any law, ordinance, including laws prohibiting the use, possession or sale of illegal drugs; or

2. Commit property damage; or

3. Create a nuisance by annoying, disturbing, inconveniencing or interfering with the quiet enjoyment, business, or peace and quiet of any other Resident, RSO Staff, contractors, or other persons engaged in lawful activity in the area.

## 26.    LIVE- IN CARE PROVIDERS

18

PLAINTIFFS_RH_0034349
PX-1014_0057

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

Permission for live-in care providers must be requested in writing from the RSO. Requests will be evaluated on a case-by-case basis and should be submitted with documentation for the need for live-in assistance. Approval of a live-in care provider is predicated on specific child-care or health-care issues shown to require full-time, live-in assistance.

Residents are responsible to make sure live-in care providers and/or nanny comply with all terms and conditions of the Lease Agreement, Addendums, and Community Handbook.

## 27.    LOCKED OUT OF RESIDENCE

Resident who is locked out may contact the Service Request Line at (808) 839-HELP twenty-four (24) hours per day.

Resident will be required to provide proper identification to receive access to the Premises. Resident who calls for lock out assistance more than twice in a calendar year will be assessed a charge. Residents should not take any steps to forcibly open the door.

The RSO will also charge a fee for replacement locks, additional keys and/or damages to the door.

## 28.    MAINTENANCE

The Maintenance Team is responsible for the upkeep of the interior and the exterior of the homes. The team will be in uniform, have identification badges and in easily identifiable vehicles. Maintenance personnel will be available to provide answers to maintenance questions.

A Service Request, (including receipt time and classification) may be obtained by contacting the Service Request Line at 808-839-HELP (4357). Resident will be given a Service Request number for reference. Service Request Dispatchers will receive and respond to calls from 7:00 a.m. – 6:00 p.m. Monday-Friday and 10:00 a.m. – 3:30 p.m. on Saturday. A centralized Call Center Operator will receive service calls and dispatch an on-call service technician after hours, weekends, and holidays to provide 24 hour, 7 days a week coverage.

*Owner Initiated Orders*

There are certain repairs, replacements, inspections, and maintenance that the Property Manager is required to perform for the Owner. The maintenance office will contact the Resident, explain the work to be done, and establish a time for the work to be accomplished. Examples of work orders initiated by the maintenance office are as follows:

- Pest control services
- Scheduled replacement of carpets or appliances

19

PLAINTIFFS_RH_0034350
PX-1014_0058

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

- Interior decorating (i.e., painting, installation of blinds or curtain rods)

Work will be scheduled to cause the least amount of inconvenience to Resident whenever possible. However, Resident may not refuse entrance into the Premises by Owner, the Resident Services Manager or its contractors when notified at least 48 hours in advance, and the requested time is during reasonable working hours. Owner, Property Manager or its maintenance contractors may enter Resident Premises when Resident is absent to perform such work.

Preventative maintenance inspections and services will be scheduled at least five (5) days in advance with Resident unless a situation is deemed an emergency.

Service calls will be given a classification of Emergency, Urgent or Routine, depending on the nature of the request and the danger to the safety of the Resident and the Premises.

## 29. _MAINTENANCE TIPS_

_General Maintenance Information_

Please report any and all needed repairs to the Maintenance Service Request Line or to the RSO. For maximum efficiency, report repairs in the morning whenever possible.

In the event your service request is not completed to your satisfaction and the RSO seems unable to provide a solution, please feel free to contact the General Manager at 808-839-8600.

**_Emergency Maintenance is provided 24 hours a day._**

_Maintenance Service Request Line_ can be reached 24-hours a day at 808-839-HELP (4357).

_Access to Premises_

Whenever maintenance technicians or exterminators enter the Premises to perform work, a copy of the service request will be left detailing the work that was performed. Written permission must be supplied from Resident to the Property Manager authorizing the Property Manager to allow entry to the Premises during the Resident's absence for purposes including but not limited to delivery companies, moving van representatives, out-of-town Guests and relatives. Owner reserves the right to enter the Premises under reasonable circumstances. In all but emergency situations, Resident will be notified 48 hours or more (preventative maintenance) before scheduled entry. Permission to enter is not required in an emergency situation.

_Peace of Mind_

Please notify the Maintenance Service Request Line of any burned out exterior or common area lights, faulty locks, lost keys, etc.

Confidential

PLAINTIFFS_RH_0034351
PX-1014_0059

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

Please report immediately to police and then to the RSO or 24-hour Call Center any suspicious persons and any strange or unusual vehicles.

Please request credentials from all maintenance technicians before allowing entry.

### General Maintenance Tips

*Smoke Detectors and Carbon Monoxide Detectors*

Resident is required to test both smoke detectors and carbon monoxide detectors on a regular basis and replace batteries. Resident is not to tamper with, or adjust or disconnect any smoke detectors or carbon monoxide detectors. Violation of this is a material breach of the Lease Agreement. Resident shall notify Owner of all repair needs promptly.

*Plumbing*

The commodes and other water and sewer apparatus and fixtures shall not be used for purposes other than those for which they are designed. Occasionally there may be a problem with stopped up sewer and plumbing lines. Do not allow objects such as diapers, toys, feminine hygiene products, etc., to be flushed down the toilet. Charges may be assessed for the removal of such objects. If a toilet overflows, first turn the water off at the valve below the flush tank. The maintenance dispatcher answering the Maintenance Service Request Line will classify the service call as an emergency, urgent or routine service order request. Keep a plunger on hand for use on simple toilet clogs.

*Light Bulbs*

Your home is supplied with light bulbs at time of move-in. After move-in, the maintenance technicians will replace specialty bulbs (appliance, etc.). The Resident must replace all other burned out light bulbs. Burned out CFL light bulbs must be replaced with equivalent CFL bulbs. Please report unlit bulbs over walkways, halls, or common areas to the Maintenance Service Request Line.

*Central Air*

Your home may be equipped with a central air-conditioning system. The thermostat should not be set excessively low as it may damage the HVAC unit. The thermostat is factory programmed to standard temperature settings. Should you decide to change the temperature, please allow a minimum of ten minutes for the temperature to adjust (choosing an extreme setting will not bypass this 10˚ minute adjustment). The temperature will remain at this setting until the next factory programmed temperature cycle. If at any time you find that your thermostat is malfunctioning or for more detailed operating instructions, please call the Service Request Line at 808-839-HELP (4357). Repairs to air-conditioning systems are not classified as EMERGENCY requirements. DO NOT turn off air conditioning for a period longer than two weeks.

*HVAC Filters*

Confidential

PLAINTIFFS_RH_0034352
PX-1014_0060

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

Air filter(s) will be new at move-in. Your filter is scheduled to be replaced twice yearly. The filter(s) in your home should be cleaned on a regular basis to insure proper performance of heating and air conditioning units. If you would like your filter changed prior to the scheduled filter change, filters are located at the Self Help Counter in the Hunt MH Property Managers, LLC warehouse Building 16 on Nimitz Road, the Pearl City Peninsula RSO office and the PMRF RSO office, or feel free to call the Service Request Line at 808-839-HELP (4357).

## 30.   MOVE- IN PROCESS

After Resident has selected their new home, the relocation office will assist with the completion of the Lease Agreement, any applicable addenda and documents for payment of Rent, as applicable. The Resident will be given all necessary telephone numbers for service calls, the RSO and the GM as well as contact information for local services, law enforcement and animal control.

The Resident and the RSM's Relocation Specialist will visit the Premises and together go over the Move-In/Move Out Inventory Report. Special features such as no-wax floors will be pointed out to the Resident at that time. Any inoperable appliances, light switches, etc., and any existing damage to the Premises will be noted on the Move-In/Move-Out Inventory Report. The Resident is to complete the Move-In/Move-Out Inventory Report and return to the RSO within five (5) days of Lease Agreement commencement or upon occupancy by Resident. Designated parking will be identified as will the proper storage of refuse and recycling bins.

Premises keys, mailbox keys (or instructions) and garage door openers will be issued at time of move-in.

## 31.   MOVE-OUT PROCESS

Resident must notify the RSO of the intent to move out as soon as possible, but in no event less than twenty-eight (28) days, unless otherwise provided for in the Lease Agreement. The RSO will provide an "Intent to Vacate" form, which, when timely submitted to the RSO, fulfills the Lease Agreement requirement to notify the Owner in writing.

Resident will be scheduled for a Pre-Move-Out Inspection appointment to review the condition of the Premises and prepare the Resident for the Final Move-Out Inspection. During this review, the Resident may discuss any concerns about the Pre-Move-Out Inspection, anticipated damage charges or other assessments (if any), the overall process, and any other issues of concern in preparation for the final Move-Out Inspection. Deficiencies identified in the Pre-Move-Out inspection and not remedied by Resident will be remedied by Owner and associated costs will be the responsibility of the Resident. Residents will be given written instructions on cleaning requirements for the Premises (See Exhibit A attached to this Community Handbook), noting any areas needing special attention.

Confidential

PLAINTIFFS_RH_0034353
PX-1014_0061

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

Any alterations made to the Premises must be restored to the original condition or remain in place if previously authorized in writing by the RSO. The Resident shall be required to pay for such damages not corrected. If the Resident moves out prior to paying for the damages, Property Manager will actively pursue payment through all appropriate means under federal, state and local laws.

It may be determined during the Pre-Move-Out Inspection that Residents who own or have owned animals may have to have their home professionally treated for fleas if the home has carpeting. If required, they must provide proof of treatment to include a 30-day warranty at final inspection. This proof can be a payment receipt or contractual agreement. If the home does not have carpet or only the stairway is carpeted, the use of foggers is acceptable. Residents with pets are also responsible to eradicate tick problems or any other infestation caused by the animal (s).

At the time of the actual move-out, the RSO and the Resident or a Resident appointed representative will again jointly assess the condition of the Premises, sign the Move-Out Inspection Report, and return all keys and other access devices to the RSO. The RSO will assist Resident in completing any paperwork associated with the Move-Out procedures.

## 32.    MOVE-OUT PROCESS FOR EARLY TERMINATION

The Lease of a service member Resident is automatically terminated upon departure as a result of permanent change of station orders to an off-island assignment or if the Resident loses eligibility for PPV housing. The Lease Agreement may also be terminated under certain conditions provided for in the Lease Agreement such as when the Resident receives temporary duty or deployment orders to an off-island location equal to or in excess of three (3) months' duration or when the Resident decides to purchase a home. In addition, a Resident that is a service member shall have the right to terminate the Lease Agreement as provided in the Service Members' Civil Relief Act, as shall Resident's dependents as provided in the Service Members' Civil Relief Act.

In order to terminate the Lease Agreement, Resident (or, in the case of death, an adult member of the immediate family or personal representative of the estate) shall provide Owner a written twenty-eight (28) day notice of intent to vacate (accompanied by appropriate forms/documents evidencing the circumstances giving rise to such right). The foregoing twenty-eight (28) day period may be reduced or waived by the General Manager or designee under special circumstances. If the notice requirement is waived or reduced, the terminating Resident(s) will not be assessed a penalty for early termination. However, Resident is still responsible to turn over the Premises in accordance with the terms of the Lease Agreement.

## 33.    NEIGHBOR RELATIONS

Resident is reminded that living in close proximity to other families poses certain challenges and opportunities to build life long relationships.

Following a few simple rules will help ensure a positive living environment for everyone.

Confidential

PLAINTIFFS_RH_0034354
PX-1014_0062

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

- Keep household noise to a minimum and follow guidelines on quiet hours (quiet hours are between 10:00 PM and 6:00 AM). Please remember neighbors often work different shifts.

- Keep the Premises, including the yard, clean and free of any unsightly refuse.

- Know where Occupants and Guests are at all times.

- Make neighbors aware of private gatherings, BBQ's or parties that may cause parking difficulties or noise.

- Difficulties with a neighbor must be settled peaceably. If all efforts meet with failure, file a complaint with the RSO. The RSO will investigate and attempt to gain resolution to the problem. The complaint, investigation performed, results, and action will be made a matter of record and placed in the file of the Resident filing the complaint and the Resident named in the complaint.

## 34.   NUISANCE (DISTURBANCES and NOISE)

Resident, Occupants, and Guests are expected to conduct themselves and their pets at all times in a manner that will not offend or disturb other Residents, Guests, RSO staff, or other visitors to the Neighborhood. Any activity causing extreme or excessive noise, excessive traffic, repetitive or excessive disturbance of any kind, or disturbing or threatening the rights, comfort, health, safety or convenience of others in or near the Neighborhood is a lawful cause for eviction. This includes, but is not limited to, behaving in a loud or obnoxious manner, excessive noises by pets, or destroying any part of the Premises or Neighborhood. These actions are considered a "Nuisance" and a serious violation of the Lease Agreement.

Owner has the right to bar individuals from the Premises. Resident must inform Guests of all Lease Agreement provisions regarding use of the Premises and other terms and conditions contained in this Community Handbook and/or the Addendums to the Lease Agreement. Resident's Guests that violate these provisions may be barred and/or arrested for criminal trespassing, after they have received a barred notice and placed on a barred list by Owner. If Resident or Occupant allows a known barred person onto the Premises, it will be considered a material breach of the Lease Agreement and may result in immediate eviction from the Premises

## 35.   OCCUPANCY LIMITS

Occupancy is limited to the Residents and Occupants identified on the Lease Agreement.

## 36.   PARKING REGULATIONS

Confidential

PLAINTIFFS_RH_0034355
PX-1014_0063

A carport/garage and/or designated parking spaces have been provided for most Premises. Residents who keep more than two (2) vehicles on the Premises may be required to remove the excess vehicles if conditions become too crowded and/or complaints are received.

Undesignated parking spaces may be utilized on a "first come-first serve" basis; however, cars must be moved on a regular basis and not parked in the same undesignated spaces habitually. Common courtesy to neighbors takes precedence. Owner reserves the right to issue parking stickers if necessary.

Resident will keep all vehicles in good operating order with valid and current inspection/safety sticker, if applicable, state tags and insurance.

Under no circumstances shall any vehicle be parked or driven on lawn areas or parked in front of mailboxes. Mail will not be delivered if the box is blocked.

Resident is responsible for keeping assigned parking area/carport or garage clean of oil and debris. Oil drippings shall be removed using absorbent materials (kitty litter or oil absorbents) and not washed into the drainage system, with or without detergent. Because vehicle fluid loss must be hazardous and damaging to the parking lot surface, vehicles experiencing fluid loss must be repaired or removed from the premises as soon as detected. Owner will contact the Resident for vehicle removal upon instances of fluid loss. Resident is responsible for any damage caused to asphalt or concrete surfaces resulting from their vehicle's fluid loss.

Resident shall not store vehicles for other people or grant permission to others to park in the Neighborhood.

Resident shall not park in driveways or carports of any other residence.

All motorcycles must be parked in a garage or use a kick plate. Motorcycles are not permitted on sidewalks, in landscaped areas or in the home.

Boats, trailers, recreational vehicles, and oversized vehicles are not permitted in the neighborhoods at any time unless RSO has granted written permission.

Guests who intend to stay longer than forty-eight (48) hours must register their vehicles with the RSO.

Residents, Occupants, Guests and invitees must adhere to posted speed limit signs and notices to vacate any parking areas for maintenance of facilities.

Owner shall not be responsible for any theft or damage to vehicles parked in the Neighborhood.

Vehicles found in "No Parking" areas, red zones, blocking access, without current registration, inoperable, stationary for extended periods of time, or in Handicapped spaces (without a permit) will be towed at the vehicle owner's expense and risk. Residential garages must be used for vehicle parking.

Confidential

PLAINTIFFS_RH_0034356
PX-1014_0064

## 37.   PERSONALLY - OWNED PLAY EQUIPMENT and NEIGHBORHOOD PLAYGROUNDS

Personally owned play equipment is discouraged. Personally owned play equipment shall be kept in good working order, and will not be secured to the ground using concrete anchors. Play equipment should be limited to toddler plastic swing sets and sliding boards

Playgrounds are provided throughout the Neighborhood for Resident, Occupant and Guest use and enjoyment. Although the playgrounds and common areas are cleaned and mowed on a schedule by the maintenance technicians, Resident is responsible to police the area and supervise children such that the area is clean when the Resident, Occupant and/or Guest leave. No children under ten (10) years of age are allowed in the playgrounds without the Resident or other adult supervision.

## 38.   PERSONAL PROPERTY INSURANCE

The Owner has obtained renters insurance, providing baseline coverage in the amount of $35,000 for the loss of personal property. The insurance provides replacement costs coverage ($250.00 deductible, replacement costs coverage, and limited coverage for high value items such as jewelry, silverware, antiques, etc.). Resident acknowledges being advised to obtain liability insurance and additional personal property insurance at Resident's expense if the anticipated loss of Resident's personal property is expected to exceed this amount.

Residents will be provided with the Renter's Insurance Certificate, Policy and Claims Instruction upon move-in.

Waterbeds and aquariums in excess of thirty-five (35) gallons are not permitted without providing Owner with acceptable liability insurance.

## 39.   PEST CONTROL

Routine control of normal household pests, along with keeping all pets free of fleas and ticks, is a Resident responsibility. The use of non-residual insecticides labeled for safe application by the general public, such as household spray insecticides, is expected of the Resident. Resident should contact the Maintenance Service Request Line for assistance for infestations of pests that are beyond Resident capabilities and require professional control measures.

As a general rule, poor housekeeping is the main factor in cockroach infestation. Roaches and mice thrive on leftover food placed on sinks, counters, in cupboards, on unwashed dishes, and on food left out for pets. Roaches may also feed on paper and glue products, including shelf paper. Some things the Resident can do to control roaches, mice and other household pests are:

- Deposit garbage in trash cans in plastic bags.

- Wipe up spilled foods or drinks immediately.

26

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

- Do not keep empty soft drink cans or bottles under the sink, and rinse them well before placing in recycling bins.

- Keep soiled clothing in a clothes hamper or other container. Wash clothes frequently enough that clothing does not pile up all over the floor.

- Store leftover food in airtight containers.

In the event the Premises require extermination, call the Service Request Line at 808-839-HELP (4357). Please prepare for extermination services as follows:

- Remove all items from under kitchen and bathroom sinks.

- Pick up toys or other objects that may interfere with application.

- All persons and pets should vacate the premises during treatment and should not re-enter the home until treated floors, carpets and rugs are thoroughly dry. Under normal conditions, this may take 1 - 3 hours (4 hours are recommended).

- Remove pet birds from the house, or if the bird(s) cannot be removed, place in a ventilated room that will not be serviced.

- Turn off aquarium air pumps and cover tanks and pumps with plastic wrap. Pumps can be restarted about 3 hours after treatment.

After service, it is common to see an increased amount of insect activity as the specially formulated applications disrupt nesting and hiding sites.

## 40.    PET POLICIES

Birds, fish, and guinea pigs will be permitted in all Neighborhoods. Exotic animals, such as reptiles, rodents (other than the hamsters and guinea pigs), ferrets, hedgehogs, skunks, rats, raccoons, rabbits, pot-bellied pigs, monkeys, arachnids, or any farm animals are prohibited in all Neighborhoods. Pit Bulls, Rottweilers, and dogs that have any of their breed lineages including dogs referred to as American Pit Bull Terrier, American Staffordshire Terrier, Bull Terrier, Staffordshire Bull Terrier, and Staffordshire Terrier will not be permitted in the Premises nor Neighborhood. Animals prohibited in the Hawaii and/or Federal laws are not permitted. Pets are permitted subject to registration, completion of a Pet Addendum, and an annual update.

Animals that assist the Residents or Occupants with special needs are excluded from the pet policy. Residents shall certify and Owner will verify the following:

- The Resident or Occupant has special needs

- The animal has been specifically trained to assist persons with that specific need

27

PLAINTIFFS_RH_0034358
PX-1014_0066

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

- The animal actually assists the Resident or Occupant with the special need

However, the keeping of cats and dogs is a conditional privilege extended to the Resident exhibiting responsible behavior and in control of the cat and/or dog. Resident is financially and legally responsible for all pets. Resident must comply with state and local laws governing pet ownership, including laws regarding licensing and vaccinations. The local municipality is responsible for enforcing animal control ordinances in Neighborhoods outside a military installation. Military Police are responsible for enforcing animal control ordinances in Neighborhoods located on a military installation.

All dogs four months of age or older must be licensed and wear a collar with the city and county dog tag attached. Licenses must be renewed on or before expiration date of current tags. Applications for the license may be obtained from the Humane Society or any Satellite City Hall. Please contact the RSO to obtain the location and telephone number. All cats are required to have an identification tag on their collar. Dogs and cats must wear tags with owner identification and house number. Free ID tags are available at the Humane Society.

The pet(s) must have current inoculations and Resident shall submit records of inoculation upon Owner's request. Rabies immunizations are required for dogs and cats and must be documented with tags on the pet's collar.

The limit is two dogs or cats per Premises, (i.e. 2 dogs or 2 cats or 1 dog and 1 cat). A reasonable number (as determined by RSO) of other pets may be kept. The determination of reasonableness of the number of birds, fish, and cold-blooded animals authorized is at the sole discretion of the Resident Services Manager, whose decision will be final. Pets registered with the RSO may be cared for in the homes of others in the Neighborhood, provided the visiting pet does not cause the two-pet per Premises limit to be exceeded for more than 48 hours without Owner approval.

Doghouses are allowed, once approved by Owner, but Resident must remove doghouse at move-out and repair any damages to the lawn prior to move-out.

Pet owners, while not required, are encouraged to consider obtaining liability insurance, as the pet owner will be liable for damages and/or injuries caused by a pet.

Resident's liability includes, but is not limited to, property damages, cleaning, deodorization, flea or other pest extermination costs, carpet or other flooring replacement, and/or personal injuries. Resident will be liable for the entire amount of any injury to the person or property of others caused by such pet(s).

All approved animals except dogs and cats must be kept in cages or tanks at all times. Dogs must be confined to the Premises or restrained by a leash or fence in the back yard of the Premises (see Tying of Pets). Restraint shall include leashing or chaining the animal to a stationary object to preclude the animal from running free or interfering with the normal flow of pedestrians and traffic.

All dogs must be on a leash upon leaving the house and while on Neighborhood grounds. Both dogs and cats must be appropriately and effectively restrained and under

Confidential

PLAINTIFFS_RH_0034359
PX-1014_0067

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

the control of an individual while on the Premises and in the Neighborhood. No pets are permitted in the Community Center rooms or offices.

If a Resident is unable to care for the pet and abuse or neglect of the pet occurs, Owner will first contact the designated point of contact. In the event the point of contact person is not of assistance, Owner will report the incident to a local animal shelter or appropriate authority for action.

On the occasion of a loose or unattended pet, Owner will contact the Resident pet owner. The Resident must immediately come and get the animal. Owner will contact the military police if on a military installation, or the local animal shelter or other appropriate authority if not on a military installation, to pick up the animal if it remains loose.

Where a "doggie walk" has been designated, dogs are to be walked in that particular area of the Neighborhood. If the dog deposits waste, the Resident must pick up and remove it from the property immediately.

Disposal of pet waste droppings are to be handled as follows:

Cats: Cat must have a litter box. Litter should be cleaned daily and changed and removed twice weekly. The litter must be wrapped and sealed before being disposed of in the trash.

Dogs: Dog owners are not permitted to leave pet waste droppings anywhere in the Neighborhood. Dog owners must carry a disposal bag and clean up after their animal. The picked up droppings must be wrapped and sealed before being disposed of in the trash.

Other Pets: Droppings and cage litter must be frequently and regularly disposed of in wrapped and sealed bags. These bags are then disposed of in the trash.

ADDITIONAL PET OWNER TERMS AND CONDITIONS:

Tying of Pets: Pets may not be tied to common area trees, porches or any common area in the Neighborhood.

Noise and Odors: Pet owners are responsible to control pet noise and odor.

Pet Food: Food for pets cannot be left in the feeding dish on the floor, counter or anywhere in the Premises for an unreasonable period of time

Breeding: Residents may not breed animals on the Premises.

Inspections: Owner will have the right to inspect the Premises, upon notice to the Resident, if written complaints have been received or upon demand (after a 24-hour notice) if Owner has reason to believe the pet is a threat to the health and safety of other Residents or the Neighborhood.

Confidential

PLAINTIFFS_RH_0034360
PX-1014_0068

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

Pet Removal: Owner and their Agent have the right to enter a Premise and remove a pet that has become vicious or is a threat to other Residents if the Resident refused to remove the pet or cannot be contacted.

Absence of Owner under Emergency Situations:    Resident will contact the identified emergency contact or those parties identified to assist with a pet in the case of an emergency. In the event that the emergency contact cannot be contacted or does not respond within 24 hours, Owner will report the situation to the Animal Protective Shelter, local dog catcher or other appropriate authority. Such circumstances shall be deemed an emergency for the purpose of Owner's right to enter the Resident's premises with such Agent to allow the authority to remove the animal from the Premises. The cost of the care facility will be borne by the Resident.

Owner Intervention: Owner exercises the right to act immediately if a Resident fails to properly care for said pet and the pet is an aggressive animal, sick, injured, or deceased. Owner will contact the Resident's designated point of contact upon determination of inadequate Resident response to such problems. If the designated point of contact is of no assistance, Owner will contact the Animal Protective Shelter or other appropriate authority to remove the pet at the pet owner's expense.

Owner Liability: Owner and/or its Agent are absolved by the Resident or designated point of contact of any or all liability, financial or otherwise, for actions taken on behalf of the Resident pet owner or the well-being of the pet as may be permitted by state or local law.

Dog Parks are located in several communities and open to all Residents.  Residents are required to follow all posted Dog Park rules and regulations.   Resident is solely responsible for the behavior and actions of their pet(s) at the Dog Park.

Failure to comply with the Pet Policy contained in the Community Handbook and the Pet Addendum may result in the removal of the cat(s) or dog(s) from the Premises and/or eviction of the Resident from the Premises. Any Resident who has been required to remove a cat or dog due to violations of the Pet Policy or the Pet Addendum will not be permitted to have any cats or dogs on the Premises.


## 41.    REFUSE COLLECTION AND RECYCLING

*Refuse*

The Owner provides refuse collection in all Neighborhoods at no additional cost to the Resident. The following policies are to be followed:

- Resident will be issued trash/refuse bin(s) during Move-In.
- Resident is responsible for the refuse bin(s) and will be charged for replacement if damaged, lost or stolen.
- Resident will be responsible for regular cleaning of the bin(s).

Confidential

PLAINTIFFS_RH_0034361
PX-1014_0069

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

- Refuse bins must be at the curb before 7:00 a.m. on the scheduled pick-up days, unless otherwise instructed by the RSO. If desired, Resident may place the refuse bins at curbside after 6:00 PM the day preceding the collection day.
- The bins must be returned to proper storage by 8:00 PM on the day of collection.
- Plastic liners and covered trash bins minimize odor and pest control problems.
- Toys and bicycles left within close proximity of the refuse bin may be accidentally picked up.
- Large, bulky items such as mattresses, furniture, and appliances will not be picked up with regular trash pickup. Bulk pickup will be available in all Neighborhoods. Contact the RSO for schedule.
- Recyclable paper bags are to be used for grass clippings. Do not exceed the "test" strength of the bag.
- Car batteries must be disposed of through a local battery recycler. The disposal of automotive fluids (e.g., oil, grease, brake fluid, radiator coolant, hydraulic fluid, etc.) or any other toxic or hazardous substances onto the ground or into the storm water drainage system or sewage collection system is strictly prohibited. Propane tanks must not be disposed of in trash receptacles or in any dumpster. Please contact the RSO if you have questions on correct disposal procedures.

*Recycling*

Recycling is strongly encouraged and is provided by the City and County of Honolulu in Neighborhoods outside military installations and via contracted refuse service for on-base Neighborhoods Residents may also dispose of recyclable materials at recycling centers operated by the City and County of Honolulu.

## 42.    RELOCATION PROCESS

Relocation due to construction or for maintenance reasons may be necessary during a Resident's occupancy in the Neighborhood.

- **Construction and Planned Renovations**. The Neighborhood in which Premises is located may be undergoing an extensive rehabilitation process, which may involve demolition of existing homes and common areas and construction of new homes and common areas, as well as renovation of existing homes. Construction is ongoing and Owner makes no warranty regarding the date of completion of such construction and renovations.

- **Absence of Amenities, Neighborhood Services/Facilities**. Information provided to the Resident regarding the property and the Neighborhood may refer to amenities, Neighborhood services/facilities that may be affected by the rehabilitation. Resident is aware that certain amenities are being demolished and/or constructed and may not be accessible to Resident until conclusion of their construction, or not at all. Such amenities include but are not limited to parking lots, driveways, landscaping, playgrounds, tot lots and guest parking. Owner makes no representations or warranties regarding the availability of any amenities to Resident.

31

PLAINTIFFS_RH_0034362
PX-1014_0070

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

- **Construction Noise and Inconvenience.** There may be times when construction specified in the above, will cause utility interruptions, construction debris and noise including safety feature testing (such as fire or burglar alarms). The inconvenience associated with the construction shall not entitle Resident to any offset to Rent obligations, or form the basis for a complaint against Owner, its Agents, employees or assigns for Rent relief, or any other claim, right, or remedy against Owner, including constructive eviction.

- **Maintenance Relocation.** There may be situations where the Owner may require Resident to vacate the Premises because of a condition or location found to be dangerous for further occupancy or to make unusual or extensive repairs. Owner will provide appropriate substitute Premises for the Resident. Resident may be required to return to the original Premises after the above situation or conditions have been rectified. The Resident will also be required to execute a Relocation Rider.

- **Lease Agreement Termination.** During the term of the Lease Agreement, Owner may terminate the Lease Agreement upon giving forty-five (45) days written notice to Resident to vacate (hereafter referred to as "Construction Termination" or Maintenance Termination"). Construction Termination or Maintenance Termination shall be at the sole option and discretion of the Owner; Resident shall not have the right to give a Construction Termination or Maintenance Termination notice to vacate. After the initial term of the Lease Agreement has expired, the Owner may terminate the Lease Agreement upon the service of a forty-five (45) day notice or any other notice allowed by law.

- **Assistance Provide to Resident Upon Termination**. If the Lease Agreement is terminated due solely to "Construction Termination", or "Maintenance Termination", Owner will provide Resident with (A) personal property moving assistance and (B) relocation assistance, as set forth below.

  - **Personal Property Moving Assistance.** If the Lease Agreement is terminated due to "Construction Termination" or Maintenance Termination", the Owner will move the Resident's personal property in accordance with Construction-Maintenance Termination Moving Rules and Guidelines then in effect. The Construction-Maintenance Termination Moving Rules and Guidelines may be amended from time to time at Owner's sole discretion. Resident may obtain copies of the current Construction-Maintenance Termination Moving Rules and Guidelines at the RSO upon request. Owner reserves the right to deny personal property moving assistance or relocation assistance to Residents who fail to comply with the Construction-Maintenance Termination Moving Rules and Guidelines then in effect.

  - Resident is aware that a moving company, when applicable, is handling the physical move of personal property. Owner's responsibilities with respect to the personal property moving assistance shall be limited to paying the moving company for its services. Resident releases and discharges Owner and its agents, employees and assigns from all debts,

32

PLAINTIFFS_RH_0034363
PX-1014_0071

liens, claims, rights, demands, actions, causes of action, known or
unknown, by reason of any losses, damages or injuries whatsoever
sustained by Resident arising from the personal property moving
assistance.

- **Relocation Assistance**. Owner will assist the Resident's relocation for
  terminations due to "Construction Termination", or Maintenance Termination", by:

  - o Providing Resident with reasonable information about replacement
    housing available to Resident within one (1) commuting hour of the
    Premises location:

  - o When Resident delivers to Owner a copy of an executed lease
    Agreement for replacement housing (on terms mutually agreed upon
    between Resident and the Owner if the replacement property is in
    another Neighborhood owned by the Owner), the Resident will be
    provided a relocation allowance by the Owner which is intended to offset
    certain costs associated with relocation.

- **Damages Caused by Relocation Delay**. The Owner will have extremely tight
  construction deadlines to meet, and any delay by Resident in relocating could
  cause significant damage to owner for which Resident may be liable. Failure by
  the Resident to comply with their responsibilities to move as provided in the
  Construction Termination or Maintenance Termination notice will entitle the
  Owner, in addition to the daily rental value of the Premises, at its option, to
  impose either liquidated damages of fifty dollars ($50) per day or to seek other
  recoverable costs. Resident should be aware that actual damages could be
  extremely costly.

If you have questions, please contact the RSO.

## 43.    *RESIDENT INQUIRIES AND CONCERNS*

The Owner's goal is to provide affordable and well-maintained Premises for an
exceptional quality of life for all Residents. Resident inquiries or concerns that have not
been addressed in the manner that is satisfactory have several alternative avenues for
resolution.

First, make sure the inquiry or concern has been clearly stated and delivered to the
RSO. The RSO will respond in a timely manner to the inquiry or concern in accordance
with the terms of the Lease Agreement, the Community Handbook and any Addenda
executed by the Resident. In the event the RSO has not responded in a manner
consistent with the Resident inquiry or concern, the Resident should complete a pre-
paid postage Instant Feedback Form and mail to the address listed. The Instant
Feedback form is another source for the Resident to receive a response to an inquiry
or concern not adequately addressed by the RSO or the General Manager. Instant
Feedback forms will be available at all RSOs.

33

PLAINTIFFS_RH_0034364
PX-1014_0072

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

## 44.    *SAFETY*

"Emergency numbers are provided on page 1. A Resident Safety Pamphlet is included as Exhibit C to this Community Handbook."

Safety on the Premises and in the Neighborhood is the responsibility of each Resident, Occupant and Guest. Below are a few policies and guidelines to be followed to help assure a safe environment for all:

*Bicycle/Skating/Skateboard*

Bicycle helmets are required in all Neighborhoods for all cyclists, including children in safety seats, regardless of age. Helmets and other protective gear are required for skaters and skateboarders.

*Children's Safety*

Resident is responsible for the safety, care and actions of Resident's own children and children in Resident's care. Please instruct children not to play in the streets, alleys or parking lots.

*Disaster*

Residents should familiarize themselves with the area local shelters and evacuation routes and plans. Should severe weather conditions ever arise, please listen to local radio or television stations for shelter designations and instructions set forth by Civil Defense and your local law enforcement agency.

The Federal Emergency Management Agency recommends that each family have an emergency kit readily available for transport in case of severe weather, hurricane, earthquake or other emergency. A Disaster Supply Kit list is attached as Exhibit B to this Community Handbook

*Fire Protection*

The Resident is responsible for ensuring their Premises compliance with all applicable fire and life safety standards. For further information regarding questions on fire prevention, please contact the local Fire Department.

Suggested tips in case of fire in your home:

1. DO NOT PANIC! KEEP CALM.

2. DO NOT TRY TO PUT THE FIRE OUT BY YOURSELF.

3. LEAVE THE ROOM WHERE THE FIRE HAS STARTED AND CLOSE THE DOOR.

34

PLAINTIFFS_RH_0034365
PX-1014_0073

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

4. HAVE ALL THE OCCUPANTS VACATE THE HOME

5. CALL 911 FROM YOUR NEIGHBOR'S HOME IMMEDIATELY

6. AFTER YOU HAVE LEFT YOUR HOME, DO NOT RETURN UNTIL THE FIRE HAS BEEN PUT OUT AND APPROVAL HAS BEEN GIVEN BY THE FIRE DEPARTMENT.

*Alternate Plan:*

If you cannot leave your home:

1. If door is hot, or smoke is seeping in, cover cracks and vents around door preferably with wet towels or other natural (non-synthetic) items.

2. Go to a room with an outside window; close all doors between you and smoke or fire.

3. Open window for air and hang sheet or blanket out to signal for help.

*Fire Prevention*

Following are suggested tips for fire prevention:

1. Locate all possible exits from a room and/or floor and discuss escape routes with family members. Select a meeting place for all family members once they are clear of the home. Hold a fire drill for your home to practice the family escape plan.

2. The telephone number of the fire department and all emergency services should be readily available by your phone. In the event of an emergency, call 911.

3. If you are aware of a Resident who is an invalid or is confined to a bed, please contact emergency services if you suspect there is a fire.

4. Do not smoke carelessly.

5. Do not put food on the stove to cook and go to sleep or leave your home.

6. Do not overload your electrical outlets. If any appliance or TV starts smoking, pull out the plug and call the Fire Department.

7. When you leave your home for any length of time, make sure that the stove, TV or any other electrical appliance is turned off.

8. Do not try to remove a burning pan of grease or food from the stove. First, turn off the burner beneath the pan. Then smother the fire by using a cover or baking soda. Wait for the pan to cool before removing. It would be helpful to keep a large box of baking soda open and near your stove.

35

PLAINTIFFS_RH_0034366
PX-1014_0074

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

9.  Cover unused outlets with outlet covers so that children cannot place items into them.

10. Do not leave electrical cords where children can reach them or use extension cords as a permanent connection. Electrical and extension cords should not be run under carpets, tacked to the wall or run between doorways or through door holes in the walls.

11. Dryer lint traps should be cleaned before each use of the dryer.

*Fireplaces*

Resident is responsible for the safe operation of interior gas fireplaces. The Relocation Specialist will instruct the Resident on the safe and proper use of the fireplace at Move-In. Contact the RSO if not comfortable with the operation of the fireplace. Resident is responsible for the safe operation of owner purchased exterior fire pits, patio heaters, fire "fountains", and similar devices.

*Garage Doors*

Garage door springs, cables, brackets and other hardware attached to the springs are under very high tension and if handled improperly, can cause serious injury. We recommend that you report all malfunctions to the RSO so qualified professionals can make the necessary repairs/adjustments. A few simple precautions can protect family and friends from potential harm. Please take a minute to read the following safety tips:

- Do not stand or walk under a moving door.
- Do not let children play with or use the transmitters or remote controls.
- Teach children about garage door and opener safety; explain the danger of being trapped under the door.
- When using the pushbutton or transmitter, keep the door in sight until it completely stops moving.
- Teach children to keep their hands and fingers clear of section joints, hinges, tracks, springs and other door parts.

Should the power fail, you will not be able to open or close the door using the pushbutton or wireless transmitter (if equipped). Instead, you will have to pull the *Emergency Release Latch* to allow the door to be manually lifted or lowered. It is recommended that the latch be pulled when the door is closed. Use caution when using this release with the door open. Weak or broken springs may cause the door to fall rapidly causing severe injury or death.

If the wireless transmitter (if equipped) needs service, please drop it off at the RSO. A service technician will repair and/or replace the transmitter within 24 hours.

