# TAB N

PLAINTIFF'S
TRIAL EXHIBIT
**PX-1045**

PLAINTIFFS_RH_0102793
PX-1045



Confidential



Confidential

PLAINTIFFS_RH_0102798
PX-1045_0002

‹    drink in Mandy's posts, photos, and t...

⚙ Filters    Posts You've Seen    Most Recent    Tagged L

 **Mandy Feindt** is with **Patrick Feindt**.    •••
Jan 5, 2022 · 👥

Yesterday our sweetest girl was re-evaluated +
diagnosed with ADHD. This was our "second opinion"
assessment. Though we were relieved to have ruled out
other conditions + receive an early diagnosis (IOT get
some things under control before she starts school), the
timing of this is awful and has only increased our anxiety
associated w/the kiddo's exposure to contam... See more



😆❤️👍 89                                    59 comments  1 share

PLAINTIFFS_RH_0102872
PX-1045_0003

Confidential

PLAINTIFFS_RH_0106368
PX-1045_0004



Confidential

PLAINTIFFS_RH_0106376
PX-1045_0005

 Camera

**Waikiki Beach Walk**
December 15, 2021  16:56    Edit 

 LIVE ⌄



PLAINTIFFS_RH_0106385
PX-1045_0006

10:12



‹    drink in Mandy's posts, photos, and t...

Filters    Posts You've Seen    Most Recent    Tagged L

Jan 5, 2022 ·

Yesterday our sweetest girl was re-evaluated + diagnosed with ADHD. This was our "second opinion" assessment. Though we were relieved to have ruled out other conditions + receive an early diagnosis (IOT get some things under control before she starts school), the timing of this is awful and has only increased our anxiety associated w/the kiddo's exposure to contaminated water. 🙁

We are obviously in a tough season. Please continue to pray for our family as we begin exploring multimodal treatment options for ▮▮▮▮.. whether we continue non-pharmacological behavior therapy, introduce neurobehavioral intervention, or meet with a child psychiatrist to discuss medications. Silver lining: at least the military provides my family TRICARE insurance to cover all options. 👧🙏

Also, please send us all of your best 'child w/ADHD' advice, tips + tricks, books, podcast, and medical professionals to follow on social media. We are all ears at this point! Thank you. 💜

https://www.additudemag.com/toxins-causing-adhd/



Home    Friends    Marketplace    Profile    Notifications    Menu

# TAB O



## NAVY

# Hundreds of Red Hill water samples were never tested for fuel

By **SOPHIE COCKE**

THE HONOLULU STAR-ADVERTISER • September 6, 2022



Navy contractors process water samples on March 17, 2022, as a part of monitoring at the Red Hill well in Aiea, Hawaii. (Mar'Queon A. D. Tramble/U.S. Navy)

(Tribune News Service) — When Bridget Merancio, an Army wife with three young children, awoke on the morning of Nov. 29, her home smelled like an auto body shop, she recalls.

Confidential                                                                                           PLAINTIFFS_RH_0108280
PX-2305



PLAINTIFF'S
TRIAL EXHIBIT
PX-2305

Her family had been sick for a week with nausea, diarrhea and respiratory problems. Even their dogs were throwing up. Merancio's 7-year-old son had what appeared to be chemical burns on his genitals, and the skin was peeling off. Now the odor coming out of the faucets of their Aliamanu Military Reservation home was overwhelming.

Everything came into sharp focus when Merancio began seeing reports that the tap water her family had been drinking and bathing in, which had an oily sheen to it, may be contaminated with petroleum. They were among hundreds of families on the Navy's drinking water system serving neighborhoods in and around Joint Base Pearl Harbor-Hickam who began reporting chemical or fuel smells coming from their faucets and health symptoms as 2021's Thanksgiving holiday wrapped up.

Navy leaders put out an alert to military families, telling them to call a hotline if they suspected something was wrong with their water and that the Navy would send out a team to test it. "We are working aggressively to try to figure out what is in the water, " Rear Adm. Timothy Kott, who at the time was commander of Navy Region Hawaii, told military families at a town hall meeting early on in the quickly unfolding disaster.

The Merancios, who now live in Georgia, were among the first to call, but they would never find out exactly what was in their water. That's because the Navy never tested the Merancios' home for petroleum chemicals, or any of the other 1,000-plus homes it took samples from in the first couple of weeks, following the water contamination.

Instead, the Navy did a rough screening of the samples for total organic carbon, which can indicate that the water is contaminated but not with what. The sample taken from the Merancios' home is simply listed as "non-detect" in the Navy's test data posted online, as are the vast majority of samples collected from homes.

The Navy told the Honolulu Star-Advertiser last week that other samples it collected from homes — it didn't say exactly how many — weren't tested at all after regulators determined the entire water distribution system would have to be flushed anyway.

Confidential

PLAINTIFFS_RH_0108281
PX-2305_0001

"That makes me so angry," said Merancio when told by the Star-Advertiser her home had been screened only for total organic carbon. Like other families interviewed by the Honolulu Star-Advertiser, she assumed it had been tested for petroleum.

## An everyday struggle

Many families have moved on with their lives, but the Merancios, particularly their 11-year-old daughter, have suffered devastating health problems.

When the family moved to Hawaii in December 2020, Merancio said, her daughter, who suffers from epilepsy, was completely stable. She went to school and took dance classes three times a week. But at the end of May 2021, her seizures started to become more frequent.

"Then everything seemed to come full force," Merancio said. Her daughter has had memory loss, hearing loss, loss of feeling in her legs and constant pain in her body, according to her mother. She had to have a section of her brain removed and is now homebound.

"Every day is a struggle. It's hard for her," Merancio said.

Merancio said that knowing what specific chemicals were in her water and at what concentrations could maybe help her doctors figure out what triggered her daughter's sharp increase in seizures and related health problems.

"It would be nice to know what was in my water so I could help my child more," she said.

On Dec. 2 the Navy confirmed that one of its three drinking water wells had been contaminated with jet fuel from its nearby Red Hill fuel facility, sending petroleum through its water system, which serves about 93,000 people. Jet fuel contains hundreds of chemical compounds, including benzene, a known carcinogen, and naphthalene, which can cause liver and neurological damage from short-term exposure.

Some military families have worried there may have been other contamination in their water

Confidential

PLAINTIFFS_RH_0108282
PX-2305_0002

that was never identified, and suspect the fuel contamination began months before the November fuel spill at Red Hill. There was another spill at the facility in May 2021, and water sampling results from the Navy's Red Hill shaft had detected petroleum contamination that summer at levels above environmental action levels.

**'I'll never know'**

Army Maj. Mandy Feindt, with the assistance of her attorney, had been trying for months to get the results of the water sample from her former home on Ford Island. She had received a text shortly after the sample was collected Dec. 10 saying that it was "non-detect for TOC's," but she didn't know what "TOC" — total organic carbon — meant and just assumed the Navy had tested it for petroleum chemicals. She wanted a copy of the results.

At one point, she said, a military official told her she would have to file an official records request with the government under the Freedom of Information Act.

Other responses from the military were confusing. Earlier this year in April, an Air Force colonel emailed her attorney, Kristina Baehr, to say that he was not aware of any test results for Feindt's home. "Further, (the Special Operations Command Pacific) inquired and understands that individual home results are not releasable to commands or even services," the official wrote in the email, a copy of which was provided to the Star-Advertiser.

She said her family, who is part of a lawsuit recently filed against the federal government over the water contamination, has also suffered health problems in the months following the November spill at Red Hill.

Feindt, who now lives in Colorado, said the Star-Advertiser was the first to explain to her that her home had not been tested for petroleum chemicals.

"How negligent is that?" Feindt said. "So, I'll never know. I'll never know what my family ingested."

The Navy said the decision to screen home samples only for total organic carbon was made

Confidential

PLAINTIFFS_RH_0108283
PX-2305_0003

in an "effort to identify potential areas of concern within the distribution system."

"The Navy worked to keep all of those impacted by the water informed of updates (such as changes to sampling and flushing plan, the Interagency Drinking Water Team, etc.) via multiple methods, including social media updates, website postings, Facebook live updates, news releases, information shared via housing portals, and many other ways," the Navy said.

## Contaminants flushed

Andrew Whelton, a professor of civil, environmental and ecological engineering at Purdue University, is an expert in water contamination and response efforts. His team worked to identify the chemicals in the drinking water following the deadly 2018 Camp fire in California and helped the recovery operation in West Virginia when an industrial chemical spill in 2014 contaminated drinking water.

Beginning in mid-December, Whelton and a team worked for several weeks to assist with the Navy's Red Hill response. He said that the first step when there is drinking water contamination should be to figure out exactly what is in the water.

"For all disasters I get called in on, I ask the same question: Have you characterized the source of the contamination to determine what chemicals you should be looking for in faucets and the distribution system ?" he said.

The Navy did confirm Dec. 2 that its Red Hill shaft had been contaminated with jet fuel. But there is little data from early on to indicate what specific chemicals may have been present at dangerous levels in the drinking water system. On Nov. 30 the Navy started flushing its main distribution system, sending water gushing into the streets, and instructed all families to flush the water from their home pipes.

The Navy did send some early samples that it collected from public locations, such as community centers, to labs in other states for further testing. Those labs, certified by the

Confidential

PLAINTIFFS_RH_0108284
PX-2305_0004

Environmental Protection Agency, tested for petroleum contamination, including specific chemicals.

But the extensive flushing in the early days likely diluted the contamination, according to the state Department of Health. A review of nearly 40 pages of testing data from samples collected between Nov. 28 and Dec. 13 show just a few low-level detections of total petroleum hydrocarbons, the large family of chemical compounds found in fuel, at locations on the Navy's distribution system, all of which were well below the limit considered safe. The vast majority of samples tested by the Navy came up clean.

"During the initial response there was limited availability of laboratories to analyze samples for (total petroleum hydrocarbons) in a timely manner," the Navy said. The screening for total organic carbon was conducted in the Navy's Joint Base Pearl Harbor-Hickam lab.

## Samples tossed

The Navy could have sent the samples that it collected from homes to the EPA labs for additional testing, but instead says it dumped the water and threw out the vials after one month of storage. The Navy didn't notify individual families about the results of their tests or tell households that their water samples were not screened at all.

"Due to limited personnel, families were not notified directly on the status of their samples collected," said a Navy spokesperson by email. "The Navy was focused on identifying areas of concern to inform the recovery plan and did not have notification procedures in place at the time. The Navy posted all results publicly to the Safe Waters page, so residents could view the results of samples that were tested."

The Navy didn't say how many samples were thrown out without any screening, but said it tested the majority. Households that can't find the results of their water sample on the Navy's water data page can assume their sample was never tested.

That includes Belinda Miles, who recently retired from the Navy after 20 years. Her husband

Confidential

PLAINTIFFS_RH_0108285
PX-2305_0005

is a Navy officer. She said her family got sick in early December with nausea and diarrhea.

"We knew something was in the water; we just didn't know what," Miles said.

They had water samples collected from their kitchen sink, but her address isn't listed in the results posted online by the Navy.

Miles said she's had numerous health problems that she believes are related to the water contamination, including ringing in her ears, joint pain and hair loss.

"I would like to know what was in our water. I would like to know what my children and my pets and my husband and I were ingesting," she said.

*(c)2022 The Honolulu Star-Advertiser*

*Visit The Honolulu Star-Advertiser at [www.staradvertiser.com](www.staradvertiser.com)*

*Distributed by [Tribune Content Agency, LLC](Tribune Content Agency, LLC).*

**Subscribe to Stars and Stripes** Just 99c a week!                    SUBSCRIBE

Coast Guard sends its 'deployable specialized forces' to Australia for…

Multinational beach landings cap largest-ever Talisman Sabre…

Japan mandates devices that detect students left behind…

Bell tolls for 53-year-old motorcycle shop outside US air base in…

Bell tolls for 53-year-old motorcycle shop outside US air base in…

Confidential                                                                    PLAINTIFFS_RH_0108286
                                                                               PX-2305_0006

Hundreds of Red Hill water samples were never tested for fuel | Stars and Stripes                                    8/10/23, 2:58 PM



## Top Vet Begs Americans: "Avoid Feeding This To Your Dogs"



## Diabetes Is Not From Sweets! Meet The Main Enemy Of Diabetes

🔥 10,337



## Dementia And M Been Linked To T Pill. Are You Taki

🔥 15,686



## The Serum That Takes Seconds To Apply, But Takes Years Off

🔥 162



## Heart Surgeon Begs Americans: "Stop Putting This In Your Coffee"

🔥 2,960



## Why Thousands Are Ditching Sola THIS Low Cost I

🔥 97,547

Sponsored Ad

© 2022 Stars and Stripes. All Rights Reserved.

SIGN UP
FOR DAILY
HEADLINES

Sign up to receive a daily email







Confidential                                                                                    PLAINTIFFS_RH_0108287
                                                                                                 PX-2305_0007

Hundreds of Red Hill water samples were never tested for fuel | Stars and Stripes

8/10/23, 2:58 PM

of today's top military news
stories from Stars and Stripes
and top news outlets from
around the world.



**Austin ends overseas trip with plug
for rules-based order**

On the final step of his six-day, three-nation foreign trip,
Secretary of Defense Lloyd Austin said Wednesday that
the world must have rules-based order if it wants
international security during a time of heightened



Confidential

PLAINTIFFS_RH_0108288
PX-2305_0008

# TAB P

**REDACTED ATTORNEY-CLIENT PRIVILEGE**

---------- Forwarded message ---------
From: **Ohana Navy Resident Portal** <no-reply@rentcafe.com>
Date: Fri, Dec 17, 2021 at 10:04 AM
Subject: Ohana Residents Letter December 2021
To: <amandafeindt█████████>

December 17, 2021

Dear Ohana Military Communities Resident,

We are reaching out to provide you with the latest information and contact details we have on the JBPHH Water issue . As you know, the Navy is providing updates frequently and it is our hope you are receiving these important details.

This week, a team of PhD professors from Purdue University and Naval Facilities Engineering Systems Command Hawaii (NAVFAC HI) visited homes to demonstrate and finalize a procedure for flushing the individual homes in the designated areas of concern. This was a positive step in moving the Navy closer to addressing the water circulation within the actual affected homes. Details regarding the flushing of water lines will be sent to all residents once the details are finalized. Please be on the lookout for this information which will be posted on the JBPHH website, social media, and an email sent to all residents.

We recognize that this information falls short of getting you where you want to be, home. We also recognize that this is especially difficult this time of year. Please know that we are doing all we can to support the Navy and will continue to work around the clock until you are safely back in your homes.

Below is additional information you may find useful if you need assistance.

WEBSITE WITH THE LATEST INFORMATION FROM THE NAVY

This site contains all the latest information and resources to help you navigate any issue you may have.

www.navy.mil/jointbasewater

REPORT WATER CONCERNS

If your water comes from JBPHH and you have quality concerns, please email:

Jbhpp-water-response@navy.mil

PLAINTIFF'S
TRIAL EXHIBIT
**PX-1126**

Or call the JBHPP Emergency Operations Center at any of these numbers:
• (808) 449-1979
• (808) 448-3262
• (808) 448-2557
• (808) 448-2570
• (808) 448-2583

LODGING ASSISTANCE
Commander, Navy Region Hawaii, has determined lodging procurement is necessary for
active duty service members, their dependents, Federal civilian employees and their
authorized dependents, and all other privatized housing residents affected by the current
water-related health and safety concerns. This authorization is for anyone living in housing
who self-certify they are affected from December 3 2021 to January 4 2022 and in the
communities listed below:

• Onizuka Village
• Red hill
• Catlin Park
• Halsey Terrace
• Radford Terrace
• Doris Miller
• Hale Na Koa
• Earhart Village
• Officer Field
• Moanalua Terrace
• Aliamanu Military Reservation (Administered via US Army Garrison Hawaii)

Affected PPV residents not residing in one of the named communities may also contact the
EOC Information Hotline to request lodging and/or information on any of the assistance
available to the wider community.

There are three categories of lodging procurement individuals will adhere to: temporary
lodging Allowance (TLA), TDY orders, and government-contracted lodging.

• Affected active duty service members and their authorized dependents will be approved for
TLA. TLA includes lodging and per diem. For those unable to procure self-lodging or wait for
reimbursement, the government has contracted housing. Please contact the Housing Assistance
Call Center, 24-hours a day at (808) 789-5287.
• Affected Federal civilian employees and their authorized dependents will receive individual
travel orders from their parent commands to evacuate unaffected Oahu locations. Affected
Federal civilian employees are authorized lodging and per diem. For residents who remain in
their PPV residence that is impacted, any payment for incidentals or per diem will be assessed
on a case by case basis. It is recommended you keep all receipts.

All residents in impacted areas must complete the JBHPP Water Survey. The link is provided
on the website: www.navy.mil/jointbasewater

In addition, the website offers guidance for Medical Care, Water Distribution, Laundry,
Showers, Lab Results, Family Assistance, Damage and Loss Claims, Frequently Asked
Questions, and the calendar of upcoming Town Halls.

Confidential

PLAINTIFFS_RH_0034012
PX-1126_0001

RESIDENT EVENTS

Ohana Family Communities is also happy to share a few events we have planned between now and the end of the year:
• 12/17 – Elfie Selfie – Find the elf hidden in the community, take a photo and message it to us through Facebook. Winners will receive an Elf Movie Night basket.
• 12/18 - Wreaths Across America – National Memorial Cemetery of the Pacific- Punchbowl at 8:00 AM. Be a part of something special as we lay wreaths to honor our great military heroes who gave the ultimate sacrifice.
• 12/23 – Shoes for St. Nick – leave shoes on your porch and we will leave a special treat in them (We will not take your shoes). Please R.S.V.P to your RSO by December 21, by 5:00 PM

If you need any assistance, our RSO's are available and happy to help you. As a reminder, here are the RSO contact numbers:
• West – (808) 839-8640
• Central – (808) 839-8670
• Camp Stover – (808) 840-3574
• East – (808) 839- 8620
• South – (808) 839-8630
• Catlin – (808) 839-8660
Thank you for your patience as we all work to understand and address the current water situation. We are supporting our Navy partners and will continue to update you as we receive new information. Our teams will be staffed throughout the holiday season and are here to assist our residents. We wish you and your family a happy holiday.
Regards,
Tanya Grant
Director of Operations
Ohana Navy Communities

Navy Leasing Services Office: 3349 Catlin Drive, Honolulu, HI 96818

This email was sent to amandafeind████████. To ensure you continue receiving our emails, please add us to your address book or safe list. You can opt out of email notifications from Ohana Military Communities-Navy* **clicking here** You can opt out of all email notifications from Hunt ELP, LTD **clicking here**.

# TAB Q

# DOCUMENT PRODUCED NATIVELY



PLAINTIFFS_RH_0146966
PX-1542

# TAB R

# DOCUMENT PRODUCED NATIVELY



PLAINTIFFS_RH_0146965
PX-1543

# TAB S

Confidential

PLAINTIFFS_RH_0101746



PLAINTIFF'S
TRIAL EXHIBIT
PX-1048



PX-1048_0001



PLAINTIFFS_RH_0102802
PX-1048_0002



Confidential

< red hill in Mandy's posts, photos, and...

Filters | Posts You've Seen | Most Recent | Tagged L



**Mandy Feindt**
Jan 3 · 👥                                          ···

Medical update on Patrick Feindt....

Plan:
1. Meningitis symptom management + discharge from hospital (ASAP)
2. Ongoing labs to determine if Patrick will benefit from immunosuppression/cell rejuvenation therapy
3. Continued Neurologic Care – Vestibular therapy + additional brain scans (Los Angeles, CA)
4. Medical Toxicology (Austin, TX)
5. Mayo Clinic evaluation

Thanks for the continued prayers not only for our family, but everyone impacted by the Red Hill Water Crisis who continue to battle ongoing medical symptoms.

#TeamNoSleep #ShutDownRedHill #PoisonedInParadise



🤗❤️👍 78                          28 comments   538 views

Confidential                                          PLAINTIFFS_RH_0102813
                                          PX-1048_0004

‹   shutdownredhill in Mandy's posts, ph...

Filters   Posts You've Seen   Most Recent   Tagged L

 **Mandy Feindt**
Nov 1, 2022 · 👥

Please say a prayer for Patrick Feindt as he heads back into surgery this morning. Many of you are tracking Patrick's health issuess... but for those who are not, this is now his 6th medical procedure since we left Hawaii!

👱‍♀️🙁❤️‍🩹

Praying for answers + alleviation of all pain af... See more



 232          118 comments  1 share



**Mandy Feindt**
Jan 4 · 👥 ⋯

Still here (day 7)! 🧑‍⚕️👩

Patrick is still pretty miserable (pain + ongoing neurological symptoms) ... and also ready to break out of here! Still trialing medication for 'symptom management' and awaiting additional lab results.
We've done initial work up for Mayo Clinic and will hopefully hear back from them soon.




 PatJoey Maben and 167 others        44 comments

‹    red hill in Mandy's posts, photos, and…

⚙ Filters    Posts You've Seen    Most Recent    Tagged L



**Mandy Feindt**    •••
Jun 21 · 🌐

For me, it's never been about me….
    Another 1000+ Red Hill claims filed today!



kitv.com
**More than 1,000 military families and civilians file new
legal claims over Red Hill water crisis**



# TAB T

JOSH GREEN, M.D.
GOVERNOR OF HAWAIʻI
KE KIAʻĀINA O KA MOKUʻĀINA ʻO HAWAIʻI

KENNETH FINK, M.D.
DIRECTOR OF HEALTH
KA LUNA HOʻOKELE

In reply, please refer to:
File: R3 008 2023

**STATE OF HAWAIʻI**
**DEPARTMENT OF HEALTH**
**KA ʻOIHANA OLAKINO**

P. O. BOX 3378
HONOLULU, HI 96801-3378

February 2, 2023

To:     Diana Felton, MD, State Toxicologist
        Hazard Evaluation and Emergency Response

        Dennis Lopez, Chief
        Safe Drinking Water Branch

From:   Roger Brewer, PhD
        Hazard Evaluation and Emergency Response

Subject: *Estimates of Contaminant Types and Concentrations in Joint Base Pearl Harbor*
         *Hickam Drinking Water System Following November 2021 Release of Jet Fuel from*
         *Red Hill Fuel Facility*

This memorandum summaries previous notes on estimates of the nature and magnitude of contamination of groundwater drawn into the Joint Base Pearl Harbor Hickam (JBPHH) drinking water system via the Red Hill Shaft following the November 20, 2021, release of JP-5 jet fuel from the Navy's Red Hill Bulk Fuel Storage Facility. Several thousand gallons of JP-5 jet fuel are estimated to have been drawn into the JBPHH drinking water system supply well at Red Hill following breakage of a fire suppression system pipe in Adit 3 of the facility (Cavanaugh 2022; USDN 2022a). The fuel had been unknowingly pumped into the fire suppression system following a May 6, 2021, release during the transfer of fuel between storage tanks in another area of the facility.

Estimates of maximum contaminant concentrations based on the solubility of individual JP-5 components and mixing (emulsion) of droplets of the fuel with water as it was drawn into the JBPHH drinking water system are presented. This information should assist in assessment of exposure and potential health effects of affected persons at JBPHH. More detailed testing of fuel samples from the Red Hill facility and discussions with outside petroleum experts is currently underway. This memorandum as well as HODH action levels JP-5 in tapwater will be updated as appropriate following completion of these tests and reviews, anticipated in late spring 2023.

**Exposure Pathways of Concern**

Exposure to petroleum in tapwater can occur via direct ingestion of tapwater, dermal contact during bathing and inhalation of vapors during bathing (see HIDOH 2017, 2022; USEPA 2021). Dermal exposure focuses the uptake of more soluble and less volatile aromatic carbon range compounds that could penetrate the skin during bathing. Highly volatile aliphatic compounds are assumed to be rapidly emitted from the water (USEPA 2021). Degraded, hydrocarbon-related

PLAINTIFF'S
TRIAL EXHIBIT
**PX-1150**

Confidential                                         PLAINTIFFS_RH_0049640
                                                     PX-1150

compounds are assumed to pose a similar health risk as the parent hydrocarbon compounds (HIDOH 2017, 2022; CAEPA 2019).

**Contaminants of Potential Concern**

Health risk posed by JP-5 and other petroleum fuels is assessed in terms of three components: 1) Individually targeted compounds such as benzene, toluene, ethylbenzene, xylenes, methylnaphthalenes and naphthalene (BTEXMN); 2) Non-specific compounds associated with aliphatic and aromatic carbon ranges and 3) Hydrocarbon-related degradation products. The latter includes complex mixtures of degradation products associated with the partial oxidation of BTEXMN- and carbon range compounds, referred to as "Hydrocarbon Oxidation Products (HOPs)."

Under HIDOH guidance, HOPs compounds are assumed to have a similar toxicity as the original, parent hydrocarbon compounds (HIDOH 2017; see also Mohler et al. 2013; Zemo et al. 2013; CAEPA 2019). The sum of non-degraded carbon ranges and hydrocarbon-related degradation products is collectively reported as "Total Petroleum Hydrocarbon (TPH)" Consideration of this mixture of non-specific compounds in assessment of health risk is required under HIDOH guidance (HIDOH 2022).

**Composition of JP-5 Jet Fuel**

*Petroleum Hydrocarbons*

Jet fuel is composed of refined hydrocarbons and additives used to stabilize or enhance the performance of the fuel. Table 1 presents the relative makeup of older JP-5 jet fuel (1990s to early 2000s) and more modern JP-5 fuel in terms of BTEXMN and aliphatic and aromatic carbon ranges.

Data for older formulations were only available at the time that the HIDOH TPH action levels for JP-5 were developed (HIDOH 2022). Testing of more current formulations of JP-5 by Newfields on behalf of HIDOH indicate significantly lower concentrations of in xylenes and methylnaphthalenes in current JP-5 and a corresponding increase in C8-C18 aliphatics (see Table 1; Newfields 2022).

The relative BTEXMN and carbon range makeup of more modern JP-5 fuel is assumed to be more representative of the fuel that was released at the Navy's Red Hill facility in 2021. The HIDOH JP-5 action levels will be updated based on the newer data as well as testing of actual fuel from the Red Hill facility currently underway.

*Additives*

A summary of other additives used in JP-5 fuel is provided in Attachment A. The fuel stored at the Red Hill facility has been confirmed by the Navy to contain antioxidants, corrosion inhibitor/lubricity improver, and Fuel System Icing Inhibitor (USDN 2022b). A detailed list of specific chemicals and concentrations of the additives has not been provided by the Navy. Compounds noted in Table 2 are based on information for jet fuel additives provided in Department of Defense (DoD) fuel specifications (e.g., DoD 1999, 2011, 2016) and include:

- Diethylene Glycol Monomethyl Ether (Fuel System Icing Inhibitor),
- 2,6-Di-Tert-Butyl-4-Methylphenol (Antioxidant),
- Linoleic acid dimers (Lubricity Improver).

A more detailed review of these and other potential additives in the fuel stored at the Red Hill facility is currently underway.

Confidential

PLAINTIFFS_RH_0049641
PX-1150_0001

JP-5 Contamination of Red Hill Shaft Groundwater                      HIDOH-HEER

*Other Potential Contaminants*

The Navy reportedly used the surfactant Simple Green to clean the floors and walls of Adit 3 following the November 2021 release of JP-5 jet fuel. An unspecified amount of water was used. Surfactants such as Simple Green are highly soluble and can enhance the emulsification, mixing and mobility of petroleum in water.

It is possible that groundwater in the vicinity of the Red Hill Shaft was also contaminated with this product. Indicator compounds associated with the presence of Simple Green were not to my knowledge included in testing of groundwater in the vicinity of the Red Hill Shaft following the November 2021 release.

**Estimated Contaminant Levels in Groundwater**

Table 3 presents estimates of the types and magnitude of contaminants in groundwater in the vicinity of the Red Hill water supply shaft following the November 21, 2021, release of JP-5 jet fuel. Estimations for concentrations of both dissolved-phase fuel and emulsified fuel in groundwater are provided.

Comparison to risk-based action levels for individual contaminants is included in Table 3 for reference. The action levels represent concentrations of contaminants in tapwater that are considered to not pose a health risk over several years of exposure ("chronic health risk"). Risk-based action levels for exposure over very short time periods – days or weeks, are not currently available ("acute health risk").

*Dissolved-Phase Fuel in Groundwater*

Dissolved-phase concentrations of individual JP-5 jet fuel components in groundwater in the immediately vicinity of the November 2021 release were calculated based on the effective solubility of the component in water (see also HIDOH 2022). Effective solubility is calculated as:

$$C_i = \left( \frac{w_i \times 0.01}{MW_i} \times MW_{ave} \right) \times S_i. \hspace{2cm} \text{Eq 1).}$$

Where:

Ci = Effective solubility of the compound;
Si = Pure component solubility.
wi =Weight percent of the constituent in the mixture (converted to a fraction);
MWi = Average molecular weight of the constituent; and
MWave = Average molecular weight of the mixture.

Physiochemical constants for individual components used in the equation are provided in Attachment B. An average molecular weight for JP-5 fuel of 185 was assumed for the calculations (NRC 1996).

The effective solubilities are assumed to reflect the maximum, dissolved-phase concentration of hydrocarbons and additives in water that is in direct contact with fresh product. The sum of the calculated, effective solubilities predicts a concentration of dissolved-phase hydrocarbons in water in contact with fresh JP-5 of 6.1 mg/L (see Table 3). This is in agreement with the general, total solubility of middle distillate fuels in water (HIDOH 2017).

Predicted concentrations of BTEXMN are lower than that presented in the April 2022, TPH action level memorandum due to a lower concentration of these compounds in more modern JP-5

3                                         February 2, 2023

Confidential                                                          PLAINTIFFS_RH_0049642
                                                                     PX-1150_0002

jet fuel (see HIDOH 2022). The predicted concentration of non-specific, >C8 aromatics is correspondingly higher.

The high concentration of dissolved-phase Diethylene Glycol Monomethyl Ether (DiEGME or methyl carbitol) noted in Table 3 is due to the complete solubility (miscibility) of this compound in water. This compound would have been quickly drawn into groundwater in contact with JP-5 fuel and is likely to have entered the Red Hill Shaft drinking water system ahead of less soluble and less mobile, petroleum contaminants.

*Emulsified Fuel in Groundwater*

Residents reported sheens on tapwater prior to disconnection of the Red Hill Shaft well from the JBPHH drinking water system. This suggests the presence of emulsified fuel in the water. For comparison, Table 3 includes a calculation of contaminant concentrations in water that contains 0.015% emulsified fuel (150 mg/L; see following section). This is intended to reflect elevated concentrations of TPH reported for samples of groundwater collected within the Red Hill Shaft immediately following the November 2021 release.

Under this scenario, concentrations of dissolved-phase contaminants in the water could approach those noted in Table 3. The combined mixture of emulsified and dissolved-phase fuel would represent the highest exposure and health risk to JBPHH residents.

**Red Hill Shaft Groundwater Data**

A total concentration of jet fuel-related compounds in groundwater (TPH) of 142 mg/L was reported for a sample collected from the Red Hill Shaft tunnel on December 8, 2021 (monitoring well RHMW2254-01). This exceeds the solubility of jet fuel (typically 5-10 mg/L) and is indicative of emulsified droplets of fuel in the water. Benzene was not detected at a detection limit of 0.2 µg/L. Ethylbenzene, toluene and xylenes were reported at concentrations of 0.63 µg/L, 0.11 µg/L and 7.2 µg/L, respectively.

The relative proportions of BTEX compounds reasonably matches that predicted by their content in modern JP-5 fuel and estimations of effective solubility. The low concentrations with respect to that predicted for the reported level of TPH reported for the sample suggests that much of the BTEX had already degraded (compare predictive effective solubilities in Table 3). The degradation products would have been included under the umbrella analysis for TPH.

The fuel system icing inhibitor DiEGME (2-(2 methoxyethoxy)-ethanol) was reported at a concentration of 32 mg/L in a Navy sample collected from the "Adit 3 Sump" on December 21, 2021, several weeks after the release. DiEGME has a half-life of approximately 15 days (EC 2009), suggesting that the concentration in the groundwater could have been significantly higher immediately following the November 21, 2021, release.

**Groundwater Entering JBPHH Drinking Water System**

Concentrations of emulsified and dissolved-phase JP-5 fuel estimated and reported for groundwater in the vicinity of the Red Hill Shaft drinking water shaft would likely have been diluted by deeper and/or cleaner groundwater pulled into the well during active pumping. The presence of strong vapors and sheens on tapwater by JBPHH residents suggests that slugs of relatively undiluted, contaminated groundwater could have been drawn into the drinking water system at some points in time.

4

February 2, 2023

JP-5 Contamination of Red Hill Shaft Groundwater                                    HIDOH-HEER

**Assessment of Health Risk**

Estimation of emulsified and dissolved-phase contaminants in groundwater in the vicinity of the
Red Hill Shaft provides a starting point for estimation of contaminant concentrations in tapwater
within JBPHH and exposure of residents following the November 2021 release of JP-5 at the
bulk fuel storage facility. A comparison of the effective solubilities of JP-5 components to risk-
based action levels suggests that lower-toxicity, fuel system icing inhibitor compounds such as
diethylene glycol monomethyl ether could pose the most significant health risk from exposure to
contaminated water. This is due to the enhanced solubility of these compounds and the resulting
high, relative dissolved-phase concentration in groundwater in comparison to other compounds.

Non-specific aromatic compounds included under >C-8 aromatics also pose an increased,
relative risk in combination with individually targeted compounds such as BTEX and PAHs.
Degraded BTEX and PAH compounds are assumed to have the same toxicity as the parent
compounds under HIDOH guidance (HIDOH 2017, 2022). Related polar degradation products
will be collectively reported under "Total Petroleum Hydrocarbon (TPH)" using standard
laboratory analytical techniques and in the absence of silica gel cleanup (e.g., USEPA Method
8015M). Relatively high concentrations of degraded compounds could remain in water in the
absence of significant concentrations of individual BTEX and PAH compounds. This emphasizes
the need to consider TPH data in assessment of health risk. Cumulative and synergistic health
effects posed by the total mixture of fresh and degraded contaminants in the tapwater should also
be considered.

**References**

CAEPA, 2019, Environmental Screening Levels: California Environmental Protection Board,
San Francisco Bay Regional Water Quality Control Board, January 2019.

Cavanaugh, C.J., 2022, *Command Investigation into the 6 May 2021 and 20 November 2021
Incidents at Red Hill Bulk Fuel Storage Facility*: Department of the Navy, final report to
Commander, U.S. Pacific Fleet, January 14, 2022., ltr 5830.

DoD, 1999, Detail Specification – Inhibitor, Icing, Fuel System, High Flash: Department of
Defense, MIL-DTL-85470B, June 15, 1999.

DoD, 2011, Performance Specification – Lubricity Improver, Fuel Soluble: Department of
Defense, MIL-PRF-25017H, March 28, 2016.

DoD, 2016, Detail Specification – Turbine Fuel, Aviation, Grades JP-4, JP-5, MIL-DTL-5624W,
July 11, 2013.

EC, 2009, Screening Assessment for the Challenge Ethanol, 2-(2-methoxyethoxy): Environment
Canada Health Canada, February 2009.

Flake, M., Johnson, D.W. and R Adams, 2014, Determination of Corrosion Inhibitor–Lubricity
Improver in Jet Fuels by Liquid Chromatography– Electrospray Ionization Mass Spectrometry:
LCGC Supplements, Special Issues-07-01-2014, Volume 12, Issue 3, pages: 26–32.

HIDOH, 2017, Evaluation of Environmental Hazards at Sites with Contaminated Soil and
Groundwater – Hawaii Edition (Fall 2017): Hawai'i Department of Health, Office of Hazard
Evaluation and Emergency Response.

HIDOH, 2022, *Recommended Risk-Based Drinking Water Action Levels for Total Petroleum
Hydrocarbons (TPH) Associated with Releases of JP-5 Jet Fuel*: Hawai'i Department of Health,
Hazard Evaluation and Emergency Response, Technical Memorandum to Kathleen S. Ho,

Confidential                                                      PLAINTIFFS_RH_0049644
                                                                  PX-1150_0004

JP-5 Contamination of Red Hill Shaft Groundwater                                                   HIDOH-HEER

Deputy Director, Environmental Health Administration from Roger Brewer, PhD, Senior Environmental Scientist, Hazard Evaluation and Emergency Response Office, April 20, 2022.

Mohler, R.E., O'Reilly, K.T, Zemo, D.A., Tiwary, A.K., Magaw, R.I. and K.A. Synowiec, 2013, Nontargeted analysis of petroleum metabolites in groundwater using GC×GC–TOFMS: Environmental Science and Technology, Volume 47, pp. 10471–10476. https://doi.org/10.1021/es401706m.

Newfields, 2022, Carbon Range Data Report - Hawaii DOH - Fuel Study: Newfields, October 28, 2022.

NRC, 1996, *Permissible Exposure Levels for Selected Military Fuel Vapors*: National Research Council (US) Subcommittee on Permissible Exposure Levels for Military Fuels, Washington (DC): National Academies Press (US).

USDN, 2022a, *Command Investigation into the 6 May 2021 and 20 November 2021 Incidents at Red Hill Bulk Fuel Storage Facility – Final Endorsement on RDML Christopher J. Cavanaugh, USN ltr 5830 of 14 Jan 22*: U.S. Department of Navy, June 13, 2022, Ser N09/22U 100552.

USDN, 2022b, Additives in JP-5 Stored at Red Hill: U.S. Department of Navy, personal communication to Diana Felton, HIDOH, March 2022.

