LYLE S. HOSODA          3964-0
KOURTNEY H. WONG      10827-0
SPENCER J. LAU          11105-0
HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
Email: lsh@hosodalaw.com
khw@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR          *Pro Hac Vice*
JAMES BAEHR              *Pro Hac Vice*
MARY M. NEUSEL          *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Email: kristina@well.law;
jim@well.law; maggie@well.law

FREDERICK C. BAKER    *Pro Hac Vice*
JAMES W. LEDLIE        *Pro Hac Vice*
KRISTEN HERMIZ        *Pro Hac Vice*
CYNTHIA A. SOLOMON   *Pro Hac Vice*
SARA O. COUCH
MOTLEY RICE, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com

*Attorneys for the plaintiffs*

(case caption continued on next page)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:22-cv-397-LEK-KJM<br>(Federal Tort Claims Act)<br><br><br>**DECLARATION OF AMANDA FEINDT** |

## DECLARATION OF AMANDA FEINDT

I, Amanda Feindt, declare as follows:

1.      My name is Amanda Feindt, and I am 39 years old. I was born in Newport News, Virginia and grew up in the Hampton Roads area. I come from a long line of military leaders who served in every major war in US military history. I was a senior in high school when the planes hit the twin towers in New York City on 9/11.  Although I had other plans for college, I felt called that this was my time and duty to serve our country and follow in the footsteps of the brave men in my family who came before me.

2.      I went to Radford University on a track scholarship and eventually joined Virgina Tech's New River Battalion Reserve Officer Training Corps

1

(ROTC). There, I received my commission into the United States Army, becoming the first female and first officer to serve in my family.

3.    I have now served on active duty in the Army for nearly 18 years. I have several overseas tours, including a combat tour in Afghanistan in support of Operation Enduring Freedom. I am a joint-qualified human resources officer and have a master's degree in Human Resources Management. As a former Commander in the 82nd Airborne Division, a Recruiter, and Professor of Military Science at George Mason University I have a great deal of passion for the young men and women who volunteer to serve our country.

4.    Of all the Army mottos, "People are our greatest Asset" resonates most with me. In addition to my primary duties in the military, I am a nationally certified Sexual Assault Victim Advocate and Master Resiliency Trainer. I am still in the military, but have been in a "patient status" in the Army's Soldier Recovery Unit for over a year as I seek care for ongoing illnesses sustained from Red Hill.

5.    Patrick and I got married in 2015. We have two children—our daughter, P.F. (6) and our son, P.F., III ("T.F.") (4). Conceiving them was not easy. We also experienced a painful loss of a child through miscarriage in between. I was exposed to burn pits in Afghanistan, and doctors believe it affected my fertility. Both of our children were conceived with the help of infertility treatments.  We feel very blessed to have our two children and would do anything for them.

2

## The Contamination

### A.    Life in Hawaii

6.      We brought a healthy family to Hawaii, with two sweet littles, one of whom was two years old, and the other just three months old. Patrick and I grew up by the ocean, and we couldn't wait to raise our children by the ocean, too. We were grateful for the opportunity to raise them in a diverse environment with rich culture, while embracing the spirit of Aloha.

7.      We were gracious tenants of the island for two years. One of the silver linings of this experience has been growing a bond with local Hawaiians, and the support that they have given to me and my family. As I explain below, the military turned its back on my family. But Hawaiians turned towards us. I will never forget the Oahu Water Protectors and members of the Sierra Club who stood in solidarity with us and offered us their support and Aloha.

8.      We lived in Ewa Beach first for eight months, and we had no illness there. We then moved onto Ford Island in late April 2021. A true and correct copy of our lease and community handbook is attached at Tab C (PX-1014) to the Feindt Composite. I personally signed the lease agreement for our home while leasing the property from Ohana Military Communities, LLC. I have direct knowledge of the lease and its contents because I was actively involved in the discussions leading up to its execution.

3

9.     I also received an email from a Navy employee named Rosalyn Escala from the Navy Housing Service Center, a true and correct copy of which is attached at Tab H (PX-2297). That email included information about a Tenant Bill of Rights and an attachment entitled Public-Private Venture Mandatory PPV Housing Resident In-Brief, a true and correct copy of which is attached at Tab I (PX-1192).

