| | |
|---|---|
| LYLE S. HOSODA | 3964-0 |
| KOURTNEY H. WONG | 10827-0 |
| SPENCER J. LAU | 11105-0 |

HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
Email: lsh@hosodalaw.com
khw@hosodalaw.com; sjl@hosodalaw.com

| | |
|---|---|
| KRISTINA S. BAEHR | *Pro Hac Vice* |
| JAMES BAEHR | *Pro Hac Vice* |
| MARY M. NEUSEL | *Pro Hac Vice* |

JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Email: kristina@well.law;
jim@well.law; maggie@well.law

| | |
|---|---|
| FREDERICK C. BAKER | *Pro Hac Vice* |
| JAMES W. LEDLIE | *Pro Hac Vice* |
| KRISTEN HERMIZ | *Pro Hac Vice* |
| CYNTHIA A. SOLOMON | *Pro Hac Vice* |
| SARA O. COUCH | |

MOTLEY RICE, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com

*Attorneys for the plaintiffs*

(case caption continued on next page)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:22-cv-397-LEK-KJM<br>(Federal Tort Claims Act)<br><br><br>**DECLARATION OF PLAINTIFF BEAU JESSUP** |

**DECLARATION OF PLAINTIFF BEAU JESSUP**

I, Beau Jessup, declare as follows:

1. I am Beau Jessup, and I am 18 years old. I am the son of Sheena and Brian Jessup, and the oldest brother to my sister, B.J., and my two younger brothers, N.J. and D.J..

2. I grew up all over the country as a military kid. I like to read, write and hike, be outdoors, and spend time with my family. I have worked as a barista at Starbucks for the last year and a half. (I like coffee but haven't had too much of it.) I am a senior at Liberty High School, and I aspire to join the Navy when I graduate in May.

3. I want to give my testimony in this case because I want to let the world know what happened to my family and me.

1

## The Contamination

### A.     Life in Hawaii

4. Of all the places my family has lived, Hawaii was my favorite. I was always able to be outdoors, and active. My family was always exploring; we were at the beach or hiking in any of our free time. I was happy and healthy.

5. I had many friends, and we would go to the beach or hike together. I loved my school, Hawaii Technology Academy, where I spent sixth through tenth grade. This was the longest I had ever spent at any school, and I had established great relationships with both peers and teachers. I had hoped I would get to graduate from that school.

6. We expected our home and water to be safe and had no reason to think otherwise. We constantly used the water in our home, even outdoors. I often entertained my little brother along with neighborhood friends with water play (i.e. slip and slides, portable pools, water guns, etc.). Water was life. I also got all of my drinking water from our tap water and fridge daily, including what I brought to school in my hydroflask.

### B.     Fuel Release & Illness

7. I learned about the fuel release from my mom. But B.J. and I had noticed that the water appeared funny a few days beforehand. It looked like there was an iridescent film on top. I didn't know there was anything wrong with it so I

2

used and drank it like normal. I remember the rest of my family using the water as normal.

8. Around that time, my family started getting sick. I had really bad stomach pains, nausea, and headaches, as well as burning in my throat and lots of coughing. I had a rash, intermittent eye irritation and muscle aches. I also had severe nose bleeds, something I had never experienced before in my life.

9. Everybody in my family had a lot of headaches and other symptoms, causing everyone to seem a lot more irritable and on edge. It just seemed like everybody was never fully healthy, or ever feeling good.

10. It got to the point where we'd get used to feeling that way at home, and you wouldn't even realize you felt bad until you stepped out of the house.

11. As time went by my symptoms seemed to get worse and I started having problems with my balance, troubles with my memory and ability to concentrate. Worst of all, my hands started shaking; a symptom that has persisted to this day.

12. When I was in the home, my balance began to be impacted greatly. Even getting out of bed was difficult. I felt like I could not stand up straight, almost like the room was tilted. I would feel light-headed, and I often stumbled while I was walking. I was worried about myself, but everyone else was sick too and there was so much going on.

### C.    Disruption

13.    I consider myself a hard worker, and a good student. At Hawaii Technology Academy I maintained straight A's. But after the jet fuel leak, it made it really difficult to focus on schoolwork because my homelife was turned upside down and so much busier. Things that weren't even a thought before took a lot of time and energy. My bad headaches and frequent nosebleeds also began to impact my ability to focus on my studies.

