| | |
|---|---|
| LYLE S. HOSODA | 3964-0 |
| KOURTNEY H. WONG | 10827-0 |
| SPENCER J. LAU | 11105-0 |

HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
Email: lsh@hosodalaw.com
khw@hosodalaw.com; sjl@hosodalaw.com

| | |
|---|---|
| KRISTINA S. BAEHR | *Pro Hac Vice* |
| JAMES BAEHR | *Pro Hac Vice* |
| MARY M. NEUSEL | *Pro Hac Vice* |

JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Email: kristina@well.law;
jim@well.law; maggie@well.law

| | |
|---|---|
| FREDERICK C. BAKER | *Pro Hac Vice* |
| JAMES W. LEDLIE | *Pro Hac Vice* |
| KRISTEN HERMIZ | *Pro Hac Vice* |
| CYNTHIA A. SOLOMON | *Pro Hac Vice* |
| SARA O. COUCH | |

MOTLEY RICE, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com

*Attorneys for the plaintiffs*

(case caption continued on next page)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:22-cv-397-LEK-KJM<br>(Federal Tort Claims Act)<br><br><br>**DECLARATION OF PLAINTIFF, B.J.** |

**DECLARATION OF B.J.**

I, B.J., declare as follows:

1. My name is B.J., and I am 16 years old. My parents are Sheena and Brian Jessup, and I have three brothers—my older brother, Beau Jessup, and my two younger brothers, N.J. and D.J.

2. I chose to testify in this case. I want you to know what happened to us.

**The Contamination**

**A.    Life in Hawaii**

3. First of all, I loved Hawaii. My family went to the beaches all the time, and we loved exploring and hiking. I went to Hawaii Technology Academy

1

and really loved my school. I made a lot of friends quickly, and we were all very close.

4. I did well in school and made As and Bs. I held myself to high standards. I have ADHD, and I always got the help I needed there.

5. Before the jet fuel, my family and I took water for granted. We used regular tap water in our house all the time. I would take hot showers for at least fifteen minutes or so every day. I would also use it to play outside in the hose with my brothers, brush my teeth twice a day, and wash my hands multiple times a day. Beau Jessup and I would also trade off on who's turn it was to wash N.J. and D.J.'s bottles in the sink.

6. I would also drink water from our fridge—at least two or three big hydroflasks every day. We would eat home cooked meals most nights using tap water—like spaghetti or macaroni and cheese.

**B.     Fuel Release & Illness**

7. I remember hearing about the jet fuel leak from my mom. Around that time, I remember the water smelling like gas, and you could see something floating at the top of the water. I don't remember our water ever looking or smelling like that before. Our family started getting sick. I remember feeling a little dizzy and lightheaded.

2

8. When we heard about the jet fuel leak, we stopped drinking the water from the fridge or faucets, and we got a lot of bottled water. From then on, we only used bottled water for everything—no tap water. Our water had to be boiled before washing clothes, before cooking, and before bathing. It was exhausting.

9. Some days, there was a smell in our house, and we had to open all the windows just trying to get it out.

10. One day, my mom accidentally drank some water, and then she lost her voice for a really long time. It was raspy, and she complained about it hurting. She told us never to drink the water.

11. To take a bath, I had to sit in the tub and have a pot of boiled bottle water in front of you. I had a wash cloth and a cup to wash my body. We did this for months. We never knew how long this was going to last.

12. When they finally cleared our house, I begged to take a shower. I was so sick of waiting for water to boil for me to take a fake bath. My mom said okay, I could do what I want. I think she was tired of hearing me complain, too. So I took one shower. But then I immediately got rashes on my arms where the water hit, and my skin burned. That wasn't fun. And then my parents wouldn't let us use the water until we moved.

13. I was worried about my friends, too. I knew some of them had babies at their houses. At least our little siblings were not babies.

3

### C.    Disruption

14.    Everything took forever. After the fuel leak, all of the chores around the house took up a lot more time because we had to use bottled water for everything and boil it to warm it up. We all had to help keep my two younger brothers from playing in water, especially from toilets and faucets. Friends couldn't come and visit us because our house wasn't safe.

15.    I have ADHD, and the leak made it harder for me at school. I had much more difficulty concentrating and the disruptions made it even worse. I had less time to study each night after school because chores and our nighty routine took longer since we had to boil water for everything.

## The Aftermath

### A.    More Disruption

16.    Sometime in early 2022, we decided as a family that it would be safest for us to move to Arizona and leave Hawaii so we could have a house with clean water. We were all tired of boiling water and living like we were camping in our own home.

17.    I am very close with my dad, and when my family made the decision to separate, my dad had to stay behind in Hawaii because he was still working. We

4

could not afford to pay for two homes each month, so my dad had to sleep in his office until he joined us in Arizona. This was really upsetting to me, and it was hard to think about my dad sleeping in his office every night for five months. He is so brave, and I worried about him. I knew he sacrificed a lot by staying in Hawaii by himself so that we could have safe water.

18. Leaving Hawaii was hard. We had to help pack up the house and watch my little brothers. I didn't even really get to say goodbye to my friends—especially my closest friend. My best friend did remote school during Covid and right when she started going back to in-person classes, we moved to Arizona.

19. Kids at my public school are not nearly as nice as my friends at my private school in Hawaii. They just seem to be wired differently. Kids here are vaping and talking about "body counts." I don't want to hear that.

20. The teachers are not as good either. In Hawaii, I had a teacher named Mr. Goodwin, who was the best science teacher I have ever had. He was hilarious and made learning fun. Now I'm not doing well in school and even have a D in math. In Hawaii, I would still be going to my old school, which was so much better.

**B.　Illness**

21. Beau's hands shake, and his eye twitches. I notice this when he is talking to me.

5

22. My thyroid was messed up too.

### C. Emotions & Fears

23. I worry about Beau – that his tremor won't go away. And I'm worried about what it means for him.

24. My parents are worried about water. My mom has become a water hoarder. If you go into the garage, you will always see enormous stacks of water. That was true in Hawaii but also in Arizona. My dad doesn't use the water at all now, even ice.

25. I have anxiety about using water. My parents bought a Berkey filter, and it has seemed to help. My mom put red dye in the water up top to test it and show me that it came out clear. This has helped me begin to trust the water. But if I ever have water that tastes off in any way, I get nervous.

26. Now I struggle with depression because I have lost contact with my friends from Hawaii. I thought we would be friends forever, but we have lost touch now because of the distance and having to move from Hawaii.

27. I'm worried about my health. I'm worried that I won't be able to have kids one day because my hormones are all screwed up. I work with kids at school, and they're just so sweet and cute. And I worry that maybe I won't get to be a mom.

6

28.     There's so much stuff happening with me, and no one can give me an answer. I worry about my skin because of the rashes I got when I was exposed to the water. What if it turns into cancer?

29.     What if any of us gets cancer? And if that happens, that's not cheap. So how will I pay for that?

## Conclusions

30.     There are some things that I know to be true from all of this:

31.     I know that there was stuff in the water for sure. I saw stuff in our water that looked like what you see when you see the shiny gas coming out of a boat in the water. It looked like a shimmery rainbow.

32.     This made us miserable. We were all tired. It made us move away from our home, and really just messed everything up.

I, Breanna Jessup, declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2024.

_____
Breanna Jessup

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

*/s/ Kristina Baehr*
Kristina Baehr