LYLE S. HOSODA            3964-0
KOURTNEY H. WONG      10827-0
SPENCER J. LAU            11105-0
HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
Email: lsh@hosodalaw.com
khw@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR            *Pro Hac Vice*
JAMES BAEHR                     *Pro Hac Vice*
MARY M. NEUSEL              *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Email: kristina@well.law;
jim@well.law; maggie@well.law

FREDERICK C. BAKER    *Pro Hac Vice*
JAMES W. LEDLIE          *Pro Hac Vice*
KRISTEN HERMIZ          *Pro Hac Vice*
CYNTHIAA. SOLOMON  *Pro Hac Vice*
SARA O. COUCH
MOTLEY RICE, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com

*Attorneys for the plaintiffs*

(case caption continued on next page)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.<br><br>        Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Defendant. | CIVIL NO. 1:22-cv-397-LEK-KJM<br>(Federal Tort Claims Act)<br><br><br>**DECLARATION OF PLAINTIFF,<br>SHEENA JESSUP** |

**DECLARATION OF PLAINTIFF, SHEENA JESSUP**

I, Sheena Jessup, declare as follows:

1.      My name is Sheena Jessup, and I am 38 years old. I am the wife of

retired Navy diver Chief Petty Officer Brian Jessup (41), and the mother of our

four children – Beau (18), B.J.J. (16), N.J. (7) and D.J. (3).

2.      N.J. has autism and a mast cell disease, which has made this

experience especially challenging. I have included pictures of our family at Tab A

(PX-2290) of the attached Composite.

3.      I grew up mostly in Arizona and met Brian at his homecoming party

from Okinawa, Japan, where he had been deployed. I was eighteen, and he was

twenty-one. He asked me to marry him two weeks later. Five months after that, we

were married. It has now been almost twenty years. We have grown up together, into adulthood and parenthood, through thick and thin.

4.     Our family lived at 2632 Stowell Circle in the Radford Terrace military housing community in Honolulu, Hawaii from June 2017 until May 2022. We have placed the location of our home on the Navy's "heat map" showing the areas of contamination after the November 2021 fuel release:



Tab B (PX-2232). A true and correct copy of our lease is attached at Tab C (PX-1016). I have always understood that the house and the land belonged to the Navy, while a privatized housing company managed the property. Below, I also include a timeline of our story as part of this declaration.

## The Contamination

### A.    Life in Hawaii

5.    We absolutely loved Hawaii. I gave birth to D.J. there, and there was a special connection with our family.

6.    As a mom, we had a beautiful, balanced, full life. While the pandemic was hard for everyone, the island of O'ahu provided an oasis because we could spend so much time outdoors.

7.    Beau and B.J.J. were in a hybrid charter school they loved. Their school schedule offered flexibility and allowed for us to explore Hawaii. We would go to the beach after the kids finished with virtual classes, and often on our way home from in-person days.

8.    Of course we used lots of tap water as a family of six, and we took water for granted.

9.    We started to have odd symptoms and seemed to be sick more often. But it all came to a head in November of 2021.

### B.    Fuel Release

10.    The week of November 22, 2021, before Thanksgiving, our family developed similar symptoms at once, including headaches, nausea, dizziness, and abdominal pains. Later we lost our balance too.

3

11.     I was working at Target that Sunday when I discovered that the Navy had a fuel leak and hadn't told us. On the evening of November 28, I noticed a sudden influx of customers, many in military uniforms, purchasing large quantities of bottled water and looking panicked. I asked one of the customers if something had happened, and she showed me a Facebook post of a baby covered in a terrible rash and that there were circulating concerns in military housing regarding the water smelling of fuel. Another customer in line chimed in that he was a fireman and has been out at Red Hill the week before trying to clean up from a fuel leak.

12.     The Navy had not told us about the fuel leak nor about the water. I immediately called for a supervisor so I could call Brian, worried he was bathing D.J., our 10-month-old. I told him to remove D.J. from the water. Brian didn't smell anything at that moment. And I asked him to get baby wipes to wipe his skin thoroughly to get any chemicals off.

