IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 1:22-cv-397-LEK-KJM (Federal Tort Claims Act) <br><br><br><br> TRIAL DATE:  April 29, 2024 <br> JUDGE:  Hon. Leslie E. Kobayashi |

## SHEENA JESSUP ATTACHMENT COMPOSITE
## TABLE OF CONTENTS

| Tab A | PX-2290 | Photographs |
|---|---|---|
| Tab B | PX-2232 | Heat Map |
| Tab C | PX-1016 | Jessup Lease |
| Tab D | PX-2323 | 11/29/2021 Joint Base Pearl Harbor-Hickam Social Media Post |
| Tab E | PX-2324 | 11/29/2021 Hawaii State Department of Health Social Media Post |
| Tab F | PX-1063 | 11/29/2021 Sheena Jessup Social Media Post |
| Tab G | PX-1873, 1876, 1879, 1884 | White Tent Forms |
| Tab H | PX-2325 | 12/10/2021 Hawaii State Department of Health Social Media Post Shared by Sheena |
| Tab I | PX-1057 | Water Sheen Photographs |
| Tab J | PX-1060 | 12/09/2021 Sheena Jessup Social Media Post |

| Tab K | PX-1055 | 2/23/2022 Sheena Jessup Social Media Post |
| Tab L | PX-1073 | 3/16/2022 Sheena Jessup Text with Neighbor |
| Tab M | PX-1056 | Photograph of N.J. Skin Discoloration |
| Tab N | PX-2267 | 5/15/2022 Photograph of Sheena Nails |
| Tab O | PX-1062 | 6/16/2022 Sheena Jessup Social Media Post |
| Tab P | PX-2299 | B.J. - Hands Shaking Video 1 |
| Tab Q | PX-2300 | B.J. - Hands Shaking Video 2 |

# TAB A



PLAINTIFFS_RH_0147875



PLAINTIFFS_RH_0147874



Confidential

PLAINTIFFS_RH_0147864



PLAINTIFFS_RH_0147865



PLAINTIFFS_RH_0147873



PLAINTIFFS_RH_0147866

# TAB B



US_RHFTCA_00373776

# TAB C

Ohana Military Communities, LLC
Resident Services Office
620 Pool Street, Honolulu, HI 96818
(808) 839-8620

## LEASE

1. Lease Date:    **July 17, 2017**

2. Resident(s) – Pay Grade:
   **Brian S. Jessup**        **E6**

3. Other Occupants:
   **Sheena Jessup**
   **Beau Jessup**
   B█████Jessup
   N█████Jessup

4. Lease Term:
   a. Commencement Date: **July 17, 2017**
   b. Expiration Date: **July 31, 2018**

5. Neighborhood: **Radford Terrace**

6. Premise Address:
   **2632 Stowell Circle**
   **Honolulu, HI 96818**

7. Monthly Rent: $ **2,961.00**

8. Partial Month Rent: $1,**381.80**

9. Partial Month Rent Due Date: **August 1, 2017**

10. Security Deposit: $ **0.00**

11. Late Charge: $25 as specified in Paragraph 6

12. Returned Check Charge: $25 as specified in Paragraph 6

☒ I/We agree to pay Rent to Owner, by monthly electronic Allotment. I/We authorize the Allotment to be initiated and changed as set forth in Paragraph 4.a. of this Lease. Authorization is also given to stop the Allotment at the time that the Lease is terminated.

☐ I/We agree to pay Rent to Owner by monthly Unit Diary Entry Electronic Funds Transfer ("UDEFT"). I/We authorize the UDEFT to be initiated and changed as set forth in Paragraph 4.b. of this Lease. Authorization is also given to stop the UDEFT at the time that the Lease is terminated.

☐ I/We agree to pay Rent by monthly direct payment to the Owner and will pay such Rent in accordance with Paragraphs 4.c. of this Lease.

This Lease is a legally binding contract. Owner and Resident agree that this Lease and the contractual relationship between the parties shall be construed in accordance with and shall be governed by Chapter 521 of the Hawaii Revised Statutes.

Owner and Resident accept the terms and conditions of the Lease. The Lease includes the Lease and any addenda and sets forth all promises, agreements, and understandings between the Owner and Resident. The terms and conditions of this Lease may only be changed if in writing and signed by both Owner and Resident. Oral changes or agreements are not permitted.

By: Hunt MH Manager, LLC, a Delaware Limited Liability Company, its Authorized Agent:

By Authorized Representative:                                                          7/17/17
                                                                                          Date
Resident: _____ 13.JULI7        Resident: _____
                                          Date                                             Date

**Addenda:**

☐ Asbestos Addendum
☒ Community Handbook
☐ Construction and Relocation Addendum
☐ Executive Home Addendum
☐ Historic Home Addendum
☐ Home-Based Business Addendum
☐ Lead-Based Paint Disclosure Addendum
☒ Mold and Mildew Addendum

☐ Pet Addendum
☒ Resident Energy Conservation Program (RECP) Addendum
☐ Satellite Dish and Antenna Addendum
☐ Special Accessibility Features Home Addendum
☐ Other: **Rent Concession Addendum**

REV 9/30/15, vH021816                                    1

PLAINTIFF'S
TRIAL EXHIBIT
**PX-1016**

This Lease is made on the "Lease Date" listed on Page 1 Number 1, between Ohana Military Communities, LLC, a Hawaii limited liability company, owner of the subject Premises (the "Owner"), and the Resident(s) referenced on Page 1 Number 2 of this Lease (individually and collectively referred to as "Resident").

## THE PARTIES AGREE AS FOLLOWS:

1) **Parties to Lease.** Subject to the terms and conditions of this Lease, Owner rents to Resident and Resident rents from Owner, the Premises referenced on Page 1 Number 6 (the "Premises") of this Lease. The Premises is to be used for residential use only, with exceptions permitted solely upon written approval of Owner. The property is managed by Hunt MH Property Managers, LLC, whose address and phone numbers are specified on Page 1. Hunt MH Property Managers, LLC is authorized to manage the Premises on behalf of Owner and to receive rents, execute leases, enforce leases, and give and accept notices, demands, and service of process on behalf of, and as agent of the Owner.

2) **Premises.** The property to be rented is located in the Neighborhood referenced on Page 1 Number 5, and at the address specified on Page 1 Number 6, and includes the Premises and front and back yards, and may include a garage, driveway, designated parking, and/or a carport, as applicable, plus any outside storage located in the yard.

3) **Term/Automatic Renewal.** The Term of this Lease shall be for a period not to exceed twelve (12) months. This Lease shall begin on the Commencement Date specified on Page 1 Number 4a and terminate on the Expiration Date specified on Page 1 Number 4b.

   Either party may end or renew this Lease at the end of the rental term by providing written notice to the other party. If Resident chooses to terminate this Lease, Resident must provide written notice to Owner which must be received by Owner at least twenty-eight (28) days before the end of the original term. If Owner chooses to terminate this Lease, Owner must provide written notice to Resident which must be received by Resident at least thirty (30) days before the end of the term. After expiration of the term, if neither party has terminated this Lease or neither party has renewed this Lease for another term, this Lease will automatically continue on a month to month tenancy unless otherwise stated in the Construction and Relocation Addendum.

   Resident may terminate a month to month tenancy by providing Owner with a written notice at least twenty-eight (28) days before the anticipated termination date. Owner may choose to terminate a month to month tenancy by providing the Resident with a written notice at least forty-five (45) days before the anticipated termination date.

4) **Rent.** The rent, renter's insurance, and utility usage amount (collectively, "Rent") shall be an amount not to exceed the Basic Allowance for Housing ("BAH") at the With Dependent rate for Resident's duty station at Oahu, Hawaii, or Kauai, Hawaii, as applicable. Rent is payable on the first (1st) day of each month for the previous month's Rent. If Residents are dual military (service members married to service member), the Rent for the Premises shall not exceed the BAH of the senior service member at the With Dependent rate unless one spouse has an authorized BAH at the Without Dependent rate and the other spouse has an authorized partial BAH, in which case Rent shall be an amount not to exceed BAH at the Without Dependent rate of the service member authorized for that allowance. The Rent will be adjusted by the same amount as the Resident's BAH changes at any time during the term of this Lease. Rent includes water, sewer, and gas utility services. Additionally, renter's insurance, as specified in Paragraph 32 of this Lease and a utility usage amount based on average electricity usage, as specified in Paragraph 8 of this Lease will be provided by the Owner.

   If Resident's BAH rate changes at any time, except as the annual adjustment by the Department of Defense Resident must notify Owner within fourteen (14) business days of the change. Resident shall be responsible for the payment of Rent at the changed rate from the effective day of any change and payable upon receipt of the new rate. Resident agrees that the foregoing constitutes effective notice from the Owner of the increase or decrease in the amount of the monthly Rent, which will take effect upon any

REV 09-30-15, v.H021816                    2

increase or decrease in Resident's applicable BAH. In the event the Resident becomes ineligible for BAH, the Rent will be equal to the Resident's BAH immediately prior to the Resident ineligibility.

If this Lease begins after the first day of the month, Resident shall pay the prorated amount based upon 1/30th of the monthly Rent at the time this Lease is signed. Resident shall pay the Partial Month Rent listed on Page 1 Number 8 on the first (1st) day of the following month. If, however, there is a delay in the authorization of the BAH entitlement and Resident does not receive the BAH or increase in BAH, Resident may defer payment of Rent until the BAH entitlement is received. The Partial Month Rent and Due Date is specified on Page 1 Number 9.

    a.  **Allotment Option:** Resident I/We understand and agree that the allotment to pay rent to the Owner may be processed by a third party vendor. Resident is responsible for paying all Rent and charges due by check or money order until the Allotment has commenced. The Allotment will be increased/decreased when increases/reductions occur to the senior service member Resident's BAH rate.

    I/We agree to pay Rent to Owner, by monthly electronic Allotment. I/We authorize the Allotment to be initiated and changed by the vendor as set forth herein. Authorization is also given to stop the Allotment at the time that the Lease is terminated.

    Resident shall execute all documents that are necessary to make monthly Rent payments ("Allotment") not to exceed the BAH at signing of this Lease and Resident agrees to take no action to terminate the Allotment without making arrangements with Owner to begin paying the Rent in another form. If Resident takes action to terminate the Allotment before providing notice to vacate and paying last month rent, the Allotment may be restarted automatically if the resident still occupies the property.

    Resident agrees that the military Leave and Earnings Statement is an acceptable substitute for a Rent receipt as required by Section 521-43 of the Hawaii Residential Landlord-Tenant Code. Resident, however, may request a separate receipt from the Owner.

