LYLE S. HOSODA          3964-0
KOURTNEY H. WONG       10827-0
SPENCERJ. LAU          11105-0
HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
Email: lsh@hosodalaw.com
khw@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR          *Pro Hac Vice*
JAMES BAEHR               *Pro Hac Vice*
MARY M. NEUSEL            *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Email: kristina@well.law;
jim@well.law; maggie@well.law

FREDERICK C. BAKER    *Pro Hac Vice*
JAMES W. LEDLIE       *Pro Hac Vice*
KRISTEN HERMIZ        *Pro Hac Vice*
CYNTHIAA. SOLOMON     *Pro Hac Vice*
SARA 0. COUCH
MOTLEY RICE, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com

*Attorneys for the plaintiffs*

(case caption continued on next page)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al. <br><br> Plaintiffs, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 1:22-cv-397-LEK-KJM <br><br> (Federal Tort Claims Act) <br><br> **DECLARATION OF PLAINTIFF, ELIZABETH WITT** |

**DECLARATION OF PLAINTIFF, ELIZABETH WITT**

I, Elizabeth Witt, declare as follows:

1.     My full name is Elizabeth (Lizzy) Perry Witt. I am 32 years old. I go by Lizzy. My husband is Konner Witt, and we have a one-year-old son, N.W. and a six-year-old black Labrador named Hunter. I have included a picture at Tab A (PX-2291) of the attached Composite.

2.     I come from a military family. My father was in the Air Force for twenty-eight years and retired as a Colonel. We traveled around the country with him. My sister and I often joked that we would never marry into a military. We had done our fair share of moving growing up and were ready to be close to family and enjoy a sense of stability.

3.     But then I met Konner. We were both in college. He was at the Air Force Academy in Colorado Springs. We fell in love and got married. I began

working in Human Resources and went to Troy University to get my masters in human resources management.

4.    After a year of long-distance, Konner and I moved to Florida, where he was stationed at Hurlburt and Duke Field as an intelligence officer. And then we moved from there to Hawaii in August 2021. Konner is now a Captain in the Air Force. While stationed in Hawaii, he was a personal recovery officer.

5.    On November 20, 2021, we lived on Hickam Air Force Base at 203 Signer Boulevard, Unit C in the Officer Field neighborhood. I have placed the location of our home on the Navy's "heat map" showing the areas of contamination from the fuel release:



Tab B (PX-2232). A true and correct copy of our lease is attached at Tab C (PX-1017). I always understood that our house and land was owned by the Navy and managed by a private company. Below, I also include a timeline of our story as part of this declaration.

## The Contamination

### A.     Life on Island

6.     I was hesitant about moving to Hawaii. I am close to my family in Colorado, and this was so far from home, with a huge ocean in between us.

7.     Still, we knew that we were blessed to be stationed there. The island is beautiful, with so many opportunities to travel and see areas that we would have otherwise never been able to. We were ready to start a family and planned to have our first baby there.

8.     I got a job working in human resources at Tripler Medical Center. But I quickly learned that their systems were a mess. It took more than a month just to connect my computer.

9.     I spent six months working as a GS-12 with the Army in Hawaii and eventually left to take a position developing the Human Resources Department with a private company, Open Door Capital.

3

**B.    Fuel Release & Illness**

10.    In November 2021, I began having excessive night sweats and heart palpitations. I had experienced night sweats in Florida, but this felt different as they became more frequent.

11.    We went to Kuai for Thanksgiving. When we got back, I had intense stomach cramping that I had never had before. I also got dry and itchy skin on my arms and legs after showering, with rashes on my arms. My skin issues continued throughout the month of December. A true and correct picture of one of my rashes from December 2021 is attached at Tab D (PX-1058).

12.    The following Wednesday, December 1, I saw a Facebook post from the Hawaii Department of Health mentioning that there was potentially petroleum in Navy water lines and advising people to use non-tap water. We were surprised because we had not heard about any fuel leak from the Navy. We started using bottled water for drinking, cooking, and brushing our teeth.