*Hazardous Materials/Waste*

Confidential                                                                                   PLAINTIFFS_RH_0034367
PX-1014_0075

It is critical that hazardous materials not be included in trash or recycling. Contact the RSO for information on suitable locations to store or dispose of household hazardous waste. Common hazardous household products include, but are not limited to:

- Paint/thinner
- Turpentine and other spirits
- Glue
- Gasoline and other petroleum products
- Batteries
- Pesticides, herbicides, fertilizers, soil additives
- Common household chemicals, including bleach
- Fluorescent light bulbs

*Personal Safety Reminders*

- Take responsibility for personal safety. Know your local emergency phone numbers. Dial 911 in the event of an emergency.
- Verify the identity of anyone at your front door desiring entry. If the person claims to be an employee of the RSO and you do not recognize them, call the RSO for verification.
- Always use the main Neighborhood entrance when entering late at night.
- Be observant and always be aware of your surroundings and the people in the area.
- Do NOT display house keys in public or leave them in the mail area, at the pool, or places where they can easily be stolen.
- Do NOT affix identifying tags with your address on your key chain.
- Keep a complete list of the serial and identification numbers of all appliances, computers, television, VCR, stereo, etc. This will greatly aid in recovering stolen goods.
- DO NOT confront suspicious persons loitering around the property, but report them immediately to the proper authorities and the RSO.
- Vehicles should remain locked at all times with items stored out of sight.
- Doors and windows should be locked at all times. Please contact the RSO immediately if any locks are inoperable.
- Registered Sex Offenders Notice: Chapter 846E, Hawaii Revised Statutes, mandates that the Hawaii Criminal Justice Data Center maintain a central repository of covered offenders in the State of Hawaii accessible on the Internet at http://sexoffenders.hawaii.gov, identifying persons who have been convicted of certain sex offenses and/or crimes against children must register as a Sex Offender.

*Smoke and Carbon Monoxide Detectors*

Smoke and carbon monoxide detectors have been provided to comply with local safety ordinances, and should not be deactivated or removed. Resident is responsible for checking and maintaining all smoke and carbon monoxide detectors, and must immediately notify RSO, of any problem, malfunction or damage to the detectors. Replacement of batteries is the Resident's responsibility. Any questions about operation

37

PLAINTIFFS_RH_0034368
PX-1014_0076

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

or performance can be directed to the RSO. RSO recommends checking the monitors monthly. Disconnection and/or disabling a smoke detector is a violation of the local and State ordinances and will be cause for eviction.

*Welding*

Welding is prohibited at the Premises and in the Neighborhood at all times.

*Window Safety*

Children often climb on furniture and push against windows and/or screens, tumble out and suffer severe injuries or even death. To avoid such hazards, beds, tables, chairs and other furniture should not be placed in close proximity to windows.

Lock all windows.

Do not leave young children unsupervised in rooms with open windows.

## 45.   SIGNS

Yard sale, patio sale or any other sign or banner advertising an event can only be posted on authorized bulletin boards or areas specifically designated by the RSO. Signs are not to be attached to utility poles, mailboxes, signposts, trees, etc.

## 46.   SOLICITATIONS

Door-to-door sales, surveys, and/or solicitations of any sort are not permitted. Likewise, commercial advertising or flyers of any kind may not be posted or distributed. It is a Federal offense to attach anything to mail boxes.

## 47.   TELEPHONE LINE MAINTENANCE

Information concerning telephone service in the Neighborhood will be provided during Move-In. Resident is responsible for all costs incurred with the exception of maintenance to the telephone line supplied by the Owner. If the problem is with the telephone, and not the telephone line, the Resident will be responsible for all charges.

Additional phone outlets and/or lines are allowed at Resident expense. Resident is limited to one (1) additional hookup installed per room with prior written approval. Resident will not be responsible for the removal of the additional hook-ups or subject to an additional charge at Move-Out as long as prior approval was obtained from the RSO. Request forms are available from the RSO.

38

PLAINTIFFS_RH_0034369
PX-1014_0077

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

## 48.    TEMPORARY ABSENCE FROM PREMISES

Contact the RSO prior to leaving the Premises vacant for more than fourteen (14) days. The Resident must leave an emergency contact number at the RSO. It may be necessary to contact the Resident in the event of an emergency or if an unexpected issue arises. In addition, please take the following actions prior to leaving the Premises:

- DO NOT turn off air conditioning for a period longer than two weeks.
- Lock all doors and windows.
- Lower, but do not completely close blinds, shades or curtains.
- Place timers on a few lights or a small radio.
- Stop deliveries of newspapers, mail, and other routine deliveries.
- Arrange for any items in the yard to be moved or removed for lawn care services to mow the lawn.
- Make arrangements to have any fenced areas mowed. Resident is responsible for the cost of any required yard maintenance in the fenced area that must be completed by the RSO.
- If absent for longer than 30 days, make arrangements to ensure timely Rent payments.

## 49.    TRAMPOLINES

Trampolines are not permitted on Resident's Premises unless previous approval from RSO was obtained. Use is at Residents' risk.

## 50.    VEHICLES

Repair of automobiles, parking, and the storage of recreational vehicles are a few of the topics that must be addressed in order to maintain a desirable Residential family environment. Following are rules and regulations for the Neighborhood:

*Automotive Maintenance and Policies*

- All vehicles must: (1) be operable and road-worthy, (2) display current tags, (3) display a current inspection sticker (if applicable in their State of registration), and (4) have current insurance as required by the State where the vehicle is registered.

- Commercial vehicles may not be kept in the Neighborhood or Premises unless they are of a size/type to fit completely in the Premises garage with the door closed. Resident may not park commercial vehicles in the street or driveway except when actively loading or unloading the vehicle.

- Due to environmental and safety concerns, automobile/vehicle maintenance shall not be performed by Resident, Occupant or Guest anywhere in the Neighborhood or Premises including garages, carports, parking spaces, or street. Additionally, vehicles may not be on jacks, jack stands, or ramps *at any time*.
  Prohibited maintenance includes, but is not limited to:

Confidential

PLAINTIFFS_RH_0034370
PX-1014_0078

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

> ⇒ Repairs such as transmission repairs, engine overhauls, and bodywork (sanding and painting).
> ⇒ Engine cleaning.
> ⇒ Oil changing

- Vehicles shall not be in an inoperative status in excess of 72 hours. All inoperable vehicles must be removed from the Neighborhood and Premises. Resident may request exceptions to this policy on a short-term basis through their RSO.

*Garages/Carports/Sheds*

Garages are intended for parking vehicles, to provide auxiliary storage of personal effects, and storing recycle and refuse bins.

The following policies apply to the use of the garage/carport:

- Storage of flammable liquid, such as gasoline, is restricted to 1 gallon and should be stored in a secure area.

- Garages shall not be used for living spaces, and shall not be altered or modified for such use.

- Pets shall not be kept in garages or sheds.

- Do not block or barricade garage doors.

- Do not store items near or block water heaters located in garages.

- The Resident, Occupant or Guest may not alter electrical wiring in garage or shed spaces or any other area of the home.

- A garage or carport is considered a "designated parking space". No additional parking will be allocated for vehicles displaced by storage of personal goods.

*Recreational Vehicles and Other Vehicles*

Recreational vehicles, utility trailers, boats, campers, ATV's, and jet skis must be parked in authorized designated areas, and are prohibited in the Neighborhood unless the item fits into the garage with the garage door completely closed. The only exception to this rule is when the vehicle is being made ready for use or storage. This approved exception period may not exceed 48 hours. Proper storage of recreational vehicle or other vehicles in a garage will not justify improper parking of vehicles.

The following rules apply:

- Automotive maintenance polices apply to RVs, boats, campers, ATV's, and jet skis; therefore, oil changes, engine repair and bodywork are not allowed.

- Interior repairs of such vehicles shall not be made in the Neighborhood without prior approval from the RSO.

40

PLAINTIFFS_RH_0034371
PX-1014_0079

- RVs must not be plugged into any Neighborhood or Premises utilities.

- Flammables, such as paints, thinners, and gasoline may not be stored in vehicles.

- Guests' RVs may not be parked in the Neighborhood.

- A RV may be parked in the garage if it fits completely within the garage, the door is kept closed, and there is adequate parking remaining available for vehicles without impacting other Residents of the Neighborhood. RV's may NOT be parked in carports or driveways.

Contact your RSO for appropriate storage locations. Violation of these RV and other vehicle policies shall result in the removal of the RV or other vehicle from the Neighborhood at the Resident's expense.

### 51.    WADING POOLS/ HOT TUBS

Use of small wading pools, not exceeding (24) inches in height, is authorized under the following guidelines:

- The water must not exceed 24 inches in depth, and will be emptied on a daily basis.
- Wading pools are to be constantly monitored by an adult during use, and must not be left unattended while holding water.
- Pools are to be emptied and turned over when not in use and properly stored.
- Grounds damaged by the pools must be restored.
- Wading pools must be kept in backyard areas.
- Residents are responsible for supervision of any person using the pool and liable for all injuries resulting from the pool, whether the Resident is present or not at the time of injury.

Installed or portable hot tubs are not permitted. Medical exceptions will be reviewed on a case-by-case basis.

### 52.    WASTE

All Residents, Occupants and Guests are forbidden from creating any Waste (unacceptable care of or damage to the Premises or Neighborhood). Resident is responsible for the cost of repairing Waste.

### 53.    WATERBEDS

Waterbeds are allowed, but the Resident must provide acceptable liability insurance policy. Resident is responsible for all damages caused by the waterbed. Resident is advised that renter's insurance provided to Resident does not cover waterbeds.

41

PLAINTIFFS_RH_0034372
PX-1014_0080

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

### 54. WEBSITES

Owner's Neighborhood website is located at www.fcnavyhawaii.com. Residents will be able to use this website to inquire about and access information regarding upcoming events and activities in their Neighborhood.

### 55. WILDLIFE/BIRD FEEDING

**To prevent the local wildlife in the Neighborhood from becoming a pest, or danger, the following rules and regulations must be followed:**

- Resident shall not feed feral animals or wildlife other than birds. Do not put food scraps outside or throw food scraps into the woods.

- Trash bins must be properly stored with lids securely closed.

- Birdfeeders are not to be hung over patios or from balconies interfering with other Residents. Any birdseed remaining on the ground must be cleaned up daily.

### 56. YARD AND GARAGE SALES

All yard and garage sales will be limited to Friday, Saturday and Sunday only. Items are not allowed to be left outside the Premises overnight. Signs may be posted only on Neighborhood bulletin boards or small stick-in-ground signs in the Premises yard. Signs may be posted no sooner than the day before the sale and must be removed by the end of the day of the sale. **Do not place signs on road signs, telephone poles, mailboxes, trees, etc.**

### 57. YARDS –PROHIBITED ITEMS

Dog runs and storage sheds are prohibited unless provided by the Owner.

Patios, balconies, and front yards must be neat and clean at all times. Bicycles, motorcycles, boxes and/or equipment may not be stored on patios or balconies. Towels and laundry may not be hung within patios, balconies, or from balcony railings. Furniture, other than acceptable lawn furniture, shall not be kept on balconies, or patios. Carpeting is prohibited. Exterior window sills must be kept clear at all times.

Toys and bicycles are not to be left on the lawn areas or in common areas, but should be stored in the Resident's garage or carport. Toys or bicycles should not be left in a Resident's lawn when not in use.

Tree houses and tree swings are not permitted on Resident's property, in common areas or in any tree on Neighborhood grounds.

Confidential

PLAINTIFFS_RH_0034373
PX-1014_0081

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

Outdoor grills are permitted only outside the home no closer than ten (10) feet to the house or fence. Barbeque grills should not be left unattended when in use or while still hot. Cooking food in the front yard or on covered balconies, and/or patios using hibachis, grills, etc. is prohibited.

Burning of rubbish or bonfires is not permitted.

Confidential

PLAINTIFFS_RH_0034374
PX-1014_0082

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

## EXHIBIT A
## CLEANING REQUIREMENTS FOR MOVE-OUT

### GENERAL

- Completely remove all personal items from the home, storage area(s) and garage.
- Clean front, side, and back yards from all rubbish, garbage, animal feces, etc., and remove all personal items.
- Any items requiring disposal or recycling must be removed from the Premises in an appropriate, proper, and approved manner.
- Any equipment or feature delivered as part of the Premises, (including appliances, appliance parts, fixtures, hardware, etc.), must be returned intact and in proper working order.
- Original wall color is not altered or changed unless previous written approval was obtained from the Owner.
- Remove all graffiti, markings, and stickers from ceilings, walls and window sills.
- All windows must be closed and locked with window covering left in the 'closed' position.

### KITCHEN

- All kitchen surfaces – Remove all grease build-up and wipe down.
- All appliances – Remove all grease and food particles from exposed fixtures, wipe down inside and out.
- All floors - Sweep and wet mop all floors.

### BATH

- All bathroom fixtures and surfaces- remove all excessive soap scum, mold, mildew and other dirt build-up.
- Shower curtain - Remove.

### BEDROOM/LIVING ROOM/DINING ROOM

- All floors - Sweep or vacuum as appropriate to the surface.
- All closets -Sweep and/or vacuum.

### GARAGE/CARPORT/SHED/EXTERIOR

- Floors - Free of grease, oil and paint.
- Clean trash containers and recycle bins.
- Clean exterior doorways, porches and patios.

Confidential

PLAINTIFFS_RH_0034375
PX-1014_0083

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

## FENCED YARD

- Mow, trim and edge grassy areas.
- Remove weeds; patch bare spots.
- Police grounds, rake leaves, trim bushes.

Confidential

PLAINTIFFS_RH_0034376
PX-1014_0084

## CLEANING CHECK-LIST

Floors/Rugs/Carpet:
- ☐ Sweep and mop all vinyl/tile flooring so that surface is free of dirt or debris

- ☐ If home is carpeted, you must use a steam cleaner to clean the carpets or have them professionally cleaned

- ☐ Floor should be free of wax and have an even finish

- ☐ Hardwood floors should be damp mopped. DO NOT STRIP

Walls/Ceilings:
- ☐ Remove all dirt, cobwebs, crayon marks, pencil marks, food, etc.

- ☐ Remove all nails, picture hangers and hooks

- ☐ Patch holes with spackling compound and wipe all excess patching materials with a damp sponge

Windows/Window Tracks:
- ☐ Clean all windows & tracks inside and out

- ☐ Clean windowsills, curtain rods and blinds

- ☐ Remove screens, brush and wash to remove lint and dust and reinstall

Doors/Door Frames:
- ☐ Remove all dirt and stains from both sides of doors

- ☐ Clean all tops of doors and frames

Light Fixtures:

- ☐ Be sure that all lights have working light bulbs

- ☐ Clean all cobwebs and make sure all fixtures are clean of any debris.

- ☐ Clean all globes inside and out

Cabinets/Closets/Drawers/Shelving:
- ☐ Remove all shelving paper, staples, etc.

- ☐ Remove all dust, food particles, personal items, debris, etc.

- ☐ All should be clean of stains, adhesive, grease and caked on food

- ☐ Clean and wash all counter tops

Mirrors:
- ☐ Surface should be cleaned and wiped

Refrigerator:
- ☐ Defrost the freezer and wipe clean

- ☐ Interior should be clean and free of food, stains, mold, food particles, personal items, etc. to include all racks, shelving, drawers, etc.

- ☐ Seal around all doors should be clean and free of mold, stains, etc.

- ☐ The condensation (drip) pan underneath the refrigerator should be clean

- ☐ All appliance bulbs should be working

- ☐ Clean surface beneath, above and behind appliance

46

PLAINTIFFS_RH_0034377
PX-1014_0085

☐ Leave the refrigerator on and turn to the lowest setting

## Range:
☐ Surface of the range should be free of crusted/baked-on food on all accessible surfaces. Be sure to lift the top and clean underneath

☐ Entire range should be wiped clean and be free of grease inside and out

☐ Clean underneath as far as can be reached

☐ Replace appliance bulbs if not working

☐ All drip pans must be cleaned and free of crusted /baked on food

☐ Do not disassemble range components that require tools.

## Ventilation /Air Vents/Range Hoods:
☐ All surfaces should be clean of dust, food particles and grease

☐ Clean or replace filters

## Dishwasher:
☐ All interior and exterior surfaces should be free of soap, soap residue and food particles

☐ Exterior surfaces should be wiped clean of all dirt, stains and food particles to include the door seals

## Kitchen/Bathroom/Toilet:
☐ Clean and remove all stains, dust, lime, mineral deposits and soap residue from all equipment – including bathtubs, toilets, sinks, showers, mirrors, medicine cabinets, shelving, towel racks, faucets, etc.

☐ Clean wall and floor tile

## Garbage Disposals:
☐ Should be odor free and clean of all food particles

☐ Remove the splashguard and clean. If not removable, be sure that the guard is clean inside and out

## Trash Cans:
☐ Empty and remove all garbage

☐ Wash and ensure that can is free of odor and crusted on garbage

## Outside Area:
☐ Sweep and clear all debris from garages, carports patios, and walks

☐ Remove oil and grease from paved areas

☐ Accomplish normal yard maintenance. Mow, and edge enclosed yard areas

☐ Sweep exterior storage shed

☐ Remove all crayon marks and dirt spots within normal reach (Do not use pressure washer or hose to accomplish this)

47

PLAINTIFFS_RH_0034378
PX-1014_0086

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

# EXHIBIT B
# DISASTER SUPPLY KIT

The Federal Emergency Management AGENCY (FEMA) recommends each family keep the following items readily available for transport in case of severe weather, earthquake or other emergency: **Be prepared in advance and have emergency materials on hand.**

- Flashlight/Batteries
- Battery operated Radio with extra batteries
- **Water** – at least 1 gallon daily per person for 3 to 7 days
- **Food** – enough for 3 to 7 days
- Non-electric can opener
- Non-perishable and canned foods
- Food for infants or elderly
- Snack foods
- Cooking tools, fuel
- Paper plates, roll of paper towels, plastic utensils
- Blankets, Pillows
- **Clothing** – seasonal, raingear, sturdy shoes
- First Aid kit, Prescription Medicines
- Toiletries
- Cash
- Keys
- Tools
- **Important Documents** (keep in a waterproof container)
- Special needs for Infants or Elderly
- **Pet Care Items** (food, water, carrier/cage, medicines)

**Disaster Services**
American Red Cross
FEMA
Salvation Army

Confidential

PLAINTIFFS_RH_0034379
PX-1014_0087

# EXHIBIT C
## SAFETY PAMPHLET







RESIDENTIAL
SAFETY

FORESTCITY

Confidential

PLAINTIFFS_RH_0034380
PX-1014_0088

## Personal Safety
### When You Are At Home

## Personal Safety
### When You Are Not At Home

## Fire Prevention

## Personal Safety And Your Car

## In Case of Fire

49

DocuSign Envelope ID: 2DD66B28-F9B7-490B-8948-C6E839EB03C7

PLAINTIFFS_RH_0034381
PX-1014_0089

# TAB D



07:25

D

Dad >

Tried to call heard you been sick from Facebook people. Hope all is well now with you and family.

Lots to catch you up on. We are living in hotel because our water was making us sick. They had a fuel leak that got into our systems when I was back in VA. Kids were exposed for weeks drinking contaminated water at school. We were in and out of ER 4 times in a 3 day span. Been a mess. Kids are feeling better now but it's been a scary week.

iMessage

**PLAINTIFF'S TRIAL EXHIBIT**
**PX-1070**

Confidential

# TAB E



PLAINTIFFS_RH_0101400

Confidential

PLAINTIFF'S
TRIAL EXHIBIT
**PX-1047**

PX-1047

Confidential



PLAINTIFFS_RH_0101744



Confidential

Confidential



PLAINTIFFS_RH_0101748



PLAINTIFFS_RH_0101749

Confidential



PLAINTIFFS_RH_0102787
PX-1047_0005

Confidential



PLAINTIFFS_RH_0102792



Confidential



PLAINTIFFS_RH_0102797
PX-1047_0008



PLAINTIFFS_RH_0102799
PX-1047_0009

< Mandy Feindt 🔴 ▾        ✎  •••  🔍

Posts    Reels

Nov 13, 2022 · Denver · 👥

I am so sick & tired of my family being SO sick & tired.
Our immune systems have been completely shot since
Red Hill.  RSV for our sweet boy w/already damaged
lungs. 💔

🙏 Dear Lord,
Our family could really use a break.



PLAINTIFFS_RH_0102971
PX-1047_0010

Confidential

PLAINTIFFS_RH_0106371
PX-1047_0011

Confidential



PLAINTIFFS_RH_0106506



Confidential





# TAB F

**MotleyRice**
ATTORNEYS AT LAW    LLC
www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000  f. 843.416.5325

**Ny'Juana Levine**
*Records Specialist*
direct: 843.216.9637
Fax: 843.416.5325
Email:  nlevine@motleyrice.com

Date: October 19, 2023

**\*Expedited Request\***
**\*Second Attempt\***

VIA [USPS]
**Epix Anesthesia of Colorado Springs, LLC**
**Attn: Medical Records Department**
**2940 N Circle Dr.**
**Colorado Springs. CO 80909-1160**

Re:    **Patrick Feindt Jr.**
DOB: **08/12/1979**
SSN: \*\*\*-\*\*-**6461**
MRID: **1006360.000**

Dear Sir or Madam,

Please be advised that this office represents **Patrick Feindt Jr.** Pursuant to the enclosed authorization, please furnish the following medical record pertaining to **Patrick Feindt Jr.** for  the date of service **01/01/2016- present:**

- **Any and All Records**

We need these records within 25 days of this request.

Please include a **certification page**.

If no records are found, please send a statement/certification indicating that.

Please fax the records to my attention to (843) 416-5325 or e-mail to MedicalRecordsRequests@motleyrice.com.  If you are unable to fax or e-mail, please mail the records to my attention to 28 Bridgeside Blvd., Mt. Pleasant, SC 29464. If you require pre-payment, please send me an invoice, including **Tax ID**, as soon as possible.

Thank you for your prompt attention to this matter.

Sincerely,

*Ny'Juana Levine*
Ny'Juana Levine
Records Specialist

MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | WASHINGTON, DC | NEW YORK, NY
MORGANTOWN, WV | CHARLESTON, WV | PHILADELPHIA, PA | CHERRY HILL, NJ

**PLAINTIFF'S
TRIAL EXHIBIT
PX-1808**



PLAINTIFFS_RH_0122815
PX-1808

| Patrick Feindt, Jr. | August 12, 1979 | 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 |
|---|---|---|
| Patient Name | Date of Birth | Social Security Number |

I authorize ___Epix Anesthesia Of Colorado Springs, Llc___ (the "Keeper of the Records") to disclose my protected health information as specified below. I understand that signing this Authorization is voluntary and that I am not required to sign this Authorization. I understand that I have the right to revoke this Authorization at any time by providing a signed, written notice of such revocation to the Keeper of the Records. I understand that I cannot revoke this Authorization to the extent this Authorization has been relied upon. I understand the information released pursuant to this Authorization may no longer be protected by law or regulation and may be redisclosed by the recipient.

I understand that the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), HIPAA regulations, as well as other Federal and State laws and regulations, create a right of privacy that is associated with the records, information and data covered by this Authorization. So that my attorneys may better advise me, and consistent with 45 CFR § 164.508, I expressly authorize you to release the Patient's records, information and data to MY Attorneys (as defined below) and, as necessary, make a limited waiver of my privacy right for the purpose of giving my Attorneys access as follows:

1.    **The information to be disclosed is as follows:** I expressly authorize my Attorneys to request any and all of the above identified Patient's protected health information in your possession including all records, information or other data (regardless of how those items are identified) related to any and all care, treatment or services provided for the above identified Patient's physical health, mental health, or psycho-social health (*not including psychotherapy notes which are notes recorded (in any medium) by a health care provider who is a mental health professional documenting or analyzing the contents of conversation during a private counseling session or a group, joint, or family counseling session and that are separated from the rest of the individual's medical record. Psychotherapy notes exclude medication prescription and monitoring, counsel session start and stop times, and the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress to date).* Throughout the remainder of this Authorization, I collectively refer to all of the Patient's records, information and data as the "Records." This Authorization is intended to be general, full and all-encompassing so that my attorneys can access, without limitation, any and all Records that might help them represent me, *except the following information, unless the line next to each of these is initialed below: HIV/AIDS; drug and alcohol abuse; mental health/psychiatric; sexually transmitted diseases.* This Authorization applies to any and all Records that are in your possession, under your control or to which you have access. My attorneys are further authorized to limit their request to portions of the Identified Records and may do so by letter to you. My Attorneys are further authorized to meet with and consult with any health care or mental health care provider regarding my condition or regarding any care, treatment or services that the above identified Patient received. I expressly invoke the AMA Principles of Medical Ethics, as well as Canon E-9.07, as well as similar ethics principles that may apply to other health care disciplines, and request that you co-operate with my Attorneys.

_PF_  HIV/AIDS
_PF_  Drug and Alcohol Abuse
_PF_  Mental health/psychiatric disorders
_PF_  Sexually transmitted diseases

2.    **Specific records requested:** ___Any and All records 01/01/2016- Present___

3.    The purpose of this Authorization is at the request of the undersigned Patient or the undersigned Personal Representative of Patient.

Page 1 of 2

Confidential

For purposes of this Authorization, I hereby request that you release my records to my Attorneys:

MOTLEY RICE LLC
Attn: Client Services – Records Dept.
28 Bridgeside Blvd.
Post Office Box 1792
Mt. Pleasant, S.C. 29464

4.    **The persons to whom information may be disclosed:** The information requested shall be disclosed to my Attorneys identified in the preceding paragraph, or to their record service, RecordTrak, Inc., or medical consultants assisting them.

5.    This Authorization shall not be construed to permit disclosure of my Records to any parties other than those named in paragraphs 3 and 4 above.

6.    **Term of this Release:** It is my intent that this Authorization shall remain effective throughout the time during which my Attorneys are representing me and shall expire when my Attorneys are no longer representing me.

7.    **Photocopy of authorization:** A photocopy of the signed original of this Authorization shall be sufficient and acceptable to all persons and entities from whom my records are requested.

8.    **Voluntary Signature:** I understand that signing this Authorization is voluntary and that my treatment by a health care provider, payment for my health care or enrollment in a health plan cannot be conditioned upon my signing it.

9.    **Conflict between authorizations:** Anything in this Authorization, which conflicts with another Authorization to Release Medical Records, supersedes the other document(s).

10.   **Expiration of authorization:** Unless otherwise revoked, this authorization expires on __05/02/2024__. *If no date is indicated, this authorization will expire 12 months after the date of signing this form.*

By signing below, I understand and acknowledge the following:
  ➤ I have read and understand this Authorization and have received a copy of the same;
  ➤ I am authorizing the Keeper of the Records to use or disclose my health information to the person(s) identified in this Authorization; and
  ➤ If I have any questions about disclosure of my protected health information pursuant to this Authorization, I may contact the Keeper of the Records.

_____
Name of individual, if different from the patient

_____
Signature of Patient or Personal Representative

Date

_____
Date    5-2-23

If signed by the patient's personal representative, describe the legal authority of the representative to act on behalf of the patient: _____

Legal authority of representative verified by: _____

Page 2 of 2

Confidential

# Chart

## Patrick R. Feindt

DOB: 08/12/1979

Confidential

# Encounters

**Encounter 9** Date 10/20/2022
**Diagnosis** Anal fissure (K60.2) (Established Diagnosis), Generalized abdominal pain (R10.84)

**Encounter 8** Date 09/28/2022
**Diagnosis** Diarrhea, unspecified type (R19.7) (Established Diagnosis), Anal fissure (K60.2), Rectal bleeding (K62.5), Gastric ulcer with hemorrhage, unspecified chronicity (K25.4)

**Encounter 7** Date 07/07/2022
**Diagnosis** Diarrhea, unspecified type (R19.7) (Established Diagnosis), Internal hemorrhoid (K64.8), Generalized abdominal pain (R10.84)

**Encounter 6** Date 06/01/2022
**Diagnosis** Upper abdominal pain (R10.10), Generalized abdominal pain (R10.84), Abdominal pain, right lower quadrant (R10.31), Rectal bleeding (K62.5), Rectal pain (K62.89), Internal hemorrhoid (K64.8)

**Encounter 5** Date 03/23/2020
**Diagnosis** Diarrhea, unspecified type (R19.7) (Established Diagnosis), Internal hemorrhoid (K64.8), Anal fissure (K60.2)

**Encounter 4** Date 02/18/2020
**Diagnosis** Anal fissure (K60.2), Internal hemorrhoid (K64.8), Diarrhea, unspecified type (R19.7) (Established Diagnosis)

**Encounter 3** Date 01/02/2018
**Diagnosis** Internal hemorrhoid (K64.8), Anal fissure (K60.2), Diarrhea (R19.7) (Established Diagnosis)

**Encounter 2** Date 11/16/2017
**Diagnosis** History of anal fissures (Z87.19) (Principal Diagnosis), Diarrhea (R19.7) (Established Diagnosis)

**Encounter 1** Date 10/31/2017
**Diagnosis** History of anal fissures (Z87.19) (Principal Diagnosis), Diarrhea (R19.7) (Established Diagnosis)

Confidential

PLAINTIFFS_RH_0122819
PX-1808_0004

**History & Physical Report**
10/20/2022: AG Follow Up - Anal fissure (K60.2) (Established Diagnosis), Generalized abdominal pain (R10.84) (Bryan C. Kavanaugh, MD)
Patrick R Feindt
Appointment: 10/20/2022 3:30 PM
Location: N Circle Clinic
Patient #: 940350
DOB: 8/12/1979
Married / Language: English / Race: Refused to Report/Unreported
Male

History of Present Illness (Bryan C. Kavanaugh MD; 10/25/2022 7:34 AM)
Patient words: Pt states f/u on CT scan.

The patient is a 43 year old male who presents with a complaint of Pain. Note for "Pain": Patient here in f/u for abdominal pain, bleeding, and recent ER visit. Symptoms are about the same. Reviewed most recent testing, including recent CT scan.

Health Maintenance History (Diana Crook, RMA; 10/20/2022 3:32 PM)
Colonoscopy, Screening   [2022]:
EGD  [2022]:
Flu Vaccine  [2022]:
Annual Wellness Visit   [2022]:
Treating physicians   Peterson
Pneumovax   Never

Allergies (Diana Crook, RMA; 10/20/2022 3:32 PM)
Penicillins

Problem List/Past Medical (Diana Crook, RMA; 10/20/2022 3:32 PM)
Anal fissure (K60.2)   has been on Nifedipine BID for fissure.
Diarrhea, unspecified type (R19.7)   Mildly elevated mastocytes in colon biopsies. Given diarrhea, will aggressively treat this; he has not responded to histamine blockers so will add Gastrocrom. Will get an update in 1 week from him. I'm not convinced this is the source of his pain, however. He has a CT pending and was told they may consider an ex-lap. On his last surgery, he had abnormal small bowel, but nothing apparent on prior imaging or capsule endoscopy to correspond to this finding. This could be some kind of internal hernia or intussusception, but would need more evidence of that. Even then, his pain is more constant. The most likely "fit" with the flank/abdominal pain is neuropathy. Consider thoracolumbar imaging pending further tests. I am checking a tryptase and food allergy panel. IBS is still possible, but his pain is not clearly linked to the BMs. I doubt IBD given the biopsy results and prior imaging- nothing clearly corresponds to the surgical findings.
Gastric ulcer with hemorrhage, unspecified chronicity (K25.4)   Continue PPI; will discuss timing of repeat EGD.
Rectal bleeding (K62.5)   s/p IRC. Continue to monitor.
Abdominal pain, right lower quadrant (R10.31)
Generalized abdominal pain (R10.84)   Upper and right sided abdominal pain with radiation to his back and right testicle with chronic diarrhea since 5/2022. CT Scan on 5/22/22 fairly unremarkable. Hx NSAID use. No change with PPI, dicyclomine, Imodium.
Internal hemorrhoid (K64.8)   with chronic bleeding. good response to IRC 2018 and 3/2/2020.
Rectal pain (K62.89)
Upper abdominal pain (R10.10)   Tender upper abdomen today. Pt's been taking Naproxen bid for pain.
Gastroesophageal Reflux Disease
Sleep Apnea
Hypercholesterolemia
Asthma

Medication History (Bryan C. Kavanaugh, MD; 10/25/2022 7:34 AM)
Cyclobenzaprine HCl  (5MG Tablet, Oral) Active.
Dicyclomine HCl  (20MG Capsule, 1 (one) Oral every 4 to 6 hrs as needed for abdominal pain, Taken starting 10/20/2022) Active.
Omeprazole  (40MG Capsule DR, 1 (one) Oral two times daily, Taken starting 10/18/2022) Active.
Famotidine  (40MG Tablet, 1 (one) Oral two times daily, Taken starting 09/28/2022) Active.
Allegra Allergy  (180MG Tablet, 1 (one) Oral daily, Taken starting 09/28/2022) Active.
Gastrocrom  (100MG/5ML Concentrate, 1 (one) Oral three times daily, Taken starting 09/28/2022) Active.
Tylenol  (325MG Tablet, Oral as needed) Active.
Motrin IB  (200MG Capsule, Oral as needed) Active.
Singulair  (1 Oral daily) Specific strength unknown - Active.
HYDROcodone-Acetaminophen  (Oral) Specific strength unknown - Active. (6 pills)
Medications Reconciled

Past Surgical History (Diana Crook, RMA; 10/20/2022 3:32 PM)
Straighten Nasal Septum
Sinus Surgery

Social History (Diana Crook, RMA; 10/20/2022 3:32 PM)
Alcohol use   Moderate alcohol use. 02/18/2020: Drinks beer and wine 3 times per week having 1-2 drinks per occasion, rarely having more than 5 drinks per occasion.,
10/31/2017: Drinks beer and wine 5 times per week having 1-2 drinks per occasion, rarely having more than 5 drinks per occasion.
Tobacco   Former smoker. 02/01/2020: 1 pack per day, started smoking in 1994 at age 15, quit smoking in 2004 at age 25 (10 pack years), smokes less than 1 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.,
10/28/2017: 0.5 packs per day, started smoking in 1994 at age 15, quit smoking in 2004 at age 25 (5 pack years), smokes 0 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.
Coffee/Caffeine   Coffee. 02/18/2020: Drinks coffee 1-2 times a day.,
10/31/2017: Drinks coffee 1-2 times a day.
Exercise   Light. 02/18/2020: Swims, walks, does aerobics and does other exercise 1-2 times a week.,
10/31/2017: Swims and walks Occasionally.
Seat Belt Use   02/18/2020: always,
10/31/2017: always

10/24/2023 01:55 pm                    Patrick R. Feindt DOB 08/12/1979                              Page 3/27

PLAINTIFFS_RH_0122820
PX-1808_0005

Sun Exposure   02/18/2020: frequently,
10/31/2017: never,
Tobacco / smoke exposure   02/18/2020: No,
10/31/2017: No

Family History (Diana Crook, RMA; 10/20/2022 3:32 PM)
Heart Disease   Father, Mother.
Hypercholesterolemia   Father, Mother.
Heart disease in female family member before age 65
Heart disease in male family member before age 55

Diagnostic Studies History (Diana Crook, RMA; 10/20/2022 3:32 PM)
Colonoscopy

Vitals (Diana Crook RMA; 10/20/2022 3:33 PM)
10/20/2022 3:32 PM
**Weight:** 241.13 lb   **Height:** 77 in
*Height was reported by patient.*
**Body Surface Area:** 2.42 m²   **Body Mass Index:** 28.59 kg/m²
**Pain Level:** 9/10
**Temp.:** 97.2° F  (Thermal Scan)   **Pulse:** 89 (Regular)   **Resp.:** 16 (Unlabored)   P.OX: 95% (Room air)
**BP: 141/99(Sitting, Left Wrist, Standard)**
Pt states pain is 9

Physical Exam (Bryan C. Kavanaugh MD; 10/25/2022 7:35 AM)
**General**
**Mental Status** - Alert.

**ENMT**
**Global Assessment**
**Examination of related systems reveals -** well developed, well nourished and in no acute distress.

**Abdomen** - Did not examine.

**Rectal**
Note:  small fissure, TTP

Assessment & Plan (Bryan C. Kavanaugh MD; 10/25/2022 7:36 AM)
Anal fissure (Established Diagnosis) (K60.2)
Story: Retry Nifedipine for at least a month, BID dosing.

Generalized abdominal pain (R10.84)
Story: Upper and right sided abdominal pain with radiation to his back and right testicle with chronic diarrhea since 5/2022. CT Scan on 5/22/22 fairly unremarkable. Hx NSAID use. No change with PPI, dicyclomine, Imodium.
Impression: Surgical consultation pending next week; will discuss cholecystectomy and dx laparoscopy. If this is negative/does not improve symptoms, consider neuropathic source of pain.
Current Plans
- Pt Education - How to Access Health Information Online using Patient Portal and 3rd Party Apps: discussed with patient and provided information.

Signed electronically by Bryan C Kavanaugh, MD (10/25/2022 7:36 AM)

Confidential

PLAINTIFFS_RH_0122821
PX-1808_0006

**History & Physical Report**
9/28/2022: AG Follow Up - Diarrhea, unspecified type (R19.7) (Established Diagnosis), Anal fissure (K60.2), Rectal bleeding (K62.5), Gastric ulcer with hemorrhage, unspecified chronicity (K25.4) (Bryan C. Kavanaugh, MD)
Patrick R Feindt
Appointment: 9/28/2022 3:30 PM
Location: St Peregrine Clinic
Patient #: 940350
DOB: 8/12/1979
Married / Language: English / Race: Refused to Report/Unreported
Male

History of Present Illness (Bryan C. Kavanaugh MD; 9/29/2022 9:58 AM)
Patient words: pt state f/u EGD and Colonoscopy--non smoker.

The patient is a 43 year old male who presents to the practice today for a transition into care. Note for "Transition into care": Peterson AFB

Additional reasons for visit:

Diarrhea is described as the following:
Note for "Diarrhea": Patient here in f/u from procedures. He has been using Allegra and Pepcid. No changes in symptoms that he has noticed. He continues to have diarrhea and significant pain. The pain is RLQ and right flank, constant, with severe symptoms. He is getting a CT with IV contrast tomorrow (last one was non-contrast). Still passing some blood. Reviewed all prior endoscopies/imaging/pathology. Very frustrated and tearful at times. No other new symptoms.