USEPA, 2021, Regional Screening Levels: United States Environmental Protection Agency, Superfund, November 2021.

Zemo D.A., O'Reilly K.T., Mohler R.E., Tiwary A.K., Magaw R.I. and K.A., Synowiec, 2013, Nature and estimated human toxicity of polar metabolite mixtures in groundwater quantified as TPHd/DRO at biodegrading fuel release sites: Groundwater Monitoring and Remediation, Volume 33 (4), pp.44–56.

February 2, 2023

Confidential                                                          PLAINTIFFS_RH_0049645
PX-1150_0005

JP-5 Contamination of Red Hill Shaft Groundwater                              HIDOH-HEER

Table 1. Relative makeup of JP-5 fuel based on later 1990s to early 2000s fuel specifications in versus makeup of more modern formulations.

| Chemical/ Carbon Range | [1]Relative Carbon Range Makeup of 1990s-2000s Formulations of JP-5 Jet Fuel | [2]Relative Carbon Range Makeup of Current Formulations of JP-5 Jet Fuel |
|---|---|---|
| **Total BTEXMN:** | 11% | 1.8% |
| **Total Carbon Ranges:** | 89% | 98.2% |
| **Benzene** | 0.03% | 0.00% |
| **Toluene** | 0.10% | 0.03% |
| **Ethylbenzene** | 0.00% | 0.05% |
| **Xylenes** | 4.6% | 0.25% |
| **1-Methylnaphthalene** | 3.5% | 0.35% |
| **2-Methylnaphthalene** | 0.0% | 0.48% |
| **Naphthalene** | 3.0% | 0.69% |
| **C5-C8 Aliphatics** | 12% | 0.42% |
| **>C8-C18 Aliphatics** | 68% | 79% |
| **>C18-C32 Aliphatics** | 0.0% | 0.0% |
| **>C8 Aromatics** | 9.0% | 19% |

**Notes**:
1. Relative makeup of JP-5 neat fuel based on summary review of Department of Defense military fuel specification requirements (USDOD 1998, 2004, 2016) provided by the US Navy (Mumy 2021). Used to prepare April 2022 and earlier HIDHOH TPH EALs for JP-5 (HIDOH 2022).

2. Default makeup of JP-5 neat fuel based on testing of modern JP-5 fuel (after Newfields 2022). This is assumed to be more representative of fuel stored at the Navy's Red Hill facility and released in 2021. Note the significant reduction in xylenes and methylnaphthalenes in current JP-5 and the corresponding increase in C8-C18 aliphatics.

**Table 2. Example additives stated by the Navy to be present in JP-5 fuel stored at the Red Hill facility.**

| Purpose | Example Compounds | Estimated Concentration In JP-5 Fuel |
|---|---|---|
| [1]Fuel System Icing Inhibitor (FSII) | • Diethylene glycol monomethyl ether (DEGMME) | 0.11% (1,100 mg/L) |
| [1]Antioxidants | • 2,6-Di-tert-butyl-4-methylphenol<br>• 2,4-dimethyl-6-tert-butylphenol<br>• Mixed methyl and dimethyl tert-butylphenols | 0.0024% (24 mg/L) |
| [2]Corrosion Inhibitor/ Lubricity Improver | • Linoleic acid dimers | 0.0054% (54 mg/L) |

1. Reference: MIL-DTL-5624W (DoD 1999, 2016).
2. Reference: Flake et. al (2014); see also MIL-PRF-25017H (DoD 2011). Specific chemicals used in JP-5 proprietary.

Confidential                                                      PLAINTIFFS_RH_0049646
PX-1150_0006

**Table 3. Estimated makeup and maximum concentration of JP-5 related contaminants in groundwater in the vicinity of the Red Hill Shaft intake following the November 2021 release.**

| | Compound | [1]Estimated Weight Percent Makeup of JP-5 Jet Fuel | [3]Concentration in Water Containing 0.015% Emulsified JP-5 (µg/L) | [4]Estimated Maximum Dissolved-Phase Concentration in Water (µg/L) | [5]Tapwater Action Level (µg/L) | Notes |
|---|---|---|---|---|---|---|
| [1]JP-5 Fuel | Benzene | 0.004% | 5.9 | 168 | 5.0 | Tapwater Action levels for individual compounds from HIDOH 2017. |
| | Toluene | 0.025% | 38 | 267 | 1,000 | |
| | Ethylbenzene | 0.049% | 74 | 145 | 700 | |
| | Xylenes | 0.25% | 374 | 775 | 10,000 | |
| | 1-Methylnaphthalene | 0.48% | 722 | 162 | 27 | |
| | 2-Methylnaphthalene | 0.69% | 1,035 | 221 | 34 | |
| | Naphthalene | 0.35% | 524 | 156 | 17 | |
| | C5-C8 Aliphatics | 0.42% | 634 | 75 | 266 | Sum of carbon range data compared to April 2022 HIDOH action level for JP-5 in tapwater. |
| | >C8-C18 Aliphatics | 79% | 118,533 | 58 | | |
| | >C18-C32 Aliphatics | 0.0% | 0 | 0.0 | | |
| | >C8 Aromatics | 19% | 28,062 | 4,074 | | |
| | **Total Hydrocarbons (ug/L):** | | 150,000 | 6,101 | | |
| [2]JP-5 Additives | Diethylene Glycol Monomethyl Ether (Fuel System Icing Inhibitor) | 0.11% | 1,100 | 1,695,833 | 800 | DoD Fuel Spec MIL-DTL-5624W (DoD 2016). Fuel System Ice Inhibitor used in JP-5 jet fuel at a concentration of up to 0.11% (1,100 mg/L). 100% soluble in water (miscible). Not included in HIDOH EALs. USEPA Tapwater Screening Level noted (USEPA 2022). |
| | 2,6-Di-Tert-Butyl-4-Methylphenol (Antioxidant) | 0.0024% | 24 | 1.2 | 3.4 | Antioxidant noted in DoD Fuel Spec MIL-DTL-5624W (DoD 2016). Specific compounds used in JP-5 at Red Hill not provided by Navy. Not included in HIDOH EALs. USEPA Tapwater Screening Level noted (USEPA 2022). |
| | Linoleic acid dimers (Lubricity Improver) | 0.0054% | 54 | 0.005 | (not available) | Often used as a Lubricant Improver in petroleum fuels (Flake 2014). Assumed low-toxicity (Flake 2014)? Low solubility and low concentration in fuel. |
| Other | Simple Green (cleaning agent) | (not applicable) | (not applicable) | (unknown) | (not available) | Reportedly used in cleaning of floor and walls of Adit 3 following November 2021 release of JP-5 jet fuel. Assumed low-toxicity but can enhance emulsification and mobility of fuel in groundwater. |

8

February 2, 2023

JP-5 Contamination of Red Hill Shaft Groundwater                                                    HIDOH-HEER

**Table 3 (cont.). Estimated makeup and maximum concentration of JP-5 related contaminants in groundwater in the vicinity of the Red Hill Shaft intake following the November 2021 release.**

Notes:
1. Chemical makeup of JP-5 based on analytical data for generic sample of JP-5 (Newfields 2022). Additives not tested for in sample.
2. Types of additives confirmed by Navy to be present in JP-5 fuel stored at the Red Hill facility (USDN 2022b). Estimated percent makeup in fuel based on Department of Defense fuel specifications (see text). Specific additive compounds in JP-5 fuel stored at Red Hill not disclosed but assumed to be similar to those noted in fuel specifications.
3. For example only. Intended to reflect maximum concentration of TPH reported for groundwater samples collected in Red Hill drinking water supply shaft immediately following release (see text).
4. Predicted initial dissolved-phase concentration of contaminant in water that is in contact with fresh product (effective solubility).
5. Refer to Table D-3a in HIDOH Environmental Action Level guidance for individual compounds (HIDOH 2017). Action level for dissolved JP-5 in tapwater from HIDOH (2022). Action levels for example additives taken from USEPA Regional Screening Levels guidance (USEPA 2022). The action levels represent concentrations of contaminants in tapwater that are considered to not pose a health risk over several years of exposure ("chronic health risk"). Risk-based action levels for exposure over very short time periods – days or weeks ("acute health risk") are not currently available but would presumably be higher.

9                                                                                                    February 2, 2023

                                                                                     PLAINTIFFS_RH_0049648
PX-1150_0008

**Attachment A: Summary of Potential Additives in JP-5 Fuel Stored at Red Hill Bulk Fuel Storage Facility (UAEPA 2016)**

10                          February 2, 2023

Confidential

11                                    February 2, 2023

Confidential

## Attachment B: Physiochemical Constants used in Calculation of Effective Solubilities

| | Chemical/ Carbon Range | [1]Molecular Weight | [1]Pure Component Solubility (mg/L) | [2]Estimated Weight Percent Makeup of JP-5 Jet Fuel | [3]Effective Solubility (mg/L) |
|---|---|---|---|---|---|
| | Benzene | 78 | 1,790 | 0.004% | 0.17 |
| | Toluene | 92 | 526 | 0.025% | 0.27 |
| | Ethylbenzene | 106 | 169 | 0.049% | 0.15 |
| | Xylenes | 106 | 178 | 0.25% | 0.78 |
| | 1-Methylnaphthalene | 142 | 25.8 | 0.48% | 0.16 |
| | 2-Methylnaphthalene | 142 | 24.6 | 0.69% | 0.22 |
| | Naphthalene | 128 | 31 | 0.35% | 0.16 |
| C5-C8 Aliphatics | C5-C6 Aliphatics | 81 | 36 | 0.046% | 0.04 |
| | >C6-C8 Aliphatics | 100 | 5.4 | 0.38% | 0.04 |
| >C8-C18 Aliphatics | >C8-C10 Aliphatics | 130 | 0.43 | 7.3% | 0.04 |
| | >C10-C12 Aliphatics | 160 | 0.03 | 34% | 0.01 |
| | >C12-C16 Aliphatics | 200 | 7.6E-04 | 38% | 2.7E-04 |
| | >C16-C21 Aliphatics | 270 | 2.5E-06 | 0.27% | 4.7E-09 |
| >C18-C32 Aliphatics | >C21-C32 Aliphatics | 400 | 1.5E-11 | 0.00% | 0.00 |
| >C8 Aromatics | >C8-C10 Aromatics | 120 | 65 | 0.90% | 0.90 |
| | >C10-C12 Aromatics | 130 | 25 | 6.7% | 2.4 |
| | >C12-C16 Aromatics | 150 | 5.8 | 11% | 0.78 |
| | >C16-C21 Aromatics | 190 | 0.65 | 0.20% | 1.3E-03 |
| | >C21-C32 Aromatics | 240 | 6.6E-03 | 0.00% | 0.00 |
| [4,5]Additives | Diethylene glycol monomethyl ether (DiEGME) | 120 | 1.0E+06 | 0.11% | 1,696 |
| | 2,6-Di-tert-butyl-4-methylphenol | 220 | 60 | 0.0024% | 0.0012 |
| | Linoleic Acid | 280 | 1.39E-01 | 0.0054% | 5.0E-06 |
| | **Sum BTEXN:** | | | **1.8%** | **1.9** |
| | **Sum Carbon Ranges:** | | | **98.2%** | **4.2** |
| | **Sum BTEXN+ Carbon Ranges:** | | | **100%** | **6.1** |

Confidential                    PLAINTIFFS_RH_0049651
PX-1150_0011

JP-5 Contamination of Red Hill Shaft Groundwater                    HIDOH-HEER

**Attachment B (cont.). Physiochemical Constants used in Calculation of Effective Solubilities**

Notes:

1. Physiochemical constants for petroleum fuel components from to HIDOH (2022) Technical Memorandum for JP-5 tapwater action levels.

2. Chemical makeup of JP-5 based on analytical data for generic sample of JP-5 (Newfields 2022). Additives not tested for in sample. Additional review pending.

3. Refer to text for calculation of effective solubility.

4. Types of additives confirmed by Navy to be present in JP-5 fuel stored at the Red Hill facility (USDN 2022b). Estimated percent makeup in fuel based on Department of Defense fuel specifications (see text). Specific additive compounds in JP-5 fuel stored at Red Hill not disclosed but assumed to be similar to those noted in fuel specifications.

5. Constants for DEGMME (CAS# 111-77-03) and 2,6-Di-tert-butyl-4-methylphenol (CAS# 128-37-0) taken from USEPA Regional Screening Levels guidance (USEPA 2022). Constants for linoleic acids (CAS# 60-33-3) taken from GESTIS Substance Database as referenced in Wikipedia (accessed 2/3/23; https://en.wikipedia.org/wiki/Linoleic_acid#cite_note-GESTIS-3)

February 2, 2023

Confidential                                    PLAINTIFFS_RH_0049652
                                                PX-1150_0012

# TAB U

# Exposure Assessment: November 2021 Release of JP-5 Jet Fuel into the Joint Base Pearl Harbor Hickam Drinking Water System

## Hawai'i Department of Health

Prepared by: Roger Brewer, PhD

Hazard Evaluation and Emergency Response

## June 2023



PLAINTIFF'S
TRIAL EXHIBIT
**PX-1236**

Case 1:22-cv-00397-LEK-KJM    Document 392-2    Filed 04/08/24    Page 54 of 204
PageID.31923
Hawai´i Department of Health                        JBPHH JP-5 Exposure Assessment

## Foreword

This report presents an *Exposure Assessment* prepared in consideration of the Agency for Toxic Substances and Disease Registry *Public Health Assessment Guidance Manual*. The objective of this report is to fill an information gap that exists due to unknown range of concentrations fuel-related contaminants in the drinking water at the point of use. The report uses the best available information to model and estimate exposure concentrations in a threefold approach: 1) Provide a summary of key contaminants of potential concern (COPCs) associated with contamination of the Joint Base Pearl Harbor Hickam (JBPHH) drinking water system with JP-5 jet fuel in November of 2021; 2) Provide an estimate of Reasonable Maximum Exposure (RME) concentrations associated with the COPCs at and leading up the peak of contamination within the system, 3) Provide information regarding the estimated duration of exposure and 4) Identify compounds that could have posed potential health risks.

The magnitude and duration of exposure varied both spatially and temporally within the drinking water system during the event. This makes it impossible to know the true exposure experienced by any individual. In addition, individual reactions to similar exposures varied creating additional challenges in understanding how much of the COPCs any individual may have been exposed to. This complicates preparation of a precise Exposure Assessment, however, information provided in the report will assist in setting bounds to exposure concentrations. Understanding the range of possible exposures will aid in preparation of Health Assessments by toxicologists and other medical professionals and help to further the understanding of overall impacts of this event. This exposure assessment focuses on fuel related contaminants and does not include detailed estimates of other COPCs that may have been present in the drinking water including fuel additives other than those discussed, simple green and chlorine disinfection byproducts. This report will be updated periodically as new information is obtained.

Acknowledgements: The author wish to acknowledge informal review of this report by third-party consultants and regulators with expertise in the assessment of petroleum contamination. Laboratory experiments described in the report were carried out by Eric Litman with Newfields and funded through grants provided to the Hawai´i Department of Health by the US Environmental Protection Agency.

Disclaimer: This report is intended to provide additional information to the overall understanding of contamination of the JBPHH drinking water system in November 2021 and aid in future analysis and assessments. Individual exposure and health effects varied significantly. The RMEs presented are applicable to the most impacted areas and are not intended to be reflective of exposure of base occupants as a whole. Refer to Section 8 "Limitations" for additional information.

Contact:
Roger Brewer, Hawai'i Department of Health, 2385 Waimanalo Home Road, #100, Pearl City, HI 96872; 1-808-586-4249, roger.brewer@doh.hawaii.gov

Confidential

US_RHFTCA_00440820
PX-1236_0001

Case 1:22-cv-00397-LEK-KJM   Document 392-2   Filed 04/08/24   Page 55 of 204
                              PageID.31924
Hawai'i Department of Health                    JBPHH JP-5 Exposure Assessment

## Executive Summary

On November 20, 2021, several thousand gallons of JP-5 jet fuel were released from a ruptured pipeline inside the Navy's underground, Red Hill fuel storage facility in Honolulu, Hawai'i. The release occurred within a few hundred feet of a major water supply well for Joint Base Pearl Harbor Hickam located in the same facility. Residents began reporting fuel odors, sheens, foam and emulsions in tapwater one week later, with the water in some cases emitting flammable vapors. The well was shut down the following day. The volume of contaminated water circulating through the system was at first believed to be minimal, since the majority of water was derived from a separate well located several miles away. In the following days and weeks, however, hundreds of sickened people reported to hospital emergency rooms and clinics, with symptoms ranging from rashes, headaches, vertigo, coughs, diarrhea, nausea, vomiting, bleeding, convulsions and partial paralysis, among others.

Direct correlation of symptoms to exposure has proven problematic due to lack of representative sample data and the absence of comparable studies for reference. Estimates of Reasonable Maximum Exposure (RME) concentrations are instead derived based on the hydrocarbon and additive makeup of the fuel. Four exposure scenarios representing different RMEs are reviewed: 1) Exposure to tapwater with dissolved-phase contaminants only; 2) Exposure to tapwater with dissolved-phase contaminants plus a sheen of free JP-5 product; 3) Exposure to tapwater with an additional, concentrated emulsions of the Fuel System Icing Inhibitor (FSII) additive diethylene glycol monomethyl ether (DiEGME) and 4) Exposure to JP-5 vapors in indoor and outdoor air.

The resulting RME concentrations support the presence of acute to subchronic toxicity levels of contaminants in the tapwater and indoor air at the peak of contamination. This includes:

- Ingestion-related exposure to dissolved-phase >C8 aromatics and potentially DiEGME in tapwater initially entering the drinking water system;
- Additional exposure to >C8-C18 aliphatics in sheens on more heavily contaminated tapwater subsequently drawn into the system;
- Concurrent exposure in some cases to DiEGME-enriched emulsions in the tapwater; and
- Inhalation-related exposure to C5-C8 aliphatic compounds and to a larger degree to >C8-C18 aliphatic compounds emitted to outdoor air during venting of the Red Hill tunnel immediately following the November 20, 2021, release, initial discharges of untreated, JP-5 contaminated water into open areas of base housing and early purging of contaminated water from taps in residences.

Estimates of RME concentrations are based on field observations during the release event and subsequent contamination of the JBPHH drinking water system, sample data from the Red Hill Shaft water well, modeled predictions of maximum contaminant levels based on the chemical makeup of JP-5 jet fuel stored at the facility, and laboratory experiments on the dissolution over time of JP-5 fuel into water, using samples collected from the Red Hill facility. The information provided should assist in the assessment of transient and ongoing health effects experienced by residents exposed to the fuel.

Confidential                                    US_RHFTCA_00440821
                                                PX-1236_0002

# Contents

1.0   Setting ........................................................................................................................ 1

1.1.   Red Hill Fuel Facility History ................................................................................ 1

1.2.   Contamination of the JBPHH Drinking Water System ......................................... 1

1.3.   Final Flushing and Clearance of the Drinking Water System ............................... 3

1.4.   Pre-November 2021 Contamination of Drinking Water ....................................... 4

2.0   Contaminants of Potential Concern ....................................................................... 5

2.1.   Fuel Hydrocarbons ............................................................................................... 5

2.2.   Additives .............................................................................................................. 6

2.3.   Hydrocarbon Oxidation Products ......................................................................... 6

2.4.   Other Potential Contaminants .............................................................................. 7

3.0   Conceptual Site Model ............................................................................................ 9

3.1.   Contaminant Fate and Transport .......................................................................... 9

3.2.   Exposure Pathways ............................................................................................. 10

3.2.1.   Tunnel Venting to Outdoor Air .................................................................... 10

3.2.2.   Indoor Tapwater Usage ................................................................................. 11

3.2.3.   Outdoor Water System Discharges ............................................................... 11

3.3.   Exposure Scenarios ............................................................................................ 12

3.4.   Exposure Concentrations .................................................................................... 13

3.4.1.   Dissolve-Phase Contaminants ...................................................................... 13

3.4.2.   Dissolved-Phase Contaminants Plus Sheen ................................................. 14

3.4.3.   Dissolved-Phase Contaminants Plus Sheen Plus DiEGME Emulsion ......... 15

3.4.4.   Vapors ........................................................................................................... 15

4.0   Health Effects ........................................................................................................ 17

5.0   Toxicity Factors .................................................................................................... 18

5.1.   Individually Targeted Compounds ..................................................................... 18

5.2.   Carbon Ranges and TPH .................................................................................... 18

5.2.1.   Carbon Ranges .............................................................................................. 18

5.2.2.   Total Petroleum Hydrocarbons .................................................................... 18

6.0   Screening Levels .................................................................................................... 20

6.1.   Tapwater .............................................................................................................. 20

6.1.1.   Individual Compounds .................................................................................. 20

Confidential                                    US_RHFTCA_00440822
PX-1236_0003

6.1.2.    Total Petroleum Hydrocarbons ................................................................. 20

6.2.    Ambient Air.......................................................................................................... 21

7.0    Risk Characterization.................................................................................................. 22

7.1.    Exposure Duration................................................................................................. 22

7.2.    Summary of Exposure Assessment ....................................................................... 22

8.0    Limitations .................................................................................................................. 24

9.0    References.................................................................................................................... 25

10.0    ATTACHMENTS........................................................................................................ 40

Attachment 1. Images of Contaminated Tapwater ............................................. 41

Attachment 2. Navy Facility Flushing Checklist Field Logs............................. 44

Attachment 3. Red Hill Shaft Faucet Chromatograms ...................................... 45

Attachment 4. Water-Fuel Experiment Laboratory Data.................................... 49

Attachment 5: Calculation of Reasonable Maximum Exposure Levels ............ 58

Attachment 6. COPC Health Effects ................................................................. 69

Attachment 7. Calculation of Weighted TPH Toxicity Factors......................... 75

Attachment 8. Tapwater Screening Level Model Notes..................................... 80

Confidential                                                US_RHFTCA_00440823
                                                                        PX-1236_0004

**Figures:**

Figure 1. Conceptual Site Model of exposure of JBPHH residents to JP-5 jet fuel.

Figure 2. Primary contaminants of concern for specific exposure pathways.

**Tables:**

Table 1. Relative BTEXNM and Carbon Range makeup of neat-, dissolved- and vapor-phase JP-5 jet fuel.

Table 2. Estimated Reasonable Maximum Exposure (RME) concentrations of contaminated water drawn into the JBPHH drinking water system.

Table 3. Toxicity factors for individually targeted contaminants and carbon ranges.

Table 4. Estimated carbon range-weighted TPH chronic and subchronic toxicity factors for tapwater exposure scenarios based on fuel-water study.

Table 5. Risk-based screening levels for JP-5 jet fuel-related contaminants in tapwater and ambient air.

Table 6. Summary of assessment of exposure of JBPHH residents to contaminants in tapwater immediately following the November 20, 2021, release of JP-5 jet fuel into the base drinking water system.

Confidential                                    US_RHFTCA_00440824
                                                        PX-1236_0005

## 1.0    Setting

### 1.1. Red Hill Fuel Facility History

Constructed in 1941, the Navy's underground Red Hill fuel storage facility in Honolulu, Hawai´i consist of twenty vertical, single-wall, steel tanks 100 feet in diameter and 250 feet tall with each tank capable of storing 12.5 million gallons of fuel (USDN 2022). Fuel is transferred into and out of the facility via an underground network of pipes in tunnels that lead to Joint Base Pearl Harbor Hickam (JBPHH), located approximately three miles away. The tanks were originally constructed to store diesel fuel and Navy Specific Fuel Oil (Bunker B cut with Navy diesel). Since 1970, the tanks have primarily been used to store Jet Propulsion 5 jet fuel (JP-5) and lesser amounts of diesel-related fuels.

On May 6, 2021, rupture of a pipe during transfer of fuel between two tanks lead to a release of an estimated 20,000 gallons of JP-5 onto the floor of the tunnel that connects the bases of the tanks (USDN 2022). The fuel flowed into a sump on the floor of the tunnel. Unknown to facility operators at the time, automated pumps transferred the fuel into an overhead 14" PVC pipe intended to carry Aqueous Fire Fighting Foam (AFFF) wastewater and fuel to an outside storage tank in the event of a release and activation of the facility's fire suppression system.

The fuel remained in the overhead PVC pipe until a drainage valve on the pipe further down the tunnel was inadvertently struck and cracked by a worker on November 20, 2021. Fuel immediately began spraying from the damaged valve, with an estimated 5,000+ gallons released and lost beneath the floor of the tunnel before the flow could be stopped. The fuel migrated approximately 80 feet downward through fracture basalt until reaching the water table and was shortly afterwards drawn into the Red Hill Shaft water supply well, one of two wells that serve JBPHH. Refer to USDN (2022) for additional details.

### 1.2. Contamination of the JBPHH Drinking Water System

The JBPHH drinking water system serves approximately 93,000 military and civilian residents and workers associated with the Navy and other branches of the military. The well is capable of pumping up to five-million gallons of water per day and was fully operational at the time of the November 20th release.

Residents and workers at JBPHH began experiencing burning rashes from showering as early as November 25, 2021(Vice Media 2022). Photos of water from resident taps are provided in Attachment 1. Navy Facility Flushing Checklist logs that document the presence the jet fuel in home or building tapwater are provided in Attachment 2. Reports of fuel odors, sheens, emulsions and foam in the tapwater became widespread by November 27, 2021, with the water in some cases emitting flammable vapors. Flammable vapors could have been associated with jet fuel hydrocarbons and/or ether-based Fuel System Icing Inhibitor known to be preblended into the JP-5. The Red Hill Shaft well was shut down and disconnected from the drinking water system by the Navy on November 28th. The Hawai´i State Department of Health issued a health

Confidential

advisory on November 29, 2021, cautioning JBPHH residents against using water from their taps (HIDOH 2021).

Navy divers entered the Red Hill shaft and the connected, 1,100 foot-long water supply tunnel that crosses the top of the water table shortly afterwards (USDN 2022). The divers reported fuel dripping from the basalt bedrock ceiling of the tunnel and a fuel sheen on the groundwater.

The volume of contaminated water that had been drawn into the base drinking water system was initially believed to be very limited, since the majority of groundwater fed into the system was derived from the separate, unimpacted well located several miles away in Wai´awa (USDN 2022). Residents were told by base officials that they could continue using the water unless fuel odors or sheens were noted. Flushing of water from fire hydrants began on November 29th. On November 30th, residents were asked to purge kitchen and bathroom taps in order to remove any remaining contaminated water from the system. While the water discharged from taps in some homes remained seemingly clean, the indoor air of other homes quickly filled up with petroleum vapors, with residents reporting severe headaches, irritation of eyes, shortness of breath, irritation of the throat and lungs, and vomiting.

Due to the urgency of the situation and the need for immediate data, samples collected from the drinking water system early in the crisis focused on rapid turn-around testing for Total Organic Carbon (TOC) as a surrogate for more comprehensive Total Petroleum Hydrocarbon (TPH) and volatile organic compound data that could be used to directly assess health risks (USDN 2022). Residents in areas where elevated TOC was not reported were told that they could continue to use the water up to a least December 9, 2021. Residents still using the water at least as late as December 9th were subsequently sickened, with symptoms ranging from rashes, nausea, burning stomachs and lungs, diarrhea, headaches, convulsions and in at least one case temporary, partial paralysis. Sampling results were later determined to be unreliable, due to the elevated laboratory detection limit for TOC (up to 5 mg/L) and the inability of the data to identify water that was obviously contaminated with fuel in the field.

In the following days and weeks, however, hundreds of sickened people reported to hospital emergency rooms and clinics as contaminated water circulated through the drinking water system to other areas of the base (USDN 2022). Arrangements for offsite housing were made for approximately 10,000 JBPHH residents. Bottled drinking water was provided to residents who opted to remain in their homes. Wide variability in the ability to smell or taste fuel and other contaminants in the water and air were reported. Some residents were able to detect jet fuel odors at likely low concentrations, while others in the same household unable to detect any sign of contamination, even at what were likely very high concentrations. The largest percentage of symptoms reported to doctors were related to the nervous system, gastrointestinal system and respiratory system with effects also reported to the skin, ears (hearing loss), throat and eyes. Residents reported that pets and small children were often the first to show symptoms, with adults expressing symptoms of fuel poisoning shortly afterwards (Troeschel et al. 2022).

The intrusion of fuel-contaminated water into homes and buildings appears to in part have been dependent on the timing of water use. Isolated pockets of contaminated water continued to

Confidential                                    US_RHFTCA_00440826
PX-1236_0007

circulate through the maze of piping for many weeks after the initial release, trapped between but not mixed with clean water drawn in from the second well. It is hypothesized that residents who happened to open a tap at a time when a pocket of contaminated water was passing through the system in front of their house were quickly affected. Adjacent neighbors who returned home later in the day after the pocket of contaminated water had moved further down the piping system might notice no problems with the water discharging from their taps.

## 1.3. Final Flushing and Clearance of the Drinking Water System

Flushing of the drinking water system using water from the second supply well was carried out over the next three months (USDN 2022). Flushing of the JBPHH drinking water system through fire hydrants continued through March 2022 (USDN 2022). Treatment of discharged water through granulated activated carbon filters was required by the State Department of Health following initial complaints of sheens and strong fuel odors in outdoor areas.

In January 2022, the Department of Health published a TPH tapwater screening (action) level for JP-5 contamination of 211 µg/L. This was calculated based on the expected, aliphatic and aromatic carbon range makeup and effective solubility of the JP-5 jet fuel and corresponding toxicity factors for individual carbon ranges published by the US Environmental Protection Agency available at that time (USEPA 2009a). The TPH screening level was later revised to 266 µg/L to address an error in the initial calculation (HIDOH 2022).

Verification that all contaminated water had been flushed from a targeted area of the drinking water system was made by comparison of sample data based on USEPA Methods 8015M and 8260 for TPH and individual volatile organic compounds, respectively. The system as a whole was declared "clean" and acceptable for normal, unrestricted in March 2022. Residents housed offsite were required to return to the base, although many subsequently chose to be transferred to bases outside of Hawaiʻi.

Sample collection and testing by both the Navy and the Hawaiʻi Department of Health during flushing of the drinking water system focused on testing of water anticipated to be clean. These data cannot be assumed to be representative of contaminant types and exposure conditions during the initial contamination period or other episodes when health effects took place. To the authors' knowledge, no sample data collected within the JBPHH system exist that document actual exposure conditions at the time of acute to subchronic health effects experienced by residents. An exception is limited sample data from the Red Hill Shaft well itself that documents significant contamination of the groundwater with JP-5 jet fuel shortly after the well was shut down.

This necessitated use of alternative, modeling and laboratory experiment approaches described in this report to identify specific compounds of interest and estimate Reasonable Maximum Exposure during the time that base personnel became sickened. It is hoped that this information, in conjunction with estimates of exposure durations, can be used to better understand observed, health effects and further assess ongoing symptoms.

Confidential                                US_RHFTCA_00440827
                                            PX-1236_0008

## 1.4. Pre-November 2021 Contamination of Drinking Water

Earlier, longer-term exposure to lower concentrations of degraded fuel and other potential contaminants in the source groundwater has also been postulated by residents who began to experience various types of health issues soon after the initial May 6th release of JP-5 jet fuel at the Red Hill facility. Available water sample data for the Red Hill Shaft inlet to the JBPHH drinking water system are not indicative of contamination with jet fuel during this time period. Beginning in early July 2021, however, unidentified, high retention time (>C24, "Residual Range Organics) contaminants began appearing in both impacted groundwater monitoring wells beneath the Red Hill fuel tank area (RHMW02 sample series) and in water at Red Hill Shaft inlet to the JBPHH drinking water system (RHSF sample series). Example chromatograms are provided in Attachment 3. The compounds were in some cases re removed by silica gel cleanup, indicating a polar nature, and in other samples not. Similar compounds were not detected in blanks submitted with the samples, suggesting that that some type of contaminant was indeed in the groundwater.

Detailed analysis and determination of the specific compounds present were unfortunately not carried out by the Navy or Department of Defense to our knowledge. The total concentrations of High-Range Organic (HRO) contaminants (aka "Residual Range Organics") in the water was reported to be in the range of several micrograms per liter (e.g., APPL 2022a, 2022b). Quantification of concentrations was made by comparison to standards for heavy oil, however, and are not reliable. The contaminants persisted throughout the summer but began to fade in late September and were largely absent in chromatograms by early November, just prior to the release of JP-5 jet fuel in the near vicinity of the Red Hill Shaft water supply well (APPL 2021).

Hypotheses regarding the nature and origin of the contaminants include: 1) Surfactants and other agents used to clean the tunnel following the May 6th release; 2) Older, heavily weathered petroleum flushed from bedrock beneath the tanks during cleanup; 3) Algae and 4) Contaminants from an unknown or unreported release at the facility shortly after the May 6, 2021, release. Additional research into the specific nature of the contaminants present is ongoing and further speculation of this issue and associated, potential health effects of JBPHH residents is beyond the scope of this report.

Confidential                                          US_RHFTCA_00440828
                                                      PX-1236_0009

## 2.0   Contaminants of Potential Concern

Primary hydrocarbons and additive contaminants of potential concern for the release of JP-5 jet fuel into the JBPHH drinking water system are noted in Table 1 and discussed below. A summary of other potential contaminants in tapwater is also provided.

### 2.1. Fuel Hydrocarbons

Petroleum fuels are assessed in terms of three components (TPHCWG 1997; MADEP 1997, 2003; HIDOH 2017; ITRC 2018; CAEPA 2019): 1) Individually targeted compounds such as benzene, toluene, ethylbenzene, xylenes, naphthalene, and 1-and 2-methylnaphthalene (BTEXNM); 2) Non-specific compounds grouped into aliphatic and aromatic carbon ranges; 3) additives used to enhance performance or stabilize the fuel and 4) Fuel-related degradation products. Non-specific aliphatic and aromatic compounds are grouped into separate carbon ranges based on measured or predicted similarities in physiochemical properties and toxicity. The third component includes complex mixtures of degraded hydrocarbons associated with the partial oxidation of BTEXNM and carbon range compounds.

Table 1 summarizes the relative BTEXNM and carbon makeup of JP-5 jet fuel stored at the Red Hill facility. The fuel is dominated by >C8-C18 aliphatic compounds with lesser amounts of >C5-C8 aliphatics and >C8 aromatics. Total BTEXNM makes up less than 2% of the fuel, with little to no benzene present. As noted in the table, the carbon range makeup of the neat fuel differs from the carbon range makeup of dissolved-phase JP-5 in water as well as vapors emitted from fresh fuel. The overall, weighted toxicity of neat versus dissolved- and vapor phase hydrocarbons similarly varies and plays a key role in assessment of health risk.

The combined mixture of carbon ranges minus individually targeted compounds such as BTEXNM is collectively assessed as "Total Petroleum Hydrocarbon (TPH)." Laboratories typically measure three separate groupings of TPH-related compounds based on a specified range of retention times and boiling points: 1) Low retention time/boiling point compounds, referred to as "Low-Range Organics (LRO)" (aka "Gasoline Range Organics"); 2) Mid retention time/boiling point compounds, referred to as "Mid-Range Organics (MRO)" (aka "Diesel Range Organics") and 3) High retention time/boiling point compounds, referred to as "High-Range Organics (HRO)" (aka "Residual Range Organics"). These terms are introduced in this document to avoid improper, separate association of laboratory data for specific gas chromatograph retention time ranges with a specific type of fuel and associated action/screening levels. Gasolines are typically dominate by LRO range compounds but can include a small proportion of compounds in the MRO range. Middle distillates fuels are typically dominated by MRO range compounds but can include compounds in both the LRO and HRO range. Kerosene-based jet fuels such as JP-5, for example, can contain small amounts of C5-C8 aliphatics that fall within the LRO range. Residual fuels are typically dominated by HRO compounds but can include MRO compounds as well. Degraded LRO compounds that have lost their volatility can elute and be reported as MRO range compounds. This explains the common misinterpretation of "diesel" contamination at heavily degraded, gasoline-only release sites.

Confidential                                        US_RHFTCA_00440829
PX-1236_0010

This necessitates testing for and reporting concentrations of TPH and other hydrocarbon-related compounds associated with each of the analytical ranges. The total concentration of TPH for a sample is determined by adding concentration data for each of these ranges and excluding the concentration of individually targeted compounds (TPH = LRO + MRO + HRO). The reported concentration of TPH for a sample can then be compared to a single, risk-based screening level that reflects the overall toxicity of the carbon range mixture specific to the type of fuel released. Consideration of TPH data, rather than carbon range data, is particularly important for accurate assessment of fuel-contaminated water, since a large portion of the original hydrocarbons might be partially oxidized and not detectable using standard carbon range analytical methods.

## 2.2. Additives

The JP-5 fuel stored at the Red Hill facility was confirmed by the Navy to include a Fuel System Icing Inhibitor (FSII), antioxidants and corrosion inhibitor/lubricity improver additives (USDoD 1999, 2011, 2016). Trace amounts of additional, proprietary additives in the fuel are also possible but were not disclosed by the Navy or reported by the laboratory. The primary FSII compound is diethylene glycol monomethyl ether (DiEGME; USDOD 1999), also referred to as 2-(2-methoxyethoxy) ethanol or by the trade name Methyl Carbitol. Table 1 notes the required concentration of the additives in JP-5 on based on Department of Defense military fuel specifications (USDOD 1998, 2004; USEPA 2016). Testing of JP-5 samples from the Red Hill facility provided by the Navy confirmed the presence of DiEGME in the fuel at a concentration of 0.050% to 0.055% (Newfields 2023b). This is slightly below the mandated range of 0.08% to 0.11% based on a previous summer of additives in the fuel prepared by the USEPA (2016). The laboratory suggested that the lower concentration detected could be due to incomplete extraction of DiEGME from the fuel during the analysis. The compound DiEGME is of particular concern for potential health risks both because of its relatively higher concentration in the fuel in comparison to other additives and its predicted miscibility in water.