10.     Almost immediately, we began experiencing skin rashes, eye irritation, headaches, coughing and dizziness. T.F. developed a terrible rash that covered his lower body – the areas that were typically submerged in bath water. Patrick began to have eye infections and migraines. We learned later that the fuel at Red Hill had been leaking into our drinking water for decades. But nothing compared to what we would experience after the fuel release in November 2021.

**B.     Fuel Release & Illness**

11.     In November, my parents visited Ford Island for several weeks. Over Thanksgiving weekend, our family was sick. I had full body hot flashes and nausea.  Patrick had headaches and nausea. T.F. had a fever and was throwing up. My mom had diarrhea and vomiting. And my dad had vertigo and nausea.

12.     When I got back to the office after Thanksgiving on Monday, November 29, I learned that several of my coworkers and their kids had been sick

over the break. I began to hear about issues with the water, but nothing clear or definitive.

13.    That day, Navy Captain Spitzer, the Commander of Joint Base Pearl Harbor Hickam sent a mass email saying: "I can tell you at this point that there are no immediate indications that the water is not safe. My staff and I are drinking the water on base this morning, and many of my team live in housing and drink and use the water as well." He also represented that there had been no smell at the tanks.

14.    He did not mention that there had been a fuel release of thousands of gallons of jet fuel close to the Red Hill well that could have compromised the drinking water just the week before.

15.    At the time, I was the Deputy J1 Human Resources Officer and attended most of the senior meetings. Our weekly meetings with our commanding general became daily meetings as the situation developed.

16.    At first, there was not much information about what was wrong with the water, and we were told that the Navy was trying to figure it out. Even in meetings with our commanding general, we were not told that there had been a fuel release that risked the water source. We were also not told that the Department of Health had issued a water advisory. I did not discover that advisory until late December on their Instagram social media page.

17.    We were, however, told that there were "impact areas," such as Halsey Terrace where there was a smell in the water. My job within the J1 was to find those in our unit who lived in those specific impact areas.

18.    Ford Island, where my home was located, was not initially included as an impact area. Ford Island is an island set apart from the larger base. It did not occur to us that we would have the same water source. Our family continued to drink and use our water as normal.

19.    Then we all received a November 30, 2021 email from the Residential Servicing Office that petroleum had <u>not</u> been detected in the JBPHH water. They claimed that they were "still investigating" the source of the smell. Here is a true and correct copy of the email I received:



---------- Forwarded message ----------
From: **Ohana Navy Resident Portal** <<u>no-reply@rentcafe.com</u>>
Date: Tue, Nov 30, 2021 at 7:55 AM
Subject: Message from JBPHH
To: <<u>amandafeindt@gmail.com</u>>

Ohana Navy - Ford IS - Luke Field

Hello AMANDA,

**DOH and Navy tested water – no measurable quantities of fuel found. Navy pursuing additional, stringent testing**

Navy and Department of Health test results on water samples from various locations on Joint Base Pearl Harbor-Hickam, including military housing, have not detected petroleum constituents in initial testing.

More stringent tests are being conducted by qualified independent water testing labs on the mainland to ensure water purity meets EPA standards. Results are expected later this week.

The Navy's current guidance for Joint Base Pearl Harbor – Hickam military housing residents is to report any chemical or petroleum odors associated with their potable water. If chemical or petroleum odors are present, recommend avoiding ingestion as a cautionary measure. The Navy is moving forward to provide sources of drinking water to affected residents and to sample affected locations.

On Sunday and Monday, Navy engineers inspected water storage tanks, wells and

Tab J (PX-1104). The bold headline reassured that the water was still safe. But in

any event, we didn't think any of this applied to us on Ford Island.

20.    On December 3, 2021, my family received an email that the Navy had

verified that Ford Island was <u>not</u> impacted by the jet fuel leak, and our water had

been "cleared" for use. This is a true and accurate copy of the email we received:

---------- Forwarded message ---------
From: **Ohana Navy Resident Portal** <<u>no-reply@rentcafe.com</u>>
Date: Fri, Dec 3, 2021 at 12:21 PM
Subject: Navy Water Update
To: <<u>amandafeindt@gmail.com</u>>


12/3/2021 Morning Update


Dear Residents,

The Navy has announced and verified that Manana, Camp Smith, Ford Island,
and Pearl City Peninsula's water has been confirmed as being cleared to use.
These neighborhoods have not been utilizing the Red Hill water source.