14.    As the eldest child I have always stepped up to help my family when needed. After the jet fuel leak, every responsibility I had became much more tedious and time consuming. Having to boil water for all my tasks, such as washing the dishes and bottles took exponentially longer. My family often didn't even make it to bed until after 11pm. Driving to water distribution stations, chores, and bathing became our entire life.

15.    The time in Hawaii following the fuel release felt even more difficult than it was during Covid because during lockdowns, I was able to still feel safe at home. But after the jet fuel leak, our home didn't feel safe anymore.

### The Aftermath

### A.    More Disruption

16.    The fuel situation in Hawaii was getting really difficult to continue living in, and my family no longer felt safe. So my family made the decision to

4

move back to Arizona, even though my Dad still had to serve a few months in Hawaii before he could move with us. It was mostly our parents' decision because we didn't want to leave our Dad behind, but I feel like they made the right decision and I know they were looking out for what was best for us. We were all tired of living like we were camping in our own house.

17. We were supposed to stay in Hawaii so I could graduate from the school I had been at for five years. I didn't have the opportunity to spend time with my friends before we had to move because of our living circumstances. Other than at school, I barely got to see my friends in the months before we moved. None of them could come to my house because it wasn't safe. Who wants to go to a home with bad water?

18. By the time we left, it was nothing but work all the time. So I just wanted to get out of there.

19. When it was time to move, I was sad to leave my dad behind. It was hard knowing he would be living out of his office, instead of safe with us. I often worried about him and couldn't wait until he could join us. But I also felt happy that his sacrifices allowed for my mom, siblings, and I to attempt to get back to a normal life.

20. Once we got to Arizona, I was able to talk to my dad about once a day, but I still really missed him and worried about him. It seemed like a really long time that we were apart.

**B.     Illness, Emotions & Fear**

21. I just want to go back to Hawaii as it was before the fuel release. Life was simple. I hadn't realized everything we used water for until it was like we were camping. I was accustomed to doing my household chores and self-care using the water in our home. Washing bottles, dishes, hot showers, drinking, cooking, and even brushing my teeth were all things I took for granted before the spill.

22. Now I have an upcoming neurology consult on April 23rd to find out what is causing my hand tremors, stuttering, and to see if there is anything I can do to make them go away or to get better. My legs are shaking too now.

23. It scares me, and my anxiety and depression has gotten much worse since the jet fuel leak because I am worried about what my future looks like.

24. There are so many emotions that come to mind when I think of the fuel release. I feel embarrassed and angry when someone at school catches my hands shaking or notices my stutter. It's not like I wanted any of this to happen. I try not to think about it, but it's impossible. I'm 18—I shouldn't have to worry about this.

25. My dream is to join the Navy like my dad as soon as I graduate from high school. I look up to him so much and how determined he is and what he has achieved. My dad was a Navy Diver, and I would love to follow in his footsteps.

26. But I worry that I won't be able to join because of the tremors. I fear that my symptoms that have developed since the Red Hill incident could result in the Navy denying my entry. I don't have any other plan after graduation.

27. I know that it is ironic that I want to join the same branch that poisoned our family. And that branch may reject me because of the injury that they caused. This brings to mind anxiety, stress, worry, and sadness all at once. It's weird not knowing what is going to happen to me. And I'm mad.

28. I'm mad not just for myself but especially for my younger brothers. They didn't deserve any of this.

29. I also feel betrayed. My dad spent the majority of his life in the Government, and they didn't even bother to let us know what was going on with the water until everyone figured it out themselves. It is disappointing. The Navy wasn't going to say anything until they had to.

30. I am constantly afraid that I, or someone in my family could possibly get cancer in the future or have other lasting impacts from our exposure.

31. I wish this never happened. I feel frustrated knowing that none of what happened can be undone.

## Conclusion

32.     There are a few things I know to be true about this experience:

33.     The Government's claim that there wasn't enough fuel in the water to make people sick is ridiculous, to be honest. I was there, I could smell the fuel in my house and see the fuel on top of our water. We felt dizzy just being inside our own home. I watched my family get sick.

34.     My parents made sure to go through all the precautions to get as much clean water as they could. My parents sacrificed so much for us by moving, especially my dad who stayed behind.

35.     I want to testify because I want people to know what really happened. I don't want the Government to get away with trying to lie about it all, like it didn't happen or that it wasn't that bad.

I, Beau Jessup, declare under penalty of perjury that the foregoing is true and correct.

Executed on April 0, 2024.

_____
Beau Jessup

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

/s/ *Kristina Baehr*
Kristina Baehr