13.     As if baby wipes could help. But we didn't yet understand the severity of what was going on.

14.     Later that night, the smell came with a vengeance. Within seconds of the water running, the bathroom reeked of fuel; it smelled as though you could fuel your car with whatever was coming out of the faucet. We could also visually see the fuel in the toilets and sinks. We made a conscious decision to stop using the tap water and to use bottled water.

15.     The next day, on November 29, I saw the Joint Base Pearl Harbor

Hickam (JBPHH) Commander downplay our concerns on a military page on

Facebook. This is a true and accurate copy of that Facebook post:



The Navy is investigating reports of a chemical smell in drinking water at several homes in some of the military housing areas for Joint Base Pearl Harbor Hickam Sunday evening.  There is no immediate indication that the water is not safe.  The Navy continues to investigate reports and is testing the water.

Navy engineers visited several homes of families who reported the smell and also immediately went to Navy's drinking water wells to investigate.  There was no smell or sign of fuel or chemicals in the water at the Navy's water wells and water tanks.  Specialists took samples of water at several locations for testing.

The Navy is working with the Department of Health on lab testing the Navy's water samples.

The Navy continues to monitor and investigate and will update residents.

Tab D (PX-2323). But I also saw a post on social media where the Hawaii

Department of Health advised people to not drink the water:



DOH received numerous complaints of a fuel or gasoline-like odor from consumers of the Navy's Joint Base Pearl Harbor-Hickam (JBPHH) water system, including the Aliamanu Military Reservation, Red Hill and Nimitz Elementary Schools, and military housing. All complaints are from users of the Navy's water system.

The DOH recommends all Navy water system users avoid using the water for drinking, cooking, or oral hygiene. Navy water system users who detect a fuel odor from their water should avoid using the water for drinking, cooking, bathing, dishwashing, laundry or oral hygiene (brushing teeth, etc.).

Affected residents are asked to contact the Navy at (808) 448-2570 and the DOH at SDWB@doh.hawaii.gov to report similar complaints. Please provide your name, phone number, affected address and any details relating to the smell/taste or color in the drinking water.

Tab E (PX-2324). The conflicting statements were confusing and made the

situation even more stressful. I noted the insanity on Facebook:

5



A true and correct copy of my post is attached at Tab F (PX-1063).

16.     Even though we quit using the tap water, our family continued to get sick over the course of the next week with diarrhea, stomach pain and nausea. We were trying to do our best with bottled water, but the home itself didn't feel right. We felt dizzy and disoriented when we were in the house.

17.     Early one morning, I accidentally made coffee in our coffee pot with tap water out of habit. The coffee burned my esophagus immediately, not because it was hot but because it felt like gasoline. It didn't smell but the fuel was visible in

the coffee. I panicked, showed Brian, and dumped it down the sink. The burn in my throat lasted for a long time, and I sought medical attention.

18.     I taped over the faucets and refrigerator waterspout.

19.     Of all of us, N.J. was the most affected at this time. Not only is N.J. on the autism spectrum, but he also has a mast cell disease, putting him most at risk from exposure. His mast cell condition is triggered by trauma to his skin, where there are accumulations of mast cells. When these cells are triggered, he can be sent into anaphylaxis. We were terrified thinking of the possibilities of any exposure.

20.     And for kids on the spectrum, routine is everything. What may seem like small disturbances to routine affect him deeply. N.J. was, and still is, very particular about how he drinks water. This includes the cup, and temperature of the water. He absolutely hated bathing from a pot.

21.     The disturbances in routine were drastic and impacted every aspect of our life. N.J. couldn't cope with all the changes, and his therapy routines became disrupted. We lost progress at a critical time in his development. He ultimately began to refuse to even go into the therapy building or cooperate at all.

22.     He also has severe feeding issues and drank formula from a bottle, even at the age of 4 and 5. He needed a lot of water. He also developed tummy pain, and diarrhea. He said that his eyes burned, especially on the flushing days.

23.     Beau had stomach pain, frequent nose bleeds suddenly, burning of the throat, rashes, dizziness, and a cough. When the Navy came to flush, he would complain his eyes burned and his nose bleeds increased in severity. Most worrisome, we noticed that his hands were shaking and that he was having trouble with balance. He had brain fog and headaches.