    _____
              (Sign here to accept this option)

    b.  **UDEFT Option:** If Resident chooses to pay rent through a Unit Diary Entry Electronic Funds Transfer ("UDEFT") Resident is responsible for paying all Rent and charges due until the UDEFT has commenced. The UDEFT may be increased/decreased automatically or, if necessary, by the Resident when increases/reductions occur to the senior service member Resident's BAH rate. It is the Resident's responsibility to make adjustments in the UDEFT to reflect any changes in Resident's BAH rate. Resident shall execute all documents that are necessary to make monthly Rent payments no tot exceed the BAH at signing of this Lease and Resident agrees to take no action to terminate such UDEFT without making arrangements with Owner to begin paying the Rent in another form. Resident agrees that the military Leave and Earnings Statement is an acceptable substitute for a Rent receipt as required by Section 521-43 of the Hawaii Residential Landlord-Tenant Code. Resident, however, may request a separate receipt from the Owner.

    c.  **Direct Payment Option:** If Resident chooses not to use the Allotment or UDEFT payment method as specified on Page 1, Resident agrees to make Rent payments directly to the Owner on the first (1st) day of each month for the previous month's Rent, without notice, to the Owner's office address specified on Page 1 or such other person or at such other address as Owner may notify Resident.

    If Resident's Allotment or UDEFT is terminated without written permission from Owner, and Resident is still in possession of the Premises, Resident will be considered in material breach of this Lease, unless such termination is beyond Resident's fault or control.

REV 09-30-15, v.H021816          3

Confidential                          PLAINTIFFS_RH_0052478
PX-1016_0002

5) **Security and Pet Deposits.**

   a) Security Deposit: A Security Deposit equal to one month's Rent will be required unless the Resident chooses to complete all documents to pay Rent by Allotment or UDEFT. The Security Deposit, if any, is specified on Page 1 Number 10 and is being held at the Bank of Hawaii, or at such other bank as may be selected by Owner with notice to Resident. The Security Deposit is given by the Resident to the Owner for the following purposes: (a) To remedy Resident defaults for damages, for failure to pay Rent, or for failure to return keys at termination of this Lease; (b) To put the Premises in as clean a condition at the Expiration Date as it was at the Commencement Date, except for normal wear and tear; (c) To compensate for damages if Resident wrongfully quits the Premises; or (d) any other charges, including any outstanding electricity charges as set forth in the Resident Energy Conservation Program (RECP) Addendum, in accordance with state law and local ordinance.

   b) Pet Deposit: If the Resident has one or more dogs or cats as provided for in paragraph 11 of this Lease, a $_____ Pet Deposit will be required. This deposit is waived if the Resident is already paying a Security Deposit. The Pet Deposit is given by the Resident to the Owner to remedy Resident defaults for damages caused by Resident's pet(s).

The Security or Pet Deposit will be held, applied, and refunded as provided herein. If Resident has paid a Security or Pet Deposit, Owner will return the Security or Pet Deposit or any portion not retained by Owner, not later than fourteen (14) days after the termination of this Lease. If Owner keeps any portion of the Security or Pet Deposit, Owner will provide Resident with a written notice listing the reasons for keeping the Security or Pet Deposit. If the Security or Pet Deposit is insufficient to cover the costs of unpaid Rent, damages, or other charges, Resident will be liable for all such sums due in accordance with state/local law. Resident may not use the Security or Pet Deposit as the "last month's rent" and cannot apply the Security or Pet Deposit towards Rent.

6) **Late Fees and Returned Check Charges.** If any Rent is not paid by the fifth (5th) day of the month, unless paid by Allotment or UDEFT, the Resident must pay a late fee of 25.00, which is deemed additional Rent. If a check for payment of Rent is returned by the bank for insufficient funds, Resident must replace the returned check with a cashier's check, certified check, or money order and pay a returned check charge of $25.00, plus any late fees, if applicable, which are deemed additional Rent. If one (1) check is returned by the bank for insufficient funds, all future rental payments must be paid by Allotment or UDEFT, cashier's check, certified check or money order only.

Acceptance of any late or partial Rent or waiver of any fees or charges is not a waiver of Owner's right to enforce other terms of this Lease.

7) **Condition of Premises Upon Commencement Date.**

   a) **For Residents not in possession at time of Lease signing:**

      Resident has examined the Premises and is satisfied with its physical condition, order, and repair. Resident accepts the Premises "as is" as of the Commencement Date specified on Page 1 Number 4a. Owner has inspected and inventoried the Premises and provided Resident with a Move-In/Move-Out Unit Inspection and Inventory Report. Within five (5) days of Commencement Date, or upon occupancy by Resident, Resident shall complete and return to Owner the Move-In/Move-Out Unit Inspection and Inventory Report detailing any deficiencies noted with the Premises. Owner and Resident will sign the Move-In/Move-Out Unit Inspection and Inventory Report and Owner will provide a copy to Resident. If Resident does not return the Report to Owner, Resident accepts the Premises without exception, and any damage or deficiencies will be deemed accepted by Resident.

Confidential                                              PLAINTIFFS_RH_0052479
PX-1016_0003

b) **For Residents in possession at time of Lease signing:**

Resident acknowledges that he/she is in possession of the Premises on the Commencement Date and accepts the Premises "as is" as of the date Resident commenced occupancy of the Premises, which condition is described in Resident's original Move-In Condition form, a copy of which is on file with the Owner and will be provided to Resident upon request.

8) **Services and Utilities.** Owner shall be responsible for the payment of water, sewer, and gas utilities as specified in Paragraph 4 during the term of this Lease. As set forth in the Resident Energy Conservation Program (RECP) Addendum, electricity or gas, or both, costs will be the responsibility of the Owner up to the upper limit of a monthly utility usage buffer zone. Resident will be responsible for payment of electric or gas, or both, utility charges that exceed the monthly utility usage buffer zone and for telephone, cable, Internet, or any other services directly contracted by Resident with a service provider. Resident acknowledges that interruptions in the delivery of utilities do occur and Owner shall not be liable for any loss or inconvenience caused by any interruption. Owner will make every effort to notify Resident in advance of any interruptions in utility services resulting from scheduled outages or work elsewhere in the Neighborhood.

9) **Occupants and Permitted Use.** Resident will use the Premises as a residence for Resident and Occupants listed on Page 1 respectively, except as otherwise provided herein. Procedures and requirements governing Occupants and permitted use are further specified in the Community Handbook, a copy of which is given to Resident.

   a) Resident, Occupants and guests will not commit any acts or use the Premises or common areas in such a way as to (i) violate any law or ordinance, including laws prohibiting the use, possession or sale of illegal drugs; (ii) commit property damage; or (iii) create a nuisance by annoying, disturbing, inconveniencing or interfering with the quiet enjoyment, business, or peace and quiet of any other Resident, Resident Services Office staff, contractors, or other persons engaged in lawful activity in the area.

   b) Residents must register and obtain written approval from Owner for guests staying at the Premises longer than thirty (30) days.

   c) Resident must obtain written approval from Owner for a live-in care provider staying more than thirty (30) days.

   d) Residents and/or Occupants may, with written permission of Owner and execution of a Home Based Business Addendum, conduct a residential business in the Premises of a type normally permitted under state/local laws and regulations governing the conduct of residential businesses. Residents and/or Occupants conducting a residential business will be required to comply with and are subject to inspection by the appropriate city, county, state, or federal agency, office or department for compliance with applicable laws, codes, regulations and requirements. The Resident is responsible for obtaining the necessary State or local government licenses and insurance for any damages to third parties arising from the conduct of such business and providing a copy to the Owner.

   e) Resident and/or Occupant may, with written permission from Owner and execution of a Home Based Business Addendum, operate a child care facility in the Premises through participation in the Child Development Homes program. Resident and/or Occupant must be certified through the DoN sponsored Child Development Program. Resident is responsible for obtaining the necessary State or local government licenses and insurance for any damages to third parties arising from the conduct of such business and providing a copy to the Owner.

10) **Absence from Premises.** Resident shall notify the Owner in writing of any absences from the Premises in excess of fourteen (14) consecutive days. Resident shall make arrangements for a representative to have access to and take responsibility for the Premises and shall notify Owner of the name and contact information of such representative. Resident shall assume all liability for the representative's behavior.

Confidential                                                      PLAINTIFFS_RH_0052480
                                                                  PX-1016_0004

Unless inconsistent with state/local law, Owner shall not be responsible for any damages resulting from the Resident's absence from the Premises due to Resident's negligence, recklessness and/or intentional conduct.

11) **Pets.** No pets are permitted in the Neighborhood at any time except by prior written consent of Owner. If Owner agrees to permit a pet(s), Owner and Resident must sign a Pet Addendum and observe all applicable laws (i.e., leash and pick-up laws). After the Commencement Date specified on Page 1 Number 4a of this Lease, the following breeds of dogs and dogs that have any of the following breed lineage will not be permitted to be moved into the Premises or Neighborhood: Pit Bull types and Rottweilers. Pit Bull types of dogs are defined as Pit Bull, American Pit Bull Terrier, American Staffordshire Terrier, Bull Terrier, Staffordshire Bull Terrier, and Staffordshire Terrier. Caged birds, fish and other cold-blooded animals are allowed in the Premises provided they are permitted under federal, state, and local laws. A maximum of two (2) dogs and/or cats will be permitted in the Premises. A reasonable number of other authorized pets may be permitted. Keeping a pet for any duration without written consent from Owner or a signed Pet Addendum will be considered a material breach of this Lease.

Residents are responsible for informing guests that guest's pets are not allowed in the Premises or common areas. Residents will not be permitted to use the Premises to care for pets belonging to other persons without the written consent of Owner.

12) **Community Handbook and Rules/Regulations.** Resident agrees to comply with all occupancy rules and regulations contained in the Community Handbook governing the Neighborhood whether now in effect or subsequently issued by Owner and delivered to Resident. Resident acknowledges receipt of the Community Handbook as of the commencement date of this Lease, which is incorporated into this Lease. Violation of the occupancy rules and regulations contained in the Community Handbook may be considered a violation of this Lease.

13) **Parking.** Resident will operate and park all vehicles in accordance with guidelines stated in the Community Handbook. All vehicles must be licensed with current license plates and must be in operating condition. Owner will tow unauthorized or illegally parked vehicles at Resident's expense. Owner assumes no responsibility or liability whatsoever for loss of or damage to any vehicle while parked in the Neighborhood. Boats, trailers, and oversized vehicles must be registered with the Owner and shall be parked only in designated recreational vehicle storage areas. Such storage areas may not be available in some or all of the neighborhoods.

14) **Repairs/Alterations/Liens.** Resident will not alter or repair the interior, exterior, or the structure of the Premises in any way without express written consent of Owner. Resident is liable for the cost to repair any alterations made by Resident. Alteration includes but is not limited to painting, wallpaper, modification of electrical appliances, or installation of telecommunication devices, including satellite dishes and/or antennae. No mechanical, electrical, plumbing or structural equipment or major appliances or configuration on any part of the Premises may be altered, modified, installed or removed without express written consent of Owner. Resident shall be responsible for all costs for repair or replacement of any removals or changes.

Residents of historic homes must comply with further restrictions as outlined in the Historic Home Addendum.

Resident may not encumber the Premises or permit any person to claim or assert any lien for the improvement or repair of the Premises made by Resident. Resident shall notify all parties performing work on the Premises at Resident's expense that this Lease does not allow any such liens to attach to Owner's interest.