13.    Over the coming week, more information came out about a massive fuel release. I became anxious and nervous. I have suffered from anxiety off and on since middle school, and these circumstances were particularly traumatic for an anxious person. I worried about what we were exposed to and how it would affect our health.

14.    The information was conflicting. It all seemed to depend on which department was speaking. The Army, for whom I worked as a civilian, gave different information than the Navy or Air Force, for whom Konner worked. No one seemed to get the story straight about what happened with the water, what it meant, or when it would end.

15.    The various departments gave different information about which neighborhoods were affected. We couldn't tell if Officer Field was or was not at risk. It was frustrating to try to make smart decisions without clear guidance. We spent each night hoping there would be a new Town Hall to provide us with new information on the situation.

16.    Months later, the Navy issued a "corrected notice" acknowledging that it had not provided the required public notification for the November 2021 fuel release. But this notice was not delivered to us either. It is available on the Navy's website. A true and correct copy is attached at Tab E (PX-1151) and excerpted here:

**ADMINISTRATIVE NOTIFICATION**
This is information users should have received in **NOVEMBER 2021** about your drinking water

Requirement: Per Hawaii Administrative Rules (HAR), Title 11, Chapter 20, Section 18(b)(1), a public water system (PWS) owner must give public notice for drinking water regulation violations and for other situations as determined by the State.

This notification is being provided to inform the Joint Base Pearl Harbor-Hickam (JBPHH) drinking water system users that the Navy did not provide a required public notification for the **November 2021** fuel release in accordance with the prescribed format as required by the HAR.

5

It goes on to explain the health effects of fuel exposure and where to get help—information that we should have had at the time.

17.     On December 6, I visited the white tent and reported my acute symptoms including chills, bloating, abdominal pain, headaches, and rashes. The jet fuel contamination had also exacerbated my facial acne.

18.     I also communicated with my doctors at Tripler Army Medical Center, where I hoped to get blood work or a urine test to see if I had any byproducts of jet fuel or any sort of contaminants in my system. My Primary Care Doctor responded, "Theoretically there is testing, but I looked to see if we have them available, and we do not." It was frustrating that the government would not try to find any sort of testing for the people they poisoned.

19.     I was just trying to get some sort of idea as to what I had ingested, and what my family had ingested. And rather than give me answers, the Navy threw up their hands and said we're not going to look or find anything to help you.

20.     I eventually had to pay out of pocket for testing to see what I had in my system. My results showed elevated levels of the contaminants found in fuel. Notably, my other results for various other contaminants were not nearly as high. This is a true and accurate copy of my results from a CDC-approved, CLIA certified laboratory, as recorded in my joint medical exhibit (PX-2264):



**The Great Plains Laboratory, LLC**

GPL-TOX PROFILE

| | | | | |
|---|---|---|---|---|
| Requisition #: | 1048969 | Physician Name: | CRAIG BRANDMAN MD |
| Patient Name: | Elizabeth Witt | Date of Collection: | 03/30/2022 |
| Patient Age: | 29 | Time of Collection: | Not Given |
| Sex: | F | Print Date: | 4/14/2022 |
| Specimen Id.: | 1048969-2 | | |

## Toxic Compounds



| Metabolite | Result μg/g creatinine | Percentile |
|---|---|---|

### Industrial Toxicants

**1) 2-Hydroxyisobutyric Acid (2HIB)** — 12,069

LLOQ 200 — 75th 7,493 — 95th 11,908

**Parent: MTBE/ETBE**
MTBE and ETBE are gasoline additives used to improve octane ratings. Exposure to these compounds is most likely due to groundwater contamination, inhalation or skin exposure to gasoline or its vapors, and exhaust fumes. MTBE has been demonstrated to cause hepatic, kidney, and central nervous system toxicity, peripheral neurotoxicity, and cancer in animals. Very high values have been reported in genetic disorders. Because the metabolites of these compounds are the same, ETBE may be similarly toxic.