Health Maintenance History (Adriana Ramos, RMA; 9/28/2022 3:26 PM)
Pneumovax   N/A
Treating physicians    Mountain Post Medical
EGD  [2022]:
Colonoscopy, Screening   [2022]:
Flu Vaccine   N/A
Annual Wellness Visit   2020

Allergies (Adriana Ramos, RMA; 9/28/2022 3:26 PM)
Penicillins

Problem List/Past Medical (Adriana Ramos, RMA; 9/28/2022 3:26 PM)
Internal hemorrhoid (K64.8)   with chronic bleeding. good response to IRC 2018 and 3/2/2020.
Diarrhea, unspecified type (R19.7)   Chronic loose stools 3-5 times a day with severe right sided abdominal pain, occasional blood, and 13lbs weight loss. CT 5/2022 fairly unremarkable. Had abdominal surgery (3 incisions around umbilicus) last week to repair inguinal hernia, and found to have abnormal appearing small bowel. Colonoscopy is pending 9/2022.
Gastric ulcer with hemorrhage, unspecified chronicity (K25.4)
Generalized abdominal pain (R10.84)   Upper and right sided abdominal pain with radiation to his back and right testicle with chronic diarrhea since 5/2022. CT Scan on 5/22/22 fairly unremarkable. Hx NSAID use. No change with PPI, dicyclomine, Imodium.
Upper abdominal pain (R10.10)   Tender upper abdomen today. Pt's been taking Naproxen bid for pain.
Rectal pain (K62.89)
Rectal bleeding (K62.5)
Abdominal pain, right lower quadrant (R10.31)
Anal fissure (K60.2)   has been on Nifedipine BID for fissure.
Asthma
Hypercholesterolemia
Sleep Apnea
Gastroesophageal Reflux Disease

Medication History (Bryan C. Kavanaugh, MD; 9/29/2022 9:57 AM)
Tylenol  (325MG Tablet, Oral as needed) Active.
Motrin IB  (200MG Capsule, Oral as needed) Active.
Singulair  (1 Oral daily) Specific strength unknown - Active.
Allegra Allergy  (1 Oral daily) Specific strength unknown - Active.
Medications Reconciled

Past Surgical History (Adriana Ramos, RMA; 9/28/2022 3:26 PM)
Sinus Surgery
Straighten Nasal Septum

Social History (Adriana Ramos, RMA; 9/28/2022 3:26 PM)
Tobacco / smoke exposure   02/18/2020: No,
10/31/2017: No
Sun Exposure   02/18/2020: frequently,
10/31/2017: frequently
Seat Belt Use   02/18/2020: always,
10/31/2017: always
Exercise   Light. 02/18/2020: Swims, walks, does aerobics and does other exercise 1-2 times a week.,
10/31/2017: Swims and walks Occasionally.
Coffee/Caffeine   Coffee. 02/18/2020: Drinks coffee 1-2 times a day.,
10/31/2017: Drinks coffee 1-2 times a day.
Tobacco   Former smoker. 02/01/2020: 1 pack per day, started smoking in 1994 at age 15, quit smoking in 2004 at age 25 (10 pack years), smokes less than 1 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.,
10/28/2017: 0.5 packs per day, started smoking in 1994 at age 15, quit smoking in 2004 at age 25 (5 pack years), smokes 0 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.
Alcohol use   Moderate alcohol use. 02/18/2020: Drinks beer and wine 3 times per week having 1-2 drinks per occasion, rarely having more than

Confidential                                                                        PLAINTIFFS_RH_0122822
PX-1808_0007

5 drinks per occasion.
10/31/20{...}rinks per occasion 4 times per week having 0-21 drinks per occasion, rarely having more than 5 drinks per occasion.

Family History (Adriana Ramos, RMA; 9/28/2022 3:26 PM)
Heart disease in male family member before age 55
Heart disease in female family member before age 65
Hypercholesterolemia   Father, Mother.
Heart Disease   Father, Mother.

Diagnostic Studies History (Adriana Ramos, RMA; 9/28/2022 3:26 PM)
Colonoscopy

Vitals (Adriana Ramos RMA; 9/28/2022 3:27 PM)
9/28/2022 3:26 PM
**Weight:** 231 lb   **Height:** 77 in
*Height was reported by patient.*
**Body Surface Area:** 2.38 m²   **Body Mass Index:** 27.39 kg/m²
**Pain Level:** 0/10
**Temp.:** 98.2° F  (Temporal)   **Pulse:** 80 (Regular)   **Resp.:** 16 (Unlabored)   P.OX: 96% (Room air)
**BP: 149/94(Sitting, Left Wrist, Standard)**
pt states no pain


Physical Exam (Bryan C. Kavanaugh MD; 9/29/2022 9:57 AM)
**General**
**Mental Status** - Alert.

**Eye**
**Sclera/Conjunctiva - Bilateral** - Normal.

**ENMT**
**Global Assessment**
**Examination of related systems reveals -** well developed, well nourished and in no acute distress.


Assessment & Plan (Bryan C. Kavanaugh MD; 9/29/2022 10:03 AM)
Diarrhea, unspecified type (Established Diagnosis) (R19.7)
Story: Mildly elevated mastocytes in colon biopsies. Given diarrhea, will aggressively treat this; he has not responded to histamine blockers so will add Gastrocrom. Will get an update in 1 week from him. I'm not convinced this is the source of his pain, however. He has a CT pending and was told they may consider an ex-lap. On his last surgery, he had abnormal small bowel, but nothing apparent on prior imaging or capsule endoscopy to correspond to this finding. This could be some kind of internal hernia or intussusception, but would need more evidence of that. Even then, his pain is more constant. The most likely "fit" with the flank/abdominal pain is neuropathy. Consider thoracolumbar imaging pending further tests. I am checking a tryptase and food allergy panel. IBS is still possible, but his pain is not clearly linked to the BMs. I doubt IBD given the biopsy results and prior imaging- nothing clearly corresponds to the surgical findings.
Current Plans
- Started Famotidine 40 MG Oral Tablet, 1 (one) Tablet two times daily, #60, 30 days starting 09/28/2022, Ref. x1.
- Started Allegra Allergy 180 MG Oral Tablet, 1 (one) Tablet daily, #30, 30 days starting 09/28/2022, Ref. x1.
- Started Gastrocrom 100 MG/5ML Oral Concentrate, 1 (one) Milliliter three times daily, 150 Milliliter, 30 days starting 09/28/2022, No Refill.
- LABCORP FOOD ALLERGEN PROFILE 12 (602989)
- Tryptase (83520)
- Pt Education - How to Access Health Information Online using Patient Portal and 3rd Party Apps: discussed with patient and provided information.

Anal fissure (K60.2)
Story: has been on Nifedipine BID for fissure.
Impression: continue Nifedipine until symptoms completely resolve. f/u when needed.

Rectal bleeding (K62.5)
Story: s/p IRC. Continue to monitor.

Gastric ulcer with hemorrhage, unspecified chronicity (K25.4)
Story: Continue PPI; will discuss timing of repeat EGD.


Signed electronically by Bryan C Kavanaugh, MD (9/29/2022 10:03 AM)

---

Confidential

**Laboratories**

**LABCORP FOOD ALLERGEN PROFILE 12 (602989)** Final, Reviewed (Collected: 09/28/2022)
Diagnosis:  Diarrhea, unspecified type (Established Diagnosis) (R19.7)
Note:  PATIENT NOT FASTING
PERFORMED BY: BN Labcorp Burlington 1447 York Court Burlington NC 272153361 8007624344
PERFORMED BY: CETWE Labcorp Phoenix 5005 S 40th Street Ste 1200 Phoenix AZ 850402969 8007889743

| Class Description | SPRCS | Result Note: Levels of Specific IgE | | Class Description of Class |
|---|---|---|---|---|
| | | < 0.10 | 0 | Negative |
| | | 0.10 - 0.31 | 0/I | Equivocal/Low |
| | | 0.32 - 0.55 | I | Low |
| | | 0.56 - 1.40 | II | Moderate |
| | | 1.41 - 3.90 | III | High |
| | | 3.91 - 19.00 | IV | Very High |
| | | 19.01 - 100.00 | V | Very High |
| | | >100.00 | VI | Very High |

Result Annotation:

F001-IgE Egg White **<0.10** kU/L  (Normal Range: Class 0 KU/L)  Result Note:
Result Annotation:

F013-IgE Peanut **<0.10** kU/L  (Normal Range: Class 0 KU/L)  Result Note:
Result Annotation:

F014-IgE Soybean **<0.10** kU/L  (Normal Range: Class 0 KU/L)  Result Note:
Result Annotation:

F002-IgE Milk **<0.10** kU/L  (Normal Range: Class 0 KU/L)  Result Note:
Result Annotation:

F207-IgE Clam **<0.10** kU/L  (Normal Range: Class 0 KU/L)  Result Note:
Result Annotation:

F024-IgE Shrimp **<0.10** kU/L  (Normal Range: Class 0 KU/L)  Result Note:
Result Annotation:

F256-IgE Walnut **<0.10** kU/L  (Normal Range: Class 0 KU/L)  Result Note:
Result Annotation:

F003-IgE Codfish **<0.10** kU/L  (Normal Range: Class 0 KU/L)  Result Note:
Result Annotation:

F338-IgE Scallop **<0.10** kU/L  (Normal Range: Class 0 KU/L)  Result Note:
Result Annotation:

F004-IgE Wheat **<0.10** kU/L  (Normal Range: Class 0 KU/L)  Result Note:
Result Annotation:

F008-IgE Corn **<0.10** kU/L  (Normal Range: Class 0 KU/L)  Result Note:
Result Annotation:

F010-IgE Sesame Seed **<0.10** kU/L  (Normal Range: Class 0 KU/L)  Result Note:
Result Annotation:

**Tryptase (83520)** Final, Reviewed (Collected: 09/28/2022)
Diagnosis:  Diarrhea, unspecified type (Established Diagnosis) (R19.7)
Note:  PATIENT NOT FASTING
PERFORMED BY: BN Labcorp Burlington 1447 York Court Burlington NC 272153361 8007624344
PERFORMED BY: CETWE Labcorp Phoenix 5005 S 40th Street Ste 1200 Phoenix AZ 850402969 8007889743

Tryptase **5.3** ug/L  (Normal Range: 2.2-13.2 ug/L)  Result Note:
Result Annotation:

Confidential    PLAINTIFFS_RH_0122824
PX-1808_0009

**History & Physical Report**
**7/7/2022: AG Follow Up - Diarrhea, unspecified type (R19.7) (Established Diagnosis), Internal hemorrhoid (K64.8), Generalized abdominal pain (R10.84) (Sarah A. Garza, NP)**
Patrick R Feindt
Appointment: 7/7/2022 11:00 AM
Location: St Peregrine Clinic
Patient #: 940350
DOB: 8/12/1979
Married / Language: English / Race: Refused to Report/Unreported
Male

History of Present Illness (Sarah A. Garza NP; 7/7/2022 11:37 AM)
Patient words: Pt states here for abd pain, abnormal imaging; former smoker.

The patient is a 42 year old male who presents to the practice today for a transition into care. Note for "Transition into care": EVANS

Additional reasons for visit:

Pain is described as the following:
Note for "Pain": 42 year old male with chronic diarrhea and chronic abdominal pain returns for urgent follow up at request of general surgeon, Dr. Buehner.

In late May he started having daily diarrhea 3-5x/day with occasional bright red blood per rectum and severe right flank and right abdominal pain that radiated into right testicle. He had migraines with n/v prior to the onset of pain and diarrhea but those resolved. He went to the ER on 5/22/22, and CBC, CMP, lipase were normal. CT Scan on 5/22/22 reported small left inguinal hernia, small umbilical hernia, mild diverticulosis of the sigmoid. US Scrotum and Testicles identified small bilateral hydroceles and small bilateral inguinal hernias.

He had robotic assisted repair of right inguinal hernia last week with Dr. Buehner. Dr. Buehner noted that his small intestine appeared abnormally red, slightly edematous, and hyperperistaltic. Since the inguinal hernia repair, the testicular pain is unchanged. His abdominal and flank pain also persist, but he knew that the surgery was unlikely to change this abdominal pain. He has lost 13lbs since pain and diarrhea began in May. Imodium, omeprazole and dicyclomine were ineffective for pain and diarrhea relief. He has colonoscopy pending in Sept 2022.

Prior colonoscopy 3/2/20 identified internal hemorrhoids, and treated with IRC. No biopsies taken. He is requesting if he can have another IRC during a colonoscopy.

He reports being exposed to Jet Fuel in the drinking water in Hawaii. This happened November 20, 2021, reported on the 28th, and he and his family were in the hospital on December 11, 2022. He says he was also likely exposed to contaminated water in May 2021.

PMH: anal fissures and hemorrhoids between 2017 and 2020, difficulty with balance.


Health Maintenance History (Megan Grier, RMA; 7/7/2022 10:57 AM)
Annual Wellness Visit   2020
Treating physicians   Mountain Post Medical
Colonoscopy, Screening   2015
EGD   2017
Flu Vaccine   N/A
Pneumovax   N/A


Allergies (Megan Grier, RMA; 7/7/2022 10:57 AM)
Penicillins

Problem List/Past Medical (Megan Grier, RMA; 7/7/2022 10:57 AM)
Internal hemorrhoid (K64.8)   with chronic bleeding. good response to IRC 2018 and 3/2/2020.
Rectal bleeding (K62.5)
Rectal pain (K62.89)
Anal fissure (K60.2)   has been on Nifedipine BID for fissure.
Abdominal pain, right lower quadrant (R10.31)
Diarrhea, unspecified type (R19.7)   Chronic loose stools 2-3 times a day, occasionally firm. recent colonoscopy normal.
Generalized abdominal pain (R10.84)   Upper and RLQ abdominal pain with radiation to his back and right testicle. Tenderness in the RLQ. Lab 5/2022: H/H normal. CMP is normal. Lipase. CT Scan on 5/22/22 with small left inguinal hernia and a very small umbilical hernia. Mild diverticulosis of the sigmoid. US Scrotum and Testicles - small bilateral hydroceles. Small bilateral inguinal hernias.
Upper abdominal pain (R10.10)   Tender upper abdomen today. Pt's been taking Naproxen bid for pain.
Gastroesophageal Reflux Disease
Sleep Apnea
Hypercholesterolemia
Asthma

Medication History (Sarah A. Garza, NP; 7/7/2022 11:36 AM)
NIFEdipine  (2 three times daily; 1/2 inch per rectum, Taken starting 06/03/2022) Active. (compound ointment to 2%)
Imodium A-D  (2MG Tablet, 1 (one) Oral every eight hours as needed, Taken starting 06/01/2022) Active. (max 4 tabs/24 hours)
Dicyclomine HCl (10MG Capsule, 1 (one) Oral every 4 to 6 hrs as needed for abdominal pain, Taken starting 06/03/2022) Active.
Omeprazole  (40MG Capsule DR, 1 (one) Oral daily 30 min before bfast in the morning, Taken starting 06/03/2022) Active.
Tylenol  (325MG Tablet, Oral as needed) Active.
Motrin IB  (200MG Capsule, Oral as needed) Active.
Singulair  (1 Oral daily) Specific strength unknown - Active.
Allegra Allergy  (1 Oral daily) Specific strength unknown - Active.
oxyCODONE HCl  (5MG Tablet, Oral) Active.
Naproxen  (375MG Tablet, Oral) Active.
Medications Reconciled

Past Surgical History (Megan Grier, RMA; 7/7/2022 10:57 AM)

10/24/2023 01:55 pm                    Patrick R. Feindt DOB 08/12/1979                    Page 8/27

**Social History** (Megan Grier, RMA; 7/7/2022 10:57 AM)
Alcohol use   Moderate alcohol use. 02/18/2020: Drinks beer and wine 3 times per week having 1-2 drinks per occasion, rarely having more than 5 drinks per occasion.,
10/31/2017: Drinks beer and wine 5 times per week having 1-2 drinks per occasion, rarely having more than 5 drinks per occasion.
Tobacco   Former smoker. 02/01/2020: 1 pack per day, started smoking in 1994 at age 15, quit smoking in 2004 at age 25 (10 pack years), smokes less than 1 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.,
10/28/2017: 0.5 packs per day, started smoking in 1994 at age 15, quit smoking in 2004 at age 25 (5 pack years), smokes 0 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.
Coffee/Caffeine   Coffee. 02/18/2020: Drinks coffee 1-2 times a day.,
10/31/2017: Drinks coffee 1-2 times a day.
Exercise   Light. 02/18/2020: Swims, walks, does aerobics and does other exercise 1-2 times a week.,
10/31/2017: Swims and walks Occasionally.
Seat Belt Use   02/18/2020: always,
10/31/2017: always
Sun Exposure   02/18/2020: frequently,
10/31/2017: frequently
Tobacco / smoke exposure   02/18/2020: No,
10/31/2017: No

**Family History** (Megan Grier, RMA; 7/7/2022 10:57 AM)
Heart Disease   Father, Mother.
Hypercholesterolemia   Father, Mother.
Heart disease in female family member before age 65
Heart disease in male family member before age 55

**Diagnostic Studies History** (Megan Grier, RMA; 7/7/2022 10:57 AM)
Colonoscopy

**Review of Systems** (Megan Grier RMA; 7/7/2022 11:00 AM)
**General** Present- Fatigue. Not Present- Fever, Persistent Infections, Weight Gain and Weight Loss.
**Skin** Present- Dryness. Not Present- Change in Wart/Mole, Hives, New Lesions, Rash and Ulcer.
**HEENT** Present- Seasonal Allergies, Sinus Pain, Visual Disturbances and Wears glasses/contact lenses. Not Present- Hearing Loss and Oral Ulcers.
**Respiratory** Present- Chronic Cough and Wheezing. Not Present- Bloody sputum and Difficulty Breathing.
**Breast** Not Present- Breast Mass, Breast Pain and Nipple Discharge.
**Cardiovascular** Present- Difficulty Breathing On Exertion and Shortness of Breath. Not Present- Chest Pain, Palpitations and Swelling of Extremities.
**Gastrointestinal** Present- Abdominal Pain, Bloody Stool, Change in Bowel Habits, Chronic diarrhea, Difficulty Swallowing, Excessive gas, Hemorrhoids, Nausea and Vomiting. Not Present- Constipation, Heartburn, Incontinence of Stool, Jaundice and Painful Swallowing.
**Male Genitourinary** Present- Frequency, Testicular Pain and Urgency. Not Present- Blood in Urine, Change in Urinary Stream, Impotence, Incontinence, Nocturia, Painful Urination, Penile Lesions, Testicular Mass and Urethral Discharge.
**Musculoskeletal** Present- Joint Pain and Muscle Pain. Not Present- Muscle Weakness.
**Neurological** Present- Decreased Memory, Headaches and Numbness. Not Present- Fainting, Seizures and Trouble walking.
**Psychiatric** Present- Change in Sleep Pattern. Not Present- Anxiety, Depression, Fearful and Frequent crying.
**Endocrine** Not Present- Cold Intolerance, Hair Changes, Heat Intolerance and Hot flashes.
**Hematology** Not Present- Easy Bruising, Excessive bleeding and Gland problems.

**Vitals** (Megan Grier RMA; 7/7/2022 11:00 AM)
7/7/2022 10:58 AM
**Weight:** 228 lb   **Height:** 77 in
*Height was reported by patient.*
**Body Surface Area:** 2.36 m²   **Body Mass Index:** 27.04 kg/m²
**Pain Level:** 8/10
**Temp.:** 98.4° F  (Temporal)   **Pulse:** 72 (Regular)   **Resp.:** 13 (Unlabored)   P.OX: 96% (Room air)
**BP:** 133/99 (Sitting, Right Wrist, Standard)
Pt states abd pain.

**Physical Exam** (Sarah A. Garza NP; 7/7/2022 11:44 AM)
**Abdomen**
**Inspection**
**Incisional scars -** Laparoscopy scars. Note: 3 new, fresh incisions around umbilicus. No redness. Appears clean, dry.

Confidential

PLAINTIFFS_RH_0122826
PX-1808_0011

Assessment & Plan (Sarah A. Garza NP, 7/7/2022 11:43 AM)
Diarrhea, unspecified type (Established Diagnosis) (R19.7)
Story: Chronic loose stools 3-5 times a day with severe right sided abdominal pain, occasional blood, and 13lbs weight loss. CT 5/2022 fairly unremarkable. Had abdominal surgery (3 incisions around umbilicus) last week to repair inguinal hernia, and found to have abnormal appearing small bowel. Colonoscopy is pending 9/2022.
Impression: 1. Proceed with colonoscopy with mucosal biopsy. Unlikely to be able to move this appointment up sooner due to the new abdominal incisions from last week.
2. Small bowel capsule endoscopy
3. Will check blood and stool tests today. May need to add EGD/small bowel biopsy.
Current Plans
- Pt Education - How to Access Health Information Online using Patient Portal and 3rd Party Apps: discussed with patient and provided information.
- Capsule Endoscopy
- C-REACTIVE PROTEIN (LabCorp 006627)
- ASSAY, ELASTASE, PANCREATIC, FECAL (82656) (LabCorp 123234)
- ASSAY FOR CALPROTECTIN FECAL (83993) (LabCorp 123255)
- CBC, PLATELETS AND AUTO DIFF (LabCorp 005009)
- COMPREHENSIVE METABOLIC PANEL (LabCorp 322000)
- T TRANSGLUTAMINASE (IgA) (LabCorp 164640)
- TOTAL IgA (IgA) (LabCorp 001784)
- TSH (THYROID STIMULATING HORMONE) (LabCorp 004259)

Internal hemorrhoid (K64.8)
Story: with chronic bleeding. good response to IRC 2018 and 3/2/2020.
Impression: He'd like an IRC at the time of the colonoscopy. Dr. Kavanaugh has done this in the past for him.

Generalized abdominal pain (R10.84)
Story: Upper and right sided abdominal pain with radiation to his back and right testicle with chronic diarrhea since 5/2022. CT Scan on 5/22/22 fairly unremarkable. Hx NSAID use. No change with PPI, dicyclomine, Imodium.
Impression: Patient had abdominal surgery last week for inguinal hernia repair (robot-assisted), and was noted to have very abnormal appearing small bowel. He has pending colonoscopy 9/2022. Will order SBCE asap, and likely add EGD during the colonoscopy.

Completed and submitted for review by Sarah A Garza NP (7/7/2022 11:47 AM)

*Sarah Garza NP*

Signed electronically by Sarah A Garza, NP (7/7/2022 12:21 PM)

Co-signed by Diana Arsene MD (7/7/2022 12:28 PM)

## Laboratories

**C-REACTIVE PROTEIN (LabCorp 006627)** Ordered
Diagnosis: Diarrhea, unspecified type (Established Diagnosis) (R19.7)

**ASSAY, ELASTASE, PANCREATIC, FECAL (82656) (LabCorp 123234)** Ordered
Diagnosis: Diarrhea, unspecified type (Established Diagnosis) (R19.7)

**ASSAY FOR CALPROTECTIN FECAL (83993) (LabCorp 123255)** Ordered
Diagnosis: Diarrhea, unspecified type (Established Diagnosis) (R19.7)

**CBC, PLATELETS AND AUTO DIFF (LabCorp 005009)** Ordered
Diagnosis: Diarrhea, unspecified type (Established Diagnosis) (R19.7)

**COMPREHENSIVE METABOLIC PANEL (LabCorp 322000)** Ordered
Diagnosis: Diarrhea, unspecified type (Established Diagnosis) (R19.7)

**T TRANSGLUTAMINASE (IgA) (LabCorp 164640)** Ordered
Diagnosis: Diarrhea, unspecified type (Established Diagnosis) (R19.7)

**TOTAL IgA (IgA) (LabCorp 001784)** Ordered
Diagnosis: Diarrhea, unspecified type (Established Diagnosis) (R19.7)

**TSH (THYROID STIMULATING HORMONE) (LabCorp 004259)** Ordered
Diagnosis: Diarrhea, unspecified type (Established Diagnosis) (R19.7)

## Procedures

**Capsule Endoscopy** Performed: 07/07/2022 (Ordered)

Confidential                                                                                    PLAINTIFFS_RH_0122827
                                                                                                PX-1808_0012

**History & Physical Report**
**6/1/2022: AG Follow Up - Upper abdominal pain (R10.10), Generalized abdominal pain (R10.84), Abdominal pain, right lower quadrant (R10.31), Rectal bleeding (K62.5), Rectal pain (K62.89), Internal hemorrhoid (K64.8) (Gayleen R. Prausa, PAC)**
Patrick R Feindt
Appointment: 6/1/2022 3:00 PM
Location: St Peregrine Clinic
Patient #: 940350
DOB: 8/12/1979
Married / Language: English / Race: Refused to Report/Unreported
Male

History of Present Illness (Gayleen R. Prausa PA-C; 6/4/2022 8:51 PM)
Patient words: ED f/u- abd, RUQ back pain, testicular pain; Never smoker.

The patient is a 42 year old male who presents to the practice today for a transition into care. Note for "Transition into care": Evans Army Comm Hospital

Additional reasons for visit:

Hemorrhoids is described as the following:
Note for "Hemorrhoids": Mr. Feindt is a 42 yo M who comes in today for follow up.

He went to the ER on 5/22/22 with pain in the mid to RLQ of the abdomen with radiation to the right side of his back and into his right testicle. He's had migraines with vomiting and pain for about 2 weeks as well. He states he's been taking Naproxen twice a day for the pain. Has a lot of upper abdominal tenderness. Lab 5/2022: H/H normal. CMP is normal. Lipase. CT Scan on 5/22/22 with small left inguinal hernia and a very small umbilical hernia. Mild diverticulosis of the sigmoid. No diverticulitis. US Scrotum and Testicles - small bilat hydroceles. Small bilateral inguinal hernias. He is having an inguinal hernia consult June 3, 2022.

He has a hx of chronic diarrhea and rectal pain with perianal itching and burning. He has 2 to 3 loose stools per day about 80 to 90% of the time. First colonoscopy in 2015. His second colonoscopy 3/2/20 was normal. internal hemorrhoids noted, treated with IRC. No biopsies taken. He is requesting if he can have another IRC during a colonoscopy. This procedure did help for a short time. Nifedipine cream seemed to help for the anal fissure. no n/v or dysphagia. wt is stable.
Moving to Hawaii this summer, and expecting his second baby next week. He drinks beer and gin, 3 to 4 total per week. Nonsmoker. No marijuana. No migraines.

He reports being exposed to Jet Fuel in the drinking water in Hawaii. This happened November 20, 2021, reported on the 28th, and he and his family were in the hospital on December 11, 2022.

PMH: anal fissures and hemorrhoids between 2017 and 2020.

CT Scan on 5/22/22: small left inguinal hernia and a very small umbilical hernia. Mild diverticulosis of the sigmoid. No diverticulitis. Lab 5/2022: H/H normal. CMP is normal. Lipase. US Scrotum and Testicles - small bilat hydroceles. Small bilateral inguinal hernias.


Health Maintenance History (Ana RamosMartinez; 6/1/2022 2:46 PM)
Pneumovax   N/A
Flu Vaccine   N/A
EGD   2017
Colonoscopy, Screening   2015
Treating physicians   Mountain Post Medical
Annual Wellness Visit   2020

Allergies (Ana RamosMartinez; 6/1/2022 2:46 PM)
Penicillins

Problem List/Past Medical (Gayleen R. Prausa, PA-C; 6/4/2022 9:04 PM)
Anal fissure (K60.2)   has been on Nifedipine BID for fissure.
Internal hemorrhoid (K64.8)   with chronic bleeding. good response to IRC 2018 and 3/2/2020.
Diarrhea, unspecified type (R19.7)   Chronic loose stools 2-3 times a day, occasionally firm. recent colonoscopy normal.
Hypercholesterolemia
Sleep Apnea
Gastroesophageal Reflux Disease

Medication History (Gayleen R. Prausa, PA-C; 6/4/2022 8:52 PM)
Imodium A-D   (2MG Tablet, 1 (one) Tablet Oral every eight hours as needed, Taken starting 11/01/2017) Active. (max 4 tabs/24 hours)
Tylenol   (325MG Tablet, Oral as needed) Active.
Motrin IB   (200MG Capsule, Oral as needed) Active.
Singulair   (1 Oral daily) Specific strength unknown - Active.
Allegra Allergy   (1 Oral daily) Specific strength unknown - Active.
PriLOSEC   (10MG Capsule DR, 1 Oral as needed) Active.
Medications Reconciled

Past Surgical History (Ana RamosMartinez; 6/1/2022 2:46 PM)
Sinus Surgery
Straighten Nasal Septum

Social History (Ana RamosMartinez; 6/1/2022 2:46 PM)
Tobacco / smoke exposure   02/18/2020: No,
10/31/2017: No
Sun Exposure   02/18/2020: frequently,
10/31/2017: frequently
Seat Belt Use   02/18/2020: always,

Confidential                                                                        PLAINTIFFS_RH_0122828
PX-1808_0013

10/31/2017: always
Exercise  02/18/2020: Swims and walks. Works aerobic and muscle strengthening exercise 1-2 times a week.,
10/31/2017: Swims and walks Occasionally.
Coffee/Caffeine  Coffee. 02/18/2020: Drinks coffee 1-2 times a day.,
10/31/2017: Drinks coffee 1-2 times a day.
Tobacco  Former smoker. 02/01/2020: 1 pack per day, started smoking in 1994 at age 15, quit smoking in 2004 at age 25 (10 pack years),
smokes less than 1 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.,
10/28/2019: 0.5 packs per day, started smoking in 1994 at age 15, quit smoking in 2004 at age 25 (5 pack years), smokes 0 cigar(s) per week,
uses 0 can(s) of smokeless tobacco per week.
Alcohol use  Moderate alcohol use. 02/18/2020: Drinks beer and wine 3 times per week having 1-2 drinks per occasion, rarely having more than
5 drinks per occasion.,
10/31/2017: Drinks beer and wine 5 times per week having 1-2 drinks per occasion, rarely having more than 5 drinks per occasion.

Family History (Ana RamosMartinez; 6/1/2022 2:46 PM)
Heart disease in male family member before age 55
Heart disease in female family member before age 65
Hypercholesterolemia  Father, Mother.
Heart Disease  Father, Mother.

Diagnostic Studies History (Ana RamosMartinez; 6/1/2022 2:46 PM)
Colonoscopy

Review of Systems (Gayleen R. Prausa PA-C; 6/4/2022 8:52 PM)
**General** Present- Fatigue. Not Present- Fever, Persistent Infections, Weight Gain and Weight Loss.
**Skin** Present- Dryness. Not Present- Change in Wart/Mole, Hives, New Lesions, Rash and Ulcer.
**HEENT** Present- Seasonal Allergies, Sinus Pain, Visual Disturbances and Wears glasses/contact lenses. Not Present- Hearing Loss and Oral Ulcers.
**Respiratory** Present- Difficulty Breathing and Wheezing. Not Present- Bloody sputum and Chronic Cough.
**Breast** Not Present- Breast Mass, Breast Pain and Nipple Discharge.
**Cardiovascular** Present- Difficulty Breathing On Exertion and Shortness of Breath. Not Present- Chest Pain, Palpitations and Swelling of Extremities.
**Gastrointestinal** Present- Abdominal Pain, Bloody Stool, Change in Bowel Habits, Excessive gas, Heartburn and Hemorrhoids. Not Present- Chronic diarrhea, Constipation, Difficulty Swallowing, Incontinence of Stool, Jaundice, Nausea, Painful Swallowing and Vomiting.
**Male Genitourinary** Present- Testicular Pain. Not Present- Blood in Urine, Change in Urinary Stream, Frequency, Impotence, Incontinence, Nocturia, Painful Urination, Penile Lesions, Testicular Mass, Urethral Discharge and Urgency.
**Musculoskeletal** Present- Joint Pain and Muscle Pain. Not Present- Muscle Weakness.
**Neurological** Present- Headaches and Numbness. Not Present- Decreased Memory, Fainting, Seizures and Trouble walking.
**Psychiatric** Present- Change in Sleep Pattern. Not Present- Anxiety, Depression, Fearful and Frequent crying.
**Endocrine** Not Present- Cold Intolerance, Hair Changes, Heat Intolerance and Hot flashes.
**Hematology** Not Present- Easy Bruising, Excessive bleeding and Gland problems.

Vitals (Ana RamosMartinez; 6/1/2022 2:53 PM)
6/1/2022 2:50 PM
**Weight:** 234.5 lb  **Height:** 77 in
*Height was reported by patient.*
**Body Surface Area:** 2.39 m²  **Body Mass Index:** 27.81 kg/m²
**Pain Level:** 6/10
**Temp.:** 96.8° F  (Temporal)  **Pulse:** 72 (Regular)  P.OX: 96% (Room air)
**BP: 141/92(Sitting, Right Wrist, Standard)**
Pt complains of abd pain

Physical Exam (Gayleen R. Prausa PA-C; 6/4/2022 8:53 PM)
**General**
**Mental Status** - Alert.
**General Appearance** - Cooperative and Well groomed.
**Orientation** - Oriented X3.
**Build & Nutrition** - Well nourished and Well developed.
**Gait** - Normal.
**Hydration** - Well hydrated.
**Voice** - Normal.

**Eye**
**Sclera/Conjunctiva – Bilateral** - Sclerae anicteric.

**ENMT**
**Global Assessment**
**Examination of related systems reveals -** normocephalic, atraumatic, respiratory effort is quiet, even and easy with no use of accessory muscles, no digital clubbing, cyanosis or edema and normal ocular motility and primary gaze.

**Chest and Lung Exam**
**Chest and lung exam reveals**  - quiet, even and easy respiratory effort with no use of accessory muscles and Clear to auscultation and percussion.

**Cardiovascular**
**Cardiovascular examination reveals**  - normal heart sounds, regular rate and rhythm with no murmurs and no digital clubbing, cyanosis, edema, increased warmth or tenderness.

**Abdomen**
**Inspection** - Inspection Normal.
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal -** Soft and No hepatosplenomegaly. Note: Tenderness upper abdomen with light touch. Slight bulge when chin is to the chest.
**Auscultation**

Confidential                                                                          PLAINTIFFS_RH_0122829
                                                                                      PX-1808_0014

Auscultation of the abdomen reveals - Bowel sounds normal.

Assessment & Plan (Gayleen R. Prausa PA-C; 6/4/2022 9:05 PM)
Upper abdominal pain (R10.10)
Story: Tender upper abdomen today. Pt's been taking Naproxen bid for pain.
Impression: Possible gastritis, possibly related to hernia. He will be seeing a surgeon on June 3, 2022 to discuss hernia surgery. I recommend he start on Omeprazole 40mg daily for 8 weeks to protect his stomach mucosa.
Current Plans
- Started Omeprazole 40 MG Oral Capsule Delayed Release, 1 (one) Capsule daily 30 min before bfast in the morning, #30, 06/03/2022, Ref. x5.

Generalized abdominal pain (R10.84)
Story: Upper and RLQ abdominal pain with radiation to his back and right testicle. Tenderness in the RLQ. Lab 5/2022: H/H normal. CMP is normal. Lipase. CT Scan on 5/22/22 with small left inguinal hernia and a very small umbilical hernia. Mild diverticulosis of the sigmoid. US Scrotum and Testicles - small bilateral hydroceles. Small bilateral inguinal hernias.
Current Plans
- Started Dicyclomine HCl 10 MG Oral Capsule, 1 (one) Capsule every 4 to 6 hrs as needed for abdominal pain, #45, 06/03/2022, Ref. x1.

Abdominal pain, right lower quadrant (R10.31)
Current Plans
- Colonoscopy @ ASC
- Follow-up with Juliana Cotton, NP-C after Procedure

Rectal bleeding (K62.5)
Impression: Intermittent rectal bleeding. Last colonoscopy in 2020.

Rectal pain (K62.89)
Impression: He'd like a refill on the nifedipine for intermittent rectal pain. He's received this in the past from July Cotton, NP for anal fissure, concerned about recurrence.
Current Plans
- Restarted NIFEdipine Powder, 2 percent three times daily; 1/2 inch per rectum, 60 Gram, 30 days starting 06/03/2022, Ref. x1.
  Local Order:
    O Pharmacist Notes: compound ointment to 2%

Internal hemorrhoid (K64.8)
Story: with chronic bleeding. good response to IRC 2018 and 3/2/2020.
Impression: He'd like an IRC at the time of the colonoscopy. Dr. Kavanaugh has done this in the past for him.
Current Plans
- Infrared Coagulation/Destroy Internal Hemorrhoids (46930)
- Pt Education - Infrared Coagulation Therapy for Hemorrhoids
- Consent: The benefits, risks, and alternatives to the procedure were discussed and informed consent was obtained from the patient.

History and Physical Note
**Chart Review Note** (Kavanaugh, Bryan C MD; 6/6/2022 8:53 AM)
I have reviewed the history and physical note and findings.


Completed and submitted for review by Gayleen R Prausa PAC (6/4/2022 9:05 PM)


*[signature: Gayleen R Prausa, PA-C]*

Signed electronically by Gayleen R Prausa, PAC (6/6/2022 12:47 PM)

Co-signed by Bryan C Kavanaugh MD (6/6/2022 1:08 PM)


# Procedures
**Colonoscopy @ ASC**  Performed: 06/01/2022 (Ordered)
**Infrared Coagulation/Destroy Internal Hemorrhoids (46930)**  Performed: 06/01/2022 (Ordered)

Confidential    PLAINTIFFS_RH_0122830
PX-1808_0015

**History & Physical Report**
**3/23/2020: AG Follow Up - Diarrhea, unspecified type (R19.7) (Established Diagnosis), Internal hemorrhoid (K64.8), Anal fissure (K60.2) (Juliana M. zzCotton, NP)**
Patrick R Feindt
Documented: 3/23/2020 2:04 PM
Location: Sisters Grove Clinic
Patient #: 940350
DOB: 8/12/1979
Married / Language: English / Race: Refused to Report/Unreported
Male

History of Present Illness (Juliana M. Cotton NP; 3/23/2020 2:42 PM)
Patient words: non smoker.

The patient is a 40 year old male who presents to the practice today for a transition into care. Note for "Transition into care": Peterson AFB

Additional reasons for visit:

Hemorrhoids is described as the following:
Note for "Hemorrhoids": Mr. Feindt is a 40 yo M here for follow up for chronic diarrhea, internal hemorrhoids with bleeding and anal fissure. Colonoscopy 3/2/20 is normal. internal hemorrhoids noted, treated with IRC. No biopsies taken.
He reports no bleeding for a week after IRC, now having some spotting, very minimal. He has been using Nifedipine cream daily, rectal discomfort also improved. Bowels are about the same 2-3 times a day, mostly Bristol scale 5-6, occasionally more firm. Imodium works well, he will restart using. Rare reflux, uses Prilosec prn. no n/v or dysphagia. wt is stable.
Moving to Hawaii this summer, and expecting his second baby next week.

Health Maintenance History (Kira L. Meza, MA; 3/23/2020 2:07 PM)
Annual Wellness Visit    2020
Treating physicians    Mountain Post Medical
Colonoscopy, Screening    2015
EGD    2017
Flu Vaccine    N/A
Pneumovax    N/A

Allergies (Kira L. Meza, MA; 3/23/2020 2:07 PM)
Penicillins

Problem List/Past Medical (Kira L. Meza, MA; 3/23/2020 2:07 PM)
Gastroesophageal Reflux Disease
Sleep Apnea
Hypercholesterolemia
Diarrhea, unspecified type (R19.7)
History of anal fissures (287.19)
Anal fissure (K60.2)
Internal hemorrhoid (K64.8)

Medication History (Juliana M. Cotton, NP; 3/23/2020 2:11 PM)
Imodium A-D  (2MG Tablet, 1 (one) Tablet Oral every eight hours as needed, Taken starting 11/01/2017) Active. (max 4 tabs/24 hours)
Singulair  (1 Oral daily) Specific strength unknown - Active.
Allegra Allergy  (1 Oral daily) Specific strength unknown - Active.
PriLOSEC  (10MG Capsule DR, 1 Oral as needed) Active.
Tylenol  (325MG Tablet, Oral as needed) Active.
Motrin IB  (200MG Capsule, Oral as needed) Active.
Medications Reconciled

Past Surgical History (Juliana M. Cotton, NP; 3/23/2020 2:11 PM)
Straighten Nasal Septum
Sinus Surgery

Social History (Kira L. Meza, MA; 3/23/2020 2:07 PM)
Alcohol use   Moderate alcohol use. 02/18/2020: Drinks beer and wine 3 times per week having 1-2 drinks per occasion, rarely having more than 5 drinks per occasion.,
10/31/2017: Drinks beer and wine 5 times per week having 1-2 drinks per occasion, rarely having more than 5 drinks per occasion.
Tobacco   Former smoker. 02/01/2020: 1 pack per day, started smoking in 1994 at age 15, quit smoking in 2004 at age 25 (10 pack years), smokes less than 1 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.,
10/28/2017: 0.5 packs per day, started smoking in 1994 at age 15, quit smoking in 2004 at age 25 (5 pack years), smokes 0 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.
Coffee/Caffeine   Coffee. 02/18/2020: Drinks coffee 1-2 times a day.,
10/31/2017: Drinks coffee 1-2 times a day.
Exercise   Light. 02/18/2020: Swims, walks, does aerobics and does other exercise 1-2 times a week.,
10/31/2017: Swims and walks Occasionally.
Seat Belt Use   02/18/2020: always,
10/31/2017: always
Sun Exposure   02/18/2020: frequently,
10/31/2017: frequently
Tobacco / smoke exposure   02/18/2020: No,
10/31/2017: No

Family History (Kira L. Meza, MA; 3/23/2020 2:07 PM)
Heart Disease   Father, Mother.
Hypercholesterolemia   Father, Mother.