Vapors generated from the JP-5 were dominated by >C8-C18 aliphatics with lesser amounts of C5-C8 aliphatics and minimal BTEXN (see Table 1, Newfields 2023b; see also Harley and Coulter-Burke 2000; Chin and Batterman 2012, HIDOH 2012). An annotated chromatograph of vapors from the fuel is included in Attachment 4. Additives in the fuel are not expected to significantly contribute to vapor emissions due to the limited volatility of the targeted compounds and low concentration of any potentially volatile additives present.

## 2.3. Hydrocarbon Oxidation Products

The makeup of a dissolved-phase mixture of petroleum fuel can be further complicated by the presence of polar, hydrocarbon-related degradation compounds. These compounds, collectively referred to as Hydrocarbon Oxidation Products" or "HOPs" (CAEPA 2019), include complex mixtures of partially oxidized hydrocarbons generated by microbial biodegradation of the petroleum (Mohler et al. 2013; Zemo et al. 2013, 2016). Oxidation reduces the volatility of the compounds and can make them more difficult to extract and measure. A portion of the compounds will be reported along with undegraded hydrocarbons that fall within the MRO and

6                                                                                  June 2023

possibly HRO ranges, depending on their retention times and their ability to extracted from the sample.

The presence of degraded hydrocarbons can be determined by comparison of data for samples tested with and without the use of silica gel cleanup to remove polar compounds. The concentration of TPH determined in the absence of SGC minus the concentration of TPH estimated after silica gel cleanup represents the concentration of HOPs-related compounds in the sample. The fraction of degraded hydrocarbon compounds in JP-5 contaminated water circulating within the JBHH drinking water system is unknown due to the lack of sample data from the early periods after the incident. A comparison of data generated with and without silica gel cleanup for a sample of contaminated groundwater collected from the Red Hill Shaft well two weeks after the well was shut down suggest that significant degradation of dissolved-phase hydrocarbons had occurred by this time, with greater than 80% of compounds removed from the sample following processing with silica gel (NAVFAC 2022).

The separation of true "TPH" versus HOPs-related compounds in a sample is not strictly necessary for assessment of health risk. The toxicity of a mixture of HOPs compounds is assumed by several regulatory agencies to be identical to that of the original TPH plus BTEXNM mixture of hydrocarbons in the impacted media (HIDOH 2017, 2018; CAEPA 2019; see also Zemo et al. 2016). The inclusion of significant, degraded benzene in a HOPs mixture could in theory increase the toxicity of reported TPH associated with contaminated tapwater. The minimal amount of BTEXNM in the JP-5 fuel released from the Red Hill facility negates a significant contribution to overall health risk in comparison to the risk posed by non-specific, aliphatic and/or aromatic carbon range compounds. Separate consideration of HOPs compounds in assessment of the weighted toxicity of the TPH component of contaminated tapwater is therefore excluded from further consideration in this assessment.

Of more concern is the potential for a large fraction of partially oxidized but still potentially toxic degraded compounds to be missed in the analytical data for a sample, due to destruction during processing or an inability to be extracted and included with measurement of the overall "TPH" reported for the sample (Bekins 2016). This could lead to underreporting of the actual concentration of hydrocarbon-related compounds in water contaminated with petroleum and an associated underreporting of risk to human health and the environment.

## 2.4. Other Potential Contaminants

Residents reported periodic strong chlorine odors emitted from tapwater in the weeks following release. This was apparently related to intentional, increased chlorination of the water by the Navy to address concerns about potential buildup of bacteria in the system (USDN 2022). Strong chlorine odors in tapwater suggest concentrations well above the odor threshold of 0.31 mg/L (ATSDR 2018). Excessive chlorine in water can cause eye and nose irritation as well as stomach discomfort (USEPA 2009b).

The Navy reportedly used the surfactant Simple Green All Purpose Cleaner to clean the floors and walls of Adit 3 following the November 2021 release of JP-5 jet fuel (Sunshine Makers 2021a). Surfactants such as Simple Green are highly soluble and can enhance the emulsification,

Confidential                                                      US_RHFTCA_00440831
                                                                 PX-1236_0012

mixing and mobility of petroleum in water. The presence of surfactants in water drawn into the JBPHH drinking water system could in part explains reports of foam-like residue on water from taps in some residential areas of the Navy base (see photos in Attachment 1). The primary compound of interest in the product is the dispersant 1-butoxy-2-µnol (active ingredient). Testing of water mixed with Simple Green in the amount recommended by the manufacturer resulted in dissolved-phase concentrations of 1-butoxy-2-propanol ranging from 35 to 40 µg/L (Newfields 2013b). It is probable that groundwater in the vicinity of the Red Hill Shaft was also contaminated with this compound up to this amount. The lack of published toxicity factors for 1-butoxy-2-propanol negates a more in-depth review of the potential health risks posed by exposure to this compound.

The corrosivity of water from hot water heaters was measured to be high in some cases. The Langelier Saturation Index (LSI), a measure of the balance between pH and calcium carbonate, was in one case reported by a resident to be negative 0.87. While not a direct measurement of corrosivity, an LSI below a value of negative 0.50 can be indicative of potentially corrosive conditions associated with the water (USGS 2016). This was possibly due to corrosion of the water heater sacrificial anode by jet fuel. Residents reported that persistent skin rash problems following flushing of the drinking water system disappeared following replacement of the water heater at the home.

Due to a lack of adequate information, further assessment of contamination of the tapwater with Simple Green, excessive chlorine, chlorine disinfection byproducts and potential skin and other health effects associated with the corrosivity of hot water is excluded from further quantitative consideration in this assessment. Additional review of these conditions should be incorporated in future health assessments of the incident.

Confidential                                    US_RHFTCA_00440832
                                                PX-1236_0013

## 3.0   Conceptual Site Model

### 3.1. Contaminant Fate and Transport

Figure 1 presents a Conceptual Site Model (CSM) of the November 20, 2021, release of JP-5 at the Red Hill facility and subsequent exposure of resident at JBPHH (ATSDR 2005a, 2013). Ingestion, inhalation and dermal exposure pathways to contaminants are reviewed in terms of three sources (see Figure 1): 1) Venting of fuel vapors from the Red Hill facility tunnel complex to outdoor air, 2) Use of contaminated tapwater for drinking, cooking, bathing and cleaning and 3) Outdoor discharges of contaminated water onto open areas during initial flushing of the system.

Initial exposure of residents in base communities nearest to the Red Hill facility likely occurred via inhalation of jet fuel vapors in outdoor air impacted by venting of the Red Hill facility tunnel system. Predominant Trade Wind conditions on the day of the release and over the following several weeks carried exhaust from the tunnel southwestward toward JBPHH (Weather Underground 2023). Impacted air was also drawn into home ventilation systems.

In the tunnel itself, jet fuel traveled through gaps, sumps and other structures in the floor and reached underlying groundwater, situated approximately 80 feet below. Free product accumulated at the groundwater surface. More soluble >C8 aromatics and limited BTEXNM were drawn out of the fuel and dissolved into the groundwater, leaving behind sheens of aromatic-depleted aliphatic compounds.

The miscibility of DiEGME suggests that this compound would be completely drawn out of the fuel and dissolved into groundwater (HIDOH 2023). Although detected in a sump that captured fuel and water used for cleanup three weeks after the release, DiEGME was not detected in samples of fuel-contaminated groundwater collected from the Red Hill Shaft itself during the same time period. Degradation of DiEGME, with a reported half-life as short as a few days to several weeks, does not fully explain the absence of DiEGME in samples of groundwater (NIH 2023; USEPA 2023a). It is possible that a dissolved-phase DiEGME at the lead of the groundwater was drawn into the Red Hill shaft ahead of the slower moving, hydrocarbon plume.

It has also been postulated the DiEGME formed a complex emulsion with hydrocarbons, other additives and water soon after the fuel encountered the water table and was present at the top of the water table but not below, where the samples were collected. Use of the surfactant Simple Green to clean the tunnel in the days following the release could have also aided in emulsification of both the fuel and DiEGME. Emulsification of the DiEGME or other factors causing the icing inhibitor to stay with the fuel rather than diffuse into the water is supported by water-fuel studies carried out by HIDOH (Section 3.4.1; Attachment 4).

As discussed in the Section 3.2, testing of samples of water in direct contact with JP-5 fuel indicated minimum dissolution of DiEGME into the water. This supports emulsification of the DiEGME rather than dissolution into the groundwater. Complexation of DiEGME with water in jet fuel is a well-known phenomenon in the aviation industry, referred to as the formation of "apple jelly" (DESC 2002). The resulting gels can be comprised of 30% to 50% or more

Confidential                              US_RHFTCA_00440833
                                                   PX-1236_0014

DIEGME. The presence of DiEGME-concentrated emulsions is further supported by reports of a gel-like substance floating on the water within the Red Hill Shaft tunnel and foams and gel-like, flakey substances reported by residents in tapwater discharged from sinks and onto the ground (refer to Photos in Attachment 1). Foams on the water suggests the presence of an emulsion and/or the presence of a surfactant like Simple Green in the water.

Contaminated groundwater was drawn into the Red Hill Shaft well as least as early as November 27th and likely several days before then, based on earlier complaints of unexplained rashes by residents after showering. The pumping capacity of the well is approximately five-million gallons per day. Pumps were operated until November 28th, when the Navy ordered the well to be shut down. Up to 40 million gallons of contaminated groundwater could therefore have been drawn into the JBPPH drinking water system prior to that time.

Water in neighborhoods reporting strong fuel odors and sheens was initially discharged into open, grassy areas untreated, impacting the soil and shallow groundwater and emitting vapors into the ambient air. Discharge of water through large, granulated activated carbon units was later required to minimize additional impacts to the environment and exposure of residents.

Flushing of the JBPHH drinking water system was carried out through March 2022. Flushing began in neighborhoods closest to the Red Hill shaft pumping station and progressed away from these areas as contaminated water was pushed "downgradient" toward open hydrants. The HIDOH concurred that water throughout the system was safe for drinking and normal household usage on March 18, 2022, through amendments to the Public Health Advisory (HIDOH 2022). Continued, periodic exposure to fuel-contaminated water could have continued during this period for residents in neighborhoods yet to be cleared for tapwater reuse who were unable to leave the base or otherwise elected to stay. The HIDOH Public Health Advisory for use of the drinking water system including non-residential areas was formally lifted on October 28th, 2022, when all requirements had been satisfied by the Navy. Continued, randomized testing of the entire system for fuel-related contaminants and overall water quality was required for a period of two additional years.

### 3.2. Exposure Pathways

#### 3.2.1. Tunnel Venting to Outdoor Air

While periodic in nature based on vapor emissions from the tunnel and wind patterns, the exposure pathway to fuel vapors in outdoor air, release is considered to be complete (refer to Figure 1). Outdoor air impacted by vapors emitted from the ventilation system of the Red Hill facility traveled in a westward to southward direction toward JBPHH military housing areas. Concentrations of jet fuel vapors in outdoor air were highest during the first few weeks after the release as cleanup of the tunnel was underway. Inhalation exposure to primarily C5-C8 and >C9-C18 aliphatic compounds could have occurred both outdoors and indoors, as impacted air was drawn into building ventilation systems.

Resident reports indicate that impacts to outdoor air were especially strong in the Red Hill and Aliamanu Military Reservation areas, located adjacent to and directly southwest of the Red Hill fuel storage facility. The Aliamanu Military Reservation is in particular located within an extinct,

Confidential                                              US_RHFTCA_00440834
                                                                  PX-1236_0015

bowl-shaped volcanic crater. Persistent poor air circulation within the crater could have led to prolonged periods of exposure to impacted outdoor air.

### 3.2.2. Indoor Tapwater Usage

Ingestion, inhalation and/or dermal contact exposure pathways to fuel-related contaminants in tapwater are considered to have been complete, depending on the particular circumstances that the water was being used (see Figure 1). Ingestion exposure to dissolved-phase aromatic compounds in tapwater or combined exposure to aromatic, aliphatic and additives in sheens and emulsions occurred both through drinking the water and usage of the water for cooking. Contamination was likely masked in foods prepared with the water, causing residents to unknowingly be exposed to higher concentrations of contaminants than might otherwise have occurred through simple drinking of the water.

Inhalation exposure to C5-C8 and >C9-C18 aliphatic and to a lesser extent more hydrophilic light-end aromatic BTEX and >C8 aromatic compounds emitted from the water was most significant during use for showering and bathing. Additional exposure could have occurred during routine use of tapwater for drinking and cooking and use of dish and clothes washers. The use of hot water during showering would have exacerbated vapor emissions. Significant indoor exposure to JP-5 vapors also occurred in some affected houses when residents were asked to purge water from taps soon after the initial detection of fuel contamination in the system. Several residents reported that strong fuel vapors quickly spread throughout the house and significantly impacted indoor air, leading to significant health effects.

Dermal contact with dissolved-phase aromatics in water and fuel-related contaminants in sheens and emulsion on the water occurred during showering by adults and bathing by young children. Prolonged bathing in warm water would have exacerbated dermal exposure. The primary contaminants of concern during the initial draw of contaminated water into the Red Hill Shaft well were likely dissolved-phase, >C8 aromatics and DiEGME. Any aliphatic compounds dissolved in the tapwater are assumed to be emitted to air during bathing and not available for dermal contact due to their hydrophobic nature volatility. Exposure to these contaminants is instead considered for the inhalation pathway. Later intrusion of more contaminated water into the JBPHH system via the Red Hill Shaft well would have led to increased exposure concentrations of these compounds as well as additional exposure to C8-C18 aliphatics in sheens.

### 3.2.3. Outdoor Water System Discharges

Exposure to fuel-related contaminants during early discharge of untreated water to open areas was primarily through inhalation of vapors re-emitted to outdoor air in the weeks following initial flushing of the system. Residents reported renewed vapor emissions from impacted soil following periods of heavy rainfall for several months afterwards. Direct ingestion of soil and dermal contact with soil by young children was likely to be minimal due to grass and other landscaping as well as dislocation of families in the most impacted areas to alternative housing.

Confidential                                        US_RHFTCA_00440835
                                                    PX-1236_0016

## 3.3. Exposure Scenarios

Exposure concentrations are estimated for four scenarios: 1) Exposure to dissolved-phase contaminants in tapwater, 2) Exposure to dissolved-phase contaminants and sheens of free product on the tapwater, 3) Exposure to dissolved-phase contaminants, sheens and DiEGME emulsions in tapwater and 4) Exposure to JP-5 vapors in indoor and outdoor air. Sample data directly representative of exposure conditions under the noted scenarios are not available. Exposure point concentrations are instead estimated based on multiple lines of evidence, including: 1) Field observations by based residents, Navy staff and regulatory officials, 2) Estimate of effective solubility of individual components of the jet fuel, 3) Groundwater data for samples collected from Red Hill Shaft and 4) Laboratory experiments that utilized JP-5 from the Red Hill facility to evaluate the dissolution of fuel-related contaminants into water over time.

Observations of strong fuel odors, sheens and foamy emulsions in tapwater indicate the presence of free product. Reasonable Maximum Exposure (RME) concentrations of dissolved-phase contaminants in the water are estimated based on the effective solubility of individually targeted compounds. Estimations of RMEs associated with exposure to JP-5 sheens and DiEGME emulsions are made based on the original makeup of the fuel and available data regarding fuel-additive-water emulsions. Estimates of RME exposure concentrations associated with vapors emitted from tapwater during bathing and other uses are more qualitatively based on data for vapors collected over fresh JP-5 fuel from the facility and published odor thresholds for kerosene-based fuels. Exposure to RME levels of contaminants is likely to have been episodic, with exposure to lesser amounts of contaminants during periods when less contaminated water was moving past in the JBPHH drinking water system at the time that water was drawn from a tap in a residence.

Figure 2 summarizes specific categories of contaminant of concern associated with the different exposure pathways and exposure scenarios. Ingestion of water that contained dissolved-phase contaminants only includes exposure to all dissolved-phase hydrocarbons and additives in the water, dominated by more soluble aromatic compounds. Aromatic compounds are assumed to stay in the water and be taken up vis the dermal absorption pathway. More volatile, aliphatic compounds present in the water are assumed to be quickly emitted to indoor air, with exposure occurring via the inhalation pathway.

Ingestion of water containing a sheen results in exposure to both aliphatic and aromatic hydrocarbons as well as additives in the original fuel, plus dissolved-phase hydrocarbons and additives in the water (see Figure 2). The same compounds are considered in the dermal exposure pathway. Indoor and outdoor inhalation exposure focuses on exposure to both volatile aromatics and aliphatic compounds in the fuel.

Exposure to DiEGME emulsions in the tapwater in addition to fuel sheens would have occurred via the ingestion and dermal pathways (see Figure 2). Both pathways include exposure to aliphatic and aromatic hydrocarbons and aromatic hydrocarbons dissolved in the water.

12    June 2023

Confidential

Case 1:22-cv-00397-LEK-KJM   Document 392-2   Filed 04/08/24   Page 71 of 204
PageID.31940
Hawai´i Department of Health                         JBPHH JP-5 Exposure Assessment

## 3.4. Exposure Concentrations

### 3.4.1. Dissolve-Phase Contaminants

Estimated RMEs for tapwater contaminated with dissolved-phase hydrocarbons and additives but not exhibiting a sheen are presented in Table 2. The RMEs reflect data from experiments utilizing a JP-5 jet fuel from the Red Hill facility provided to HIDOH by the Navy. Photographs and detailed data summary tables are provided in Attachment4.

The experiments were conducted by carefully placing a 10-milliliter layer of JP-5 jet fuel onto one-liter of sterilized water in funnel flask and allowing the fuel and water to equilibrate over 20 days (after Bobra 1992). Five flasks were prepared and labeled "Day 1," Day 5," Day 10, "Day 15" and "Day 20." A water sample collected from a flask on the noted day of the experiment and tested for BTEXMN, carbon ranges and DiEGME. In a separate, second set of experiments, a 1:10 mixture of Extreme Simple Green concentrate (Sunshine Makers 2021b) and water was prepared, with 100 ml of the resulting solution sprayed onto the layer of JP-5 of each of the five flasks. These experiments were intended to help assess the potential added dissolution of emulsification of jet fuel during cleaning of the Adit 3 tunnel following the November 20, 2021, release. Samples collected from the experiments were additionally tested for 1-butoxy-2-propanol, a primary component of the cleaning solution.

A summary of the resulting laboratory data is provided in Attachment 4. Measured concentrations of dissolved-phase hydrocarbons in the experiments are supported by predictions of effective solubility of individual compounds, also provided in Attachment 5. The total reported concentration of dissolved-phase hydrocarbons in experiments not amended with Simple Green ranged from 0.599 mg/L on Day 0 to 5.6 mg/L on Day 20, with concentrations approaching the saturation limit by Day 5 (4.7 mg/L). The average measured total hydrocarbons from Day 5 to Day 20 after allowing for equilibration was 5.2 mg/L, with 3.1 mg/L contributed by the carbon ranges and 2.1 mg/L contributed by BTEXNM.

Attachment 5 provides a comparison of water-fuel experiment data to the predicted makeup of dissolved-phase JP-5 based on the effective solubility of the individual components. The average, total concentration of hydrocarbons measured in the experiments closely matches the sum of the predicted, effective solubility of the compounds of 5.4 mg/L, with 3.9 mg/L contributed by the carbon ranges and 1.5 mg/L contributed by BTEXNM. As predicted, dissolved-phase hydrocarbons in water-fuel experiments were dominated by >C8 aromatic compounds (average 60%). No dissolved-phase aliphatic compounds were detected in the water-fuel experiments. Trace amounts (2% of total) of dissolved-phase C5-C18 aliphatics were predicted based on the presence of small amounts of these compounds in the JP-5 fuel and their calculated effective solubilities (refer to Attachment 5).

Dissolved BTEXNM was dominated by xylenes and naphthalene, with both making up 12% each of total dissolved hydrocarbons. With the exception of naphthalene, concentrations of individual compounds in the water were less than the corresponding, predicted effective solubility, indicating less than saturated conditions for the compounds.

Confidential

The addition of Simple Green to the experiments did not significantly affect the solubility of the hydrocarbons. The total concentration of dissolved-phase hydrocarbons was only slightly higher, at 5.3 mg/L. This primarily reflects the lack of change in the dissolved-phase concentration of C8 aromatics. The total concentration of BTEXNM in Simple Green amended experiment was a marginal 6% higher than in the non-amended experiment.

Only a minimum amount of DiEGME was drawn out of the fuel and into the water over the course of the experiments. The 10 milliliters of JP-5 fuel used in the experiments is estimated to have contained 5 mg to 11 mg of DiEGME, based on based on direct testing of the fuel (0.05%; Newfields 2023b) and the upper limit of DiEGME permitted in JP-5 (0.011%; USDOD 1999). A dissolved phase concentration of DiEGME of just 49 µg/L was reported for the Day 0 water sample in the absence of Simple Green (refer to Attachment 4). The Day 0 water sample in the experiment where Simple Green was added was marginally lower, at 45 µg/L. The difference is within expected laboratory error. The average concentration in the water samples was 51 µg/L for both sets of experiments, suggesting no influence from the addition of Simple Green to the experiments. This indicates that 99% or more of the DiEGME failed to dissolve into the water, in spite of the predicted effective solubility of 1,700 mg/L. The DiEGME appears to have instead been captured in gel-like emulsion that formed on top of the water (refer to photos in Attachment 4). This correlates well with reports of the formation of a water-DiEGME emulsion referred to as "Apple Jelly" associated with fuels pre-blended with FSII (DESC 2002). Implications of the present of a DiEGME-enriched emulsion in contaminated tapwater are further discussed in Section 3.4.3.

Concentrations of hydrocarbons and additives measured in the water-fuel study are adopted as dissolved-Phase RMEs. The RMEs reflect an assumed constantly replenished, thin layer of JP-5 fuel on groundwater at the Red Hill Shaft. This assumption matches field observations of fresh fuel still dripping into the shaft several weeks at the November 20, 2021, release (USDN 2022).

### 3.4.2. Dissolved-Phase Contaminants Plus Sheen

Estimated RMEs for tapwater contaminated with dissolved-phase hydrocarbons and additives and exhibiting a sheen are included in Table 2. The presence of a sheen on petroleum-contaminated water implies near saturation conditions of dissolved-phase hydrocarbons in the water. Concentrations of TPH up to 150 mg/L (0.015%) were reported for groundwater samples collected from the Red Hill shaft three weeks after the initial release of JP-5. This reflects the last water drawn into the JBPHH drinking water system prior to shut down of the well. The reported concentration of TPH far exceeds the predicted or measured solubility of JP-5 jet fuel, indicating the presence of free product in the sample.

For the purposes of this report, a concentration of 0.015% JP-5 product in tapwater was used to estimate of an RME concentration tapwater exhibiting a sheen. The concentration of individual carbon ranges and BTEXNM in the sheen were predicted by conversion of the percent makeup of the individual components to micrograms per liter and multiplication by 0.015%. This generates a TPH RME for exposure to tapwater expressing a sheen of 155 mg/L (see Table 2). All aromatic compounds in the fuel are assumed to have been transferred into the water, leaving

Confidential

the sheen enriched in lower-solubility, >C8 to C18 aliphatic compounds and slightly increasing the RMEs for dissolved-phase BTEXNM (see Table 2).

A significantly greater exposure to hydrocarbons is predicted when a sheen is present on the tapwater (refer to Table 2). The relative makeup of hydrocarbon exposure mimics the makeup of the fuel, dominated by >C8-C18 aliphatic compounds (121 mg/L) with a lesser amount of >C8 aromatics (39 mg/L) and a small contribution from BTEXMN compounds (4.3 mg/L). The predicted total dissolved- plus neat-phase concentration of DiEGME in the water increases only moderately above the predicted dissolved-phase concentration. This is due to the relatively small amount of fuel assumed to make up the sheen (155 mg per liter of water) and the corresponding small mass of DiEGME in the sheen (0.11% of 155 mg sheen per liter of water).

### 3.4.3. Dissolved-Phase Contaminants Plus Sheen Plus DiEGME Emulsion

Estimated RMEs for tapwater contaminated with dissolved-phase hydrocarbons and additives and inclusive of a sheen as well as a DiEGME-enriched emulsion are noted in Table 2. Water sprayed from hoses at a residence exhibited a relatively high proportion of foamy material (refer to photo in Attachment 1). Other photos and videos of the water from resident taps show a flakey, white material on the water very distinct from a sheen and estimated to make up <1% of the water volume as a whole. Photos of a sample of tapwater collected from a JBPHH residence exhibit what appears to be an approximately one-millimeter-thick, yellowish clear layer of what is interpreted to be a DiEGME emulsion on 100 millimeters of water (refer to in Attachment 1). A gel-like emulsion interpreted to consist concentrated DiGME also appeared in the water-fuel experiments discussed in Section 3.4.1 (refer to photos in Attachment 4).

Based on these observations, a 0.1% concentration of 40% DiEGME emulsion is assumed for this exposure scenario. This equates to a predicted, RME concentration of DiEGME in tapwater of 400 mg/L (Table 2). Although somewhat subjective, this is utilized as a conservative REM concentration of DiEGME in tapwater that exhibits a sheen plus emulsion. Unlike the sheen exposure scenario, the predicted dissolved-phase concentration of DiEGME in water is not added to predicted concentration in the emulsion, since the entire mass of DiEGME is assumed to remain entrapped in the emulsion.

### 3.4.4. Vapors

Estimates of RME concentrations of JP-5 vapors in outdoor and indoor are noted in Table 2. Direct testing of vapors above JP-5 fuel collected from the Red Hill facility as part of the water-fuel experiments and reports of vapor impacts to indoor air by residents was used in lieu of models. Samples in the experiments were collected from the airspace above the layer of JP-5 product in the funnel flasks.

A summary of the vapor data is included in in Attachment 4. Samples collected from the water-fuel experiments were dominated by >C8-C18 aliphatic compounds (average 77%), with lesser amounts of C5-C8 aliphatics (average 18%) and only trace levels of aromatics (average 4%). This reflects the lower amount of C5-C8 aliphatics and aromatics in JP-5 fuel in comparison to data vapors emitted from lighter end, JP-8 jet fuels (HIDOH 2012; see also Brewer et al. 2013). The total concentration of TPH related carbon ranges of 8,160,000 $\mu g/m^3$ reported for the JP-5

Confidential                          US_RHFTCA_00440839
                                      PX-1236_0020

vapor on Day 0 of the laboratory experiments is likely well above RME concentrations for exposure of residents to JP-5 vapors in indoor and outdoor air. Significant dilution of vapors can be expected a short distance away from the source.

Strong fuel odors in indoor air and in some cases acute health effects including headaches and vomiting were reported by residents following the requested flushing of taps in homes in late November and early December 2021. Strong odors indicate a concentration of JP-5 vapors well above the published upper odor threshold for kerosene-based jet fuels of 7,700 $\mu g/m^3$ (ATSDR 2017). Significant health within minutes to hours after exposure effects suggests vapor concentrations at least above Level 1, Acute Exposure Guideline Level (AEGL-1) for kerosene vapors of 290,000 $\mu g/m^3$ (ATSDR 2017). This value is applied to the TPH concentration of vapors in air reported as kerosene.

The AEGLs represent threshold exposure levels above which health effects can be expected within 10 minutes to 8 hours of exposure (NRC 2001; NAS 2016). Exposure above the AEGL-1 level is predicted to cause "notable discomfort, irritation, or certain asymptomatic nonsensory effects." Health effects are predicted to be transitory, meaning that the effects are reversible once the person leaves the contaminated environment. Given common reports of eye, nose and throat irritation among residents and in cases vomiting, an RME concentration greater than the AEGL-1 of 290 mg/L level is appropriate or a particular sensitivity to jet fuel vapors.

The Level 2 AEGL (AEGL-2) for exposure to kerosene vapors is 1,100 mg/L. Exposure above this level for as little as 10 minutes is predicted to potentially cause irreversible or other long-lasting health effects. Continuing, inhalation-related health effects of residents exposed to JP-5 vapors following the release at Red Hill could indicate an RME in some cases that exceeds the AEGL-2 level or again a particular sensitivity to jet fuel vapors.

Confidential

## 4.0   Health Effects

A summary of health effects associated with chronic, subchronic and acute exposure to jet fuel and fuel additives is included in Table 3. Noted health effects are presented for general informational purposes only and might not be fully inclusive. Noted effects are inclusive of published information for acute, subchronic and chronic exposure. Effects can also differ between individuals under the same exposure conditions. Refer to Attachment 6 for a listing of health effects specific to each exposure category and related references.

Acute toxicity is defined as the occurrence of health effects within less than one day to 14 days after or during exposure (ATSDR 2018). Chronic toxicity is defined as health effects that only begin to be expressed after a year or more of regular exposure. Subchronic toxicity falls in between these two categories and is defined as health effects experienced within 14 to 365 days of exposure. This is typically associated with exposure to lower but persistent concentrations of a contaminant. Cancer risk is normally associated with chronic rather than acute exposure.

Potential acute health affects posed by short-term exposure to relatively high concentrations of hydrocarbons include eye and skin irritation, dermatitis, defatting of skin, dizziness, headache, anesthesia, coughing, gagging, vomiting, griping, diarrhea, depressed respiration and pulmonary edema (ATSDR 2023; NIH 2023). Acute health effects posed by exposure to high concentration of DiEGME include headache, dizziness, tiredness, nausea, vomiting and eye irritation (NIH 2023, ThermoFisher Scientific 2021). Short-term exposure to high concentrations of 2,6-Di-Tert-Butyl-4-Methylphenol can cause throat irritation, dermatitis, abdominal pain, nausea, confusion and dizziness (NIH 2023).

Long-term, chronic exposure to hydrocarbons can affect multiple organs and lead to numerous health effects (MADEP 2002; USEPA 2022, 2023d; ILEPA 2023; NIH 2023). This include effects on the alimentary tract, kidneys and eyes and impacts to the cardiovascular, developmental, endocrine, hematologic, immune, nervous, reproductive and respiratory systems. Effects caused by long term-exposure to DiEGME includes impacts to the alimentary tract, kidneys and skin and impacts to the developmental and reproductive systems.

Subchronic health effects bridge the gap between health effects associated with acute and chronic exposure. Specific subchronic health effects associated with exposure to hydrocarbons include impacts to the alimentary, developmental, hematologic, kidney, nervous, reproductive and respiratory organs and systems (USEPA 2022, 2023c; refer to Attachment 6).

17                                                       June 2023

Confidential

## 5.0   Toxicity Factors

### 5.1. Individually Targeted Compounds

Table 3 presents chronic and subchronic Reference Doses (RfDs), Reference Concentrations
(RfCs), Cancer Slope Factors (CSFs) and Inhalation Unit Risk (IUR) factors for BTEXNM and
targeted additives. Reference doses applicable to dermal exposure are assumed to be identical to
RfDs for oral toxicity. Subchronic toxicity factors presented in the table are based on information
provided in the USEPA *Provisional Peer-Reviewed Toxicity Values* (PPRTV) documents for
individual compounds (USEPA 2023b) unless otherwise noted.

Confidence in the toxicity factors as reported in the referenced documents is noted in Table 3.
Route-to-route extrapolation of the oral RfD was used to generate an RfC for 1- and 2-
methylnaphthalenes. Subchronic RfCs were not available for 1-methylnaphthalene, 2-
methylnaphthalene and naphthalene. The chronic RfC was substituted for the purpose of
calculating risk-based screening levels. Confidence in extrapolation of these toxicity factors is
noted as "Low" in the table. Consideration of the inhalation pathway for these compounds is,
however, necessary for assessment of health risk. Acute toxicity factors are not available any of
the compounds. Toxicity factors were not identified for linoleic acid dimers. These compounds
were excluded from further consideration based on this factor, a low concentration in the parent
fuel and an assumed, low toxicity of fatty acids in general (Health Canada 2018).

### 5.2. Carbon Ranges and TPH

#### 5.2.1.   Carbon Ranges

Toxicity factors selected for assessment of carbon range compounds associated with JP-5 jet fuel
are included in Table 3. Numerous entities have published physiochemical constants and toxicity
factors for individual aliphatic and aromatic carbon ranges (e.g., Edwards et al. 1997; ATSDR
1999; MADEP 2003; WADOE 2006; CAEPA 2009, 2019; USEPA 2009a, 2022; see also
Brewer et al. 2013; HIDOH 2018). Toxicity factors published by USEPA in 2022 are carried
forward for use in this report. Use of the factors allows groupings of multiple compounds in a
single carbon range to be quantitatively evaluated in the same manner as done for individual
compounds (e.g., MADEP 2002, HIDOH 2017).

The USEPA toxicity factors for carbon ranges noted in Table 3 represent recent updates of
toxicity factors published in 2009 (USEPA 2009a) and used to prepare previous HIDOH
tapwater action levels for JP-5 (HIDOH 2022). The oral Reference Dose for >C8 aromatics was
reduced by a factor of three in comparison to toxicity factors published in 2009 (0.010 mg/kg-
day vs original 0.030 mg/kg-day). This effectively reduces TPH screening levels for mixtures
dominated by >C8 aromatics by a similar degree. Confidence in the updated toxicity factors was
not reviewed as part of the Environment Assessment but should be included in subsequent
Health Assessments that incorporate health effects experienced by JBPHH residents.

#### 5.2.2.   Total Petroleum Hydrocarbons

Table 4 presents carbon range-weighted, chronic and subchronic TPH toxicity factors for JP-5 jet
fuel under each of the four exposure scenarios noted in Figure 1. Direct assessment of health risk

Confidential                                US_RHFTCA_00440842
PX-1236_0023

posed by exposure to petroleum fuels could in theory be carried based on data for individual carbon ranges. Accurate quantification of the carbon range makeup of petroleum-related contaminants in a sample is hindered by the limited number of commercial laboratories that can reliably carry out the analyses. Assessment of risk is further complicated by the presence of hydrocarbon-related degradation compounds (HOPs) that are detectable by standard carbon range methods. This is particularly important for assessment of fuel-contaminated water, where significant, partial-oxidation of hydrocarbon compounds is common. These limitations favor the use of less precise but also less biased widely available and more encompassing "TPH" analytical methods to quantify the total concentration of hydrocarbon-related compounds in a sample.

The TPH toxicity factors presented in Table 4 were calculated based on the harmonic mean of the measured carbon range makeup of neat fuel, dissolved-phase JP-5 in water and JP-5 vapors noted in Table 1 and toxicity factors presented in Table 3. The methodology used to calculate the toxicity factors and summary tables of the calculations are provided in Attachment 7.

Carbon range-weighted TPH chronic ingestion and dermal contact toxicity factors for exposure to dissolved-phase JP-5 in tapwater and exposure to JP-5 product in sheens are identical, despite the former being dominated by >C8 aromatics the latter being dominated by >C8-C18 aliphatics. This is due to assignment of the same RfD to each carbon range. Weighted *subchronic* ingestion and dermal toxicity factors differ for dissolved vs sheen exposure scenarios, however, due to an assumed lower (more conservative) subchronic toxicity factor for >C8 aromatic compounds (0.04 mg/kg-day) than that assumed for >C8-C18 aliphatic compounds ( 0.10 mg/kg-day).

The weighted TPH inhalation toxicity factor calculated for vapors emitted from dissolved-phase JP-5 is more conservative than the toxicity factor calculated for vapors emitted from sheens due to the lower RfC for >C8 aromatics assumed to dominate dissolved-phase hydrocarbons in comparison to the RfC for >C8-C18 aliphatic that dominate vapors from sheens (refer to Table 4). The concentration of TPH in vapors emitted from sheens will be much higher, however, offsetting the marginal difference in toxicity and posing a great inhalation health risk The carbon range-weighted TPH RfC for vapors emitted to outdoor air from venting of the Red Hill tunnel and discharge of untreated water with sheens from hydrants and impacted soil are assumed to be identical to the RfC for vapors emitted to indoor air from sheens on tapwater.

The toxicity factors for dissolved-phase JP-5 based on the results of the water-fuel experiments compare very well with weighted toxicity factors based on the modeled carbon-range makeup (see Attachment 5). This is due to the measured and predicted dominance of dissolved-phase >C8 aromatic compounds. Trace amounts of dissolved-phase C5-C8 and C8-C18 aliphatics predicted to be in the water based on their presence in the JP-5 fuel and effective solubility results in a slightly but insignificantly different, model-based chronic and subchronic inhalation RfCs for exposure to dissolved-phase carbon range compounds (refer to Attachment 5).

Confidential                                        US_RHFTCA_00440843
                                                          PX-1236_0024

Case 1:22-cv-00397-LEK-KJM   Document 392-2   Filed 04/08/24   Page 78 of 204
                                        PageID.31947
Hawai´i Department of Health                          JBPHH JP-5 Exposure Assessment

## 6.0   Screening Levels

### 6.1. Tapwater

#### 6.1.1.  Individual Compounds

Screening levels for chronic and subchronic exposure to individually targeted chemicals associated with JP-5 contaminated tapwater are presented in Table 5. Screening levels based on noncancer health hazard to young children are provided in the main table. Screening levels for potential cancer risks associated with benzene, ethylbenzene and naphthalene are included in the footnotes to the table. Screening levels for chronic exposure are intended to be protective against adverse health effects following continuous exposure over a period of one year or more. Screening levels for subchronic exposure are slightly higher and intended to be protective against adverse health effects following continuous exposure over a period of two weeks to one year (ATSDR 2018).