Tab K (PX-1111).

21.    Of course we continued to use the water—cooking, bathing, laundry,

drinking, etc. Even Camp Smith, where my work was located and where I swam on

a daily basis, was on the cleared list. I stayed focused on helping my fellow service

members and their families at work.

22.    On December 6, 2021, it became apparent to all of us that the extent

of the contamination for JBPHH was far worse than the Navy had previously

represented. Captain Spitzer issued an apology, regretting his statement that the

water was safe. More people were getting sick. But again, we didn't know that we were at risk.

23.    Then we received a notice on December 8 from the Child Development Center, where P.F. and T.F. attended daycare. The Navy stated that our CDC had been supplied with bottled water since November 29th. At this point, we began to worry. Why would the Government give bottled water to the CDC on Ford Island if Ford Island wasn't impacted? And why hadn't we been told that they had concerns about our kids' water for over a week? We also knew that the email was not accurate. We knew that our kids had been washing their hands and using tap water as of that morning when we dropped our kids off.

24.    Also on the 8th, I saw a news report that stated the Navy found contamination in a second well, further expanding the affected areas to include Ford Island, which would include both our home and the CDC. I called the EOC and was told that I should assume my water was <u>unsafe</u>. But at this point, the Navy had still not issued any notice of any risk to our home.

25.    We realized we had been misled, and from that day forward, we did not use or consume the tap water from our home.

26.    The next day, on December 9, we found a note on our door from Task Force Ohana that said not to drink the water in our home. This is a true and accurate picture of that note that I took:



Tab L (PX-1175).

27.     Only Army families received this note. I now know that there was infighting between the Army and the Navy about when to warn. I emailed the CDC voicing concerns that our children should not be drinking any water from the tap. At this point, our CDC had still not been provided with clean water as the Navy had represented. Attached at Tab M (PX-1006) is a true and accurate copy of the email that I sent.

28.     I went to the AMR Tactical Operations Center to find out what I could and get resources for my own family. There I spoke with GEN Flynn's Executive officer about Ford Island CDC. GEN Flynn was the commander of all US Army Forces in the Pacific.  He assured me Ford Island CDC would get clean water immediately. He called me that evening to confirm.  While I was there I also picked up water from one of the distributions points and we used bottled and boxed water in our home while we figured out what to do next.

29.     We were worried our children would accidentally turn on or play with the water, so Patrick turned the water off at the source of our home. We were camping at home without water.

30.    Patrick and I felt like someone had pulled a rug out from under us. We had believed our home had been safe. Patrick and I didn't have the chance to take care of our own family and prevent them from harm.

31.    I went into Mama Bear mode and began voicing our concerns about the water and exposure in our home. I was furious and began to speak out on behalf of all our children at the CDCs who were not being protected. If people were our greatest asset, I believed that they should be treated as such. It was not too late to turn this response around.

32.    I asked for help from JBPHH leadership on December 10. I met with Captain Anthony Pecoraro, Chief of Staff for JPBHH, and he promised that children would be prioritized and that the Navy would test the water at our home that day. I told them that they had to start being transparent about what was going on and give clear directions. He told me that there were "**gag orders**" regarding the contamination. They were not being direct and truthful because they were told not to be. He also told me that impacted areas were deemed "impacted" by the number of call-ins from those neighborhoods, not by actual water testing.

33.    The Navy did come test our water that day. Specifically, Master Sergent Craig Swicki from NFAC came to test the water at our house at approx 1500hrs. General Flynn's Executive Officer and Captain Peccaro both called that evening to confirm that samples were collected from our home.

10

34.    And then the sickness hit us. Over the weekend, on December 11, our family became violently sick. We all had our Army gear on for the Army/Navy game, and went to brunch with Santa. T.F. became lethargic so we laid him down for a nap. When he woke up, T.F. projectile vomited all over the floor. Patrick got sick, too, and his condition worsened quickly. He had an ocular migraine and was dizzy. He was in a fog. We canceled a military sponsored family retreat that we had set up for that evening.

35.    Patrick and T.F. had diarrhea and were vomiting uncontrollably. We immediately took them to the emergency room. On the way to ER, T.F. began vomiting. We had to pull over on the side of the highway because we were afraid T.F. was going to choke on his own vomit.