24.     B.J.J. too had stomach pain and skin rashes.

25.     D.J. experienced many of the same, although he was so much younger as a baby. He too had vomiting and diarrhea, and eye irritation. There were two specific occasions when he looked disoriented when we were in the house. D.J. also needed a lot of water every day because he was exclusively formula fed at that time. In the beginning, it seemed as though every store was out of water, and the stores that had water were rationing how many cases you could buy. It was extremely stressful and scary.

26.     Meanwhile, I developed anxiety, abdominal pain, nausea, and diarrhea. My face tingled, I had brain fog, loss of balance, and difficulty focusing. And I had eye irritation, muscle aches, fatigue, rashes, and a sore, dry throat. I had shakiness, and occasional numbness in my extremities. These symptoms became chronic and lasted for a few months.

27.     I was also diagnosed with tachycardia—a heart condition. I had had a

higher heart rate after I had Covid symptoms in 2019 but had otherwise managed it

until now.

28.     The Navy offered very little medical help. Eventually, the military set

up "white tents" to address acute symptoms. On December 7, I went to the white

tent with baby D.J. in hopes of medical care, answers, and guidance for my family

as to what risks we should look for from jet fuel exposure and how we should treat

any symptoms. Attached to this declaration at Tab G (PX-1873; PX-1876; PX-

1879; PX-1884) are true and accurate copies of the white tent forms I completed

for my family.

29.     The interviewer asked if I would like to see a doctor and I said yes,

but there was no doctor available. There was no help offered and no guidance as to

treatment. I was offered no diagnostic tests.

30.     As our symptoms continued, we sought care with our military medical

provider at Hickam 15th Medical Group. Dr. Inae disregarded my concerns about

the ongoing symptoms and jet fuel exposure. I asked if there were any available

tests to confirm the extent of our exposure. I will never forget her response; she

said that we knew we had been exposed – so why would we need a test?

31.     Every announcement was more and more upsetting. On December 10,

2021, I saw a Facebook post from the Department of Health announcing high

levels of petroleum in the Navy's Red Hill Shaft. A true and correct copy is here

and attached at Tab H (PX-2325).



32.    I often wondered why DOH's headlines were clear, while the Navy's

release headlines seemed to downplay the extent of contamination.

33.     Meanwhile, the water did not immediately get any better. I took a true

and accurate picture of the sheen one of our plates on January 2:



Tab I (PX-1057).

**C.     Disruption**

34.     In December 2021, the Navy began to offer alternate lodging. The

options provided by the Navy as to have the Navy procure a hotel at their expense,

or we could pay for a hotel and submit for reimbursement. We did not feel

comfortable putting a hotel on our credit card for an unspecified amount of time

for fear of long reimbursement times, so we chose to go to a Navy procured hotel

on December 6.

35.     The kids and I were excited to get a hotel, and to get to take a normal shower. When we got to the hotel, there had been heavy rain, and the parking garage was flooded. Brian was at work.

36.     Upon entering the building, we noticed a damp smell. When we got to the room, we found that we were assigned to only one small room for all six of us. There were two queen beds, with minimal walking space between each side; there was very literally no crawling space for baby D.J.  There was no bathtub, and the shower door wouldn't open all the way, making it difficult to bathe D.J.

37.     N.J. was acting out, jumping between the beds and trying to open the door. And because the room didn't have WiFi, my big kids weren't able to log into their classes or do their homework.

38.     It was immediately apparent this was not a workable option for my family. We showered while we were there, and then I packed us up, and headed home—crying and emotional because I didn't know what to do. It took over an hour to get home from the hotel, and we couldn't imagine trying to do that commute every day with one car.

39.     A true and correct copy of a Facebook post I made about the hotel on December 6 is attached at Tab J (PX-1060). I posted again on December 9, and have attached that post as well at the same tab.

40.     Eventually, we began to receive daily rations from neighborhood water distribution stations, but this was still incredibly stressful because we were always in fear of not having enough. The potable water was distributed differently than the bottled water, and they were often out or waiting on new tankers to arrive. Sometimes we went to the distribution center twice a day to ensure we had enough water.