15) **Maintenance.** Owner will maintain the Neighborhood and the mechanical and electrical devices provided by Owner within the Premises in a clean, safe, and workable condition. Resident will report all needed repairs to Owner. Service requests during regular working hours are to be reported to the Resident Services Office or other designated service request line. Repairs shall be made within a reasonable time following notification during normal business hours. Emergency maintenance service is available after

Confidential

PLAINTIFFS_RH_0052481
PX-1016_0005

hours to handle requests of a true emergency nature that cannot wait until normal business hours. If such repairs are of an emergency nature, the repairs shall be addressed within a reasonable time under the circumstances.

Owner is not responsible for any inconvenience or loss caused by necessary repairs to the Premises, the Neighborhood, appliances, or any other equipment. Temporary suspension of services within the Premises and in the Neighborhood is not a basis for ending this Lease or abating Rent if Owner is affecting repairs.

Resident shall maintain the Premises in a neat, clean and undamaged condition, in accordance with all applicable state/local laws affecting health and safety. Resident agrees to (a) dispose of all ashes, rubbish, garbage, and waste in a clean and safe manner; (b) use all plumbing, electrical, sanitary, ventilating, air conditioning facilities and appliances in a safe and reasonable manner; and (c) not deface, damage, or otherwise harm any part of the Premises. Any damage(s) to glass on the Premises or in any common area caused by Resident, Occupants or guests shall be paid by Resident. Resident has inspected and tested all smoke detectors and carbon monoxide detectors and determined them to be in workable condition. Resident shall be responsible for testing smoke detectors and carbon monoxide detectors on a regular basis, and replacing batteries. Resident, Occupant or guests shall not tamper with, adjust or disconnect any smoke detectors or carbon monoxide detectors. Violation of this provision is a material breach or default of this Lease and shall entitle Owner to exercise all remedies available under state/local law. Resident shall notify Owner of all repair needs promptly. Resident shall be liable for any damages resulting from Resident's failure to promptly notify Owner.

Owner will perform an annual physical inspection of the Premises to ensure housing quality standards. Owner will notify Resident at least five (5) days in advance of the date and time of inspection.

Resident is responsible for grounds maintenance of the backyard of the Premises, if fenced. The Resident is responsible for mowing, trimming, and edging the area within the fenced backyard in accordance with grounds maintenance standards. A complete list of the standards regarding grounds maintenance is posted in the Resident Services Office. Failure to maintain grounds is a material breach of this Lease. The Owner may waive this requirement in certain circumstances, including but not limited to deployment of the Resident.

16) **Damage to the Premises.**

    a) If, by no fault of Resident, the Premises is totally or partially damaged or destroyed by fire, earthquake, accident or other casualty that render the Premises totally or partially uninhabitable as determined by the applicable governing authority or, if a governing authority is not applicable, by Owner, either Owner or Resident may terminate this Lease by giving the other written notice within thirty (30) days after the date of such damage, which shall be effective retroactively to the date on which the Premises became totally or partially uninhabitable. Rent shall be abated as of the date the Premises becomes totally or partially uninhabitable. The abated amount shall be the current monthly Rent prorated on a thirty (30) day period. Neither party will have any further obligation to the other. If this Lease is not terminated, Owner shall promptly repair the damage, and Rent shall be reduced based on the extent to which the damage interferes with Resident's reasonable use of the Premises. Owner may alternatively offer Resident another Premise if one is available. Resident may accept the Premises and this Lease will remain in effect.

    b) If the damage to the Premises is a result of a negligent, reckless, or deliberate action of Resident, Occupant, or guests, only Owner shall have the right to terminate this Lease, and no reduction in Rent shall be made. Resident will be responsible for payment of the repair and damages to the Premises caused by the Resident, Occupant or guest and to restore the Premises to its original condition, even if caused before the commencement date of this Lease. Failure to pay such amount is a material breach or default of this Lease.

17) **Waiver.** If Owner does not exercise any of its rights under this Lease, Owner may still exercise these rights at a later date.

Confidential                                    PLAINTIFFS_RH_0052482
PX-1016_0006

18) **Joint and Individual Liability,** If there is more than one Resident, each one shall be individually and completely responsible for the performance of all obligations of Resident under this Lease, including, but not limited to, any damage caused to the Premises or Neighborhood by the Resident, Occupant, or Resident's guest, jointly with every other Resident, and individually, whether or not in possession.

19) **Right to Relocate,** Owner reserves the right to terminate this Lease and to relocate Resident due to construction and renovations or habitability conditions as specifically set forth in the Construction and Relocation Addendum. Owner will give Resident no less than forty-five (45) day advance notice. Relocations directed by Owner to a Premises designated by Owner and accepted by Resident will be at no cost to Resident. Owner shall provide Resident with a relocation allowance in the amount as set forth in the Construction and Relocation Addendum to offset the incidental costs of moving. Resident will be responsible for relocation due to habitability deficiencies caused by Resident, Occupants, or Resident's guests. In such event, Resident will pay for its relocation expenses in addition to the cost to repair any habitability deficiencies.

20) **Entry onto the Premises,** Owner or anyone allowed by Owner, including but not limited to a licensed exterminator for the purpose of pest control, may enter the Premises during reasonable hours after giving Resident forty-eight (48) hours advance notice. Owner or anyone allowed by Owner may enter the Premises for preventive maintenance during reasonable hours after giving Resident five (5) days advance notice. If there is an emergency, Owner may enter the Premises without giving Resident advance notice. Upon notice by either party of intent to terminate tenancy, Resident agrees to permit Owner to show the Premises to prospective residents upon forty-eight (48) hours advance notice. Owner may also enter the Premises if it appears to have been abandoned by Resident after a forty-eight (48) hour notice has been posted.

21) **Locks and other Entry Devices,** All devices (access cards, codes, keys, garage door openers, etc.) issued to Resident for access to common areas, pools, garages, Premises, etc. are the property of the Owner to be utilized solely by and held in possession of the Resident and authorized Occupants. These devices may be subject to additional rules and regulations as issued by Owner. If Resident provides any entrance device other than a key to Resident's Premises, to any person without first obtaining written permission from Owner, it shall constitute a material breach of this Lease and Owner may terminate tenancy.

Locks shall not be changed, altered or replaced nor shall Resident add new locks without the written permission of Owner. Any locks so permitted to be installed shall become the property of Owner and Resident must promptly provide a key to Owner.

22) **Abandonment,** Any personal property left in the Premises after Resident has vacated or has been evicted is considered abandoned. If Owner determines the personal property to be of value, Owner may store the items at Resident's expense, sell the items in a commercially responsible manner, or donate the items to a charitable organization. Before selling or donating the items, Owner will mail a notice to Resident at Resident's forwarding or last known address. Owner will advertise the sale and disburse any proceeds in accordance with state/local law. If Owner determines the abandoned property is of no value, Owner will dispose the abandoned property without further notice or liability.

23) **Assignment and Sublet,** Resident shall not sublet all or any part of the Premises, or assign or transfer this Lease or any interest in it. Any assignment, transfer or subletting of the Premises or this Lease by voluntary act of Resident, operation of law or otherwise, shall be null and void and, at the option of Owner, terminate this Lease.

24) **Breach by Resident,** Each obligation of this Lease is material and violation of any obligation or misrepresentation of any information is a breach of this Lease. Owner may, at its option, enforce the performance of this Lease and/or give notice to Resident of its election to terminate this Lease. If Resident does not pay Rent by the due date, Owner may give Resident written notice demanding payment. If the Rent is not paid within the time specified (not less than five [5] business days) after receipt of notice, Owner may terminate this Lease. If Owner employs an attorney or collection agency, Resident must pay attorney fees (not more than 25% of the unpaid rent) and reasonable court costs, regardless of whether or not a lawsuit is filed.

Confidential

PLAINTIFFS_RH_0052483
PX-1016_0007

If Resident fails to comply with any of the terms of this Lease, including damaging the Premises or violating any of the rules and regulations contained in the Community Handbook, or other restrictions, Owner will give Resident written notice ("Notice of Violation/Breach) of the violation/breach. If the damage is not repaired or the violation/breach is not corrected within the time period specified in the Notice of Violation/Breach (not less than 10 days) from receipt of the notice, Owner may correct the violation/breach or damage and charge the cost to Resident and/or give Resident a ten (10) day notice to terminate this Lease ("Notice of Termination of Tenancy") unless the violation/breach is remedied by Resident within the ten (10) day period and provided that the violation/breach can be remedied. Notice is hereby given that Resident is responsible for paying any fines, penalties, or other assessments charged because of Resident's failure to comply with the terms of this Lease.

If the breach of this Lease is due to Resident's, Occupants', and/or guests' use of the Premises for unlawful purposes, or if Resident, Occupants or guests cause or threaten to cause injury to any person, Owner may terminate this Lease.

Neither Owner nor Resident shall forfeit or waive any existing or future right or remedy by pursuing a lawsuit. Resident's eviction by a court or other breach of this Lease or Owner's Service of a Notice of Termination of Tenancy on Resident shall not release Resident from liability for payment for the balance of the term of this Lease.

25) **Security.** Resident acknowledges that Owner has not made any written or oral representations concerning the safety of the Neighborhood or the effectiveness or operability of any security devices or security measures.

Resident acknowledges that Owner does not warrant or guaranty the safety or security of Residents, Occupants, and their guests or invitees against criminal or wrongful acts of third parties. Each Resident, Occupant, guest, and invitee is responsible for protecting his or her own person and property.

Resident acknowledges that security devices or measures may fail or be thwarted by criminals or by electrical or mechanical malfunction. Therefore, Resident acknowledges that they should not rely on such devices or measures and should protect themselves and their property as if these devices or measures did not exist.

26) **Estoppel Certification.** Resident will, at any time and from time to time, upon not less than fifteen (15) days prior request by Owner, execute, acknowledge and deliver to Owner a statement in writing, executed by Resident, certifying (a) that this Lease is unmodified and in full force and effect (or, if there have been modifications, that this Lease is in full force and effect as modified, and setting forth such modifications) and the dates to which the additional Rent and other sums payable hereunder have been paid, and (b) that there is no existing default hereunder or specifying each such default of which the signer may have knowledge and (c) that Resident does not have any actual or pending claim against Owner.

27) **Hold Harmless.** Owner will not be liable for any injury to any person or damage or loss to any property of Resident, any Occupant, guest or invitee, unless the injury or damage is due to the specific negligence of Owner. Except as otherwise provided by law and this Lease, Owner will not be liable for the loss or damage to Resident's personal property from theft, vandalism, fire, water damage, smoke. Owner supplied appliances, operating systems, interruption of utility services, or other cause, unless due to the specific negligence of Owner. If for any reason Owner agrees to render services such as handling furniture, cleaning, delivering or accepting packages, or providing access, Resident specifically agrees to hold Owner harmless from all liability in connection with such services.

Owner shall not be liable to Resident for any lack of access to the Premises, the Neighborhood, or any other land under the control of the Federal Government.

REV 09-30-15, v.H021816                                9

                                                      PLAINTIFFS_RH_0052484
PX-1016_0008

28) **Delivery of Premises.** Owner will make a good faith effort to make the Premises available to Resident on the day this Lease is scheduled to begin. If any delay does occur, Rent will not be due until the Premises is available to Resident. Either party may end this Lease by written notice to the other party if the Premises are not available within thirty (30) days after the Commencement Date, and any payment(s) made under this Lease will be refunded.