**2) Monoethylphthalate (MEP)** — 7.8

LLOQ 5.0 — 75th 73 — 95th 374

**Parent: Diethylphthalates**
Phthalates may be the most widespread group of toxins in our environment, commonly found in many bath and beauty products, cosmetics, perfumes, oral pharmaceuticals, insect repellants, adhesives, inks, and varnishes. Phthalates have been implicated in reproductive damage, depressed leukocyte function, and cancer. Phthalates have also been found to impede blood coagulation, lower testosterone, and alter sexual development in children. Low levels of phthalates can feminize the male brain of the fetus, while high levels can hyper-masculinize the developing male brain.

**3) 2-3-4 Methylhippuric Acid (2,-3-,4-MHA)** — 129

LLOQ 10 — 75th 603 — 95th 1,623

**Parent: Xylene**
Xylenes (dimethylbenzenes) are found not only in common products such as paints, lacquers, pesticides, cleaning fluids, fuel and exhaust fumes, but also in perfumes and insect repellents. Xylenes are oxidized in the liver and bound to glycine before eliminated in urine. High exposures to xylene create an increase in oxidative stress, causing symptoms such as nausea, vomiting, dizziness, central nervous system depression, and death. Occupational exposure is often found in pathology laboratories where xylene is used for tissue processing.

## C.      Disruption

21.      Around December 9, we were finally relocated to a hotel in downtown

Waikiki. But we were assigned to a tiny room, in the middle of the holiday season.

We had only one parking spot, and we had our dog, Hunter. To get up to our room

on the 25th floor, we had to take an escalator. Hunter is afraid of escalators. She is a big dog, and we would have to carry her up the escalator.

22.    I didn't believe that the water at the hotel was any different than the water in our home. We couldn't trust what the Navy said at that point, and there were concerns that Waikiki was affected too. We didn't know where the Navy water line began and ended, and the Navy itself didn't seem to know. One day, one area would not be listed as on the water line, and the next day, the information would change.

23.    The hotel was thirty minutes from our respective workplaces, and we didn't have a way to leave Hunter there and take her out for walks midday.

24.    For all these reasons, we decided to go back home and limit our water usage as much as possible.

25.    At first, I purchased bottled water from the commissary. Then we began receiving water from the Navy's water distribution sites. The water was on a first come, first serve basis, meaning that we had to make sure we were in line early for water before it ran out. We then had to lug heavy water jugs from the water drop or store, in our car, into our home just to have access to clean water. It felt like we were constantly dealing with something related to the water.

26.    We tried to rig up a water bottle shower, but it was impossible. So, we took very short showers. On one occasion, I took a shower and immediately got a

rash. On December 10, I texted with a friend, who was also worried. I noted that I had seen a sheen that day. A true and accurate copy of the text:



Confidential                                                                   PLAINTIFFS_RH_0069382

Tab F (PX-2304).

27.     In mid-January, I tried using the dishwasher to wash dishes and noticed a rainbow sheen on my glassware. I posted a picture to ask others about their experiences on January 5, 2022. Here is a true and correct copy:



Tab G (PX-1064).

28.    We then switched to paper and plastic plates and utensils so that we didn't have to wash as many dishes. And we washed the remaining dishes with potable water until March, when the Navy "cleared" the home. I also switched to washing my hands and face with bottled water.

29.    We couldn't maintain our healthy diet. We got takeout or went to a restaurant every day to avoid using the water for cooking in our home. And we stopped bathing Hunter. We gave her bottled water.

30.     Our house was later "cleared" in March but we never trusted the water again. It made no sense to me. The water in our home was the same before clearance as after clearance. The Navy had "flushed" the house on January 11, 2022, but I knew that the flushing couldn't possibly be adequate. The Navy drained the water heater into the yard, where Hunter played.

31.     The Navy never replaced any of the piping, and flushing could not possibly have removed all fuel from the entire system. I was worried that our water heater, dishwasher, washing machine, or other appliances would still have contamination in their pipes and connectors. Our research showed the fuel sticks to plastic.

32.     All in all, it was extraordinarily disruptive. We spent time going to town halls and researching what happened, trying to get enough clean water, and making troubling decisions about what was safe and what wasn't. For a girl with anxiety, living on a tiny island so far from family, this was awful.