Confidential                                                                      PLAINTIFFS_RH_0122831
                                                                                  PX-1808_0016

Diagnostic Studies History (Juliana M. Cotton, NP; 3/23/2020 2:11 PM)
Colonoscopy

Review of Systems (Juliana M. Cotton NP; 3/23/2020 2:12 PM)
**General** Not Present- Fatigue, Fever, Persistent Infections, Weight Gain and Weight Loss.
**Skin** Present- Dryness. Not Present- Change in Wart/Mole, Hives, New Lesions, Rash and Ulcer.
**HEENT** Present- Seasonal Allergies and Wears glasses/contact lenses. Not Present- Hearing Loss, Oral Ulcers, Sinus Pain and Visual Disturbances.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Difficulty Breathing and Wheezing.
**Breast** Not Present- Breast Mass, Breast Pain and Nipple Discharge.
**Cardiovascular** Not Present- Chest Pain, Difficulty Breathing On Exertion, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Present- Hemorrhoids. Not Present- Abdominal Pain, Bloody Stool, Change in Bowel Habits, Chronic diarrhea, Constipation, Difficulty Swallowing, Excessive gas, Heartburn, Incontinence of Stool, Jaundice, Nausea, Painful Swallowing and Vomiting.
**Musculoskeletal** Not Present- Joint Pain, Muscle Pain and Muscle Weakness.
**Neurological** Present- Numbness. Not Present- Decreased Memory, Fainting, Headaches, Seizures and Trouble walking.
**Psychiatric** Not Present- Anxiety, Change in Sleep Pattern, Depression, Fearful and Frequent crying.
**Endocrine** Not Present- Cold Intolerance, Hair Changes, Heat Intolerance and Hot flashes.
**Hematology** Not Present- Easy Bruising, Excessive bleeding and Gland problems.

Vitals (Kira L. Meza MA; 3/23/2020 2:08 PM)
3/23/2020 2:07 PM
**Weight:** 234.2 lb   **Height:** 77 in
*Height was reported by patient.*
**Body Surface Area:** 2.39 m²   **Body Mass Index:** 27.77 kg/m²
**Pain Level:** 0/10
**Temp:** 97.7° F  (Temporal)    **Pulse:** 86 (Regular)    **Resp.:** 16 (Unlabored)    P.OX: 95% (Room air)
**BP:** 122/70 (Sitting, Left Wrist, Standard)
Pt denies pain

Physical Exam (Juliana M. Cotton NP; 3/23/2020 2:43 PM)
**General**
**Mental Status** - Alert.
**Orientation** - Oriented X3.
**Build & Nutrition** - Well nourished and Well developed.
**Gait** - Normal.

**Chest and Lung Exam**
**Chest and lung exam reveals**  - on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
**Cardiovascular examination reveals**  - normal heart sounds, regular rate and rhythm with no murmurs.

**Abdomen**
**Inspection** - Inspection Normal.
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal -** Non Tender, No Rebound tenderness, soft and No Palpable abdominal masses.

**Rectal**
**Anorectal Exam**
**External -** anal fissure  (9'oclock, appears to be healing) .

**Peripheral Vascular**
**Lower Extremity**
**Inspection - Bilateral -** Inspection Normal. **Palpation - Edema - Bilateral -** No edema - Bilateral.

Assessment & Plan (Juliana M. Cotton NP; 3/23/2020 2:45 PM)
Diarrhea, unspecified type (Established Diagnosis) (R19.7)
Story: Chronic loose stools 2-3 times a day, occasionally firm. recent colonoscopy normal.
Impression: Imodium worked well in the past, will restart.

Internal hemorrhoid (K64.8)
Story: with chronic bleeding. good response to IRC 2018 and 3/2/2020.
Impression: pt will call if need to repeat IRC in the future. avoid straining, diarrhea treatment per above.

Anal fissure (K60.2)
Story: has been on Nifedipine BID and fissure appears to be healing on exam.
Impression: continue Nifedipine until symptoms completely resolve. f/u when needed.

History and Physical Note
**Chart Review Note** (Kavanaugh, Bryan C MD; 3/30/2020 11:10 AM)
I have reviewed the history and physical note and findings.

Confidential

PLAINTIFFS_RH_0122832
PX-1808_0017

Signed electronically by Juliana M zzCotton, NP (3/30/2020 11:14 AM)

Co-signed by Bryan C Kavanaugh MD (3/30/2020 12:57 PM)

Confidential

PLAINTIFFS_RH_0122833
PX-1808_0018

**History & Physical Report**
**2/18/2020: AG Follow Up – Anal fissure (K60.2), Internal hemorrhoid (K64.8), Diarrhea, unspecified type (R19.7) (Established Diagnosis) (Juliana M. zzCotton, NP)**
Patrick R Feindt
Documented: 2/18/2020 1:27 PM
Location: Sisters Grove Clinic
Patient #: 940350
DOB: 8/12/1979
Married / Language: English / Race: Refused to Report/Unreported
Male


History of Present Illness (Juliana M. Cotton NP; 2/18/2020 2:15 PM)
Patient words: -- non smoker.

The patient is a 40 year old male who presents to the practice today for a transition into care. Note for "Transition into care": Peterson AFB

Additional reasons for visit:

Hemorrhoids is described as the following:
Note for "Hemorrhoids": Mr. Feindt is a 40 yo M here for follow up. He has hx of chronic diarrhea, internal hemorrhoids with bleeding and anal fissure.
He has 2-3 BMs a day, mostly Bristol scale 5-6, occasionally more firm. no longer using Imodium. no abdominal pain. He has bright red blood on tissue every time he wipes. some rectal discomfort after BM. He uses Lidocaine cream as needed. FFS show internal hemorrhoid, IRC done 1/2018. thinks IRC only helped for 3-6 months. Rare reflux, uses Prilosec prn. no n/v or dysphagia. wt is stable.
Moving to Hawaii this summer and would like to get these things taken care of prior to move.

Reports colonoscopy in April 2015 in Virginia and was normal except for some mild inflammation but biopsies came back "normal". He remembers that the biopsies ruled out IBD.


Health Maintenance History (Kira L. Meza, MA; 2/18/2020 1:30 PM)
Annual Wellness Visit   2020
Treating physicians   Mountain Post Medical
Colonoscopy, Screening   2015
EGD   2017
Flu Vaccine   N/A
Pneumovax   N/A

Allergies (Kira L. Meza, MA; 2/18/2020 1:30 PM)
Penicillins

Problem List/Past Medical (Juliana M. Cotton, NP; 2/18/2020 2:15 PM)
Gastroesophageal Reflux Disease
Sleep Apnea
Hypercholesterolemia
Diarrhea (R19.7)
History of anal fissures (Z87.19)
Internal hemorrhoid (K64.8)
Anal fissure (K60.2)

Medication History (Juliana M. Cotton, NP; 2/18/2020 1:48 PM)
Tylenol  (325MG Tablet, Oral as needed) Active.
Motrin IB  (200MG Capsule, Oral as needed) Active.
PriLOSEC  (10MG Capsule DR, 1 Oral as needed) Active.
Singulair  (1 Oral daily) Specific strength unknown - Active.
Allegra Allergy  (1 Oral daily) Specific strength unknown - Active.
Medications Reconciled

Past Surgical History (Kira L. Meza, MA; 2/18/2020 1:30 PM)
Straighten Nasal Septum

Social History (Juliana M. Cotton, NP; 2/18/2020 1:33 PM)
Alcohol use   Moderate alcohol use. 02/18/2020: Drinks beer and wine 3 times per week having 1-2 drinks per occasion, rarely having more than 5 drinks per occasion.
10/31/2017: Drinks beer and wine 5 times per week having 1-2 drinks per occasion, rarely having more than 5 drinks per occasion.
Tobacco   Former smoker. 02/01/2020: 1 pack per day, started smoking in 1994 at age 15, quit smoking in 2004 at age 25 (10 pack years), smokes less than 1 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.,
10/28/2017: 0.5 packs per day, started smoking in 1994 at age 15, quit smoking in 2004 at age 25 (5 pack years), smokes 0 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.
Coffee/Caffeine   Coffee. 02/18/2020: Drinks coffee 1-2 times a day.,
10/31/2017: Drinks coffee 1-2 times a day.
Exercise   Light. 02/18/2020: Swims, walks, does aerobics and does other exercise 1-2 times a week.,
10/31/2017: Swims and walks Occasionally.
Seat Belt Use   02/18/2020: always,
10/31/2017: always
Sun Exposure   02/18/2020: frequently,
10/31/2017: frequently
Tobacco / smoke exposure   02/18/2020: No,
10/31/2017: No

Family History (Juliana M. Cotton, NP; 2/18/2020 1:33 PM)

Confidential                                                                                    PLAINTIFFS_RH_0122834
                                                                                                PX-1808_0019

Heart Disease   Father, Mother
Hypercholesterolemia  Father, Mother
Heart disease in female family member before age 65
Heart disease in male family member before age 55

Diagnostic Studies History (Kira L. Meza, MA; 2/18/2020 1:30 PM)
Colonoscopy

Other Problems (Juliana M. Cotton, NP; 2/18/2020 2:15 PM)
Asthma

Review of Systems (Juliana M. Cotton NP; 2/18/2020 2:09 PM)
**General** Not Present- Fatigue, Fever, Persistent Infections, Weight Gain and Weight Loss.
**Skin** Present- Dryness. Not Present- Change in Wart/Mole, Hives, New Lesions, Rash and Ulcer.
**HEENT** Present- Seasonal Allergies, Sinus Pain and Wears glasses/contact lenses. Not Present- Hearing Loss, Oral Ulcers and Visual Disturbances.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Difficulty Breathing and Wheezing.
**Breast** Not Present- Breast Mass, Breast Pain and Nipple Discharge.
**Cardiovascular** Not Present- Chest Pain, Difficulty Breathing On Exertion, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Present- Bloody Stool, Change in Bowel Habits, Heartburn and Hemorrhoids. Not Present- Abdominal Pain, Chronic diarrhea, Constipation, Difficulty Swallowing, Excessive gas, Incontinence of Stool, Jaundice, Nausea, Painful Swallowing and Vomiting.
**Musculoskeletal** Present- Joint Pain and Muscle Pain. Not Present- Muscle Weakness.
**Neurological** Not Present- Decreased Memory, Fainting, Headaches, Numbness, Seizures and Trouble walking.
**Psychiatric** Not Present- Anxiety, Change in Sleep Pattern, Depression, Fearful and Frequent crying.
**Endocrine** Not Present- Cold Intolerance, Hair Changes, Heat Intolerance and Hot flashes.
**Hematology** Not Present- Easy Bruising, Excessive bleeding and Gland problems.

Vitals (Kira L. Meza MA; 2/18/2020 1:31 PM)
2/18/2020 1:30 PM
**Weight:** 236.4 lb  **Height:** 77 in
*Height was reported by patient.*
**Body Surface Area:** 2.4 m²  **Body Mass Index:** 28.03 kg/m²
**Pain Level:** 4/10
**Temp.:** 97.7° F  (Temporal)   **Pulse:** 75 (Regular)   **Resp.:** 16 (Unlabored)   P.OX: 93% (Room air)
**BP:** 121/90(Sitting, Left Wrist, Standard)
Pt states discomfort level 4

Physical Exam (Juliana M. Cotton NP; 2/18/2020 2:10 PM)
**General**
**Mental Status** - Alert.
**Orientation** - Oriented X3.
**Build & Nutrition** - Well nourished and Well developed.
**Gait** - Normal.

**Chest and Lung Exam**
**Chest and lung exam reveals**  - on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
**Cardiovascular examination reveals**  - normal heart sounds, regular rate and rhythm with no murmurs.

**Abdomen**
**Inspection** - Inspection Normal.
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal -** Non Tender, No Rebound tenderness, soft and No Palpable abdominal masses.

**Rectal**
**Anorectal Exam**
**External -** anal fissure  (9 oclock) . Note: visible BRB coming from rectum during exam.

**Peripheral Vascular**
**Lower Extremity**
**Inspection - Bilateral -** Inspection Normal. **Palpation - Edema - Bilateral -** No edema - Bilateral.

Confidential                                                                    PLAINTIFFS_RH_0122835
                                                                                PX-1808_0020

Assessment & Plan (Juliana M. Cotton NP: 2/18/2020 2:14 PM)

Anal fissure (K60.2)
Story: seen on exam today.
Impression: will treat with Nifedipine BID, script given to fill at Medicine shoppe.

Internal hemorrhoid (K64.8)
Story: Reports found on colonoscopy in 2015. With persistent rectal bleeding. IRC 2018 worked for about 3-6 months.
Impression: he would like to repeat IRC. if symptoms do not resolve, consider surgery referral.
Current Plans
- Infrared Coagulation/Destroy Internal Hemorrhoids (46930)

Diarrhea, unspecified type (Established Diagnosis) (R19.7)
Story: Chronic diarrhea 2-3 times a day, reports colonoscopy in April 2015 in Virginia and was normal except for some mild inflammation but biopsies came back "normal". He remembers that the biopsies ruled out IBD.
Impression: recommend repeat colonoscopy with biopsies due to ongoing symptoms and having non-specific inflammation on last colonoscopy.
Current Plans
- Colonoscopy @ ASC (with random colon biopsies)
- Follow up with Juliana Cotton, NP-C after Procedure
- Pt Education - How to Access Health Information Online using Patient Portal and 3rd Party Apps: discussed with patient and provided information.



Signed electronically by Juliana M zzCotton, NP (2/18/2020 2:17 PM)

Co-signed by Michael J Baker MD (2/21/2020 11:31 AM)

## Procedures
**Infrared Coagulation/Destroy Internal Hemorrhoids (46930)**  Performed: 02/18/2020 (Ordered)
**Colonoscopy @ ASC**  Performed: 02/18/2020 (Ordered)

Confidential                                                                    PLAINTIFFS_RH_0122836
                                                                                PX-1808_0021

**Encounter #3**

**History & Physical Report**
**1/2/2018: AG Follow Up - Internal hemorrhoid (K64.8), Anal fissure (K60.2), Diarrhea (R19.7) (Established Diagnosis) (Juliana M. zzCotton, NP)**
Patrick R Feindt
1/2/2018 9:31 AM
Location: Sisters Grove Clinic
Patient #: 940350
DOB: 8/12/1979
Married / Language: English / Race: Refused to Report/Unreported
Male

History of Present Illness (Juliana M. Cotton NP; 1/2/2018 10:31 AM)
Patient words: Non smoker.

The patient is a 38 year old male who presents to the practice today for a transition into care. Note for "Transition into care": Evans Army Comm Hosp

Additional reasons for visit:

Hemorrhoids is described as the following:
Note for "Hemorrhoids": Mr. Feindt returns for follow up for chronic diarrhea and rectal symptoms. He has anal fissures and internal hemorrhoids. Fissures seem to be healing on Nifedipine cream, no more pain, but still having rectal bleeding when he wipes and some streaks of blood on underwear. Imodium working well to control diarrhea.

Has also undergone a colonoscopy in April 2015 in Virginia and was normal except for some mild inflammation but biopsies came back "normal". He remembers that the biopsies ruled out Crohn's disease.

Health Maintenance History (Sydni Montet, CMA; 1/2/2018 9:33 AM)
Treating physicians   Mountain Post Medical
Colonoscopy, Screening   2015
EGD   2017
Flu Vaccine   N/A
Pneumovax   N/A

Allergies (Sydni Montet, CMA; 1/2/2018 9:33 AM)
Penicillins

Problem List/Past Medical (Sydni Montet, CMA; 1/2/2018 9:33 AM)
Gastroesophageal Reflux Disease
Asthma
Sleep Apnea
Hypercholesterolemia
Diarrhea (R19.7)
History of anal fissures (Z87.19)

Medication History (Juliana M. Cotton, NP; 1/2/2018 10:31 AM)
NIFEdipine  (2 percent three times daily; 1/2 inch, Taken starting 10/31/2017) Active. (compound ointment to 2%)
Imodium A-D  (2MG Tablet, 1 (one) Tablet Oral every eight hours as needed, Taken starting 11/01/2017) Active. (max 4 tabs/24 hours)
PriLOSEC  (10MG Capsule DR, 1 Oral daily) Active.
Singulair  (1 Oral daily) Specific strength unknown - Active.
Allegra Allergy  (1 Oral daily) Specific strength unknown - Active.
Medications Reconciled

Past Surgical History (Sydni Montet, CMA; 1/2/2018 9:33 AM)
Straighten Nasal Septum

Social History (Sydni Montet, CMA; 1/2/2018 9:33 AM)
Alcohol use   Moderate alcohol use. 10/31/2017: Drinks beer and wine 5 times per week having 1-2 drinks per occasion, rarely having more than 5 drinks per occasion.
Tobacco   Former smoker. 10/28/2017: 0.5 packs per day, started smoking in 1994 at age 15, quit smoking in 2004 at age 25 (5 pack years), smokes 0 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.
Coffee/Caffeine   Coffee. 10/31/2017: Drinks coffee 1-2 times a day.
Exercise   Light. 10/31/2017: Swims and walks Occasionally.
Seat Belt Use   10/31/2017: always
Sun Exposure   10/31/2017: frequently
Tobacco / smoke exposure   10/31/2017: No

Family History (Sydni Montet, CMA; 1/2/2018 9:33 AM)
Heart Disease   Father, Mother.
Hypercholesterolemia   Father, Mother.

Diagnostic Studies History (Sydni Montet, CMA; 1/2/2018 9:33 AM)
Colonoscopy

Confidential

Review of Systems (Sydni Montet CMA; 1/2/2018 9:32 AM)
**General** Not Present- Fatigue, Fever, Persistent Infections, Weight Gain and Weight Loss.
**Skin** Present- Dryness. Not Present- Change in Wart/Mole, Hives, Itching, Rash and Ulcer.
**HEENT** Present- Seasonal Allergies and Wears glasses/contact lenses. Not Present- Hearing Loss, Oral Ulcers, Sinus Pain and Visual Disturbances.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Difficulty Breathing and Wheezing.
**Breast** Not Present- Breast Mass, Breast Pain and Nipple Discharge.
**Cardiovascular** Not Present- Chest Pain, Difficulty Breathing On Exertion, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Bloody Stool, Change in Bowel Habits, Chronic diarrhea, Constipation, Difficulty Swallowing, Excessive gas, Heartburn, Hemorrhoids, Incontinence of Stool, Jaundice, Nausea, Painful Swallowing and Vomiting.
**Musculoskeletal** Not Present- Joint Pain, Muscle Pain and Muscle Weakness.
**Neurological** Not Present- Decreased Memory, Fainting, Headaches, Numbness, Seizures and Trouble walking.
**Psychiatric** Present- Change in Sleep Pattern. Not Present- Anxiety, Depression, Fearful and Frequent crying.
**Endocrine** Not Present- Cold Intolerance, Hair Changes, Heat Intolerance and Hot flashes.
**Hematology** Not Present- Easy Bruising, Excessive bleeding and Gland problems.


Vitals (Sydni Montet CMA; 1/2/2018 9:34 AM)
1/2/2018 9:32 AM
**Weight:** 241.13 lb   **Height:** 77 in
*Height was reported by patient.*
**Body Surface Area:** 2.42 m²   **Body Mass Index:** 28.59 kg/m²
**Pain Level:** 0/10
**Temp.:** 97.3° F  (Temporal)   **Pulse:** 75 (Regular)   **Resp.:** 14 (Unlabored)   P.OX: 93% (Room air)
**BP: 149/89(Sitting, Left Wrist, Standard)**
Pt is in no pain today.


Physical Exam (Juliana M. Cotton NP; 1/2/2018 10:31 AM)
**General**
**Mental Status** - Alert.
**Orientation** - Oriented X3.
**Build & Nutrition** - Well nourished and Well developed.
**Gait** - Normal.

**Chest and Lung Exam**
**Chest and lung exam reveals** - on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
**Cardiovascular examination reveals** - normal heart sounds, regular rate and rhythm with no murmurs.

**Abdomen**
**Inspection** - Inspection Normal.
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal** - Non Tender, No Rebound tenderness, soft and No Palpable abdominal masses.

**Rectal**
**Anorectal Exam**
**External** - normal external exam.

**Peripheral Vascular**
**Lower Extremity**
**Inspection - Bilateral -** Inspection Normal. **Palpation - Edema - Bilateral -** No edema.


Assessment & Plan (Juliana M. Cotton NP; 1/2/2018 10:34 AM)
Internal hemorrhoid (K64.8)
Story: Reports found on colonoscopy in 2015. With rectal bleeding and streaks of blood on underwear, anal fissures seem to be resolved on treatment.
Impression: Will try Anusol suppositories for 2 weeks, if not better than FFS with IRC (pt would like to schedule today so he does not have to wait if suppositories do not work).
Current Plans
- Started Anusol-HC 25MG, 1 (one) Suppository at bedtime, 14 Suppository, 14 days starting 01/02/2018, No Refill.
- FFS (with sedation)
- Infrared Coagulation/Destroy Internal Hemorrhoids (46930)

Anal fissure (K60.2)
Story: appear to be healed on exam after using Nifedipine cream, no further rectal pain.

Diarrhea (Established Diagnosis) (R19.7)
Story: Chronic diarrhea, previous colonoscopy was normal, well controlled on Imodium.


Signed electronically by Juliana M zzCotton, NP (1/2/2018 10:35 AM)

Co-signed by Michael J Baker MD (1/5/2018 3:17 PM)

Confidential

PLAINTIFFS_RH_0122838
PX-1808_0023

## Procedures

**FFS** Performed: 01/02/2018 (Ordered)

**Infrared Coagulation/Destroy Internal Hemorrhoids (46930)** Performed: 01/02/2018 (Ordered)

Confidential

PLAINTIFFS_RH_0122839
PX-1808_0024

**History & Physical Report**
**11/16/2017: AG Follow Up – History of anal fissures (Z87.19) (Principal Diagnosis), Diarrhea (R19.7) (Established Diagnosis)**
**(Juliana M. zzCotton, NP)**
Patrick R Feindt
11/16/2017 9:03 AM
Location: Sisters Grove Pavilion
Patient #: 940350
DOB: 8/12/1979
Married / Language: English / Race: Refused to Report/Unreported
Male

History of Present Illness (Juliana M. Cotton NP; 11/16/2017 9:39 AM)
Patient words: - non smoker.

The patient is a 38 year old male who presents to the practice today for a transition into care. Note for "Transition into care": Mountain Post Medical

Additional reasons for visit:

Hemorrhoids is described as the following:
Note for "Hemorrhoids": Mr. Feindt returns for follow up for chronic diarrhea and rectal symptoms. He reports ongoing for 7 years but getting worse, rectal pain, itching, burning. Was diagnosed with anal fissures at last visit and started on Nifedipine cream, he has been using BID for about 2 weeks now, not noticing much difference yet. He was also started on Imodium, he is taking once daily and this has slowed down his bowels from 6x to 2-3 a day which he is glad about, no constipation. No new complaints today.

Has also undergone a colonoscopy in April 2015 and was normal except for some mild inflammation but biopsies came back "normal". He remembers that the biopsies ruled out Crohn's disease.


Health Maintenance History (Kira L. Meza, MA; 11/16/2017 9:04 AM)
Treating physicians   Mountain Post Medical
Colonoscopy, Screening   2015
EGD   2017
Flu Vaccine   N/A
Pneumovax   N/A

Allergies (Kira L. Meza, MA; 11/16/2017 9:04 AM)
Penicillins

Problem List/Past Medical (Juliana M. Cotton, NP; 11/16/2017 9:43 AM)
Gastroesophageal Reflux Disease
Asthma
Sleep Apnea
Hypercholesterolemia
Diarrhea (R19.7)
History of anal fissures (Z87.19)

Past Surgical History (Kira L. Meza, MA; 11/16/2017 9:04 AM)
Straighten Nasal Septum

Social History (Kira L. Meza, MA; 11/16/2017 9:04 AM)
Alcohol use   Moderate alcohol use. 10/31/2017: Drinks beer and wine 5 times per week having 1-2 drinks per occasion, rarely having more than 5 drinks per occasion.
Tobacco   Former smoker. 10/28/2017: 0.5 packs per day, started smoking in 1994 at age 15, quit smoking in 2004 at age 25 (5 pack years), smokes 0 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.
Coffee/Caffeine   Coffee. 10/31/2017: Drinks coffee 1-2 times a day.
Exercise   Light. 10/31/2017: Swims and walks Occasionally.
Seat Belt Use   10/31/2017: always
Sun Exposure   10/31/2017: frequently
Tobacco / smoke exposure   10/31/2017: No

Family History (Kira L. Meza, MA; 11/16/2017 9:04 AM)
Heart Disease   Father, Mother.
Hypercholesterolemia   Father, Mother.

Medication History (Juliana M. Cotton, NP; 11/16/2017 9:39 AM)
NIFEdipine  (2 percent three times daily; 1/2 inch, Taken starting 10/31/2017) Active. (compound ointment to 2%)
Imodium A-D  (2MG Tablet, 1 (one) Tablet Oral every eight hours as needed, Taken starting 11/01/2017) Active. (max 4 tabs/24 hours)
PriLOSEC  (10MG Capsule DR, 1 Oral daily) Active.
Singulair  (1 Oral daily) Specific strength unknown - Active.
Allegra Allergy  (1 Oral daily) Specific strength unknown - Active.
Medications Reconciled

Diagnostic Studies History (Kira L. Meza, MA; 11/16/2017 9:04 AM)
Colonoscopy

Confidential                                                                                    PLAINTIFFS_RH_0122840
                                                                                                PX-1808_0025

Review of Systems (Kira L. Meza MA; 11/16/2017 9:04 AM)
**General** Not Present- Fatigue, Fever, Persistent Infections, Weight Gain and Weight Loss.
**Skin** Present- Dryness. Not Present- Change in Wart/Mole, Hives, Rash and Ulcer.
**HEENT** Not Present- Hearing Loss, Oral Ulcers, Seasonal Allergies, Sinus Pain, Visual Disturbances and Wears glasses/contact lenses.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Difficulty Breathing and Wheezing.
**Breast** Not Present- Breast Mass, Breast Pain and Nipple Discharge.
**Cardiovascular** Not Present- Chest Pain, Difficulty Breathing On Exertion, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Present- Bloody Stool, Change in Bowel Habits, Excessive gas and Hemorrhoids. Not Present- Abdominal Pain, Chronic diarrhea, Constipation, Difficulty Swallowing, Heartburn, Incontinence of Stool, Jaundice, Nausea, Painful Swallowing and Vomiting.
**Musculoskeletal** Not Present- Joint Pain, Muscle Pain and Muscle Weakness.
**Neurological** Not Present- Decreased Memory, Fainting, Headaches, Numbness, Seizures and Trouble walking.
**Psychiatric** Not Present- Anxiety, Change in Sleep Pattern, Depression, Fearful and Frequent crying.
**Endocrine** Not Present- Cold Intolerance, Hair Changes, Heat Intolerance and Hot flashes.
**Hematology** Not Present- Easy Bruising, Excessive bleeding and Gland problems.

Vitals (Kira L. Meza MA; 11/16/2017 9:06 AM)
11/16/2017 9:04 AM
**Weight:** 245.6 lb   **Height:** 77 in
*Height was reported by patient.*
**Body Surface Area:** 2.44 m²   **Body Mass Index:** 29.12 kg/m²
**Pain Level:** 0/10
**Temp.:** 97.8° F  (Temporal)   **Pulse:** 65 (Regular)   **Resp.:** 14 (Unlabored)   P.OX: 97% (Room air)
**BP:** 146/94 (Sitting, Left Wrist, Standard)
Pt denies pain

Physical Exam (Juliana M. Cotton NP; 11/16/2017 9:40 AM)
<u>General</u>
**Mental Status** - Alert.
**Orientation** - Oriented X3.
**Build & Nutrition** - Well nourished and Well developed.
**Gait** - Normal.

<u>Chest and Lung Exam</u>
**Chest and lung exam reveals**  - on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

<u>Cardiovascular</u>
**Cardiovascular examination reveals**  - normal heart sounds, regular rate and rhythm with no murmurs.

<u>Abdomen</u>
**Inspection** - Inspection Normal.
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal -** Non Tender, No Rebound tenderness, soft and No Palpable abdominal masses.

<u>Rectal</u>
**Anorectal Exam**
**External –** anal fissure  (12 oclock, 7 oclock) .

<u>Peripheral Vascular</u>
**Lower Extremity**
**Inspection - Bilateral -** Inspection Normal. **Palpation - Edema - Bilateral -** No edema.

Assessment & Plan (Juliana M. Cotton NP; 11/16/2017 9:43 AM)
History of anal fissures (Principal Diagnosis) (Z87.19)
Story: Persistent anal fissures, pain, itching, burning, some blood on tp, has been compliant with Nifedipine cream for 2 weeks now, will continue this, and add a Lidocaine cream for his comfort, script given for him to take to medicine shoppe. Will see him back in 6 weeks, if not healed, consider referral to Dr Delano.
Current Plans
  • Follow up with Juliana Cotton, NP-C in 6 Weeks

Diarrhea (Established Diagnosis) (R19.7)
Story: Chronic diarrhea, previous colonoscopy was normal, doing much better since starting Imodium once daily.

*[signature]* NPc

Signed electronically by Juliana M zzCotton, NP (11/16/2017 9:43 AM)

Co-signed by Michael J Baker MD (11/16/2017 10:18 AM)

Confidential

PLAINTIFFS_RH_0122841
PX-1808_0026

**Encounter #1**

**History & Physical Report**
**10/31/2017: AG New Patient Consult – History of anal fissures (Z87.19) (Principal Diagnosis), Diarrhea (R19.7) (Established Diagnosis) (Michael J. Baker, MD)**
Patrick R Feindt
10/31/2017 2:33 PM
Location: Sisters Grove Pavilion
Patient #: 940350
DOB: 8/12/1979
Married / Language: English / Race: Refused to Report/Unreported
Male

History of Present Illness (Michael J. Baker MD; 10/31/2017 4:53 PM)
Patient words: Pt states here for hemorrhoids, former smoker.

The patient is a 38 year old male who presents for a Recheck of Transition into care. Note for "Transition into care": Mountain Post Medical

Additional reasons for visit:

Hemorrhoids is described as the following:
Note for "Hemorrhoids": Mr. Feindt is a 38 year old male here today for initial visit. Presents today due to ongoing issues with hemorrhoids. Has a long standing history of "constant bleeding, itching and irritation". Was seen this Spring and diagnosed with "internal hemorrhoids" and some "scarring from previous fissures". Today, has ongoing anal irritation and intermittent BRBPR. Main complaint is his anal pain and irritation. Has also undergone a colonoscopy in April 2015 and was normal except for some mild inflammation but biopsies came back "normal". He remembers that the biopsies ruled out crohn's disease.

Health Maintenance History (Brittney Simo, MA; 10/31/2017 2:38 PM)
Treating physicians    Mountain Post Medical
Colonoscopy, Screening    2015
EGD    2017
Flu Vaccine    N/A
Pneumovax    N/A

Allergies (Brittney Simo, MA; 10/31/2017 2:38 PM)
Penicillins

Problem List/Past Medical (Brittney Simo, MA; 10/31/2017 2:47 PM)
Gastroesophageal Reflux Disease

Past Surgical History (Brittney Simo, MA; 10/31/2017 2:47 PM)
Straighten Nasal Septum

Social History (Brittney Simo, MA; 10/31/2017 2:47 PM)
Alcohol use    Moderate alcohol use. 10/31/2017: Drinks beer and wine 5 times per week having 1-2 drinks per occasion, rarely having more than 5 drinks per occasion.
Tobacco    Former smoker. 10/28/2017: 0.5 packs per day, started smoking in 1994 at age 15, quit smoking in 2004 at age 25 (5 pack years), smokes 0 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.
Coffee/Caffeine    Coffee. 10/31/2017: Drinks coffee 1-2 times a day.
Exercise    Light. 10/31/2017: Swims and walks Occasionally.
Seat Belt Use    10/31/2017: always
Sun Exposure    10/31/2017: frequently
Tobacco / smoke exposure    10/31/2017: No

Family History (Brittney Simo, MA; 10/31/2017 2:47 PM)
Heart Disease    Father, Mother.
Hypercholesterolemia    Father, Mother.

Medication History (Michael J. Baker, MD; 10/31/2017 4:53 PM)
PriLOSEC  (10MG Capsule DR, 1 Oral daily) Active.
Singulair  (1 Oral daily) Specific strength unknown - Active.
Allegra Allergy  (1 Oral daily) Specific strength unknown - Active.
Medications Reconciled

Other Problems (Brittney Simo, MA; 10/31/2017 2:47 PM)
Asthma
Colonoscopy
Hypercholesterolemia
Sleep Apnea

---

Confidential                                                                    PLAINTIFFS_RH_0122842
                                                                                PX-1808_0027

**Review of Systems** (Brittney Simo MA; 10/31/2017 2:47 PM)
**General** Present- Weight Gain. Not Present- Fatigue, Fever, Persistent Infections and Weight Loss.
**Skin** Present- Dryness and Rash. Not Present- Change in Warts, Moles, Diver Lesions and Ulcer.
**HEENT** Present- Seasonal Allergies, Sinus Pain and Wears glasses/contact lenses. Not Present- Hearing Loss, Oral Ulcers and Visual Disturbances.
**Respiratory** Present- Difficulty Breathing. Not Present- Bloody sputum, Chronic Cough and Wheezing.
**Breast** Not Present- Breast Mass, Breast Pain and Nipple Discharge.
**Cardiovascular** Present- Difficulty Breathing On Exertion and Shortness of Breath. Not Present- Chest Pain, Palpitations and Swelling of Extremities.
**Gastrointestinal** Present- Bloody Stool, Change in Bowel Habits, Chronic diarrhea, Excessive gas, Heartburn and Hemorrhoids. Not Present- Abdominal Pain, Constipation, Difficulty Swallowing, Incontinence of Stool, Jaundice, Nausea, Painful Swallowing and Vomiting.
**Male Genitourinary** Present- Change in Urinary Stream, Frequency, Incontinence, Nocturia, Testicular Pain and Urgency. Not Present- Blood in Urine, Impotence, Painful Urination, Penile Lesions, Testicular Mass and Urethral Discharge.
**Musculoskeletal** Not Present- Joint Pain, Muscle Pain and Muscle Weakness.
**Neurological** Not Present- Decreased Memory, Fainting, Headaches, Numbness, Seizures and Trouble walking.
**Psychiatric** Not Present- Anxiety, Change in Sleep Pattern, Depression, Fearful and Frequent crying.
**Endocrine** Not Present- Cold Intolerance, Hair Changes, Heat Intolerance and Hot flashes.
**Hematology** Not Present- Easy Bruising, Excessive bleeding and Gland problems.

Vitals (Brittney Simo MA; 10/31/2017 2:40 PM)
10/31/2017 2:33 PM
**Weight:** 243 lb   **Height:** 77 in
*Height was reported by patient.*
**Body Surface Area:** 2.43 m²   **Body Mass Index:** 28.82 kg/m²
**Temp.:** 97.7° F  (Temporal)   **Pulse:** 69 (Regular)   **Resp.:** 14 (Unlabored)   P.OX: 93% (Room air)
**BP:** 141/85(Sitting, Left Wrist, Standard)

Physical Exam (Michael J. Baker MD; 10/31/2017 3:10 PM)
**General**
**Mental Status** - Alert.
**General Appearance** - Cooperative.
**Gait** - Normal.
**Hydration** - Well hydrated.
**Voice** - Normal.

**Integumentary**
**General Characteristics**
**Overall examination of the patient's skin reveals** - no rashes.

**Eye**
**Sclera/Conjunctiva - Bilateral** - Sclerae anicteric.

**ENMT**
**Global Assessment**
**Examination of related systems reveals** - normocephalic, atraumatic, respiratory effort is quiet, even and easy with no use of accessory muscles, no digital clubbing, cyanosis or edema and normal ocular motility and primary gaze.

**Male Genitourinary**
Note:  2 fissures (one at 7 o'clock and one at noon)

**Neurologic**
**Examination of related systems reveals** - patient is well-developed and well-nourished.
**Neurologic evaluation reveals** - alert and oriented x 3 with no impairment of recent or remote memory.

**Neuropsychiatric**
**Examination of related systems reveals** - The patient is well-nourished and well-groomed.
**Mental status exam performed with findings of** - Oriented X3 with appropriate mood and affect.

Assessment & Plan (Michael J. Baker MD; 10/31/2017 4:56 PM)
History of anal fissures (Principal Diagnosis) (Z87.19)
Story: Anoscopy performed today and revealed to active fissures. Slow down BMs and begin nifedipine cream TID and f/u in a month.
Current Plans
- Started NIFEdipine, 2 percent three times daily; 1/2 inch, 60 Gram, 30 days starting 10/31/2017, Ref. x3.
  Local Order: compound ointment to 2%

Diarrhea (Established Diagnosis) (R19.7)
Story: Told him 8-9 loose BMs daily are not helping his chronic fissures due to irritation associated with such frequent BMs so will begin imodium and uptitrate with goal of 2 soft BMs per day. May work up for celiac etc. pending response.