The screening levels were generated using the USPA Regional Screening Level (RSL) model for tapwater using the chronic and subchronic toxicity factors presented in Table 3 (USEPA 2023c). The model includes exposure to contaminants via direct ingestion of tapwater, bathing and inhalation of vapors. Ingestion and dermal pathway toxicity factors with or without a sheen are identical due to the application of identical toxicity factors for >C8 aromatics (dominate dissolved TPH) and >C8-C18 aliphatics (dominate sheen). Default parameter values utilized in the tapwater RSLs are presented in the Attachment 8. Screening levels intended to address noncancer health hazard are based on potential exposure of children age 0 to 6 years old. Screening levels intended to be protective of cancer risks assume long-term exposure of both children and adults to contaminants in the water over a combined period of 30 years. Promulgated Maximum Contaminant Levels (MCLs) for benzene, toluene, ethylbenzene and xylenes do not directly reflect risk and are not suitable for quantitative assessment of risk.

#### 6.1.2.  Total Petroleum Hydrocarbons

Chronic and subchronic tapwater screening levels specific to dissolved-phase TPH and TPH present as a sheen of free product on tapwater were calculated in the same manner as carried out for individually targeted contaminants (Table 5). Incorporation of the dermal absorption pathway into the USEPA tapwater model for TPH requires respective calculation of carbon range weighted values for several additional parameters. A summary of the calculations of the factors is provided in Attachment 8.

The TPH screening level for chronic exposure to dissolved-phase JP-5 in tapwater was derived based on September 2022 updates to USEPA toxicity factors for individual carbon ranges (USEPA 2022; refer to Table 3). The screening (action) level published by HIDOH in April 2022 and based on USEPA toxicity factors for individual carbon ranges published in 2009 is provided for reference (USEPA 2009a). Reduction in the RfD for >C8 aromatics by a factor of three as part of the 2022 update effectively reduces the TPH screening level by a similar degree. Confidence in the updated toxicity factor was not reviewed as part of the Environment Assessment but should be included in subsequent Health Assessments that incorporate health effects experienced by JBPHH residents.

20                                                                    June 2023

Confidential

## 6.2. Ambient Air

Chronic and subchronic ambient air screening levels for residential exposure to individual, BTEXNM compounds are included in Table 5. Screening levels for long-term, chronic exposure are taken directly from the USEPA RSL guidance (USEPA 2023c). Screening levels for subchronic exposure were calculated by incorporating subchronic RfCs noted in Table 3 in the same model equation.

Chronic and subchronic, ambient air screening levels for TPH were calculated based on incorporation of the respective, carbon range-weighted RfCs in the USEPA ambient air model. Both screening levels below common background levels of TPH in ambient air of up to and greater than 1,000 µg/L (after NJDOH 2010; see also HIDOH 2017).

Confidential                                      US_RHFTCA_00440845
                                                  PX-1236_0026

## 7.0   Risk Characterization

### 7.1. Exposure Duration

The most significant exposure to JP-5 related contaminants in the JBPHH drinking water system following the November 20, 2021, occurred over a time period of a few days to a few week. Comparison of predicted RME's to subchronic screening levels is therefore appropriate.

Residents reported symptoms including rashes that were likely related to contamination in the drinking water system as early as November 25th. Heavily contaminated water was clearly moving through the drinking water system by November 27th, when hundreds of residents began reporting strong vapors and sheens in tapwater. Residents in areas of the base who were initially told that their water was safe to use were subsequently sickened by contamination at least as late as December 9th. This suggests a range of exposure durations of minutes to as long as two weeks prior to the development of symptoms clearly related to contamination of the water with jet fuel. It is possible, however, that the delay in significant health effects in some areas was due to the delayed intrusion of heavily contaminated water into their neighborhoods as water moved through the base piping system.

The duration of exposure places health effects falls within the timeframe of acute to subchronic toxicity. The duration and periodicity of exposure of individual residents likely varied within the base as isolated pockets of less and more contaminated water migrated through the piping network to more distant area of the base. Early exposure was likely associated with comparatively low concentrations of dissolved-phase fuel in the drinking water, primarily >C8 aromatics. The magnitude of exposure and health effects steadily increased as free product and emulsions of fuel, water and additives began to enter the system and residents were exposed to sheens and emulsions in the water containing high levels of >C80C18 aliphatics and emulsions containing high concentrations of DiEGME. At this stage, it is likely that health effects occurred within minutes or hours after single exposure event related to use of the water for drinking, cooking or bathing.

### 7.2. Summary of Exposure Assessment

Table 6 presents a comparison of RMEs for the described exposure scenarios to subchronic screening levels for targeted contaminants of concern. The comparison suggests that health risk was highest due to exposure to high concentrations of >C8 aromatics dissolved in the tapwater at the peak of contamination, >C8-C18 aliphatics in sheens on the water and DiEGME suspected to be concentrated in emulsions in the water. Additional health risk could have also been posed by 2-methylnaphthalene and naphthalene in sheens. Inhalation health effects were primarily related to exposure to high levels of >C0-C18 aliphatics in indoor and outdoor air due to venting of the Red Hill fuel storage facility in the days and weeks following the release, initial flushing of the drinking water system to outdoor areas of the base, flushing of taps within residents at the base and use of the water for drinking, cooking, washing and bathing. Exposure under each scenario was at times high enough to cause immediate, acute health effects.

Confidential                          US_RHFTCA_00440846
                                      PX-1236_0027

Limitations in these conclusions includes inherent uncertainty in toxicity factor referenced for contaminants and corresponding screening levels and the lack of correlative, published health studies for comparison, particularly for the gap between acute and subchronic toxicity. Additive and synergistic effects related to simultaneous exposure to hydrocarbons and DiEGME as well as disinfection products and surfactants in the water complicate a full understanding exposure conditions and related health effects.

Health effects differed both within individuals in single households and within affected neighborhoods. Factors affecting effects on health likely included: 1) The physical state of contaminants that the individual was exposed to at a given time (e.g., dissolved, sheen, emulsion), 2) The concentration of the contaminant in the water at that time, 3) The duration of exposure and 4) Variability between the physiological susceptibility of individuals (age, weight, pre-existing conditions, etc.). A better understanding of observed and reported health effects both within the effected community as a whole and between affected individuals requires a thorough public health assessment of affected base residents. It is hoped that the information provided in this report will assist in this endeavor.

Confidential                                    US_RHFTCA_00440847
                                                PX-1236_0028

## 8.0   Limitations

Reliable testing for C8 to C24 hydrocarbon compounds and associated degradation products or "Mid-Range Organics (MRO) (aka "Diesel Range Organics") in water is constrained by at typical laboratory Method Reporting Limit (MRL) for of approximately 200 µg/L. Sample data below this concentration are typically qualified with a "J" flag. Below this concentration, the laboratory is both unable to verify that the detected compound is associated with petroleum and that the estimated concentration of the compound is accurate. Identified compounds could also be related to algae or other naturally occurring organic compounds in the tapwater, as well as trace levels of contaminants introduced from piping, pumps, gaskets and other material in the drinking water system. A potential loss of 30% or more of hydrocarbon-related compounds during sample processing and testing using standard USEPA laboratory methods (e.g., Method 8105) further complicates interpretation of sample data at concentrations that approach a risk-based screening level.

TPH tapwater screening levels for JP-5 based on 2022 USEPA updates to carbon range toxicity factors are well below the Method Reporting Level for mid-range organics (MRO; see Table 5). This complicates the interpretation of J-flagged sample data from the JBPHH drinking water system as well as groundwater data for the Red Hill facility. HIDOH guidance recommends the use of the laboratory Method Reporting Level as the screening (action) level when the risk-based screening level is lower unless a more detailed analysis of the sample can be carried out (HIDOH 2017). The presence of well-defined spikes on the chromatograph can assist in a more detailed comparison to standards for specific compounds. Other lines of evidence should be considered for interpretation of the data, including:

- Comparison to chromatograms for previous samples collected from the same location, including obviously contaminated samples;
- Degree of flushing that has been carried out within the specific area of the drinking water system;
- Field observations of sheens, odors or petroleum tastes in tapwater; and
- Comparisons to MRO data for unimpacted areas of the drinking water system or similar drinking water systems in other areas of Hawai´i.

These factors and limitations in the utility of the TPH tapwater screening levels based on the updated USEPA toxicity factors for carbon ranges should be taken into consideration for future monitoring of the JBPHH drinking water system and impacted groundwater beneath the Navy's Red Hill fuel storage facility.

Confidential

US_RHFTCA_00440848
PX-1236_0029

## 9.0   References

APPL, 2021, *Data Validatable Report (RHSF Sample ERH1933, collected Nov 17 2021):* APPL Labs, December 27, 2021.

APPL, 2022a, *Data Validatable Report (RHMW02 Sample ERH1539, collected July 15, 2021)*: APPL Labs, March 31, 2022.

APPL, 2022b, *Data Validatable Report (RHSF ERH1590 Aug 12 2021)*: APPL Labs, August 12, 2022.

ATSDR. 1999. *Toxicological Profile for Total Petroleum Hydrocarbons*; U.S. Department of Health and Human Services, Agency for Toxic Substances and Disease Registry: Atlanta, GA, USA.

ATSDR, 2005a, *Public Health Assessment Guidance Manual*: U.S. Department of Health and Human Services, Agency for Toxic Substances and Disease Registry, January 2005, Atlanta, GA, USA

ASTDR, 2005b, *Toxicological Profile for Naphthalene, 1-Methylnaphthalene and 2-Methylnaphthalene*: U.S. Department of Health and Human Services, Agency for Toxic Substances and Disease Registry, August 2005, Atlanta, GA, USA

ATSDR, 2013, *Public Health Assessment Guidance Manual*: U.S. Department of Health and Human Services, Agency for Toxic Substances and Disease Registry, Atlanta, GA, USA. https://dx.doi.org/10.15620/cdc:11404

ATSDR, 2017, *Toxicological Profile for JP-5, JP-8 and Jet A Fuels*: U.S. Department of Health and Human Services, Agency for Toxic Substances and Disease Registry, March 2017.

ATSDR, 2018, *Minimal Risk Levels (MRLs) For Professionals*: U.S. Department of Health and Human Services, Agency for Toxic Substances and Disease Registry, June 21, 2018.

ATSDR, 2023, *Toxicological profile for JP-5, JP-8 and Jet A Fuels referenced for TPH (carbon ranges)*: Agency for Toxic Substances and Disease Registry (accessed May 2023), https://wwwn.cdc.gov/TSP/ToxFAQs/ToxFAQsLanding.aspx..

Bekins, B.B., Cozzarelli, I.M, Erickson, M.L., Steenson, R.A., and K.A. Thor, 2016, Crude Oil Metabolites in Groundwater at Two Spill Sites: *Groundwater*, Volume 54, No. 5, pp 681–691.

Bobra, M.B., 1992, Solubility Behavior of Petroleum Oils in Water: *Consultchem*; prepared for Environment Canada, Environmental Protection Directorate, EE-130, May 1992.

Brewer, R., Nagashima, J., Kelley, M. and M. Rigby, 2013, Risk-Based Evaluation of Total Petroleum Hydrocarbons in Vapor Intrusion Studies: *International Journal of Environmental Research and Public Health*, Volume 10, pp 2441-2467. http://www.mdpi.com/1660-4601/10/6/2441/; Revised Table 9 (July 2014): http://www.mdpi.com/1660-4601/11/7/7182/pdf

Confidential

Case 1:22-cv-00397-LEK-KJM   Document 392-2   Filed 04/08/24   Page 84 of 204
PageID.31953
Hawai´i Department of Health                    JBPHH JP-5 Exposure Assessment

CAEPA, 2009, *Evaluating Human Health Risks from Total Petroleum Hydrocarbons*: California Department of Toxic Substances Control, Human and Ecological Risk Division: Sacramento, CA, USA.

CAEPA, 2019, *Environmental Screening Levels*: California Environmental Protection Agency, San Francisco Bay Regional Water Quality Control Board, January 2019.

CAEPA, 2023, *Consolidated Table of Chronic Reference Exposure Levels*: California Environmental Protection Agency, Office of Environmental Health Hazard Assessment, Air Resources Board, May 2023.

Chin, J.Y. and S. Batterman, 2012, VOC composition of current motor vehicle fuels and vapors, and collinearity analyses for receptor modeling: *Chemosphere* 86 (2012) 951–958.

Edwards, D.A., Andriot, M.D., Amoruso, M.A., Tummey, A.C., Bevan, C.J., Tveit, A., Hayes, L.A., Youngren, S.H. and D.V. Nakles, 1997, *Development of Fraction Specific Reference Doses (RfDs) and Reference Concentrations (RfCs) for Total Petroleum Hydrocarbons*: Total Petroleum Hydrocarbon Working Group Series; Association for Environmental Health and Sciences: Amherst, MA, USA, Volume 4. ISBN 1-884-940-13-7.

Flake, M., Johnson, D.W., and R. Adams, 2014, Determination of Corrosion Inhibitor–Lubricity Improver in Jet Fuels by Liquid Chromatography– Electrospray Ionization Mass Spectrometry: *LCGC Supplements*, Special Issues-07-01-2014, Volume 12, Issue 3, Pages: 26–32.

Gustafson, J.B., Tell, J.G. and D. Orem, 1997. *Selection of Representative TPH Fractions Based on Fate and Transport Considerations*: Total Petroleum Hydrocarbon Working Group Series; Association for Environmental Health and Sciences: Amherst, MA, USA, Volume 3.ISBN 1-884-940-12-9.

Harley, R.A., and Coulter-Burke, S.C., 2000, Relating Liquid Fuel and Headspace Vapor Composition for California Reformulated Gasoline Samples Containing Ethanol: *Environmental Science and Technology*, Volume 34, pp. 4088-4094. https://doi.org/10.1021/es0009875

Health Canada, 2018, *Draft Screening Assessment Fatty Acids and Derivatives Group*: Health Canada, Environment and Climate Change Canada, August 2018.

HIDOH, 2012, *Field Investigation of the Chemistry and Toxicity of TPH in Petroleum Vapors*: Hawai´i Department of Health, August 2012 (updated December 2012).

HIDOH, 2017, *Evaluation of Environmental Hazards at Sites with Contaminated Soil and Groundwater – Hawaii Edition (Fall 2017)*: Hawai'i Department of Health, Office of Hazard Evaluation and Emergency Response.

HIDOH, 2018, *Collection and Use of Total Petroleum Hydrocarbon Data for the Risk-Based Evaluation of Petroleum Releases - Example Case Studies*: Hawaii Department of Health, Hazard Evaluation and Emergency Response Office. October 2018.

Confidential                                    US_RHFTCA_00440850
                                                PX-1236_0031

Case 1:22-cv-00397-LEK-KJM     Document 392-2     Filed 04/08/24     Page 85 of 204
                                PageID.31954
Hawai´i Department of Health                              JBPHH JP-5 Exposure Assessment

HIDOH, 2021, *Hawai´i Department of Health Advises Navy Water System Consumers Not to Drink, Consume Tap Water*: Hawaii Department of Health, Advisory 21-165, November 29, 2021.

HIDOH, 2022, *Recommended Risk-Based Drinking Water Action Levels for Total Petroleum Hydrocarbons (TPH) Associated with Releases of JP-5 Jet Fuel*: Hawai´i Department of Health, Technical Memorandum from Roger Brewer to Kathleen Ho, April 20, 2022.

ILEPA, 2023, *Tiered Approach to Corrective Action Objectives (TACO), Toxicity Values for Tier 2 and Tier 3 Calculations*: Illinois Environmental Protection Agency, https://epa.illinois.gov/topics/cleanup-programs/taco.html (accessed May 2023).

ITRC, 2018, *TPH Risk Evaluation at Petroleum Contaminated Sites*: Interstate Technology & Regulatory Council. Washington D.C.

MADEP, 2002, *Characterizing Risks Posed by Contaminated Sites: Implementation of the MADEP VPH/EPH Approach*: Massachusetts Department of Environmental Protection, Bureau of Waste Site Cleanup, October 31, 2002.

MADEP, 2003, *Updated Petroleum Hydrocarbon Fraction Toxicity Values for the VPH/EPH/EPH Methodology*: Massachusetts Department of Environmental Protection, Bureau of Waste Site Cleanup, November 2003.

Newfields, 2022, *Supplemental Analytical Data in Support of HDOH Fuel Study*: NewFields Environmental Forensics, October 28, 2022.

Newfields, 2023a, *Supplemental Analytical Data in Support of HIDOH WAF Study (Neat JP-5 Fuel and Water Samples*: Newfields, June 2023.

Newfields, 2023b, *Supplemental Analytical Data in Support of HIDOH WAF Study (Neat JP-5 Fuel and Water Samples (JP-5 DiEGME)*: Newfields, June 2023.

NIH, 2023, PubChem Compound Summary - Diethylene Glycol Monoethyl Ether: National Institutes of Health, accessed May 21, 2023. https://pubchem.ncbi.nlm.nih.gov/

NJDOH, 2010, *Hazardous Substance Fact Sheet – Fuel Oils (light)*: New Jersey Department of Health, December 2010.

Sunshine Makers, 202a, *Safety Data Sheet - Simple Green® All-Purpose Cleaner*: Sunshine Makers, Inc., Regulatory Department, Version No. 13406-21A, June 15, 2021.

Sunshine Makers, 202b, *Safety Data Sheet - Extreme Simple Green® Aircraft & Precision Cleaner*: Sunshine Makers, Inc., Regulatory Department, Version No. 13000-21A, February 1, 2021.

ThermoFisher Scientific, 2021, *2-(2-Methoxyethoxy)ethanol Safety Data Sheet*: ThermoFisher Scientific, December 24, 2021.

Troeschel, A.N., Gerhardstein, B., Poniatowski, A., Felton, D., Smith, A., Surasi, K., Cavanaugh, A.M., Miko, S., Bolduc, M. and V. Parasram, 2022, *Self-Reported Health Symptoms Following*

Confidential                                              US_RHFTCA_00440851
                                                          PX-1236_0032

*Petroleum Contamination of a Drinking Water System — Oahu, Hawaii, November 2021–February 2022*: U.S. Department of Human Health Services, Morbidity and Mortality Weekly Report, May 27, 2022, Vol. 71, No. 21, pp 718-719.

UNEP, 2023, *International Chemical Safety Cards*: United Nations Environment Program, International Labour Office and World Health Organization, International Programme on Chemical Safety (accessed May 2023). https://www.ilo.org/dyn/icsc/showcard.listCards3

USDN, 2022, *Command Investigation into the 6 May 2021 and 20 November 2021 Incidents at Red Hill Bulk Fuel Storage Facility*: United States Department of the Navy, memorandum from Vice Chief of Naval Operations to File, June 13, 2022, Ser N09/22U100552.

USDOD, 1998, *Detail Specification, Turbine Fuel, Aviation, Grades JP-4, JP-5, and JP-5/JP-8 ST*: United States Department of Defense, MIL-DTL-5624T, September 18, 1998.

USDOD, 1999, *Detail Specification – Inhibitor, Icing, Fuel System, High Flash*: Department of Defense, MIL-DTL-85470B, June 15, 1999.

USDOD, 2004, *Detail Specification, Turbine Fuel, Aviation, Grades JP-4 and JP-5*: United States Department of Defense, MIL-DTL-5624U, January 5, 2004.

USDOD, 2011, *Performance Specification – Lubricity Improver, Fuel Soluble*: United States Department of Defense, MIL-PRF-25017H, March 25, 2011.

USDOD, 2016, *Detail Specification – Turbine Fuel, Aviation, Grades JP-4, JP-5, MIL-DTL-5624W*: United States Department of Defense, March 28, 2016.

USEPA, 2009a, *Provisional Peer-Reviewed Toxicity Values for Complex Mixtures of Aliphatic and Aromatic Hydrocarbons*: U.S. Environmental Protection Agency, Center for Public Health and Environmental Assessment Office of Research and Development, Cincinnati, Ohio, USA, September 2009.

USEPA, 2009b, *National Primary Drinking Water Regulations*: U.S. Environmental Protection Agency, EPA/816/F-09/004, May 2009.

USEPA, 2016, *Chemicals of Potential Concern (COPCs) Recommendations Fuel Additives, Red Hill Bulk Fuel Storage Fuel Facility*: U.S. Environmental Protection Agency, unpublished notes from meeting with US Navy and HDOH, May 10, 2016.

USEPA, 2022, *Provisional Peer-Reviewed Toxicity Values for Complex Mixtures of Aliphatic and Aromatic Hydrocarbons*: U.S. Environmental Protection Agency, Center for Public Health and Environmental Assessment Office of Research and Development, Cincinnati, Ohio, USA. EPA/690/R-22/003F, September 2022.

USEPA, 2023a, *Comptox Chemicals Dashboard - Diethylene Glycol Monomethyl Ether*: U.S. Environmental Protection Agency, Version 2.2.1, May 2023, accessed May 21, 2023. https://comptox.epa.gov/dashboard/chemical/details/DTXSID90180628

USEPA, 2023b, *Regional Screening Levels*: U.S. Environmental Protection Agency, May 2023.

Confidential                                                US_RHFTCA_00440852
PX-1236_0033

USEPA, 2023c, *Provisional Peer-Reviewed Toxicity Values*: U.S. Environmental Protection Agency, (accessed May 2023). https://www.epa.gov/pprtv/provisional-peer-reviewed-toxicity-values-pprtvs-assessments

USEPA, 2023d, *Integrated Risk Information System*: U.S. Environmental Protection Agency, (accessed May 2023). https://www.epa.gov/iris

USGS, 2016, *Potential Corrosivity of Untreated Groundwater in the United States*: U.S. Geological Survey, National Water Quality Program, Scientific Investigations Report 2016–5092.

WADOE. 2006. *Cleanup Levels and Risk Calculations Focus Sheets*: Reference Doses for Petroleum Mixtures; Washington Department of Ecology: Lacey, WA, USA

Weather Underground, 2023, *Honolulu, HI Weather History, Daniel K. Inouye International Airport Station*: Weather Underground, accessed May 21, 2023. https://www.wunderground.com/history/daily/us/hi/honolulu/

Confidential                          US_RHFTCA_00440853
                                      PX-1236_0034

**Figure 1. Conceptual Site Model of exposure of JBPHH residents to JP-5 jet fuel.**



Confidential                                                US_RHFTCA_00440854
                                                            PX-1236_0035

Figure 2. Primary contaminants of concern for specific exposure pathways.

| Exposure Pathway | Dissolved-Phase Contaminants Only | | | Dissolved-Phase Contaminants Plus Sheen +/-DiEGME Emulsion | | |
|---|---|---|---|---|---|---|
| | Aliphatics | Aromatics | DiEGME | Aliphatics | Aromatics | DiEGME |
| Ingestion | | X | X | X | X | X |
| Dermal Absorption | | X | X | X | X | X |
| Inhalation | | X | | X | | |

31

June 2023

Confidential

US_RHFTCA_00440855
PX-1236_0036

Table 1. Relative BTEXNM and Carbon Range makeup of neat-, dissolved- and vapor-phase JP-5 jet fuel.

| Utility | Chemical Group | Chemical/ Carbon Range | [1]Relative Makeup of Neat-Phase JP-5 Jet Fuel | [2]Relative Makeup of Dissolved-Phase JP-5 Jet Fuel | [3]Relative Makeup of Vapor Phase JP-5 Jet Fuel |
|---|---|---|---|---|---|
| [1]Jet Fuel Hydrocarbons | Individually Targeted Hydrocarbons | Benzene | 0.004% | 0.28% | 0.03% |
| | | Toluene | 0.025% | 3.1% | 0.26% |
| | | Ethylbenzene | 0.049% | 1.6% | 0.18% |
| | | Xylenes | 0.25% | 12% | 0.91% |
| | | Naphthalene | 0.35% | 12% | 0.05% |
| | | 1-Methylnaphthalene | 0.49% | 6.3% | 0.03% |
| | | 2-Methylnaphthalene | 0.69% | 4.6% | 0.02% |
| | Carbon Range Groupings | C5-C8 Aliphatics | 0.42% | 0.10% | 19% |
| | | >C8-C18 Aliphatics | 79% | 0.0% | 77% |
| | | >C18-C32 Aliphatics | 0.0% | 0.0% | 0.0% |
| | | >C8 Aromatics | 19% | 60% | 3.1% |
| Additives | [4]Fuel System Icing Inhibitor (FSII) | Diethylene glycol monomethyl ether (DiEGME) | 0.08% to 0.11% (800 mg/L to 1,100 mg/L) | - | - |
| | [5]Antioxidants | 2,6-Di-tert-butyl-4-methylphenol | 0.0024% (24 mg/L) | - | - |
| | [5]Corrosion Inhibitor/ Lubricity Improver | Linoleic acid dimers | 0.0054% (54 mg/L) | - | - |

Confidential    US_RHFTCA_00440856
PX-1236_0037

**Table 1 (cont.). Relative BTEXNM and Carbon Range makeup of neat-, dissolved- and vapor-phase JP-5 jet fuel.**

1. Relative makeup of neat JP-5 fuel based on testing of samples collected from the Navy Red Hill fuel storage facility (Newfields 2023a).

2. Relative makeup of dissolved-phase, JP-5 hydrocarbons based on average of Days 5, 10, 15 and 20 in water-fuel experiment (Newfields 2023a).

3. Relative hydrocarbon makeup of vapors collected directly above JP-5 fuel in the water-fuel experiments (Newfields 2023a).

4. Upper limit of required DiEGME in JP-5 jet fuel (USDOD 1999).

5. Relative concentration of antioxidants and Corrosion Inhibitor/Lubricity Improver additives based on review of Department of Defense military fuel specification requirements and related documents (USDOD 1999, 2011, 2016; Flake et al. 2014). 2,4-dimethyl-6-tert-butylphenol and mixed methyl and dimethyl tert-butylphenols also used in some antioxidant formulations.

Confidential
US_RHFTCA_00440857
PX-1236_0038

**Table 2. Estimated Reasonable Maximum Exposure (RME) concentrations of contaminated water drawn into the JBPHH drinking water system.**

| | Compound | RME Concentration | | |
| --- | --- | --- | --- | --- |
| | | [1]Dissolved-Phase Contaminants Only (µg/L) | [2]Dissolved Contaminants +JP-5 Sheen (µg/L) | [3]Dissolved Contaminants +JP-5 Sheen +FSII Emulsion (µg/L) |
| | **Total BTEXNM:** | 2,116 | 4,291 | 4,291 |
| | **Total Carbon Ranges:** | 3,088 | 150,913 | 150,913 |
| JP-5 Fuel | Benzene | 13 | 16 | 16 |
| | Toluene | 154 | 182 | 182 |
| | Ethylbenzene | 81 | 123 | 123 |
| | Xylenes | 630 | 943 | 943 |
| | Naphthalene | 649 | 1,083 | 1,083 |
| | 1-Methylnaphthalene | 339 | 1,155 | 1,155 |
| | 2-Methylnaphthalene | 250 | 789 | 789 |
| | C5-C8 Aliphatics | 6.6 | 250 | 250 |
| | >C8-C18 Aliphatics | 0 | 120,962 | 120,962 |
| | >C18-C32 Aliphatics | 0 | 0 | 0 |
| | >C8 Aromatics | 3,082 | 29,702 | 29,702 |
| Total Hydrocarbons (ug/L): | | 5,204 | 155,204 | 155,204 |
| JP-5 Additives | Diethylene Glycol Monomethyl Ether | 50 | 215 | 400,000 |
| | 2,6-Di-Tert-Butyl-4-Methylphenol | 1.2 | 25 | 25 |
| | Linoleic acid dimers | 0.005 | 54 | 54 |

1. Measured dissolved-phase concentration of hydrocarbons and DiEGME in water-fuel experiments using JP-5 fuel collected from the Navy's Red Hill fuel storage facility. Concentration of other additives estimated based on percent composition in fuel and effective solubility.
2. Estimated concentrations based on assumed 0.015% JP-5 free product in tapwater plus noted dissolved-phase concentrations. DiEGME only present in original concentration in fuel.
3. Includes dissolved-phase contaminants plus sheens and an assumed 0.1% concentration of 40% DiEGME emulsion. Other additives assumed to remain dissolved in water and/or in product sheen.

Confidential                                    US_RHFTCA_00440858
                                                PX-1236_0039

Hawai'i Department of Health    JBPHH JP-5 Exposure Assessment

**Table 3. Toxicity factors for individually targeted contaminants and carbon ranges.**

| Chemical/ Carbon Range | | [1,3]Chronic RfD$_{oral/dermal}$ (mg/kg-day) | RfC$_{inh}$ ($\mu$g/m$^3$) | [2,3]Subchronic RfD$_{oral/dermal}$ (mg/kg-day) | RfC$_{inh}$ ($\mu$g/m$^3$) | [1]CSF$_{oral}$ (mg/kg-d)$^{-1}$ | [1]IUR ($\mu$g/m$^3$)$^{-1}$ | [4]Example Health Effects |
|---|---|---|---|---|---|---|---|---|
| Benzene | | 0.004 (M) | 30 (M) | 0.01 (M) | 80 (M) | 0.055 | 7.8 x 10$^{-6}$ | CARC, ALM, CARD, DEV, EYE, HEM, IMM, NERV, RESP, SKN |
| Toluene | | 0.08 (L) | 5,000 (H) | 0.8 (M) | 5,000 (H) | - | - | ALM, CARD, DEV, EYE, IMM, HEP, KID, NERV, REP, RESP, SKN |
| Ethylbenzene | | 0.05 (L/M) | 1,000 | 0.05 (M) | 9,000 (M) | 0.011 | 2.5 x 10$^{-6}$ | CARC, ALM, DEV, END, EYE, HEM, KID, NERV, RESP, SKN |
| Xylenes (total) | | 0.2 (L/M) | 100 | 0.4 (L/M) | 400 (M) | - | - | ALM, CARD, DEV, EYE, KID, NERV, REP, RESP, SKN |
| Naphthalene | | 0.02 (L) | 3 (L) | 0.6 (H) | 3 (L) | 0.12 | 1.1 x 10$^{-4}$ | CARC, ALM, EYE, HEM, IMM, NERV, RESP, SKN |
| 1-Methylnaphthalene | | 0.07 (L) | 280 (L) | 0.07 (L) | 280 (L) | 0.029 | - | CARC, ALM, EYE, HEM, IMM, KID, NERV, RESP, SKN |
| 2-Methylnaphthalene | | 0.004 (L/M) | 16 (L) | 0.004 (L) | 16 (L) | - | - | ALM, DEV, EYE, HEM, IMM, NERC, REP, RESP, SKN |
| [4]Volatile Carbon Ranges | C5-C8 Aliphatics | 0.005 (L) | 400 (M) | 0.05 (M) | 2,000 (M) | - | - | ALM, EYE, HEM, KIDN, NERV, RESP, SKN |
| | C9-C12 Aliphatics | 0.01 (L) | 100 (M) | 0.1 (L) | 100 (M) | - | - | ALM, EYE, HEM, KIDN, NERV, RESP, SKN |
| | C9-C10 Aromatics | 0.01 (M) | 60 (M) | 0.04 (M) | 200 (M) | - | - | NERV |
| | C9-C18 Aliphatics | 0.01 (L) | 100 (M) | 0.1 (L) | - | - | - | ALM, EYE, HEM, KIDN, NERV, RESP, SKN |
| Nonvolatile Carbon Ranges | C19-C36 Aliphatics | 3.0 (M) | - | 30 (M) | - | - | - | ALM, EYE, HEM, KIDN, NERV, RESP, SKN |
| | C11-C32 Aromatics | 0.01 (M) | - | 0.04 (M) | - | - | - | NERV |
| [5]Additives | | | | | | | | |
| Diethylene Glycol Monomethyl Ether | | 0.04 | - | 0.04 | - | - | - | ALM, EYE, DEV, KID, NERV, REP, SKN |
| 2,6-Di-Tert-Butyl-4-Methylphenol | | 0.3 | - | - | - | 0.0036 | - | ALM, DEV, END, KID, REP, RESP |

35    June 2023

Confidential

US_RHFTCA_00440859
PX-1236_0040

Case 1:22-cv-00397-LEK-KJM    Document 392-2    Filed 04/08/24    Page 94 of 204
PageID.31963
Hawai´i Department of Health                                          JBPHH JP-5 Exposure Assessment

## Table 3 (cont.). Toxicity factors for individually targeted contaminants and carbon ranges.

1. Chronic Reference Doses (RfDs), Reference Concentrations (RfCs), Cancer Slope Factors (CSFs) and Inhalation Unit Risk (IUR) factors for BTEXNM and additives from USEPA (2023b). Carbon range RfDs and RfCs from USEPA (2022). Chronic RfD for 1-methylnaphthalene from ATSDR (2005b).

2. Subchronic toxicity factors from USEPA PPRTV documents for individual compounds (USEPA 2023b) and for carbon ranges (USEPA 2022). Chronic and subchronic RfC for 1- & 2-methylnaphthalene extrapolated from the RfD. Acute Minimum Risk Level substituted as subchronic RfD for naphthalene (ATSDR 2005b).

3. Confidence in subchronic RfD and RfC toxicity factor noted in parenthesis (USEPA 2022, 2023c): L = Low, M = Medium, H = High, NA = Not Available (chronic toxicity factors substituted). Confidence in carbon ranges noted as (L) specifically stated in USEPA (2022) PPRTV document. Confidence in carbon ranges noted as (M) not specifically stated but assumed to be medium.

4. USEPA toxicity factors for carbon ranges updated in 2022 noted (USEPA 2022). The applicability and adequacy of the toxicity factors to the release of JP-5 should be reviewed as part of a Health Assessment conducted for the JP-5 release.

5. For example only. Sum of acute, subchronic and chronic exposure health effects. Refer to Attachment 6 for detailed listing of health effects and related references. CARC: Carcinogen, ALM: Alimentary, CARD: Cardiovascular, DEV: Developmental, END: Endocrine, EYE, HEM: Hematologic, IMM: Immune, HEP: Hepatic,  NERV: Central Nervous System, : REP: Reproductive, RESP: Respiratory, SKN: Skin.

Confidential                                                          US_RHFTCA_00440860
                                                                     PX-1236_0041

Case 1:22-cv-00397-LEK-KJM   Document 392-2   Filed 04/08/24   Page 95 of 204
PageID.31964
Hawai´i Department of Health                        JBPHH JP-5 Exposure Assessment

**Table 4. [1]Estimated carbon range-weighted TPH chronic and subchronic toxicity factors for tapwater exposure scenarios based on fuel-water study.**

| [3]Exposure Pathway | [2,3]JP-5 TPH Chronic/Subchronic Toxicity Factor | |
| --- | --- | --- |
| | Dissolved-Phase | [4]Dissolved-Phase Plus Sheen |
| Ingestion (RfD) | 0.010/0.040 mg/kg-day | 0.010/0.079 mg/kg-day |
| Dermal (RfD) | 0.010/0.040 mg/kg-day | 0.010/0.079 mg/kg-day |
| [5]Inhalation (RfC) | 60/200 µg/m³ | 115/126 µg/m³ |

1. Based on measured carbon range makeup of neat- and dissolved-phase JP-5 jet fuel from the Navy's Red Hill fuel storage facility (Newfields 2023a).

2. Oral and dermal Reference Doses (RfDs) and inhalation Reference Concentration (RfC) weighted with respect to measured carbon range makeup of neat (sheens) and dissolved-phase JP-5 fuel (excludes BTEXNM).

3. Ingestion and dermal pathway chronic TPH toxicity factors for dissolved-phase-only versus sheen scenarios are identical due to identical toxicity factors used for >C8 aromatics (dominate dissolved phase) and >C8-C18 aliphatics (dominate sheen phase). Subchronic TPH factors are different for the dissolved-only scenario due to differences in subchronic toxicity factors for >C8-C18 aliphatics vs >C8 aromatics.

4. Dermal exposure pathway only considers aromatic compounds for dissolved-phase only contamination. Aliphatic compounds assumed emitted to indoor air during water use included under inhalation exposure pathway.

5. Inhalation pathway considers only aromatics in dissolved-phase scenario based on carbon range of water samples in water-fuel study. Inhalation toxicity factors for sheen based on measured carbon range makeup of vapors emitted from JP-5 fuel (dominated by >C8-C18 aliphatics).

-

Confidential                                    US_RHFTCA_00440861
PX-1236_0042

**Table 5. Risk-based screening levels for JP-5 jet fuel-related contaminants in tapwater and ambient air.**

| Compound | | Tapwater | | Residential Ambient Air | |
|---|---|---|---|---|---|
| | | [1]Chronic Exposure ($\mu$g/L) | [2]Subchronic Exposure ($\mu$g/L) | [1]Chronic Exposure ($\mu$g/m$^3$) | [2]Subchronic Exposure ($\mu$g/m$^3$) |
| Benzene | | 59 | 150 | 31 | 83 |
| Toluene | | 1,200 | 12,000 | 1,000 | 1,000 |
| Ethylbenzene | | 620 | 650 | 1,000 | 9,400 |
| Xylenes | | 820 | 2,500 | 100 | 420 |
| Naphthalene | | 6.1 | 36 | 3.1 | 0.63 |
| 1-Methylnaphthalene | | 530 | 530 | 58 | 58 |
| 2-Methylnaphthalene | | 30 | 30 | 3.3 | 3.3 |
| [3]TPH JP-5 | [4]Dissolved Only | 266 | - | - | - |
| | [5,6]Dissolved Only | 91 | 350 | 63 | 210 |
| | [5,6]Dissolved +Sheen | 97 | 520 | 120 | 130 |
| DiEGME | | 800 | 800 | (not volatile) | (not volatile) |
| 2,6-Di-Tert-Butyl-4-Methylphenol | | 3.4 | (not available) | (not volatile) | (not volatile) |

1. Chronic Exposure: Potential noncancer health effects if average exposure exceeds the noted screening level for a period of one year or more. Tapwater cancer-based screening levels ($10^{-6}$ excess cancer risk): B = 0.46 $\mu$g/L E = 1.5 $\mu$g/L N = 0.12 $\mu$g/L. Ambient air cancer-based screening levels ($10^{-6}$ excess cancer risk): B = 0.36 $\mu$g/m$^3$ E = 1.1 $\mu$g/m$^3$, N = 0.08 $\mu$g/m$^3$.