36.    Patrick was released almost immediately without any testing at all or any care. I demanded that Patrick be reevaluated. At that point, he was given some medication. But no one would give him any labs or any testing despite our pleas.

37.    I stayed with T.F., and I demanded lab work and testing for him, too. I was told there were no tests for jet fuel exposure. They also refused to take any labs. Instead, T.F. was given an Otter Pop—a rehydration popsicle. Before we were released, a doctor looked at me and told me that T.F.'s sippy cup was probably contaminated. He told me directly: "you are likely poisoning your own child with that cup." He said that clean water in a contaminated cup does not equal clean

water. I became concerned because the kids' CDCs were not treating plastics as contaminated.

38.     Attached at Tab E (PX-1047) to the Feindt Composite is a true and accurate picture I took of T.F. at the hospital on December 11, 2021:



39.     Two days later, on December 13, 2021, P.F. woke with severe abdominal pain, vomiting, and diarrhea. Patrick took her to the ER while I stayed back with T.F. I spoke to the doctor with Patrick by phone. Again, we asked for testing and labs but were told that the fuel would be in and out of our systems. There was nothing they could do for us.

40.     Attached at Tab N (PX-1045) is a true and accurate picture that

Patrick took of P.F. in the hospital at Tripler on December 13, 2021:



41.     I called Captain Pecoraro immediately. His attitude was different this

time. I asked him about our home test results from December 10, and the CDC test

results. And instead of giving me an answer, he told me to call the Emergency

Operations Center. The Deputy Base Commander, Colonel Michael Staples, United

States Air Force, was also on the phone and offered little support. Colonel Staples

told me that if we wanted results on our children's exposure, I could "file a

Freedom of Information Act request (FOIA) like anyone else."

42.     That afternoon, I too started vomiting, and had diarrhea and severe

abdominal pain. The pain was so intense, I can only compare it to labor

pain/contractions. For the first time in my life, I defecated on myself multiple

times. I had lost total control of my bowels. This was not a stomach bug, I knew

that I too had been poisoned.

43.     My boss ordered Patrick to take me to the hospital. There, I got all the

care that my family members had not. I later found an Army protocol for fuel

exposure. I was given an EKG, medication to slow down my heart and for a panic

attack. I was treated for dehydration, abdominal pain, and nausea/diarrhea. I was

prescribed Zofran and a 7-day supply of Doxycycline. My lab work indicated high

white blood cell count. My diagnosis was exposure to contaminated water.

44.     The difference in how my family and I were treated at Tripler was

shocking. I was the only one who received any lab testing, even though we begged

for labs for my husband and kids. My family was given no EKGs, no chest X ray,

no neuropsych screenings, no kidney and liver panels, and no CBC panels—none

of the steps required by the Government itself after a fuel exposure.

45.     The next day, we moved out of our home on our own dime.

**C.    Botched Response**

46.     On January 12, 2022, the remediation team came to flush our house. I

did not allow them entry because the Navy had promised not to flush until it

14

released the test results from the system-wide flush. They had not yet released the results of the system nor of my individual house. The Navy breached its own protocol that it had set in place to provide transparency. I was especially concerned about this because just the day prior, the department of Health released test results that showed the AMR community system-wide flush had failed and needed to be re-flushed. I had no trust in the process and did not want our family or belongings in that home to be subjected to anymore contamination.

47.    Two days later, my command ordered entry into my home over my objection. The Navy "flushed" my home and again did not follow its own protocol. They did not open windows as required. They did not address our major appliances. And they flushed our water heater directly into the yard, further contaminating our home.

48.    On December 16, Patrick and I met with Captain Miller, Chief of Staff with PACFLT and two other representatives from PACFLT through their open-door policy. I was concerned about the children at the CDC, about medical implications for those exposed to the contaminated water, about the lack of transparency, and about testing. We were still sick from our exposure, and I was still wearing Depends for bowel movements.

49.    Our house had been tested on December 10, and no one would give us the written test results. Captain Miller had a large stack of test results for various

homes, and ours was not included in the stack. I now know that they were only

testing for TOCs and not fuel at that time. People began getting test results

showing "Non-Detect"—giving them the false assurance that their water had tested

safe.

50.    We and later learned through Sophie Cocke at the Star Advertiser that

our results had been lost, and that the samples were discarded. Tab O (PX-2305).