41.     We used laundromats on Hickam twice time to wash our family's clothes but noticed skin irritation from our clothing. We later learned the laundromat's water was also contaminated. We decided to do our own laundry in an enormous Rubbermaid tub with boiled water. We would then use our dryer. For a family of six, with an infant, this was excruciating. It was one of the worst parts.

42.     Exhaustion and stress levels became a huge issue for our entire family. Each family member used 4-5 gallons to take a makeshift bath. If we were lucky, the maximum amount of water that we were given each day at the water distribution station was 10 gallons (two cases of water, and 6 gallons of potable water).

43.     To take a bath, we would first boil two pots of water for each person – one for soapy water, and one for rinsing water. D.J. and N.J., our two youngest, would take the first baths. Then our oldest two children would go next. Brian and I would always bathe last. We did this every other day.

44.     11:00pm became our usual "end of day." I would be exhausted, and I ended up bathing in the contaminated water. I rarely felt clean, even after bathing.

45.     Brian and I would often argue over this. He didn't want me to bathe in contaminated water, but I was so tired that I didn't know what else to do.

**D.     Botched Response**

46.     The Government then started a "flushing" program to attempt to clear fuel from the system. But the young service members who came to flush our water system didn't seem to know what they were doing. They flushed the water from our water heater into the alley behind our home.

47.     They turned every water faucet on in the house for fifteen minutes, dumped two liters of water from the refrigerator, emptied the ice into the sink, and left.

48.     They did not touch the dishwasher or washing machine.

49.     They did not open the windows.

50.     It was chaotic and seemingly pointless. It seemed like no one was in charge. And I lost confidence in the people who were supposed to be helping us.

51.     The "flushing" also didn't seem to help. I called the Navy three times about the water in my home, and they would offer to "flush" the house again. But every time, the fumes would get worse after the flushes, and we would notice an immediate increase in our symptoms. I stopped asking.

52.     After one of the Government's tests came back as "non-detect" for our house, B.J.J. begged me to let her shower around February 20. I was at my wit's end and allowed it. But then she immediately developed a rash on her face and her arms. I texted a friend true and accurate photos attached at Tab K (PX-1055):



53.     Frustrated, I took to Facebook. Attached at Tab K (PX-1055) and below is a true and accurate copy of a Facebook post I made on February 23, 2022:



Sheena Jean
Feb 23, 2022 · 👥

3 months. 3 months of living in a contaminated home.
They've "flushed" our house twice. 2 days after the first
flush, I rinsed my finger in our sink water; it burned for over
an hour and blistered. Still healing.
After the second flush, we had increased symptoms again
including extreme dizziness, nausea, face tingling,
headaches, nosebleeds, burning eyes, skin burning/
rashes.
I have two skin lesions that showed up in early December
that will not heal.
We can't get answers because nobody knows how to deal
with this. We just notate with a "rapid response team" and
they offer another flush.
I've emailed the DOH with concerns, only to be sent back
to Navy.
This is not ok.



ntial                                          PLAINTIFFS_RH_

**Aftermath**

## A.   Continued Disruption

### i.   On Island

54.   The water crisis drastically changed our family life.

55.   On March 12, 2022, our home was "cleared" by the Navy, and our

water was declared "safe." We began washing our clothing in our washer again, but

Brian's skin lit up anywhere his clothing touched.

16

56.    Our youngest children never bathed in tap water at home again even after it was "cleared".

57.    The home itself did not feel healthy. There were times when I threw all the kids in the car, driving away from the home crying, to try to get them all to fresh air, hoping and praying for reduced symptoms. I felt trapped, and it became difficult to watch them with symptoms I had never seen before. On March 17, 2022, I texted a friend:



A true and correct copy of that text is attached at Tab L (PX-1073).

58.    The sheen of fuel was still visible in our water and on our dishware. These are true and accurate copies of pictures that I took of sheen in the water on April 13, 2022:



Tab I (PX-1057).

59.    School was disrupted for Beau, and B.J.J. too. Now, suddenly, the beach wasn't always an option because of the constant concern about water. You need water to rinse off from the beach—and you need water to wash bathing suits and sandy clothes. Not to mention the constant water station trips, and never-ending chores without running water.