29) **Resident's Obligations Upon Vacating the Premises.** Resident has certain obligations prior to termination of this Lease and vacating the Premises. The obligations include:

    a)  Resident shall (i) give Owner all keys or opening devices to the Premises and any common areas; (ii) vacate and surrender the Premises to Owner, empty of all persons; (iii) vacate any and all parking and /or storage space; (iv) clean and deliver the Premises to Owner in the same condition as it was delivered upon Commencement Date or upon commencement of tenancy for Resident in possession on or before October 1, 2006, less ordinary wear and tear; (v) remove all debris; and (vi) give written notice to Owner of Resident's forwarding address.

    b)  All alterations/improvements left by the Resident at termination and that are made by or caused to be made by Resident, with or without Owner's consent, shall be deemed abandoned and may be disposed of, or retained by, Owner upon termination. Owner may charge Resident for restoration of the Premises to the condition it was in prior to any alterations/improvements.

    c)  Owner shall perform a pre-move out inspection and inform the Resident in writing of any potential move-out charges that may be assessed. At Resident's option, Resident may attend such pre-move out inspection. Resident shall be given an opportunity to remedy identified deficiencies prior to termination, consistent with the terms of this Lease. Deficiencies identified in the pre-move out inspection and not remedied by Resident will be remedied by the Owner and associated costs will be the responsibility of the Resident

    d)  Owner shall perform a final move out inspection at the time the Resident vacates the Premises. Resident or a Resident appointed representative must attend such final move out inspection. If Resident or a Resident appointed representative does not attend such final move-out inspection of the Premises, Resident will accept Owner's assessment of damages. The Resident will be charged a cleaning fee if the Premises is not properly cleaned. The Resident will be assessed charges for any damages to the Premises, except ordinary wear and tear.

    e)  Move-out requirements are further specified in the Community Handbook.

30) **Termination by Resident Prior to Expiration of Term.**

    a)  Resident that is a service member shall have the right to terminate this Lease if (i) the Resident is required to move pursuant to permanent change of station orders; (ii) the Resident receives temporary duty or deployment orders equal to or in excess of three (3) months duration to depart thirty-five (35) miles or more from the Premises; or (iii) the Resident is discharged or released from active duty with the Armed Forces of the United States or Coast Guard; or (iv) the Resident dies during active duty the remaining Resident that is a service member shall have the right to terminate this Lease as provided in the Servicemembers Civil Relief Act, as shall the Occupant(s) as provided in the Servicemembers Relief Act.

    b)  In order to terminate this Lease under Paragraph (a) above, Resident (or in the case of death, an adult member of his or her immediate family or personal representative of the estate) shall provide Owner a written twenty-eight (28) day notice of intent to vacate (accompanied by appropriate forms/documents evidencing the circumstances giving rise to such right). The foregoing twenty-eight (28) day period can be reduced or waived by Owner under special circumstances such as when military orders are received with less than twenty-eight (28) days' notice.

Confidential

PLAINTIFFS_RH_0052485
PX-1016_0009

c) If two Residents are military members and only one Resident terminates this Lease under Section 30(a) above, the remaining Resident will not be required to terminate the Lease, but has the option to provide the Owner a written twenty-eight (28) day notice of intent to terminate. If the senior service member is the terminating party, then upon the senior service member's early termination date the remaining Resident shall be considered the senior service member and will pay Rent in accordance with Paragraph 4 above. All other terms and conditions of the Lease shall remain in full force and effect.

d) If only one Resident is a service member and if that Resident terminates this Lease under Section 30(a) above, the remaining non-military Occupant of legal age, shall not be required to terminate this Lease, but has the option to terminate by providing Owner a written twenty-eight (28) day notice of intent to vacate. In the event such non-military Resident continues to occupy the Premises under this Lease, the monthly Rent for the remainder of the then current term shall continue to be the monthly Rent immediately prior to termination by the military Resident.

e). Resident may terminate this Lease prior to the Expiration Date as shown on Page 1 Number 4b if Resident is purchasing a home. Resident will not be assessed a penalty for early termination if Resident provides a twenty-eight (28) days written notice and a copy of the signed Purchase Agreement to Owner.

f) Resident has the option to terminate this Lease prior to the Lease Expiration Date as shown on Page 2 Number 4b for any reason not specified herein. Resident must submit to Owner at least twenty eight (28) days prior to the early termination date, a request in writing, and a $250 Early Termination Fee, together with any outstanding Rent or other amounts owed to Owner pursuant to the terms of this Lease.

## 31) **Termination by Owner Prior to Expiration of Term.**

a) Owner may terminate this Lease if Resident is in default under any of the covenants, terms or conditions of this Lease including the rules and regulations contained in the Community Handbook.

b) In addition, Owner may terminate this Lease for the following reasons:

   (i) Misuse or illegal use of the Premises, or conduct of Resident, Occupants, and/or guests which is detrimental to Neighborhood safety and health.

   (ii) Unacceptable care of or damage to Premises.

   (iii) When the Resident, in the act of apparent abandonment and as a result of voluntary action, ceases to reside personally in the Premises.

   (iv) Use of the Premises for illegal activities or commercial transactions not permitted in advance in writing by Owner.

   (v) For criminal activity by any Resident, Occupant, guest, or any other person under Resident's control. Criminal activity includes, but is not limited to, felonies and misdemeanors.

   (vi) Construction and extensive renovations and repairs of the Premises and/or common areas, which may require Resident to vacate the Premises, as set forth in the Construction and Relocation Addendum.

31) **Insurance.** Owner's insurance covers the Premises and contents provided by Owner. Owner will provide insurance coverage of $35,000 for loss of Resident's personal property at no cost to the Resident. The

Confidential

PLAINTIFFS_RH_0052486
PX-1016_0010

insurance provides replacement cost coverage with a $250 deductible payable by Resident. Limited coverage is provided for high value items such as jewelry, silverware, antiques, etc. Resident acknowledges being responsible for obtaining and maintaining insurance to cover losses or damages in excess of these coverage amounts. Resident acknowledges being advised to obtain additional insurance at the Resident's cost to protect the Resident from claims for property damages and physical injury caused by Resident, Occupants, or guests. Waterbeds and aquariums in excess of thirty-five (35) gallons are not permitted without providing Owner with a valid water damage insurance policy.

32) **Weapons and Guns.** The possession of personal firearms, government-owned arms, ammunition, and any other weapons will be in accordance with the laws of the State of Hawaii and all other applicable laws and ordinances. All firearms must be registered with the Owner within three (3) days of occupancy or procurement of firearms. Firearms and ammunition must be stored separately in safe, locked locations. Loaded guns in the Premises are prohibited. Displaying or discharging a weapon in the Neighborhood is prohibited. Hand grenades, bombs, and blasting explosives are also prohibited. Failure to adhere to this provision or other provisions within the Community Handbook regarding weapons and guns is a material breach of this Lease and may result in immediate eviction from the Premises.

33) **Notices.** All notices must be in writing. Any notices to the Owner will be delivered at the Resident Services Office listed on Page 1 of this Lease and to the Resident at the Premises. Delivery of a notice to any Resident or Occupant is notice to all Resident(s) and Occupant(s). If Owner cannot deliver a notice to any Resident or Occupant, Owner may post the notice in a conspicuous place on the Premises. The notice will be deemed received when delivered or posted on the Premises.

34) **Change in Ownership/Subordination.** This Lease and Resident's rights under this Lease are subordinate (inferior) to all existing and any future financing, loans, or leases on the building or land.

35) **Severability.** If one or more of the paragraphs of this Lease are determined to be invalid, the remainder of this Lease will remain in effect.

36) **Controlling Document.** In the event of any ambiguity, conflict, inconsistency, or incongruity between the provisions or references of this Lease and any other exhibits or attachments to this Lease, then the provisions of this Lease shall, in all respects, govern and control.

37) **Sex Offender Registration.** Hawaii has enacted a law requiring sex offenders to register with the Attorney General's office. Owner makes no representations as to whether or not the public has access to this information. Owner is not required to obtain information regarding sex offenders.

38) **Government's Right to Restrict Access for Security Reasons.** Owner and Resident acknowledge that the Government, as represented by the DoN, has reserved the right to impose access restrictions upon all Residents from time to time as security considerations may require. Such restrictions may include identification checks, searches of vehicles and persons, and any other measures appropriate to the situation. Access to the Premises may be restricted or denied at the discretion of the Commander, NAVREGHI, depending on the nature and severity of the specific force protection or defense conditions. Residents shall not make any claim against Owner if the DoN imposes such restrictions.

Confidential

PLAINTIFFS_RH_0052487
PX-1016_0011

The Owner, its agents, and employees are pledged to both the letter and spirit of the U.S. policy for the achievement of equal housing opportunity throughout the nation. Owner strictly abides by all applicable Federal, state, and county laws. Management does not discriminate on the basis of race, color, religion, sex, national origin, familial status, disability, marital status, age, or HIV (human immunodeficiency virus) infection, or any other protected classes under state/local law.

NOTE: Chapter 487A of the Hawaii Revised Statutes, as amended, requires that every written agreement entered into on or after July 1, 1981 to which a consumer is a party, which involves less than $25,000, and which is the subject of a transaction for personal, family, or household purpose; or which is a lease of space to be occupied for residential purposes for a term not exceeding five years; shall be written in a clear and coherent manner using words with common and everyday meanings, and appropriately divided and captioned by its various sections. Every effort has been made to write this Lease in "plain language." Notwithstanding this effort, there is no warranty, express or implied, that this Agreement in all respects complies with Chapter 487A, as amended. Residents should consult with their own attorneys about Chapter 487A and other laws that may apply.

Resident has read and understands this Lease and agrees to be bound by all of its covenants, terms and conditions. Resident acknowledges that Resident has received a duplicate original of this Lease.

X _____    X 13 JUL 17
RESIDENT                          DATE

X _____    X _____
RESIDENT                          DATE

OWNER:

Ohana Military Communities, LLC
By: Hunt MH Property Managers, LLC, its Authorized Agent

X _____    X 7/17/17

Confidential                                            PLAINTIFFS_RH_0052488
                                                        PX-1016_0012

# MOLD AND MILDEW ADDENDUM

This will serve as an Addendum to the Lease dated **7/17/2017**, between Ohana Military Communities, LLC, Owner, and **Brian S. Jessup**, ("Resident"), regarding property located at **2632 Stowell Circle, Honolulu, HI 96818**, (the "Premises").

Owner desires to maintain a quality living environment for Resident. To help achieve this goal, it is important for the Owner and Resident to work together to minimize any mold growth in the Premises. This Addendum contains information for Resident, and the responsibilities of both Resident and Owner.

1. **ABOUT MOLD:** Mold is found virtually everywhere in the environment—indoors and outdoors in new and old structures. When excess moisture is present inside Premises, mold can grow. Appropriate precautions need to be taken to minimize the potential for mold growth in the Premises.