33.     I found out that I was pregnant in April 2022, and I wanted to get out of the contamination. I looked into requesting a compassionate reassignment. But I learned that people were being denied compassionate reassignment even after jumping through the hurdles for that process. The military needed paperwork that would say I couldn't receive treatment on the island. But military doctors were not helpful in proving any documentation or testing.

34.     It would have been a financial burden to move to a house off base. The options were extremely limited and we had recently sold Konner's truck since he could walk to work from our home on Hickam. I also didn't know what area of the island would allow me to feel comfortable.

35.     We didn't know what was safe anymore. We did the best we could at home, and in June, at our own expense, we installed a filtration system on our shower. The Government chose not to install filters or replace our water heaters.

36.     I traveled home to see family and thought about staying there for the duration of the pregnancy. But I didn't want to leave Konner—and how long would we be separated? There was no right answer.

37.     The Navy never told us to stop using the water. Instead, the Navy said that if we didn't smell anything, we were fine. I now know that that is not true. I learned that water can be unsafe even if it doesn't smell. And we were exposed through showers, fumes at home (especially working from home), cleaning, and any use of unsafe water.

**The Aftermath**

**A.     More Disruption**

38.     We then brought a baby into this madness. We had N.W. in December 2022. I was still worried about the water, and we doubled down on water safety. I

bathed N.W. once a week in filtered water. And I wouldn't let tap water touch any of his bottles, sippy cups, pacifiers, or anything that would go near him.

39.    My parents came to visit when N.W. was born. I remember sitting with them and bawling because I wanted us to get off the island as a family. I loved N.W., and I loved Konner, and I wanted us to be together. But I also felt trapped on an island without clean water. We started to have serious conversations with Konner about getting out.

40.    This took a toll on our marriage because we felt differently about staying on the island. The stress of the situation impacted our physical intimacy.

41.    Konner thought we could stick it out. Still, he started searching for alternatives. He knew that his command wouldn't voluntarily transfer him. Then he saw an open position in Montgomery, AL, where he knew the hiring officer from a prior post. He applied, and two months later, got the position. His friend had worked some magic behind the scenes to help us get out. Konner's Command was angry as predicted, but Konner knew how much it meant to me for us to get off the island.

42.    In March of 2023, we moved to Colorado with N.W. while we waited for his new position to begin. I was so relieved to be off the island and finally have clean water. But this was the beginning of the end of Konner's service.

43.    We moved from Colorado to Alabama. And when we arrived in Alabama, the military had placed us in military housing that Konner and I did not deem acceptable for our growing family. We were sleeping on the floor of a crappy house that had been assigned, and we started talking one night about what it all meant. Konner couldn't take it anymore and made a firm decision to get out of the service.

44.    Another year would have allowed us to have the GI bill for N.W.'s college funds. But after the military had treated our family so poorly, we couldn't manage to do one more year. We made another impossible decision to revoke the transfer of the GI Bill to N.W., giving up the financial benefit that Konner had earned.

45.    Konner had worked so hard for our country and our military. He spent countless holidays away from family, missed birthdays, and anniversaries while deployed.  We had sacrificed so much as a family for the military. But the Government hadn't taken care of us in return. We were done.

**B.    Illness**

46.    The fuel release took a toll on my health.

47.    After the fuel release, my excessive night sweats increased to several nights a week. They later became less frequent, and I experience them only once a month now that I am out of the contamination.

48.     I also experienced heart palpitations after the fuel release. I will be sitting down, not doing any sort of excessive exercise, and my heart will start racing. Sometimes I will have shortness of breath along with it. These heart palpitations occurred several times a week after the fuel release.  When we moved off the island, the frequency decreased to a couple of times every few months.

49.     I also had skin irritations and rashes, abdominal pain and cramping. These symptoms have resolved since moving off island.

## C.     Emotions & Fears

50.     For an anxious person, these events were especially anxiety-producing. We expect to feel safe in our own homes with our families. But suddenly, I didn't feel safe at home or anywhere on the island—including Waikiki.