Signed electronically by Michael J Baker, MD (10/31/2017 4:56 PM)

Confidential                                                                    PLAINTIFFS_RH_0122843
                                                                                PX-1808_0028

Confidential

PLAINTIFFS_RH_0122844
PX-1808_0029

**Patient: Patrick R. Feindt (940350)**
Review Date: 10/28/2022
Order Date: 10/26/2022 9:53 AM
Collected Date: 10/26/2022 9:53 AM
Reported Date: 10/27/2022 7:08 AM
Lab [Reviewed]: CBC With Differential/Platelet
Reviewed: 10/28/2022 10:38 AM by Michael J. Burkholz, DO
Notify: Michael J. Burkholz, DO

**Patient DOB: 8/12/1979**
Reviewed by: Michael J. Burkholz, DO
Ordered by: Michael J. Burkholz, DO
Site: 1100
Requisition: 54063214325
Accession: 29961216810

**Result Note:**

PATIENT NOT FASTING
PERFORMED BY: DV Labcorp Denver
8490 Upland Drive
Englewood CO 801127115
3037922600

| Test Name | Result | Units | Normal Range | Status |
|---|---|---|---|---|
| WBC | 5.0 | x10E3/uL | 3.4-10.8 | Final, Reviewed |
| RBC | 5.47 | x10E6/uL | 4.14-5.80 | Final, Reviewed |
| Hemoglobin | 16.0 | g/dL | 13.0-17.7 | Final, Reviewed |
| Hematocrit | 48.1 | % | 37.5-51.0 | Final, Reviewed |
| MCV | 88 | fL | 79-97 | Final, Reviewed |
| MCH | 29.3 | pg | 26.6-33.0 | Final, Reviewed |
| MCHC | 33.3 | g/dL | 31.5-35.7 | Final, Reviewed |
| RDW | 13.7 | % | 11.6-15.4 | Final, Reviewed |
| Platelets | 218 | x10E3/uL | 150-450 | Final, Reviewed |
| Neutrophils | 40 | % | Not Estab. | Final, Reviewed |
| Lymphs | 41 | % | Not Estab. | Final, Reviewed |
| Monocytes | 15 | % | Not Estab. | Final, Reviewed |
| Eos | 3 | % | Not Estab. | Final, Reviewed |
| Basos | 1 | % | Not Estab. | Final, Reviewed |
| Immature Cells | | | | Canceled, Reviewed |
| Neutrophils (Absolute) | 2.0 | x10E3/uL | 1.4-7.0 | Final, Reviewed |
| Lymphs (Absolute) | 2.1 | x10E3/uL | 0.7-3.1 | Final, Reviewed |
| Monocytes(Absolute) | 0.7 | x10E3/uL | 0.1-0.9 | Final, Reviewed |
| Eos (Absolute) | 0.2 | x10E3/uL | 0.0-0.4 | Final, Reviewed |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0-0.2 | Final, Reviewed |
| Immature Granulocytes | 0 | % | Not Estab. | Final, Reviewed |

| Patrick R. Feindt | Patient #: 940350 | DOB: 08/12/1979 (44 years) |
|---|---|---|
| Tuesday, October 24, 2023 | | Page 1 / 8 |

Confidential

| Immature Grans (Abs) | 0.0 | x10E3/uL | 0.0-0.1 | Final, Reviewed |
| NRBC | | | | Canceled, Reviewed |
| Hematology Comments: | | | | Canceled, Reviewed |

**Patient: Patrick R. Feindt (940350)**
Review Date: 10/6/2022
Order Date: 9/28/2022 3:59 PM
Collected Date: 9/28/2022 4:17 PM
Reported Date: 10/1/2022 7:08 AM
Lab [Reviewed]: Tryptase (83520)
Reviewed: 10/6/2022 2:47 PM by Bryan C. Kavanaugh, MD
Notify: Bryan C. Kavanaugh, MD
LOINC: 21582-2
Merged: 10/6/2022 2:47 PM by Bryan C. Kavanaugh, MD
Diagnosis: Diarrhea, unspecified type (Established Diagnosis) (R19.7)

**Patient DOB: 8/12/1979**
Reviewed by: Bryan C. Kavanaugh, MD
Ordered by: Bryan C. Kavanaugh, MD
Site: 1100
Requisition: 54063211670
Accession: 27161252280

**Result Note:**

PATIENT NOT FASTING
PERFORMED BY: BN Labcorp Burlington
1447 York Court
Burlington NC 272153361
8007624344
PERFORMED BY: CETWE Labcorp Phoenix
5005 S 40th Street Ste 1200
Phoenix AZ 850402969
8007889743

| Test Name | Result | Units | Normal Range | Status |
|-----------|--------|-------|--------------|--------|
| Tryptase | **5.3** | ug/L | 2.2-13.2 | Final, Reviewed |

**Patient: Patrick R. Feindt (940350)**
Review Date: 10/6/2022
Order Date: 9/28/2022 3:59 PM
Collected Date: 9/28/2022 4:17 PM
Reported Date: 10/1/2022 7:08 AM
Lab [Reviewed]: LABCORP FOOD ALLERGEN PROFILE 12 (602989)
Reviewed: 10/6/2022 2:47 PM by Bryan C. Kavanaugh, MD
Notify: Bryan C. Kavanaugh, MD
LOINC: 7492-2
Merged: 10/6/2022 2:47 PM by Bryan C. Kavanaugh, MD
Diagnosis: Diarrhea, unspecified type (Established Diagnosis) (R19.7)

**Patient DOB: 8/12/1979**
Reviewed by: Bryan C. Kavanaugh, MD
Ordered by: Bryan C. Kavanaugh, MD
Site: 1100
Requisition: 54063211670
Accession: 27161252280

**Result Note:**

PATIENT NOT FASTING
PERFORMED BY: BN Labcorp Burlington
1447 York Court
Burlington NC 272153361
8007624344
PERFORMED BY: CETWE Labcorp Phoenix
5005 S 40th Street Ste 1200
Phoenix AZ 850402969

| Patrick R. Feindt | Patient #: 940350 | DOB: 08/12/1979 (44 years) |
| Tuesday, October 24, 2023 | | Page 2 / 8 |

Confidential

| Test Name | Result | Units | Normal Range | Status |
|---|---|---|---|---|
| Class Description | **SPRCS** | | | Final, Reviewed(Note) |

| Levels of Specific IgE | Class | Description of Class |
|---|---|---|
| < 0.10 | 0 | Negative |
| 0.10 - 0.31 | 0/I | Equivocal/Low |
| 0.32 - 0.55 | I | Low |
| 0.56 - 1.40 | II | Moderate |
| 1.41 - 3.90 | III | High |
| 3.91 - 19.00 | IV | Very High |
| 19.01 - 100.00 | V | Very High |
| >100.00 | VI | Very High |

| Test Name | Result | Units | Normal Range | Status |
|---|---|---|---|---|
| F001-IgE Egg White | **<0.10** | kU/L | Class 0 | Final, Reviewed |
| F013-IgE Peanut | **<0.10** | kU/L | Class 0 | Final, Reviewed |
| F014-IgE Soybean | **<0.10** | kU/L | Class 0 | Final, Reviewed |
| F002-IgE Milk | **<0.10** | kU/L | Class 0 | Final, Reviewed |
| F207-IgE Clam | **<0.10** | kU/L | Class 0 | Final, Reviewed |
| F024-IgE Shrimp | **<0.10** | kU/L | Class 0 | Final, Reviewed |
| F256-IgE Walnut | **<0.10** | kU/L | Class 0 | Final, Reviewed |
| F003-IgE Codfish | **<0.10** | kU/L | Class 0 | Final, Reviewed |
| F338-IgE Scallop | **<0.10** | kU/L | Class 0 | Final, Reviewed |
| F004-IgE Wheat | **<0.10** | kU/L | Class 0 | Final, Reviewed |
| F008-IgE Corn | **<0.10** | kU/L | Class 0 | Final, Reviewed |
| F010-IgE Sesame Seed | **<0.10** | kU/L | Class 0 | Final, Reviewed |

**Patient: Patrick R. Feindt (940350)**
Review Date: 7/14/2022
Order Date: 7/8/2022 2:56 PM
Collected Date: 7/8/2022 2:56 PM
Reported Date: 7/14/2022 6:09 AM
Lab [Reviewed]: Pancreatic Elastase, Fecal
Reviewed: 7/14/2022 10:16 AM by Sarah A. Garza, NP
Notify: Sarah A. Garza, NP

**Patient DOB: 8/12/1979**
Reviewed by: Sarah A. Garza, NP
Ordered by: Sarah A. Garza, NP
Site: 1100
Requisition: 54063204337
Accession: 18961243440

**Result Note:**

PATIENT NOT FASTING
PERFORMED BY: BN Labcorp Burlington
1447 York Court
Burlington NC 272153361
8007624344

| Test Name | Result | Units | Normal Range | Status |
|---|---|---|---|---|
| Pancreatic Elastase, Fecal | **379** | ug Elast./g | >200 | Final, Reviewed(Note) |
| | Severe Pancreatic Insufficiency: | | <100 | |
| | Moderate Pancreatic Insufficiency: | 100 - 200 | | |
| | Normal: | | >200 | |

| Patrick R. Feindt | Patient #: 940350 | DOB: 08/12/1979 (44 years) |
|---|---|---|
| Tuesday, October 24, 2023 | | Page 3 / 8 |

PLAINTIFFS_RH_0122847
PX-1808_0032

**Patient: Patrick R. Feindt (940350)**
Review Date: 7/14/2022
Order Date: 7/8/2022 2:56 PM
Collected Date: 7/8/2022 2:56 PM
Reported Date: 7/14/2022 6:09 AM
Lab [Reviewed]: Calprotectin, Fecal
Reviewed: 7/14/2022 10:16 AM by Sarah A. Garza, NP
Notify: Sarah A. Garza, NP

**Patient DOB: 8/12/1979**
Reviewed by: Sarah A. Garza, NP
Ordered by: Sarah A. Garza, NP
Site: 1100
Requisition: 54063204337
Accession: 18961243440

**Result Note:**

PATIENT NOT FASTING
PERFORMED BY: BN Labcorp Burlington
1447 York Court
Burlington NC 272153361
8007624344

| Test Name | Result | Units | Normal Range | Status |
|---|---|---|---|---|
| Calprotectin, Fecal | **<16** | ug/g | 0-120 | Final, Reviewed(Note) |

| Concentration | Interpretation | Follow-Up |
|---|---|---|
| <16 – 50 ug/g | Normal | None |
| >50 –120 ug/g | Borderline | Re-evaluate in 4-6 weeks |
| >120 ug/g | Abnormal | Repeat as clinically indicated |

---

**Patient: Patrick R. Feindt (940350)**
Review Date: 7/14/2022
Order Date: 7/7/2022 11:33 AM
Collected Date: 7/7/2022 11:33 AM
Reported Date: 7/13/2022 5:07 PM
Lab [Reviewed]: CBC With Differential/Platelet
Reviewed: 7/14/2022 10:16 AM by Sarah A. Garza, NP
Notify: Sarah A. Garza, NP

**Patient DOB: 8/12/1979**
Reviewed by: Sarah A. Garza, NP
Ordered by: Sarah A. Garza, NP
Site: 1100
Requisition: 54081402000
Accession: 18861229690

**Result Note:**

PATIENT NOT FASTING
PERFORMED BY: DV Labcorp Denver
8490 Upland Drive
Englewood CO 801127115
3037922600
PERFORMED BY: BN Labcorp Burlington
1447 York Court
Burlington NC 272153361
8007624344

---

Confidential

PLAINTIFFS_RH_0122848
PX-1808_0033

| Test Name | Result | Units | Normal Range | Status |
|---|---|---|---|---|
| WBC | **7.3** | x10E3/uL | 3.4-10.8 | Final, Reviewed |
| RBC | **6.17** (Abn: H) | x10E6/uL | 4.14-5.80 | Final, Reviewed |
| Hemoglobin | **17.5** | g/dL | 13.0-17.7 | Final, Reviewed |
| Hematocrit | **53.0** (Abn: H) | % | 37.5-51.0 | Final, Reviewed |
| MCV | **86** | fL | 79-97 | Final, Reviewed |
| MCH | **28.4** | pg | 26.6-33.0 | Final, Reviewed |
| MCHC | **33.0** | g/dL | 31.5-35.7 | Final, Reviewed |
| RDW | **14.0** | % | 11.6-15.4 | Final, Reviewed |
| Platelets | **248** | x10E3/uL | 150-450 | Final, Reviewed |
| Neutrophils | **66** | % | Not Estab. | Final, Reviewed |
| Lymphs | **23** | % | Not Estab. | Final, Reviewed |
| Monocytes | **8** | % | Not Estab. | Final, Reviewed |
| Eos | **2** | % | Not Estab. | Final, Reviewed |
| Basos | **1** | % | Not Estab. | Final, Reviewed |
| Immature Cells | | | | Canceled, Reviewed |
| Neutrophils (Absolute) | **4.8** | x10E3/uL | 1.4-7.0 | Final, Reviewed |
| Lymphs (Absolute) | **1.7** | x10E3/uL | 0.7-3.1 | Final, Reviewed |
| Monocytes(Absolute) | **0.6** | x10E3/uL | 0.1-0.9 | Final, Reviewed |
| Eos (Absolute) | **0.1** | x10E3/uL | 0.0-0.4 | Final, Reviewed |
| Baso (Absolute) | **0.0** | x10E3/uL | 0.0-0.2 | Final, Reviewed |
| Immature Granulocytes | **0** | % | Not Estab. | Final, Reviewed |
| Immature Grans (Abs) | **0.0** | x10E3/uL | 0.0-0.1 | Final, Reviewed |
| NRBC | | | | Canceled, Reviewed |
| Hematology Comments: | | | | Canceled, Reviewed |

**Patient: Patrick R. Feindt (940350)**
Review Date: 7/14/2022
Order Date: 7/7/2022 11:33 AM
Collected Date: 7/7/2022 11:33 AM
Reported Date: 7/13/2022 5:07 PM
Lab [Reviewed]: Comp. Metabolic Panel (14)
Reviewed: 7/14/2022 10:16 AM by Sarah A. Garza, NP
Notify: Sarah A. Garza, NP

**Patient DOB: 8/12/1979**
Reviewed by: Sarah A. Garza, NP
Ordered by: Sarah A. Garza, NP
Site: 1100
Requisition: 54081402000
Accession: 18861229690

Confidential

PLAINTIFFS_RH_0122849
PX-1808_0034

**Result Note:**

PATIENT NOT FASTING
PERFORMED BY: DV Labcorp Denver
8490 Upland Drive
Englewood CO 801127115
3037922600
PERFORMED BY: BN Labcorp Burlington
1447 York Court
Burlington NC 272153361
8007624344

| Test Name | Result | Units | Normal Range | Status |
|---|---|---|---|---|
| Glucose | 100 (Abn: H) | mg/dL | 65-99 | Final, Reviewed |
| BUN | 15 | mg/dL | 6-24 | Final, Reviewed |
| Creatinine | 1.04 | mg/dL | 0.76-1.27 | Final, Reviewed |
| eGFR | 92 | mL/min/1.73 | >59 | Final, Reviewed |
| BUN/Creatinine Ratio | 14 | | 9-20 | Final, Reviewed |
| Sodium | 139 | mmol/L | 134-144 | Final, Reviewed |
| Potassium | 4.8 | mmol/L | 3.5-5.2 | Final, Reviewed |
| Chloride | 102 | mmol/L | 96-106 | Final, Reviewed |
| Carbon Dioxide, Total | 20 | mmol/L | 20-29 | Final, Reviewed |
| Calcium | 9.8 | mg/dL | 8.7-10.2 | Final, Reviewed |
| Protein, Total | 7.8 | g/dL | 6.0-8.5 | Final, Reviewed |
| Albumin | 5.1 (Abn: H) | g/dL | 4.0-5.0 | Final, Reviewed |
| Globulin, Total | 2.7 | g/dL | 1.5-4.5 | Final, Reviewed |
| A/G Ratio | 1.9 | | 1.2-2.2 | Final, Reviewed |
| Bilirubin, Total | 0.5 | mg/dL | 0.0-1.2 | Final, Reviewed |
| Alkaline Phosphatase | 82 | IU/L | 44-121 | Final, Reviewed |
| AST (SGOT) | 24 | IU/L | 0-40 | Final, Reviewed |
| ALT (SGPT) | 39 | IU/L | 0-44 | Final, Reviewed |

**Patient: Patrick R. Feindt (940350)**
Review Date: 7/14/2022
Order Date: 7/7/2022 11:33 AM
Collected Date: 7/7/2022 11:33 AM
Reported Date: 7/13/2022 5:07 PM
Lab [Reviewed]: TSH
Reviewed: 7/14/2022 10:16 AM by Sarah A. Garza, NP
Notify: Sarah A. Garza, NP

**Patient DOB: 8/12/1979**
Reviewed by: Sarah A. Garza, NP
Ordered by: Sarah A. Garza, NP
Site: 1100
Requisition: 54081402000
Accession: 18861229690

**Patrick R. Feindt**
Tuesday, October 24, 2023

Patient #: 940350

DOB: 08/12/1979 (44 years)
Page 6 / 8

Confidential

**Result Note:**

PATIENT NOT FASTING
PERFORMED BY: DV Labcorp Denver
8490 Upland Drive
Englewood CO 801127115
3037922600
PERFORMED BY: BN Labcorp Burlington
1447 York Court
Burlington NC 272153361
8007624344

| Test Name | Result | Units | Normal Range | Status |
|---|---|---|---|---|
| TSH | **1.100** | uIU/mL | 0.450-4.500 | Final, Reviewed |

**Patient: Patrick R. Feindt (940350)**          **Patient DOB: 8/12/1979**
Review Date: 7/14/2022                             Reviewed by: Sarah A. Garza, NP
Order Date: 7/7/2022 11:33 AM                      Ordered by: Sarah A. Garza, NP
Collected Date: 7/7/2022 11:33 AM                  Site: 1100
Reported Date: 7/13/2022 5:07 PM                   Requisition: 54081402000
Lab [Reviewed]: t-Transglutaminase (tTG) IgA      Accession: 18861229690
Reviewed: 7/14/2022 10:16 AM by Sarah A. Garza, NP
Notify: Sarah A. Garza, NP

**Result Note:**

PATIENT NOT FASTING
PERFORMED BY: DV Labcorp Denver
8490 Upland Drive
Englewood CO 801127115
3037922600
PERFORMED BY: BN Labcorp Burlington
1447 York Court
Burlington NC 272153361
8007624344

| Test Name | Result | Units | Normal Range | Status |
|---|---|---|---|---|
| t-Transglutaminase (tTG) IgA | <2 | U/mL | 0-3 | Final, Reviewed(Note) |
| | | Negative | 0 - 3 | |
| | | Weak Positive | 4 - 10 | |
| | | Positive | >10 | |

```
Tissue Transglutaminase (tTG) has been identified
as the endomysial antigen.  Studies have demonstr-
ated that endomysial IgA antibodies have over 99%
specificity for gluten sensitive enteropathy.
```

---

Confidential          PLAINTIFFS_RH_0122851
PX-1808_0036

**Patient: Patrick R. Feindt (940350)**
Review Date: 7/14/2022
Order Date: 7/7/2022 11:33 AM
Collected Date: 7/7/2022 11:33 AM
Reported Date: 7/13/2022 5:07 PM
Lab [Reviewed]: Immunoglobulin A, Qn, Serum
Reviewed: 7/14/2022 10:16 AM by Sarah A. Garza, NP
Notify: Sarah A. Garza, NP

**Patient DOB: 8/12/1979**
Reviewed by: Sarah A. Garza, NP
Ordered by: Sarah A. Garza, NP
Site: 1100
Requisition: 54081402000
Accession: 18861229690

**Result Note:**

PATIENT NOT FASTING
PERFORMED BY: DV Labcorp Denver
8490 Upland Drive
Englewood CO 801127115
3037922600
PERFORMED BY: BN Labcorp Burlington
1447 York Court
Burlington NC 272153361
8007624344

| Test Name | Result | Units | Normal Range | Status |
|---|---|---|---|---|
| Immunoglobulin A, Qn, Serum | **197** | mg/dL | 90-386 | Final, Reviewed |

Confidential

PLAINTIFFS_RH_0122852
PX-1808_0037

**Endoscopy Center of Colorado Spri...**
Anesthesia Note
Procedure(s):     **Flexible Sigmoidoscopy** (1/29/2018
                  3:08:49 PM)

Patient Name: **Feindt, Patrick**
Patient ID: **940350**
Exam Date: **01/29/18**
Account#:  **940350**

| | | | |
|---|---|---|---|
| Exam Date: **01/29/18** | Patient ID: **940350** | Doctor: | **Kavanaugh, Bryan** |
| Patient Name: **Patrick Feindt** | DOB: **08/12/1979** | Gender: | **Male** |

### PATIENT ASSESSMENT                                                          User:   dcarlson

H & P performed prior to procedure?  **YES**
   Date performed:  **01/29/2018**
Medications and allergies reviewed?  **YES**
Mental status:  **Alert**
Heart exam:  **RRR without murmurs**
Lung exam:  **CTA Bilaterally**
Abdominal Exam:  **Soft, Non-tender, Nondistended**
Body Mass Index (BMI):  **Height (in): 77, Weight (lbs): 241, BMI (%): 28.6**
Mallampati class:  **II**
ASA score:  **II - mild systemic disease**
Sedation plan:  **General Anesthesia**
Consent signed?  **YES**
This patient has been examined by anesthesia today and has been found to be a suitable candidate for planned
sedation?  **YES**
Indication for procedure:  **Hemorrhoids**

### MEDICAL QUALIFIERS                                                          User:   dcarlson

MEDICAL NECESSITY QUALIFIERS: Patient established as at risk for the following serious conditions:  **Acute Asthma,
Low Pain Threshold, Anxiety/Panic Attackes**

### HEALTH HISTORY                                                             User:   dcarlson

Medical History

Gender:  **Male**
Cardiovascular:  **NO**
Pulmonary:  **YES**
   Pulmonary diagnoses:  **Asthma, Uses inhaler**
   Comments:
Sleep Apnea:  **NO**
Gastrointestinal:  **YES**
   Upper GI:  **Gastric reflux**
   Lower GI:  **Constipation, Diarrhea**
   Comments:
Previous endoscopy/colonoscopy:  **Yes**
   Date of Procedure:  **Colon 2015/EGD 2016**
Diabetes:  **NO**
Blood disorder:  **NO**
Genitourinary/Renal/Endocrine:  **NO**
Musculoskeletal:  **YES**
   Musculoskeletal diagnoses:  **Neck / Back pain**
   Comments:
Neurologic:  **YES**
   Neuro?  **Headaches**
   Comments:
Psychiatric:  **NO**
Miscellaneous:  **NO**
Pregnancy status:  **N/A**
Recent illness, infection or exposure:  **NO**

Surgical History

Previous surgery?  **YES**
   GI surgery:
   General surgery:
   Comments:  **Septoplastic 2016, Thyroid cyst 1984**
Patient or family history of problems with anesthesia?  **NO**
Implants/prosthetics/removable dental work?  **NO**

Anesthesia Note  Page  1   of 4

PLAINTIFFS_RH_0122853
PX-1808_0038

**Endoscopy Center of Colorado Spri...**
Anesthesia Note
Procedure(s):      **Flexible Sigmoidoscopy** (1/29/2018
3:08:49 PM)

Patient Name: **Feindt, Patrick**
Patient ID: **940350**
Exam Date: **01/29/18**
Account#: **940350**

Comments:

### Social History

Tobacco history?  **YES**
　Type:  **Smoke**
　Amount:  **pack**
　Duration:  **10 Years**
　Quit date:  **2005**
Alcohol history?  **YES**
　Type:  **Beer**
　Amount:  **5-10 week**
　Quit date:
Caffeine?  **YES**
　Type:  **Coffee**
　Amount:  **2-3 cups daily**
Recreational drug use?  **NO**

### Family History

Colon cancer?  **NO**
Colon or rectal polyps?  **NO**
Crohn's/ulcerative colitis?  **NO**
Diabetes?  **NO**
Entire health history obtained from:  **Patient**

Confidential

PLAINTIFFS_RH_0122854
PX-1808_0039

**Endoscopy Center of Colorado Spri...**
Anesthesia Note
Procedure(s):     **Flexible Sigmoidoscopy** (1/29/2018
                  3:08:49 PM)

Patient Name: **Feindt, Patrick**
Patient ID: **940350**
Exam Date: **01/29/18**
Account#: **940350**

## Oxygen

| Time | Method | Rate | Entered By | Notes |
|------|--------|------|------------|-------|
| 15:12:26 | Nasal Cannula | 3 L | dcarlson | No Notes Taken |
| 14:50:59 | Nasal Cannula | 1 L | njones | |

## Medications

| Time | Medication | Dose | Entered By | Notes |
|------|-----------|------|------------|-------|
| 15:19:36 | Propofol | 50 mg Total: 300 mg | dcarlson | No Notes Taken |
| 15:17:39 | Propofol | 50 mg | dcarlson | |
| 15:15:58 | Propofol | 100 mg | dcarlson | |
| 15:14:26 | Propofol | 100 mg | dcarlson | |
| 15:14:24 | Lidocaine | 50 mg Total: 50 mg | dcarlson | |

## Vitals

| Time | BP | HR | RESP | O2 Sat | CO2 | Entered By |
|------|-----|-----|------|--------|-----|------------|
| 15:17:31 | 122/78 | 84 | 19 | 91 | 36 | dcarlson |
| 15:14:13 | 137/93 | 79 | 15 | 95 | 34 | dcarlson |
| 14:50:32 | 146/94 | 69 | 14 | 94 | - | njones |

### Notes
No notes entered

## Time Tracking

| Time | Event | Entered By |
|------|-------|------------|
| 15:25:50 | Anesthesia Stop | dcarlson |
| 15:21:29 | Procedure Stop | dcarlson |
| 15:16:11 | Procedure Start | dcarlson |
| 15:11:20 | Anesthesia Start | dcarlson |
| 15:11:19 | Into Procedure | dcarlson |
| 14:54:35 | Admit Stop | njones |
| 14:16:06 | Admit Start | bwade |
| 14:00:46 | Patient Check In | mogas |

## PROCEDURE LOG

| Time | Data | Entered By |
|------|------|------------|
| 15:25:38 | Report given to :   ruth rn | dcarlson |

Anesthesia Note   Page   3   of   4

**Endoscopy Center of Colorado Spri...**
Anesthesia Note
Procedure(s):      Flexible Sigmoidoscopy (1/29/2018
                   3:08:49 PM)

Patient Name: **Feindt, Patrick**
Patient ID: **940350**
Exam Date: **01/29/18**
Account#: **940350**

| | | |
|---|---|---|
| 15:22:51 | **Intra-op discomfort :**    NO | dcarlson |
| 15:22:48 | **PONV :**    NO | dcarlson |
| 15:22:46 | **Postoperative Diagnosis :**    hems,tics | dcarlson |
| 15:22:38 | **Procedure tolerance :**    Well | dcarlson |
| 15:22:32 | **Notes:** 250cc iv fluids | dcarlson |
| 15:20:09 | **IRC: – YES :**    **Pulse Duration :**    1.0 | klosoya |
| 15:14:32 | **Medications titrated per physician's verbal order? :**    YES | dcarlson |
| 15:12:16 | **Cardiac Rhythm :**    Sinus | dcarlson |
| 15:11:53 | **Eyes closed and free of pressure :**    YES | dcarlson |
| 15:11:50 | **Skin integrity maintained after positioning? :**    YES | dcarlson |
| 15:11:48 | **Patient position :**    Left Lateral Decubitus | dcarlson |
| 14:50:52 | **Temperature: – yes :**    **Reading (F) :**    97.9,**Temp reading location :**    Skin | njones |
| 14:50:11 | **LOC :** 2=Awake and alert | njones |

| IV Fluid | | | | |
|---|---|---|---|---|
| **Time** | **Type** | **Amount Hung** | **Entered By** | **Notes** |
| 14:50:57 | Normal Saline | 1000 ml<br>Total: 1000 ml | njones | No Notes Entered |

**Provider Signatures**

Dalette Carlson, CRNA (dcarlson) **ESIGNED – 01/29/2018 15:25:54**

Confidential

PLAINTIFFS_RH_0122856
PX-1808_0041

 **Endoscopy Center** of Colorado Springs

| | | | |
|---|---|---|---|
| **Patient Name:** | Patrick Feindt | **Attending MD:** | Bryan C. Kavanaugh, MD |
| **Date of Birth:** | 8/12/1979 | **Procedure Date No Time:** | 1/29/2018 |
| **MRN:** | 940350 | **Age:** | 38 |

**Procedure:** Anoscopy
**Procedure Date:** 1/29/2018 3:25:17 PM
**Providers:** Bryan C. Kavanaugh, MD
**Referring MD:** . Evans U.S.Army Community Hospital

**Indications:** Hemorrhoids, Rectal hemorrhage
**Comorbidities** Asthma
**Procedure:**

> After obtaining informed consent, the anoscope was placed. Throughout the procedure, the patient was monitored continuously.The anoscopy was accomplished without difficulty. The patient tolerated the procedure well.

**Medicines:** Propofol per Anesthesia
**Complications:** No immediate complications.
**Estimated Blood Loss:** Estimated blood loss: none.

**Findings:**

Internal hemorrhoids were found. The hemorrhoids were Grade I (internal hemorrhoids that do not prolapse). Coagulation to prevent future bleeding of internal hemorrhoids using IRC (Infrared Coagulation) was successful.

**Impression:** - Internal hemorrhoids. Treated with thermal therapy.
- No specimens collected.

**Recommendation:** - Telephone GI clinic if symptomatic in 3 weeks.

**Diagnosis Code(s):** --- Professional ---
K64.0, First degree hemorrhoids
K62.5, Hemorrhage of anus and rectum
J45.909, Unspecified asthma, uncomplicated
--- Technical ---
K64.0, First degree hemorrhoids
K62.5, Hemorrhage of anus and rectum
J45.909, Unspecified asthma, uncomplicated

Bryan C. Kavanaugh, MD
Finalized Date: 1/29/2018 3:26:25 PM
This report has been signed electronically.
**Number of Addenda:** 0

Confidential

PLAINTIFFS_RH_0122857
PX-1808_0042



# Endoscopy Center
## of Colorado Springs

| | | | |
|---|---|---|---|
| **Patient Name:** | Patrick Feindt | **Attending MD:** | Bryan C. Kavanaugh, MD |
| **Date of Birth:** | 8/12/1979 | **Procedure Date No Time:** | 1/29/2018 |
| **MRN:** | 940350 | **Age:** | 38 |

**Procedure:** Flexible Sigmoidoscopy
**Procedure Date:** 1/29/2018 3:08:49 PM
**Providers:** Bryan C. Kavanaugh, MD
**Referring MD:** . Evans U.S.Army Community Hospital

**Indications:** Hematochezia
**Comorbidities** Asthma
**Procedure:**

Pre-Anesthesia Assessment:
- Prior to the procedure, a History and Physical was performed, and patient medications and allergies were reviewed. The patient's tolerance of previous anesthesia was also reviewed. The risks and benefits of the procedure and the sedation options and risks were discussed with the patient. All questions were answered, and informed consent was obtained. Prior Anticoagulants: The patient has taken no previous anticoagulant or antiplatelet agents. ASA Grade Assessment: II - A patient with mild systemic disease. After reviewing the risks and benefits, the patient was deemed in satisfactory condition to undergo the procedure.
After obtaining informed consent, the endoscope was passed under direct vision. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously. The scope was introduced through the anus and advanced to the left transverse colon. The flexible sigmoidoscopy was accomplished without difficulty. The patient tolerated the procedure well. The quality of the bowel preparation was good.

**Medicines:** Propofol per Anesthesia
**Complications:** No immediate complications.
**Estimated Blood Loss:** Estimated blood loss: none.

**Findings:**

A few diverticula were found in the sigmoid colon.

Internal hemorrhoids were found during retroflexion. The hemorrhoids were Grade I (internal hemorrhoids that do not prolapse).

**Add'l Images:**




The Colon


1 Rectum


2 Rectum


3 Rectum

Confidential

PLAINTIFFS_RH_0122858
PX-1808_0043



# Endoscopy Center
## of Colorado Springs

| | | | |
|---|---|---|---|
| **Patient Name:** | Patrick Feindt | **Attending MD:** | Bryan C. Kavanaugh, MD |
| **Date of Birth:** | 8/12/1979 | **Procedure Date No Time:** | 1/29/2018 |
| **MRN:** | 940350 | **Age:** | 38 |



④ Sigmoid Colon



⑤ Sigmoid Colon



⑥ Splenic Flexure



⑦ Descending Colon



⑧ Sigmoid Colon

| | |
|---|---|
| **Impression:** | - Diverticulosis in the sigmoid colon. |
| | - Internal hemorrhoids. |
| | - No specimens collected. |
| **Recommendation:** | - High fiber diet and augmented water consumption diet. |
| | - proceed with infrared coagulation of hemorrhoids. |
| **Procedure Code(s):** | --- Professional --- |
| | 45330, Sigmoidoscopy, flexible; diagnostic, including collection of specimen(s) by brushing or washing, when performed (separate procedure) |
| | --- Technical --- |
| | 45330, Sigmoidoscopy, flexible; diagnostic, including collection of specimen(s) by brushing or washing, when performed (separate procedure) |
| **Diagnosis Code(s):** | --- Professional --- |
| | K64.0, First degree hemorrhoids |
| | K92.1, Melena (includes Hematochezia) |
| | J45.909, Unspecified asthma, uncomplicated |
| | K57.30, Diverticulosis of large intestine without perforation or abscess without bleeding |
| | --- Technical --- |
| | K64.0, First degree hemorrhoids |
| | K92.1, Melena (includes Hematochezia) |
| | J45.909, Unspecified asthma, uncomplicated |
| | K57.30, Diverticulosis of large intestine without perforation or abscess without bleeding |

CPT ® 2016 American Medical Association. All rights reserved.

**The codes documented in this report are preliminary and upon coder review may be revised to meet current**

Confidential                                                  PLAINTIFFS_RH_0122859
                                                              PX-1808_0044



## Endoscopy Center
### of Colorado Springs

| Patient Name: | Patrick Feindt | Attending MD: | Bryan C. Kavanaugh, MD |
|---|---|---|---|
| Date of Birth: | 8/12/1979 | Procedure Date No Time: | 1/29/2018 |
| MRN: | 940350 | Age: | 38 |

compliance requirements.


Bryan C. Kavanaugh, MD
Finalized Date: 1/29/2018 3:25:10 PM
This report has been signed electronically.
**Number of Addenda:**    0

Confidential

PLAINTIFFS_RH_0122860
PX-1808_0045

Endoscopy Center of Colorado Spri...
**Anesthesia Note**
Procedure(s):  Colonoscopy (3/2/2020 2:44:06 PM)

Patient Name: Feindt, Patrick
Patient ID: 940350
Exam Date: 03/02/20
Account#:  940350

| | | | |
|---|---|---|---|
| Exam Date: **03/02/20** | Patient ID: **940350** | Doctor: | **Kavanaugh, Bryan** |
| Patient Name: **Patrick Feindt** | DOB: **08/12/1979** | Gender: **Male** | |

## PATIENT ASSESSMENT
User:  rmoore

H & P performed prior to procedure?  **YES**
  Date performed:  **3.2.2020**
Medications and allergies reviewed?  **YES**
Mental status:  **Alert, Oriented, Anxious**
Heart exam:  **RRR without murmurs**
Lung exam:  **CTA Bilaterally**
Abdominal Exam:  **Soft, Non-tender, Nondistended**
Body Mass Index (BMI):  **Height (in): 77, Weight (lbs): 235, BMI (%): 27.9**
Mallampati class:  **II**
ASA score:  **II - mild systemic disease**
Sedation plan:  **General Anesthesia**
Consent signed?  **YES**
This patient has been examined by anesthesia today and has been found to be a suitable candidate for planned
sedation?  **YES**
Indication for procedure:  **Diarrhea, internal hemorrhoids**

## MEDICAL QUALIFIERS
User:  rmoore

MEDICAL NECESSITY QUALIFIERS: Patient established as at risk for the following serious conditions:  **Acute Asthma,
Chronic Pain, Low Pain Threshold, gerd**

## HEALTH HISTORY
User:  rmoore

### Medical History

Gender:  **Male**
Cardiovascular:  **NO**
Pulmonary:  **YES**
  Pulmonary diagnoses:  **Asthma, Uses inhaler**
  Comments:
Sleep Apnea:  **NO**
Gastrointestinal:  **YES**
  Upper GI:  **Gastric reflux**
  Lower GI:  **Constipation, Diarrhea, Hemorrhoids**
  Comments:
Previous endoscopy/colonoscopy:  **Yes**
  Date of Procedure:  **COLON 2015**
Diabetes:  **NO**
Blood disorder:  **NO**
Genitourinary/Renal/Endocrine:  **NO**
Musculoskeletal:  **YES**
  Musculoskeletal diagnoses:  **Neck / Back pain**
  Comments:
Neurologic:  **YES**
  Neuro?  **Headaches**
  Comments:
Psychiatric:  **NO**
Miscellaneous:  **NO**
Pregnancy status:  **N/A**
Recent illness, infection or exposure:  **NO**

### Surgical History

Previous surgery?  **YES**
  GI surgery:
  General surgery:
  Comments:  **Septoplasty, deviated septum, Thyroid cyst 1984**
Patient or family history of problems with anesthesia?  **NO**
Implants/prosthetics/removable dental work?  **NO**

<u>Anesthesia Note</u>  Page  1  of 4

**Endoscopy Center of Colorado Spri...**
Anesthesia Note
Procedure(s):      Colonoscopy (3/2/2020 2:44:06 PM)

Patient Name: **Feindt, Patrick**
Patient ID: **940350**
Exam Date: **03/02/20**
Account#: **940350**

Comments:

### Social History

Tobacco history?  **YES**
   Type:  **Smoke**
   Amount:  **1 ppd**
   Duration:  **10 Years**
   Quit date:  **2005**
Alcohol history?  **YES**
   Type:  **Beer**
   Amount:  **4 days per week**
   Quit date:
Caffeine?  **YES**
   Type:  **coffee**
   Amount:  **2 cups day**
Recreational drug use?  **NO**

### Family History

Colon cancer?  **NO**
Colon or rectal polyps?  **YES**
   Who?  **father**
Crohn's/ulcerative colitis?  **NO**
Diabetes?  **NO**
Entire health history obtained from:  **Patient**

Confidential

**Endoscopy Center of Colorado Spri...**
Anesthesia Note
Procedure(s):    Colonoscopy (3/2/2020 2:44:06 PM)

Patient Name: **Feindt, Patrick**
Patient ID: **940350**
Exam Date: **03/02/20**
Account#: **940350**

### Oxygen

| Time | Method | Rate | Entered By | Notes |
|------|--------|------|-----------|-------|
| 15:12:46 | Nasal Cannula | 0 L | jmills | No Notes Taken |
| 15:03:32 | Nasal Cannula | 4 L | rmoore | |
| 14:51:52 | Nasal Cannula | 4 L | rmoore | |
| 14:37:30 | Nasal Cannula | 2 L | nzeman | |

### Medications

| Time | Medication | Dose | Entered By | Notes |
|------|-----------|------|-----------|-------|
| 15:03:28 | Propofol | 40 mg  Total: 260 mg | rmoore | No Notes Taken |
| 15:03:26 | Propofol | 40 mg | rmoore | |
| 15:03:22 | Propofol | 40 mg | rmoore | |
| 15:03:21 | Propofol | 40 mg | rmoore | |
| 14:53:32 | Propofol | 50 mg | rmoore | |
| 14:52:41 | Propofol | 50 mg | rmoore | |
| 14:51:57 | Lidocaine | 30 mg  Total: 30 mg | rmoore | |

### Vitals

| Time | BP | HR | RESP | O2 Sat | CO2 | Entered By |
|------|-----|-----|------|--------|------|-----------|
| 15:12:35 | 125/79 | 88 | 14 | 97 | - | jmills |
| 15:06:27 | 125/87 | 88 | 10 | 98 | 49 | rmoore |
| 15:05:28 | 125/87 | 86 | 11 | 98 | 49 | rmoore |
| 15:03:25 | 128/85 | 89 | 13 | 98 | 41 | rmoore |
| 15:03:08 | 128/85 | 89 | 15 | 98 | 41 | rmoore |
| 14:52:42 | 126/89 | 57 | 13 | 97 | 32 | rmoore |
| 14:51:54 | 126/89 | 58 | 11 | 98 | 33 | rmoore |
| 14:37:14 | 130/87 | 72 | 16 | 91 | - | nzeman |

**Notes**
No notes entered

### Time Tracking

| Time | Event | Entered By |
|------|-------|-----------|
| 15:12:05 | Recovery | jmills |
| 15:12:00 | Anesthesia Stop | rmoore |
| 15:08:00 | Procedure Stop | rmoore |
| 14:54:00 | Procedure Start | rmoore |

Anesthesia Note  Page  3   of  4

**Endoscopy Center of Colorado Spri...**
Anesthesia Note
Procedure(s):     Colonoscopy (3/2/2020 2:44:06 PM)

Patient Name: Feindt, Patrick
Patient ID: 940350
Exam Date: **03/02/20**
Account#: **940350**

| | | |
|---|---|---|
| 14:49:40 | Anesthesia Start | rmoore |
| 14:49:39 | Into Procedure | rmoore |
| 14:39:22 | Admit Stop | nzeman |
| 14:22:09 | Admit Start | nzeman |
| 14:04:36 | Patient Check In | emargurite |

**PROCEDURE LOG**

| Time | Data | Entered By |
|---|---|---|
| 15:15:48 | **Temperature: – yes :    Reading (F) :    97.9,Temp reading location :    Infrared** | jmills |
| 15:12:23 | **Notes:** pt in rr | jmills |
| 15:10:43 | **Notes:** no specimens collected | marisa |
| 15:10:02 | **IV Fluids – yes :    Type :    NS, –,Ammount infused (mL) :    750** | rmoore |
| 15:07:16 | **Postoperative Diagnosis :**    hemorrhoids | rmoore |
| 15:07:02 | **Procedure tolerance :**    Well | rmoore |
| 15:07:01 | **PONV :    NO** | rmoore |
| 15:07:00 | **Intra-op discomfort :**    NO | rmoore |
| 15:03:12 | **Cardiac Rhythm :**    Sinus | rmoore |
| 15:03:07 | **Patient position :**    Left Lateral Decubitus | rmoore |
| 15:03:07 | **Skin integrity maintained after positioning? :**    YES | rmoore |
| 15:03:06 | **Eyes closed and free of pressure :**    YES | rmoore |
| 14:54:00 | **Notes:** TIVA initiated: Loss of consciousness as evidenced by lack of lash reflex, failure to respond to verbal or light tactile stimulation. Eyes closed and free of pressure | rmoore |
| 14:51:44 | **Cardiac Rhythm :**    Sinus | rmoore |
| 14:51:35 | **Patient position :**    Left Lateral Decubitus | rmoore |
| 14:51:34 | **Skin integrity maintained after positioning? :**    YES | rmoore |
| 14:51:33 | **Eyes closed and free of pressure :**    YES | rmoore |
| 14:37:24 | **Temperature: – yes :    Reading (F) :    97.5,Temp reading location :    Skin** | nzeman |
| 14:36:43 | **LOC :** 2=Awake and alert | nzeman |

**IV Fluid**

| Time | Type | Amount Hung | Entered By | Notes |
|---|---|---|---|---|
| 14:37:31 | Normal Saline | 1000 ml Total: 1000 ml | nzeman | No Notes Entered |

**Provider Signatures**

Randall Moore, CRNA (rmoore) **ESIGNED – 03/02/2020 15:16:22**

Confidential

 **Endoscopy Center** of Colorado Springs

| | | | |
|---|---|---|---|
| **Patient Name:** | Patrick Feindt | **Attending MD:** | Bryan C. Kavanaugh, MD |
| **Date of Birth:** | 8/12/1979 | **Procedure Date No Time:** | 3/2/2020 |
| **MRN:** | 940350 | **Age:** | 40 |

**Procedure:** Anoscopy
**Procedure Date:** 3/2/2020 3:11:23 PM
**Providers:** Bryan C. Kavanaugh, MD
**Referring MD:** 21st Medical Group Peterson AFB

**Indications:** Hemorrhoids, Rectal hemorrhage
**Comorbidities** See the other procedure note for documentation of comorbidities
**Procedure:**

After obtaining informed consent, the anoscope was placed. Throughout the procedure, the patient was monitored continuously.The anoscopy was accomplished without difficulty. The patient tolerated the procedure well.