2. Subchronic Exposure: Potential noncancer health effects if average exposure exceeds the noted screening level for a period of more than two weeks to one year. Subchronic toxicity factors not available for methylnaphthalenes. Chronic screening levels substituted.

3. Separate tapwater screening level for TPH associated with dissolved-phase only JP-5 vs dissolved-phase plus a sheen noted. Levels differ for exposure to dissolved-phase TPH versus exposure to tapwater with a sheen due to different carbon range makeup different phases (refer to Table 1). Vapors emitted from dissolved JP-5 assumed to be dominated by >C8 aromatics. Vapors emitted from sheen assumed to be dominated by slightly less toxic >C8-C18 aliphatics.

4. HIDOH April 2022 JP-5 TPH tapwater screening level noted – based on 2009 USEPA toxicity factors for aliphatic an aromatic carbon ranges (HIDOH 2022).

5. TPH screening levels based on 2022 USEPA update of carbon range toxicity factors. (USEPA 2022; see Table 3). Confidence in the updated toxicity factors and applicability to the release of JP-5 into the JBPHH drinking water system should be reviewed as part of a Health Assessment.

6. Calculated tapwater screening levels fall below normal laboratory Method Reporting Limit (MRL) for >C8-C24 fuel compounds of approximately 200 $\mu$g/L ("Mid-Range Organics (MRO)" (aka "Diesel Range Organics"). Sample data below this concentration are typically qualified with a "J" flag. In these cases, the laboratory is both unable to verify that the detected compound is associated with petroleum and that the estimated concentration of the compound is accurate.

Confidential                                                US_RHFTCA_00440862
PX-1236_0043

**Table 6. Summary of assessment of exposure of JBPHH residents to contaminants in tapwater immediately following the November 20, 2021, release of JP-5 jet fuel into the base drinking water system.**

| Exposure Pathway | Compound | [1]Tapwater Subchronic Screening (µg/L) | [2]Reasonable Maximum Exposure Concentration | | | [3]Predicted Subchronic Health Risk |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Dissolved-Phase Contaminants Only (µg/L) | Dissolved Contaminants +JP-5 Sheen (µg/L) | Dissolved Contaminants +JP-5 Sheen +FSII Emulsion (µg/L) | |
| Tapwater Ingestion | Benzene | 150 | 168 | 174 | 174 | Minimal Health Risk |
| | Toluene | 1,200 | 267 | 304 | 304 | Insignificant Health Risk |
| | Ethylbenzene | 650 | 145 | 219 | 219 | Insignificant Health Risk |
| | Xylenes | 2,500 | 775 | 1,149 | 1,149 | Insignificant Health Risk |
| | Naphthalene | 36 | 156 | 680 | 680 | Potential Min to Mod Health Risk |
| | 1-Methylnaphthalene | 530 | 162 | 883 | 883 | Minimal Health Risk |
| | 2-Methylnaphthalene | 30 | 221 | 1,256 | 1,256 | Potential Min to Mod Health Risk |
| | [4]TPH (JP-5) | 350 (270) | 6,101 | 156,101 | 156,101 | Potential High to Very High Health Risk |
| | DiEGME | 800 | 1,695,833 | 1,696,933 | 4,000,000 | Potential High to Very High Health Risk |

1. Refer to Table 5.

2. Refer to Table 2.

3. Insignificant Risk = < Screening Level; Minimal Risk = ≤10X Screening Level; Moderate Risk = 10X to ≤100X Screening Level; High Risk = 100X to ≤1,000X Screening Level; Very High Risk = >1,000X Screening Level.

4. Risk posed by dissolved-phase TPH driven by >C8 aromatics; risk posed by TPH in sheen on water driven by >C8-C18 aliphatics, with a less contribution from >C8 aromatics.

Confidential

US_RHFTCA_00440863
PX-1236_0044

## 10.0 ATTACHMENTS

Attachment 1. Photographs

Attachment 2. Navy Facility Flushing Checklist Field Logs

Attachment 3. Red Hill Shaft Faucet Chromatograms

Attachment 4. Water-Fuel Experiment Laboratory Reports

Attachment 5: Calculation of Reasonable Maximum Exposure Levels

Attachment 6. COPC Health Effects

Attachment 7. Calculation of Weighted TPH Toxicity Factors

Attachment 8. Tapwater Screening Level Model

Confidential                                      US_RHFTCA_00440864
                                                   PX-1236_0045

## Attachment 1. Images of Contaminated Tapwater

Confidential



Figure 1. Sheens and gel-like emulsions and foams in tapwater from residences following release of JP-5 jet fuel into JBPHH drinking water system (Hawaii News Now 2021a). A) Fuel sheen on tapwater from JBPHH resident home (Hawaii News Now 2021a,b); B) Foamy residue on tapwater from JBPHH resident home (Hawaii News Now 2021b) C) Emulsion-like material on tapwater from JBPHH resident (HNN 2021c); D) Approximately one-millimeter thick layer of gel-like emulsion on sample of fuel-contaminated;  tapwater collected by JBPHH resident (used with permission from resident); E) Flammable vapors from fuel-contaminated tapwater at a JBPHH residence (Vice News 2022); F) Foamy residue from garden hose of JBPHH resident home (used with permission from resident).

Confidential                                     US_RHFTCA_00440866
                                                 PX-1236_0047

Figure 1 (cont.)

References:

HNN, 2021a, *Navy water system users should avoid consuming water after 'fuel-like' odor reported*: Hawaii News Now, Published November 29, 2021.
https://www.hawaiinewsnow.com/2021/11/29/navy-investigating-reports-chemical-smell-water-homes-joint-base-pearl-harbor-hickam-area

HNN, 2021b, *A military family invited us in to see (and smell) their water firsthand. Here's what we saw*: Hawaii News Now, Published November 30, 2021.
https://www.hawaiinewsnow.com/2021/12/01/military-families-show-oily-smelly-sheen-water-hnn-sends-samples-independent-lab/

HNN, 2021c, *Hawaii News Now, HNN sent water from the Navy's lines to a private lab. Here's what they found*: Hawaii News Now, Published December 2, 2021.
https://www.hawaiinewsnow.com/2021/12/03/hnn-sent-navys-tainted-water-private-lab-testing-heres-what-they-found/

Vice Media, 2022, *How Military Jet Fuel Leaked Into Hawaii's Drinking Water*: Vice News, April 27, 2022, https://www.youtube.com/watch?v=AuDsana5wvQ

Confidential                              US_RHFTCA_00440867
                                          PX-1236_0048

**Attachment 2. Navy Facility Flushing Checklist Field Logs**

Confidential                          US_RHFTCA_00440868
                                              PX-1236_0049

# FACILITY FLUSHING CHECKLIST

**ZONE:** Flushing Zone A1

**NEIGHBORHOOD:**

**ADDRESS:** 1608 Aloha Avenue (A1-ALOH1608)

## FLUSHING CHECKILIST COMPLETION STATUS

☑ STEP 1: FOLLOW STANDARD SITE SAFETY AND COVID-19 PROTOCOL

☑ STEP 2: PREPARE FACILITY FOR FLUSHING

☑ STEP 3: PERFORM SERVICE LINE FLUSH AND COLD WATER PLUMBING FLUSH

☑ STEP 4: WATER HEATERS AND EXPANSION TANKS

☑ STEP 5: PERFORM HOT WATER SYSTEM FLUSH

☑ STEP 6: FLUSH ALL SPIGOTS

☑ STEP 7: ADDRESS MAJOR APPLIANCES AND WATER CONSUMING EQUIPMENT

☑ STEP 8: CLEAN UP

☑ STEP 9: RECORD WATER USE OR FLUSHING TIME, OBSERVATIONS AND NOTES

☑ FUEL ODOR PRESENT DURING OR AFTER FLUSHING?

Notes: JP4 in toilets before flushing.

☐ Residents are COVID-19 Risk

☐ UNABLE TO GAIN SAFE ACCESS TO THIS ADDRESS

    ☐ Unsecure Pet

    ☐ Unsupervised Child

    ☐ Tenant denied entry

    ☐ Locked Door (no key available)

    ☐ Maintenance Issues

    ☐ Other: reason can't access address

**General Notes:**

General notes test 1.

### Confirmation of Flushing of Facility

Flusher

**Name of Facility Flusher**

Org

**Organization**

Digitally signed/certified by Facility Flusher

1/8/2022 3:15:12 PM

**Date**

US_RHFTCA_00440869
PX-1236_0050

# FACILITY FLUSHING CHECKLIST

**ZONE:** Flushing Zone B1

**NEIGHBORHOOD:**

**ADDRESS:** Building 1,RECREATION FACILITY-RICHARDS (B1-BLDG0001)

## FLUSHING CHECKILIST COMPLETION STATUS

☑ STEP 1: FOLLOW STANDARD SITE SAFETY AND COVID-19 PROTOCOL

☑ STEP 2: PREPARE FACILITY FOR FLUSHING

☑ STEP 3: PERFORM SERVICE LINE FLUSH AND COLD WATER PLUMBING FLUSH

☑ STEP 4: WATER HEATERS AND EXPANSION TANKS

☑ STEP 5: PERFORM HOT WATER SYSTEM FLUSH

☑ STEP 6: FLUSH ALL SPIGOTS

☑ STEP 7: ADDRESS MAJOR APPLIANCES AND WATER CONSUMING EQUIPMENT

☑ STEP 8: CLEAN UP

☑ STEP 9: RECORD WATER USE OR FLUSHING TIME, OBSERVATIONS AND NOTES

☑ FUEL ODOR PRESENT DURING OR AFTER FLUSHING?

Notes:

☐ Residents are COVID-19 Risk

☐ UNABLE TO GAIN SAFE ACCESS TO THIS ADDRESS

   ☐ Unsecure Pet

   ☐ Unsupervised Child

   ☐ Tenant denied entry

   ☐ Locked Door (no key available)

   ☐ Maintenance Issues

   ☐ Other: substation no water

**General Notes:**

### Confirmation of Flushing of Facility

jules

**Name of Facility Flusher**

mwr

**Organization**

Digitally signed/certified by Facility Flusher

1/28/2022 4:42:39 PM

**Date**

Confidential

# FACILITY FLUSHING CHECKLIST

**ZONE:** Flushing Zone D2

**NEIGHBORHOOD:**

**ADDRESS:** Building 1055H,SHOP-ACFT GEN PURP HGR 34&35 (D2-BLDG1055H)

## FLUSHING CHECKLIST COMPLETION STATUS

☑ STEP 1: FOLLOW STANDARD SITE SAFETY AND COVID-19 PROTOCOL

☑ STEP 2: PREPARE FACILITY FOR FLUSHING

☑ STEP 3: PERFORM SERVICE LINE FLUSH AND COLD WATER PLUMBING FLUSH

☑ STEP 4: WATER HEATERS AND EXPANSION TANKS

☑ STEP 5: PERFORM HOT WATER SYSTEM FLUSH

☑ STEP 6: FLUSH ALL SPIGOTS

☑ STEP 7: ADDRESS MAJOR APPLIANCES AND WATER CONSUMING EQUIPMENT

☑ STEP 8: CLEAN UP

☑ STEP 9: RECORD WATER USE OR FLUSHING TIME, OBSERVATIONS AND NOTES

☑ FUEL ODOR PRESENT DURING OR AFTER FLUSHING?

Notes:

☐ Residents are COVID-19 Risk

☐ UNABLE TO GAIN SAFE ACCESS TO THIS ADDRESS

    ☐ Unsecure Pet

    ☐ Unsupervised Child

    ☐ Tenant denied entry

    ☐ Locked Door (no key available)

    ☐ Maintenance Issues

    ☐ Other:

**General Notes:**

### Confirmation of Flushing of Facility

TSgt BETANCOURT, A

**Name of Facility Flusher**

15  MXG

**Organization**

Digitally signed/certified by Facility Flusher

1/26/2022 2:32:38 PM

**Date**

US_RHFTCA_00440871
PX-1236_0052

# FACILITY FLUSHING CHECKLIST

**ZONE:** Flushing Zone C2

**NEIGHBORHOOD:**

**ADDRESS:** Building 1746,REGION LEGAL SERVICE OFFICE (C2-BLDG1746)

## FLUSHING CHECKLIST COMPLETION STATUS

☑ STEP 1: FOLLOW STANDARD SITE SAFETY AND COVID-19 PROTOCOL

☑ STEP 2: PREPARE FACILITY FOR FLUSHING

☑ STEP 3: PERFORM SERVICE LINE FLUSH AND COLD WATER PLUMBING FLUSH

☑ STEP 4: WATER HEATERS AND EXPANSION TANKS

☑ STEP 5: PERFORM HOT WATER SYSTEM FLUSH

☑ STEP 6: FLUSH ALL SPIGOTS

☑ STEP 7: ADDRESS MAJOR APPLIANCES AND WATER CONSUMING EQUIPMENT

☑ STEP 8: CLEAN UP

☑ STEP 9: RECORD WATER USE OR FLUSHING TIME, OBSERVATIONS AND NOTES

☑ FUEL ODOR PRESENT DURING OR AFTER FLUSHING?

Notes:

☐ Residents are COVID-19 Risk

☐ UNABLE TO GAIN SAFE ACCESS TO THIS ADDRESS

    ☐ Unsecure Pet

    ☐ Unsupervised Child

    ☐ Tenant denied entry

    ☐ Locked Door (no key available)

    ☐ Maintenance Issues

    ☐ Other:

**General Notes:**

### Confirmation of Flushing of Facility

LTJG CAIN ALEXIA

**Name of Facility Flusher**

RLSONW DET HI

**Organization**

Digitally signed/certified by Facility Flusher

1/25/2022 1:12:33 PM

**Date**

Confidential

# FACILITY FLUSHING CHECKLIST

| | |
|---|---|
| **ZONE:** | Flushing Zone D3 |
| **NEIGHBORHOOD:** | |
| **ADDRESS:** | Building 1856H, DORM AIRMAN PERMANENT PARTY (D3-BLDG1856H) |

## FLUSHING CHECKILIST COMPLETION STATUS

☑ STEP 1: FOLLOW STANDARD SITE SAFETY AND COVID-19 PROTOCOL

☑ STEP 2: PREPARE FACILITY FOR FLUSHING

☑ STEP 3: PERFORM SERVICE LINE FLUSH AND COLD WATER PLUMBING FLUSH

☑ STEP 4: WATER HEATERS AND EXPANSION TANKS

☑ STEP 5: PERFORM HOT WATER SYSTEM FLUSH

☑ STEP 6: FLUSH ALL SPIGOTS

☑ STEP 7: ADDRESS MAJOR APPLIANCES AND WATER CONSUMING EQUIPMENT

☑ STEP 8: CLEAN UP

☑ STEP 9: RECORD WATER USE OR FLUSHING TIME, OBSERVATIONS AND NOTES

☑ FUEL ODOR PRESENT DURING OR AFTER FLUSHING?

Notes:

☐ Residents are COVID-19 Risk

☐ UNABLE TO GAIN SAFE ACCESS TO THIS ADDRESS

    ☐ Unsecure Pet

    ☐ Unsupervised Child

    ☐ Tenant denied entry

    ☐ Locked Door (no key available)

    ☐ Maintenance Issues

    ☐ Other:

**General Notes:**

### Confirmation of Flushing of Facility

msgt dueltgen

**Name of Facility Flusher**

jbphh

**Organization**

Digitally signed/certified by Facility Flusher

1/27/2022 2:55:02 PM

**Date**

Confidential

US_RHFTCA_00440873
PX-1236_0054

# FACILITY FLUSHING CHECKLIST

**ZONE:** Flushing Zone D1

**NEIGHBORHOOD:**

**ADDRESS:** Building 3455, JBPHH PASS & ID OFFICE (D1-BLDG3455)

## FLUSHING CHECKILIST COMPLETION STATUS

☑ STEP 1: FOLLOW STANDARD SITE SAFETY AND COVID-19 PROTOCOL

☑ STEP 2: PREPARE FACILITY FOR FLUSHING

☑ STEP 3: PERFORM SERVICE LINE FLUSH AND COLD WATER PLUMBING FLUSH

☑ STEP 4: WATER HEATERS AND EXPANSION TANKS

☑ STEP 5: PERFORM HOT WATER SYSTEM FLUSH

☑ STEP 6: FLUSH ALL SPIGOTS

☑ STEP 7: ADDRESS MAJOR APPLIANCES AND WATER CONSUMING EQUIPMENT

☑ STEP 8: CLEAN UP

☑ STEP 9: RECORD WATER USE OR FLUSHING TIME, OBSERVATIONS AND NOTES

☑ FUEL ODOR PRESENT DURING OR AFTER FLUSHING?

Notes: NOTICED FUEL SHEEN ON THE DRINKING FOUTIAN DURRING FLUSHING (15 SECONDS)

☐ Residents are COVID-19 Risk

☐ UNABLE TO GAIN SAFE ACCESS TO THIS ADDRESS

    ☐ Unsecure Pet

    ☐ Unsupervised Child

    ☐ Tenant denied entry

    ☐ Locked Door (no key available)

    ☐ Maintenance Issues

    ☐ Other:

**General Notes:**

### Confirmation of Flushing of Facility

TRAVIS SONNEBORN

**Name of Facility Flusher**

JBPHH SECURITY

**Organization**

Digitally signed/certified by Facility Flusher

1/22/2022 2:19:06 PM

**Date**

Confidential

# FACILITY FLUSHING CHECKLIST

**ZONE:** Flushing Zone D4

**NEIGHBORHOOD:**

**ADDRESS:** Building 3566H, SECURITY POLICE KENNEL K9 (D4-BLDG3566H)

## FLUSHING CHECKLIST COMPLETION STATUS

☑ STEP 1: FOLLOW STANDARD SITE SAFETY AND COVID-19 PROTOCOL

☑ STEP 2: PREPARE FACILITY FOR FLUSHING

☑ STEP 3: PERFORM SERVICE LINE FLUSH AND COLD WATER PLUMBING FLUSH

☑ STEP 4: WATER HEATERS AND EXPANSION TANKS

☑ STEP 5: PERFORM HOT WATER SYSTEM FLUSH

☑ STEP 6: FLUSH ALL SPIGOTS

☑ STEP 7: ADDRESS MAJOR APPLIANCES AND WATER CONSUMING EQUIPMENT

☑ STEP 8: CLEAN UP

☑ STEP 9: RECORD WATER USE OR FLUSHING TIME, OBSERVATIONS AND NOTES

☑ FUEL ODOR PRESENT DURING OR AFTER FLUSHING?

Notes:

☐ Residents are COVID-19 Risk

☐ UNABLE TO GAIN SAFE ACCESS TO THIS ADDRESS

    ☐ Unsecure Pet

    ☐ Unsupervised Child

    ☐ Tenant denied entry

    ☐ Locked Door (no key available)

    ☐ Maintenance Issues

    ☐ Other:

**General Notes:**

facility with no water to flush

### Confirmation of Flushing of Facility

Austin Kelly

**Name of Facility Flusher**

NAVFAC

**Organization**

Digitally signed/certified by Facility Flusher

1/31/2022 2:46:08 PM

**Date**

Confidential

# FACILITY FLUSHING CHECKLIST

**ZONE:** Flushing Zone F2

**NEIGHBORHOOD:**

**ADDRESS:** Building G-2944-AND,DETACHED GARAGE (2944-AND) (F2-BLDGG-2944-A)

## FLUSHING CHECKLIST COMPLETION STATUS

☑ STEP 1: FOLLOW STANDARD SITE SAFETY AND COVID-19 PROTOCOL

☑ STEP 2: PREPARE FACILITY FOR FLUSHING

☑ STEP 3: PERFORM SERVICE LINE FLUSH AND COLD WATER PLUMBING FLUSH

☑ STEP 4: WATER HEATERS AND EXPANSION TANKS

☑ STEP 5: PERFORM HOT WATER SYSTEM FLUSH

☑ STEP 6: FLUSH ALL SPIGOTS

☑ STEP 7: ADDRESS MAJOR APPLIANCES AND WATER CONSUMING EQUIPMENT

☑ STEP 8: CLEAN UP

☑ STEP 9: RECORD WATER USE OR FLUSHING TIME, OBSERVATIONS AND NOTES

☑ FUEL ODOR PRESENT DURING OR AFTER FLUSHING?

Notes:

☐ Residents are COVID-19 Risk

☐ UNABLE TO GAIN SAFE ACCESS TO THIS ADDRESS

    ☐ Unsecure Pet

    ☐ Unsupervised Child

    ☐ Tenant denied entry

    ☐ Locked Door (no key available)

    ☐ Maintenance Issues

    ☐ Other:

**General Notes:**

## Confirmation of Flushing of Facility

SEABEE

**Name of Facility Flusher**

NAVFAC

**Organization**

Digitally signed/certified by Facility Flusher

2/3/2022 1:59:20 PM

**Date**

Confidential

# FACILITY FLUSHING CHECKLIST

**ZONE:** Flushing Zone F2

**NEIGHBORHOOD:**

**ADDRESS:** Building G-3062-AND,DETACHED GARAGE (3062-AND) (F2-BLDGG-3062-A)

## FLUSHING CHECKLIST COMPLETION STATUS

☑ STEP 1: FOLLOW STANDARD SITE SAFETY AND COVID-19 PROTOCOL

☑ STEP 2: PREPARE FACILITY FOR FLUSHING

☑ STEP 3: PERFORM SERVICE LINE FLUSH AND COLD WATER PLUMBING FLUSH

☑ STEP 4: WATER HEATERS AND EXPANSION TANKS

☑ STEP 5: PERFORM HOT WATER SYSTEM FLUSH

☑ STEP 6: FLUSH ALL SPIGOTS

☑ STEP 7: ADDRESS MAJOR APPLIANCES AND WATER CONSUMING EQUIPMENT

☑ STEP 8: CLEAN UP

☑ STEP 9: RECORD WATER USE OR FLUSHING TIME, OBSERVATIONS AND NOTES

☑ FUEL ODOR PRESENT DURING OR AFTER FLUSHING?

Notes:

☐ Residents are COVID-19 Risk

☐ UNABLE TO GAIN SAFE ACCESS TO THIS ADDRESS

    ☐ Unsecure Pet

    ☐ Unsupervised Child

    ☐ Tenant denied entry

    ☐ Locked Door (no key available)

    ☐ Maintenance Issues

    ☐ Other:

**General Notes:**

### Confirmation of Flushing of Facility

SEABEE

**Name of Facility Flusher**

NAVFAC

**Organization**

Digitally signed/certified by Facility Flusher

2/3/2022 2:07:53 PM

**Date**

Confidential

## Attachment 3. Red Hill Shaft Faucet Chromatograms

Confidential                              US_RHFTCA_00440878
                                          PX-1236_0059

Case 1:22-cv-00397-LEK-KJM   Document 392-2   Filed 04/08/24   Page 113 of 204
PageID.31982
Hawai´i Department of Health                                                    JBPHH JP-5 Exposure Assessment





Figure 1. Chromatograms documenting the appearance in July of 2021 of unknown, high retention time and boiling point "High-Range Organic (HRO)" compounds (circled in red; aka "Residual Range Organics") in groundwater immediately beneath the Red Hill Fuel Storage Facility (Monitoring Well RHWM02, Sample ERH1539; APPL 2022a ) and several thousand feet downgradient in water samples collected from the intake point into the Joint Base Pearl Harbor Hickam (JBPHH) drinking water system adjacent to the Red Hill Shaft water supply well (sampling point RHSF, Sample ERH1590; APPL 2022b). Groundwater in the vicinity of the monitoring well has been known to be contaminated with middle distillate fuels from past releases for many years, noted in the figure as "Mid-Range Organics (MRO)" (aka "Diesel Range Organics"). The specific types and concentrations of the HRO compounds were not determined by the Navy. Based on discussions with laboratory chemists, the compounds do not appear to be directly related to hydrocarbons associated with fresh jet fuel. The HRO range compounds were no longer detectable in water samples from either location by November 2021. Absence of the compounds in field blanks collected at the same time and tested by the laboratory confirm the presence of the compounds in the groundwater.

APPL, 2022a, Data Validatable Report : APPL Labs, March 31, 2022.
APPL, 2022b, Data Validatable Report : APPL Labs, August 12, 2022

46                                                                              June 2023

Confidential                                                        US_RHFTCA_00440879
PX-1236_0060

**APPL Laboratory Reports (provided in separate pdf files)**

Confidential                            US_RHFTCA_00440880
                                        PX-1236_0061

Confidential                      US_RHFTCA_00440881
                                  PX-1236_0062

Case 1:22-cv-00397-LEK-KJM   Document 392-2   Filed 04/08/24   Page 116 of 204
PageID.31985
Hawai´i Department of Health                JBPHH JP-5 Exposure Assessment

## Attachment 4. Water-Fuel Experiment Laboratory Data

Confidential                                    US_RHFTCA_00440882
PX-1236_0063




**Figure 1. Photographs of water-fuel experiments: A) Experiment setup using one-liter funnel flasks (L-R: Day 0, Day 5, Day 10, Day 15, Day 20); B) Closeup of 10 ml layer of JP-5 fuel placed on top of one liter of water.**

Confidential                                                        US_RHFTCA_00440883
PX-1236_0064





Figure 1 (cont.). Photographs of water-fuel experiments: C) Collection of headspace vapor samples; D) Formation of apparent "apple jelly" emulsion of water and DiEGME on water.

Confidential

**Table 1. Summary of water-fuel laboratory experiment JP-5 neat fuel sample data.**

| Analytes | Units | Unadjusted | [1]Adjusted |
|---|---|---|---|
| Benzene | mg/kg | 23 | 23 |
| Toluene | mg/kg | 187 | 187 |
| Ethylbenzene | mg/kg | 279 | 279 |
| Xylenes | mg/kg | 2,089 | 2,089 |
| Naphthalene | mg/kg | 2,890 | 2,890 |
| 1-Methylnaphthalene | mg/kg | 5,440 | 5,440 |
| 2-Methylnaphthalene | mg/kg | 3,590 | 3,590 |
| C5-C8 Aliphatics | mg/kg | 1,237 | 1,621 |
| >C8-C18 Aliphatics | mg/kg | 615,190 | 806,414 |
| >C18-C32 Aliphatics | mg/kg | | |
| >C8 Aromatics | mg/kg | 135,385 | 177,467 |
| DiEGME | mg/kg | 500-550 | 500-550 |
| | Total: | 766,309 | 1,000,000 |
| | Total BTEXNM: | 14,498 | 14,498 |
| | Total Carbon Ranges: | 751,811 | 985,502 |

1. Carbon range data adjusted at recommendation of Newfields to generate a total concentration of compounds in the JP-5 fuel of 1,000,000 mg/kg (100%).

Confidential                              US_RHFTCA_00440885
PX-1236_0066

Case 1:22-cv-00397-LEK-KJM   Document 392-2   Filed 04/08/24   Page 120 of 204
PageID.31989
Hawai'i Department of Health                                                  JBPHH JP-5 Exposure Assessment

**Table 2. Summary of water-fuel laboratory experiment data for dissolved-phase JP-5 in water.**

| Analyte | Day 0 (µg/L) | Day 0 (SG) (µg/L) | Day 5 (µg/L) | Day 5 (SG) (µg/L) | Day 10 (µg/L) | Day 10 (SG) (µg/L) | Day 15 (µg/L) | Day 15 (SG) (µg/L) | Day 20 (µg/L) | Day 20 (SG) (µg/L) | SG% Increase |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Benzene | 2.4 | 2.4 | 13 | 12 | 13 | 13 | 14 | 13 | 11 | 13 | 19% |
| Toluene | 19 | 20 | 158 | 159 | 162 | 166 | 154 | 162 | 143 | 160 | 12% |
| Ethylbenzene | 7.8 | 8.9 | 84 | 87 | 82 | 87 | 79 | 85 | 78 | 85 | 8% |
| Xylenes | 60 | 68 | 628 | 641 | 635 | 678 | 624 | 681 | 633 | 675 | 7% |
| Naphthalene | 61 | 65 | 612 | 602 | 616 | 660 | 706 | 725 | 662 | 693 | 5% |
| 1-Methylnaphthalene | 29 | 31 | 318 | 308 | 322 | 343 | 371 | 381 | 345 | 360 | 4% |
| 2-Methylnaphthalene | 21 | 22 | 233 | 228 | 236 | 254 | 275 | 286 | 257 | 269 | 5% |
| C5-C8 Aliphatics | 0.0 | 0.0 | 7.8 | 7.9 | 6.9 | 6.7 | 6.2 | 5.8 | 5.4 | 5.9 | 9% |
| >C8-C18 Aliphatics | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| >C18-C32 Aliphatics | - | - | - | - | - | - | - | - | - | - | |
| >C8 Aromatics | 400 | 357 | 2,682 | 2,655 | 3,323 | 2,748 | 2,855 | 3,417 | 3,466 | 3,417 | -1% |
| DiEGME | 49 | 45 | 49 | 53 | 52 | 59 | 53 | 47 | - | 53 | |
| 1-butoxy-2-propanol | 0.0 | 35 | 0.0 | 39 | 0.0 | 36 | 0.0 | 39 | - | 41 | |
| **Total:** | **648** | **619** | **4,784** | **4,753** | **5,448** | **5,015** | **5,138** | **5,803** | **5,600** | **5,730** | **2%** |
| **Total BTEXNM:** | **199** | **217** | **2,046** | **2,038** | **2,067** | **2,201** | **2,223** | **2,334** | **2,129** | **2,255** | **6%** |
| **Total Carbon Ranges:** | **400** | **357** | **2,690** | **2,663** | **3,330** | **2,755** | **2,862** | **3,422** | **3,471** | **3,423** | **-1%** |

1. SG: Simple Green solution added to experiment.

Confidential

US_RHFTCA_00440886
PX-1236_0067

Table 3. [1]Summary of water-fuel laboratory experiment vapor data.

| Analytes | Units | Neat Fuel | Experiment Day (replicate samples) | | | |
|---|---|---|---|---|---|---|
| | | | Day 0 | Day 0 | Day 20 | Day 20 |
| Benzene | µg/m³ | 3,180 | 403 | 326 | 1,610 | 2,190 |
| Toluene | µg/m³ | 30,600 | 8,710 | 6,520 | 22,600 | 29,700 |
| Ethylbenzene | µg/m³ | 21,300 | 11,400 | 8,080 | 16,700 | 21,200 |
| Xylenes | µg/m³ | 108,300 | 66,500 | 47,600 | 91,600 | 115,700 |
| Naphthalene | µg/m³ | 6,080 | 3,700 | 3,170 | 3,850 | 5,560 |
| 1-Methylnaphthalene | µg/m³ | 3,649 | 2,124 | 2,172 | 0 | 0 |
| 2-Methylnaphthalene | µg/m³ | 2,743 | 1,927 | 1,995 | 0 | 0 |
| C5-C8 Aliphatics | µg/m³ | 2,211,128 | 1,177,402 | 944,202 | 1,887,957 | 2,194,998 |
| C9-C12+ Aliphatics | µg/m³ | 9,165,198 | 6,601,820 | 4,571,074 | 6,679,692 | 8,041,379 |
| C9-C12+ Aromatics | µg/m³ | 373,769 | 282,125 | 195,255 | 347,868 | 456,854 |
| | Total: | 11,925,947 | 8,156,110 | 5,780,394 | 9,051,877 | 10,867,580 |
| Total BTEXNM: | | 175,852 | 94,763 | 69,864 | 136,360 | 174,350 |
| Total Carbon Ranges: | | 11,750,095 | 8,061,347 | 5,710,531 | 8,915,517 | 10,693,230 |

1. Vapor sample collected from HIDOH water-fuel experiments (Newfields 2022a).

Confidential    US_RHFTCA_00440887
PX-1236_0068

Case 1:22-cv-00397-LEK-KJM  Document 392-2  Filed 04/08/24  Page 122 of 204
PageID.31991
Hawai´i Department of Health                                    JBPHH JP-5 Exposure Assessment

Table 4. [1]Relative carbon range makeup of vapors emitted from JP-5 fuel.

| Analytes | Neat Fuel | Experiment Day (replicate samples) | | | | | | Average Day 0 & 20 % Makeup |
|---|---|---|---|---|---|---|---|---|
| | | Day 0 #1 % Makeup | Day 0 #2 % Makeup | Day 0 Ave % Makeup | Day 0 #1 % Makeup | Day 0 #2 % Makeup | Day 20 Ave % Makeup | |
| Benzene | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Toluene | 0.3% | 0.1% | 0.1% | 0.1% | 0.2% | 0.3% | 0.3% | 0.2% |
| Ethylbenzene | 0.2% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% | 0.2% |
| Xylenes | 0.9% | 0.8% | 0.8% | 0.8% | 1.0% | 1.1% | 1.0% | 0.9% |
| Naphthalene | 0.1% | 0.0% | 0.1% | 0.1% | 0.0% | 0.1% | 0.0% | 0.0% |
| 1-Methylnaphthalene | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 2-Methylnaphthalene | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| C5-C8 Aliphatics | 18.5% | 14% | 16% | 15% | 21% | 20% | 21% | 18% |
| C9-C12+ Aliphatics | 76.9% | 81% | 79% | 80% | 74% | 74% | 74% | 77% |
| C9-C12+ Aromatics | 3.1% | 3.5% | 3.4% | 3.4% | 3.8% | 4.2% | 4.0% | 3.7% |
| **Total BTEXNM:** | **1.5%** | **1.2%** | **1.2%** | **1.2%** | **1.5%** | **1.6%** | **1.6%** | **1.4%** |
| **Total Carbon Ranges:** | **98.5%** | **98.8%** | **98.8%** | **98.8%** | **98.5%** | **98.4%** | **98.4%** | **98.6%** |

1. Vapor sample collected from HIDOH water-fuel experiments (Newfields 2022a).

Confidential

**Alpha-Newfields Laboratory Reports (provided in separate pdf files)**

Confidential                                US_RHFTCA_00440889
PX-1236_0070

Confidential

US_RHFTCA_00440890
PX-1236_0071

## Attachment 5: Calculation of Reasonable Maximum Exposure Levels

- **Water-Fuel Experiment Based Summary Tables**
- **Model-Based Summary Tables**

Confidential

Case 1:22-cv-00397-LEK-KJM    Document 392-2    Filed 04/08/24    Page 126 of 204
                              PageID.31995
Hawai´i Department of Health                    JBPHH JP-5 Exposure Assessment

## Laboratory Water-Fuel Experiments

Confidential                                    US_RHFTCA_00440892
                                                PX-1236_0073

**Table A. Water–Fuel Experiment measured relative makeup of neat- and dissolve-phase JP-5 fuel.**

| Chemical/ Carbon Range | [1]Relative Weight Percent Makeup of Neat Fuel | [2]Makeup of Dissolved-Phase Hydrocarbons (mg/L) | [2]Relative Makeup of Dissolved-Phase Hydrocarbons |
|---|---|---|---|
| **Total BTEXMN:** | 1.4% | 2.1 | 41% |
| **Total Carbon Ranges:** | 98.6% | 3.1 | 59% |
| **Benzene** | 0.00% | 0.01 | 0.2% |
| **Toluene** | 0.02% | 0.15 | 3.0% |
| **Ethylbenzene** | 0.03% | 0.08 | 1.6% |
| **Xylenes** | 0.21% | 0.63 | 12.2% |
| **Naphthalene** | 0.29% | 0.65 | 12.5% |
| **1-Methylnaphthalene** | 0.54% | 0.34 | 6.5% |
| **2-Methylnaphthalene** | 0.36% | 0.25 | 4.8% |
| **C5-C8 Aliphatics** | 0.16% | 0.01 | - |
| **>C8-C18 Aliphatics** | 81% | 0.00 | - |
| **>C18-C32 Aliphatics** | 0.00% | 0.00 | - |
| **>C8 Aromatics** | 18% | 3.1 | 59% |
| **Sum:** | 100% | 5.2 | 100% |

1. Data for sample of JP-5 collected from the Navy's Red Hill fuel storage facility (Newfields 2023).
2. Average of data for Days 5, 10, 15 and 20 of WAF study (Newfields 2023).