51.    Impacted families wanted testing and labs because they wanted to

know what exactly they were exposed to. And because some were getting "non-

detect," they wanted assurance that their house was safe. I was connected to the

lead military toxicologist at Walter Reed. He told me that they were not going to

take anyone's labs because they "didn't want to open Pandora's Box."

52.    Meanwhile, even by December 17, 2021, the Navy still hadn't

recognized that Ford Island water was affected. An email on that day listed affected

communities—without Ford Island. A true and correct copy is attached at Tab P

(PX-1126). And a news report around that time showed the disparity between the

Navy and Army lists. A true and correct video recording of that broadcast is

attached at Tab Q (PX-1542).

**D.    Life Disruption**

53.    These events upended the life of our family. We moved to a hotel, and

then another, and then another. It was Christmas time in Honolulu, and no hotel

had room for any length of time. So many displaced families needed lodging, and

naturally, many of the rooms were occupied already for the holidays. I remember

Patrick hanging Christmas lights around our hotel room, but it was still a very sad

and unforgettable memory for my family.

54.     We paid for everything out of pocket at first because we were nervous

for our family and didn't want to wait for approval and risk any more exposure in

our home.

55.     The only available hotels were in Waikiki, which made it difficult to

get back and forth to work in traffic. My work allowed me to make my place of

duty at the hotel with my family—working remotely on many days.

56.     But living in the hotels remained difficult. P.F. and T.F.'s lives flipped

upside down. They lost their routine of daycare and could no longer play with their

neighborhood friends. They didn't get to say goodbye to their teachers or friends.

Suddenly we were just living day-to-day in hotel rooms, not knowing what was

coming next or how long this would last.

57.     P.F. in particular began to regress with potty training and past behavior

issues became worse than ever before to the point where her became dangerous

and we feared for her safety. T.F. and P.F. both began having sleep issues, bouncing

from hotel to hotel did not help. They had a terrible time adjusting each time we

would move hotels. The Navy's initial promise was that we should be home by

Christmas, and then it became by New Year's. When that came and went, we

realized no one knew anything. The Navy continued to give all of us false hope

that we would be allowed home soon. We were ultimately in hotels for a total of 84

days before the Navy "cleared" our house.

58.     On March 3rd, we were cleared to move back into our home. But at

the same time, I was hospitalized and admitted to Tripler with extreme back and

abdominal pain, blood in my urine, and I had lost the ability to move my right leg.

I'd never experienced anything like this in my life.  While I was in the hospital, we

watched Dr. Michael McGinnis state on television that there were no

hospitalizations from the jet fuel exposure – a statement that was not true. I have

attached a true and correct video of that news report at Tab R (PX-1543). In fact, at

the exact same time I was hospitalized at Tripler, a good friend of mine—also a

young and formerly healthy servicemember—was admitted just down the hall from

me with similar pain in his lower extremities and blood in his urine.

59.     While I was in the hospital, I asked for compassionate reassignment

for our family. We couldn't live like this anymore. We knew we couldn't afford to

stay in a hotel on our own. We were being forced back in the home that made us

sick and it was the most helpless feeling as a parent.

60.     We moved back into our home after I was discharged from Tripler.

But our symptoms immediately returned. T.F.'s cough came back, worse than

before. On March 10, Patrick start vomiting again, with diarrhea, dizziness. He was
lethargic. We knew we had to leave.

**The Aftermath**

**E.    Disruption Continued**

61.    Our compassionate reassignment was approved, and we left Hawaii
for Colorado at the end of April to early May 2022. Because of my ongoing
illnesses and medical situation (procedures, surgeries, specialty care appointments,
hospital stays, etc), I was not able to do my actual job. I was eventually assigned to
a Soldier Recovery Unit in Colorado Springs where my job title was patient, and
my assignment was to recover and get well from the injuries I sustained from my
exposure to jet fuel. I have been diagnosed with neurotoxicity—with many of the
same symptoms reported by so many other fellow impacted people.

62.    The move to Colorado was stressful for Patrick, P.F., and T.F. Patrick
didn't have a job and was sick. He had back-to-back surgeries and severe
neurological and gastro-intestinal issues.

63.    P.F. had trouble adjusting to Colorado. She had had behavioral
challenges before the fuel release, and the fuel release had made her symptoms so
much worse. While we had a routine and clear approach to her behavior, the
constant moves took their toll and reversed the progress we had made. She
struggled in school and was asked to leave her preschool for behavioral reasons.