60.    The schedule was impossible to accommodate full schooling for Beau and B.J. They were both exhausted from helping with the new household demands, and their school performance suffered. They helped with the littles, and their days became consumed with hauling water, and trying to keep N.J. calm.

ii.      **Moving Off Island**

61.      We knew our water was still not safe, and we couldn't live like this anymore. Brian and I made the difficult decision to live in separate locations to get our children to safety. He stayed behind to finish his service. He slept in his office for <u>five months</u> because we couldn't afford another housing allowance.

62.      We had lived in Hawaii for five years, and we had anticipated living there for at least two more so that Beau could graduate from high school. Instead, the kids and I moved to Peoria, Arizona, near family.

63.      We moved out of our house on May 14, 2022. As we were transitioning home, we stayed at a hotel on Ford Island. This was the first time I let N.J. bathe in water. He immediately said his skin was burning, especially on the backs of his legs. He said it felt "spiky" and hurt. He lost pigment in these burned areas for months afterward. A true and correct copy of a picture I took of his lost pigment on June 11, 2022 is below and attached:



Tab M (PX-1056).

64.     As relieved as the kids and I were to be leaving the island and heading to safety on the mainland, the flight to Arizona was difficult and traumatic for our family. We were devastated to be leaving Brian behind and worried about his health because he was staying on the contaminated base.

65.     During the flight, N.J. suffered an extreme autistic meltdown, and I had to hold him in the back of the airplane while he screamed and kicked for almost the entirety of the six-hour flight. He chewed up all of his nails, and then began chewing mine, something he had never done before. It was the only time he stopped screaming. I sat, crying, with my hands in his mouth.

66.     On May 15, 2022, I took a photo of what was left of my nails after that experience. This is a true and correct copy of that photo:



Tab N (PX-2267).

67.     Moving alone was hard. Even in all the years of service, I had never had to move alone. And now, with N.J., it was especially hard because it broke up his routines. Getting him established back into therapy sessions again was also difficult.

68.     Our kids missed and worried about their dad, and they would cry about our separation nearly every day. Thankfully, he is now home, and starting a new career as a police officer.

69.     Our big kids loved their small charter school in Hawaii, and now they had to suddenly transition to a public high school in Arizona. B.J.J, who has always had As and Bs, is now struggling at school with a D in math. She has ADHD, and the transition has been hard for her, as we have struggled to implement her 504 plan.

**B.     Continued Illness**

70.     When we got off island, we began the process to get medical attention. I wrote to my friends on Facebook:



**Sheena Jean**
Jun 16, 2022 · 👥

Our first doctor appointments since leaving the island... Breanna has a lump on her thyroid among other issues, (problems that have been found to possibly be associated with the exposure to JP-5 jet fuel).

We have seen 3 doctors for Nate's skin since he started symptoms following exposure to the water (we were told it was safe, and only used it when we began our moving process). Nobody knows what it could be (one said maybe vitiligo, but it hurts?). His skin burned, then lost pigment; it has affected everywhere except his face, hands and feet. He's still afraid to bathe, and says it's going to make his skin "spikey" 😔
As we await a multitude of tests and referrals for our kids, I can't help but feel so grateful we got off island when we did.



A true and correct copy is attached at Tab O (PX-1062).

71.     My symptoms of shakiness, mood swings, numbness, balance problems, and endless fatigue continued while we were on the island but have abated since we left. I have extremely heavy menses that are worse than I ever had before the fuel release.

72.     N.J. too has gotten better.

73.     B.J.J. has recovered from the symptoms she had in Hawaii and now struggles with anxiety, depression. She too has thyroid problems and extraordinary

and incapacitating periods.

74.    Beau is the most affected long term. He still has tremors that now have both his hands and his legs shaking. Attached at Tabs P (PX-2299) & Q (PX-2300) are true and accurate videos that I took of his tremors. He stutters, too. And he now has facial twitches. He becomes embarrassed about this at school and doesn't want to talk about it at home. He now has anxiety as well.

**C.    Emotions, Worries, and Fears**

75.    I no longer trust water. I have to confess that I am now a hoarder of water. I always have cases in my garage even in a new state. We drink only bottled water at home, including for cooking. I don't know that I'll ever feel safe using tap water again. B.J.J. and Beau also worry about water.