2. **PREVENTING MOLD:** In order to minimize the potential for mold growth, Owner recommends the Resident should do the following:

   a. Keep the Premises clean – particularly the kitchen, bathroom(s), carpets and floors. Regular dusting, vacuuming, and mopping removes household dirt and debris that contribute to mold growth. Use environmentally safe household cleaners. A vacuum cleaner with a high-efficiency particulate air ("HEPA") filter will help remove mold spores. Immediately throw away moldy food.

   b. Do not block or cover any ventilation or air conditioning ducts. Whenever possible, maintain a temperature of 50 to 80 degrees Fahrenheit in the Premises.

   c. Remove visible moisture accumulation on countertops, windows, windowsills, walls, ceilings, floors, and other surfaces as soon as reasonably possible. Periodically clean and dry the walls and floors around the sink, bathtub, shower, toilet, windows, and patio doors using a common household disinfecting cleaner. Blot dry spills on carpeting.

   d. Look for leaks in washing machine hoses, faucets, and discharge lines, especially if the leak is large enough to infiltrate into nearby walls.

   e. Use the bathroom fan when bathing or showering and allow the fan to run until all excess moisture has been vented from the bathroom. Keep the shower curtain inside the tub or fully close the shower doors when showering. After taking a shower or bath: (i) wipe moisture off of shower walls, shower doors, the bathtub and the bathroom floor; (ii) leave bathroom door open until all moisture on the mirrors and bathroom walls and tile surfaces has dissipated; and (iii) hang towels and bath mats so they will completely dry out.

   f. Use the exhaust fan in the kitchen when cooking or while running the dishwasher and allow the fan to run until all excess moisture has been vented from the kitchen.

   g. Open windows and doors on days when the outdoor weather is warm and dry (humidity is below 50 percent) to help humid areas of the Premises dry out. Keep windows and doors closed in damp, humid, or rainy weather.

   h. Clean the lint filter in the clothes dryer after each use and promptly report any damage to the vent connection. If condensations forms in the area, wipe it dry. Dry damp clothing as quickly as possible.

Ohana Military Communities, LLC          REV 9/30/15 vH022416

Confidential          PLAINTIFFS_RH_0052489
PX-1016_0013

i. Limit houseplants to a reasonable number to limit excess humidity and limit molds that could grow on the soil surface. Avoid over watering.

j. Do not overfill closets or storage areas. Overcrowding restricts airflow.

k. Promptly report to the Resident Services Office:

i. Any leak, water damage, or signs of water infiltration;

ii. Any malfunction in the heating, ventilation, or air conditioning system;

iii. Windows or doors that do not open or close properly;

iv. Any areas of visible mold (except very small areas that respond to routine cleaning);

v. Musty or moldy odors;

vi. Health issues that Resident thinks may be linked to the air quality within the Premises;

Owner will respond in accordance with this Lease to repair or remedy the situation as necessary.

3. **EXISTING MOLD:** If small areas of mold have already formed on non-porous surfaces (such as ceramic tile, Formica, vinyl flooring, metal, wood or plastic), the Environmental Protection Agency ("EPA") recommends cleaning the areas with soap or detergent and water, letting the surface dry, and then, within 24 hours, applying a pre-mixed, spray-on-type household biocide, such as Lysol Disinfectant®, Pine-Sol Disinfectant®, Tilex Mildew Remover®, or Clorox Cleanup. Tilex and Clorox contain bleach that can discolor or stain. **Follow the instructions on the container.** Applying biocides without first cleaning away the dirt and oils from the surface is like painting over old paint without first cleaning and preparing the surface. Always clean and apply a biocide to an area 5 or 6 times larger than any visible mold because mold may be in adjacent areas, but not yet visible to the naked eye. A vacuum cleaner with a high-efficiency particulate air ("HEPA") filter can be used to help remove mold products from porous items such as sofas, chairs, drapes and carpets—provided fibers are completely dry. Machine washing or dry cleaning will remove mold from clothes.

4. **DO NOT CLEAN OR APPLY HOUSEHOLD BIOCIDES TO**: (a) visible mold on porous surfaces such as sheetrock walls or ceilings; or (b) large areas of visible mold on non-porous surfaces. Instead, notify Owner in writing; Owner will take appropriate action in compliance with applicable law.

5. **COMPLIANCE:** If Resident fails to comply with this Addendum, Resident may be held responsible for damage to the Premises and any health problems that may result.

Resident:

Date: 13 JUL 17

Hunt MH Property Management, LLC, a Delaware limited liability company, its Authorized Agent

By:

Date: 7/17/17

Confidential

PLAINTIFFS_RH_0052490
PX-1016_0014

# NAVY RESIDENT ENERGY CONSERVATION PROGRAM (RECP) ADDENDUM

This will serve as an Addendum to the Lease dated _____**7/17/2017**_____, between
Ohana Military Communities, LLC, Owner, and _____**Brian S. Jessup**_____.
("Resident"), regarding property located at _____**2632 Stowell Circle, Honolulu, HI 96818**_____.
(the "Premises").

1.  **Resident Responsibility.** The Office of the Secretary of Defense (OSD) mandates a transfer of
    responsibility for utilities to residents in privatized housing. The Navy implementation of this
    requirement is the Resident Energy Conservation Program or RECP. To this end, residents living in
    Navy privatized housing will receive a monthly statement of electricity or gas usage, or both
    throughout the term of the Lease. Resident shall be responsible for payment of utility charges at the
    Premises that exceed the monthly utility normal usage buffer zone described in paragraph "2" of this
    Addendum. This responsibility shall continue throughout the term of the Lease.

    2.  **Establishing Monthly Normal Usage Bands.** Owner will calculate the average monthly electric
        and gas (if applicable) utility usage for like-type groups of homes ("Average Monthly Usage").
        The Average Monthly Usage will be used to establish the center lines of the buffer zone described
        below. Once the buffer zones are created they will represent the normal range of expected
        electric and gas utility usage for each like type group. Residents who consume less than the
        normal range will receive rebates for the difference between their actual electric or gas utility
        usage and the bottom of the normal range band, and those who consume more will be billed for
        the difference between their actual electric or gas utility usage and the top of the normal usage
        band.

    a.  The Premises are grouped with other similar or comparable homes in a like-type group for
        establishing the Average Monthly Usage and buffer zone.

    b.  Like-type groups are established using criteria that will ensure that homes in the like-type groups
        have comparable energy efficiencies. The basic criteria include the following: neighborhood in
        which the Premises are located; size of the Premises in terms of the number of bedrooms and
        square footage; and year of construction or modernization. Other considerations may include the
        type of heating or air conditioning system, types of utilities used, the type of foundation (slab on
        grade, footings, etc.) or structure type (single home, duplex, triplex, etc.).

    c.  The Average Monthly Usage is calculated separately for electric and gas by averaging the amount
        of kilowatts hours (kWh) of electricity consumed and the amount of therms of gas consumed
        during the month by homes in the like-type group. Once the Average Monthly Usage is
        calculated, it will be multiplied by the current rate (electric or gas) to determine the average
        monthly utility bill for the like type group of homes. A buffer of 10% will be applied above and
        below the like type group average to create a normal usage band.

    d.  Homes with the highest 5% and lowest 5% of electric or gas utility usage within the like-type
        group will not be used in calculating the averages. However, the Owner reserves the right to
        calculate the average using all homes in the like-type group, including the highest and lowest 5%
        of users when the like-type group consists of a small number of homes (i.e., fewer than 20
        homes). In addition, Owner will eliminate units with hybrid and/or electric vehicles that require
        charging, and Owner reserves the right to eliminate units with other non-housing excess usage for
        hot tubs, kilns, or other similarly unusual and energy intensive uses from the calculation of the

Confidential                                              PLAINTIFFS_RH_0052491
PX-1016_0015

normal usage band. Residents of homes with the highest 5% and lowest 5% of electric or gas usage, Residents who own hybrid and/or electric vehicles, and Residents excluded from average calculations for other unusual and energy intensive uses will be responsible for their electric and gas usage under the RECP and may owe a payment or receive a rebate.

e.  If Resident leases the Premises for only a portion of the month RECP will not apply for that month.

3.  **Electric Vehicle Notification.** Residents who possess in their home a passenger hybrid vehicle(s), or a passenger electric vehicle(s), that are required to be electrically charged, must inform the Property Manager immediately upon bringing or storing that vehicle at the Premises.

4.  **Rebates.**

a.  Residents will receive a rebate if their electric or gas utility usage is less than the normal usage band. The amount of the rebate will be calculated by multiplying the number of kWh or therms below the monthly normal usage band by the current electric or gas rate. The amount of the rebate will be shown on the Resident's monthly utility bill.

b.  If the rebate amount is $25 or less, the rebate will be carried forward as a credit on the Resident's ledger account. If the rebate amount is greater than $25, Residents will be sent a check unless Resident elects to carry all rebate amounts forward as a credit to offset payments due in future months.

Resident elects to carry forward rebate amounts as credits:  Yes $\times$  No _____

If Resident elects to carry forward rebate amounts, Resident may receive credit balances in excess of $25 by providing Owner with a written request for payment of credits. All credits in excess of $25 will be refunded within 30 days of receipt of a written request.

c.  All rebate checks will be provided to the resident within 21 days of the billing statement. All accrued credit balances will be refunded at Lease termination. Any additional credits will be refunded within 30 days of Lease termination. Expired credit rebate checks will be reissued once to the Resident upon request.

5.  **Charges.**

a.  Residents pay for electric and gas consumption above the upper limit of the normal usage band. The amount owed will be calculated by multiplying the number of kWh and therms above the monthly normal usage band by the current electric and gas rate. The amount owed may be offset by any credits the resident has from previous months. The amount due will be shown on the Resident's monthly utility bill.

b.  Resident may accrue and carry forward the amount owed if the amount owed is $25 or less. Amounts owed, including amounts carried forward, must be paid when the amount is greater than $25. Resident has 21-days from the invoice date of the utility bill to make the payment.

c.  If a check for payment of excess electric or gas utility usage is returned by the bank for insufficient funds, Resident must replace the returned check with a cashier's check, certified check, or money order and pay a returned check charge of $25.00 which is deemed additional Rent. If two (2) checks are returned by the bank for insufficient funds, all future payments must

Confidential                                          PLAINTIFFS_RH_0052492
PX-1016_0016

be paid by cashier's check, certified check or money order only. Acceptance of any late or partial payments or waiver of any charges is not a waiver of Owner's right to enforce other terms of this Addendum. Resident and Owner agree that these charges represent a fair and reasonable estimate of the costs Owner may incur by reason of Resident's returned check payment.

d.  Residents who owe more than $25.00 will receive up to two delinquency notices each month. All Residents will receive a monthly utility bill that shows the current month's bill and, if applicable, will also serve as a delinquency notice indicating past due amounts and any additional fees. Additionally, separate delinquency notice letters will be sent to Residents each month. If Resident fails to pay the balance due within 90 days after becoming first due and payable, such failure will be treated as a failure to pay Rent, and Owner may exercise any remedies provided for under the Lease and/or applicable law.

e.  All amounts owed must be paid at Lease termination as part of the termination/vacating process.