51.     I worried about what we had been exposed to, and I still don't know the full cocktail of chemicals that was released into my home and drinking water.

52.     I also worried—and worry—about our future health, including cancer and a myriad of illnesses that could come about. I researched Camp Lejeune. I have a family friend who was stationed at Hickam and then at Camp Lejeune and now has cancer. Many of the injuries from Camp Lejeune took years to manifest. What will we come down with years from now? Even though the fuel release itself may have been short, the fuel lingered in the system throughout the time we were there—we know that because it is still there.

53.    I was fearful about my pregnancy. First-time pregnancy is nerve-wracking, and we added jet fuel to the equation. I worried about the timing of the pregnancy because I had been taking showers while pregnant with N.W.

54.    And now I worry about N.W. as a baby. I have learned of genetic abnormalities and toxins being passed from mothers to babies. He spent an extra day in the hospital when he was born, and I couldn't help but wonder if it was because of the water. As a mom, my first job is to protect my baby, and I worried that I did not protect him enough.

55.    The Government said that the impact would not be long-lasting. But that is not reassuring at all. The Government also told people at Camp Lejeune that there were no long-term impacts until they were forced to confront the cancers and diseases that occurred years later. And I know that many of my peers are very sick after their exposure at Red Hill.

56.    I worry about water. I think twice about the water that I use. And I will never again trust military provided water. We are now on a military base in Alabama until we can move back to Colorado next month, and we continue to pay for a water service so we do not have to use the tap water for drinking and cooking. We purchased another water filter for our shower and N.W.'s tub.

**D.    Betrayal**

57.    After the fuel release, the Joint Base Commander Captain Spitzer
stated that the water was safe and that he and his staff were drinking it. To me, this
shows that he either wasn't aware that this was going on, or he was aware, and he
lied about it. It is upsetting to know that a leader either lied or was so far removed
from what he was overseeing that he didn't realize the truth.

58.    The contamination led me to mistrust the Government and the
military. I did my own research and concluded that at other bases, and at Red Hill,
there is a pattern: the Government doesn't disclose contamination until it is
"caught." And even then, the Government downplays the risks rather than warning
the people.

59.    We had no idea that there had been prior leaks at Red Hill when we
moved to N.W. The Government didn't want us to know. And even now, the
Government continues to downplay the history of Red Hill and its impact on the
water, on the land, on the community, and on the health of the military families
stationed there,

60.    The Navy promised it would "rebuild trust" but it hasn't been
transparent. I do not believe the Navy would have told us about this enormous fuel
release into our water source had it not been for those who were smelling,
reporting, and had visual sights of the contamination. The Government had to

finally admit what happened when thousands of people had acute symptoms and people shared visual proof of rashes and symptoms on social media.

61.     Konner and I have made the decision not to spend too much time looking backwards and dwelling on what happened to us. I don't often follow the latest news on Red Hill or participate in the latest community forums. But I am thankful to those who do. People must know about what happened and what is still happening there.

62.     I have seen the current news reporting that the water at JBPHH still has TPH in it—and it confirms what I knew to be true at the time. There is no way that the Government's minimal flushing efforts could have fixed the system.

63.     This is not how we should treat people. I always trusted the military and held its officers in high regard. I saw the best of military leadership up close watching my dad lead thousands of men and women. Leadership is about taking care of your people. My dad took care of his people and their families. And he would never have allowed military families to drink contaminated water.

64.     Konner has given so much to our country. I have supported his service. But the Government contaminated our water and didn't tell us not to use it. The Government didn't explain the health risks of fuel in our water—and forced us to make impossible choices.

## Conclusion

65.    After this experience, there are a few things that I know to be true:

66.    There were chemicals in our water system. We will never know the
true extent because the Government hid information from us and didn't conduct the
right tests at the time.

67.    I didn't know how bad it was because the Government didn't tell us
how bad it was.

68.    We're leaving a life of military service because the Government didn't
take care of us even after we gave so much to our country.