**Medicines:** None
**Complications:** No immediate complications.
**Estimated Blood Loss:** Estimated blood loss: none.

**Findings:**

Internal hemorrhoids were found. The hemorrhoids were Grade I (internal hemorrhoids that do not prolapse). Coagulation to prevent future bleeding of internal hemorrhoids using IRC (Infrared Coagulation) was successful.

**Impression:** - Internal hemorrhoids. Treated with thermal therapy.
              - No specimens collected.

**Recommendation:** - Telephone my office if symptomatic in 3 weeks.

**Diagnosis Code(s):** --- Professional ---
K64.0, First degree hemorrhoids
K62.5, Hemorrhage of anus and rectum
--- Technical ---
K64.0, First degree hemorrhoids
K62.5, Hemorrhage of anus and rectum

Bryan C. Kavanaugh, MD
Finalized Date: 3/2/2020 3:12:48 PM
This report has been signed electronically.
**Number of Addenda:** 0

Confidential                                                      PLAINTIFFS_RH_0122865
PX-1808_0050

 **Endoscopy Center** of Colorado Springs

| Patient Name: | Patrick Feindt | Attending MD: | Bryan C. Kavanaugh, MD |
|---|---|---|---|
| Date of Birth: | 8/12/1979 | Procedure Date No Time: | 3/2/2020 |
| MRN: | 940350 | Age: | 40 |

| | |
|---|---|
| **Procedure:** | Colonoscopy |
| **Procedure Date:** | 3/2/2020 2:44:06 PM |
| **Providers:** | Bryan C. Kavanaugh, MD |
| **Referring MD:** | 21st Medical Group Peterson AFB |

| | |
|---|---|
| **Indications:** | Hematochezia |
| **Patient Profile:** | Last Colonoscopy: none. The patient's first colonoscopy is today. |
| **Comorbidities** | Asthma, Gastro-esophageal reflux disease |
| **Procedure:** | |

Pre-Anesthesia Assessment:
- Prior to the procedure, a History and Physical was performed, and patient medications and allergies were reviewed. The patient's tolerance of previous anesthesia was also reviewed. The risks and benefits of the procedure and the sedation options and risks were discussed with the patient. All questions were answered, and informed consent was obtained. Prior Anticoagulants: The patient has taken no previous anticoagulant or antiplatelet agents. ASA Grade Assessment: II - A patient with mild systemic disease. After reviewing the risks and benefits, the patient was deemed in satisfactory condition to undergo the procedure.
After I obtained informed consent, the scope was passed under direct vision. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously.The scope was introduced through the anus and advanced to the cecum, identified by appendiceal orifice and ileocecal valve. The colonoscopy was performed without difficulty. The patient tolerated the procedure well. The quality of the bowel preparation was good. The ileocecal valve, the appendiceal orifice and the rectum were photographed.

| | |
|---|---|
| **Medicines:** | Propofol per Anesthesia |
| **Complications:** | No immediate complications. |
| **Estimated Blood Loss:** | Estimated blood loss: none. |

### Findings:

The entire examined colon appeared normal. No biopsies or other specimens were collected for this exam.

Internal hemorrhoids were found during retroflexion. The hemorrhoids were Grade I (internal hemorrhoids that do not prolapse).

No additional abnormalities were found on retroflexion.

Confidential

PLAINTIFFS_RH_0122866
PX-1808_0051



**AG Endoscopy Center** of Colorado Springs

| | | | |
|---|---|---|---|
| **Patient Name:** | Patrick Feindt | **Attending MD:** | Bryan C. Kavanaugh, MD |
| **Date of Birth:** | 8/12/1979 | **Procedure Date No Time:** | 3/2/2020 |
| **MRN:** | 940350 | **Age:** | 40 |

**Add'l Images:**



The Colon



1 Rectum



2 Rectum



3 Sigmoid Colon



4 Descending Colon



5 Splenic Flexure



6 Transverse Colon



7 Transverse Colon



8 Hepatic Flexure

9 Ascending Colon



10 Cecum



11 Appendiceal Orifice

| | |
|---|---|
| **Impression:** | - The entire examined colon is normal.  No specimens collected.<br>- Internal hemorrhoids. |
| **Recommendation:** | - Repeat colonoscopy in 10 years for surveillance.<br>- Patient has a contact number available for emergencies.  The signs and symptoms of potential delayed complications were discussed with the patient.  Return to normal activities tomorrow.  Written discharge instructions were provided to the patient.<br>- Resume regular diet.<br>- Continue present medications. |
| **Procedure Code(s):** | --- Professional ---<br>45378, Colonoscopy, flexible; diagnostic, including collection of specimen(s) by brushing or washing, when performed (separate procedure) |

Confidential

PLAINTIFFS_RH_0122867
PX-1808_0052

 **Endoscopy Center** of Colorado Springs

| Patient Name: | Patrick Feindt | Attending MD: | Bryan C. Kavanaugh, MD |
|---|---|---|---|
| Date of Birth: | 8/12/1979 | Procedure Date No Time: | 3/2/2020 |
| MRN: | 940350 | Age: | 40 |

--- Technical ---
45378, Colonoscopy, flexible; diagnostic, including collection of specimen(s) by brushing or washing, when performed (separate procedure)

**Diagnosis Code(s):**    --- Professional ---
K64.0, First degree hemorrhoids
K92.1, Melena (includes Hematochezia)
J45.909, Unspecified asthma, uncomplicated
K21.9, Gastro-esophageal reflux disease without esophagitis
--- Technical ---
K64.0, First degree hemorrhoids
K92.1, Melena (includes Hematochezia)
J45.909, Unspecified asthma, uncomplicated
K21.9, Gastro-esophageal reflux disease without esophagitis

CPT ® 2018 © American Medical Association. All rights reserved.

**The codes documented in this report are preliminary and upon coder review may be revised to meet current compliance requirements.**

Bryan C. Kavanaugh, MD
Finalized Date: 3/2/2020 3:11:01 PM
This report has been signed electronically.
**Number of Addenda:**    0

Confidential                                                    PLAINTIFFS_RH_0122868
PX-1808_0053

# CapsoCam Plus Endoscopy Report



Associates of Gastroenterology P.C.
2940 N. Circle Drive, Colorado Springs, CO,
80909
7196357321

## CPT CODE: #91110

| | |
|---|---|
| Patient ID: | 940350 |
| Patient Name: | Feindt, Patrick |
| Patient Date of Birth: | 08/12/1979 |
| Physician Name: | Buckholz MD, Michael |
| Referring Physician: | |
| Procedure Date: | 07/19/2022 |
| Capsule SN: | A0412P.726 |
| Version: | CapsoCloud 2.4 |

## CLINICAL HISTORY

**ICD-10 CODES:**

R10.31 Right lower quadrant pain

**Duration of Symptoms: Months**

Colonoscopy
EGD

## PATIENT DATA

| | |
|---|---|
| First Esophageal Image: | Time:00:00:01.60, Frame:5 |
| First Gastric Image: | Time:00:00:04.30, Frame:13 |
| First Duodenal Image: | Time:02:06:19.29, Frame:8328 |
| First Cecal Image: | Time:06:57:34.01, Frame:22915 |
| Esophageal Transit Time: | 00:00:03 |
| Gastric Transit Time: | 02:06:15 |
| Small Bowel Transit Time: | 04:51:15 |
| Bowel Preparation: | [Not Specified] |

## DESCRIPTION OF PROCEDURE

After following pre-procedure prep protocol, informed consent was provided to the patient explaining the risks, benefits, and possible complications of capsule endoscopy. The patient expressed understanding and agreed to undergo the procedure. Informed consent was signed and obtained. The patient swallowed the capsule without complications.

Capsule SN: A0412P.726
Patient Name: Patrick Feindt

Report generated with CapsoCloud v2.4 at 07/27/2022, 1:35 PM PDT
Page 1 of 4

Confidential

PLAINTIFFS_RH_0122869
PX-1808_0054

# CapsoCam Plus Endoscopy Report





Associates of Gastroenterology P.C.
2940 N. Circle Drive, Colorado Springs, CO,
80909
719635732?

## FINDINGS SUMMARY

Activily bleeding gastric lesion, suspect ulcer
Normal appearing small bowel throughout

## RECOMMENDATION

Urgent EGD
Stat CBC
Follow up with us in GI clinic

## SIGNATURE: *Michael Burkholz MD*

(This document was electronically signed by Michael Burkholz MD at 07/27/2022, 1:35 PM PDT)

## FINDINGS WITH IMAGES

Image 1 (Frame: 5, Transit Time: 00:00:01.00)
**First Esophageal Image**



Image 2 (Frame: 13, Transit Time: 00:00:04.30)
**First Gastric Image**



Capsule SN: A0412P.726
Patient Name: Patrick Feindt

Report generated with CapsoCloud v2.4 at 07/27/2022, 1:35 PM PDT
Page 2 of 4

Confidential

PLAINTIFFS_RH_0122870
PX-1808_0055





# CapsoCam Plus Endoscopy Report

Associates of Gastroenterology P.C.
2940 N. Circle Drive, Colorado Springs, CO,
80909
7196357321

Image 3 (Frame: 5116, Transit Time: 01:10:43.69)



Bleeding ulcer in the stomach.

Image 4 (Frame: 5119, Transit Time: 01:10:45.43)



Bleeding ulcer in the stomach.

Image 5 (Frame: 5858, Transit Time: 01:29:43.48)



Fresh blood in the stomach.

Image 6 (Frame: 6859, Transit Time: 01:50:01.33)



Fresh blood in stomach.

Capsule SN: A0412P.726
Patient Name: Patrick Feindt

Report generated with CapsoCloud v2.4 at 07/27/2022, 1:35 PM PDT
Page 3 of 4

Confidential

# CapsoCam Plus Endoscopy Report



Associates of Gastroenterology P.C.
2940 N. Circle Drive, Colorado Springs, CO.
80909
7196357321

Image 7 (Frame: 7078, Transit Time: 01:52:01.33)



Fresh blood in stomach.

Image 8 (Frame: 8328, Transit Time: 02:06:19.29, Small Bowel Transit Time: 00:00:00 0%)
**First Duodenal Image**



Image 9 (Frame: 13571, Transit Time: 03:03:56.84, Small Bowel Transit Time: 00:57:37 36%)



Normal small bowel

Image 10 (Frame: 22915, Transit Time: 06:57:34.01, Small Bowel Transit Time: 04:51:15 100%)
**First Cecal Image**



Capsule SN: A0412P.726
Patient Name: Patrick Feindt

Report generated with CapsoCloud v2.4 at 07/27/2022, 1:35 PM PDT
Page 4 of 4

Confidential

PLAINTIFFS_RH_0122872
PX-1808_0057

# GI Histology Report

| | | | |
|---|---|---|---|
| Patient Name<br>**Feindt, Patrick R** | Accession Number<br>**XT22-0017294** | Procedure Date<br>**08/09/2022** | **Associates in Gastroenterology**<br>2940 N Circle Drive<br>Colorado Springs, CO 80909<br>CLIA#: 06D1044917 |
| Date of Birth (Age/Gender)<br>**08/12/1979 (43 YEARS/M)** | Requesting Facility<br>**Endoscopy Center of Colorado Springs** | Received Date<br>**08/10/2022** | |
| EMR#<br>**940350** | **2940 North Circle**<br>**Colorado Springs, CO 80909** | Report Date<br>**08/12/2022** | |
| Patient Phone<br>**540-322-6708** | Requesting Physician<br>**Michael Burkholz, DO** | | |
| Referring Physician<br>**21st Medical Group Peterson AFB** | Referring Physician Fax<br>**877-813-1756** | | |
| | Clinical Information<br>R10.30, K25.3, J45.909<br>Lower abdominal pain, follow-up of acute gastric ulcer. | | |

## Diagnosis & Interpretation

**A. Duodenum, Biopsy**

- Duodenal/small bowel mucosa without significant histopathological abnormality

Comment: None

Microscopic Description: Biopsy fragments show good preservation of intestinal villous architecture. The underlying crypts are not hyperplastic and lamina propria inflammation is within normal limits with scattered plasma cells. The surface epithelium shows a normal complement of intestinal lymphocytes in a decrescendo pattern without lymphocytosis. Brunner's glands are present in some but not all fragments. Organisms are not identified.

**B. Stomach, Biopsy**

- Antral-type and fundic/body-type gastric mucosa showing no significant histopathological abnormality
- Negative for active inflammation or Helicobacter organisms

Comment: An immunohistochemical stain for Helicobacter organisms is negative.

Microscopic Description: Biopsy fragments of antral-type and body/fundic-type gastric mucosa show well-organized gastric glands. Parietal cells are abundant. There is no significantly increased chronic inflammation and no active inflammation. Foveolar epithelium is not hyperplastic and gastric pits are not elongated. There is no significant cytological or architectural atypia.

## Gross Description

A. Received is a formalin filled specimen container labeled with two patient identifiers and "duodenum-duodenum, BX". It contains six portions of light tan mucosal tissue ranging from 0.5 cm. to 0.1 cm. in greatest dimension. The specimen is entirely submitted in cassette A.

B. Received is a formalin filled specimen container labeled with two patient identifiers and "stomach-gastric BX". It contains six portions of light tan mucosal tissue ranging from 0.5 cm. to 0.2 cm. in greatest dimension. The specimen is entirely submitted in cassette B. (AJ/ajohn 08/10/22 09:45 AM)

Technical Services provided by
Inform Diagnostics
6655 North MacArthur Blvd, Irving TX 75039,
Medical Director: Anuradha Singhal, MD,
CLIA#: 45D0975010.

William Kinn, MD

Confidential

Final Report Electronically Signed on 08/12/2022 at 05:02 PM

**CPT CODES:**            88305x2, 88342

Confidential

PLAINTIFFS_RH_0122874

PX-1808_0059

**Endoscopy Center of Colorado Spri...**
Anesthesia Note
Procedure(s):    Upper GI endoscopy (8/9/2022 12:43:00 PM)

Patient Name: Feindt, Patrick
Patient ID: 940350
Exam Date: 08/09/22
Account#: 940350

| | | |
|---|---|---|
| Exam Date: **08/09/22** | Patient ID: **940350** | Doctor: **Burkholz, Michael** |
| Patient Name: **Patrick Feindt** | DOB: **08/12/1979** | Gender: **Male** |

## PATIENT ASSESSMENT
User:    dmccarty

H & P performed prior to procedure:  **YES**
  Date performed:  **8/09/2022**
Medications and allergies reviewed:  **YES**
Mental status:  **Alert, Oriented, Anxious**
Heart exam:  **RRR without murmurs**
Lung exam:  **CTA Bilaterally**
Abdominal Exam:  **Soft, Non-tender, Nondistended**
Body Mass Index (BMI):  **Height (in): 77, Weight (lbs): 225, BMI (%): 26.7**
Mallampati class:  **II**
ASA score:  **II - mild systemic disease**
Sedation plan:  **General Anesthesia**
Consent signed:  **YES**
This patient has been examined by anesthesia today and has been found to be a suitable candidate for planned
sedation:  **YES**
Indication for procedure:  **RLQ Abd pain, poss H. Pylori?**

## MEDICAL QUALIFIERS
User:    dmccarty

MEDICAL NECESSITY QUALIFIERS: Patient established as at risk for the following serious conditions:  **Diabetes,
Hypercholesterolemia, Low Pain Threshold, Screening**

## HEALTH HISTORY
User:    dmccarty

### Medical History

Gender:  **Male**
Cardiovascular:  **NO**
Pulmonary:  **YES**
  Pulmonary diagnoses:  **Asthma, Uses inhaler**
  Comments:
Sleep Apnea:  **YES**
  C-Pap:  **NO**
  No:
Gastrointestinal:  **YES**
  Upper GI:  **Dysphagia, Hiatal hernia, Gastric reflux**
  Lower GI:  **Constipation, Diarrhea, Hemorrhoids**
  Comments:
Previous endoscopy/colonoscopy:  **Yes**
  Date of Procedure:  **IRC 2022, COLON 2020**
Diabetes:  **NO**
Blood disorder:  **NO**
Genitourinary/Renal/Endocrine:  **NO**
Musculoskeletal:  **YES**
  Musculoskeletal diagnoses:  **Neck / Back pain**
  Comments:
Neurologic:  **YES**
  Neuro:  **Headaches**
  Comments:
Psychiatric:  **NO**
Miscellaneous:  **NO**
Pregnancy status:  **N/A**
Recent illness, infection or exposure:  **NO**

### Surgical History

Previous surgery:  **YES**
  GI surgery:
  General surgery:  **Hernia repair**
  Comments:  **Septoplasty, deviated septum, Thyroid cyst 1984**

Anesthesia Note  Page  1  of 4

**Endoscopy Center of Colorado Spri...**
Anesthesia Note
Procedure(s):     Upper GI endoscopy (8/9/2022
      12:43:00 PM)

Patient Name: **Feindt, Patrick**
Patient ID: **940350**
Exam Date: **08/09/22**
Account#: **940350**

Patient or family history of problems with anesthesia:   **NO**
Implants/prosthetics/removable dental work:   **NO**
Comments:

### Social History

Tobacco history: **YES**
   Did you abstain from smoking today:
   Type: **Smoke**
   Amount:
   Duration:
   Quit date: **2005**
Alcohol history: **YES**
   Type: **Beer**
   Amount: **4 days per week**
   Quit date:
Caffeine: **YES**
   Type: **coffee**
   Amount: **2-3 daily**
Recreational drug use: **NO**

### Family History

Colon cancer: **NO**
Colon or rectal polyps: **NO**
Crohn's/ulcerative colitis: **NO**
Family history of Diabetes: **NO**
Entire health history obtained from: **Patient**

Confidential

**Endoscopy Center of Colorado Spri...**
Anesthesia Note
Procedure(s):    Upper GI endoscopy (8/9/2022
                12:43:00 PM)

Patient Name: **Feindt, Patrick**
Patient ID:   **940350**
Exam Date:    **08/09/22**
Account#:     **940350**

| Oxygen | | | | |
|---|---|---|---|---|
| **Time** | **Method** | **Rate** | **Entered By** | **Notes** |
| 12:50:35 | Nasal Cannula | 4 L | dmccarty | No Notes Taken |
| 12:35:37 | Nasal Cannula | 2 L | jschultz | |

| Medications | | | | |
|---|---|---|---|---|
| **Time** | **Medication** | **Dose** | **Entered By** | **Notes** |
| 12:54:41 | Propofol | 50 mg Total: 200 mg | dmccarty | No Notes Taken |
| 12:50:44 | Propofol | 150 mg | dmccarty | |
| 12:50:39 | Lidocaine | 40 mg Total: 40 mg | dmccarty | |

| Vitals | | | | | | |
|---|---|---|---|---|---|---|
| **Time** | **BP** | **HR** | **RESP** | **O2 Sat** | **CO2** | **Entered By** |
| 12:58:26 | 108/72 | 84 | 15 | 97 | 25 | dmccarty |
| 12:54:35 | 109/70 | 84 | 11 | 96 | 26 | dmccarty |
| 12:49:22 | 134/90 | 79 | 8 | 97 | 24 | dmccarty |
| 12:35:07 | 130/89 | 56 | 16 | 96 | - | jschultz |

**Notes**
No notes entered

| Time Tracking | | |
|---|---|---|
| **Time** | **Event** | **Entered By** |
| 13:01:11 | Anesthesia Stop | dmccarty |
| 13:01:07 | Anesthesia Stop | dmccarty |
| 12:59:48 | Procedure Stop | dmccarty |
| 12:53:12 | Procedure Start | dmccarty |
| 12:46:15 | Anesthesia Start | dmccarty |
| 12:46:14 | Into Procedure | dmccarty |
| 12:43:48 | Admit Stop | jschultz |
| 12:15:13 | Admit Start | jschultz |
| 12:01:43 | Patient Check In | crodriguez |

| PROCEDURE LOG | | |
|---|---|---|
| **Time** | **Data** | **Entered By** |
| 13:00:45 | **Intra-op discomfort :**   NO | dmccarty |

Anesthesia Note  Page  3   of 4

**Endoscopy Center of Colorado Spri...**
**Anesthesia Note**
**Procedure(s):**      Upper GI endoscopy (8/9/2022
                      12:43:00 PM)

Patient Name: **Feindt, Patrick**
Patient ID: **940350**
Exam Date: **08/09/22**
Account#:  **940350**

| 13:00:43 | **PONV :**    NO | dmccarty |
|---|---|---|
| 13:00:41 | **Postoperative Diagnosis :**    NL EGD,Bx | dmccarty |
| 13:00:39 | **Procedure tolerance :**    Well | dmccarty |
| 13:00:38 | **Report given to :**    Yvonne, RN | dmccarty |
| 13:00:34 | **IV Fluids - yes :**    **Type :**    NS, -,**Ammount infused (mL) :**    300 ml | dmccarty |
| 12:53:01 | **Notes:** TIVA initiated. Pt unconscious as evidenced by lack of lash reflex or response to verbal and light tactile stimulus. Eyes closed and free of pressure | dmccarty |
| 12:50:21 | **Cardiac Rhythm :**    Sinus | dmccarty |
| 12:50:18 | **Eyes closed and free of pressure :**    YES | dmccarty |
| 12:50:16 | **Skin integrity maintained after positioning :**    YES | dmccarty |
| 12:50:15 | **Patient position :**    Left Lateral Decubitus | dmccarty |
| 12:35:33 | **Temperature: - yes :**    **Reading (F) :**    97.7,**Temp reading location :**    Temporal | jschultz |
| 12:35:13 | **LOC :** 2=Awake and alert | jschultz |

| IV Fluid | | | | |
|---|---|---|---|---|
| **Time** | **Type** | **Amount Hung** | **Entered By** | **Notes** |
| 12:35:16 | Normal Saline | 1000 ml<br>Total: 1000 ml | jschultz | No Notes Entered |

**Provider Signatures**

Danny McCarty, CRNA (dmccarty) **ESIGNED** - **08/09/2022 13:01:19**

Confidential

PLAINTIFFS_RH_0122878
PX-1808_0063

 **Endoscopy Center** of Colorado Springs

| | | | |
|---|---|---|---|
| **Patient Name:** | Patrick Feindt | **Attending MD:** | Michael J. Burkholz, DO |
| **Date of Birth:** | 8/12/1979 | **Procedure Date No Time:** | 8/9/2022 |
| **MRN:** | 940350 | **Age:** | 42 |

| | |
|---|---|
| **Procedure:** | Upper GI endoscopy |
| **Procedure Date:** | 8/9/2022 12:43:00 PM |
| **Providers:** | Michael J. Burkholz, DO |
| **Referring MD:** | 21st Medical Group Peterson AFB |

| | |
|---|---|
| **Indications:** | Lower abdominal pain, Follow-up of acute gastric ulcer |
| **Patient Profile:** | This is a 42 year old male.  Refer to note in patient chart for documentation of history and physical. |
| **Comorbidities** | Asthma, GERD |
| **Procedure** | |

Pre-Anesthesia Assessment:
- Prior to the procedure, a History and Physical was performed, and patient medications and allergies were reviewed.  The patient's tolerance of previous anesthesia was also reviewed.  The risks and benefits of the procedure and the sedation options and risks were discussed with the patient.  All questions were answered, and informed consent was obtained.  Prior Anticoagulants: The patient has taken no anticoagulant or antiplatelet agents.  ASA Grade Assessment: II - A patient with mild systemic disease.  After reviewing the risks and benefits, the patient was deemed in satisfactory condition to undergo the procedure.
After obtaining informed consent, the endoscope was passed under direct vision.  Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously.  The Endoscope was introduced through the mouth, and advanced to the second part of duodenum.  The upper GI endoscopy was accomplished without difficulty.  The patient tolerated the procedure well.

| | |
|---|---|
| **Medicines:** | Propofol per Anesthesia |
| **Complications:** | No immediate complications. |
| **Estimated Blood Loss:** | Estimated blood loss was minimal. |

**Findings:**

The oropharynx was normal.

The examined esophagus was normal.

The Z-line was regular and was found 38 cm from the incisors.

The entire examined stomach was normal.  Biopsies were taken with a cold forceps for Helicobacter pylori testing.

The examined duodenum was normal.  Biopsies for histology were taken with a cold forceps for evaluation of celiac disease.

Confidential



## Endoscopy Center
### of Colorado Springs

| | | | |
|---|---|---|---|
| **Patient Name:** | Patrick Feindt | **Attending MD:** | Michael J. Burkholz, DO |
| **Date of Birth:** | 8/12/1979 | **Procedure Date No Time:** | 8/9/2022 |
| **MRN:** | 940350 | **Age:** | 42 |

**Add'l Images:**



Upper Gastrointestinal Tract



1 Middle Third of the Esophagus



2 Pre-pyloric Stomach



3 Duodenal Bulb



4 2nd Portion of the Duodenum



5 Duodenal Bulb



6 Pre-pyloric Stomach



7 Gastric Body



8 Lower Third of the Esophagus



9 Lower Third of the Esophagus



10 Middle Third of the Esophagus



11 Upper Third of the Esophagus

**Impression:**
- Normal oropharynx.
- Normal esophagus.
- Z-line regular, 38 cm from the incisors.
- Normal stomach. Biopsied.
- Normal examined duodenum. Biopsied.

**Recommendation:**
- Patient has a contact number available for emergencies. The signs and symptoms of potential delayed complications were discussed with the patient. Return to normal activities tomorrow. Written discharge instructions were provided to the patient.
- Resume previous diet.
- Continue present medications.
- Await pathology results.
- Discharge patient to home.

Confidential                                                                              PLAINTIFFS_RH_0122880
PX-1808_0065

 **Endoscopy Center**
of Colorado Springs

| | | | |
|---|---|---|---|
| **Patient Name:** | Patrick Feindt | **Attending MD:** | Michael J. Burkholz, DO |
| **Date of Birth:** | 8/12/1979 | **Procedure Date No Time:** | 8/9/2022 |
| **MRN:** | 940350 | **Age:** | 42 |

**Procedure Code(s):**
   --- Professional ---
   43239, Esophagogastroduodenoscopy, flexible, transoral; with biopsy, single or multiple
   --- Technical ---
   43239, Esophagogastroduodenoscopy, flexible, transoral; with biopsy, single or multiple

**Diagnosis Code(s):**
   --- Professional ---
   R10.30, Lower abdominal pain, unspecified
   K25.3, Acute gastric ulcer without hemorrhage or perforation
   J45.909, Unspecified asthma, uncomplicated
   --- Technical ---
   R10.30, Lower abdominal pain, unspecified
   K25.3, Acute gastric ulcer without hemorrhage or perforation
   J45.909, Unspecified asthma, uncomplicated

CPT ® 2021 © American Medical Association. All rights reserved.

**The codes documented in this report are preliminary and upon coder review may be revised to meet current
compliance requirements.**

Michael J. Burkholz, DO
8/9/2022 1:11:54 PM
**Number of Addenda:** 0

Confidential

PLAINTIFFS_RH_0122881
PX-1808_0066

Associates in Gastroenterology, P.C.
2940 N Circle Drive
Colorado Springs, CO 80909
(719) 635-7321

Dear Patrick R. Feindt,
    8480 Dry Needle Place
Colorado Springs, CO 80908

Below indicates a summary of the results of your recent GI Procedure.  A technical report has been sent to your health provider.

Patrick R. Feindt      08/12/1979

**EGD/Upper  Endoscopy**

The biopsy of your Small Bowel showed normal jejunum and very mild irritation of the duodenum which should not cuase your symptoms. Nothing overtly concerning was seen on biopsies.

Thank you for allowing us to participate in your health care needs.  If you have any questions, please call me at the office (719)635-7321

Sincerely,

Michael J. Burkholz, DO
(719) 635-7321

Confidential

# GI Histology Report

| | | | |
|---|---|---|---|
| Patient Name<br>**Feindt, Patrick R** | Accession Number<br>**XT22-0017555** | Procedure Date<br>**08/10/2022** | Associates in Gastroenterology<br>2940 N Circle Drive<br>Colorado Springs, CO 80909<br>CLIA#: 06D1044917 |
| Date of Birth (Age/Gender)<br>**08/12/1979 (43 YEARS/M)** | Requesting Facility<br>**Endoscopy Center of Colorado Springs** | Received Date<br>**08/11/2022** | |
| EMR#<br>**940350** | **2940 North Circle**<br>**Colorado Springs, CO 80909** | Report Date<br>**08/15/2022** | |
| Patient Phone<br>**540-322-6708** | Requesting Physician<br>**Michael Burkholz, DO** | | |
| Referring Physician<br>**Evans U.S. Army Community Hospital** | Referring Physician Fax<br>**877-813-1756** | | |
| ICD Codes(s)<br>**K29.80** | Clinical Information<br>K25.9, K26.9, K63.89, R10.31, K92.2, Z09, K52.9, R63.4, J45.909<br>Unexplained abdominal distress/pain in the right lower quadrant, obscure gastrointestinal bleeding, postoperative assessment, chronic diarrhea, weight loss. | | |

## Diagnosis & Interpretation

**A.  Jejunum, Biopsy**

- Jejunal mucosa without significant histopathological abnormalities

Comment: Negative for active enteritis and chronic enteritis.

Microscopic Description: Biopsy fragments show good preservation of intestinal villous architecture. The underlying crypts are not hyperplastic and lamina propria inflammation is within normal limits with scattered plasma cells. The surface epithelium shows a normal complement of intestinal lymphocytes in a decrescendo pattern without lymphocytosis. Organisms are not identified.

**B.  Jejunum, Random, Biopsy**

- Jejunal mucosa without significant histopathological abnormalities

Comment: Negative for active enteritis and chronic enteritis.

Microscopic Description: Biopsy fragments show good preservation of intestinal villous architecture. The underlying crypts are not hyperplastic and lamina propria inflammation is within normal limits with scattered plasma cells. The surface epithelium shows a normal complement of intestinal lymphocytes in a decrescendo pattern without lymphocytosis. Organisms are not identified.

**C.  Duodenum, Ulcer, Biopsy**

- Nonspecific duodenitis without associated intraepithelial lymphocytosis

Comment: The histological appearance is nonspecific and the microscopic differential diagnosis includes medication or toxic injury versus peptic duodenitis. Negative for organisms and celiac disease.

Microscopic Description: One biopsy fragment shows mild to moderate chronic inflammation within the lamina propria associated with mild villous blunting. The surface epithelium on this fragment shows focal loss of mucin associated with villous flattening within this site. Intraepithelial lymphocytosis is not seen.

## Gross Description

A.  Received is a formalin filled specimen container labeled with two patient identifiers and "jejunum". It contains one portion of light tan mucosal tissue measuring 0.4 cm. in greatest dimension. The specimen is entirely submitted in

Confidential

PLAINTIFFS_RH_0122883
PX-1808_0068

| Gross Description |
|---|

cassette A.

B.   Received is a formalin filled specimen container labeled with two patient identifiers and "jejunum-jejunum, random". It contains two portions of light tan mucosal tissue measuring 0.3 cm. and 0.2 cm. in greatest dimension. The specimen is entirely submitted in cassette B.

C.   Received is a formalin filled specimen container labeled with two patient identifiers and "duodenum-duodenum". It contains one portion of light tan mucosal tissue measuring 0.2 cm. in greatest dimension. The specimen is entirely submitted in cassette C. (MO/mogar 08/11/22 12:53 PM)

**Technical Services provided by**
**Inform Diagnostics**
6655 North MacArthur Blvd, Irving TX 75039,
Medical Director: Anuradha Singhal, MD,
CLIA#: 45D0975010.