**Table B. Water–Fuel experiment measured relative makeup of dissolved-phase additives in water that is in contact with fresh JP-5 jet fuel.**

| Additive | Average Days 5-20 (µg/L) |
|---|---|
| **DiEGME** | 51 |
| **2,6-Di-tert-butyl-4-Methylphenol** | 38 |
| **Linoleic Acid** | - |

Confidential                                US_RHFTCA_00440893
                                           PX-1236_0074

Table C. [1]Water-Fuel experiment measured relative carbon range makeup of dissolved-phase fuel arranged for use in assessment of different exposure pathways.

| Chemical/ Carbon Range | [2]Relative Carbon Range Makeup of Dissolved-Phase Hydrocarbons (ingestion) | [3]Relative Carbon Range Makeup of Dissolved-Phase Hydrocarbons (aromatics dermal) | [3]Relative BTEXNM Makeup of Dissolved-Phase Hydrocarbons | [4]Relative Volatile Carbon Range Makeup of Dissolved-Phase Hydrocarbons | [5]Relative CR+BTEXN Makeup of Dissolved-Phase Hydrocarbons (ingestion) | [5]Relative CR+BTEXN Makeup of Dissolved-Phase Hydrocarbons (dermal) |
|---|---|---|---|---|---|---|
| Total BTEXN | | | | | 41% | |
| Total Aliphatic Carbon Ranges | | | | | 0.0% | |
| Total Aromatic Carbon Ranges | | | | | 59% | |
| Benzene | | | 0.60% | | 0.25% | 0.25% |
| Toluene | | | 7.3% | | 3.0% | 3.0% |
| Ethylbenzene | | | 3.8% | | 1.6% | 1.6% |
| Xylenes | | | 30% | | 12% | 12% |
| Naphthalene | | | 31% | | 13% | 13% |
| 1-Methylnaphthalene | | | 16% | | 6.5% | 6.5% |
| 2-Methylnaphthalene | | | 12% | | 4.8% | 4.8% |
| C5-C6 Aliphatics | 0.00% | | | | 0.0% | |
| >C6-C8 Aliphatics | 0.00% | | | | 0.0% | |
| >C8-C10 Aliphatics | 0.00% | | | | 0.0% | |
| >C10-C12 Aliphatics | 0.00% | | | | 0.0% | |
| >C12-C16 Aliphatics | 0.00% | | | | 0.0% | |
| >C16-C21 Aliphatics | 0.00% | | | | 0.0% | |
| >C21-C32 Aliphatics | 0.00% | | | | 0.0% | |
| >C8-C10 Aromatics | 24% | 24% | | 34% | 14% | 14% |
| >C10-C12 Aromatics | 46% | 46% | | 66% | 27% | 27% |
| >C12-C16 Aromatics | 30% | 30% | | | 18% | 18% |
| >C16-C21 Aromatics | 0.00% | | | | 0.0% | 0.0% |
| >C21-C32 Aromatics | 0.00% | | | | 0.0% | 0.0% |
| Sum: | 100% | 100% | 100% | 100% | 100% | 100% |

Confidential                                                    US_RHFTCA_00440894
PX-1236_0075

**Table C (cont.). Water-Fuel experiment measured relative carbon range makeup of dissolved-phase fuel arranged for use in assessment of different exposure pathways.**

1. Measured makeup of dissolved-phase hydrocarbons in contact with fresh JP-5 jet fuel (water-fuel experiments; see Table 1).
2. Based on consideration only of carbon range components.
3. Based on consideration of BTEXNM component only.
4. Relative makeup of dissolved-phase volatile, VPH-equivalent carbon range components (C5-C8 aliphatics, >C8-C12 aliphatics, >C8-C12 aromatics).
5. Based on consideration of combined carbon range plus BTEXNM components.

Confidential

US_RHFTCA_00440895
PX-1236_0076

Hawai'i Department of Health                                                                    JBPHH JP-5 Exposure Assessment

Table D. Water-Fuel experiment measured relative carbon range makeup of dissolved-phase fuel arranged for use in assessment of different exposure pathways (arranged to reflect toxicity-based groupings of carbon ranges).

| Chemical/ Carbon Range | [2]Relative Carbon Range Makeup of JP-5 Neat Fuel | [3]Relative Carbon Range Makeup of JP-5 Neat Fuel Hydrocarbons | [3]Relative Carbon Range Makeup of Dissolved-Phase Hydrocarbons (Total) | [4]Relative Carbon Range Makeup of Dissolved-Phase Hydrocarbons (Dermal Consideration) | [5]Relative BTEXMN Makeup of Dissolved-Phase Hydrocarbons | [6]Relative Volatile Carbon Range Makeup of Dissolved-Phase Hydrocarbons | [7]Relative CR+BTEXMN Makeup of Dissolved-Phase Hydrocarbons (Ingestion) |
|---|---|---|---|---|---|---|---|
| **Total BTEXMN:** | 1.4% | | | | | | 41% |
| **Total Carbon Ranges:** | 98.6% | | | | | | 59% |
| Benzene | 0.00% | | | | 0.60% | | 0.25% |
| Toluene | 0.02% | | | | 7.3% | | 3.0% |
| Ethylbenzene | 0.03% | | | | 3.8% | | 1.6% |
| Xylenes | 0.21% | | | | 30% | | 12% |
| Naphthalene | 0.29% | | | | 31% | | 13% |
| 1-Methylnaphthalene | 0.54% | | | | 16% | | 6.5% |
| 2-Methylnaphthalene | 0.36% | | | | 12% | | 4.8% |
| **C5-C8 Aliphatics** | 0.16% | 0.16% | 0% | - | | 0.00% | 0.0% |
| **>C8-C18 Aliphatics** | 81% | 82% | 0% | - | | 0% | 0.00% |
| **>C18-C32 Aliphatics** | 0.00% | 0.00% | 0% | - | | 0.0% | 0.0% |
| **>C8 Aromatics** | 18% | 18% | 100% | 100% | | 100% | 59% |
| **Sum:** | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

1. Measured makeup of dissolved-phase hydrocarbons in contact with fresh JP-5 jet fuel (water-fuel experiments; see Table 1).

2. Based on combined BTEXNM and carbon range data.

3. Based on consideration only of carbon range components.

4. Only dissolved-phase aromatic fraction for dermal update considers; aliphatics assumed emitted to indoor air.

5. Based on consideration of BTEXNM component only.

6. Relative makeup of dissolved-phase volatile, VPH-equivalent carbon range components (C5-C8 aliphatics, >C8-C12 aliphatics, >C8-C12 aromatics).

7. Based on consideration of combined carbon range plus BTEXNM components.

Confidential                                                    US_RHFTCA_00440896
PX-1236_0077

## Modeled Effective Solubilities

Confidential                                    US_RHFTCA_00440897
PX-1236_0078

Table A. Modeled relative makeup of neat- and dissolve-phase JP-5 fuel..

| Chemical/ Carbon Range | [1]Relative Weight Percent Makeup of Neat Fuel | [1]Predicted Makeup of Dissolved-Phase Hydrocarbons (mg/L) | [1]Predicted Relative Makeup of Dissolved-Phase Hydrocarbons |
|---|---|---|---|
| **Total BTEXMN:** | 1.4% | 1.5 | 27% |
| **Total Carbon Ranges:** | 99% | 3.9 | 73% |
| Benzene | 0.00% | 0.10 | 1.8% |
| Toluene | 0.02% | 0.20 | 3.7% |
| Ethylbenzene | 0.03% | 0.08 | 1.5% |
| Xylenes | 0.21% | 0.65 | 12% |
| Naphthalene | 0.29% | 0.13 | 2.4% |
| 1-Methylnaphthalene | 0.54% | 0.18 | 3.4% |
| 2-Methylnaphthalene | 0.36% | 0.12 | 2.13% |
| C5-C8 Aliphatics | 0.16% | 0.03 | 0.59% |
| >C8-C18 Aliphatics | 81% | 0.05 | 0.85% |
| >C18-C32 Aliphatics | 0.0% | 0.00 | 0.00% |
| >C8 Aromatics | 18% | 3.9 | 72% |
| Sum: | 100% | 5.4 | 100% |

Table B. Modeled effective solubilities and relative makeup of dissolved-phase additives in water that is in contact with fresh JP-5 jet fuel.

| Additive | [1]Molecular Weight | Pure Component Solubility (mg/L) | [1]JP-5 | [2]Effective Solubility (mg/L) |
|---|---|---|---|---|
| Diethylene Glycol Monomethyl Ether (DiEGME) | 120 | 1.0E+06 | 0.11% | 1,696 |
| 2,6-Di-tert-butyl-4-Methylphenol | 220 | 60 | 0.0024% | 0.0012 |
| Linoleic Acid | 280 | 1.39E-01 | 0.0054% | 5.0E-06 |

Confidential    US_RHFTCA_00440898
PX-1236_0079

**Table C. Modeled relative carbon range makeup of dissolved-phase fuel arranged for use in assessment of different exposure pathways.**

| Chemical/Carbon Range | [2]Relative Carbon Range Makeup of Dissolved-Phase Hydrocarbons (ingestion) | [2]Relative Carbon Range Makeup of Dissolved-Phase Hydrocarbons (dermal) | [3]Relative BTEXNM Makeup of Dissolved-Phase Hydrocarbons | [4]Relative Volatile Carbon Range Makeup of Dissolved-Phase Hydrocarbons | [5]Relative CR+BTEXN Makeup of Dissolved-Phase Hydrocarbons (ingestion) | [5]Relative CR+BTEXN Makeup of Dissolved-Phase Hydrocarbons (dermal) |
|---|---|---|---|---|---|---|
| **Total BTEXN** | | | | | 27% | |
| **Total Aliphatic Ranges** | | | | | 1.4% | |
| **Total Aromatic Ranges** | | | | | 72% | |
| Benzene | | | 7% | | 1.8% | 1.8% |
| Toluene | | | 14% | | 3.7% | 3.7% |
| Ethylbenzene | | | 6% | | 1.5% | 1.5% |
| Xylenes | | | 45% | | 12% | 12.2% |
| Naphthalene | | | 8.92% | | 2.4% | 2.4% |
| 1-Methylnaphthalene | | | 13% | | 3.4% | 3.4% |
| 2-Methylnaphthalene | | | 8% | | 2.1% | 2.2% |
| C5-C6 Aliphatics | 0.45% | | | 0.55% | 0.3% | |
| >C6-C8 Aliphatics | 0.36% | | | 0.44% | 0.26% | |
| >C8-C10 Aliphatics | 0.83% | | | 1.0% | 0.61% | |
| >C10-C12 Aliphatics | 0.32% | | | 0.40% | 0.24% | |
| >C12-C16 Aliphatics | 0.01% | | | | 0.01% | |
| >C16-C21 Aliphatics | 0.00% | | | | 0.00% | |
| >C21-C32 Aliphatics | 0.00% | | | | 0.00% | |
| >C8-C10 Aromatics | 26% | 26% | | 32% | 19% | 19% |
| >C10-C12 Aromatics | 53% | 54% | | 66% | 39% | 39% |
| >C12-C16 Aromatics | 19% | 20% | | | 14% | 14% |
| >C16-C21 Aromatics | 0.04% | 0.04% | | | 0.03% | 0.03% |
| >C21-C32 Aromatics | 0.00% | 0.00% | | | 0.00% | 0.00% |
| **Sum:** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** |

Confidential

US_RHFTCA_00440899
PX-1236_0080

**Table C (cont.). Modeled relative carbon range makeup of dissolved-phase fuel arranged for use in assessment of different exposure pathways.**

1. Theoretical makeup of dissolved-phase hydrocarbons assuming fresh spill in direct contact with LNAPL and individual components present in water at maximum effective solubility. Based on effective solubilities noted in Table 6 and assumed saturated solution in water.
2. Based on consideration only of carbon range components.
3. Based on consideration of BTEXNM component only.
4. Relative makeup of dissolved-phase volatile, VPH-equivalent carbon range components (C5-C8 aliphatics, >C8-C12 aliphatics, >C8-C12 aromatics).
5. Based on consideration of combined carbon range plus BTEXNM components.

Confidential

US_RHFTCA_00440900
PX-1236_0081

Case 1:22-cv-00397-LEK-KJM   Document 392-2   Filed 04/08/24   Page 135 of 204
PageID.32004
Hawai'i Department of Health    JBPHH JP-5 Exposure Assessment

Table D. [1]Modeled relative carbon range makeup of dissolved-phase fuel arranged for use in assessment of different exposure pathways (arranged to reflect toxicity-based groupings of carbon ranges).

| Chemical/ Carbon Range | [2]Relative Carbon Range Makeup of Neat Fuel | [3]Relative Carbon Range Makeup of Neat Fuel Hydrocarbons | [4]Relative Carbon Range Makeup of Dissolved-Phase Hydrocarbons (Total) | [4]Relative Carbon Range Makeup of Dissolved-Phase Hydrocarbons (Dermal Consideration) | [5]Relative BTEXMN Makeup of Dissolved-Phase Hydrocarbons | [6]Relative Volatile Carbon Range Makeup of Dissolved-Phase Hydrocarbons | [7]Relative CR+BTEXMN Makeup of Dissolved-Phase Hydrocarbons |
|---|---|---|---|---|---|---|---|
| **Total BTEXMN:** | 1% | | | | | | 27% |
| **Total Carbon Ranges:** | 99% | | | | | | 73% |
| Benzene | 0.00% | | | | 6.6% | | 1.8% |
| Toluene | 0.02% | | | | 13.6% | | 3.7% |
| Ethylbenzene | 0.03% | | | | 5.7% | | 1.5% |
| Xylenes | 0.21% | | | | 45% | | 12% |
| Naphthalene | 0.29% | | | | 8.9% | | 2.4% |
| 1-Methylnaphthalene | 0.54% | | | | 12.6% | | 3.4% |
| 2-Methylnaphthalene | 0.36% | | | | 7.9% | | 2.1% |
| C5-C8 Aliphatics | 0.16% | 0% | 1% | - | | 1% | 0.6% |
| >C8-C18 Aliphatics | 81% | 82% | 1.2% | - | | 1.4% | 0.85% |
| >C18-C32 Aliphatics | 0.00% | 0.00% | 0.0% | - | | 0.0% | 0.0% |
| >C8 Aromatics | 17.7% | 18% | 98% | 99% | | 98% | 72% |
| **Sum:** | 100% | 100% | 100% | 100% | 100.00% | 100% | 100% |

1. Theoretical makeup of dissolved-phase hydrocarbons assuming fresh spill in direct contact with LNAPL and individual components present in water at maximum effective solubility. Based on effective solubilities noted in Table 6 and assumed saturated solution in water.

2. Based on combined BTEXNM and carbon range data.

3. Based on consideration only of carbon range components.

4. Only dissolved-phase aromatic fraction for dermal update considers; aliphatics assumed emitted to indoor air.

5. Based on consideration of BTEXNM component only.

6. Relative makeup of dissolved-phase volatile, VPH-equivalent carbon range components (C5-C8 aliphatics, >C8-C12 aliphatics, >C8-C12 aromatics).

7. Based on consideration of combined carbon range plus BTEXNM components.

Confidential    US_RHFTCA_00440901
PX-1236_0082

Case 1:22-cv-00397-LEK-KJM  Document 392-2  Filed 04/08/24  Page 136 of 204
PageID.32005
Hawai´i Department of Health          JBPHH JP-5 Exposure Assessment

## Attachment 6. COPC Health Effects

Confidential                          US_RHFTCA_00440902
                                      PX-1236_0083

Case 1:22-cv-00397-LEK-KJM     Document 392-2     Filed 04/08/24     Page 137 of 204
PageID.32006
Hawai'i Department of Health                                                                 JBPHH JP-5 Exposure Assessment

## Table 2a. Example Target Organ and [a,d]Acute Health Effects.

| Chemical | [b]Carcinogen | [c]Mutagen | [d]Alimentary Tract | Cardiovascular | Developmental | Endocrine | Eye | Hematologic | Immune | Kidney | Nervous | Reproductive | Respiratory | Skin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hydrocarbons** | | | | | | | | | | | | | | |
| Benzene | | | 8 | 3 | | | 8 | | | | 8 | | 8 | 3,8 |
| Toluene | | | 8 | 3 | | | 3,8 | | | | 3,8 | | 3,8 | 3,8 |
| Ethylbenzene | | | 3,8 | | | | 3,8 | | | | 3,8 | | 3,8 | 3,8 |
| Xylenes | | | 3,8 | | | | 3,8 | | | | 3,8 | | 3,8 | 3,8 |
| 1-Methylnaphthalene | | | 8 | | | | 8 | | | | 8 | | 8 | 3,8 |
| 2-Methylnaphthalene | | | 8 | | | | 8 | | | | 8 | | 8 | 3,8 |
| Naphthalene | | | 3,8 | | | | 3,8 | | | | 3,8 | | 3,8 | 3,8 |
| Aliphatic Carbon Ranges | | | 3,7 | | | | 3,7 | | | | 3,7 | | 3,7 | 3,7 |
| Aromatic Carbon Ranges | | | | | | | | | | | 3,7 | | | |
| **Additives** | | | | | | | | | | | | | | |
| Diethylene Glycol Monomethyl Ether | | | 9 | | | | 8,9 | | | | 8,9 | 8 | | 8 |
| 2,6-Di-Tert-Butyl-4-Methylphenol | | | 8 | | | | | | | | | | 8 | |

Confidential

US_RHFTCA_00440903
PX-1236_0084

## Table 2b. Example Target Organ and [a]Subchronic Health Effects.

| [a]Chemical | [b]Carcinogen | [c]Mutagen | [d]Alimentary Tract | Cardiovascular | Developmental | Endocrine | Eye | Hematologic | Immune | Kidney | Nervous | Reproductive | Respiratory | Skin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hydrocarbons** | | | | | | | | | | | | | | |
| Benzene | | | | | | | | 6 | | | | | | |
| Toluene | | | | | | | | | | 6 | | | | |
| Ethylbenzene | | | 6 | | | | | | | | | | | |
| Xylenes | | | | | 6 | | | | | | | | | |
| 1-Methylnaphthalene | | | | | | | | | | | | | | |
| 2-Methylnaphthalene | | | | | | | | | | | | 6 | | |
| Naphthalene | | | | | | | | | | | | | | |
| Aliphatic Carbon Ranges | | | 7 | | | | | 7 | | 7 | | | 7 | |
| Aromatic Carbon Ranges | | | | | | | | | | | 7 | | | |
| **Additives** | | | | | | | | | | | | | | |
| Diethylene Glycol Monomethyl Ether | | | 9 | | | | 8,9 | | | | 8,9 | 8 | | 8 |
| 2,6-Di-Tert-Butyl-4-Methylphenol | | | 8 | | | | | | | | | | 8 | |

*Subchronic toxicity factors not available for 1-Methylnapthalene and Naphthalene.

Confidential

US_RHFTCA_00440904
PX-1236_0085

**Table 2c. Example Target Organ and [a]Chronic Health Effects.**

| Chemical | [b]Carcinogen | [c]Mutagen | [d]Alimentary Tract | Cardiovascular | Developmental | Endocrine | Eye | Hematologic | Immune | Kidney | Nervous | Reproductive | Respiratory | Skin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hydrocarbons** | | | | | | | | | | | | | | |
| Benzene | A | 2 | 2 | 4 | 1,3 | | | 1,2,3,8 | 1,2,3 | | 2 | 8 | | |
| Toluene | D | | 4,5,8 | | 2,3,8 | | 1,3 | | 3 | 4,5 | 1,2,5 | 2 | 1,5 | |
| Ethylbenzene | C | | 1,2,4,5,8 | | 1,3,5 | 1 | | 8 | | 1,2,3,5,8 | 2 | | | |
| Xylenes | D | | | 8 | 2 | | 1 | | | | 8 | 1,2,3,4,5,8 | 2 | 1,8 | |
| 1-Methylnaphthalene | C | | 8 | | | | 8 | 3,4,5,8 | 3 | 8 | | | 2 | |
| 2-Methylnaphthalene | D | | | | 4 | | | 3,5 | 3 | | | | 2 | |
| Naphthalene | C | | | | | | 2,8 | 2,3 | 3 | | 4 | | 1,5 | |
| Aliphatic Carbon Ranges | D | | 7 | | | | | 7 | | 7 | 7 | | 7 | |
| Aromatic Carbon Ranges | D | | | | | | | | | | 7 | | | |
| **Additives** | | | | | | | | | | | | | | |
| Diethylene Glycol Monomethyl Ether | D | | 8 | | 6,8 | | | | | 8 | 8 | 8 | | 8 |
| 2,6-Di-Tert-Butyl-4-Methylphenol | D | | 8 | | 6 | 8 | | | | 8 | | 8 | | 8 |

72

Confidential

US_RHFTCA_00440905
PX-1236_0086

Case 1:22-cv-00397-LEK-KJM   Document 392-2   Filed 04/08/24   Page 140 of 204
PageID.32009
Hawai´i Department of Health                                                                JBPHH JP-5 Exposure Assessment

## Table 2 Series Notes. Summary of Example Target Organ and Chronic Health Effects.

**Health Effects:**

a. Acute: Health effects within >1 day to 14 days (normally associated to exposure to high concentrations of chemical); Subchronic: health effects >14 days to 365 days; Chronic: Health affects after >365 days of exposure (ATSDR 2018).

b. Carcinogen type from USEPA 2023c (chronic exposure for individually targeted aromatic compounds only).

c. Chemicals classified as mutagenic (M) in USEPA 2023c (chronic exposure only).

d. Gastro-intestinal tract, liver, spleen, gall bladder, etc.

e. Acute health effects from exposure to hydrocarbons can include eye and skin irritation, dermatitis, defatting of skin, dizziness, headache, anesthesia, coughing, gagging, vomiting, griping, diarrhea, blood in the urine, depressed respiration, pulmonary edema, etc. Acute health affects posed by DiEGME include headache, dizziness, tiredness, nausea and vomiting and eye irritation.

ATSDR, 2018, Minimal Risk Levels (MRLs) – For Professionals: U.S. Department of Health and Human Services, Agency for Toxic Substances and Disease Registry, June 21, 2018.

**Health Effects References:**

1. CAEPA, 2023, Consolidated Table of Chronic Reference Exposure Levels: California Environmental Protection Agency, Office of Environmental Health Hazard Assessment, Air Resources Board, May 2023.

2. UNEP, 2023, International Chemical Safety Cards: United Nations Environment Program, International Labour Office and World Health Organization, International Programme on Chemical Safety (accessed May 2023). https://www.ilo.org/dyn/icsc/showcard.listCards3

3. ATSDR, 2023, *Toxicological Profiles*: Agency for Toxic Substances and Disease Registry (accessed May 2023), https://wwwn.cdc.gov/TSP/ToxFAQs/ToxFAQsLanding.aspx. Toxicological profile for JP-5, JP-8 and Jet A Fuels referenced for TPH (carbon ranges).

4. ILEPA, 2023, Tiered Approach to Corrective Action Objectives (TACO), Toxicity Values for Tier 2 and Tier 3 Calculations: Illinois Environmental Protection Agency, https://epa.illinois.gov/topics/cleanup-programs/taco.html (accessed May 2023). Critical effect noted.

5. USEPA, 2023a, Integrated Risk Information System: U.S. Environmental Protection Agency, (accessed May 2023). https://www.epa.gov/iris

6. USEPA. 2023b. Provisional Peer-Reviewed Toxicity Values: U.S. Environmental Protection Agency, Center for Public Health and Environmental Assessment Office of Research and Development, Cincinnati, Ohio, USA (accessed May 2023).

7. USEPA. 2022. *Provisional Peer-Reviewed Toxicity Values for Complex Mixtures of Aliphatic and Aromatic Hydrocarbons*: U.S. Environmental Protection Agency, Center for Public Health and Environmental Assessment Office of Research and Development, Cincinnati, Ohio, USA. EPA/690/R-22/003F, September 2022.

8. NIH, 2023, PubChem: National Library of Medicine, National Center for Biotechnology Information, accessed May 21, 2023. https://pubchem.ncbi.nlm.nih.gov/

9. ThermoFisher Scientific, 2021, 2-(2-Methoxyethoxy)ethanol Safety Data Sheet, December 24, 2021.

Confidential                                        US_RHFTCA_00440906
PX-1236_0087

Table 3a. Modeled effective solubilities and relative makeup of dissolved-phase hydrocarbons in water that is in contact with fresh JP-5 jet fuel.

| Chemical/ Carbon Range | [1]Molecular Weight | Pure Component Solubility (mg/L) | [2]Neat JP-5 (raw data) (mg/kg) | [2]Neat JP-5 (adjusted) (mg/kg) | Measure Makeup of Neat JP-5 | Effective Solubility (mg/L) | Predicted Relative Makeup of Dissolved-Phase Hydrocarbons |
|---|---|---|---|---|---|---|---|
| Benzene | 78 | 1,790 | 23 | 23 | 0.00% | 0.10 | 1.8% |
| Toluene | 92 | 526 | 187 | 187 | 0.02% | 0.20 | 3.7% |
| Ethylbenzene | 106 | 169 | 279 | 279 | 0.03% | 0.08 | 1.5% |
| Xylenes | 106 | 178 | 2089 | 2,089 | 0.21% | 0.65 | 12.0% |
| Naphthalene | 128 | 31 | 2890 | 2,890 | 0.29% | 0.13 | 2.4% |
| 1-Methylnaphthalene | 142 | 25.8 | 5440 | 5,440 | 0.54% | 0.18 | 3.4% |
| 2-Methylnaphthalene | 142 | 24.6 | 3590 | 3,590 | 0.36% | 0.12 | 2.1% |
| C5-C6 Aliphatics | 81 | 36 | 163 | 214 | 0.02% | 0.02 | 0.3% |
| >C6-C8 Aliphatics | 100 | 5.4 | 1,073 | 1,407 | 0.14% | 0.01 | 0.3% |
| >C8-C10 Aliphatics | 130 | 0.43 | 41,036 | 53,791 | 5.4% | 0.03 | 0.6% |
| >C10-C12 Aliphatics | 160 | 0.03 | 246,692 | 323,373 | 32% | 0.01 | 0.2% |
| >C12-C16 Aliphatics | 200 | 7.6E-04 | 322,432 | 422,656 | 42% | 3.0E-04 | 0.0% |
| >C16-C21 Aliphatics | 270 | 2.5E-06 | 5,030 | 6,593 | 0.66% | 1.1E-08 | 0.0% |
| >C21-C32 Aliphatics | 400 | 1.5E-11 | - | | | 0.00 | 0.0% |
| >C8-C10 Aromatics | 120 | 65 | 7,755 | 10,166 | 1.0% | 1.02 | 18.9% |
| >C10-C12 Aromatics | 130 | 25 | 44,846 | 58,785 | 5.9% | 2.1 | 38.7% |
| >C12-C16 Aromatics | 150 | 5.8 | 81,015 | 106,198 | 11% | 0.76 | 14.1% |
| >C16-C21 Aromatics | 190 | 0.65 | 1,769 | 2,318 | 0.23% | 1.5E-03 | 0.0% |
| >C21-C32 Aromatics | 240 | 6.6E-03 | - | | | 0.00 | 0.0% |
| Total BTEXNM + CRs: | | | 766,309 | 1,000,000 | 100% | 5.4 | 100% |
| Total BTEXNM: | | | 14,498 | 14,498 | 1.4% | 1.5 | 27% |
| Total Carbon Ranges: | | | 751,811 | 985,502 | 99% | 3.9 | 73% |

1. JP-5 composition based on analysis of JP-5 collected from Red Hill facility (Newfields 2023a). Carbon range data adjusted to generate a total BTEXNM+Carbon Range concentration of 1,000,000 mg/kg.
2. JP-5 average molecular weight assumed to be 185 (see main text).

Confidential

## Attachment 7. Calculation of Weighted TPH Toxicity Factors

Confidential                          US_RHFTCA_00440908
                                      PX-1236_0089

## Calculation of Carbon Range-Weighted TPH Toxicity Factors

*TPH Toxicity Factors*

The weighted toxicity of TPH is calculated as the harmonic mean weighted to the relative proportion of carbon range mixtures noted in Table 1(after ORDEQ 2003):

$$\text{Weighted RfD}_{oral} \text{ (mg/kg-day)} = \frac{1}{[\frac{\text{(\% Fraction A)}}{\text{Fraction A RfDoral}} + \frac{\text{(\% Fraction B)}}{\text{Fraction B RfD oral}} + et \ .]} \qquad \text{Eq 1)}$$

where:

- % Fraction X = Percent makeup of the subject carbon range fraction +/- BTEXN relative to the total concentration of measured carbon ranges;
- Fraction X Toxicity Factor: Toxicity factor assigned to subject carbon range fraction +/- BTEXN.

Use of the harmonic mean rather than arithmetic average biases the results to the more toxic component of the mixture. The full mixture of carbon ranges is utilized for calculation of an oral reference dose.

Weighted toxicity factors for dermal exposure, used to assess risk during bathing, are calculated in a similar manner:

$$\text{Weighted RfD}_{dermal} \text{ (mg/kg-day)} = \frac{1}{[\frac{\text{(\% Fraction A)}}{\text{Fraction A RfDdermal}} + \frac{\text{(\% Fraction B)}}{\text{Fraction B RfDdermal}} + etc.]} \qquad \text{Eq 2)}.$$

Dermal toxicity factors for TPH focus on more soluble and less volatile, >C12 aromatic carbon range compounds. More volatile and hydrophobic, aliphatic compounds are assumed to be emitted from the water during bathing and available for inhalation exposure.

Weighted Reference Concentrations (RfCs) are again calculated in a similar manner but with a focus on the relative makeup of volatile, C5-C12 aliphatic and C9-C12 aromatic carbon ranges:

$$\text{Weighted RfC (\ensuremath{\mu}g/m}^3) = \frac{1}{[\frac{\text{(\% Fraction A)}}{\text{Fraction A RfC}} + \frac{\text{(\% Fraction B)}}{\text{Fraction B RfC}} + etc.]} \qquad \text{Eq 3)}.$$

The oral RfD and dermal RfD are set equal to the RfD for >C8 aromatics under the dissolved-phase-only exposure scenario and calculation of a weighted toxicity factor is not required. Calculation of a weighted RfC for inhalation exposure to dissolved JP-5 is required due to the small amount of aliphatic compounds also present in the water. Calculation of a weighted toxicity factor is required for oral, dermal and inhalation exposure to sheens, however, due to the mixture of aliphatic and aromatic compounds under each of these exposure pathways.

*Weighted Dermal Exposure Parameter Values*

Incorporation of the dermal absorption pathway into the USEPA tapwater model for TPH requires respective calculation of carbon range weighted values for several additional parameters. A detailed overview of the dermal absorption models is presented in USEPA (2004). Four chemical-specific parameters specific to dermal absorption are utilized in the USEPA tapwater model (USEPA 2021):

Confidential                                   US_RHFTCA_00440909
                                               PX-1236_0090

- B: Dimensionless ratio of the permeability coefficient of a compound through the stratum corneum relative to its permeability coefficient across the viable epidermis;
- $\tau_{event}$: Dermal absorption lag time per event (hours/event;
- $t^*$: Time to reach absorption steady state (hours) = 2.4 x $\tau_{even}$;
- KP: Dermal permeability constant (centimeters/hour).

A summary of published and calculated dermal parameter values for targeted individual compounds and carbon ranges is provided in Table 5. Parameter values for targeted carbon ranges and BTEXN compounds were taken directly from the USEPA (2021) RSL guidance. Parameter values for both C9-C12 aromatics and C13-C22 aromatics are based on the default values presented for "Aromatics Medium," defined as C9-C16. These values, rather than less conservative values for "Aromatics High" (C17-C32) category, are applied to the full range of C13-C22 aromatics due to the anticipated predominance of smaller aromatics compounds in dissolved-phase mixtures.

Weighted harmonic mean dermal exposure factors for TPH are calculated in the same manner as done for weighted toxicity factors:

$$\text{Dermal Parameter (units vary)} = \frac{1}{[\frac{(\% \ Fraction \ A)}{Fraction \ A \ Parameter \ Value} + \frac{(\% \ Fraction \ B)}{Fraction \ B \ Parameter \ Value} + etc.]} \qquad \text{Eq 4)}$$

where:

- % Fraction X = Percent makeup of the subject carbon range fraction +/- BTEXN relative to the total concentration of measured carbon ranges;
- Fraction X Toxicity Factor: Dermal absorption parameter value assigned to subject carbon range fraction +/- BTEXN.

Confidential                                    US_RHFTCA_00440910
                                                PX-1236_0091

Table 1. Calculation of weighted dermal absorption parameters for TPH associated with dissolved-phase JP-5 fuel.

| | [1]Dermal Absorption Parameters | | | | |
|---|---|---|---|---|---|
| Chemical | Stratum Corneum Permeability: Epidermis Permeability<br>B<br>(unitless) | Lag Time Per Event<br>$T_{event}$<br>(hr/event) | Time to Reach Steady State<br>$t^*$<br>(hr) | Dermal Permeability Coefficient<br>KP<br>(cm/hr) | [2]Basis |
| C6-C8 Aliphatics | 0.72 | 0.32 | 1.2 | 0.20 | USEPA (2020) default Low (C5-C8) Aliphatics values |
| C9-C12 Aliphatics | 7.4 | 0.55 | 2.5 | 1.70 | USEPA (2020) default Medium (C9-C18) Aliphatics values |
| C13-C18 Aliphatics | 7.4 | 0.55 | 2.5 | 1.70 | USEPA (2020) default Medium (C9-C18) Aliphatics values |
| C19+ Aliphatics | 9.8 | 0.95 | 4.3 | 1.96 | USEPA (2020) default High (C19-C32) Aliphatics values |
| C9-C12 Aromatics | 0.31 | 0.60 | 1.4 | 0.069 | USEPA (2020) default Medium (C9-C16) Aromatics values |
| C13-C22 Aromatics | 0.31 | 0.60 | 1.4 | 0.069 | USEPA (2020) default Medium (C9-C16) Aromatics values |
| TPH (JP-5) | 0.796 | 1.541 | 3.595 | 0.177 | Carbon range makeup of JP-5 from Navy Red Hill facility (Newfields 2022a) |

1. BTEXN parameter values originally presented in Risk Assessment Guidance for Superfund Volume I: Human Health Evaluation Manual, Part E, Supplemental Guidance for Dermal Risk Assessment (USEPA 2004) and repeated in USEPA Regional Screening Level User's Guide (USEPA 2021).
2. Based on default BTEXN and carbon range makeup of dissolved-phase fuels from JP-5 water-fuel experiments (Newfields 2023a).

Confidential

Case 1:22-cv-00397-LEK-KJM   Document 392-2   Filed 04/08/24   Page 146 of 204
                              PageID.32015
Hawai´i Department of Health                          JBPHH JP-5 Exposure Assessment

**Table 2. Estimated carbon range-weighted TPH chronic and subchronic toxicity factors for tapwater exposure scenarios based on measured carbon range makeup of fuel and *measured* makeup of JP-5 components in water-fuel experiments.**

| | [1]JP-5 TPH Chronic/Subchronic Toxicity Factor | |
|---|---|---|
| [2]Exposure Pathway | Dissolved-Phase Only Exposure Scenario | Dissolved-Phase Plus Sheen Exposure Scenario |
| Ingestion | 0.010/0.040 mg/kg-day | 0.010/0.079 mg/kg-day |
| [3]Dermal | 0.010/0.040 mg/kg-day | 0.010/0.079 mg/kg-day |
| [4]Inhalation | 60/200 μg/m³ | 115/126 μg/m³ |

1. Oral and dermal Reference Doses (RfDs) and inhalation Reference Concentration (RfC) weighted with respect to measured carbon range makeup of neat (sheens) and *dissolved-phase JP-5 obtained from fuel-water experiments using JP-5 obtained from the Navy's Red Hill fuel storage facility (Newfields 2023a).*

2. Ingestion and dermal pathway chronic TPH toxicity factors for dissolved-phase-only versus sheen scenarios are identical due to identical toxicity factors used for >C8 aromatics (dominate dissolved phase) and >C8-C18 aliphatics (dominate sheen phase). Subchronic TPH factors are different for the dissolved-only scenario due to differences in subchronic toxicity factors for >C8-C18 aliphatics vs >C8 aromatics.

3. Dermal exposure pathway only considers aromatic compounds for dissolved-phase only contamination. Aliphatic compounds assumed emitted to indoor air during water use included under inhalation exposure pathway.

4. Inhalation pathway considers only aromatics in dissolved-phase scenario; exposure to >C8-C18 aliphatics dominates dissolved+sheen scenario. Exposure to vapors from sheens based on vapor data obtained as part of water-fuel experiments (dominated by >C8-C18 aliphatics; Newfields 2022a).

**Table 3. Estimated carbon range-weighted TPH chronic and subchronic toxicity factors for tapwater exposure scenarios based on measured carbon range makeup of fuel and *modeled effective solubility* of JP-5 components in water.**

| | [1]JP-5 TPH Chronic/Subchronic Toxicity Factor | |
|---|---|---|
| [2]Exposure Pathway | Dissolved-Phase Only Exposure Scenario | Dissolved-Phase Plus Sheen Exposure Scenario |
| Ingestion | 0.010/0.040 mg/kg-day | 0.010/0.079 mg/kg-day |
| [3]Dermal Contact | 0.010/0.040 mg/kg-day | 0.010/0.079 mg/kg-day |
| [4]Inhalation | 61/199 μg/m³ | 115/126 μg/m³ |

1. Oral and dermal Reference Doses (RfDs) and inhalation Reference Concentration (RfC) weighted with respect to measured carbon range makeup of neat (sheens) and *predicted dissolved-phase makeup of JP-5 based on effective solubility of individual carbon ranges.*

2. Ingestion and dermal pathway chronic TPH toxicity factors for dissolved-phase-only versus sheen scenarios are identical due to identical toxicity factors used for >C8 aromatics (dominate dissolved phase) and >C8-C18 aliphatics (dominate sheen phase). Subchronic TPH factors are different for the dissolved-only scenario due to differences in subchronic toxicity factors for >C8-C18 aliphatics vs >C8 aromatics.

3. Dermal exposure pathway only considers aromatic compounds for dissolved-phase only contamination. Aliphatic compounds assumed emitted to indoor air during water use included under inhalation exposure pathway.

4. Inhalation pathway considers only aromatics in dissolved-phase scenario; exposure to >C8-C18 aliphatics dominates dissolved+sheen scenario. Exposure to vapors from sheens based on vapor data obtained as part of water-fuel experiments (dominated by >C8-C18 aliphatics; Newfields 2022a).