We worked with a psychiatrist on medication. Never in a million years would we have thought we would be giving psych meds to our four-year-old little girl.

64.     In May 2023, Patrick and I made the decision to temporarily separate as a family after he found a steady and decent paying job in Richmond Virginia as the general manager of The Federal Club. Several factors played into this decision.

65.     First, we needed a backup plan for income because we were worried about my future with the Army. I had been hoping to make it until retirement, but the ongoing medical issues following the jet fuel leak had been relentless. We needed a second income. We also had family support in Virginia because both of our families lived there. Finally, and perhaps most importantly, T.F. now had lung issues, and the high altitude in Colorado made him struggle to breathe. We felt that living at sea level in Virginia would be better for his health.

66.     Unfortunately, there is no Soldier Recovery Unit in Richmond, Virginia. With all four of our family members sick, with multiple medical appointments each week, we felt like it would be best for Patrick and I each to care for one child while we were working. We hoped that would only be for a very short period.

67.     We made the difficult decision for T.F. to move with Patrick, and P.F. to stay in Colorado with me until a spot opened up at a Soldier Recovery Unit at either Walter Reed or Fort Belvoir—the closest SRUs to Richmond.

68.     Excruciatingly, it proved to be longer than we had hoped. We did our best to FaceTime, but the separation was incredibly difficult for our family—both for Patrick and me, and especially for P.F. and T.F.

69.     We remained separated until a place finally opened up at a Soldier Recovery Unit at Fort Belvoir, and we were able to be reunited as a family in November 2023.

## F.     Ongoing Illness

70.     Our family continued to get sicker and sicker. We have now endured more than 200 medical appointments since November 2021 for Patrick, P.F., and T.F., including 3 surgeries, 9 procedures under anesthesia, and countless therapy appointments.

### a.     Patrick

71.     Immediately following the jet fuel leak, Patrick began suffering from headaches, nausea, vomiting, and diarrhea. He also experienced terrible coughing, a burning sensation in his nose and mouth, muscle pain, extreme malaise, and memory loss.

72.     Once we moved to Colorado, Patrick's condition continued to deteriorate. He began suffering from intermittent dizziness and vertigo, chronic pain, headaches, and elevated mast cells, which causes signs and symptoms similar

to an allergic reaction. He also had intermittent abnormalities in his liver test results.

73.    Patrick has been hospitalized three times for gastric surgeries, and once for a neurological event that we thought was a stroke. He was ultimately diagnosed with meningitis. While he had had a few stomach issues in the past, he had never had surgery. And nothing compared to what he has faced since the fuel release.  Below and attached at Tab S (PX-1048) are true and accurate photos that I took of Patrick in the hospital in November 2022, July 2022, and January 2023:

 




74.   I wrote to friends on Facebook in January 2023:


Mandy Feindt
Jan 4 · 👥

Still here (day 7)! 👨🏻‍🦰👩🏼

Patrick is still pretty miserable (pain + ongoing
neurological symptoms) ... and also ready to break out of
here! Still trialing medication for 'symptom management'
and awaiting additional lab results.
We've done initial work up for Mayo Clinic and will
hopefully hear back from them soon.




A true and correct copy of my post is attached at Tab S (PX-1048). My once very healthy husband is now taking a basket full of medications in his daily struggle to get healthy.

       **b.**    **P.F.**

75.    P.F. suffered from coughing, abdominal pain, vomiting, and diarrhea immediately following the jet fuel exposure.

76.    As I mentioned, she also suffered significant regressions in her toilet training, language development, and behavior that continue to impact her.

77.    P.F. too has diagnosed lung damage from her exposure. And she continues to suffer from abdominal pain, coughing, shortness of breath, rashes, behavior alterations, as well as elevated mast cells. Her current medications include guanfacine and albuterol.

       **c.**  **T.F.**

78.    Immediately following the jet fuel leak, T.F. suffered from abdominal pain, nausea, vomiting, diarrhea, and debilitating headaches. He also developed a bad cough and wheezing (exacerbation of his asthma) and anxiety and fear due to being so ill.

79.    T.F. continues to suffer from abdominal pain, dermatitis, worsened asthma, anxiety, and mastocytosis like his father and his sister. I understand that it

is extremely rare for three members of a household to have elevated mast cells. His

current medications include fexofenadine, flovent diskus, and albuterol.