76.    One of my biggest fears right now is that Beau's neurological symptoms will not resolve but instead progress into something even more debilitating. His hands shake all the time, and I can see how this scares him. It scares me too, and we've not been given any answers. He wants to join the Navy when he graduates from high school this Spring. We worry that he will be rejected from the Navy because of his neurological condition – the very condition that was caused by the Navy in the first place. I'm so proud of him, and yet I also don't understand. I tear up every time I think about it because I know he doesn't have a plan B. It is his dream.

77.     I worry about the future—that one or more of us may develop cancer from our exposure or that we may develop other disorders or harmful effects from the toxic chemicals in jet fuel.

78.     We have all heard about Camp LeJeune and how there's an increased risk of cancer and other illnesses from fuel exposure. I've tried to protect my children from hearing talk that would scare them, but it's difficult—actually impossible—to control everything they hear.

79.     Beau in particular is afraid of getting cancer and that his tremors won't get better or may get worse.

80.     I'm also afraid for N.J. who is terrified of any medical testing. If it's determined that he needs medical testing, he'll have to be sedated because of his autism. Any future testing or treatments have the very real potential to be an enormous expense and cause additional trauma for him, too.

81.     I'm worried that B.J.J. could experience fertility issues.

82.     And I worry about D.J., who was just an infant and at a developmentally susceptible age.

**D.    Institutional Trust**

83.     Our family has had a difficult time getting treatment and answers following the jet fuel exposure. We were offered a "white tent" to log our symptoms, but no follow up care or guidance.

24

84.     We now have TriCare Prime, and we have civilian doctors. However, we are often referred to military medicine for specialty care. Before the jet fuel leak, we trusted and used military medicine almost exclusively. Now we hesitate to see military doctors because this experience has forever undermined our trust and belief in the quality of care we will receive from them.

85.     I believe we were misled and given the impression that our symptoms would be mild, transient or not from the exposure. It was not until I began speaking with other military families that I learned they had similar experiences—and in particular, neurological symptoms similar to Beau's.

86.     We feel the United States, who my husband faithfully served for over 20 years, has poisoned us and then abandoned us. They've tossed us aside and don't care about what happens to us.

87.     Since the jet fuel leak, I've learned that the military has a history of ignoring and denying contaminations at bases worldwide, not just in Hawaii.

88.     One of the factors that made my husband and I change our attitudes towards the military was the lack of coordination or concern for our situation.  I do not believe the Navy would have told us about the jet fuel leak if we had not been able to see and smell it in our homes.

**Conclusion**

89.    I want to share what I know to be true about this experience:

90.    I did not sign up for this. I did not sign up to be separated from my husband, to move, and even to be exposed. Yes, military families are sometimes apart. That is all the more reason it is upsetting to force further separation. In all our years of service, I had never moved alone.

91.    My family was poisoned by JP-5 jet fuel. I know this to be true. Thousands of other people had symptoms similar to ours all at the same time. Our symptoms onset after the fuel leak. We were not all crazy or "somatic." I saw B.J.J.'s skin burns on her face and body – even after the Navy again told us that fuel was "non detected." They could never just tell us the truth. Skin burns are not somatic, and it is upsetting to hear the Navy use that term.

92.    I am honest and fair, and I brought this case for two reasons: first, I want the world to know what happened, and I want the Navy to be held accountable. I want them to think twice before they have an enormous fuel leak and don't tell people about it. And I also want fair compensation for what our family went through and for our medical care.

93.    The Government made this litigation process very hard, and I would have given up if only for myself. But I held on for my children because this is their

case too, and we speak not just for our own family but for all the others who were

poisoned too.

I, Sheena Jessup, declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2024.