6.  **Owner's Right to Amend Program And Resident's Limited Right to Terminate Lease.**

a.  The Owner reserves the right to amend this RECP Addendum with concurrence from the Department of Navy, by providing the Resident with at least 90-days prior written notice of each amendment. Amendments to the RECP may include any change to the RECP including but not limited to, the buffer zones and the amount of the accrued dollar amount owed or accrued credits that trigger a payment or rebate due. The amendments to this Addendum will be incorporated by reference into the Lease. Resident understands and agrees that the Owner's right to amend the RECP and this Addendum is a material condition upon which the Owner and the Resident each reasonably relies prior to entering into this Lease.

b.  After the Owner provides the Resident with 90-day notice of its intent to amend the RECP, the Resident may choose to terminate the Lease, without incurring an early termination fee, by giving the Owner at least 28-days written notice prior to the implementation of the amendment to the RECP. Resident acknowledges and agrees to accept all amendments to the RECP where the Resident fails to provide the Owner with timely written notice of the intent to terminate the Lease. In consideration of the Owner's agreement to enter into this Lease, the Resident expressly and voluntarily acknowledges and understands that the Resident's right to terminate the Lease herein is the Resident's SOLE AND EXCLUSIVE REMEDY for any objection to any proposed or implemented amendment by Owner to the RECP pursuant to the terms of this Addendum. The Resident further expressly, knowingly, and voluntarily agrees that the Resident shall not be entitled to any other claim, cause of action, damage, or any other remedy against the Owner, its agents, or anyone else for any proposed or implemented amendment to the RECP pursuant to the terms of this Addendum. The Owner and Resident further agree that the limitation concerning Resident's sole and exclusive remedy above regarding objections to any amendments to the RECP shall survive the expiration, termination, or cancellation of the Lease.

Resident: _____

By: _____

Hunt MH Property Managers, LLC, a Delaware limited liability company, its

Date: ___13 JUL 17___

Date: ___7/7/17___

RECP Addendum 9/30/2015

Confidential

PLAINTIFFS_RH_0052493
PX-1016_0017

THIS PESTICIDE-IMPACTED SOIL ADDENDUM is made a part of the Lease with Ohana Military Communities, LLC ("**Owner**" or "**Ohana**"") and the individuals referenced on Page 1 of the Lease (hereinafter collectively referred to as "**Resident**").

**PESTICIDE-IMPACTED SOIL:** Organochlorine pesticides ("**OCPs**") are a group of pesticides that were used for termite control in and around wooden buildings and homes from the mid-1940s to the 1980s. These OCPs included chlordane, aldrin, dieldrin and heptachlor, among others. According to the Hawai'i Department of Health ("**HDOH**"), OCPs were used primarily by pest control operators in Hawai'i's urban areas, but also by homeowners, the military, the state, and counties to protect buildings against termite damage. In the 1970s and 1980s, the U.S. Environmental Protection Agency banned residential uses of these OCPs. Chlordane was believed to be the most widely used OCP against termites in Hawai'i. The U.S. Department of Health and Human Services (ATSDR) has stated that "[o]ver 50 million persons have lived in chlordane-treated homes." OCPs were commonly applied directly to soil beneath buildings or beneath slab foundations and around the foundation perimeter for new construction. OCPs break down slowly in the environment, and applications may have been repeated over time. As a result, OCPs may still be found in treated soils. More information about OCPs is available from HDOH.

**PESTICIDE-IMPACTED SOIL AT OHANA MILITARY HOUSING:** Like many other homes on Oahu, the neighborhoods operated by Ohana were generally treated with OCPs prior to their ban. Since the ban, in order to reduce contact with OCPs, different neighborhoods have been approached in different ways:

- Several of the neighborhoods were first built in open areas after the ban on OCPs, and these neighborhoods are not believed to have ever been treated with OCPs.
- Neighborhoods demolished and rebuilt by Ohana after 2006 were sampled and tested prior to construction. If any home in such a neighborhood exceeded Ohana's Tier 2 Environmental Action Levels, then two-feet of soil was removed from around and underneath all of the homes in that neighborhood prior to reconstruction (or covered with two feet of clean soil). The old soil was placed in on-site pits and covered with clean soil. Maps of the pits are available at the Ohana Management Office.
- In some instances, neighborhoods rebuilt by Ohana after 2006 were tested and did not have OCPs above the applicable Environmental Action Levels. No soil removal was performed in these neighborhoods.
- Some neighborhoods now operated by Ohana were redeveloped by the military prior to the creation of Ohana. The soils in these neighborhoods were approached in a variety of ways.
- The soils in certain historic neighborhoods have not been disturbed because of the historic nature of the homes. The soils around the foundations of these homes have been covered with gravel, vegetation, or other cover.

PLAINTIFFS_RH_0052494
PX-1016_0018

## OHANA PESTICIDE-IMPACTED SOIL ADDENDUM    Page 2 of 2

**RULES AND RESTRICTIONS:** It is possible that in some areas, pesticide-impacted soil may still be present. In some neighborhoods, soil that was potentially impacted by pesticides was placed in on-site burial pits and covered with clean soil. Ohana has implemented the following rules:

- Do not disturb the soil. Digging in the soil is not permitted.
- Planting of all grasses, trees, shrubs/bushes, and flowers is not allowed, except in specifically designated planter boxes.
- Installing stepping stones and pavers is not allowed.
- Except in designated planter boxes, there should be grass, other vegetative cover, or some kind of surface material over the soil. Contact the maintenance office if you observe bare spots in your yard or elsewhere in the neighborhood.

**RECOMMENDATIONS:** We also recommend the following practices:

- Wash your hands and face thoroughly after playing or working outside, especially before meals and snacks.
- Avoid direct contact with exposed or bare soil. Avoid tracking soil into the home. If objects such as shoes, toys, etc. become dirty with soil, they should be cleaned.
- Wash anything grown in housing neighborhoods before consuming.

**LEASE:** This Addendum is in addition to and made a part of the Lease and in the event there is a conflict between the Lease and this Addendum, the provisions of this Addendum shall govern. Except as specifically stated herein, all other terms and conditions of the Lease shall remain unchanged. Any term that is capitalized but not defined in this Addendum shall have the same meaning for purposes of this Addendum as it has for purposes of the Lease.

**We have read and agree to the above.**

X _____     13 JUL 17
           RESIDENT                              DATE

X _____     _____
           RESIDENT                              DATE

Ohana Military Communities, LLC
By: Hunt MH Property Management LLC, Authorized Agent

X _____     7/17/17
   OHANA MILITARY COMMUNITIES, LLC        DATE

Confidential

# TAB D

 **Joint Base Pearl Harbor-Hickam** ✔
November 29, 2021 · 🌐

The Navy is investigating reports of a chemical smell in drinking water at several homes in some of the military housing areas for Joint Base Pearl Harbor Hickam Sunday evening. There is no immediate indication that the water is not safe. The Navy continues to investigate reports and is testing the water.

Navy engineers visited several homes of families who reported the smell and also immediately went to Navy's drinking water wells to investigate. There was no smell or sign of fuel or chemicals in the water at the Navy's water wells and water tanks. Specialists took samples of water at several locations for testing.

The Navy is working with the Department of Health on lab testing the Navy's water samples.

The Navy continues to monitor and investigate and will update residents.

👍😮😡 387                                598 comments  435 shares



👍 Like                    ○ Comment                    ↪ Share

PX-2323

PLAINTIFF'S
TRIAL EXHIBIT
**PX-2323**

# TAB E

 **Hawaii State Department of Health** ☑
November 29, 2021 · 🌐

DOH received numerous complaints of a fuel or gasoline-like odor from consumers of the Navy's Joint Base Pearl Harbor-Hickam (JBPHH) water system, including the Aliamanu Military Reservation, Red Hill and Nimitz Elementary Schools, and military housing. All complaints are from users of the Navy's water system.

The DOH recommends all Navy water system users avoid using the water for drinking, cooking, or oral hygiene. Navy water system users who detect a fuel odor from their water should avoid using the water for drinking, cooking, bathing, dishwashing, laundry or oral hygiene (brushing teeth, etc.).

Affected residents are asked to contact the Navy at (808) 448-2570 and the DOH at SDWB@doh.hawaii.gov to report similar complaints. Please provide your name, phone number, affected address and any details relating to the smell/taste or color in the drinking water.



## DEPARTMENT OF HEALTH ADVISORY

# O'ahu Navy water system consumers should not consume tap water

😀😮😡 105                                                                88 comments  238 shares

 Like                      ◯ Comment                     Share

PX-2324

PLAINTIFF'S
TRIAL EXHIBIT
**PX-2324**

# TAB F

 **Sheena Jean**
Nov 29, 2021 · 👥

The State is having to advise military residents due to the lack of concern/guidance from the base commander or housing.

This is insane.
Our water smells like I'm at the gas pump; pungent fuel odors.
Some residents have even been able to ignite a flame in their sink 😨
Animals are vomiting. Children with new stomach pains (Nate included). Headaches…and Brian (who never takes much seriously) decided to shower "quickly", now has a burning rash covering his abdomen.

And the Base Commander says he has drank the water, and there are "no immediate indications that the water is not safe." 🤯 What?



civilbeat.org
**State Tells Pearl Harbor Navy Families Not To Drink Or Use Tap Water**

😮😡 13                                          10 com...

**PLAINTIFF'S TRIAL EXHIBIT**
**PX-1063**

Confidential

# TAB G

Jessup,Beau B    **DOB:**          **SSN:** ***-**-1092    **Created:** April 28, 2022 10:09 am

### Documents & Images

| Date | Description | Standardized Description | Provider | Provider Specialty | Location | Status | Image / Attachment | Source System | Site |
|------|-------------|-------------------------|----------|--------------------|----------|--------|--------------------|---------------|------|
| Dec 08, 2021 02:02 Details | Water Contamination Concerns | | | | Ambulatory Pharmacy | Final | | FEHR | FEHR |

**Document Reference**

**Patient Name:** Jessup, Beau B

**Document Type:** Ambulatory Patient Summary

**Document Title:** Water Contamination Concerns

**Service End Date:** Dec 7, 2021 8:02 P.M. CST

**Document Status:** Final



PLAINTIFF'S
TRIAL EXHIBIT
**PX-1873**

Jessup, Beau B

Controlled Unclassified Information (CUI)
Disclaimer "The information contained in this document may contain privileged and confidential information including patient information protected by federal and state privacy laws."

Page 1 of 4

Confidential

PLAINTIFFS_RH_0052519
PX-1873

Jessup, Beau B

* Auth (Verified) *

Rank: E-7                                    Branch: NAVY

Unif: JMDSU 1 (UIC: 42270)

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |

**PRIVACY ACT STATEMENT:** This information is subject to the Privacy Act of 1974 (5 U.S.C. Section 552a). This information may be provided to appropriate Government agencies when relevant to civil, criminal or regulatory investigations or prosecutions. The Social Security Number, authorized by Public Law 93-579 Section 7 (b) and Executive Order 9397, is used as a unique identifier to distinguish between employees with the same names and birth dates and to ensure that each individual's record in the system is complete and accurate and the information is property attributed.