69.    It is not greedy to seek compensation for what happened. These events
cost us financially, emotionally, and physically. There are long and short term
effects that need to be recognized. This is what the law is for. I brought this claim
because the Government should be held accountable for what happened to all of
us. This was preventable. We have the right to expect that the Government will
provide clean water. And we cannot continue to let the Government contaminate
water without telling families that the water is contaminated.

I, Elizabeth Witt, declare under penalty of perjury that the foregoing is true and correct.

Executed on April **6** , 2024.

*Elizabeth Witt*

Elizabeth Witt

# ELIZABETH WITT
# Timeline of Events

## 2021



**AUG** — Moved to Honolulu

**MAY 6, 2021** — 21,000 gallons of fuel released by operator error

**NOV 20, 2021** — Fuel release from fire suppression line
Navy does not turn off water

**NOV 21** — 911 calls reporting fuel smell in area around Red Hill

Navy press release: "fuel contained"
(not distributed to residents)

Navy press release: "the water remains safe"
(not distributed to residents)

**NOV 25** — Thanksgiving Day

**NOV 26** — First reports of smell in water reported to JBPHH



**NOV 28**  More reports of smell reported

Navy officers conclude that Nov 20 release has infiltrated the water

10 PM Navy press release: no indication that water is not safe (no mention of fuel release)

Lizzy returns from Thanksgiving and starts to experience intense stomach cramping

**NOV 29**  Navy flushes water onto streets

HDOH advises not to use water to drink, cook, or for oral hygiene

Navy distributes message from Joint Base Commander: "no indication water is not safe; he and his staff "are drinking the water"

**NOV 30**  Town halls - Navy claims:
Navy does not know what is in the water;
still "investigating source;"
don't drink if it smells but otherwise safe

**DEC 1**  Petroleum detected in water at Red Hill Elementary

Lizzy learns about fuel in water via HDOH Facebook post

Lizzy began using bottled water for drinking, cooking, and brushing teeth

**DEC 2**  Army begins evacuation for affected personnel

**DEC 3**  Navy authorizes TLA for residents in "affected areas"

**DEC 5**  Town hall - Navy first admission that fuel in water is from November 20 release



**DEC 6** — Lizzy reported to white tent for chills, bloating, abdominal pain, headaches, and rashes

**DEC 9** — DOH reports diesel levels over 2x limit in Aiea-Hawala shaft

Rashes on arms after showering

Tried to go to a hotel, but it was too difficult to stay there

**DEC 10** — DOH reports petroleum levels 350x limit at Red Hill shaft

Elizabeth texts with a friend: noticed an oily sheen on the water and reports "unsettling" rash

**DEC 15** — Doctor visit for night sweats

**DEC 20** — Navy begins flushing water system

# 2022



**JAN 5** — Tried using dishwasher but noticed a rainbow sheen on the dishware

Lizzy posts to Facebook

Lizzy switches to paper and plastic plates

**FEB 10** — Doctor visit for frequent weekly headaches



FEB 19 — Lizzy's neighborhood (Hickam) has a drinking water test result showing elevated levels

FEB 22 — 3 samples detected a compound over screening level

FEB 28 — Doctor visit for acne worsening in the past three months

MAR 1 — Navy mails notice of release of JP-5 to all users of water system

MAR 18 — Water deemed "safe"

Doctor visit for night sweats

DOH announces clearance of all 19 zones on Navy Water System

MAR 28 — Doctor visit for heart palpitations

APR — Lizzy finds out she is pregnant
Expresses concern about exposure
Test results show elevated fuel exposure

MAY — Lizzy sees cardiologist and endocrinologist for nights sweats

MAY 18 — Navy posts corrected Do Not Use notice to website

DEC 18 — Gave birth to son, N.W.
Express concern about contamination

## 2023

**MAR** — Moved to Colorado

**JUL** — Moved to Alabama
Konner decides to leave the service in the next year

## 2024

**JAN 9** — DHA announces independent medical registry

**JAN 31** — DHA releases provider letter with recommendations for ongoing symptoms

Long-term symptoms continue



## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

*/s/ Kristina Baehr*
Kristina Baehr