S. Russell Nash, MD

Final Report Electronically Signed on 08/15/2022 at 10:17 PM

CPT CODES:          88305x3

Confidential

PLAINTIFFS_RH_0122884
PX-1808_0069

**Endoscopy Center of Colorado Spri...**
Anesthesia Note

| | | Patient Name: Feindt, Patrick |
|---|---|---|
| Procedure(s): | Upper GI endoscopy (8/10/2022) 7:12:04 AM) | Patient ID: 940350 |
| | | Exam Date: 8/10/22 |
| | | Account#: 940350 |

| Exam Date: 08/10/22 | Patient ID: 940350 | Doctor: Burkholz, Michael |
|---|---|---|
| Patient Name: Patrick Feindt | DOB: 08/12/1979 | Gender: Male |

**PATIENT ASSESSMENT**                                                    User:  dmccarty

H & P performed prior to procedure:  **YES**
  Date performed:  **8/10/2022**
Medications and allergies reviewed:  **YES**
Mental status:  **Alert, Oriented, Anxious**
Heart exam:  **RRR without murmurs**
Lung exam:  **CTA Bilaterally**
Abdominal Exam:  **Soft, Non-tender, Nondistended**
Body Mass Index (BMI):  **Height (in): 77, Weight (lbs): 220, BMI (%): 26.1**
Mallampati class:  **II**
ASA score:  **II - mild systemic disease**
Sedation plan:  **General Anesthesia**
Consent signed:  **YES**
This patient has been examined by anesthesia today and has been found to be a suitable candidate for planned
sedation:  **YES**
Indication for procedure:  **possible ulcer**

**MEDICAL QUALIFIERS**                                                    User:  dmccarty

MEDICAL NECESSITY QUALIFIERS: Patient established as at risk for the following serious conditions:  **Acute Asthma,
Low Pain Threshold, Poss Ulcer**

**HEALTH HISTORY**                                                        User:  dmccarty

Medical History

Gender:  **Male**
Cardiovascular:  **NO**
Pulmonary:  **YES**
  Pulmonary diagnoses:  **Asthma, Uses inhaler**
  Comments:
Sleep Apnea:  **NO**
Gastrointestinal:  **YES**
  Upper GI:  **Dysphagia, Hiatal hernia, Gastric reflux**
  Lower GI:  **Constipation, Diarrhea, Hemorrhoids**
  Comments:
Previous endoscopy/colonoscopy:  **Yes**
  Date of Procedure:  **EGD: 2022**
Diabetes:  **NO**
Blood disorder:  **NO**
Genitourinary/Renal/Endocrine:  **NO**
Musculoskeletal:  **YES**
  Musculoskeletal diagnoses:  **Neck / Back pain**
  Comments:
Neurologic:  **YES**
  Neuro:  **Headaches**
  Comments:
Psychiatric:  **NO**
Miscellaneous:  **NO**
Pregnancy status:  **N/A**
Recent illness, infection or exposure:  **NO**

Surgical History

Previous surgery:  **YES**
  GI surgery:
  General surgery:  **Hernia repair**
  Comments:  **Septoplasty, deviated septum, Thyroid cyst 1984**
Patient or family history of problems with anesthesia:  **NO**
Implants/prosthetics/removable dental work:  **NO**

Anesthesia Note  Page  1  of 4

PLAINTIFFS_RH_0122885
PX-1808_0070

**Endoscopy Center of Colorado Spri...**
Anesthesia Note

| | |
|---|---|
| **Procedure(s):** | **Upper GI endoscopy** (8/10/2022 7:12:04 AM) |

Patient Name: **Feindt, Patrick**
Patient ID: **940350**
Exam Date: **08/10/22**
Account#: **940350**

Comments:

### Social History

Tobacco history:  **YES**
   Did you abstain from smoking today:  **NO**
   Type:  **Smokeless**
   Amount:  **1/4 can daily**
   Duration:  **7 years**
   Quit date:  **2013**
Alcohol history:  **YES**
   Type:  **Beer**
   Amount:  **4 days per week**
   Quit date:
Caffeine:  **YES**
   Type:  **coffee**
   Amount:  **2-3 cups daily**
Recreational drug use:  **NO**

### Family History

Colon cancer:  **NO**
Colon or rectal polyps:  **NO**
Crohn's/ulcerative colitis:  **NO**
Family history of Diabetes:  **NO**
Entire health history obtained from:  **Patient**

Confidential

PLAINTIFFS_RH_0122886

PX-1808_0071

**Endoscopy Center of Colorado Spri...**
Anesthesia Note
Procedure(s):    **Upper GI endoscopy** (8/10/2022
7:12:04 AM)

Patient Name: **Feindt, Patrick**
Patient ID: **940350**
Exam Date: **08/10/22**
Account#: **940350**

## Oxygen

| Time | Method | Rate | Entered By | Notes |
|---|---|---|---|---|
| 07:16:31 | Nasal Cannula | 4 L | dmccarty | No Notes Taken |
| 06:58:00 | Nasal Cannula | 2 L | lhernandez | |

## Medications

| Time | Medication | Dose | Entered By | Notes |
|---|---|---|---|---|
| 07:32:27 | Propofol | 50 mg Total: 400 mg | dmccarty | No Notes Taken |
| 07:27:33 | Propofol | 50 mg | dmccarty | |
| 07:22:41 | Propofol | 50 mg | dmccarty | |
| 07:21:25 | Propofol | 50 mg | dmccarty | |
| 07:20:20 | Propofol | 50 mg | dmccarty | |
| 07:16:33 | Propofol | 150 mg | dmccarty | |
| 07:16:32 | Lidocaine | 40 mg Total: 40 mg | dmccarty | |
| 07:15:00 | Zofran | 4 mg Total: 4 mg | dmccarty | |

## Vitals

| Time | BP | HR | RESP | O2 Sat | CO2 | Entered By |
|---|---|---|---|---|---|---|
| 07:36:16 | 136/86 | 82 | 20 | 99 | 30 | dmccarty |
| 07:30:56 | 142/102 | 83 | 26 | 99 | 90 | dmccarty |
| 07:25:33 | 147/103 | 81 | 15 | 99 | 14 | dmccarty |
| 07:21:23 | 144/100 | 68 | 11 | 98 | 55 | dmccarty |
| 07:15:00 | 146/94 | 82 | 16 | 94 | 34 | dmccarty |
| 06:53:10 | 136/91 | 66 | 16 | 94 | - | lhernandez |

### Notes
No notes entered

## Time Tracking

| Time | Event | Entered By |
|---|---|---|
| 07:37:40 | Anesthesia Stop | dmccarty |
| 07:36:24 | Procedure Stop | dmccarty |
| 07:14:07 | Anesthesia Start | dmccarty |
| 07:14:07 | Into Procedure | dmccarty |
| 06:58:20 | Admit Stop | lhernandez |
| 06:43:04 | Admit Start | lhernandez |

Anesthesia Note Page 3 of 4

**Endoscopy Center of Colorado Spri...**
Anesthesia Note
Procedure(s):    **Upper GI endoscopy** (8/10/2022
7:12:04 AM)

Patient Name: **Feindt, Patrick**
Patient ID: **940350**
Exam Date: **08/10/22**
Account#: **940350**

| PROCEDURE LOG | | |
|---|---|---|
| **Time** | **Data** | **Entered By** |
| 07:37:27 | **Intra-op discomfort :**    NO | dmccarty |
| 07:37:26 | **PONV :**    NO | dmccarty |
| 07:37:25 | **Postoperative Diagnosis :**    Duodenal Ulcer,Jejunum Petec | dmccarty |
| 07:37:25 | **Procedure tolerance :**    Well | dmccarty |
| 07:37:24 | **Report given to :**    Adrienne RN | dmccarty |
| 07:37:16 | **IV Fluids - yes :    Type :**    NS, -,**Ammount infused (mL) :**    600 ml | dmccarty |
| 07:18:39 | **Notes:** TIVA initiated. Pt unconscious as evidenced by lack of lash reflex or response to verbal and light tactile stimulus. Eyes closed and free of pressure | dmccarty |
| 07:16:27 | **Cardiac Rhythm :**    Sinus | dmccarty |
| 07:16:25 | **Eyes closed and free of pressure :**    YES | dmccarty |
| 07:16:24 | **Skin integrity maintained after positioning :**    YES | dmccarty |
| 07:16:23 | **Patient position :**    Left Lateral Decubitus | dmccarty |
| 06:51:36 | **Temperature: - yes :    Reading (F) :**    97.7,**Temp reading location :**    Infrared | lhernandez |
| 06:51:32 | **LOC :** 2=Awake and alert | lhernandez |

| IV Fluid | | | | |
|---|---|---|---|---|
| **Time** | **Type** | **Amount Hung** | **Entered By** | **Notes** |
| 06:57:58 | Normal Saline | 1000 ml Total: 1000 ml | lhernandez | No Notes Entered |

**Provider Signatures**

Danny McCarty, CRNA (dmccarty) **ESIGNED** - 08/10/2022 07:37:47

Confidential

PLAINTIFFS_RH_0122888
PX-1808_0073

 **Endoscopy Center** of Colorado Springs

| | | | |
|---|---|---|---|
| **Patient Name:** | Patrick Feindt | **Attending MD:** | Michael J. Burkholz, DO |
| **Date of Birth:** | 8/12/1979 | **Procedure Date No Time:** | 8/10/2022 |
| **MRN:** | 940350 | **Age:** | 42 |

**Procedure:** Small bowel enteroscopy
**Procedure Date:** 8/10/2022 7:12:04 AM
**Providers:** Michael J. Burkholz, DO
**Referring MD:** . , 21st Medical Group Peterson AFB

**Indications:** Unexplained abdominal distress/pain in the right lower quadrant, Obscure gastrointestinal bleeding, Postoperative assessment, Chronic diarrhea, Weight loss

**Patient Profile:** This is a 42 year old male. Refer to note in patient chart for documentation of history and physical.

**Comorbidities** Asthma, Chronic diarrhea, Weight loss

**Procedure:**

Pre-Anesthesia Assessment:
- Prior to the procedure, a History and Physical was performed, and patient medications and allergies were reviewed. The patient's tolerance of previous anesthesia was also reviewed. The risks and benefits of the procedure and the sedation options and risks were discussed with the patient. All questions were answered, and informed consent was obtained. Prior Anticoagulants: The patient has taken no anticoagulant or antiplatelet agents. ASA Grade Assessment: II - A patient with mild systemic disease. After reviewing the risks and benefits, the patient was deemed in satisfactory condition to undergo the procedure.
After obtaining informed consent, the endoscope was passed under direct vision. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously. The scope was introduced through the mouth, and advanced to the proximal jejunum. After obtaining informed consent, the endoscope was passed under direct vision. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously.The small bowel enteroscopy was accomplished without difficulty. The patient tolerated the procedure well.

**Medicines:** Propofol per Anesthesia
**Complications:** No immediate complications.
**Estimated Blood Loss:** Estimated blood loss was minimal.

**Findings:**

The examined esophagus was normal.

Few linear gastric ulcers with no stigmata of bleeding were found in the stomach. There are from prior biopsies taken yesterday.

Four non-bleeding linear duodenal ulcers with no stigmata of bleeding were found in the duodenal bulb and in the first portion of the duodenum. The largest lesion was less than 5 mm in largest dimension. Biopsies were taken with a cold forceps for histology. These were from prior biopsies that were taken yesterday.

Localized mild mucosal changes characterized by petechiae were found in the jejunum. Biopsies were taken with a cold forceps for histology.

Biopsies were taken with a cold forceps in the proximal jejunum for histology.

Confidential

PLAINTIFFS_RH_0122889
PX-1808_0074

# AG Endoscopy Center
## of Colorado Springs

| | | | |
|---|---|---|---|
| **Patient Name:** | Patrick Feindt | **Attending MD:** | Michael J. Burkholz, DO |
| **Date of Birth:** | 8/12/1979 | **Procedure Date No Time:** | 8/10/2022 |
| **MRN:** | 940350 | **Age:** | 42 |

**Add'l Images:**



Upper GI Tract with Small Bowel


1 Jejunum


2 Jejunum


3 Jejunum


4 Jejunum


5 Jejunum


6 4th Portion of the Duodenum


7 3rd Portion of the Duodenum, Prior biopsies from yesterday's EGD


8 Gastric Body


9 Esophagus

**Impression:**   - Normal esophagus.
- Gastric ulcers with no stigmata of bleeding. From biopsies taken yesterday during EGD.
- Non-bleeding duodenal ulcers with no stigmata of bleeding. Biopsied. From biopsies taken yesterday during EGD.
- Mucosal changes in the jejunum. Biopsied.
- Biopsies were taken with a cold forceps for histology in the proximal jejunum.

**Recommendation:**   - The patient will be observed post-procedure, until all discharge criteria are met.
- Patient has a contact number available for emergencies. The signs and symptoms of potential delayed complications were discussed with the patient. Return to normal activities tomorrow. Written discharge instructions were provided to the patient.
- Continue present medications.
- Await pathology results.

Confidential                                                                PLAINTIFFS_RH_0122890
PX-1808_0075



# Endoscopy Center
## of Colorado Springs

| | | | |
|---|---|---|---|
| **Patient Name:** | Patrick Feindt | **Attending MD:** | Michael J. Burkholz, DO |
| **Date of Birth:** | 8/12/1979 | **Procedure Date No Time:** | 8/10/2022 |
| **MRN:** | 940350 | **Age:** | 42 |

- Return to GI office at appointment to be scheduled. Follow up with Dr. Kavanaugh.

**Procedure Code(s):**
--- Professional ---
44361, Small intestinal endoscopy, enteroscopy beyond second portion of duodenum, not including ileum; with biopsy, single or multiple
--- Technical ---
44361, Small intestinal endoscopy, enteroscopy beyond second portion of duodenum, not including ileum; with biopsy, single or multiple

**Diagnosis Code(s):**
--- Professional ---
K25.9, Gastric ulcer, unspecified as acute or chronic, without hemorrhage or perforation
K26.9, Duodenal ulcer, unspecified as acute or chronic, without hemorrhage or perforation
K63.89, Other specified diseases of intestine
R10.31, Right lower quadrant pain
K92.2, Gastrointestinal hemorrhage, unspecified
Z09, Encounter for follow-up examination after completed treatment for conditions other than malignant neoplasm
K52.9, Noninfective gastroenteritis and colitis, unspecified
R63.4, Abnormal weight loss
J45.909, Unspecified asthma, uncomplicated
--- Technical ---
K25.9, Gastric ulcer, unspecified as acute or chronic, without hemorrhage or perforation
K26.9, Duodenal ulcer, unspecified as acute or chronic, without hemorrhage or perforation
K63.89, Other specified diseases of intestine
R10.31, Right lower quadrant pain
K92.2, Gastrointestinal hemorrhage, unspecified
Z09, Encounter for follow-up examination after completed treatment for conditions other than malignant neoplasm
K52.9, Noninfective gastroenteritis and colitis, unspecified
R63.4, Abnormal weight loss
J45.909, Unspecified asthma, uncomplicated

**CPT ® 2021 © American Medical Association. All rights reserved.**

**The codes documented in this report are preliminary and upon coder review may be revised to meet current compliance requirements.**

Michael J. Burkholz, DO
8/10/2022 7:47:20 AM
**Number of Addenda:**    0

Confidential

## GI Histology Report

| | | | |
|---|---|---|---|
| Patient Name **Feindt, Patrick** | Accession Number **XT22-0017837** | Procedure Date **08/15/2022** | Associates in Gastroenterology 2940 N Circle Drive Colorado Springs, CO 80909 CLIA#: 06D1044917 |
| Date of Birth (Age/Gender) **08/12/1979 (43 YEARS/M)** | Requesting Facility **Endoscopy Center of Colorado Springs** | Received Date **08/16/2022** | |
| EMR# **940350** | **2940 North Circle Colorado Springs, CO 80909** | Report Date **08/18/2022** | |
| Patient Phone **540-322-6708** | Requesting Physician **Bryan Kavanaugh, MD** | | |
| Referring Physician **Evans U.S. Army Community Hospital** | Referring Physician Fax **877-813-1756** | | |
| ICD Codes(s) **R19.7, R10.84, K92.1** | Clinical Information K64.0, R10.84, R19.7, K92.1, J45.909, K57.30 Generalized abdominal pain, Clinically significant diarrhea of unexplained origin, Hematochezia. | | |

### *** ADDENDUM REPORT ***

**ADDENDUM**

At the request of the patient's gastroenterologist, Dr. Kavanaugh, immunohistochemical staining for tryptase was performed to enumerate the number of mast cells in part A. This stain reveals an average of 22 +/-4 mast cells per high-powered objective field. This result is borderline positive for an increase in intramucosal mast cells. According to published reports, >20 mast cells per high-powered objective field is considered abnormal. The finding is suggestive of but not definitively diagnostic for mast cell enterocolitis. Mast cell clusters and atypical mast cells are not identified. Correlation with clinical information is recommended for definitive diagnosis.

*[signature]*

William Kinn, MD
08/30/2022

### Diagnosis & Interpretation
**A.    Colon, Random Biopsy**
- Colonic mucosa showing no significant histopathological abnormality

Comment: None

Microscopic Description: The biopsy shows colonic mucosa in which crypts are well-organized without architectural distortion or plasmacytosis. There is no significant active inflammation. There is no increased intraepithelial lymphocytosis or subepithelial collagen deposition. There is no significant cytological or architectural atypia.

### Gross Description
A.    Received is a formalin filled specimen container labeled with two patient identifiers and "colon random colon". It contains multiple portions of light tan mucosal tissue ranging from 0.4 cm. to 0.2 cm. in greatest dimension. The specimen is entirely submitted in cassettes 1 - 2. (JC/jchac 08/16/22 09:42 AM)

**Technical Services provided by**
**Inform Diagnostics**
6655 North MacArthur Blvd, Irving TX 75039,
Medical Director: Anuradha Singhal, MD,
CLIA#: 45D0975010.

*[signature]*

William Kinn, MD
Final Report Electronically Signed on 08/18/2022 at 01:32 PM
CPT CODES:            88305

Page 1 of 1

**Endoscopy Center of Colorado Spri...**
Anesthesia Note
Procedure(s):    Colonoscopy (8/15/2022 10:58:23 AM)

Patient Name: **Feindt, Patrick**
Patient ID: **940350**
Exam Date: **08/15/22**
Account#: **940350**

| | | |
|---|---|---|
| Exam Date: **08/15/22** | Patient ID: **940350** | Doctor: **Kavanaugh, Bryan** |
| Patient Name: **Patrick Feindt** | DOB: **08/12/1979** | Gender: **Male** |

## PATIENT ASSESSMENT
User:  gdubla

H & P performed prior to procedure:  **YES**
   Date performed:  **08/15/2022**
Medications and allergies reviewed:  **YES**
Mental status:  **Alert, Oriented**
Heart exam:  **RRR without murmurs**
Lung exam:  **CTA Bilaterally**
Abdominal Exam:  **Other Findings**
   Comments:  **see pain scale**
Body Mass Index (BMI):  **Height (in): 77, Weight (lbs): 220, BMI (%): 26.1**
Mallampati class:  **II**
ASA score:  **III - severe systemic disease**
Sedation plan:  **General Anesthesia**
Consent signed:  **YES**
This patient has been examined by anesthesia today and has been found to be a suitable candidate for planned
sedation:  **YES**
Indication for procedure:  **abd pain**

## MEDICAL QUALIFIERS
User:  gdubla

MEDICAL NECESSITY QUALIFIERS: Patient established as at risk for the following serious conditions:  **Acute Asthma,
Anxiety/Panic Attacks, Low Pain Threshold, hh, reflux, migraines**

## HEALTH HISTORY
User:  gdubla

### Medical History

Gender:  **Male**
Cardiovascular:  **NO**
Pulmonary:  **YES**
   Pulmonary diagnoses:  **Asthma, Uses inhaler**
   Comments:
Sleep Apnea:  **NO**
Gastrointestinal:  **YES**
   Upper GI:  **Dysphagia, Hiatal hernia, Gastric reflux**
   Lower GI:  **Constipation, Diarrhea, Hemorrhoids**
   Comments:
Previous endoscopy/colonoscopy:  **Yes**
   Date of Procedure:  **8/22: EGD/push enteroscopy, 2018: 77flex sig/anoscopy**
Diabetes:  **NO**
Blood disorder:  **NO**
Genitourinary/Renal/Endocrine:  **NO**
Musculoskeletal:  **YES**
   Musculoskeletal diagnoses:  **Neck / Back pain**
   Comments:
Neurologic:  **YES**
   Neuro:  **Headaches, Migraines, Vertigo / Dizziness, Paralysis**
   Comments:
Psychiatric:  **NO**
Miscellaneous:  **YES**
   Miscellaneous diagnoses:
   Comments:  **poisoned by jet fuel 11/2021-hospitalization 12/11/2021**
Pregnancy status:  **N/A**
Recent illness, infection or exposure:  **NO**

### Surgical History

Previous surgery:  **YES**
   GI surgery:
   General surgery:  **Hernia repair**

Confidential

**Endoscopy Center of Colorado Spri...**
Anesthesia Note
Procedure(s):        **Colonoscopy** (8/15/2022 10:58:23 AM)

Patient Name: **Feindt, Patrick**
Patient ID: **940350**
Exam Date: **08/15/22**
Account#: **940350**

Comments:  **Septoplasty, deviated septum, Thyroid cyst 1984**
Patient or family history of problems with anesthesia:  **NO**
Implants/prosthetics/removable dental work:  **NO**
Comments:

### Social History

Tobacco history:  **NO**
Alcohol history:  **YES**
    Type:  **Beer**
    Amount:  **4 days per week**
    Quit date:
Caffeine:  **YES**
    Type:  **coffee**
    Amount:  **2-3 cups daily**
Recreational drug use:  **NO**

### Family History

Colon cancer:  **NO**
Colon or rectal polyps:  **NO**
Crohn's/ulcerative colitis:  **NO**
Family history of Diabetes:  **NO**
Entire health history obtained from:  **Patient**

Confidential

PLAINTIFFS_RH_0122894
PX-1808_0079

**Endoscopy Center of Colorado Spri...**
Anesthesia Note
Procedure(s):    Colonoscopy (8/15/2022 10:58:23 AM)

Patient Name: **Feindt, Patrick**
Patient ID: **940350**
Exam Date: **08/15/22**
Account#: **940350**

## Oxygen

| Time | Method | Rate | Entered By | Notes |
|------|--------|------|------------|-------|
| 12:26:47 | Nasal Cannula | 0 L | awells | No Notes Taken |
| 12:09:34 | Nasal Cannula | 4 L | gdubla | |
| 11:31:00 | Nasal Cannula | 2 L | sosborn | |

## Medications

| Time | Medication | Dose | Entered By | Notes |
|------|-----------|------|------------|-------|
| 12:15:03 | Propofol | 50 mg Total: 300 mg | gdubla | No Notes Taken |
| 12:15:02 | Propofol | 50 mg | gdubla | |
| 12:14:14 | Propofol | 50 mg | gdubla | |
| 12:11:10 | Propofol | 150 mg | gdubla | |
| 12:09:22 | Zofran | 4 mg Total: 4 mg | gdubla | |

## Vitals

| Time | BP | HR | RESP | O2 Sat | CO2 | Entered By |
|------|-----|-----|------|--------|-----|-----------|
| 12:26:29 | 120/80 | 88 | 14 | 94 | - | awells |
| 12:18:00 | 125/85 | 80 | 15 | 97 | 27 | gdubla |
| 12:13:44 | 125/87 | 72 | 22 | 95 | 26 | gdubla |
| 12:09:36 | 135/87 | 68 | 8 | 98 | 23 | gdubla |
| 11:30:52 | 124/88 | 82 | 16 | 94 | - | sosborn |

### Notes
No notes entered

## Time Tracking

| Time | Event | Entered By |
|------|-------|------------|
| 12:26:28 | Anesthesia Stop | gdubla |
| 12:25:25 | Recovery | awells |
| 12:22:40 | Procedure Stop | gdubla |
| 12:21:25 | Procedure Start | gdubla |
| 12:21:21 | Procedure Stop | gdubla |
| 12:12:23 | Procedure Start | gdubla |
| 12:07:44 | Anesthesia Start | gdubla |
| 12:07:44 | Into Procedure | gdubla |
| 11:38:50 | Admit Stop | sosborn |

Anesthesia Note  Page  3   of 4

PLAINTIFFS_RH_0122895
PX-1808_0080

**Endoscopy Center of Colorado Spri...**
Anesthesia Note
Procedure(s):     Colonoscopy (8/15/2022 10:58:23 AM)

Patient Name: **Feindt, Patrick**
Patient ID: 940350
Exam Date: **08/15/22**
Account#: 940350

| 11:19:20 | Admit Start | sosborn |
| 11:10:27 | Patient Check In | sstrong |

| PROCEDURE LOG | | |
|---|---|---|
| **Time** | **Data** | **Entered By** |
| 12:26:42 | **LOC :**    2=Awake and alert | awells |
| 12:26:37 | **Temperature: - yes :**     **Reading (F) :**   97.6,**Temp reading location :**    Infrared | awells |
| 12:26:29 | **Notes:** Pt to RR | awells |
| 12:22:10 | **Report given to :**    RN Andrea | gdubla |
| 12:22:02 | **IV Fluids - yes :**    **Type :**    NS,  -,**Ammount infused (mL) :**    500 | gdubla |
| 12:22:00 | **IRC: - YES :**    **Pulse Duration :**    1.0 | kdecker |
| 12:21:50 | **PONV :**    NO | gdubla |
| 12:21:48 | **Procedure tolerance :**    Well | gdubla |
| 12:21:46 | **Postoperative Diagnosis :**    hems, tics, r biopsies | gdubla |
| 12:21:29 | **Intra-op discomfort :**    NO | gdubla |
| 12:20:00 | **Biopsy: - YES :**    **Biopsy Type :**    Cold forceps,  -,**Location :**    Random colon bx | kdecker |
| 12:12:25 | **Eyes closed and free of pressure :**    YES | gdubla |
| 12:12:22 | **Patient Assessment :**    **Sedation (modified Ramsey) score :**    6 - No response,**Pain Score :**    -,**Procedure tolerance :**    Well | gdubla |
| 12:11:47 | **Skin integrity maintained after positioning :**    YES | gdubla |
| 12:11:45 | **Patient position :**    Left Lateral Decubitus | gdubla |
| 12:09:26 | **Cardiac Rhythm :**    Normal Sinus | gdubla |
| 11:31:30 | **Temperature: - yes :**    **Reading (F) :**    97.5,**Temp reading location :**    Infrared | sosborn |
| 11:30:55 | **LOC :** 2=Awake and alert | sosborn |

| IV Fluid | | | | |
|---|---|---|---|---|
| **Time** | **Type** | **Amount Hung** | **Entered By** | **Notes** |
| 11:30:57 | Normal Saline | 1000 ml Total: 1000 ml | sosborn | No Notes Entered |

**Provider Signatures**

Gregory Dubla, CRNA (gdubla) **ESIGNED - 08/15/2022 12:26:37**

PLAINTIFFS_RH_0122896
PX-1808_0081

 Endoscopy Center
of Colorado Springs

| | | | |
|---|---|---|---|
| **Patient Name:** | Patrick Feindt | **Attending MD:** | Bryan C. Kavanaugh, MD |
| **Date of Birth:** | 8/12/1979 | **Procedure Date No Time:** | 8/15/2022 |
| **MRN:** | 940350 | **Age:** | 43 |

**Procedure:**      Anoscopy
**Procedure Date:**   8/15/2022 12:23:40 PM
**Providers:**      Bryan C. Kavanaugh, MD
**Referring MD:**    . Evans U.S. Army Community Hospital

**Indications:**    Hemorrhoids, Rectal hemorrhage
**Comorbidities**   See the other procedure note for documentation of comorbidities
**Procedure:**

After obtaining informed consent, the anoscope was placed. Throughout the procedure, the patient was monitored continuously.The anoscopy was accomplished without difficulty. The patient tolerated the procedure well.

**Medicines:**     None
**Complications:**   No immediate complications.
**Estimated Blood Loss:**   Estimated blood loss: none.

**Findings:**

Internal hemorrhoids were found. The hemorrhoids were Grade I (internal hemorrhoids that do not prolapse). Coagulation to prevent future bleeding of internal hemorrhoids using IRC (Infrared Coagulation) was successful.

**Impression:**    - Internal hemorrhoids. Treated with thermal therapy.
            - No specimens collected.

**Recommendation:**   - Telephone GI office if symptomatic in 3 weeks.

**Diagnosis Code(s):**   --- Professional ---
            K64.0, First degree hemorrhoids
            K62.5, Hemorrhage of anus and rectum
            --- Technical ---
            K64.0, First degree hemorrhoids
            K62.5, Hemorrhage of anus and rectum

Bryan C. Kavanaugh, MD
Finalized Date: 8/15/2022 12:24:30 PM
This report has been signed electronically.
**Number of Addenda:**   0

Confidential                                    PLAINTIFFS_RH_0122897
PX-1808_0082



# Endoscopy Center
## of Colorado Springs

| | | | |
|---|---|---|---|
| **Patient Name:** | Patrick Feindt | **Attending MD:** | Bryan C. Kavanaugh, MD |
| **Date of Birth:** | 8/12/1979 | **Procedure Date No Time:** | 8/15/2022 |
| **MRN:** | 940350 | **Age:** | 43 |

**Procedure:** Colonoscopy
**Procedure Date:** 8/15/2022 10:58:23 AM
**Providers:** Bryan C. Kavanaugh, MD
**Referring MD:** . Evans U.S. Army Community Hospital

**Indications:** Generalized abdominal pain, Clinically significant diarrhea of unexplained origin, Hematochezia
**Patient Profile:** Last Colonoscopy: 2020.
**Comorbidities** Asthma, GERD, migraine
**Procedure:**

Pre-Anesthesia Assessment:
- Prior to the procedure, a History and Physical was performed, and patient medications and allergies were reviewed. The patient's tolerance of previous anesthesia was also reviewed. The risks and benefits of the procedure and the sedation options and risks were discussed with the patient. All questions were answered, and informed consent was obtained. Prior Anticoagulants: The patient has taken no anticoagulant or antiplatelet agents. ASA Grade Assessment: III - A patient with severe systemic disease. After reviewing the risks and benefits, the patient was deemed in satisfactory condition to undergo the procedure.
After I obtained informed consent, the scope was passed under direct vision. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously.The scope was introduced through the anus and advanced to the cecum, identified by appendiceal orifice and ileocecal valve. The colonoscopy was performed without difficulty. The patient tolerated the procedure well. The quality of the bowel preparation was adequate. The ileocecal valve, the appendiceal orifice and the rectum were photographed.

**Medicines:** Propofol per Anesthesia
**Complications:** No immediate complications.
**Estimated Blood Loss:** Estimated blood loss: none.

## Findings:

The entire examined colon appeared normal. Biopsies for histology were taken with a cold forceps from the entire colon for evaluation of microscopic colitis.

A few diverticula were found in the sigmoid colon.

Internal hemorrhoids were found during retroflexion. The hemorrhoids were Grade I (internal hemorrhoids that do not prolapse).

No additional abnormalities were found on retroflexion.

Confidential



# Endoscopy Center
of Colorado Springs

| | | | |
|---|---|---|---|
| **Patient Name:** | Patrick Feindt | **Attending MD:** | Bryan C. Kavanaugh, MD |
| **Date of Birth:** | 8/12/1979 | **Procedure Date No Time:** | 8/15/2022 |
| **MRN:** | 940350 | **Age:** | 43 |

**Add'l Images:**



The Colon



1 Rectum



2 Rectum



3 Sigmoid Colon



4 Descending Colon





5 Transverse Colon

6 Transverse Colon



7 Hepatic Flexure



8 Cecum

9 Appendiceal Orifice



10 Cecum



11 Terminal Ileum

| | |
|---|---|
| **Impression:** | - The entire examined colon is normal.  Biopsied.<br>- Diverticulosis in the sigmoid colon.<br>- Internal hemorrhoids. |
| **Recommendation:** | - Repeat colonoscopy at appointment to be scheduled for surveillance based on pathology results.<br>- Patient has a contact number available for emergencies.  The signs and symptoms of potential delayed complications were discussed with the patient.  Return to normal activities tomorrow. Written discharge instructions were provided to the patient.<br>- Resume regular diet.<br>- Continue present medications. |
| **Procedure Code(s):** | --- Professional ---<br>45380, Colonoscopy, flexible; with biopsy, single or multiple<br>--- Technical --- |

Confidential                                                   PLAINTIFFS_RH_0122899
PX-1808_0084

 **Endoscopy Center** of Colorado Springs

| Patient Name: | Patrick Feindt | Attending MD: | Bryan C. Kavanaugh, MD |
|---|---|---|---|
| Date of Birth: | 8/12/1979 | Procedure Date No Time: | 8/15/2022 |
| MRN: | 940350 | Age: | 43 |

45380, Colonoscopy, flexible; with biopsy, single or multiple

**Diagnosis Code(s):**
--- Professional ---
K64.0, First degree hemorrhoids
R10.84, Generalized abdominal pain
R19.7, Diarrhea, unspecified
K92.1, Melena (includes Hematochezia)
J45.909, Unspecified asthma, uncomplicated
K57.30, Diverticulosis of large intestine without perforation or abscess without bleeding
--- Technical ---
K64.0, First degree hemorrhoids
R10.84, Generalized abdominal pain
R19.7, Diarrhea, unspecified
K92.1, Melena (includes Hematochezia)
J45.909, Unspecified asthma, uncomplicated
K57.30, Diverticulosis of large intestine without perforation or abscess without bleeding

CPT ® 2021 © American Medical Association. All rights reserved.

**The codes documented in this report are preliminary and upon coder review may be revised to meet current compliance requirements.**

Bryan C. Kavanaugh, MD
Finalized Date: 8/15/2022 12:26:26 PM
This report has been signed electronically.
**Number of Addenda:**    0

Confidential                                                                    PLAINTIFFS_RH_0122900
                                                                                PX-1808_0085

**AG**

Associates in Gastroenterology, P.C.
Endoscopy Center of Colorado Springs, L.L.C.

## Associates in Gastroenterology, P.C.

Colorado Springs, CO
(719) 635-7321

08/31/2022

Patrick R. Feindt
8480 Dry Needle Place
Colorado Springs, CO 80908

Dear Patrick R. Feindt;
The box checked below indicates a summary of the results of your recent GI Procedure. A technical report has been
sent to your health provider.

## Colon Biopsies (Not polyps)

The biopsy of your colon was:

☐    See below:

*Comments: Elevated mastocytes seen on this biopsy. Recommend treatment and follow-up in the GI*
*clinic.*

Thank you for allowing us to participate in your health care needs.
If you have any questions, please call me at the office - (719) 635-7321

Sincerely,

Bryan C. Kavanaugh, MD
(719) 635-7321

Patrick R. Feindt     08/12/1979

---

Confidential                                                    PLAINTIFFS_RH_0122901
PX-1808_0086

**Procedure**

___

# Emergency Department Provider Notes

Patrick R. Feindt

___

**Final, Reviewed**

Diagnosis:

Ordered by Carl S. Swendsen, MD on 10/17/2022 (Routine)
Performed on 10/17/2022 3:30 PM
Reviewed by Carl S. Swendsen, MD on 10/21/2022

___

Procedure Note: See Note

(
CEUE01613401  Feindt,Patrick                08/12/1979 M

St. Francis Medical Center
6001 E Woodmen Rd
Colorado Springs CO 80923-2601

Encounter Date:
10/18/22
Patients PCP is:  AirForceBase  Peterson

Chief Complaint:

Abdominal Pain

History of Present Illness:

This is a 43 y.o. male with a history of hernia s/p repair who was to the ED by
Associates of Gastroenterology with severe constant cramping RUQ abdominal pain
which began 5 months ago. At 0400 this morning he had a dark red bloody stool,
prompting this visit.  After his ultrasound this morning which demonstrated a
possible gallstone or polyp he proceeded to his GI doctor's office without an
appointment.  He spoke with the nurse practitioner in the office who recommended
he come to the emergency department for evaluation.  They also reported that Dr.
Swenson from their office was on call today if consultation was needed.  No
associated nausea or vomiting. No lightheadedness, dizziness, or headache. The
patient has been having pain in his right side abdomen, right flank pain, and
right testicle for the past 5 months, and has received extensive work up by
outpatient gastroenterology for this pain. He has received 4 endoscopy
procedures, CT scans, colonoscopy, and an ultrasound since onset of this pain.
On 9/24/2022 CT scan with contrast at the Air Force Academy which revealed a
possible gallstone vs polyp. This was seen again on an ultrasound performed this
morning. He is currently scheduled for a follow up with Dr. Kavanaugh, November
6..

Onset: Sudden 3 days ago
Timing:  Constant
Severity:  Moderate
Context:  As per HPI

Review of Systems:

As noted in HPI above unless specified below:
Constitutional: No fever
Eyes: No eye pain
ENT:  No sore throat
Cardiovascular:  No chest pain
Respiratory: No hemoptysis
Gastrointestinal: Positive RUQ abdominal pain and bloody stool
Genitourinary: No dysuria
Musculoskeletal: 5-month history of right flank pain right mid abdominal right
testicular pain
Hematologic:  No bleeding
Neurological: No headache
Immunological: No joint pain.

Past Medical, Surgical, Social, Family History & Medications:

Past medical, surgical and family history was reviewed in the nursing notes.

___

10/24/2023 02:03 pm                    Veradigm EHR 23.3                    Page 1/5
                                   ⊗ Allscripts·

Confidential                                                      PLAINTIFFS_RH_0122902
                                                                       PX-1808_0087

**Procedure**

Past Medical History:
Diagnosis Date
  Asthma
  Chronic pain syndrome 6/26/2020
  Seasonal allergies


Past Surgical History:
Procedure Laterality Date
  NASAL SEPTUM SURGERY  2016
  SEPTOPLASTY  2018
  THYROID CYST EXCISION  1984


Social History:
Social History

Tobacco Use
Smoking Status Never
Smokeless Tobacco Never

Social History

Substance and Sexual Activity
Alcohol Use Yes

Social History

Substance and Sexual Activity
Drug Use Never


Family History
Problem Relation Age of Onset
  Heart disease Mother
  Heart disease Father
  Hyperlipidemia Father


Patient's Medications
New Prescriptions
  DICYCLOMINE (BENTYL) 20 MG TABLET    Take 1 tablet (20 mg) by mouth every 6
hours as needed (pain) for up to 15 doses.
Previous Medications
  ALBUTEROL (PROVENTIL HFA, VENTOLIN HFA) 90 MCG/ACTUATION    Inhale by mouth
every 6 hours as needed.
  CROMOLYN (GASTROCROM) 100 MG/5 ML SOLUTION
  FAMOTIDINE (PEPCID) 40 MG TABLET
  FEXOFENADINE HCL (ALLEGRA ORAL)    Take by mouth daily.
  MONTELUKAST SODIUM (SINGULAIR ORAL)    Take by mouth daily.
  NORTRIPTYLINE (PAMELOR) 10 MG CAPSULE
  OMEPRAZOLE (PRILOSEC) 40 MG CAPSULE    Take 40 mg by mouth 2 times a day.
Modified Medications
  No medications on file
Discontinued Medications
  No medications on file


Physical Exam:

ED Triage Vitals [10/17/22 1533]
Temp Pulse Resp BP SpO2
37.9 C (100.2 F) 74 16 (!) 155/101 95 %

Temp Source Heart Rate Source Patient Position (BP) BP Location FiO2 (%)
Temporal -- -- Left arm --

General Appearance:  Well developed.
Eyes:  Normal inspection, no pallor or injection.
ENT, Mouth:  Mucous membranes are moist.
Neck:  Neck is supple with no midline tenderness. No significant
lymphadenopathy.
Respiratory:  There are no retractions, lungs are clear to auscultation.
Cardiovascular:  Regular rate and rhythm.
Gastrointestinal:  Abdomen Soft and mildly tender right upper quadrant no
rebound no guarding no masses no distention
Back: Patient has right CVA tenderness which she reports has been chronic for 5
months.
Rectal: No stool in the vault. Heme negative.
Neurological:  No gross weakness. Sensory intact.

---

Confidential

## Procedure

Skin:  Warm and dry, no rashes, no petechiae.
Musculoskeletal:  Extremities are symmetrical, full range of motion.
Psychiatric:  Normal affect, there is no agitation.

Differential diagnosis: Right flank pain testicular pain chronic for 5 months
with extensive work-up now with right upper quadrant pain in addition.  It
appears patient had an abnormal CT scan back in mid September with questionable
gallstones.  Patient underwent ultrasound imaging this morning and reports that
he has either a gallstone or polyp in his gallbladder.  He is here for further
evaluation.  Additionally he reports he had blood in his stool earlier this
morning.

Imaging/Laboratory/ECG Results:  (if applicable)

CT Abdomen Pelvis with
Final Result

1.  No acute pathology within the abdomen or pelvis.

This exam was performed using automated exposure control, adjustment of mA or kV
according to patient size, and/or use of iterative reconstruction technique.

Digital Imaging and Communications in Medicine (DICOM) format image data of this
study is available to non-affiliated external healthcare facilities or entities
on a secure, media free, reciprocally searchable basis with patient
authorization for at least a 12 month period after the study.

WS: CECOSPH-IMG0927
DICTATED BY: Hashmi, Fahim    Date: 10/17/2022 20:48 MT
TRANSCRIBED DATE: 10/17/2022 20:48 MT

Labs Reviewed
COMPREHENSIVE METABOLIC PANEL - Normal
LIPASE - Normal
CBC AND DIFFERENTIAL
 Narrative:
 The following orders were created for panel order CBC with Differential reflex
Manual Diff.
Procedure             Abnormality     Status
---------             -----------     ------
CBC with Differential re...[452565711]          Final result

Please view results for these tests on the individual orders.
URINALYSIS REFLEX TO MICROSCOPIC AND CULTURE
 Narrative:
 The following orders were created for panel order Urinalysis Reflex to
Microscopic and Culture.
Procedure             Abnormality     Status
---------             -----------     ------
Urinalysis Reflex to Mic...[452565713]          Final result

Please view results for these tests on the individual orders.
CBC WITH DIFFERENTIAL REFLEX MANUAL DIFF
URINALYSIS REFLEX TO MICROSCOPIC AND CULTURE-INPATIENT PERFORMABLE

Procedures: (if applicable):

Procedures

Discussion/Plan and Medical Decision Making:

ED Medication Administration from 10/17/2022 1530 to 10/18/2022 0022
  Date/Time Order Dose Route Action Action by
  10/17/2022 2023 MDT iohexoL (OMNIPAQUE) 350 mg iodine/mL injection 85 mL 85 mL
intravenous Given Yazzie, K
  10/17/2022 2107 MDT fentaNYL PF (SUBLIMAZE) injection 50 mcg 50 mcg
intravenous Given Palmer, C
  10/17/2022 2110 MDT ondansetron (ZOFRAN) injection 4 mg 4 mg intravenous Given
Palmer, C
  10/17/2022 2111 MDT ketorolac (TORADOL) injection 15 mg 15 mg intravenous
Given Palmer, C
  10/17/2022 2315 MDT Rx HYDROcodone-acetaminophen (NORCO) tablet 5-325 mg
Take-Home (# 6) 1 Package oral Take Home Pack Dispensed Palmer, C

Confidential

PLAINTIFFS_RH_0122904
PX-1808_0089

## Procedure

ED Course as of 10/18/22 0022
Mon Oct 17, 2022
2137 Case discussed with Dr. Drew of gastroenterology who did not feel the
patient had an emergent condition at this time and felt he could follow-up with
Dr. Cavanaugh as an outpatient and as scheduled. [TM]
2311 Patient unable to provide stool sample at this time. [TM]

ED Course User Index
[TM] Tracy Ann Maceachern, MD

Vitals:
 10/17/22 2130 10/17/22 2200 10/17/22 2230 10/17/22 2330
BP: 135/83 120/67 125/79 124/78
Pulse: 68 56 50 54
Resp: 16 18 16 16
Temp: 36.7 C (98 F)
TempSrc: Oral
SpO2: 93% 93% 93% 94%
Weight:
Height:

Patient had laboratory values obtained.  Patient CBC is normal.  White count is
normal.  Patient's liver enzymes are normal.  Patient's electrolytes are normal.
Patient underwent CT imaging which was also normal.  Patient was asked to
provide a stool sample but he was unable to provide stool in the department.
Patient's rectal exam demonstrated an empty vault with brown mucus which was
heme-negative.