Confidential                                        US_RHFTCA_00440912
                                                    PX-1236_0093

Case 1:22-cv-00397-LEK-KJM   Document 392-2   Filed 04/08/24   Page 147 of 204
PageID.32016
Hawai´i Department of Health                    JBPHH JP-5 Exposure Assessment

**Attachment 8. Tapwater Screening Level Model Notes**

Confidential                                    US_RHFTCA_00440913
PX-1236_0094

**USEPA tapwater Screening Level Model (USEPA 2023)**

The default Resident Exposure Time (RET) incorporated into the USEPA tapwater model was
modified to better reflect typical household conditions. The inhalation portion of the model
assumes exposure of residents to vapors emitted from tapwater during use of showers,
dishwashers, washing machines. The default RET used to generate tapwater RSLs assumes that
these activities occur continuously throughout the day and night with a single, instantaneous
exchange of indoor air at the beginning of each day (Resident Exposure Time = 24 hours/day).
This assumption is excessively conservative. A more realistic Resident Exposure Time of 4.5
hours per day was selected for use in this report. This assumes use of a shower by two child
residents for 0.54 hours each per day and two adults for 0.71 hours per day (USEPA 2021) and
additional use of a dishwasher and laundry washing machine for one hour each per day.


USEPA, 2023, *Regional Screening Levels*: U.S. Environmental Protection Agency, May 2023.

81                                        June 2023

**Table 1. Exposure parameter values and assumptions selected for calculation of TPH tapwater screening levels based on noncancer health hazards posed to young children.**

| Parameter | Abbreviation | Unit | [1]Value |
|---|---|---|---|
| Skin Area - child | SAres-c | $cm^2$ | 6,365 |
| Volatilization Factor | K | $L/m^3$ | 0.5 |
| Water ingestion rate - children | IRWc | L/d | 0.78 |
| [2]Exposure Time - residents | ET | hr/day | 4.5 |
| Exposure frequency - residents | EFr | d/y | 350 |
| Exposure duration - residents total | EDr | yrs | 26 |
| Exposure duration - children | EDc | yrs | 6 |
| Body weight - child | BWc | kg | 15 |
| Averaging time (years) | AT | yrs | 70 |
| Days/year conversion | - | d/yr | 365 |
| Target Hazard Quotient | THQ | - | 1.0 |

Notes:

1. USEPA (2021) default tapwater exposure values except as noted.

2. Based on assumed daily use of showers and dishwashers.

3. Physiochemical constants for additives from USEPA (2023a).

82                                                                    June 2023

Confidential                                                US_RHFTCA_00440915
PX-1236_0096

**Table 1. Physiochemical constants for targeted contaminants of potential concern.**

| [1]Chemical/ Carbon Range | | Molecular Weight | [2]Vapor Pressure (mmHg) | Solubility in Water (µg/L) | Henry's Constant (unitless) | Partition Coefficient (cm³/g) | Diffusion Coefficient (cm²/s) | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | air | water |
| Benzene | | 78 | 95 | 1,790 | 0.23 | 146 | 0.09 | $1.0 \times 10^{-5}$ |
| Toluene | | 92 | 28 | 526 | 0.27 | 234 | 0.08 | $9.2 \times 10^{-6}$ |
| Ethylbenzene | | 106 | 9.6 | 169 | 0.32 | 446 | 0.07 | $8.5 \times 10^{-6}$ |
| Xylenes (total) | | 106 | 8.0 | 106 | 0.27 | 383 | 0.07 | $8.5 \times 10^{-6}$ |
| Naphthalene | | 128 | 0.085 | 31 | 0.018 | 1,544 | 0.06 | $8.4 \times 10^{-6}$ |
| Volatile Carbon Ranges | C5-C8 Aliphatics | 93 | 76 | 11,000 | 54 | 2,265 | 0.08 | $1 \times 10^{-5}$ |
| | C9-C12 Aliphatics | 120 | 2.2 | 51,000 | 0.33 | 1,778 | 0.07 | $1 \times 10^{-5}$ |
| | C9-C10 Aromatics | 170 | 0.11 | 10 | 4,900 | 680,000 | 0.07 | $5 \times 10^{-6}$ |
| Nonvolatile Carbon Ranges | C9-C18 Aliphatics | 280 | 0.0008 | 0.0015 | 110 | $4.0 \times 10^{8}$ | - | - |
| | C19-C36 Aliphatics | 120 | 2.2 | 51,000 | 0.33 | 1,778 | 0.07 | $1 \times 10^{-5}$ |
| | C11-C22 Aromatics | 150 | 0.024 | 5,800 | 0.03 | 5,000 | 0.06 | $1 \times 10^{-5}$ |
| [3]Additives | | | | | | | | |
| Diethylene Glycol Monomethyl Ether | | 120 | 0.25 | $1 \times 10^{9}$ | $6.1 \times 10^{-10}$ | 1.0 | 0.078 | $9.1 \times 10^{-6}$ |
| 2,6-Di-Tert-Butyl-4-Methylphenol | | 220 | 0.0052 | 600 | $1.7 \times 10^{-4}$ | 15,000 | 0.023 | $5.6 \times 10^{-6}$ |

1. BTEXN constants from USEPA (2023a). Carbon range constants from Massachusetts Department of Environmental Protection (MADEP 2002) except constants from C19-C36 Aliphatics (Gustafson et al., 1997; based on EC>16-35 aliphatics in Table 7). USEPA (2009) RfD and RfC for "high flash naphtha" referenced for C9+ aromatics.

2. Carbon range vapor pressures converted from atmospheres (1 atm = 760 mmHg).

Confidential

US_RHFTCA_00440916
PX-1236_0097

# TAB V

 

# RED HILL
# WATER ALLIANCE INITIATIVE
# (WAI)
# REPORT

## November 2023

Governor Josh Green, M.D.
Rep. Scott K. Saiki, Speaker, State House of Representatives
Sen. Ronald D. Kouchi, President, State Senate
Dawn N.S. Chang, Chair, Board of Land and Natural Resources, and Commission on Water Resource Management
Dr. David Lassner, President, University of Hawaiʻi
Mayor Rick Blangiardi, City and County of Honolulu
Councilmember Tommy Waters, Chair, Honolulu City Council
Ernest Y.W. Lau, P.E., Manager & Chief Engineer, Honolulu Board of Water Supply

PLAINTIFF'S
TRIAL EXHIBIT
**PX-1490**

PLAINTIFFS_RH_0134105
PX-1490

## Contents

May 9, 2023 Unified Statement on Red Hill

A. Red Hill Water Alliance Initiative (WAI): Origin and Mandate, Goals, Focus, and Stance ......1

B. Hawaiʻi's Constitutional Mandates and Public Trust Duties ...........................................................2

C. History of the Red Hill Bulk Fuel Storage Facility.......................................................................2

D. Assumption of Risk........................................................................................................................3

E. Monitoring and Testing ..................................................................................................................4

F. Remediation.....................................................................................................................................5

G. Future Use of the Red Hill Bulk Fuel Storage Facility.................................................................6

H. Public Health...................................................................................................................................7

I. Policy Coordination and Public Education.......................................................................................8

J. Indemnification and Liability ..........................................................................................................8

K. Conclusion ......................................................................................................................................9

Attachments



**STATE OF HAWAIʻI**
**STATE CAPITOL**
HONOLULU, HAWAIʻI 96813



**CITY AND COUNTY OF HONOLULU**
HONOLULU HALE
HONOLULU, HAWAIʻI 96813

May 9, 2023

**Unified Statement on Red Hill**

If we mālama the water, the water will mālama us. This is a relationship that requires active stewardship. The contamination of the land above the aquifer and of the aquifer itself are unprecedented threats. Our unified efforts are required.

Our goal is to have clean and pure water now and for future generations. Closure of the Red Hill tanks and facilities and remediation of the lands upon which they sit must meet this goal. Corrective actions and restoration of the aquifer may be required in addition to remediation in order to meet the goal of clean and pure water now and for future generations.

Aquifer remediation should be undertaken guided by a policy document that describes our goals, the implementation process, roles, guidelines, and regulatory framework as an agreement between the State of Hawaiʻi and the federal government. Development of the policy and the remediation effort itself will benefit from constructive and timely public engagement.

We seek a proactive approach, plan, and operational integration rather than one that defensively regulates a cleanup to the extent that current laws allow. We understand that this will require new ways of thinking and acting, locally and nationally. This is in the interest of all of the people of Hawaiʻi and, we believe, in the interest of this country.

Supported by:

Governor Josh Green, M.D.
State of Hawaiʻi

Senator Ronald D. Kouchi
President, State Senate

Dawn N. S. Chang
Chair, Board of Land and Natural Resources
Chair, Commission on Water Resource Management

Dr. Kenneth S. Fink
Director, State Department of Health

Dr. David Lassner
President, University of Hawaiʻi

Representative Scott K. Saiki
Speaker, State House of Representatives

Mayor Rick Blangiardi
City and County of Honolulu

Councilmember Tommy Waters
Chair, Honolulu City Council

Ernest Y. W. Lau, P.E.
Manager & Chief Engineer, Honolulu Board of Water Supply

## RED HILL WATER ALLIANCE INITIATIVE REPORT
### November 2023

### A. Red Hill Water Alliance Initiative (WAI): Origin and Mandate, Goals, Focus, and Stance

On May 9, 2023, State and City and County of Honolulu officials signed a Unified Statement on Red Hill, recognizing the stewardship responsibility to ensure that there is clean water for future generations. "We seek a proactive approach, plan, and operational integration.... We understand that this will require new ways of thinking and acting, locally and nationally."

Towards this goal, the Red Hill Water Alliance Initiative (WAI), a working group, met regularly since the signing of the Unified Statement. We posed questions, conducted research, listened to subject matter experts, and formulated recommended policies. Our approach of total stewardship responsibility required a stance of extending beyond statutory roles, specific responsibilities, tenure in those roles, and even lifetimes. Our inquiry included the pursuit of critical questions for which there may currently be no answers. The pursuit of those answers is part of the ongoing work.

The focus of the Red Hill WAI's inquiry is the remediation needs after the defueling of the tanks and removal of residual fuel and contaminants from the facility. In particular, the group is concerned with the unknowns posed by fuel contaminants already in the ground, as well as the residuals of the fuel plume in the aquifer as a result of the spill of November 2021. In alignment with a proactive approach, the Red Hill WAI seeks to describe the remediation it believes necessary for the future well-being of the aquifer in which there is a negligible risk to water sources (including Hālawa Shaft, Hālawa wells, and ʻAiea wells), both current and future, to the water distribution system, and to the ecosystem including springs, streams, and nearshore waters, from mauka to makai.

Signatories to the Unified Statement include: Governor Josh Green, Honolulu Mayor Rick Blangiardi, Senate President Ronald Kouchi, Speaker of the House of Representatives Scott Saiki, Honolulu City Council Chair Tommy Waters, Chair Dawn Chang of the Board of Land and Natural Resources and Commission on Water Resource Management, Director Dr. Kenneth Fink of the Department of Health, Chief Engineer Ernest Lau of the Honolulu Board of Water Supply, and President Dr. David Lassner of the University of Hawaiʻi.

Red Hill WAI working group members include: Luke Meyers (Governor's Office), Mike Formby and Sam Moku (Mayor Blangiardi's Office), Sen. Jarrett Keohokalole, House Speaker Scott K. Saiki, Rep. Linda Ichiyama and Rep. Nicole Lowen (Co-chairs of the House Special Committee on Red Hill), Duncan Osorio (for Honolulu City Council Chair Tommy Waters), Dawn Chang (Board of Land and Natural Resources and Commission on Water Resource

PLAINTIFFS_RH_0134108
PX-1490_0003

Management), Ernest Lau, Erwin Kawata and Nāʻālehu Anthony (Honolulu Board of Water Supply), Don Thomas and Vassilis Syrmos (University of Hawaiʻi), and Norma Wong (facilitator and advisor to Speaker Saiki). As a regulatory agency, the Department of Health is not a member of the Red Hill WAI, but attended meetings as an observer.

## B. Hawaiʻi's Constitutional Mandates and Public Trust Duties

In addition to its regulatory functions under federal and state environmental laws, the State of Hawaiʻi has unique public trust responsibilities as set forth in the Hawaiʻi State Constitution that establishes an affirmative duty on the part of the State to preserve and protect public trust resources, in particular, water resources. Article XI, Section 1 of the Hawaiʻi State Constitution mandates the State to "conserve and protect Hawaiʻi's natural beauty and all natural resources . . . and shall promote the development and utilization of these resources in a manner consistent with their conservation and in furtherance of the self-sufficiency of the State." Further, Article XI, Section 7 provides that the State "has an obligation to protect, control and regulate the use of Hawaiʻi's resources for the benefit of its people." Article XII, Section 7 proclaims that the "The State reaffirms and shall protect all rights, customarily and traditionally exercised for subsistence, cultural and religious purposes and possessed by ahupuaʻa tenants who are descendants of native Hawaiians who inhabited the Hawaiian Islands prior to 1778, subject to the right of the State to regulate such rights."

## C. History of the Red Hill Bulk Fuel Storage Facility

The construction of the Red Hill Bulk Fuel Storage Facility began while World War II was already underway in Europe and threatening in the Pacific theater, and it continued during a period of martial law in Hawaiʻi. As designed, the facility was and continues to be the largest in the U.S. and one of the largest in the world, and unique in its design and geological location. Work on the facility occurred without the knowledge of most residents or the government of the Territory of Hawaiʻi, to whom the Navy was not accountable. The public and local officials were largely unaware of the grave dangers posed by the siting of the massive fuel tanks just 100 feet above a principal source of drinking water on Oʻahu and were therefore deprived of any opportunity to make their official views or concerns known. The facility was not declassified until 1995. Consequently, the Navy's primary mission of logistical readiness for national security appears to have taken precedence over their responsibility for environmental and public health.

*Additional details in Attachment A.*

2

PLAINTIFFS_RH_0134109
PX-1490_0004

## D. Assumption of Risk

Most of the attention of the public and public decision-makers has been on removing the fuel from the facility. The Red Hill WAI focused its inquiries on fuel constituents in the ground. If the Navy successfully defueled without incident, there would still be the continuing environmental risk of previous spills that may have been left in the ground.

Many hazardous waste sites in the U.S. are assessed, contained, and capped without active remediation. These sites were deemed to be of limited risk at the time of determination. However, conditions can and have changed. An estimated 5,000 previously closed sites in Northern California are being urgently reassessed. As the sea rises, previously unaccounted for surface and subterranean flooding can cause movement of contaminants into other areas, including aquifers. This is a cautionary example of what can happen when sites are not remediated, and a direct forewarning for our situation at Red Hill which is in a coastal area likely to be impacted by sea level rise.

One of the scientific theories upon which remediation plans are frequently based can be roughly summarized as follows: if fuel spilled into the ground has not yet been found in the water table, then it is not likely to reach the aquifer. The subject matter experts who made presentations to the Red Hill WAI did not present any data to support this theory at Red Hill; in fact, they challenged the unsupported assumption.

Another scientific theory is that fuel constituents will naturally degrade through the interaction of microbes found in the soil. While that is so as a matter of science, there is insufficient research to show how efficient degradation occurs in the specific environment beneath the tanks, more than 500 feet below the surface and 100 feet above the aquifer, and whether degradation to the level of neutralizing harm and becoming suitable for human consumption will occur prior to the fuel reaching the saturated portion of ground.

How long does it take for natural degradation? Has the fuel spilled in the early years—the 1940s and 1950s—been neutralized? Evidence from other parts of the Pacific says otherwise. Although we cannot draw a one-to-one conclusion because the sub-surface geologies differ, volatile (meaning still able to be set on fire) bunker fuel and other Total Petroleum Hydrocarbons have been found in American Sāmoa, the Northern Mariana Islands, and Palau dating back to military activity in the 1930s and 1940s.

How much ground contamination should we be concerned about? The documented amount of fuel constituents in the ground is an estimated 180,000 gallons, spilled over 80 years in 70 incidences. This information has been known for several years.

However, after listening to subject matter experts, it is the conclusion of the Red Hill WAI that a number significantly higher than 180,000 gallons must be assumed for the purposes of risk

PLAINTIFFS_RH_0134110
PX-1490_0005

assessment and formulating remediation strategies, since this aquifer provides water to the majority of residents on Oʻahu, including Navy personnel.

The calculation is as follows:

- 180,000 gallons documented, plus
- About 5,800 gallons/year in "incidental leaks", as estimated by the Navy, over 80 years = an additional 464,000 gallons, plus
- A former Red Hill Bulk Fuel Storage Facility employee reported to a contractor about a bunker fuel oil spill in the 1940s, equaling as much as 1.3 million gallons
- Total:  At least 180,000 + 464,000 = 644,000 gallons and as much as 644,000 + 1,300,000 = 1.94 million gallons

Under any circumstances, between 644,000 and 1.94 million gallons of fuel spilled upon the land would be a significant hazard to the environment. For this to occur over a period of 80 years just 100 feet above an aquifer on an island that cannot replace its water source presents an existential challenge.

*Additional details in Attachment B.*

## E. Monitoring and Testing

Monitoring plays a key role under any remediation theory and plan. More information than currently available is needed to assess both immediate and future risks, and to inform trend and directional analyses necessary for remediation planning.

Toward this end, the Red Hill WAI has four priorities:

(1) The Red Hill WAI needs access to all of the Navy's monitoring wells.

(2) If direct access is not possible or difficult to achieve, then the Red Hill WAI requires the Navy to conduct tests in accordance with the Red Hill WAI's separate schedules and specifications.

(3) To provide sufficient data points to assess aquifer quality, inform identified need for remediation, and guide the location of future production wells, the Red Hill WAI believes there is a need to establish a "sentinel" monitoring grid in addition to the existing monitoring wells identified by the Navy between the Red Hill facility and the Hālawa Shaft, Hālawa wells, and ʻAiea wells. A comprehensive grid may consist of up to 122 monitoring wells at 61 sites, but terrain, access, and contamination issues will likely change the array or numbers of wells within the array. A fuller site-level assessment will

PLAINTIFFS_RH_0134111
PX-1490_0006

establish priorities and numbers of wells. The locations, specifications including depths, and testing from this grid should be determined by the Red Hill WAI in compliance with applicable law.

(4) Establish a testing/monitoring program to ensure the health of our ecosystems and watershed protection, specifically for springs, streams, and estuaries, including presence of fuel constituents in aquatic, terrestrial, and avian biota and species; monitoring and management actions in forest reserves; and monitoring of impacts to the recharge for the Pearl Harbor and adjacent aquifers (understanding that nearshore waters are subject to pollutants from multiple sources).

*Additional details in Attachment C.*

## F. Remediation

The Red Hill WAI heard presentations by subject matter experts on remediation strategies, and formulated policy views based on known science as it meets the existential goal of protecting the future health of the island's water source.

In other environments where the water table is shallow or contained in a confined geologic formation, remediation can be done by excavation and treatment, or injection of heat or steam to mobilize the fuel to recover some of the product. Neither of these conditions exists at Red Hill, and the consensus of the subject matter experts' team is that these and similar currently available methods are unlikely to recover enough fuel to have a significant effect on the recovery and restoration of the aquifer. Such palliative actions can be costly distractions. Moreover, since the geological conditions work against the efficacy of these remediation strategies, deploying them may lead to the faulty conclusion that there is very little fuel to be removed from the ground or aquifer.

Of the known and currently available remediation strategies, Monitored Natural Attenuation (monitoring and allowing the biodegradation of the fuel to proceed naturally with little or no intervention to accelerate the process) is typically the default strategy. A limitation to this strategy may be that the so-called "free product"—fuel products that are in the ground or in the water table—could remain present for a century or more. New production wells or the reopening of wells would be at risk of encountering free product or contaminated groundwater. Monitored Natural Attenuation would also require the most conservative development posture on the part of the Board of Water Supply. Accordingly, the Red Hill WAI considers Monitored Natural Attenuation to be an unacceptable policy.

PLAINTIFFS_RH_0134112
PX-1490_0007

The Red Hill WAI prioritizes a remediation strategy in two parts:

(1) There should be a systematic and periodic review by a panel of subject matter experts of new remediation technologies and methods for applicability at Red Hill.

(2) Accelerating the natural process of biodegradation is the most promising remediation strategy for the scale of desired restoration.

    (a) In order to pursue this strategy, research work is needed to understand the distribution, movement, and characterization of fuel constituents below and in the vicinity of the fuel facility structures that are in the ground and not yet in the water table. Securing data on where the deposits are, the direction and rate of movement, and the state of the fuel supports a more accurate risk assessment as well as the development of a plan to accelerate biodegradation.

    (b) For the same reasons as described in paragraph (a), further research is needed to understand the distribution of the fuel plume at the water table.

    (c) An independently generated Contaminant Fate and Transport Model is needed. The Navy's model was not approved and has specific errors in its assumptions that were identified by subject matter experts, who have little confidence that a re-do by the Navy's contractor will be satisfactory. A model that has the confidence of experts and regulators is needed to inform remediation efforts and for there to be more confidence in risk assessments.

    (d) Concurrent to the work described above, biodegradation research, modeling, and field tests are needed to provide information on the efficacy, risks, and choices that accelerate the natural process of biodegradation in the unsaturated ground as well as at/in the water table.

The Red Hill WAI recommends these applied research efforts be coordinated out of the University of Hawai'i in conjunction with the WAI policy coordinator.

*Additional details in Attachment D.*

## G. Future Use of the Red Hill Bulk Fuel Storage Facility

There have been reports of potential reuses of the facility. From the perspective of the Red Hill WAI:

(1) The facility cannot be used for any purpose that will store or use substances harmful to the water, air, or natural environment, or accelerate the level of contamination of the

6

PLAINTIFFS_RH_0134113
PX-1490_0008

subsurface or water table. This prohibition includes any use that introduces substantial amounts of water intentionally or accidentally as this would accelerate the migration of fuel contaminants.

(2) Any use of the facility may not interfere with or delay remediation, restoration, or monitoring, or research related to remediation and restoration efforts.

(3) Federal legislation should be enacted to prohibit reactivation of the Red Hill Bulk Fuel Storage Facility for any fuel storage following its closure ordered by the Department of Health.

## H. Public Health

The best safeguards for public health and the health of the ecosystem are to prevent fuels and other contaminants from reaching the water table by accelerating biodegradation and other methods that may become known in the future, and to neutralize as much of the contaminants that are already in the aquifer.

The impacts to health by acute exposure through breathing, drinking contaminated water, living in areas near spills, or touching contaminated soil are significantly documented. The impacts for long-term low-level exposures are not well known. To date, the Environmental Protection Agency has not established standards for Total Petroleum Hydrocarbons (TPH) in drinking water.

There is not enough science or current research to indicate what the health impacts are for the long-term consumption of low levels of fuels diluted in many parts of water, or the consumption of plants or animals that have been propagated with low levels of fuels in water.

The Red Hill WAI recommends:

(1) Creation of a long-term health registry to monitor and study effects of acute exposure to TPH in drinking water.

(2) Periodic and regular review of the state of science of chronic long-term exposure to low levels of TPH in drinking water.

The Red Hill WAI recommends these efforts be coordinated by the WAI policy coordinator with the University of Hawai'i and other state and federal agencies.

7

PLAINTIFFS_RH_0134114
PX-1490_0009

## I. Policy Coordination and Public Education

The Red Hill WAI recognizes that the overall strategy includes substantial elements that go beyond the roles and responsibilities of any given agency. It is a proactive approach requiring leadership and coordination.

  (1) The proposal is for the Department of Land and Natural Resources to be the State's policy lead through a WAI policy coordinator, which would be located in the office of the Chair, to work with the State and county governments and other groups to ensure implementation and monitoring and interface with federal entities on Red Hill WAI initiatives.

    (a) In implementation of proactive protection and rehabilitation, the WAI policy coordinator will work with appropriate agencies and groups to periodically and regularly review the health status of the ecosystem, and to periodically and regularly review the state of science and opportunities for remediation and rehabilitation.

  (2) A significant aspect of mutual stewardship is the inclusion of the people who are beneficiaries of the resource which, in this case, are the residents of the island of Oʻahu. Toward this end, the WAI policy coordinator will work with others to:

    (a) Ensure the development and maintenance of a public-facing test results dashboard describing the significance of results (State/County), as part of a broader public education program; and

    (b) Coordinate the implementation of a 36-month public information/education program to describe, inform, and educate the general public and institutions on the post-defueling remediation phases for Red Hill to restore public trust, secure public support, and inform health and environmental concerns.

## J. Indemnification and Liability

Under federal and state laws, the Navy, Department of Defense, and U.S. government are the responsible parties for the contamination and the impacts of the contamination. The Red Hill WAI asserts that:

  (1) The Department of Defense should be required to indemnify the State, all of its political subdivisions and agencies, and nearby landowners against all claims, demands, losses, damages, liens, liabilities, injuries, deaths, penalties, fines, lawsuits, and other proceedings arising out of or in any manner predicated upon the presence, release, or

8

threatened release of hazardous materials associated with the previous, ongoing, or subsequent operation of the Red Hill Bulk Fuel Storage Facility during the Department of Defense's use or control, or following its subsequent transfer;

(2) The United States should remain liable for and retain responsibility for any environmental restoration, remediation, or corrective action for the release or threatened release of hazardous materials associated with the previous, ongoing, or subsequent operation of the Red Hill Bulk Fuel Storage Facility within and beyond the footprint of the facility; and

(3) The United States bears responsibility for the loss of access to water from a portion of Oʻahu's EPA-designated Sole Source Aquifer (Southern Oʻahu Basal Aquifer) that is clean and safe for the residents and environment of the island of Oʻahu.

## K. Conclusion

We the undersigned reaffirm our commitment to the health of our water source for future generations of Hawaiʻi. As its current stewards, we understand the work will require the determination of several generations and will do our part to reverse the course of threats. These proactive efforts are in the interest of all the people of Hawaiʻi and, we believe, will set an example for what is needed in this country as we face the challenges of climate change. As we mālama the water, the water will mālama us.

Governor Josh Green, M.D.
State of Hawaiʻi

Senator Ronald D. Kouchi
President, State Senate

Dawn N. S. Chang
Chair, Board of Land and Natural Resources
Chair, Commission on Water Resource Management

Dr. David Lassner
President, University of Hawaiʻi

Representative Scott K. Saiki
Speaker, State House of Representatives

Mayor Rick Blangiardi
City and County of Honolulu

Councilmember Tommy Waters
Chair, Honolulu City Council

Ernest Y. W. Lau, P.E.
Manager & Chief Engineer, Honolulu Board of
Water Supply

9

PLAINTIFFS_RH_0134116
PX-1490_0011

## Attachment A: History

The first part of this history focuses on the early period in which decisions were made on why, how, where, and what would be constructed into the Red Hill Bulk Fuel Storage Facility.

### Strategic location within the Pacific leads to development of Pearl Harbor for Navy use

Well before Hawaiʻi was annexed by the United States, the United States Navy recognized the strategic importance of controlling a harbor in the Pacific for docking, fueling, repairing, and maintaining its fleet. In fact, under the 1887 extension of the 1875 Reciprocity Treaty between the United States and the Hawaiian Kingdom, the United States had already secured sole rights to Pearl Harbor as a coaling and repair station for the use of American vessels.[1] Japan's 1905 victory in the Russo-Japanese War stressed America's need for a strategy to check the rising power of Japan in the Pacific and a location from which to defend the Hawaiian islands against any attack.[2] Thereafter, the Pearl Harbor Naval Station was established in 1908 but remained largely unused as a Navy harbor as it was too shallow to accommodate larger ships, lacked a dry dock for vessel repairs and maintenance, and had not received funding to make the requisite changes to accommodate these uses.[3]

To bolster a military presence in Hawaiʻi, Prince Jonah Kūhiō Kalanianaʻole engaged in lobbying efforts to persuade Congress to fund the dredging and construction of a dry dock at Pearl Harbor, which was completed in 1919.[4] Subsequent work in the 1920s to widen and deepen the channel allowed the harbor to then be navigable for any United States Navy battleship.[5]

### More Navy ships required the transport and storage of fuel

Discussions to establish a coaling station in the Pacific had occurred in the 1800s and centered around potential sites in the Hawaiian Islands or Midway Atoll. The United States had been reluctant to pay to construct stations in other countries unless it had exclusive control and use, so the 1887 extension of the 1875 Reciprocity Treaty paved the way for the United States to more heavily invest its resources into Pearl Harbor.

Plans to develop Pearl Harbor for the Navy's ships also necessitated plans for fueling those ships. Coal engines became common among Navy ships during the Civil War, displacing wind-

---

[1] hi0642data.pdf (loc.gov)

[2] The Key to the Pacific: The Construction of the Pearl Harbor Naval Base | The National WWII Museum | New Orleans (nationalww2museum.org)

[3] The Key to the Pacific: The Construction of the Pearl Harbor Naval Base | The National WWII Museum | New Orleans (nationalww2museum.org)

[4] The Key to the Pacific: The Construction of the Pearl Harbor Naval Base | The National WWII Museum | New Orleans (nationalww2museum.org)

[5] Pearl Harbor | Proceedings - May 1930 Vol. 56/5/327 (usni.org)

PLAINTIFFS_RH_0134117
PX-1490_0012

powered ships, but there was a dearth of coal fueling sites for ships traversing the Pacific Ocean. The completion of the Panama Canal in 1914 changed routes for many ships by allowing easier access from the Atlantic Ocean to the Pacific Ocean and consequently increased the importance of Hawaiʻi as a mid-Pacific fueling station for ships.[6]

The United States had been storing 1,500 to 2,000 tons of coal in a leased lot in Honolulu for its Navy ships. A coaling depot at Pearl Harbor had been recommended in the early 1900s and was finally authorized in 1912; coaling stations were then transferred from Honolulu facilities to Pearl Harbor in 1913. Heavy fuel oil was already becoming a more popular fuel source for ships by then, and the Navy largely converted its ships from coal to oil in the early 1910s, but coal remained a fuel source for ships through World War II.[7] From 1913 to 1915, seven metal fuel oil tanks were built adjacent to the coal facilities at Pearl Harbor, and through the build up to World War II in the 1930s, additional facilities were added, nearly all above ground.[8]

## Impending war and threats to naval fuel supply leads to plans for an unprecedented, secret facility

In 1938, the Navy Shore Development Board expressed grave concern over the "adequacy and security of fuel oil storage at Pearl Harbor." The entire fuel supply for the Pacific fleet was contained in above-ground fuel tanks located throughout the Pearl Harbor Naval Station, making them highly visible and vulnerable to an attack. Aside from their vulnerability, the tanks also had inadequate storage capacity. Therefore, on June 25, 1940, the Fuel Storage Board recommended to the Secretary of the Navy "that the present tank farms be removed as rapidly as appropriations can be obtained to place the oil underground at least to the point of concealment."[9]

The Fuel Storage Board's recommendation resulted in a plan that called for the construction of four 300,000-barrel-capacity horizontal storage tanks, each 1,123 feet long, 20 feet wide, and 42 feet high, to be set deep into the earth to guard against attacks by enemy aircraft. Furthermore, the tanks were to be situated away from Pearl Harbor to avoid interference with future expansion plans for the naval base and to reduce the potential for a single attack to destroy the entire fuel supply along with the fleet.

Just days after the Fuel Storage Board released its report citing the inadequacies of Pearl Harbor's fuel-storage facilities, the project received $4 million for initial design and construction, then an additional $2.25 million in appropriations in September 1940. The Navy believed the project to be primarily a mining job and selected a tunneling specialist as the prime contractor, along with other contractors. The contractors performed studies to identify a suitable site for the

---

[6] hi0642data.pdf (loc.gov)
[7] hi0642data.pdf (loc.gov)
[8] hi0642data.pdf (loc.gov)
[9] hi1016data.pdf (loc.gov), p. 4.

PLAINTIFFS_RH_0134118
PX-1490_0013

project, developed specifications, studied maps, conducted ground studies, and took core samples at various sites. However, after a mere month of searching, the contractors decided on a long ridge of volcanic rock that stretched from the Koʻolau Mountains to the near shores of Pearl Harbor: Kapūkakī, commonly known as Red Hill.

The property now known as the Red Hill Bulk Fuel Storage Facility is situated on lands condemned and purchased by the U.S. government. Lands of M. Kekūanaoʻa and Kamaʻikuʻi succeeded to the estates of Bernice Pauahi Bishop and Emma Kaleleonālani (a.k.a. Queen Emma), and subsequently to Emma Kaleleonālani in entirety.[10] Of those lands, 24.75 acres were condemned in 1916, and 211.1 and 123.92 acres in February 1941. Lands of Lot Kamehameha (a.k.a. Prince Lot) succeeded to the estate of Samuel Damon. Of those lands, 86.52 acres were condemned in February 1941, and 33.747 acres in June 1944. The total compensation for these lands, with the exception of the earliest condemnation in 1916 for which there is no listed amount, was $78,612.53.

Given the speed with which the site was selected, it is unlikely that either the Navy or its contractors had a thorough understanding of the hydrology and geology of the potential sites and how they would impact the environment or affect the movement of substances released from the fuel tanks. Additionally, it appears that little thought or care was given to the ultimate siting of the project just 100 feet above[11] the underground aquifer that supplied a principal source of drinking water for the nearly 260,000 residents of Oʻahu [12] at the time. The project's engineers knew of the existence of fresh drinking water beneath the fuel tanks but proceeded nevertheless,[13] and the Navy has not produced any information indicating whether or why Red Hill was determined to be the best site environmentally for the underground fuel storage facility. To the contractors, the Red Hill site afforded ample coverage for the facility and the necessary elevation to allow gravity to move fuel from the tanks to Pearl Harbor. Moreover, the length of the hill allowed the Navy to greatly expand the project by ultimately requesting 16 more fuel tanks than it had originally sought. Altogether, 20 tanks were ordered by and delivered to the Navy.[14]

The Navy insisted that the fuel be stored underground, but engineers were given wide flexibility in other design aspects of the facility. The fundamental design of the tank lining was to reinforce the tanks with concrete walls and quarter-inch steel-plate lining and envelop them in the surrounding rock. At some point during the planning process, a consultant on the project convinced the project manager to change the original design of the facility to orient the tanks

---

[10] A title search was conducted by Title Guaranty and the Land Division of the Department of Land and Natural Resources for this report.

[11] https://sierraclubhawaii.org/redhill

[12] https://www.census.gov/history/pdf/1940hawaiipop-12-2016.pdf

[13] https://www.civilbeat.org/2022/03/how-hawaii-activists-helped-force-the-militarys-hand-on-red-hill/

[14] hi1016data.pdf (loc.gov)

PLAINTIFFS_RH_0134119
PX-1490_0014

vertically, rather than horizontally. They expected that novel design would require less investment in construction equipment, require fewer workers, ensure oil-tight storage, significantly shorten construction time, and greatly reduce the ultimate cost of the project. Orienting the tanks vertically would make the removal of excavated material more efficient by allowing gravity to assist in moving the loosened rock down and out of the excavations and onto a conveyor belt to the disposal area.[15] The consultant and project manager presented the novel design to the Officer in Charge of the project the next day, and the proposal was considered by others in Pearl Harbor and Washington, D.C. Ultimately, the Chief of the Bureau of Yards and Docks, who "firmly believed that contractors should be permitted to draw on their own experience and ingenuity in devising innovative ways of accomplishing tasks as long as 'integrity of intent' was not sacrificed",[16] enthusiastically approved the design.

The vertical tank design has been touted as an innovative engineering feat. However, with such emphasis on speed and cost-efficiency and perhaps an eagerness to achieve proof of concept with the novel design, neither the Navy nor its contractors seem to have seriously considered or planned for the potential failure of the tanks after construction; the risk of contamination to the environment and aquifer; options to accurately monitor, recover, or remediate any released fuel in the surrounding environment; and options and mechanisms for the maintenance and eventual decommissioning, removal, or future use of the facility. It seems even more unlikely that after the design was drastically amended and as the Navy requested more tanks, additional time and funds would have been expended to carefully study these potential impacts, even if the depth at which the tanks would sit and their total footprint may have changed drastically.

As the threat of war increased, the massive undertaking at Red Hill became one of the nation's most closely guarded secrets. All workers were required to sign affidavits stating that they would not reveal the project to anyone. Civilian guards hired by the contractor patrolled the hillside surrounding the site. Because of the great secrecy surrounding the project, the public was largely unaware of the excavation and construction of the Red Hill Bulk Fuel Storage Facility, and the community certainly lacked any opportunity to make its views known. Hence, the Navy was not accountable to the public.[17]

Actual construction work on the project began on December 26, 1940. On December 7, 1941, nearly one year after the project commenced and before the fuel stored above ground at Pearl Harbor could be moved elsewhere, Pearl Harbor was attacked about three miles from the project site. Fortunately, the Japanese did not destroy the above-ground fuel tanks and other critical infrastructure at Pearl Harbor. War historians believe that the destruction of Pearl Harbor's fuel tanks would have deterred the Allies' advance across the Pacific far more than the damage

---

[15] hi1016data.pdf (loc.gov)
[16] hi1016data.pdf (loc.gov)
[17] hi1016data.pdf (loc.gov)

PLAINTIFFS_RH_0134120
PX-1490_0015

inflicted on the fleet during the Pearl Harbor attack. While the attack itself had little direct impact on the Red Hill project site, it did have cascading effects through the declaration of martial law, reduction of skilled laborers and equipment available for the project, and perhaps increased urgency to complete the project so that the fuel supply could be moved underground.