80.    Below and attached at Tab E (PX-1047) to the Feindt Composite are

true and accurate photos that I took of T.F.,'s second sleep and neuro study in

January 2024:



## G.    Community

81.    I am personally aware that my family is one of thousands who have

been affected by this experience. Our symptoms are similar to others. As I have

advocated for others, I have engaged with community leaders, not only for my own

family but for all those affected.

82.    For example, I have come to know Dr. Roger Brewer. I have read his report very carefully, multiple times, and it has affected how I feel about the water contamination. I attach a true and correct copy here at Tab T (PX-1150); Tab U (PX-1236). He—and thereby the Hawaii Department of Health—recognized that the levels of exposure were high enough to make people sick. It was not just that there was fuel, but also that there were other contaminants, including components of anti-freeze. He gave estimates, and then he gave a presentation to the affected community.

83.    Hawaiian government leaders have also provided helpful information about Red Hill and its history. I have read the Red Hill Water Alliance Initiative Report published by Governor Josh Green, House Speaker Scott Saiki, and others. It too had an impression on me and others who were impacted. It revealed that over the course of the life of the Red Hill fuel facility, it released between 664,000 and 2 million gallons of jet fuel into the environment. A true and correct copy of the Wai Report is attached at Tab V (PX-1490).

84.    I am now a member of the Red Hill Community Representation Initiative, a group created by consent order between the Navy and the EPA. I was present when Tara Sutton presented an impact study conducted by the University of Hawaii. A true and correct copy of her presentation shared with us is attached at Tab W (PX-1194).

85.    It has taken extraordinary advocacy to get help from government medical providers. For example, I learned that the Government had created a DOEHRS registry for those who had been affected. But the Government failed to include family members on that registry, and I had to advocate for my family to be added. At every turn, I advocated for other families as I advocated for mine.

86.    I was glad to see that the VA is also now recognizing the continued threat of harm to those affected and now accepting claims related to Red Hill. Tab X (PX-1220). But only service members will have access to VA resources—not their families who were equally poisoned.

87.    I have been passionate and outspoken about the crisis to anyone who will listen—to Congress, to military leadership, to the Hawaiian community, to the EPA, to the medical community, and to the media. With every encounter, I pray that someone listening or watching might help the families impacted by this crisis. I have attached some of those stories which are available publicly online.[1]

88.    This story is important. Many people haven't spoken out because they fear retaliation—especially our junior enlisted. But as a senior leader, I felt that it is

---

[1] https://taskandpurpose.com/news/navy-water-contamination-crisis-hawaii/, https://www.hawaiinewsnow.com/2022/11/24/fuel-tainted-water-sickened-her-family-now-this-service-member-is-fighting-back/, https://www.youtube.com/watch?v=Ge3XjO4K_vs, and https://spectrumlocalnews.com/hi/hawaii/news/2024/01/12/red-hill-camp-lejeune-water.

my duty to speak out. This is about public health and safety. We're told, "see something; say something." I have used the voice that God gave me to be an advocate for those who have not yet found their voice. We owe it to all those who come behind us.

## H.    Emotions and Fears

89.    These events have taken a toll on Patrick. When he was so sick, and without a job, he was seriously depressed. I worried that he might not make it. He seemed to have lost all hope.

90.    He got a little better after he got a job, but then he lost it again, and the depression returned. I am thankful that he is now in therapy but I know that he worries about himself, and he worries about our children. He worries about their current health, and that their current health challenges won't get better. He worries about cancer for each of them, and for himself. And, I know, he worries about me. He knows that I am sick too and yet also fighting so hard for our family and so many others. Patrick had never dealt with depression before, and I see a different man than the one I married.

91.    This experience deprived him of the chance to protect his family, as I know that he needs to as a husband and as a father. It has been infuriating to him to see my retaliation, and the betrayal of the institutions to which we entrusted our family.

92.     The jet fuel exposure had a particularly traumatic impact on P.F. She became afraid of water, and she now always has her water bottle with her. She will not drink the water at a restaurant or a water fountain at school.

93.     Most troubling, this sweet little six year old warns others about the water, as if she can prevent harm to them, too. When someone is sick, she attributes it to the water, no matter what the circumstances. Just this week, I was vomiting after some neurology tests. She said, "Mommy!  I told you not to drink the water!"