_____

Sheena Jessup

# JESSUP FAMILY:
# Timeline of Events



## 2017

**JUN** — Jessups moves to Honolulu

**MAY 6, 2021** — 21,000 gallons of fuel released by operator error

**NOV 20, 2021** — Fuel release from fire suppression line
Navy does not turn off water

**NOV 21** — 911 calls reporting fuel smell in area around Red Hill

Navy press release: "fuel contained"
(not distributed to residents)

Navy press release: "the water remains safe"
(not distributed to residents)

**NOV 22** — Jessups begin feeling sick, symptoms of nausea and abdominal pain

**NOV 25** — Thanksgiving

**NOV 26** — First reports of smell in water reported to JBPHH



**NOV 28**   More reports of smell reported

Navy officers conclude that Nov 20 release has
 infiltrated the water

10 PM Navy press release: no indication that
water is not safe (no mention of fuel release)

Sheena learns of fuel leak while she is working at
Target–frantic rush for water

Jessups smell fuel in our water and see a
sheen in toilets and sinks

**NOV 29**   Navy flushes water onto streets

HDOH advises not to use water to drink, cook, or for
 oral hygiene

Navy distributes message from Joint Base Commander:
 "no indication water is not safe; he and his staff "are
 drinking the water"

Sheena sees Facebook posts: Navy-- water is safe;
DOH--advising not to drink the water;

Sheena posts to Facebook

**NOV 30**   Town halls - Navy claims:
Navy does not know what is in the water;
still "investigating source;"
don't drink if it smells but otherwise safe

**DEC 1**   Petroleum detected in water at Red Hill Elementary

**DEC 2**   Army begins evacuation for affected personnel

**DEC 3**   Navy authorizes TLA for residents in "affected areas"



**DEC 5** — Town hall - Navy first admission that fuel in water is from November 20 release

DEC 6 — Jessups try to check into hotel
Sheena posts to Facebook

DEC 7 — Family experiences acute symptoms;
she and D.J. go to white tent

**DEC 9** — DOH reports diesel levels over 2x limit in
Aiea-Hawala shaft

Sheena posts to Facebook: Day 11 without potable water

**DEC 10** — DOH reports petroleum levels 350x limit at
Red Hill shaft

DEC 20 — Navy begins flushing water system

Brian begins work to supervise Navy divers at the well
he can see and smell fuel

DEC 22 — Sheena doctor visit for abdominal pain,
referral to gastroenterology

## 2022

JAN 22 — Home flushed for the first time and family's skin
problems worsen

JAN 24 — Sheena - multiple blisters down finger after rinsing
her hand in water

JAN 31 — Sheena sees doctor for skin lesions, referral to
dermatology



**FEB 7** — Beau doctor visit for anxiety and excessive worry

B.J.J. doctor visit, diagnosed with behavioral emotional disorder and ADHD

**FEB 8** — Home flushed second time

**FEB 9** — Sheena has severe dizziness for 6 hours, N.J.'s eyes burn

**FEB 20** — Sheena sees dermatologist for skin lesions

Navy says home is "non-detect"

B.J.J.'s skin is red and burning after showering

**FEB 22** — 3 samples detected a compound over screening level at Radford Terrace

**FEB 24** — Sheena doctor visit for hoarse voice, rapid heart rate / daily palpitations

**MAR 1** — Navy mails notice of release of JP-5 to all users of water system

**MAR 2** — N.J. doctor visit, reports chronic intermittent mild abdominal pain

**MAR 11** — Jessups' water deemed "safe"

**MAR 18** — DOH announces clearance of all 19 zones on Navy Water System

**MAY 6** — Sheena gastroenterologist visit and endoscopy



**MAY 14** — Jessups move out of house to Ford Island hotel

After shower on Ford island, N.J. lost pigment on his legs – not to return for months

**MAY 15** — Brian moves to office

Sheena and kids move to Arizona

On flight, N.J. loses control for hours and must be restrained

**MAY 18** — Navy posts corrected Do Not Use notice to website

**JUN** — Jessups start to visit doctors off island waiting for referrals
Sheena posts to Facebook

**SEPT** — B.B.J. and Beau attend new high school
B.B.J. starts to suffer in school

**OCT** — Brian joins the family in Arizona

# 2023

**APR** — Brian retires from the military

## 2024



**JAN 9** — DHA announces independent medical registry

**JAN 31** — DHA releases provider letter with recommendations for ongoing symptoms

**APR** — Longterm symptoms continue: anxiety; B.J.J. and Sheena heavy menses / endocrinology; Beau worsening tremor and stutter

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

<u>*/s/ Kristina Baehr*</u>
Kristina Baehr