12/7/2021

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 11/28 → | Did you notice any contaminants or changes to your household water? (Yes) No |
| | If YES, please describe: Water smelled like it was straight out of |
| | a gas pump, yellow in color, slick |
| | History of Current Illness (circle all that apply): |
| | Fever   Chills   (Nausea)   Vomiting   (Diarrhea) |
| | Bloating   Change in Stool Consistency   (Abdominal Pain) |
| | (Headache)   Lethargy   Muscle Aches   Rash |
| | Date of Symptom(s) onset: week of 11/22 → |
| Housing Locatio | Duration: ongoing |
| Rochford | Symptom Progression (circle one): |
| Terccio | Improving   Worsening   (No Change)   Resolved |
| Address | Additonal Comments: |
| 7632 Stowell | |
| Cir | |
| Honolulu, HI | |
| Phone Number | |
| | ☐ DO ☒ DO NOT wish to see a provider today |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPARTMENT/SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| EFAC MEDICAL/OPERATION OHANA | Active Duty | N/A | N/A |
| SPONSORS NAME | SOCIAL SECURITY NUMBER | RELATIONSHIP TO SPONSOR | |
| Jessup, Beau | | Son | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID NUMBER or Social Security Number; Gender; Date of Birth; Rank/Grade.)*

| | REGISTER NUMBER | WARD NUMBER |
|---|---|---|
| | N/A | N/A |

PT NAME:

Jessup, Beau

DOB: ▓▓▓▓

DOD: ▓▓▓▓▓▓▓

FOR OFFICIAL USE ONLY

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 8/2016)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

AUTHORIZED FOR LOCAL REPRODUCTION

Amb Pharm                                    Page 2 of 3

Jessup, Beau ▓▓▓▓                            Page 3 of 4

Controlled Unclassified Information (CUI)
Disclaimer: "The information contained in this document may contain privileged and confidential information
including patient information protected by federal and state privacy laws."

Confidential                                 PLAINTIFFS_RH_0052520
PX-1873_0001

Jessup, B█████ )█    DOB: █████████    **SSN:** \*\*\*-\*\*-7407    **Created:** April 28, 2022 10:10 am

## Documents & Images

| Date | Description | Standardized Description | Provider | Provider Specialty | Location | Status | Image / Attachment | Source System | Site |
|------|-------------|--------------------------|----------|--------------------|----------|--------|--------------------|---------------|------|
| Dec 08, 2021 01:56 Details | Water Contamination Concerns | | | | No Facility Access | Final | | FEHR | FEHR |

**Document Reference**

**Patient Name:** Jessup, B██████ █

**Document Type:** Ambulatory Patient Summary

**Document Title:** Water Contamination Concerns

**Service End Date:** Dec 7, 2021 7:56 P.M. CST

**Document Status:** Final

PLAINTIFF'S
TRIAL EXHIBIT
**PX-1876**

Controlled Unclassified Information (CUI)
Disclaimer: "The information contained in this document may contain privileged and confidential information
including patent information protected by federal and state privacy laws."

Confidential    PLAINTIFFS_RH_0052517
PX-1876

Jessup, R

* Auth (Verified) *

Bank: E 7                                                    Branch: NAVY

Unit: MDSU 1 (UIC: 47770)

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

**PRIVACY ACT STATEMENT:** This information is subject to the Privacy Act of 1974 (5 U.S.C. Section 552a). This information may be provided to appropriate Government agencies when relevant to civil, criminal or regulatory investigations or prosecutions. The Social Security Number, authorized by Public Law 93-579 Section 7 (b) and Executive Order 9397, is used as a unique identifier to distinguish between employees with the same names and birth dates and to ensure that each individual's record in the system is complete and accurate and the information is properly attributed.

12/7/2021

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 11-28 → | Did you notice any contaminants or changes to your household water? (Yes)   No |
|  | If YES, please describe: Water smelled like it was straight from |
|  | a gas pump (all water in household) yellow color, slick |
|  | History of Current illness (circle all that apply): |
|  | Fever    Chills    (Nausea)    Vomiting    (Diarrhea) |
|  | Bloating    Change in Stool Consistency    (Abdominal Pain) |
|  | Headache    (Lethargy)    Muscle Aches    Rash |
|  | Date of Symptom(s) onset: The week of 11/22 → |
| Housing Locatio | Duration: ongoing |
| Radford | Symptom Progression (circle one): |
| Terrace | Improving    Worsening    (No Change)    Resolved |
| Address | Additional Comments: My daughter has had a burning throat |
| 2632 Stowell | and stomachs she also developed a sore in her |
| circle, | throat as well 4 days following the increase in |
| Honolulu, HE 96818 | fuel smells (11-28) |
| Phone Number |  |
|  | DO X  DO NOT wish to see a provider today |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPARTMENT/SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| EFAC MEDICAL/OPERATION OHANA | N/A | N/A | N/A |
| SPONSORS NAME | SOCIAL SECURITY/ID NUMBER | RELATIONSHIP TO SPONSOR | |
| Jessup, Brian | | Daughter | |
| PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID NUMBER or Social Security Number; Gender; Date of Birth; Rank/Grade.) | | REGISTER NUMBER | WARD NUMBER |
| PT NAME: | | N/A | N/A |
| Jessup, | | | |
| DOB: | | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
| | | Medical Record | |
| DOD: | | STANDARD FORM 600 (REV. 5/2016) | |
| | | Prescribed by GSA/ICMR | |
| | | FIRMR (41 CFR) 201-9.202-1 | |
| FOR OFFICIAL USE ONLY | | AUTHORIZED FOR LOCAL REPRODUCTION | |

Page 2 of 3

Jessup, B

Controlled Unclassified Information (CUI)
Disclaimer: "The information contained in this document may contain privileged and confidential information including patient information protected by federal and state privacy laws."

Confidential

PLAINTIFFS_RH_0052518
PX-1876_0001

## Document info

| | |
|---|---|
| Result type: | Ambulatory Patient Summary |
| Result date: | Dec 07, 2021, 05:52 p.m. |
| Result status: | authenticated |
| Performed by: | LESLEY WASHINGTON |

# Water Contamination Concerns

**Patient:** Jessup, D█████████     **DOB:** ███████████

**Water Contamination Concerns**



Confidential

Rank: E7

Branch: NAVY

Unit: MDSU1 (UIC: 42270)

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

**PRIVACY ACT STATEMENT:** This information is subject to the Privacy Act of 1974 (5 U.S.C. Section 552a). This information may be provided to appropriate Government agencies when relevant to civil, criminal or regulatory investigations or prosecutions. The Social Security Number, authorized by Public Law 93-579 Section 7 (b) and Executive Order 9397, is used as a unique identifier to distinguish between employees with the same names and birth dates and to ensure that each individual's record in the system is complete and accurate and the information is properly attributed.

12/7/2021

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 11/28 → | Did you notice any contaminants or changes to your household water? (Yes)   No |
| | If YES, please describe: Water smelled like it was straight out of a gas pump, yellow in color, slick |
| | History of Current illness (circle all that apply): |
| | (Fever)    Chills    Nausea    (Vomiting)    Diarrhea |
| | Bloating    (Change in Stool Consistency)    Abdominal Pain |
| | Headache    Lethargy    Muscle Aches    (Rash) |
| | Date of Symptom(s) onset: 11/22 → (was also sick on/off since late October) |
| Housing Locatio | Duration: ongoing |
| Radford | Symptom Progression (circle one): |
| Terrace | Improving    Worsening    (No Change)    Resolved |
| Address | Additonal Comments: Fever only occurred once for 24 hours (this |
| 2632 Stowell | was the first time he showed symptoms). He spits up |
| cir | food that was cooked in water (pasta, noodles) |
| Honolulu, HI | general discomfort/changes in stool. |
| 96818 Phone Number | |
| ▮▮▮▮▮▮ | DO    DO NOT wish to see a provider today |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPARTMENT/SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| EFAC MEDICAL/OPERATION OHANA | Active Duty | N/A | N/A |
| SPONSOR'S NAME | SOCIAL SECURITY/ID NUMBER | RELATIONSHIP TO SPONSOR | |
| Jessup, Brian | ▮▮▮ | Son | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID NUMBER or Social Security Number; Gender; Date of Birth; Rank/Grade.)

PT NAME:
Jessup, D ▮▮▮

DOB: ▮▮▮▮▮

DOD: ▮▮▮▮▮

| REGISTER NUMBER | WARD NUMBER |
|---|---|
| N/A | N/A |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 8/2016)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

FOR OFFICIAL USE ONLY

AUTHORIZED FOR LOCAL REPRODUCTION

Confidential

PLAINTIFFS_RH_0052512
PX-1879_0001

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
|      | • Eliminate all exposures to the water source. |
|      | • Increase fresh air and rest until symptoms subside. |
|      | • The use of over the counter medications to treat headache, stomach upset, |
|      | and skin irritation may alleviate symptoms. If symptoms persist or worsen, |
|      | please contact your primary care provider or consult with the following: |
|      | - Operation Ohana Walk in Clinic; Naval Health Clinic Makalapa |
|      | -Monday -Friday 0730-1600 |
|      | -TRICARE Nurse Advice Line at 800-874-2273, available 24/7 |
|      | -Military Health System H2O hotline at 808-433-8102, available daily from 0730-1600 |
|      | • Seek immediate medical attention for confusion, disorientation, behavior |
|      | changes, severe nausea and vomiting, or other serious conditions. |

Patient Signature _____

Medical Staff Signature _____ Kuehne, CDR 2992

S: Hashed abdominal + cramping + diarrhea. Vomiting $\bar{p}$ pasta cooked in the water.
Doing better since stopping drinking the water.
Encouraged to use hotel, not use house water.
~~Still going to school~~ error.
(Reported by mother, child not present).

O: child happy, smiley, playful.
Drank bottle without complaint.

A/P (As above).

FOR OFFICIAL USE ONLY
When Filled Out

Confidential

PLAINTIFFS_RH_0052513
PX-1879_0002

## Document info

| | |
|---|---|
| Result type: | Ambulatory Patient Summary |
| Result date: | Dec 07, 2021, 05:54 p.m. |
| Result status: | authenticated |
| Performed by: | LESLEY WASHINGTON |

# Water Contamination Concerns

| Patient: | Jessup, N█████████ | DOB: | ████████████ |
|---|---|---|---|

**Water Contamination Concerns**



Confidential

PLAINTIFFS_RH_0052514
PX-1884

Rank: E7
Branch: Navy
Unit: MDSU 1 (UIC: 42770)

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

**PRIVACY ACT STATEMENT:** This information is subject to the Privacy Act of 1974 (5 U.S.C. Section 552a). This information may be provided to appropriate Government agencies when relevant to civil, criminal or regulatory investigations or prosecutions. The Social Security Number, authorized by Public Law 93-579 Section 7 (b) and Executive Order 9397, is used as a unique identifier to distinguish between employees with the same names and birth dates and to ensure that each individual's record in the system is complete and accurate and the information is properly attributed.