I discussed all these normal findings with the patient he became somewhat upset
that he had been having 5 months of flank pain and testicular pain as well as
right upper quadrant pain with extensive work-up.  He also was fairly dismayed
that the gastroenterologist was not coming to the emergency department for
evaluation.  I explained that he was on-call for emergencies and at this point
time patient was not experiencing a gastroenterology emergency.  I did discuss
the case with Dr. Drew who felt that patient was safe for discharge home and
follow-up as an outpatient.  I also had a long discussion with the patient about
cholelithiasis versus gallbladder polyp and the potential for needing outpatient
HIDA scan.  Patient was provided with information regarding same.  We also
discussed follow-up with the person that ordered the ultrasound earlier today
and further work-up.  I had an extensive discussion with the patient regarding
gallbladder, gallbladder dysfunction, biliary colic as well as his chronic pain
and the need for further work-up with his primary care physician and his
gastroenterologist.  Patient's pain was treated in the emergency department.
Additionally, patient was given a small pack of Norco for his pain will be
discharged home.

Of note nursing staff reported that patient was upset that the
gastroenterologist did not come to the emergency department to evaluate him.  He
reports that the nurse practitioner in Dr. Cavanaugh's office said that the
gastroenterologist, Dr. Swenson, would come to the emergency department and
personally evaluate him..  I feel this provided unrealistic expectations to the
patient and as a result he was not very happy with his care.

Clinical Impression:

Final diagnoses:
Right upper quadrant abdominal pain

Scribe Attestation
By signing my name below I, Nickolas Portillo attest that this documentation
has been prepared under the direction and in the presence of Tracy MacEachern,
MD.

Electronically signed:  Nickolas Portillo, ED Scribe, at 9:10 PM MDT 10/17/22.

Physician Authorization

I have reviewed the documentation recorded by the scribe and confirmed that it
accurately reflects the service I personally performed and the decisions made by
me, Tracy MacEachern, MD.

This chart is documented via voice recognition software.  Every attempt is made
to identify and correct errors in transcription, but errors occasionally
persist.

Confidential                                                    PLAINTIFFS_RH_0122905
PX-1808_0090

**Procedure**

Tracy Ann Maceachern, MD
10/18/22 0022

Electronically signed by Tracy Ann Maceachern, MD at 10/18/2022 12:22 AM
)

Confidential

# TAB G

# REDACTED ATTORNEY-CLIENT PRIVILEGE

--------- Forwarded message ---------
From: **Patrick Feindt, Jr.** <patrick@
Date: Thu, Mar 24, 2022 at 1:46 PM
Subject: Fwd: Compensation
To: <profeindt

--------- Forwarded message ---------
From: **Benn McCallister** <benn@
Date: Fri, Oct 29, 2021 at 5:39 AM
Subject: Re: Compensation
To: Patrick Feindt, Jr. <patrick@

I will review this over the weekend and get back to you on Monday. Thanks

Benn McCallister

Roger Dunn Golf Hawaii // The Golf Sim

31551 Camino Capistrano, Suite A

San Juan Capistrano, CA 92675

www.rdgolfhi.com

www.thegolfsim.com

---

**From:** "Patrick Feindt, Jr." <patrick@
**Date:** Tuesday, October 26, 2021 at 11:29 PM
**To:** Benn McCallister <benn@



**PLAINTIFF'S
TRIAL EXHIBIT
PX-1001**

Page 1 of 3

**Subject:** Compensation

Benn,

I would like to come to a mutual agreement when it comes to SIM employee compensation. As forecasted in our operating budget, SIM staff would begin receiving commissions ($9600/mo based on $48000 of total sales) after 3 months (September 19) of the business being open.

Moving forward, I believe it is in our best interest to begin an agreed upon commission so that we may maintain a quality product. My thought is that beginning November 1, and retroactive from September 19, SIM employees will begin to receive 50% of golf instruction income and 33% of fitting income. The attached document spells out what that looks like.

I feel this is more than fair considering our previous discussions on compensation for a Director position and the PGA Professionals compensation when giving golf instruction (100% is the norm when working at a club however when you are a contractor, or in a position like this where you are using the company's facility, a percentage usually is withheld by the company. That's usually 20-25% based on my experience. 50% should be a fair and attractive way to recruit and maintain instructors at the golf SIM for years to come).

The attached sales report is only through Oct 25 and we should probably do another $3000ish. We are not on a trajectory to reach the total services goal of $30,000 but we will exceed our sales of goods (18,000 plus). Nonetheless, $9600 based on $48,000 worth of sales (forecast budget) is a 19% commission whereas the attached report represents only a 13% commission of total sales.

I agree with you. Commissions are not going to necessarily get me to where we both feel I should be salary wise. Once SIM #2 is under construction, I will be spending much of my time at the new spot and not able to give as many fittings a/o lessons.

In the end, this is not all about me but a "roadmap" for fellow PGA professionals and SIM specialists when it comes to earning an honest wage. This has proven to be a challenge in the hiring process when trying to recruit quality PGA Professionals whereas the compensation has not been competitive. So far, we have proved that this model can work however it needs to be thoroughly examined for competitive wages not only amongst our Roger Dunn Hawaii peers but my fellow PGA Professionals in the Aloha section.

To conclude, I am comfortable with your recommendation of a pay increase next year to $85,000. When SIM #2 is a reality, I understand that there is going to be more of a load and expectation from me and I look forward to the challenge. When SIM #3 is a reality, we can discuss the expectation involved with that.

Mahalo,

Confidential

PLAINTIFFS_RH_0033796
PX-1001_0001

Patrick Feindt, PGA

Director of Instruction/Fitting

The Golf Sim-Honolulu

**Page 3 of 3**

PLAINTIFFS_RH_0033797
PX-1001_0002

# REDACTED ATTORNEY-CLIENT PRIVILEGE

---------- Forwarded message ---------
From: **Patrick Feindt, Jr.** <patrick@█████████
Date: Wed, Mar 30, 2022 at 9:42 PM
Subject: Fwd: Retro pay
To: <profeindt@████████

---------- Forwarded message ---------
From: **Patrick Feindt, Jr.** <patrick@████████
Date: Thu, Mar 24, 2022 at 9:46 AM
Subject: Fwd: Retro pay
To: <profeindt@█████████

---------- Forwarded message ---------
From: **Benn McCallister** <benn@████████
Date: Thu, Nov 4, 2021 at 10:16 PM
Subject: Re: Retro pay
To: Patrick Feindt, Jr. <patrick@████████

Hey! Per our conversation yesterday, I am on board with your proposal but I feel we need to tighten up operations a
bit. Daily reconciliation is a non-negotiable plus we need to discuss your commitment level and availability. Yesterday
I went by the sim around 4 pm and it was locked up, Larrin was outside smoking. We had previously agreed on your
requested leave during our initial negotiations, however I was unaware of your ongoing family commitments - ie:
closing the sim during regular business hours last week and leaving early yesterday. As I have mentioned to you
before, we are a family-oriented business but there needs to be a balance. At $85k a year, we expect at least 40-50
hours a week without business interruption and I do not think that is too much to ask. Let's find some time tomorrow
to discuss.

Benn McCallister
Roger Dunn Golf Hawaii // The Golf Sim
31551 Camino Capistrano, Suite A
San Juan Capistrano, CA 92675
█████████
www.rdgolfhi.com
www.thegolfsim.com

From: Patrick Feindt, Jr. <patrick@████████

**PLAINTIFF'S
TRIAL EXHIBIT
PX-1002**

Page 1 of 2

PLAINTIFFS_RH_0033798
PX-1002

**Sent:** Thursday, November 4, 2021 5:54:13 PM
**To:** Benn McCallister <benn@█████████████>
**Subject:** Retro pay

Aloha Benn,

Attached is the sales summary for Sept 18-Oct 31 for retro commissions that we discussed. It represents 1/3 of fitting cost going to fitter and 1/2 of lesson fee going to the instructor. I am going to create a commission structure that will further define percentages based on staff members to add incentive to achieve fitting, teaching certifications and PGA status. (example PGA associate receives a 20% commission on lessons vs a PGA member that receives 40%) I will show you what that looks like in the coming days and ask for your feedback and approval. I don't want to add more to your plate so I will continue to try to create clear guidelines to help the business and it's staff succeed.

I spoke with Kathy and it appears we are going to have a talk with Big Hairy Dog when Todd returns from vacation. It appears that won't happen until I return from Maui. We will have to do manual commissions until we can lay out a standard operating procedure.

My thought moving forward is that we need to track our services better. At this moment the procedure is reconciling Paypal every 6-10 days. This represents dollars that are collected for future services. The service doesn't necessarily happen that day and definitely not when it comes to packages. My thought would be to continue 6-10 day reconciliation and create ALU's, at $0, that account for the staff member that executed the service (fitting/instruction). Please approve the following commissions and I will input into PAYCOM.

Patrick
 $3,777.12

Larrin
Fixed Period Sales by Item Summary
 $1,361.67

Patrick Feindt

Confidential

# TAB H

**From:** "Escala, Rosalyne A CIV USN JBPHH PEARL HI (USA)" <█████████>
**Date:** May 14, 2021 at 20:04:57 EDT
**To:** Undisclosed recipients:;
**Subject: PPV Resident Plain Language Brief & Tenant Bill of Rights - RESPONSE REQUIRED**
**Reply-To:** "Escala, Rosalyne A CIV USN JBPHH PEARL HI (USA)" <█████████>

Dear Resident:

The National Defense Authorization Act for Fiscal Year 2020 laid out 15 rights of military service members and their families residing in PPV Housing. As a result, the Military Housing Privatization Initiative (MHPI) Tenant Bill of Rights was developed to ensure quality housing and fair treatment is delivered by privatized property owners.

In accordance with item 4 of the Tenant Bill of Rights, residents have "the right to a plain-language briefing, **before signing a Lease** and **30 days after move-in**, on all rights and responsibilities associated with tenancy of the housing unit." To facilitate implementation of this Bill of Rights requirement, attached for your awareness and acknowledgement is the Joint Base Commander's signed letter, Privatized Housing Plain Language Brief (PLB) and the ASD PPV Tenant Bill of Rights memo along with other important documents for your viewing. The privatized housing PLB addresses specific requirements as they pertain to Hunt Ohana Military Community.

To ensure you have received and reviewed the PLB and ASD PPV Tenant Bill of Rights, our Housing Service Center (HSC) staff are required to retain acknowledgement of your review in writing and/or electronically. For your convenience we have created a voting option for quick response, please reply by selecting the "Read & Acknowledge Housing PLB & ASD Memo" and click respond. <u>Please note, if reviewing and acknowledging from an external email and/or your mobile phone you may reply to this email with a written acknowledgement of email/documents.</u>

If you have any questions or concerns, please contact the Housing Service Center at 808-474-1817.

Mahalo,
Navy Housing Service Center
4825 Bougainville Dr., Bldg 2652, Honolulu, HI  96818-3174

PX-2297

PLAINTIFF'S
TRIAL EXHIBIT
PX-2297

Phone: 808-474-1817

We appreciate your comments:
https://ice.disa.mil/index.cfm?fa=card&sp=131817&s=1008&dep=*DoD&sc=8

FOR OFFICIAL USE ONLY--FREEDOM OF INFORMATION ACT AND/OR PRIVACY ACT
PROTECTED--ANY MISUSE OR UNAUTHORIZED DISCLOSURE MAY RESULT IN BOTH CIVIL
AND CRIMINAL PENALTIES.

Please note:  This e-mail message, including attachments, is for the sole use of the
addressed and intended recipient's, and may contain official, sensitive and/or
privileged information.  Accordingly, any unauthorized review, use, disclosure or
distribution is prohibited and may result in civil and/or criminal penalties.  Should
you receive this transmission in error, please notify the sender via telephone
and/or e-mail and destroy this message and all copies you may have in your
possession.  Thank you for your cooperation.





# TAB I



# *Public-Private Venture (PPV)*
# *Mandatory PPV Housing Resident In-Brief*



# *JOINT BASE PEARL HARBOR-HICKAM*
# *Housing Service Center (HSC)*

PLAINTIFF'S
TRIAL EXHIBIT
**PX-1192**

1

PLAINTIFFS_RH_0132086
PX-1192



# Welcome

❑ *Welcome from the Navy Housing Service Center (HSC) for*
  • *JOINT BASE PEARL HARBOR-HICKAM*

❑ *MISSION STATEMENT: Our team provides comprehensive readiness support and customer SERVICE to Joint Base Pearl Harbor Hickam warriors and their families in order to enable maximum mission readiness of our tenant commands and activities.*

❑ *The Navy HSC staff is employed by the Navy to assist and advocate for Service Members and their families on any housing issue*

❑ *The Housing installation program director manages the HSC and reports directly to the installation commanding officer*
  • *Installation Commanding Officer: CAPT Paul "Jeff" Bernard*
  • *Installation Program Director (IPD): Nanette Baker*

2

PLAINTIFFS_RH_0132087
PX-1192_0001



# *Welcome*

- **OHANA MILITARY COMMUNITIES/HUNT COMPANIES (OMC/HUNT) is the privatized company that owns and manages family housing at this installation**
  - **OMC/Hunt and Navy Housing staff share office space for your convenience**
  - **OMC/Hunt, as the property manager, is the primary contact**
    - **Maintenance services, concerns, rent/billing issues**

- **The Navy HSC is here to assist with unresolved issues or concerns**

PLAINTIFFS_RH_0132088
PX-1192_0002



# *Shared Housing Office*

- **OMC/Hunt property manager and Navy Housing staff share office space for your convenience**



PLAINTIFFS_RH_0132089
PX-1192_0003

# *Overview of Topics*

- *HSC Services and Contact Information*
- *OMC/Hunt Contact Information*
- *What to Expect: Move-in and Move-out*
- *Tenant Bill of Rights*
- *Understanding Your Lease*
- *Resident Energy Conservation Program (RECP)*
- *Solar Panels and RECP*
- *Tenant Responsibilities*
- *Maintaining Your Home*
- *How to Report Maintenance Issues*
- *Types of Service Calls*
- *Tracking Maintenance/Work Orders*
- *HSC Issue Resolution Process*
- *Dispute Resolution Process*
- *Local Information*
- *Connect With Navy Housing*

PLAINTIFFS_RH_0132090
PX-1192_0004



# JOINT BASE PEARL HARBOR-HICKAM
## *Housing Service Center*

❑ *The Navy Housing Service Center (HSC) is available for:*
- *Home finding at this installation or your next duty station*
- *Housing discrimination and Fair Housing complaints*
- *Cost savings and relief programs*
- *Housing questions and concerns*
- *Home inspections for move-in, pre-move out, move-out, or for issue resolution*
- *PPV Housing issue resolution*
- *Whenever you need a Navy Advocate for housing*

❑ *Navy HSC Contact Information:*
- *Street Address: 4825 Bougainville Drive, Honolulu, HI 96818*
- *Phone: 808-474-1820/1821*
- *Website: www.cnic.navy.mil/JBPH-H Housing*
- *Facebook/Social Media: JOINT BASE PEARL HARBOR HICKAM*
- *Email: Hawaii_Housing@navy.mil*

**6**



# PPV Housing at JOINT BASE PEARL HARBOR-HICKAM

❑ **Privatized Housing is one of many choices Service Members have to meet their housing needs**

❑ **PPV provides benefits that are not typically offered in community rentals**
- **Rent cannot exceed BAH w/dependents rate**
- **No upfront costs including application fees**
- **No credit history or salary requirements**
- **Central Air Conditioning**
- **Larger Square Footage than typical homes on the local market**
- **Landscaped grounds**
- **Community Pools, fitness centers, playgrounds, dog parks**
- **24 Hour Emergency Maintenance**
- **Community Events for residents/sense of community**

❑ **OMC/Hunt Contact Information:**
- **Street Address: 3349 Catlin Drive, Honolulu, HI 96818**
- **Phone: 808-839-8690**
- **Website: www.ohananavycommunities.com**
- **Facebook/Social Media: NAVY FAMILY HOUSING HAWAII**
- **Email: navyhawaii@huntcompanies.com**

PLAINTIFFS_RH_0132092
PX-1192_0006



# *What to Expect:*
## *Move-In and Move-Out*

| Move-In | Move-Out |
|---|---|
| **The Resident:** | **The Resident** |
| Accepts home and terms of lease | Provides a notice to vacate to **OMC/Hunt** |
| Tours the home for quality | Returns the home in good condition |
| Signs a lease | |
| **OMC/HUNT provides:** | **OMC/HUNT provides:** |
| Lease signing | An inspection prior to move-out to assess the condition of your home |
| Keys to Home | All maintenance services |
| Walk-through tour of your home | A move-out inspection using the same move-in inspection checklist |
| Move-in inspection with checklist | A final determination of any damages or repairs and associated costs |
| A survey asking about your move-in experience | A move-out survey for you to provide feedback |
| **Navy HSC provides:** | **Navy HSC provides:** |
| Answers to eligibility questions or unresolved concerns | Provides answers to questions and issue resolution services |
| Assistance with your move-in inspection | Assistance with move-out inspection, if requested |
| Follow-up to check-in with you | PCS assistance and HSC contact for your next location |
| Support with any unresolved issues at move-in | Support on any unresolved issues |

8



# *Tenant Bill of Rights*

❑ *In 2020, laws were passed to assure PPV military residents' basic rights*
- *A housing unit and a community that meets applicable health and environmental standards*
- *Working fixtures, appliances, and utilities*
- *A written lease with clearly defined rental terms*
- *A plain-language briefing by the installation housing office on all rights and responsibilities before signing a lease and 30 days after move-in*
- *Sufficient time and opportunity to prepare and be present for move-in and move-out inspections*
- *To report issues with habitability of the housing unit to the Landlord, the chain of command, and housing management office without fear of reprisal or retaliation*
- *Access to a Military Tenant Advocate or a military legal assistance attorney*
- *Management services that meet or exceed industry standards*
- *Consistently honest, accurate, straightforward, and responsive communications*
- *Access to an electronic work order system*
- *Prompt and professional maintenance and repair*
- *Advice from military legal assistance*
- *Reasonable, advance notice of any entrance to the home*
- *Common documents, forms, and processes*

❑ *Residents will be provided the full Tenant Bill of Rights for review*

PLAINTIFFS_RH_0132094
PX-1192_0008



# *Understanding Your Lease*

❑ *Residents must accept and sign the PPV lease with DOD approved language*
❑ *The lease includes tenant's rights and responsibilities*
❑ *The resident handbook is considered part of the lease*

❑ *In addition, the PPV lease includes several addendums:*

- *Addendum 1: <u>Mold and Mildew Addendum</u>- Addresses mold and the prevention of mold. Lists resident and property mgr responsibility.*
- *Addendum 2: <u>Ohana Pesticide-Impacted Soil Addendum</u>- Addresses the history of pesticide use and how it has impacted the soil around the home.  Lists rules and restrictions for residents.*
- *Addendum 3: <u>Asbestos Addendum.</u> Addresses the history of use of asbestos in homes built prior to 1981.  Lists Resident responsibilities to keep their family safe.*
- *Addendum 4: <u>Lead Base Paint Addendum</u>.  Addresses the history and use of LBP in homes built prior to 1978.  Lists resident and property manager responsibilities.*

PLAINTIFFS_RH_0132095
PX-1192_0009



# *Understanding Your Lease, continued*

- *Addendum 5:  RECP Addendum (Active Duty Homes Only). Explains RECP Program and outlines resident responsibilities. Note:  Program is currently suspended.*

❑ *You may also be asked to sign additional addendums*
- *Addendum 6: Pet Addendum- Lists paperwork requirements for pet owners.*
- *Addendum 7: Weapons Registration- Lists responsibilities of resident to legally and properly register firearms in order to keep weapons in a OMC/Hunt home.*
- *Addendum 8: Minor Modification Addendum – Request for residents to modify home, i.e. add trampoline, painting of home, etc.*
- *Addendum 9: Satellite Dish Addendum- Request to install satellite dish/dishes and have location approved.*

*It is important to read through and understand what you are signing.  If you have questions, contact the HSC*

PLAINTIFFS_RH_0132096
PX-1192_0010



# *Resident Energy Conservation Program (RECP)*

❑ *The NDAA temporarily suspended the RECP in 2020*
- *Residents will continue to receive statements, but no payments are required*
- *Residents will be notified when RECP resumes*
- *PPV partners are ensuring that all homes have accurate meters*

❑ *Basic Allowance for Housing (BAH)/Rent includes an amount for utilities*

❑ *"Normal" electricity usage is determined by averaging the monthly usage of occupied "like-type" homes (size of home and number of bedrooms)*

❑ *Residents that use more than the "normal" usage, will receive a bill*

❑ *Residents that use less will receive a credit for the amount conserved*

❑ *Residents with serious medical conditions may be exempted with Commanding Officer approval*
- *Wounded Warriors are exempt upon request*

*See the provided RECP flier included with this brief for more information visit www.cnic.navy.mil/RECP for detailed information about RECP*

PLAINTIFFS_RH_0132097
PX-1192_0011



# *Photovoltaic & Solar Panels and RECP*

- *Solar and Photovoltaic (PV) panels help reduce the cost of electricity for the PPV project making more funds available to reinvest into better homes and neighborhoods*

- *Solar is an environmentally clean way to produce electricity and helps meet Navy energy conservation targets*

PLAINTIFFS_RH_0132098
PX-1192_0012



# *Tenant Responsibilities*

❑ *Per your lease, it is your responsibility to:*

- *Report in a timely manner any apparent environmental, safety, or health hazards of the housing unit to the landlord and any defective, broken, damaged, or malfunctioning building systems, fixtures, appliances, or other parts of the housing unit, the common areas, or related facilities*

- *Maintain standard upkeep of the housing unit as instructed by the housing management office*

- *Conduct oneself as a tenant in a manner that will not disturb neighbors, and to assume responsibility for one's actions and those of a family member or guest in the housing unit or common areas*

- *Not engage in any inappropriate, unauthorized, or criminal activity in the housing unit or common areas*

- *Allow the landlord reasonable access to the rental home in accordance with the terms of the tenant lease agreement to allow the landlord to make necessary repairs in a timely manner*

- *Read all lease-related materials provided by the landlord and to comply with the terms of the lease agreement, lease addenda, and any associated rules and guidelines*

14

PLAINTIFFS_RH_0132099
PX-1192_0013



# *Tenant Responsibilities, continued*

❑ *Additional tenant responsibilities*
- *Renters insurance is a responsibility of the resident, and is strongly encouraged to protect your belongings and prevent financial hardships*
- *Residents are responsible for keeping their home clean and in good order*

❑ *Animal Responsibilities*
- *You are responsible for your animals at all times*
- *Residents are responsible for all animal damage to their home or common spaces*

❑ *Personal protection/safety and security/firearms.*
- *Take responsibility for personal safety. Dial 911 in the event of an emergency or civil matter. Non-emergency concerns can be reported to 808-839-4357, or call 808-479-1869 (Securitas), if you live outside the gate.*
- *All fire arms must be registered with OMC/HUNT and meet all Federal, State and local regulations.*

❑ *Facility use and services - Pools, community centers use at own risk.*
❑ *Visitors and guests. Family/friends up to 30 days.*
❑ *Parking. Designated garage/carport; other undesignated spaces use based on availability.*

PLAINTIFFS_RH_0132100
PX-1192_0014

# *Maintaining Your Home*

## ❑ *Prevent Pests*

- *Promptly clean kitchen counters and dispose of food debris*
- *Keep food in air-tight containers*
- *Clear outside doorways and windows of leaves and dirt*
- *Deposit garbage in trash cans in plastic bags*
- *Keep soiled clothing in clothes hamper or other container*
- *Do not keep empty soft drink cans or bottles under the sink and rinse before placing in recycle bin*

## ❑ *Prevent Mildew, Moisture, Mold*

- *Check your toilets and faucets for leaks*
- *Allow air flow in bathrooms and laundry rooms*
- *Use exhaust fans or windows in bathrooms to eliminate moisture after showers*
- *Change AC air filters monthly*
- *Report leaks and issues immediately*
- *Check drains and keep them clear*
- *Do not block or cover any ventilation or air conditioning ducts*

PLAINTIFFS_RH_0132101
PX-1192_0015

# *Maintaining Your Home, continued*

❑*Prevent Damage to Appliances and Systems*
- *Check and change your filters*
- *Clean and monitor major appliances*
- *Check and change batteries for smoke/CO detectors*

❑*Report Maintenance Issues to OMC/Hunt Immediately!*

PLAINTIFFS_RH_0132102
PX-1192_0016

UNCLASSIFIED



# *How to Report Maintenance Issues*

❑ *Contact OMC/Hunt: Report maintenance issues right away*
- *Maintenance emergencies*
- *Trouble calls*
- *Safety concerns*

❑ *Maintenance Number: 808-839-HELP (4357)*
✓ *For emergency and urgent maintenance requests call: 808-839-HELP (4357)*
✓ *For routine maintenance:*
- ○ *Submit a Maintenance Request via Rent Café App*
  - *Download the App: Rent Café on Apple Store of Google Play Store*
- ○ *Submit a Maintenance Request Online*
  - *Web Portal: www.ohananavycommunities.com*
- ○ *You may also call: 808-839-HELP (4357)*

*The Navy HSC is always available to assist with unsatisfactory maintenance, work orders, repairs or services*

PLAINTIFFS_RH_0132103
PX-1192_0017



# *Types of Service Calls*

| Type of Service Call | Examples | Response Time *Depending on Parts |
|---|---|---|
| **Emergency**<br>• Critical safety, life threatening issues<br>• Resident with a medical requirement for stable temp levels | Gas leaks, fire, power outage, sewage back-up, flood, only toilet inoperable | • 60-minute initial response<br>• 1 day to complete emergency work*<br>• Available 24/7/365 |
| **Urgent**<br>• Habitability Issue | Broken window, garage door inoperable, kitchen sink back-up, light-fixtures not working, Refrigerator inoperable | • 4-hour initial response<br>• 1 business day to complete work* |
| **Routine**<br>• Convenience<br>• Unit care issues | Single burner inoperable, repair screens, light bulb replacement | • 24-hour initial response<br>• 10 business day to complete work* |

\* Work to secure the emergency and urgent situation within timeline. Additional repair work outside of the emergent and urgent situation will be completed within routine work order standards.

PLAINTIFFS_RH_0132104
PX-1192_0018



# *Tracking Maintenance/Work Orders*

❑ *Rent Café is a mobile App that will allow you to submit and track maintenance work orders.*

❑ *Creating work orders via Rent Café:*
- ✓ *First, contact your OMC/HUNT neighborhood Resident Service Office (RSO) to retrieve your Resident ID Code*
- ✓ *Download Rent Café Resident Mobile App*
- ✓ *Press the Sign Up Link*
- ✓ *Select Ohana Military Communities- Navy Leasing Service Office, Honolulu, HI 96818*
- ✓ *Enter email address that matches the primary email on our record*
- ✓ *Create Password and select Security Question*
- ✓ *Verify your account via SMS text and a verification code will be sent to primary mobile number*
- ✓ *Accept terms and conditions*
- ✓ *Find option to Add a Work Order*
- ✓ *Click on ICON and it will give step by step instructions*

*If there are any issues, please contact your OMC/Hunt Resident Service Office for assistance*

PLAINTIFFS_RH_0132105
PX-1192_0019



# *HSC Issue Resolution Process*

❑ *Report your issue to your OMC/Hunt property manager (PM)*

❑ *If your issue is not resolved to your satisfaction, contact the Navy HSC*

❑ *The Navy Housing Oversight/Inspection Team is available to help you communicate with OMC/Hunt to assist in finding a mutually agreed upon resolution*

❑ *You can always contact your chain of command with your housing issues*

❑ *The Navy HSC is the military tenant advocate for you and your family when any housing issues arise*

*Additional resources include*
*Military & Family Support Center (MFSC), Region Legal Service Office (RLSO) and, in cases of health concerns, your Primary Care Physician*

PLAINTIFFS_RH_0132106
PX-1192_0020

# *HSC Issue Resolution Process (contd)*







22



# *HSC Issue Resolution Process (contd)*



PLAINTIFFS_RH_0132108
PX-1192_0022







UNCLASSIFIED

# Dispute Resolution Process

- *Dispute Resolution Process – formal dispute resolution process is still being negotiated among the Services and their respective PPV Partners.*

# *Other Local Information*

❑*Helpful Website:*

✓ *MWR Great Life Hawaii - www.greatlifehawaii.com Your source for information regarding recreation, child care, schools, family services and much more.*

PLAINTIFFS_RH_0132110
PX-1192_0024

# *Connect with Navy Housing*

## *Find your local Navy Housing Service Center (HSC)*

### *www.cnic.navy.mil/ContactHousing*

 www.facebook.com/NavyHousing

 **@NavyHousing**

 www.pinterest.com/NavyHousing

 www.YouTube.com/NavyHousing

**Visit: www.cnic.navy.mil/Housing**     **Email: NavyHousingHQ@navy.mil**

PLAINTIFFS_RH_0132111
PX-1192_0025



# *Questions?*

**□*Navy HSC Contact Information:***
- *Street Address: 4825 Bougainville Drive, Honolulu, HI 96818*
- *Phone: 808-474-1820/1821*
- *Website: www.cnic.navy.mil/Pearl Harbor Hickam, JB*
- *Facebook/Social Media: JOINT BASE PEARL HARBOR HICKAM*
- *Email: Hawaii_Housing@navy.mil*

**□*OMC/Hunt Property Manager Contact Information:***
- *Street Address: 3349 Catlin Drive, Honolulu, HI 96818*
- *Phone: 808-839-8690*
- *Website: www.ohananavycommunities.com*
- *Facebook/Social Media: NAVY FAMILY HOUSING HAWAII*
- *Email: navyhawaii@huntcompanies.com*

27

PLAINTIFFS_RH_0132112
PX-1192_0026

# TAB J

## REDACTED ATTORNEY-CLIENT PRIVILEGE

--------- Forwarded message ---------
From: **Ohana Navy Resident Portal** <no-reply@rentcafe.com>
Date: Tue, Nov 30, 2021 at 7:55 AM
Subject: Message from JBPHH
To: <amandafeindt@█████████████>



Ohana Navy - Ford IS - Luke Field

Hello AMANDA,

### DOH and Navy tested water – no measurable quantities of fuel found. Navy pursuing additional, stringent testing

Navy and Department of Health test results on water samples from various locations on Joint Base Pearl Harbor-Hickam, including military housing, have not detected petroleum constituents in initial testing.

More stringent tests are being conducted by qualified independent water testing labs on the mainland to ensure water purity meets EPA standards. Results are expected later this week.

The Navy's current guidance for Joint Base Pearl Harbor – Hickam military housing residents is to report any chemical or petroleum odors associated with their potable water. If chemical or petroleum odors are present, recommend avoiding ingestion as a cautionary measure. The Navy is moving forward to provide sources of drinking water to affected residents and to sample affected locations.

On Sunday and Monday, Navy engineers inspected water storage tanks, wells and



PLAINTIFF'S
TRIAL EXHIBIT
**PX-1104**

Confidential                                                                PLAINTIFFS_RH_0106187
                                                                            PX-1104

distribution lines and flushed distribution lines associated with housing communities reporting contamination of their water supply. Navy engineers visited military homes of families who reported a chemical or petroleum smell and collected samples for analysis. The Navy also collected and tested samples from other locations associated with the water distribution system.

The Joint Base Pearl Harbor-Hickam commander sent an update to military housing residents Monday reinforcing the Navy's commitment to keeping the water safe. He also provided a phone number for individuals to call who have concerns about their water.

Navy continues to work with the Department of Health on lab testing the Navy's water samples. Engineers and Public Works specialists are tracking resident concerns.

The Navy continues to monitor and investigate and will update residents and other stakeholders.

Best,

The Team at Ohana Navy - Ford IS - Luke Field

**CONTACT INFO**

Navy Leasing Services Office: 3349 Catlin Drive
Honolulu, HI 96818
(808) 839-8630

**OFFICE HOURS**

Monday-Friday           7AM-6PM

*THE INFORMATION CONTAINED IN THIS MESSAGE AND ANY ATTACHMENT MAY BE PRIVILEGED, CONFIDENTIAL, PROPRIETARY OR OTHERWISE PROTECTED FROM DISCLOSURE. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and permanently delete it from your*

PLAINTIFFS_RH_0106188
PX-1104_0001

*computer and destroy any printout thereof.*

Navy Leasing Services Office: 3349 Catlin Drive, Honolulu, HI 96818

This email was sent to **amandafeindt@[REDACTED]** To ensure you continue receiving our emails, please add us to your address book or safe list. You can opt out of email notifications from Ohana Military Communities-Navy* **clicking here**. You can opt out of all email notifications from Hunt ELP, LTD **clicking here**.

Confidential

PLAINTIFFS_RH_0106189
PX-1104_0002

# TAB K

# REDACTED ATTORNEY-CLIENT PRIVILEGE

---------- Forwarded message ---------
From: **Ohana Navy Resident Portal** <no-reply@rentcafe.com>
Date: Fri, Dec 3, 2021 at 12:21 PM
Subject: Navy Water Update
To: <amandafeindt@█████████

12/3/2021 Morning Update

Dear Residents,

The Navy has announced and verified that Manana, Camp Smith, Ford Island, and Pearl City Peninsula's water has been confirmed as being cleared to use. These neighborhoods have not been utilizing the Red Hill water source.

As a reminder, when you are going to the Navy water distribution centers please bring identification or proof of address to confirm your residency. This can be a letter or bill with your address on the correspondence.

The Navy continues to make preparations for those affected and details will be announced shortly.

Those in the affected areas will be receiving a phone call from an Ohana Navy Communities representative in an effort to assist with any needs you may have and to ensure you have the appropriate military contacts.

If you have any questions, please don't hesitate to contact your Resident Services Office.

Navy Leasing Services Office: 3349 Catlin Drive, Honolulu, HI 96818

This email was sent to amandafeindt@█████████ To ensure you continue receiving our emails, please add us to your address book or safe list. You can opt out of email notifications from Ohana Military Communities-Navy* clicking here. You can opt out of all email notifications from Hunt ELP, LTD clicking here.



PLAINTIFF'S
TRIAL EXHIBIT
**PX-1111**

# TAB L

# TASK FORCE OHANA

# RESOURCES AVAILABLE

### TO SOLDIERS AND FAMILIES AFFECTED BY THE WATER CRISIS

 **DO NOT USE THE WATER IN YOUR HOME** 



## CLEAN WATER AVAILABLE:



**AMR CHILD DEVELOPMENT CENTER**
114 KAUHINI RD BLDG 1783, HONOLULU, HI 96818

**RED HILL COMMUNITY CENTER**
1220 ICARUS WAY, HONOLULU, HI 96819

**AMR SHOPPETTE PARKING LOT**
BLDG. 880, ALIAMANU DR, HONOLULU, HI 96818

**LODGING SERVICES & MEDICAL SCREENINGS
AVAILABLE AT THE HELP DESK
AT AMR COMMUNITY CENTER**



182 KAUHINI ROAD, HONOLULU, HI 96818

# ARE YOU AFFECTED BY WATER ISSUES?

### SCAN QR CODE FOR WATER CRISIS SURVEY



**PLAINTIFF'S
TRIAL EXHIBIT
PX-1175**

# IF YOU HAVE ANY ISSUES, QUESTIONS OR
# NEEDS PLEASE VISIT THE AMR HELP DESK

Confidential

# TAB M

# REDACTED ATTORNEY-CLIENT PRIVILEGE

---------- Forwarded message ---------
From: **mandy feindt** <amandafeindt@████████>
Date: Thu, Dec 9, 2021 at 7:44 AM
Subject: Ford Island CDC Water Concern
To: FORD ISLAND CDC <fordislandcdc@████████>
Cc: Kunzweiler, Rhodora NAF (USA) <rhodora.kunzweile.rp@████, EMILY P NAF
VILLANUEVA (US) <emily.villanueva@████, Lau, Kevin H NAF (USA)
<kevin.h.lau@████ <kamryn.ziegler@████, Rajkovic-Lavely, Alisa CIV JBPHH,
JB92 <alisa.rajkovic-lavel@████ Constantino, May Lyne M NAF (RP)
<MAYLYNE.CONSTANTI.RP████, Patrick <profeindt████

Rhodora-

Please see attached as discussed yesterday. I'm very concerned that our kids are drinking the
water, hand washing, and eating food prepared by CDC without being given test results … and
after Navy has put out that all CDCs are using outside water source (potable/bottle water), and
after I called the EOC last night they told me that to assume our Ford island water is
contaminated and NOT to drink it.

We will bring in bottled water & hand sanitizer for our children and request that they not drink
the water, or hand wash until we've been given the results of the water testing at Ford Island
CDC. Please notify all parents immediately once you find out results … Ford island CDC is
widely being talked about on social media & as you know several concerned parents.

Of note, I know this is not your fault & your facility is not knowingly forcing our kids to drink
jet fuel …. I know that you are operating in the conditions that have been established by the
navy. I believe the navy is not being completely transparent and I'm very concerned of the
second and third order effects for my family possibility ingesting contaminated water. I just
ask that you notify parents of what's going on so we can have some peace of mind. Thank
you!

Mahalo!
-Mandy Feindt

Amanda L. Feindt
Major, US Army
Deputy Director SOJ1
Special Operations Command Pacific
Camp Smith, Hawaii
amanda.l.feindt.mil@████


PLAINTIFF'S
TRIAL EXHIBIT
**PX-1006**

Personal contact info:
amandafeindt@ ███████

On Dec 7, 2021, at 10:55, FORD ISLAND CDC <fordislandcdc@ ████████
wrote:

Aloha All,

Our AC has been repaired.  Thank you all for your patience.

Mahalo,

Ford Island CDC Management

On Tue, Dec 7, 2021 at 6:51 AM FORD ISLAND CDC
<fordislandcdc@ ██████ wrote:
Aloha Families,

Please see attached. Please let us know if you need more further information.

Respectfully,

FICDC Management

Confidential