Some viewed the novel vertical tank design selected by the Navy and its contractors as preposterous and inconceivable, and even the builders' peers doubted the project as late as May of 1941, calling for a return to the horizontal tank design.[18] The Navy was apparently undeterred and ignored such exhortations that, if heeded, would have jeopardized the rapid completion of the project. The first fuel tank was completed and received its first oil in September of 1942. In total, it took 3,900 workers laboring around the clock for nearly three years to complete and deliver the project on September 30, 1943, nine months ahead of schedule.

Construction of the Red Hill fuel storage tanks involved numerous features for which no prior example was found in design or construction. Although numerous tunnels had been built in the lava of surrounding mountains, no construction project had ever been attempted, in Hawai'i or elsewhere, that required the 100-foot rock span necessary in the building of these 20 immense tanks, each of which is large enough to engulf Aloha Tower[19]. When completed, the tanks—each 250 feet high and 100 feet in diameter, and buried more than 100 feet in a mountain ridge— stored and protected 252 million gallons (the equivalent of approximately 382 Olympic-sized swimming pools) of fuel.

## The Red Hill Bulk Fuel Storage Facility was constructed without federal or state safeguards for environmental and public health

Since construction and completion of the Red Hill Bulk Fuel Storage Facility occurred largely during a period of martial law in Hawai'i, the only entity that could have provided any modicum of scrutiny or oversight for the project would have been the military, which had little, if any incentive, to do so. Furthermore, due to the extreme secrecy shrouding the project, it is difficult to imagine an outside institution, including the civil government of the Territory of Hawai'i, even being aware of the project. The Navy viewed the facility as critical in its war efforts. In fact, at the height of World War II, Admiral Chester Nimitz referred to the Pearl Harbor Naval Supply Depot, which controlled the tanks, as "the secret weapon of the Pacific." For the Navy, speed and secrecy in the construction and completion of the project were of paramount importance. There were a few newspaper articles in the late 1940s emphasizing the national security importance of the facility. The Red Hill Bulk Fuel Storage Facility was not declassified until 1995,[20] so for over fifty years, the fuel tanks and their concomitant dangers remained out of

---

[18] hi1016data.pdf (loc.gov)
[19] https://sierraclubhawaii.org/redhill
[20] https://www.govinfo.gov/content/pkg/BILLS-115s437is/html/BILLS-115s437is.htm

A-5

PLAINTIFFS_RH_0134121
PX-1490_0016

sight to the people and government of Hawai'i. As a result, any environmental or public health considerations about the project lay squarely on the shoulders of the Navy.

None of today's major regulatory protections for environmental or public health existed at the time of the project's construction, such as the Clean Water Act, the Safe Drinking Water Act, the Comprehensive Environmental Response, Compensation, and Liability Act, and the Leaking Underground Storage Tank Trust Fund. Even if modern regulatory safeguards had been in place at the time of construction, the urgency of the project during wartime conditions may have enabled construction to be exempt from any regulations that might have existed.

## The history of the Red Hill Bulk Fuel Storage Facility is a history of spills and leaks in a secret underground facility

Since it was built in the 1940s, there have been 70 documented leaks and spills for an estimated 180,000 gallons of various types of fuel. This information was not widely available. During the course of briefings by subject matter experts, it became clear to the Red Hill WAI that a much larger number must be considered for the purposes of risk assessment and remediation planning. The additional gallonage includes the Navy's own estimate of 5,800 gallons per year in "incidental leaks" from the tanks that are too small to be accurately measured by available instruments. There was also an account by a former Red Hill employee of the release of 1.3 million gallons of bunker fuel in the 1940s, which principally but not in its entirety flowed into Hālawa Stream. For the purposes of risk assessment and formulating remediation strategies, the Red Hill WAI places the number between 644,000 gallons and 1.94 million gallons—a substantially larger number than previously reported.

The first report of a fuel spill at Red Hill by the Navy to the Department of Health occurred on November 10, 1998, when petroleum-stained basalt cores were discovered beneath tanks, indicating that there were leaks from the tanks into the ground. In the early 2000s, transverse cores were performed beneath each tank, revealing evidence of petroleum staining beneath 19 of the 20 tanks.

On December 9, 2013, the Navy placed Tank #5 back into service and refilled the tank with petroleum after routine scheduled maintenance, including cleaning, inspecting, and repairing multiple areas within the tank. It is believed that a release of approximately 27,000 gallons occurred from Tank #5 between December 12, 2013, and January 6, 2014, and was verbally reported to the Department of Health on January 13, 2014.

PLAINTIFFS_RH_0134122
PX-1490_0017

Following the 2014 fuel release, the Environmental Protection Agency and Department of Health entered into the Red Hill Administrative Order on Consent[21] with the Navy and Defense Logistics Agency.

On May 6, 2021, there was a pressure surge event resulting in the release of approximately 20,000 gallons of jet fuel from supply piping in the lower access tunnel during the refilling of Tank #20. Reported estimates of the fuel released on May 6, 2021, was only 1,600 gallons, and the Navy did not discover that more fuel had been released until the November 2021 incident.

The November 2021 spill directly entered the Red Hill Shaft and the water system serving military dependents, residents, businesses, schools, and child development centers, becoming the precipitous event leading to the defueling and closure of the fuel storage facility

On November 20, 2021, there was a release of approximately 14,000 gallons of a mixture of water and JP-5 jet fuel from a crack in a fire suppression drain line, contaminating Red Hill Shaft and the Navy's Joint Base Pearl Harbor-Hickam drinking water system. Eight days later, customers—many of them military dependents—began complaining of a fuel odor coming from their water and/or an oily sheen. These complaints were followed by reports of family members and pets experiencing health issues such as rashes, mouth sores, stomach aches, vomiting, burning eyes, sore throats, headaches, and nausea.

On November 29, 2021, one day following the complaints, the Department of Health issued an advisory to all users on the Navy's water system to avoid using tap water for drinking, cooking, or oral hygiene, and those who detected a fuel odor to also avoid using tap water for bathing, dishwashing, and laundry.

Over 3,000 residents were required to move out of their homes, with most temporarily relocated for several months to hotels. Several businesses were shut down or were forced to limit their operations by not using tap water. Several public schools and child development centers on the system were also impacted, forced to close off sinks and water fountains, and use only bottled water for handwashing, drinking, and dishwashing.

Across the valley from the Red Hill Bulk Fuel Storage Facility is the Board of Water Supply Hālawa Shaft that supplies 20 percent of the water to metropolitan Honolulu. Immediately after Red Hill Shaft was shut down, the Board of Water Supply shut down Hālawa Shaft and its Hālawa and ʻAiea wells in order to protect the aquifer and the drinking water system from the

---

[21] https://www.epa.gov/red-hill/2015-administrative-order-consent

PLAINTIFFS_RH_0134123
PX-1490_0018

risk of "pulling" the jet fuel plume further into the aquifer toward Hālawa Shaft, and/or drawing contamination directly into the Board of Water Supply's water distribution system.

By December 3, 2021, the Department of Health received nearly 500 complaints of fuel or chemical odors from the drinking water. There were daily headlines and strong calls from the public and public officials for investigations, defueling, and closure of the facility.

On December 6, 2021, the Department of Health issued an emergency order[22] requiring the Navy to immediately suspend operations, deeming the facility to be "an imminent peril to human health and safety or the environment", and to take measures to treat contaminated water and remove all fuel. The emergency order clearly states that the Navy has not demonstrated and cannot ensure that immediate and appropriate response actions are available or will be available should another fuel release occur in the future.

The Navy and Department of Defense contemplated challenging the emergency order in federal court. Ultimately, they withdrew their challenge and on March 7, 2022, the Secretary of Defense issued a memorandum[23] directing all steps necessary be taken to defuel and permanently close the facility.

On August 31, 2022, a class action lawsuit was brought on behalf of military families in U.S. District Court.

Joint Task Force-Red Hill was established to oversee the defueling process. Defueling began on October 16, 2023, and is estimated to be completed in April 2024. Removal of residual fuel and other contaminants is expected to take an additional three to five years.

---

[22] https://health.hawaii.gov/news/newsroom/new-red-hill-emergency-order-sets-expectations-for-safe-defueling-and-closure-of-red-hill/
[23] https://www.defense.gov/News/Releases/Release/Article/2957825/statement-by-secretary-of-defense-lloyd-j-austin-iii-on-the-closure-of-the-red/

PLAINTIFFS_RH_0134124
PX-1490_0019

# Attachment B:  Assumption of Risk

The focus of the Red Hill WAI's inquiry is the remediation needs <u>after</u> the defueling of the tanks and removal of residual fuel and contaminants from the facility. To do so, the group needed a better understanding of what is known and unknown about the fuel contaminants already in the ground. Toward this end, the group heard technical presentations from several subject matter experts for the Department of Health, Environmental Protection Agency, Honolulu Board of Water Supply, and University of Hawaiʻi. Dr. Donald Thomas, PhD, Director of the Center for the Study of Active Volcanoes, UH Hilo, and Senior Researcher for the Hawaiʻi Groundwater & Geothermal Resources Center, UH Manoa, also served as a regular participant from the University of Hawaiʻi on the Red Hill WAI.

Each of these experts had particular areas of knowledge to offer. On a policy basis, there were a few common themes, such as:

- The amount of fuel in the ground is greater than previously reported; most historical releases at the Red Hill Bulk Fuel Facility did not report release volumes.

- The geology beneath and in the area surrounding the Red Hill Bulk Fuel Storage Facility is one of the most complex systems encountered by the subject matter experts who have investigated various national and international remediation sites.

- Large rainfall events have mobilized residual fuels, indicating that there are fuels held up in the vadose zone rocks above the water table for some unknown period of time.

- There is insufficient data to know the extent of lateral and vertical contaminant migration.

## Context for Bioremediation Investigation
## Background Notes from Dr. Donald Thomas

The questions identified for the bioremediation/biodegradation investigations are, to a degree, based on some known facts, some assumptions, and a few basic principles. We know that a substantial volume of fuel has been released from the facility and associated support infrastructure. Initial testing has indicated that the majority of the "lighter" released fuels (gasoline, diesel, JP-5, JP-8) are likely to have migrated through the unsaturated zone to the water table; however, some fraction of these fuels is retained within the unsaturated zone for some period of time until they are evaporated, biologically degraded, or flushed out by rainfall recharge passing through the unsaturated zone. Once the fuel reaches the water table, it spreads across the surface of the water through cracks and interconnected pore space until it reaches a

PLAINTIFFS_RH_0134125
PX-1490_0020

stable free-product thickness after which it resists further mechanical movement by pumping (or more accurately, induced motion of the water in the underlying water table as a result of pumping). In other environments: where the water table is shallow, remediation/restoration of a release can be done by excavation of the fuel-saturated soil with treatment of the soil to remove the fuel free product; or where the fuel is contained in a confined geologic formation, injection of heat/steam can mobilize the fuel in both the vapor and liquid phase and modest fractions of the fuel can be recovered. Neither of these conditions exist at Red Hill and hence the consensus of opinion of the regulatory agency SME team is that these and similar methods would not be able to recover enough of the released fuel to have a significant effect on recovery/restoration of the aquifer.

At other release sites where recovery/removal of released fuel is not possible, a frequent strategy applied to the free product plume is Monitored Natural Attenuation, which consists of monitoring of the dissolved contaminant plume generated from the free product and allowing biodegradation of the fuel to proceed naturally with little or no intervention to accelerate the process. This is an option for Red Hill as well, but would mean that free product could remain present for a century or more and development of new production wells in this region would be at risk of encountering free product or contaminated groundwater. ("could" is underlined above because we are not certain where the free product is, other than some that is likely present near RHMW02, and most of the water samples being collected currently show very low levels of dissolved contaminants.)

The alternative to Monitored Natural Attenuation is to take measures to accelerate the natural process of biodegradation using strategies that would: increase the population of microbial fuel degraders in the groundwater; increase the access of the microbial degraders to the fuel; or increase the availability of other required nutrients of the microbial fuel degraders to increase their populations. Each of these actions can have side effects that, under some sets of conditions, could increase the risks to the drinking water supply and, hence, any proactive effort to apply these methods will require detailed investigation to ensure that those risks are known and can be managed in a way to minimize or eliminate any likely impacts to surrounding drinking water sources. For example, the different organic compounds making up a given fuel have varying levels of toxicity; as the fuel biodegrades, new chemical compounds are created—referred to as intermediary compounds—that are progressively broken down until the final breakdown products are carbon dioxide and water. The intermediary compounds add further complexity and uncertainty in terms of human health risks, and some of the intermediates may even have higher toxicities than the original compounds making up the fuel. By accelerating the breakdown of the fuel, we would be (temporarily) increasing the concentration of those compounds in the water column until they too are broken down further. Hence, if we undertake an action to accelerate the biodegradation, we will need to be certain that water flow rates and directions from that treatment site are either not toward a drinking water source, or the rate of transport is slow enough that both the original fuel constituents and the intermediary compounds are either fully broken down or at concentration levels low enough so as to pose no threat to the consumers of that water.

This, in part, is the motivation behind development of the groundwater flow model: once we know the locations of the free product and the rate and direction of water flow, we can determine

PLAINTIFFS_RH_0134126
PX-1490_0021

whether treatment of the free product plume would likely allow contaminants to flow toward any of the production wells in the area; and, as will be discussed below, that flow model, once validated, will also form the foundation of a Fate and Transport model. The Fate and Transport model will incorporate the reactivity and biodegradation rates of the fuel constituents (and the intermediary byproduct compounds of biodegradation) to determine how fast and how far those constituents can travel in the water column.

## While fuel naturally biodegrades over time, the presence of fuel from 80+ years in the Pacific offers a cautionary tale

A memorandum from Dr. Peter Peshut provides a brief description of "legacy" petroleum contamination in soils and geologic substrates in the Pacific, which has been widely observed and documented though poorly remediated.

Dr. Peshut describes three sites of which he has personal knowledge based on over 30 years working among the government agencies: Aūa Tank Farm on Tutuila Island in American Sāmoa, Isley Well Field in Saipan in the Commonwealth of the Northern Mariana Islands, and the Blue Bay Bulk Fuel Storage Facility on Malakal of the Republic of Palau. In Sāmoa, under conditions of high rainfall and steep terrain, the legacy petroleum has remained as free product for 75 years. In Saipan, fuel remains volatile after 50 years in the ground sitting atop the water table. In Palau, the Malakal plume may be nearly 100 years old.

PLAINTIFFS_RH_0134127
PX-1490_0022

## Attachment C:  Monitoring and Testing

Monitoring and testing play key roles in risk assessment and remediation

More information than currently available is needed to assess immediate and future risks, and to inform remediation planning and actions

In the past few years, subject matter experts advocated for the installation of many more monitoring wells beyond the surface footprint of the fuel facility. In 2023, the Navy attempted the siting and drilling of 23 wells.

Recognizing the faster moving development of the monitoring infrastructure, the Red Hill WAI, the Governor's Office, and the state Office of Planning and Sustainable Development produced a map showing current and planned wells, as of October 2023. A digital version is available for viewing at:

https://www.capitol.hawaii.gov/CommitteeFiles/Special/HSCRH/Document/RedHillWelldata.pdf

There is a need to establish a "sentinel" monitoring grid between the fuel facility and water production wells

The proposed "sentinel" grid is designed to heavily supplement existing testing sites and provide expanded coverage of the most likely directions of contaminant movement within the basal aquifer. Actual siting will be dependent on terrain, access, compatibility with surface activities, and other factors. Coordination with the applied research efforts for remediation will be key, especially as the knowledge develops of geological and hydrogeological formations as well as particle flow projections.

The proposed grid would consist of shallow and deep wells installed at each location. Shallow wells will screen above and below contact with the basal aquifer. Deep wells are intended to screen approximately 50 feet below the surface of the basal aquifer. These will be 4-inch diameter wells.

Estimated project period is 5 years.

Beyond measuring and monitoring what is in the ground, we have a responsibility to the health of the ecosystem

From mauka to makai, an ecosystem approach addresses surface and underground land, water, and species.

The goal of monitoring is to determine and quantify how the ecology of Hālawa Stream and the lower estuary area is being impacted by the Red Hill recovery, and to understand what mitigation measures may be necessary. This would include establishing testing and monitoring for the

C-1

entirety of the Hālawa stream ecosystem, including terrestrial biota, aquatic biota, and stream flow monitoring.

In the mauka areas, the Department of Land and Natural Resources proposes monitoring in the forest reserves, including continued support of U.S. Geological Survey research and data collection that quantify impacts of forest species on water availability and recharge. The goal is to determine the impacts to the recharge for Pearl Harbor and adjacent aquifers.

In the makai shoreline areas, the challenge is to measure and analyze the confluence of contaminants from multiple sources. The goal is to determine impacts to marine resources we consume, the health of the resources, and impacts on cultural practices. The monitoring area would include the makai end of Hālawa Stream, Pearl Harbor and Māmala Bay, and the marine environment along the south shore.

PLAINTIFFS_RH_0134129
PX-1490_0024

# Attachment D: Remediation

There appear to be relatively few options available for remediation of prior fuel releases and many unknowns. In stewardship of the aquifer, the pursuit of the unknowns is a responsibility. Where are the residual fuels in the vadose zone and at the water table? What are the methods to identify fuel-contaminated rocks and soils? What are the methods, effectiveness, and risks of enhanced biodegradation in the conditions specific to Red Hill? And what, therefore, is the remediation plan based on the findings?

At the request of the Red Hill WAI, Dr. Donald M. Thomas, Geochemist, and his colleague Dr. Tao Yan, whose specialty is in environmental microbiology and biotechnology, at the University of Hawai'i prepared a description of work.

There are three phases: (1) information gathering; (2) field testing and process refinement; and (3) full implementation of remediation and restoration of the vadose zone and water table.

## Phase I: Information Gathering

### Task I.1: Fuel volume and distribution

One of the earliest Phase I tasks will be an audit of prior Navy and regulatory agencies' records to compile and analyze the distribution of known and suspected releases that have occurred in and around the facility. This would include not only the fuel tanks, but also pumping stations, oily waste disposal facilities, "slop" tanks, pipelines, valving banks, and other associated equipment. Recent findings have shown that the data that has been made available to the regulatory agencies is by no means complete. Better documentation will provide us with a starting point for more active methods of determining the likely extent of contaminated soils and rock within the vadose zone and the underlying water table.

### Task I.2: Controlled source geophysical surveys over suspected fuel release sites

There are relatively few methods of detecting fuel at the interface between the unsaturated and saturated zones at the water table. With the substantial depth to the water table, direct measurement by drilling is not considered to be reliable or cost-effective due to the number of boreholes that would need to be drilled and the hit-or-miss nature of the measurements. There are geophysical methods that have been successfully applied to the detection and mapping of contaminated ground; however, the most successful of those attempts have been able to detect fuels at significantly shallower depths than occur at Red Hill. This site will be even more challenging due to the existing infrastructure (e.g., electrical power lines, buried pipelines, tanks, etc.) that can produce interfering signals or electrical anomalies in the geophysical measurements. The most likely geophysical method that could detect the impacts of fuel at the water table are likely to be

PLAINTIFFS_RH_0134130
PX-1490_0025

controlled-source electro-magnetic surveys over the areas of interest. These surveys
would need to take advantage of what is learned from the ongoing geophysical
investigations at Red Hill as well as the dye tracer investigation and the groundwater flow
modeling work. (It is most likely that spread of the released fuel plumes will be elongated
in the direction of groundwater flow.)

### Task I.3: Groundwater forensic analysis of fuel degradation byproducts

Assessment of the distribution of the fuel plume can be derived from further analysis of
the total organic carbon (TOC) in water samples from the Navy's monitoring well
network. Elevated levels of TOC above those naturally present imply that an upgradient
source of hydrocarbons is present. We can also analyze for specific fuel biodegradation
products generated by the breakdown of the fuel. (Where we find biodegradation
products, we can reasonably infer that fuel is present in the rocks up the flow
gradient from the sampling point.)

**Microbiological forensics:** Analysis of water samples for biological evidence for the
presence of microbial fuel degraders: whether by detection and quantification of specific
microbial fuel degraders directly or through comparative analysis of microbial
communities present in fuel-exposed waters and non-fuel-exposed waters. A potentially
more sensitive method for detecting evidence of fuel degraders is through the use of
genetic amplification methods that will be able to detect much lower concentrations of
genetic fragments of fuel degraders that will persist in groundwater for extended periods
after the water has passed through a degrading fuel plume.

**Drilling:** Full characterization of the extent of the fuel contamination may also require
drilling additional monitoring holes where none currently exist. If the dye tracer testing
and the groundwater flow model indicate flow trajectories that are significantly different
from those that have been considered up to the present time, it may be necessary to drill
and sample additional test holes to ensure that we have fully characterized the extent of
the free product fuel remaining in the formation.

### Task I.4: Determination of fuel volumes contained within the vadose zone

Laboratory testing of rock samples, model development of flow through the
vadose zone, and field monitoring of fuel vapor concentrations will support the
determination of fuel volumes in the vadose zone

**Petro-physics:** Two types of laboratory testing need to be performed to better constrain
the amounts of fuel remaining within the vadose zone beneath release sites:

(1) Laboratory testing of samples of the different types of rocks (e.g., massive basalt, 'a'ā
    clinker and welded 'a'ā clinker, pāhoehoe basalts, saprolite [heavily weathered

PLAINTIFFS_RH_0134131
PX-1490_0026

basalts], alluvium, and marine and terrestrial sedimentary deposits) to determine their
ability to absorb and retain liquid fuels as well as their ability to release retained fuels
when exposed to infiltrating rainfall; and

(2) Laboratory testing of rock cores where the rock layers are known to have been
exposed to fuels at some point in the past. The Navy has collected, and continues to
collect, core samples from monitoring wells being installed around the Red Hill Bulk
Fuel Storage Facility; some of those cores show evidence of having been exposed to
petroleum products at some point in the past. Laboratory extraction of the petroleum
products from those cores will enable us to determine what quantities of fuel can be
retained for extended periods of time within the rocks; how their compositions change
with time; and what degree of risk the residual compounds pose for long-term
contamination of water supplies below the vadose zone.

**Model development:** As fuel moves downward through the geologic formations of the
vadose zone, there will be both vertical and lateral (down-slope) flow and spread of the
fuel and progressively increasing volumes of rock exposed to the fuel until it reaches the
water table. Although the Navy contractor attempted to model this process, the resultant
model did not take into account the structural complexity of the geologic formations
present below the facility and was rejected. This effort will have to be repeated and
substantially improved in order to better approximate the volumes of rock in the vadose
zone that have been exposed to prior documented fuel releases. This model will also be
an extremely valuable component of the remediation program. When treatment agents are
injected into the vadose zone to enhance degradation there, these models will allow us to
better assess the distribution of the treatment agents as they migrate toward the water
table.

**Field Monitoring:** Fuel vapor concentrations below the tanks have been used for more
than fifteen years to identify new fuel releases which produce significant, localized
increases in hydrocarbon vapors in the vicinity of the leaking tank. Although this is an
indirect method of quantifying the amount of residual fuel in the vadose zone, continued
monitoring of fuel vapors will enable us to assess natural attenuation/degradation of
residual fuel prior to treatment and to assess the efficacy of one or more enhanced
biodegradation strategies after they are applied to areas in which residual fuel is present.

## Task I.5: Determination of fuel distribution at the surface of the water table

Investigation of prior work of fuel interactions in water-saturated rock, and
laboratory work to test the intermixing of fuel and water in the effects of adding
emulsifiers and surfactants will support the determination of fuel distribution at
the water table.

A **literature search** will be performed to compile prior work of fuel interactions with
water-saturated rock from prior fuel releases in similar geologic environments to Hawai'i

PLAINTIFFS_RH_0134132
PX-1490_0027

as well as in (rare) oil reservoirs that occur in basalts. These investigations will be evaluated for insights into how fuel and water distribute themselves in a saturated environment as well as an active environment where the water table is rising and falling (the so-called smear zone).

**Laboratory investigations** and testing of fuel, water, and fractured crystalline rock will be performed to determine the degree of intermixing between the fuel and water; degrees of infiltration of the fuel into the water saturated rocks; and the effects of adding emulsifiers or surfactants to the water column on the distribution and mobility of the fuel within this system. Ultimately, the goal of this effort will be to determine the thickness of a stable fuel+water plume at the water table below Red Hill, the estimated overall area of that plume given the known volume of fuels released, and the effects of modifying the surface tension of the water with surfactants on mobility of the oil plume.

### Task I.6: Development of a Contaminant Fate and Transport model

In order to safely undertake an enhanced bioremediation program for the contaminated vadose zone and aquifers, we will need to develop a Contaminant Fate and Transport (CF&T) model that will consider the rate and direction of water flow within and around any prospective areas of treatment along with the half-lives/decay rates of the primary compounds in the fuels as well as the intermediary compounds that are produced during the biodegradation process. This model will enable us to perform risk assessments for the likelihood of impacting drinking water sources in the aquifers surrounding the facility. This model will be tested and validated in the Phase II Field Testing and Validation of enhanced bioremediation approaches that will be applied.

### Task I.7: Characterization of the fuel biodegradation processes and products in the Red Hill aquifers

In order to characterize the existing microbiome that is present in the groundwater below the facility, groundwater samples will need to be collected from all wells showing evidence of the presence of primary fuel compounds and secondary byproducts of degradation. The biodegradation products will be quantified and chemically profiled to characterize the entire suite of intermediary compounds produced during the natural biodegradation process. Biodegradation kinetics models—that can be coupled with the groundwater flow and CF&T models—will be developed to describe the breakdown of the fuel compounds in the water column.

### Task I.8: Characterization of the biodegradation microbiome in the Red Hill aquifers

Water samples from wells impacted by prior fuel releases will be subjected to microbiological, molecular, and metagenomic analysis to detect and quantify bacterial species, their genes, and metagenomes that are responsible for, or involved in, the natural biodegradation processes. Having characterized the constituents of the microbiome

D-4

associated with biodegradation, the genetic "fingerprint" of fuel degradation will be used to compare with water from other monitoring and drinking water wells surrounding the facility to determine which, if any, show evidence of receiving water that has been exposed to fuel-derived contaminants.

## Task I.9: Bench-scale feasibility tests of in situ bioremediation: effectiveness and potential risks

Bench-scale tests under natural conditions and enhanced processes will test the efficacy and risks of bioremediation.

The project will construct bench-scale climate-controlled reactors to characterize biodegradation processes and rates under natural conditions as well as under a variety of different enhanced bioremediation strategies.

Bench-scale testing under natural conditions will expose samples of Red Hill basalts to relevant fuels and then immerse them in water samples collected from the monitoring wells below the facility and allow biodegradation processes to proceed while maintaining water chemistry conditions (e.g., pH, dissolved oxygen content) to remain similar to those under the tanks. Similar bench-scale testing will also be performed on fuel-exposed basalts under conditions similar to those occurring in the vadose zone below the fuel tanks, including periodic flushing with water having a composition similar to rainfall recharge and atmospheric conditions of high humidity and typical oxygen contents. For each suite of samples, the water phase will be: chemically analyzed for biodegradation byproducts and rates of biodegradation, and analyzed metagenomically for the baseline microbiome and evolving microbiomes responsible for breakdown of the fuel hydrocarbons.

Bench-scale testing under aquifer and vadose zone conditions will then be conducted under a variety of "enhanced" biodegradation conditions that will include: (1) nutrient (nitrogen/phosphorous) amendment; (2) oxygen amendment; (3) soil/water interface enhancement with surfactant; and (4) others while conducting analytical testing of the biodegradation products and microbiome present in the fluid phase. The effectiveness of these treatment strategies will be demonstrated through long-term experiments (3-4 years) to determine the oil degradation rate, benchmark operational costs, and monitor the impacts of enhanced biodegradation on groundwater quality.

## Task I.10: Develop novel DNA markers as groundwater tracers

DNA tracers can be detected with extraordinary sensitivity through modern gene amplification techniques and can be easily multiplexed. This is particularly useful for aquifers with high heterogeneity and where multiple points of entry exist; whereas they are free of the drawbacks of many currently used tracers which can potentially adversely affect water quality and aesthetic acceptability, DNA tracers are not entirely conservative because they can be degraded biologically in situ. The project will test different strategies to make DNA markers recalcitrant yet still detectable, including methylation, supercoiling, chimera formation, and complexation with carriers. Development of these tracers will be particularly valuable when the second phase of the remediation work is

PLAINTIFFS_RH_0134134
PX-1490_0029

undertaken. Field testing of enhanced biodegradation techniques will need to be able to track the trajectories of the treated aquifer waters over substantial distances to ensure that biodegradation products are not impacting, or likely to impact, existing sources of drinking water. Use of conventional dye tracers over these distance ranges would likely require quantities of dye that would pose additional risks to near-field water quality.

## Phase II: Field Testing and Process Refinement

Phase II will transition the laboratory investigations to the field in order to: demonstrate the efficacy of the laboratory demonstrated biodegradation enhancement strategies; develop more robust "dose/response" characteristics of the enhancement strategies under real world environmental conditions; better assess the risks to potential downstream receptors of varying levels of enhancement of the biodegradation processes; test one or more risk mitigation/risk reduction strategies under field conditions.

### Task II.1: Selection of test sites for enhanced bioremediation/restoration

We anticipate selecting three separate test sites for enhanced bioremediation: one located in alluvium (valley fill) materials; one in saturated basalts; and one in vadose zone basalts. Each geologic type represents locations where fuel contamination is known to have occurred, and each enhancement strategy will need to be developed specific to the hydrogeologic conditions present in those materials. The specific sites will be chosen based on evidence of contamination developed during Phase I: Tasks 1, 2, and 3 as well as results of Groundwater Flow and Fate and Transport modeling that will be used to estimate downstream risks to potential receptors that could be impacted.

### Task II.2: Formulate a plan for enhanced bioremediation/restoration strategy for each site; complete engineering design for remediation site; install remediation infrastructure; design and install downstream monitoring network.

The enhanced bioremediation plan will specify what amendments and non-reactive DNA tracers will be added; how they are to be added to provide uniform coverage of the contaminated area; where monitoring wells will be installed to gauge the impact of the amendments; and where downstream monitoring wells will be placed to track the flow of degradation byproducts away from the site. Each plan will need to be designed for the geologic and environmental conditions unique to the material that was contaminated with fuels and according to natural groundwater and recharge conditions specific to that site. As specified by that plan, a network of injection wells will be installed at appropriate spacings and to the appropriate depths. Likewise, the downstream monitoring well network will need to be installed at appropriate spacings down the flow gradient to allow for monitoring the concentrations of degradation byproducts and to act as sentinels for transport toward potential receptors.

PLAINTIFFS_RH_0134135
PX-1490_0030

**Task II.3:  Execution of the enhanced bioremediation/restoration test at each site and initiation of downstream monitoring**

Execution of the remediation testing will begin at low to moderate levels of amendment addition to ensure that the impacts on down-gradient water quality do not rise to unmanageable levels or appear in unexpected down-gradient wells. As monitoring indicates that amendment levels can be safely increased, coverage of the test sites will be increased and volume of amendments will be increased to find optimum levels that facilitate an increase in biodegradation while minimizing impacts on down-gradient water quality. Throughout the testing and refinement of the enhanced biodegradation test, close surveillance of water quality within and down-gradient of the treatment area will be maintained for:  contaminant levels, biodegradation byproduct concentrations, and other groundwater quality parameters as well as for evolution of the microbiome responsible for the enhanced biodegradation processes. At the conclusion of the testing program, one or more additional test holes will be drilled into the formerly contaminated zones to determine the remaining levels of residual fuel compounds present in the treated zone.

Over the course of the field-testing program, monitoring data will be compiled and integrated into the Contaminant Fate and Transport model that will allow us to better estimate the potential impacts of enhanced bioremediation at the remaining contamination sites during full implementation of a remediation and restoration program. We estimate the duration of the testing program to be approximately five years.

**Phase III:  Full Implementation of Remediation and Restoration**

Based on the results of the Phase II field testing, the remaining sites where fuel contaminants have been identified will be assessed for the feasibility of enhanced bioremediation. A remediation plan will need to be developed for each site based on the area being treated, the type of geology involved, the depth of the residual fuel in the vadose zone or at the water table, assessments of risks associated with enhanced remediation to down-gradient receptors derived from the Contaminant Fate and Transport model, as well as any other relevant factors that will impact design, deployment, and operation of a treatment system. Sites will be prioritized for implementation based on the risks they currently pose to existing drinking water wells in the region surrounding the facility as well as the risks posed by the enhanced biodegradation treatments.

Because key data that has not yet been compiled will be needed to determine the number of sites that will require remediation and restoration, cost estimates were produced for a nominal suite of sites consisting of:  five small sites (less than one hectare of footprint); five moderate-sized sites (one to five hectares); and two large sites (up to 20 hectares).

PLAINTIFFS_RH_0134136
PX-1490_0031

# TAB W

# Social, economic, and health impacts of the Red Hill fuel spill: preliminary results from a survey

## By Tara Sutton, Leah Bremer, Ruben Juarez, Nicole Siegal, Nathan DeMaagd

University of Hawaiʻi Economics Research Organization
Water Resources Research Center
Department of Geography & Environment







PLAINTIFFS_RH_0124813

PLAINTIFF'S
TRIAL EXHIBIT
PX-1194

PX-1194



Image credit:



PLAINTIFFS_RH_0124814



PLAINTIFFS_RH_0124815



Image credit:


PLAINTIFFS_RH_0124816

PX-1194_0003



**250 ft**
At 250 ft., each tank is big enough to hold the Aloha Tower.

184 ft

**100 ft**
between the bottom of the tanks and the top of the groundwater table

**AQUIFER**

**One of the island's largest aquifer is endangered for fuel contamination.**

» Board of Water Supply pumping stations heavily rely on this aquifer, including the one of the largest stations, the Hālawa Shaft.

» Before shutting down, the tainted U.S. Navy Well pumped water from this same aquifer.

Image credit:

» The tanks are made of concrete with a 1/4 in steel liner

» As these thin steel liners corrode, leaking fuel can contaminate surrounding enviroment

» Since 1943, at least 180,000 gallons of fuel have leaked from the Red Hill facility

PLAINTIFFS_RH_0124817

PX-1194_0004

# Perspective



PLAINTIFFS_RH_0124818

# Perspective



PLAINTIFFS_RH_0124819

PX-1194_0006

# Background

In response to the Nov 2021 fuel spill, the HDOH and Centers for Disease Control Agency for Toxic Substances and Disease Registry (CDC/ATSDR) conducted two studies:

- January-February 2022: in a convenience sample of 2,289 water users to assess immediate physical and mental health impacts.
  - 87% percent of respondents reported at least one new or worsening physical or mental health symptom since the spill.
- September 2022 of 986 respondents found that
  - 80% continued to report symptoms.

These findings raise concerns as to the ongoing physical and mental health impacts as well as various social and economic repercussions from economic challenges to trust in institutions.

PLAINTIFFS_RH_0124820

PX-1194_0007

# Goals of this Study

Respond to concerns from the DOH and CDC/ATSDR with a deeper lens and unique contributions to the Red Hill conversation

- Explore ongoing impacts of the spill while addressing the need for broader look at well-being:
  - Physical & Mental Health
  - Economic & Social Impacts
  - Satisfaction with Crisis Response
  - Perceptions of Trust in Institutions
- This latest survey is part of the UHERO Rapid health survey, allowing for a comparison of health impacts between those affected by the spill and those who were not

PLAINTIFFS_RH_0124821

# Recruitment

The CDC/ATSDR supported the study by sending an email to their previous participants who had provided contact information (n-1900)
- Of these, 174 people completed the survey
- Representing a 9% response rate

A longer and more intensive recruitment strategy may allow for a larger survey respondent group in the future, but this survey provides a glimpse into the experiences of water users about 2 years after the event.

This presentation is intended to provide high-level preliminary results focused on self-reported ongoing physical and mental health symptoms, overall household impacts, and levels of trust in institutions.

PLAINTIFFS_RH_0124822

PX-1194_0009

# Exposure Zone



N=174



For more information about the JBPHH-SafeWaters.org
water line zones, click or scan:

PLAINTIFFS_RH_0124823

# Self-reported physical & mental health symptoms



PLAINTIFFS_RH_0124824

PX-1194_0011

# Please rate the following in terms of how impacted you feel your household was by the fuel spill?



PLAINTIFFS_RH_0124825

PX-1194_0012



Institutional Trust

PLAINTIFFS_RH_0124826

PX-1194_0013

# How satisfied are you with the response of the following institutions to the November 2021 fuel spill?



PLAINTIFFS_RH_0124827

PX-1194_0014

# How much confidence do you have in the following groups to act in the public's best interest?



N=174

PLAINTIFFS_RH_0124828

PX-1194_0015

# Limitations & Future Goals

We recognize the limitations of the sample size in this study and make no claims to the generalizability to the entire population of Navy water line users.

Pending funding, we intend to conduct a longer, more intensive recruitment which may allow for a larger survey respondent group, and in depth look into the Red Hill community.

PLAINTIFFS_RH_0124829

PX-1194_0016

# Acknowledgements

This work was funded by the Hawaiʻi Department of Health. We thank the Center for Disease Control/ATSDR and the Hawaiʻi Department of Health for their support in helping to recruit participants. We also thank Mia Comeros Raynal and Aurora Kagawa-Viviani for their support as part of the University of Hawaiʻi Red Hill Task Force. We also thank Colin Moore for helpful feedback. Above all, we are grateful to the survey respondents who shared their stories and experiences with this crisis.



PLAINTIFFS_RH_0124830

To read the UHERO Blog
click or scan:



To watch the live
recording of this
presentation on the
official CRI website
click or scan:



PLAINTIFFS_RH_0124831

PX-1194_0018



PLAINTIFFS_RH_0124832