94.     I have provided a true and accurate copy of a picture that P.F. drew with her trauma therapist, provided below and attached at Tab Y (PX-1959):



95.    The picture is entitled "the place I lived." It is a picture of a unicorn, happy, eating an apple from a tree. (Our home in Colorado had a pretty apple tree in the yard). The unicorn has a magic yellow horn, and the picture is happy and sunny. But in the next picture, the unicorn is drinking water, and then in the next scene, the unicorn is vomiting. The grass has disappeared because the bad water killed the grass, too. The sunshine is gone, and there is no yellow horn that gives the unicorn happy and powerful.

96.    But there is hope in the story, too. P.F. told us that the unicorn got healthy again when she left the place with bad water. That is our hope for all of us.

97.    Both T.F. and P.F. are afraid of doctors now. They are terrified of "pokies"—shots and giving blood. They scream or yell when we are in medical facilities, and it seems like they do not trust the people in the white coats.

98.    T.F. and P.F. also had a hard time with our separation—a decision we would never have made but for this water crisis.

## I.    Our Marriage

99.    The jet fuel crisis and the impact to our health has had an impact on our marriage. All four of us are very sick. At times we have each had to alternate working full time and being a caregiver to three others while sick ourselves.

100.    Our intimacy has suffered. I cannot remember the last time we were physically intimate. There is pain, illness, stress, and lethargy—all of which

impede intimacy and marital union. That has never been true in our marriage before.

## J.    Institutional Trust

101.   Our family has been traumatized by the way we've been treated by the military and military medicine. Patrick, T.F., and P.F. were not offered testing or adequate treatment in Hawaii despite very obvious acute symptoms. Even worse, the military providers offered zero guidance on long term care or what we should be looking for in the future. We have received little to no information about the individual toxins my family has been exposed to beyond JP-5 (such as antifreeze, simple green, high levels of chlorine).

102.   When we got to Colorado, I filed for an exception to policy so that Patrick, P.F., and T.F. would never see another military provider.

103.   All of this is unacceptable. Our president stated in the State of the Union that every American should have access to clean water. And yet our own military did not provide safe water – and then did not take care of the people it poisoned. I use that word intentionally. The Navy knew the water was contaminated and let us drink it. That is poisoning.

104.   All of this harm was so preventable. I can't help but think that it was especially preventable for Ford Island. The Navy knew that the contaminants would reach us—it was just a matter of time. And yet instead of warning us on

31

Ford Island, the Navy "cleared" the area on December 3 without any testing showing that it was actually clear.

105.    Worse, this is not the first time that events like this have occurred. I have now spent time with Jerry Ensminger and Mike Partain, leaders of the movement at Camp LeJeune. There, too, the Navy contaminated the water and didn't tell those on the water line. At Red Hill, the Navy was "caught" when thousands showed up in emergency rooms. But the Navy waited until people got sick to disclose the fuel release—just like they had at Camp LeJeune.

106.    We now know, of course, of other circumstances, too, like Flint, USS Boxer, USS Nimitz, Pease Air Force Base, Nevada Test Site, and others. Often, the Government uses language like "there is no indication" it is not safe because the Government hasn't conducted any testing. If the Government doesn't test, it can claim plausible deniability. And even though people are sick and can smell the toxins—the Government will claim that there is no indication that it not safe.

107.    This must stop. We bring these claims for our family but also for all the other families at Red Hill and elsewhere who have experienced poisoning at the hands of others. It is only when a family—or two, or more—take a stand and bring a claim, that we can deter the Government from future poisoning. We have the right to expect that the Government will provide safe water. And we have the right

to expect that if the Government contaminates the water, it will tell us so that we can protect ourselves and our children.

108.    The job that will far outlast my time in the military is my role as a mother. The number one job of any mom is to protect her children. I never imagined that volunteering to serve my country would take that away from me. I never imagined that my own employer would somehow believe that they reserved the right to know more about what my innocent children were being exposed to than I did as their mother.

109.    As an advocate and senior leader in the military, I speak too for all the other affected survivors of Red Hill and other toxic exposures at the hands of the United States military. We can and must do better by our people.

I, Amanda Feindt, declare under penalty of perjury that the foregoing is true and correct.

Executed on April ⎸, 2024.

_____

Amanda Feindt

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

*/s/ Kristina Baehr*
Kristina Baehr