12/7/2021

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 11/28 | Did you notice any contaminants or changes to your household water? (Yes)  No |
|  | If YES, please describe: Water smelled like it was straight out of a gas pump; yellow color; slick |
|  | History of Current Illness (circle all that apply): |
|  | (Fever)  (Chills)  (Nausea)  (Vomiting)  (Diarrhea) |
|  | Bloating  (Change in Stool Consistency)  (Abdominal Pain) |
|  | (Headache)  (Lethargy)  Muscle Aches  Rash |
|  | Date of Symptom(s) onset: |
| Housing Locatio | Duration: 1 month - 2 months |
| Radford | Symptom Progression (circle one): |
| Terrace | Improving   Worsening   (No Change)   Resolved |
| Address | Additional Comments: My son began feeling ill daily /weekly starting |
| 2632 srowell | in late October. He has had fever, chills, vomiting, diarrhea, |
| circle | headaches (all of the above). He now routinely |
|  | has abdominal pain and says his "tummy hurts" |
| Phone Number | Symptoms have remained unchanged other than he |
| [redacted] | DO X  DO NOT wish to see a provider today  no longer has fevers. |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPARTMENT/SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| EFAC MEDICAL/OPERATION OHANA | Active Duty | N/A | N/A |
| SPONSOR'S NAME | SOCIAL SECURITY/ID NUMBER | RELATIONSHIP TO SPONSOR | |
| Jessup Brian | [redacted] | Father / Son | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID NUMBER or Social Security Number; Gender; Date of Birth; Rank/Grade.)

| | REGISTER NUMBER | WARD NUMBER |
|---|---|---|
| | N/A | N/A |

PT NAME:

Jessup, N[redacted]

DOB: [redacted]

DOD: [redacted]

PREVIOUS EDITION IS NOT USABLE

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 8/2018)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

FOR OFFICIAL USE ONLY

AUTHORIZED FOR LOCAL REPRODUCTION

Confidential

PLAINTIFFS_RH_0052515
PX-1884_0001

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
|      | • Eliminate all exposures to the water source. |
|      | • Increase fresh air and rest until symptoms subside. |
|      | • The use of over the counter medications to treat headache, stomach upset, |
|      | and skin irritation may alleviate symptoms. If symptoms persist or worsen, |
|      | please contact your primary care provider or consult with the following: |
|      |     - Operation Ohana Walk in Clinic; Naval Health Clinic Makalapa |
|      |      -Monday -Friday 0730-1600 |
|      |      -TRICARE Nurse Advice Line at 800-874-2273, available 24/7 |
|      |      -Military Health System H2O hotline at 808-433-8102, available daily from 0730-1600 |
|      | • Seek immediate medical attention for confusion, disorientation, behavior |
|      | changes, severe nausea and vomiting, or other serious conditions. |
|      | |
|      | |
|      | Patient Signature *[signature]* |
|      | |
|      | Medical Staff Signature *[signature]* CDR Kuehne 2992 |
|      | Symptoms are reported |
|      | Better since not drinking the water |
|      | Still going to school |
|      | Encouraged Mom to use hotel |
|      | Reported by Mom, child not present. |
|      | |
|      | |
|      | |
|      | |

STANDARD FORM 600 (REV. 8/2018) BACK

FOR OFFICIAL USE ONLY
When Filled Out

Confidential

PLAINTIFFS_RH_0052516
PX-1884_0002

# TAB H

 **Sheena Jean**
Dec 10, 2021 · 👥                                    · · ·

 **Hawaii State Department of Health** ✔ · **Follow**
Dec 10, 2021 · 🌐

FROM THE NEWSROOM: Hawai'i Department of Health
confirms high levels of petroleum contamination in
Navy's R... See more



health.hawaii.gov
**Hawai'i Department of Health confirms high levels of
petroleum contamination in Navy's Red Hill Shaft**

1 share

 Like           Comment           Share

Confidential                                            PLAINTIFFS_RH_0100265

# TAB I



PLAINTIFF'S
TRIAL EXHIBIT
**PX-1057**

PLAINTIFFS_RH_0100317
PX-1057



Confidential

# TAB J



**Sheena Jean**
Dec 6, 2021 ·

Day 8 without potable water
We finally got approved TLA for 10 days.

The hotel is in the middle of Waikiki. In perfect traffic, about 30-35 mins from my house.
Now add severe weather ripping through our state and traffic; 1 hour-1 1/2 hours back home (and as I'm sure you can imagine, gas is really cheap here in HI 🙄).

We can't stay at the hotel as we still have work/school etc (the drive from this hotel to the kids school would also be over an hour, in good traffic).
And don't even get me started on the hotel itself; not even a working tv in the room, horrid parking situation, no amenities for the kids, no laundromat...

We are spending hours of our day trying to live without potable water. It's exhausting. Brian and I are starting to have increased symptoms, and we are really having to consider short and long-term solutions to this situation for the health of our family.

Please send all good vibes, and prayers our way. We really could use them 🖤

 Whitney Lightner and 61 others        68 comments

Confidential

**PLAINTIFF'S TRIAL EXHIBIT**
**PX-1060**

PLAINTIFFS_RH_0052576
PX-1060

**Sheena Jean**
Nov 29, 2021 ·

The State is having to advise military residents due to the lack of concern/guidance from the base commander or housing.

This is insane.
Our water smells like I'm at the gas pump; pungent fuel odors.
Some residents have even been able to ignite a flame in their sink 😰
Animals are vomiting. Children with new stomach pains (Nate included). Headaches...and Brian (who never takes much seriously) decided to shower "quickly", now has a burning rash covering his abdomen.

And the Base Commander says he has drank the water, and there are "no immediate indications that the water is not safe." 🤬 What?



civilbeat.org
**State Tells Pearl Harbor Navy Families Not To Drink Or Use Tap Water**

 13                                10 comments  1 share

PLAINTIFFS_RH_0052578
PX-1060_0001

 **Sheena Jean**

Nov 29, 2021 · 👥

All Honolulu military housing water has been affected by a 14,000 gallon jet fuel leak from last week.
We currently cannot shower, wash dishes, do laundry or drink our water for the foreseeable future...
Happy Monday 🙌





❤️ 💬 ✈️                🔖

**64 likes**

**hawaiinewsreport** SWIPE ➡️ ➡️ The Jet fuel leak reported last week(22nd) on red hill is now in the drinking & bathing water of military housing.
Many residents are breaking out in body
Rashes, sores in the mouth, bad headaches etc.. The navy is looking into the matter but residents can see the jet fuel sheen in the water & can smell the fuel 🛢️ in their homes. We are Hoping this spill can be contained soon or it will spread. We are hearing the stores in the area are running out of water due to everyone buying it up. More to come on this jet fuel spill.

 Home     Friends     Reels     Marketplace     Notifications    ⚏ Menu

Confidential

# TAB K

**Sheena Jean**

Feb 23, 2022 · 👥

3 months. 3 months of living in a contaminated home. They've "flushed" our house twice. 2 days after the first flush, I rinsed my finger in our sink water; it burned for over an hour and blistered. Still healing.

After the second flush, we had increased symptoms again including extreme dizziness, nausea, face tingling, headaches, nosebleeds, burning eyes, skin burning/ rashes.

I have two skin lesions that showed up in early December that will not heal.

We can't get answers because nobody knows how to deal with this. We just notate with a "rapid response team" and they offer another flush.

I've emailed the DOH with concerns, only to be sent back to Navy.

This is not ok.



**PLAINTIFF'S TRIAL EXHIBIT**

**PX-1055**



PLAINTIFFS_RH_0100353
PX-1055_0001

PLAINTIFFS_RH_0100354
PX-1055_0002

# TAB L



**2:04**

‹ **109**

**E**

Emily Huff ›

Mar 16, 2022 at 4:41 PM

How are you guys?

Mar 17, 2022 at 3:48 PM

We're surviving 🥴 our home has been making us super sick since the weekend.
Getting our air tested Saturday. We are 60 days out from our house being done 😭 it's so bittersweet!
How are you guys?!

Oh my gosh

Can you smell anything

What about neighbors??

No. No odor. But nearly pass out from dizziness in the house for 4 days now.
I thought I was just getting anemic or something, but forced myself to go to work last Friday, and within an hour felt better...I thought nothing of it.
Then after 20 mins of being back in my house, the same feeling/symptoms returned.
My heart has been crazy, and I'm now wearing a damn heart monitor for a week 😒

iMessage

**PLAINTIFF'S
TRIAL EXHIBIT**
**PX-1073**

Confidential



2:04

< 109

E

Emily Huff >

Beau has had headaches and hands trembling/shaking

Brian gets tingling in his face/head

Holy shit!!!!! Are you reporting it

Megan was able to get off the island

I don't even know who to report it to. They told us our water is "cleared" for consumption 🤯😭

What are people saying on the FB threads?

Are they trusting the water

Same symptoms. Water still bad...

Nope

One girl in our neighborhood had black water...

Wtffffff

She had a general, commanders, top officials at her house today...

No way the water is cleared..

iMessage

Confidential

# TAB M



PLAINTIFF'S
TRIAL EXHIBIT
**PX-1056**

PLAINTIFFS_RH_0100266
PX-1056



**Sheena Jean**

Jun 16, 2022 · 👥

Our first doctor appointments since leaving the island…
B▮▮▮▮▮ has a lump on her thyroid among other issues,
(problems that have been found to possibly be associated
with the exposure to JP-5 jet fuel).

We have seen 3 doctors for N▮▮▮ skin since he started
symptoms following exposure to the water (we were told it
was safe, and only used it when we began our moving
process). Nobody knows what it could be (one said maybe
vitiligo, but it hurts?). His skin burned, then lost pigment; it
has affected everywhere except his face, hands and feet.
He's still afraid to bathe, and says it's going to make his
skin "spikey" 😞
As we await a multitude of tests and referrals for our kids, I
can't help but feel so grateful we got off island when we
did.




😢😭😮 88                                          50 comments

 Like          💬 Comment          ↱ Share

PLAINTIFFS_RH_0100298
PX-1056_0001

# TAB N





PLAINTIFF'S
TRIAL EXHIBIT
**PX-2267**

# TAB O



**Sheena Jean**

Jun 16, 2022 · 👥

Our first doctor appointments since leaving the island...
B�█�█�█�the has a lump on her thyroid among other issues,
(problems that have been found to possibly be associated
with the exposure to JP-5 jet fuel).

We have seen 3 doctors for N�█�the skin since he started
symptoms following exposure to the water (we were told it
was safe, and only used it when we began our moving
process). Nobody knows what it could be (one said maybe
vitiligo, but it hurts?). His skin burned, then lost pigment; it
has affected everywhere except his face, hands and feet.
He's still afraid to bathe, and says it's going to make his
skin "spikey" 😞
As we await a multitude of tests and referrals for our kids, I
can't help but feel so grateful we got off island when we
did.




😭😢😮 88                                              50 comments

 Like          💬 Comment        **PLAINTIFF'S**         ↪ Share
                                    **TRIAL EXHIBIT**
                                    **PX-1062**

# TAB P

# PX-2299

Exhibit in Native Format

PX-2299

PLAINTIFF'S
TRIAL EXHIBIT
**PX-2299**

# TAB Q

# PX-2300
Exhibit in Native Format

PX-2300

PLAINTIFF'S
TRIAL EXHIBIT
**PX-2300**