IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>     Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF<br>AMERICA,<br><br>     Defendant. | CIVIL NO. 1:22-cv-397-LEK-KJM<br>(Federal Tort Claims Act)<br><br><br><br><br>TRIAL DATE:  April 29, 2024<br>JUDGE:  Hon. Leslie E. Kobayashi |

## ELIZABETH WITT ATTACHMENT COMPOSITE
### TABLE OF CONTENTS

| Tab A | PX-2291 | Family Photographs |
|---|---|---|
| Tab B | PX-2232 | Heat Map |
| Tab C | PX-1017 | Witt Lease |
| Tab D | PX-1058 | Photographs |
| Tab E | PX-1151 | 2023 02 06 Navy Letter to Hawaii State Dept of Health Regarding Concentrations of Petroleum in Public Water System |
| Tab F | PX-2304 | Witt Texts Messages with Neighbor Regarding Water Use |
| Tab G | PX-1064 | Witt Social Media Post on JPHH Water Contamination Support Page |

# TAB A

Confidential



Confidential



PLAINTIFFS_RH_0147897

PLAINTIFFS_RH_0147943

# TAB B



US_RHFTCA_00373776

# TAB C

DocuSign Envelope ID: 7F2386BC-489A-4B29-931A-473E1199531B





Aloha Konner Witt                    ,

We are so excited to have you as part of our Ohana! Please see some important information and the
appointments for your upcoming move in at 203C Signer Blvd., Honolulu, HI 96818          :

Showing: 07/29/2021          at 1400        at 203C Signer Blvd., Honolulu HI 96818

Lease Signing:_____ at _____ at Virtual Lease Signing

Virtual Move In / Keys: 08/05/2021    between 0800-1700    Via Lock Box/Code

Physical Move In / Keys: _____ at _____ at _____

Prorated Rent Due: $1950.00    on 08/05/2021    to Hickam Communities

Deposit Due: $_____ prior to move in

Pet Fee Due: $_____ at move in

*All payments can be made to your Community Center via debit card, credit card, cashier's check, money
order or personal check. If you wish to make a payment on-line, please register through Rent Café:

https://www.rentcafe.com/residentservices/hickam-communities/userlogin.aspx

Please email or drop off the following documents to your leasing consultant 24-hours before your move in
appointment:

LES
_____          _____

Flight Itinerary
_____          _____

As a new resident, please reach out to your Community Center if you have any questions or concerns.
We are here to for you and your family!

☐ Earhart Community Center
   o  210 Kokomalei Street (behind the leasing office by the gas station and shopette)
   o  808-853-3790
   o  earhart@hickamcommunities.com
   o  24 Hour Fitness Center

☒ Hale Na Koa Community Center (Ka Makani)
   o  1215 Owens Street (off of 12th St, between Porter Ave and Signer Blvd)
   o  808-853-3791
   o  halenakoa@hickamcommunities.com
   o  24 Hour Fitness Center

PLAINTIFF'S
TRIAL EXHIBIT
**PX-1017**

**Hickam Communities LLC**
211 Mercury Street, Honolulu, HI 96818  www.hickamcommunities.com  www.lendlease.com
T 808 423 2300  F 808 423 1645



DocuSign Envelope ID: 7F2386BC-489A-4B29-931A-473E1199531B





# RESIDENTIAL LEASE AGREEMENT

## Hickam Communities

This Residential Lease Agreement ("Agreement" or "Lease") is
between Konner Witt _____ (the senior ranking service member to be residing in the
home hereinafter referred to as "Resident") and Hickam Communities LLC ("Landlord"). Landlord hereby
leases 203C Signer Blvd., Honolulu, HI 96818 _____ (the "Premises") at
Hickam Air Force Base _____ (the "Installation") to the Resident, for the term specified below and subject
to the provisions of the Agreement.

## 1. TERM OF OCCUPANCY

The term commences August 5 _____, 2021  and shall continue for a period of twelve (12)
complete calendar months and shall thereafter continue on a month-to-month basis according to Hawaii law,
unless Resident or Landlord receives written notice from the other party at least thirty (30) days prior to the end
of the fixed term that this Agreement will not automatically convert to a month-to-month term.

If Resident is on a month-to-month rental agreement, Resident must give written notice to Landlord at least
twenty-eight (28) days in advance to terminate and must pay rent for the twenty-eight (28) days. Landlord must
give at least forty-five (45) days' written notice to Resident to terminate.

    (a) It is mutually agreed that if Resident is a military service member, Resident may terminate this
Agreement for the following reasons by providing not less than thirty (30) days' notice to the Landlord of
such termination unless the thirty (30) days cannot be made, at no fault of Resident (e.g., short notice re-
assignment or deployment), and including with such notice a copy of his/her official orders, or if official
orders have not yet been issued, by providing a copy of official orders within three (3) business days of
receipt of orders:

        (i) Permanent change of station (PCS) orders
        (i) Deployment orders of at least 90 days.
        (ii) Retirement; or
        (iii) Release from active duty.

Resident must clear the premises within 45 days of the date of retirement or separation, unless otherwise agreed
to by all parties to this Agreement. A new Agreement shall be entered into by the parties to continue occupancy
of the Resident.

If all of the Resident's Authorized Occupants no longer reside with Resident or the Resident no longer resides
in the Premises, Resident shall no longer be eligible to reside in or occupy the Premises, and Resident's
occupancy thereof shall terminate within 45 days of such change in status. It is the Resident's responsibility to
notify Landlord immediately of such change in status. If housing is available within the Installation, Landlord will
work with occupant to determine alternative housing options. If housing is not available, Resident will work to
aggressively seek off-base housing to comply with the 45-day requirement. If the Resident does not physically
reside in the Premises while on temporary duty (TDY), Landlord deems the Resident to still be a Resident of the
Premises.

    (c) Military Authorized Occupants may be permitted to continue to occupy the Premises in the following
circumstances and upon payment of applicable rent amounts when due:

        (i) While the service member is serving an unaccompanied or restricted tour or temporarily detailed
within the United States;



Hickam Communities Resident Occupancy Agreement and Addendums for Active Duty
Revised 9/19/16

DocuSign Envelope ID: 7F2386BC-489A-4B29-931A-473E1199531B





(ii) While the service member is officially declared missing or captured as a result of his/her military service until such time as Basic Allowance for Housing ("BAH") is no longer authorized or the particular military service changes the service member's status; or

(iii) Upon the death of the service member, a military family member may be allowed to reside in the Premises for up to the number of days authorized by law or military policy after the death of the service member. The military family member will assume all obligations under this Agreement, and rent will be due at the beginning of each month for that month in an amount equal to the service member's monthly BAH entitlement at the time of death. Landlord also may require the surviving family member to execute a new lease agreement.

In each case described in subparagraph c., above, the service member or service member's representative may terminate this Agreement at any time by providing not less than thirty (30) days' notice in writing to the Landlord of such termination date.

## 2. AUTHORIZED OCCUPANTS

Resident acknowledges that the Premises is a single-family dwelling and will be used for occupancy by one family only. Resident agrees that only Resident and the following family members of Resident are authorized to reside in the Premises.

Spouse: Elizabeth Witt _____ Is the spouse in the Military? YES ☐ NO ☒

Names of other Authorized Occupants (who, with spouse, are referred to in this Lease as "Authorized Occupants"):

_____  _____

_____  _____

_____  _____

No persons other than those identified in this Agreement are authorized to reside in the Premises. Resident shall promptly notify Landlord of any changes regarding the status of family members residing in the Premises; such notification shall include the family member's name.

Resident agrees and acknowledges that the spouse and any other authorized occupant listed in Section 2 has no independent or separate right under this Lease to occupy the Premises. Therefore, if Resident becomes divorced from the spouse listed above, Landlord shall have the right to evict the spouse and any other authorized occupant listed in Section 2 of this Agreement from the Premises even if rent is still being paid. Resident is ultimately responsible for paying all costs and expenses under this Agreement including rent as well as all costs (including legal fees) involved in removing the spouse and any other occupant from the Premises including that of an eviction proceeding.

## 3. RENT:

(a) Resident hereby gives authorization to Landlord to maintain the allotment from Resident's military pay equal to the amount of Resident's rent.

(b) Rent for any partial month shall be prorated. The prorated portion of the first month's rent is due upon commencement of this Agreement for the number of days the Resident has possession of the Premises during the move-in month. Payments of prorated rent shall be made by personal check, certified funds (certified bank check, cashier's check, money order), debit/credit card, or by allotment. Rent for the first full month will be paid by allotment on the first day of the following month. All subsequent payments for monthly rent will be paid by BAH allotment and shall be payable on the first day of the following month.



Confidential

PLAINTIFFS_RH_0069181
PX-1017_0002

DocuSign Envelope ID: 7F2386BC-489A-4B29-931A-473E1199531B





(c) After the end of the term of occupancy and move-out, Landlord shall issue any refund due, less any monies owed to Landlord, within fourteen (15) business days after receipt of the BAH allotment. Any money (other than rent) due to Landlord must be paid at time of termination or expiration. In Resident's absence, Resident's designated representative may sign this Agreement and initiate or modify BAH allotments upon presentation to Landlord of a duly notarized Special Power of Attorney. Failure to pay rent on or before the due date constitutes a default under this Agreement. If any rental payment is not received within five (5) days from the due date, Resident agrees to pay a late fee of fifty dollars ($50.00), for each month an amount is past due.

(d) Resident also agrees to pay an additional charge of thirty-five Dollars ($35.00) for each check returned or electronic draft refused, returned or unpaid. Upon the second occurrence of non-sufficient funds, payments must be provided via certified funds (certified bank check, cashier's check, money order) or debit/credit card. All such administrative and additional charges shall be due by first day of the next calendar month, unless this Agreement has been terminated or expired, in which case such administrative charges shall be due to Landlord immediately upon move-out.

The monthly rent shall be equal to (CHECK ONLY ONE BOX):

### ☒ RENT: Basic Allowance for Housing (BAH)

(a) Monthly rent is equivalent to the Resident's Basic Allowance for Housing ("BAH") at the "With Dependents" rate at the Installation for the rank of the highest-ranking active duty military member residing in the Premises. In a dual military resident situation, rent equals the "With Dependents" BAH at the rank of the highest-ranking active duty military member residing in the Premises, and only one allotment will be set up on the highest ranking Resident's account. If there is any increase in the BAH rate at the Installation for the rank of the highest-ranking military member residing in the Premises, the rent shall be increased accordingly to reflect such increase. These changes may be location specific or changes that affect all service members in the applicable service branch. Any decrease in the BAH at the "With Dependents" rate at the Installation for the rank of the highest ranking military member residing in the Premises will not result in a decrease in the rent provided and so long as the highest ranking military member residing in the Premises benefits from rate protection (also known as grandfathering) as outlined by the Office of the Secretary of Defense.

(b) The BAH is based on the zip code of the service member's duty assignment, therefore the BAH of the individual service member may differ from the BAH at same rank at the Installation. If the BAH at the Installation for the highest-ranking active duty military member residing in the Premises is different from the BAH for the same rank at the applicable duty station, Resident understands the difference and, by signing this Agreement, acknowledges his/her acceptance of such difference and agrees to pay such difference if the rent at the Installation is higher.

(c) In a dual military resident situation, if the Primary or Secondary Resident receives a promotion that results in a BAH that exceeds the current rental rate, the Resident must notify Landlord. If Resident's spouse is an active duty military member not party to this Agreement, Resident shall promptly notify Landlord if his/her spouse becomes the highest-ranking military member residing in the Premises. The allotment will be adjusted to reflect the higher-ranking Resident's BAH "With Dependents" rate. A new rental agreement will be required to switch the primary Resident to the new higher-ranking Resident.



DocuSign Envelope ID: 7F2386BC-489A-4B29-931A-473E1199531B





(d) Payment is due on the first day of the month for the previous month's rent (payment in arrears). If neither Resident nor Resident's spouse qualifies for BAH at the "with dependent" rate for any reason, Resident shall thereafter pay Landlord on the first day of each month until this Agreement is terminated rent equivalent to the BAH for the designated rank applicable to the Premises as of the date neither Resident nor Resident's spouse qualifies for BAH at the "with dependent rate" or the designated market rent for the premises.

(e) Payment shall be made by payroll allotment/deduction from Resident's pay account to Landlord. Payment is made in arrears and must be received by Landlord on or before the first day of the following month.

(f) If Resident does not qualify for BAH at the "with dependent" rate for any reason, Resident shall pay Landlord on the first day of each month the applicable BAH or market rent for the Premises including any difference in rent.

☐ **RENT: Promotional Rate**
The monthly rental rate shall be $ N/A_____. Rent will be reviewed annually and Landlord shall notify Resident(s) in writing of any increase in rent at least forty-five (45) days prior to renewal of this Agreement. Payment shall be made by payroll allotment/deduction from Resident's pay account to Landlord.

Payment for the first month's rent will be prorated: The prorated portion of the first month's rent is due upon commencement of this Agreement for the number of days the Resident has possession of the Premises during the move-in month. Payments of prorated rent shall be made by certified funds (certified bank check, cashier's check, money order), debit/credit card, personal check, or by allotment. Rent for the first full month and subsequent months will be paid by allotment on the first day of the following month.

A security deposit in the amount of $ N/A_____ will be charged to cover any damages to the Premises, excepting normal wear and tear; the Premises must be left in the same condition it was received at move-in. Security deposit is due and payable prior to Resident occupying the Premises. The security deposit will be returned within fourteen (14) days after the termination of the rental agreement, with any damages deducted (excluding normal wear and tear). The security deposit may not be used to cover the last month's rent. _____
INITIAL(S)

## 4. **UTILITIES**
Landlord shall provide Resident with the following services: electricity, gas, water, sewer and refuse collection. Resident shall be responsible for arranging and paying for his/her own cable, telephone and data communications, and all other services not specifically provided by Landlord.

(a) Landlord reserves the right to change Resident's or Landlord's respective responsibilities for payment of utilities and services pursuant to this Agreement by giving Resident a reasonable notice period of such changes, prior to implementation of the changes.

(b) Notwithstanding the foregoing notification provision, the installation-wide implementation of the Air Force Resident Energy Conservation program establishes a utility allowance for electric and gas usage. Please Check One:
☒ This home is metered and is or will be included in the Air Force Resident Energy Conservation Program. A utility allowance, determined by typical usage based on unit type and identified as a portion of rent, may be determined by Landlord and Resident shall be responsible for electricity and gas costs that are in excess of such utility allowance. Resident may also be eligible for rebates for energy conservation below



Hickam Communities Resident Occupancy Agreement and Addendums for Active Duty
Revised 9/19/16

PLAINTIFFS_RH_0069183
PX-1017_0004

DocuSign Envelope ID: 7F2386BC-489A-4B29-931A-473E1199531B





the utility allowance.  Further information regarding the Air Force Resident Energy Conservation Program is available on the website and provided to the Resident upon move in.    Failure to pay utility bill may result in termination of this Lease and/or eviction.

☐ This home is either not metered or will not be included in the resident energy conservation program. Electric and gas costs are included in rent.

(c)  Payment of such costs shall be deemed additional rent hereunder and will be due within five (5) days after being invoiced to Resident.

## 5.  PROPERTY AND LIABILITY RENTERS INSURANCE

Landlord shall not be liable to Resident, other occupants of the Premises, or any guests or persons who are on the Premises for injuries or losses to person or property except to the extent such damage or injury solely arises from the acts or omissions of Landlord or its agents, servants or employees. Resident acknowledges that neither Landlord nor the Government has any liability whatsoever for any loss or damage to Resident's personal property or leasehold improvements. Resident shall be liable for all damages to the Premises arising from the fault or neglect of Resident, other occupants, guests, other persons and/or pets who might be on the Premises, other than that caused by ordinary wear and tear.

Resident acknowledges that Landlord is not providing any renters insurance in connection with this Lease. Resident is encouraged to obtain renter's insurance at Resident's cost. Resident acknowledges that Landlord is not responsible for the performance by any insurance carrier under any policy of insurance, including any payment for Resident's losses.  Resident also acknowledges Landlord is not responsible for Resident losses resulting from flood, earthquakes, natural disasters, power failures, fire or any other cause where Landlord was neither negligent nor the proximate cause of Resident's loss.

Landlord shall not be liable to Resident, Resident's family members, guests, or invitees for any damages, injuries or losses to person or property caused by crime, vandalism, fire, smoke, pollution (including second hand smoke), water, lightning, rain, flood, water leaks, hail, ice, snow, explosion, interruption of utilities, electrical shock, defect in any contents of the Premises, latent defect in the Premises, latent defect in the building or adjacent areas, acts of nature, other unexplained phenomena or casualties, acts of other residents or their guests or pets, or any other event not caused by the negligence of Landlord or its agents, or their respective employees or representatives, acting in the course and scope of employment.  Resident expressly acknowledges that Landlord has made no representations, agreements, promises, or warranties regarding security of the Premises or surrounding community.  Landlord does not guarantee, warrant or assure Resident's personal security.

## 6.  CONDITION OF PREMISES

Resident and Landlord agree that, prior to beginning occupancy of the Premises, they will conduct a joint inspection of the Premises. Resident hereby acknowledges that, except as set forth in the Move-In/Move-Out Inspection Form, the Premises were delivered to Resident in good order and repair and in a safe, clean and habitable condition. Resident further acknowledges his/her responsibility for maintaining the cleanliness of the Premises.  Damage to the Premises which (i) is not described on the Move-In/Move-Out Inspection Form as existing prior to Resident's occupancy or (ii) exceeds reasonable wear and tear is subject to being repaired by Landlord at Resident's expense.

Landlord and Resident shall conduct an exit walk through inspection of the Premises upon the termination of this Agreement. Using the Move-In/Move-Out Inspection Form that was used to record the condition of the



PLAINTIFFS_RH_0069184
PX-1017_0005





Premises at the inception of this Agreement, Landlord shall itemize any damages to or deficiencies in the condition of the Premises which exceed normal wear and tear. Landlord shall provide Resident with a copy of the Move-In/Move-Out Inspection Form. Resident shall provide Landlord with Resident's forwarding address to facilitate any further necessary communication between the parties, including the payment of any refunds owed Resident by Landlord. Landlord will provide Resident with an itemized statement that clearly describes any damages caused by Resident's noncompliance with provisions of this Agreement and the charges imposed by Landlord to repair the damage or otherwise correct the deficiencies caused by Resident's non-compliance with this Agreement and the Resident Guide.

After the termination of this Agreement in accordance with its terms, any refund of rent due Resident by Landlord, less any amount owed to Landlord by Resident for damages or other charges under this Agreement or the Resident Guide, will be paid within fifteen 15) days after Landlord's receipt of Resident's final payment of rent owed pursuant to this Agreement. Any amounts owed Landlord by Resident, including, but not limited to, rent, utilities, and damages to the Premises, which are not paid within 30 days of the date due are subject to collection attempts by Landlord being submitted to a collection agency by Landlord for collection with interest and/or suit brought against Resident in court to collect the debt.

## 7. RESIDENT GUIDE - RULES AND REGULATIONS

Residents are responsible for the conduct of their family members, guests, and pets. In addition to this Agreement, Resident, all Authorized Occupants and all guests of Resident shall also comply with, and shall be subject to, the terms of the Resident Guide (including any modifications or changes thereto which may be made by Landlord from time to time). The Resident Guide is hereby fully incorporated into this Agreement by this reference. Any modifications or changes to the Resident Guide shall be effective after forty-five (45) days' notice is given by publication of such modifications or changes [or by publication on Landlord's website]. By signature(s), Resident acknowledges access to a copy of the Resident Guide on the Landlord's website or receipt of a current paper copy of the Resident Guide upon request and agrees to comply with, and be subject to, its terms. Failure of Resident to take corrective actions when notified of violations by Landlord may result in a monetary penalty. Violation of the terms of the Resident Guide may result in fines or the termination of this Agreement by Landlord and, if necessary, eviction.



Resident acknowledges they have access to and are encouraged to review the safety information in the Resident Guide and have viewed a safety video prior to occupancy.

Resident Acknowledgement Regarding Museum and Historic Homes: I understand that the Premises I have accepted in connection with this Lease has/or has not been designated as a Museum Home/Historic Home. If the accepted Premises is a Museum or Historic Home, I understand that I am required to comply with the additional restrictions, stipulations and conditions set forth in the Museum and Historic Homes Care Book, provided on the Landlord's website or by receipt of a current physical copy upon request.

## PROHIBITED CONDUCT

In addition to the rules and regulations outlined in the Resident Guide, Resident agrees as follows:

(a) Resident shall not possess, store, use or otherwise permit anyone to possess or sell illegal materials or substances on the Premises, including but not limited to illegal weapons, dangerous substances or plants, illegal drugs, explosives, or chemicals with which illegal drugs or explosives may be produced. Possession of such contraband or illegal items constitutes a breach of this Agreement by Resident and may, at the option of Landlord, result in immediate termination of this Agreement and, if necessary, eviction.



DocuSign Envelope ID: 7F2386BC-489A-4B29-931A-473E1199531B





(b) Resident shall not permit illegal gambling on the Premises, or install, operate, or permit to be installed or operated, any device which is illegal, or use or permit the Premises to be used for any illegal business or purpose, or, sell or commercially store or dispense or permit the sale, or commercial storage or dispensing of beer or other intoxicating liquors on the Premises, without the prior written permission of Landlord.

(c) Resident shall not keep or have or allow any other person to keep or have on the Premises any article, liquids, chemicals or thing of a dangerous, inflammable or explosive nature that might unreasonably increase the danger of fire, explosion, or cause physical illness, or that might be considered hazardous or extra hazardous by federal, state or county fire/safety officials or under the provisions of any applicable insurance policy affecting the Premises. Should Resident or any other person keep or have any such materials on the Premises, Resident shall be financially responsible for any injury and/or damages resulting therefrom. Failure of Resident to remove said materials upon written request of Landlord may, at the option of Landlord, result in immediate termination of this Agreement and, if necessary, eviction.

## 8. USE AND QUIET ENJOYMENT

Subject to the terms of this Agreement and the Resident Guide, Resident shall be entitled to enjoy the use of the Premises provided that such use does not disturb other residents, create a public nuisance or result in any other violation of this Agreement or the Resident Guide.

## 9. ASSIGNMENT AND SUBLETTING

No assignments of this Agreement nor subleases, licenses or concessions of the Premises are permitted without the prior written consent of Landlord in its sole and absolute discretion. Any such assignments, subleases, licenses or concessions made without the prior written consent of Landlord shall be void and of no force and shall constitute a breach of this Agreement by Resident and subject Resident to termination of this Agreement, and if applicable, eviction and/or claims by Landlord for monetary damages.

## 10. LEASE CANCELLATION

Except as provided in paragraph 1 above, if Resident terminates this Agreement prematurely, Resident shall be liable for the LESSER of (a) the entire rent for the remainder of the term, or (b) the daily rent for the period necessary to re-rent the dwelling, plus a 10% cancellation fee (Fee calculated based on the full month rent agreed upon in Section 3, Rent and Rent: Basic Allowance for Housing (BAH) (or Rent: Special Rate). Resident shall give Landlord a minimum of thirty (30) days written notice of lease cancellation.

## 11. EVICTION

Landlord may terminate this Agreement and, if necessary, evict Resident for Resident's failure to pay rent or for one or more other violations by Resident of this Agreement or the Resident Guide.

## 12. HOLDOVER

If Resident remains in possession of the Premises after the termination of this Agreement, Resident shall be deemed to be in breach of this Agreement and Landlord may, if necessary, evict Resident. Upon such a holdover by Resident, in addition to being obligated to pay to Landlord's attorney's fees, court costs and any ancillary damages incurred by Landlord as a consequence of the holdover by Resident, Resident shall be liable to Landlord for a sum that is twice the monthly rent provided for under this Agreement, calculated on a daily basis for each day the Resident remains in possession of the Premises.

## 13. ABANDONMENT OF PREMISES

If Resident abandons the Premises, Landlord will be free to retake possession of the Premises without need for an eviction proceeding. Abandonment means that the Resident has no intention of continuing or resuming the tenancy and shall include, but not be limited to the following: Nonpayment of rent or other costs or expenses relating to the Premises to be paid by Resident along with one of the following:



Confidential

PLAINTIFFS_RH_0069186
PX-1017_0007

DocuSign Envelope ID: 7F2386BC-489A-4B29-931A-473E1199531B





    (a) Renting or residing at another location;(b) Removing the majority of the belongings;( c) Being AWOL from the military; or
    (d) Otherwise indicating that the Resident has no intention of continuing or resuming the tenancy.
Nothing contained in this paragraph herein shall limit the obligations of the Resident under this Agreement.

Any personal property left in the Premises after Resident has vacated, has been evicted or has terminated this Agreement is considered abandoned. If Landlord determines the personal property to be of value, Landlord will mail a notice to Resident at Resident's forwarding address. If Landlord does not receive a response and/or the abandoned property is not claimed within fifteen (15) days, Landlord has the right to dispose of the abandoned property pursuant to Hawaii law.

### 14. SEVERABILITY
If any provision or clause of this Agreement is held invalid by a court of law of applicable jurisdiction, such invalidity shall not affect other provisions or applications of this Agreement that can be given effect without the invalid provision and to this end the provisions of this Agreement are declared to be severable.

### 15. MODIFICATION
Any modification to the terms and conditions of this Agreement to be effective must be executed in writing and signed and dated by the parties.

### 16. CONFLICTS
The terms of this Agreement shall take precedence over any conflicting terms between this Agreement and the Resident Guide.

### 17. DISPUTES
All disputes between the parties of this Agreement shall be resolved by mediation and/or binding arbitration in accordance with the terms and provisions of the Resident Guide. The prevailing party in binding arbitration and/or other legal process shall be entitled to recover its reasonable attorneys' fees and costs incurred in relation to the dispute from the non-prevailing party.

### 18. CASUALTY
Resident may terminate this Agreement if any part of the Premises reasonably necessary for the benefit and enjoyment of the Premises shall become partially or wholly uninhabitable because of fire, condemnation or other casualty that is not the result of Resident's negligence, Resident's willful acts or omissions or the negligence or willful acts or omissions of Resident's family members, guests, or invitees. If Resident fails to notify the Landlord within one week after vacating the premises, Resident is responsible for payment of rent up to the time Landlord receives notice Resident has vacated. If Resident does not terminate this Agreement, the rent shall cease during any such period of uninhabitability which is the result of fire, condemnation or other casualty that is not the result of Resident's negligence, Resident's willful acts or omissions or the negligence or willful acts or omissions of Resident's family members, guests, or invitees. If Resident continues to live in a portion of a dwelling that remains usable after fire or casualty damage, Landlord shall adjust the rent to cover payment for the portion still usable. However, in the event of a fire, condemnation or other casualty which renders the Premises uninhabitable, Landlord shall have the option to terminate this Agreement upon five (5) days prior notice to Resident. There shall be no cessation of rent if damage to the Premises is the result of the negligence or willful acts or omissions of Resident, or Resident's family members, guests, or invitees.

### 19. ACCESS DURING OCCUPANCY
Landlord or anyone allowed by Landlord, including but not limited to a licensed exterminator for the purpose of pest control, may enter the Premises during the hours of 8:00 a.m. - 5:00 p.m., Monday through Saturday, after giving Resident forty-eight (48) hours advance notice. If there is an emergency, Landlord may enter the



Confidential

PLAINTIFFS_RH_0069187
PX-1017_0008





Premises without giving Resident advance notice. If the Premises appear to have been abandoned by Resident, Landlord may enter the Premises after providing Resident with forty-eight (48) hour notice, which can include contact via telephone and/or email or, if Landlord is unable to otherwise contact Resident, posting on the Premises.

20. **KEYS and LOCKS**
Resident hereby acknowledges receipt of 3 house keys, 2 mail box keys and 0 remote garage door openers for the Premises. Resident shall return all keys for the Premises to Landlord at time of move-out. Locks may not be changed or added without the written permission of Landlord. Requests to install chain locks, flip locks, barrel bolts, surface bolts or other types of security door guards are generally allowed, but requests must be submitted in writing to Landlord and approved in advance. Residents will be charged for each lost key, for lock changes and/or for each lost or damaged remote garage door opener.

21. **REPAIRS**
Residents shall make no repairs to the Premises, the fixtures located within the Premises, the building or any adjacent areas without the written approval of Landlord. Resident shall immediately notify Landlord of any damages. Resident shall be financially responsible for all damages, other than normal wear and tear, to the Premises. In this context, normal wear and tear shall mean physical deterioration which occurs in the normal, prudent use for which the Premises were intended, without negligence, carelessness, accident or intentional or wanton abuse of the Premises by Resident, other occupants, guests or other persons, or their pets.

22. **ALTERATIONS**
Resident shall make no alterations to the Premises, the building or any adjacent areas, incur any debt or make any charges against Landlord, or create any lien upon the Premises for any work done or material furnished without the express written consent of Landlord. Any fixtures installed by Resident shall be at Resident's expense; shall be affixed in a manner that will not damage or alter the Premises, the building or adjacent areas; and shall be removed by Resident upon the termination of the Agreement without causing damage to the Premises, the building or adjacent areas. In the event the removal of any such fixture or other personal property of Resident causes damage, Landlord may charge Resident the cost paid for the repair of the damage.

Notwithstanding the foregoing, and in accordance with applicable fair housing laws, Landlord will (i) make reasonable accommodations within the context of and/or exceptions to the rules, policies, practices or services provided to Resident, and (ii) in some circumstances will allow Resident to make certain reasonable modifications as required under such laws to give persons with disabilities access to and use of the Premises. In the event that Resident requests any such accommodation or modification, Resident will be required to sign an addendum to this Agreement regarding the approval and implementation of such accommodations or modifications, as well as restoration obligations, if any. Resident shall hold Landlord harmless and indemnify Landlord as to any mechanics lien recordation or proceeding caused by repairs or alterations undertaken by or at the request of Resident or other occupants. Upon vacating the Premises, Resident shall (i) remove all interior decorations made by Resident or other occupants and restore the Premises to its condition at the beginning of the term of this Agreement, except for ordinary wear and tear, and (ii) insure that the Premises are clean and free of all personal property and trash.

23. **PESTICIDES**
Prior to 1989, organo-chlorine pesticides were lawfully applied to the soil underneath and around structures at JBPHH to control termites. Although subsequently banned, these pesticides persisted in the soil at JBPHH. In connection with the redevelopment of certain neighborhoods that involved the disturbance of pesticide-impacted soil, Landlord undertook efforts to remediate the top twelve inches of soil in exposed areas, where necessary, to meet site-specific environmental action levels established by Hawaii Department of Health. Pesticide-impacted

soil in these neighborhoods may nonetheless persist to some extent, especially under hardscapes (e.g. roads, building foundations, sidewalks, driveways, and parking lots) and below the top twelve inches of soil in certain areas. Documents pertaining to these efforts are available at: http://eha-web.doh.hawaii.gov/eha-cma/Org/HEER/. In older neighborhoods that have not undergone extensive redevelopment and/or disturbance of soils by Landlord, pesticide-impacted soil has the potential to exist, particularly within the five foot perimeter surrounding homes and other structures. If disturbed, pesticide-impacted soil can present health risks depending on the nature and duration of exposure, particularly if ingested or inhaled. As a result, the undersigned agrees not to dig or disturb any soil located within Hickam Communities, not to cultivate or consume any vegetables, not to consume fruits from existing trees, to avoid contact with bare soil, and to follow the recommended best practices set forth in the Hickam Communities Resident Guide.

### 24. PETS
Maintaining pets on the Premises is a privilege that may be extended to the Resident. Resident must request and obtain written approval before moving a pet into the Premises, either on a permanent or temporary basis. A Pet Addendum must be completed by Resident, either at move-in or immediately after acquiring a new pet or permitting a pet to enter the Premises. Pet owners are responsible for the conduct of their pet at all times. Resident is strictly liable for the entire amount of any injury that the pet causes to a person or any property. Resident agrees to pay any damages caused by any noncompliance with provisions of this paragraph and those outlined in the Pet Addendum and any charges imposed by Landlord to repair the damages.  Resident must comply with all applicable laws and adhere to all conditions, restrictions, orders and regulations regarding pet ownership as set forth in the Pet Addendum attached hereto, the Resident Guide, by the Installation Commander and Landlord. ~~An additional security deposit in the amount of $200.00 is required for any damages caused or any cleaning necessitated by any pets allowed to reside in the Premises under this Agreement.~~ The Premises must be left in the same condition in which it was received at move-in.  ~~The pet security deposit is due and payable prior to Resident occupying the Premises or immediately after Resident acquires a new pet or permits a pet to enter the Premises.~~    Resident _ktW_    Management _VK_.

### 25. ADDENDUMS
The following Addenda are hereby included in and made a part of this Agreement:
- Mold
- Lead Based Paint
- Asbestos
- Community Facility
- Pet
- Post and Pier Homes


In witness thereof, Resident and Landlord have executed this Agreement as a sealed instrument as of the date first herein written.


**RESIDENT**

Konner Witt

_DocuSigned by: konner Witt_    8/3/2021  |  1:34 PM CDT

Print Name    Signature    Date

**LANDLORD PROPERTY MANAGER**

Kristen Catolico    08/02/2021

Print Name    Signature    Date



Hickam Communities Resident Occupancy Agreement and Addendums for Active Duty
Revised  9/19/16

# Mold & Mildew Addendum

HICKAM COMMUNITIES
Created by lendlease

THIS MOLD AND MILDEW ADDENDUM is made a part of the Residential Lease Agreement ("RLA") between Hickam Communities and the Individuals referenced on Page 1 of the RLA (hereinafter collectively referred to as "Resident".)

MOLD: Mold is found virtually everywhere in our environment- both indoors and outdoors and in new and old structures. Molds are naturally occurring microscopic organisms, which reproduce by spores and have existed practically from the beginning of time. Without molds we would be struggling with large amounts of dead organic matter. Mold breaks down organic matter in the environment and uses the end product for its food. Mold spores (like plant pollen) spread through the air and are commonly transported by shoes, clothing and other materials. When excess moisture is present inside a dwelling, mold can grow. There is conflicting scientific evidence as to what constitutes a sufficient accumulation of mold which could lead to adverse health effects. Nonetheless appropriate precautions need to be taken.

PREVENTING MOLD BEGINS WITH INFORMING THE RESIDENT: In order to minimize the potential for mold growth in the home, Resident agrees to do the following:

- Provide appropriate climate control and take other measures to retard and prevent mold and mildew from accumulating in the home. Resident agrees to use air conditioning in a reasonable manner and use heating systems in moderation, and to keep the home properly ventilated by periodically opening windows to allow circulation of fresh air during dry weather only. Furniture should be kept 12-inches away from the return air ducts. Resident agrees not to block or cover any of the heating, ventilation or air-conditioning ducts in the home.
- Keep home clean – particularly the kitchen, the bathroom(s), carpets and floors. Regular vacuuming, mopping and using a household cleaner to clean hard surfaces is important to remove the household dirt and debris that harbor mold or food for mold. Immediately throw away moldy food.
- Remove visible moisture accumulation on windows, walls, ceilings, floors and other surfaces —especially if large enough for water to infiltrate into nearby walls.
- When showering, be sure to keep the shower curtain inside the tub or fully close the shower doors. Also, the experts recommend that after taking a shower or bath: (1) wipe moisture off of shower walls, shower doors, the bath tub and the bathroom floor; (2) leave the bathroom door open and exhaust fan on until all moisture on the mirrors and bathroom walls and tile surfaces has dissipated; and (3) hang up towels and bath mats so they will completely dry out. Turn on any exhaust fans in the bathroom and kitchen before showering or cooking with open pots.
- Keep blinds 1 to 2-inches above the windowsill to allow air circulation behind blinds; use ceiling fans if present, and replace air filters on a monthly basis.
- IF SMALL AREAS OF MOLD HAVE ALREADY OCCURRED ON NON-POROUS SURFACES (such as ceramic tile, Formica, vinyl flooring, metal, wood or plastic), AND THE MOLD IS NOT DUE TO AN ONGOING LEAK OR MOISTURE PROBLEM, the Federal Environmental Protection Agency (EPA) recommends that the area is first cleaned with soap (or detergent) and water, let the surface dry, and then within 24 hours apply a pre-mixed, spray-on type household biocide, such as Lysol Disinfectant, Pine-Sol Disinfectant, Tilex Mildew Remover or Clorox Clean. (Note: Only a few of the common household cleaners will actually kill mold.) Tilex and Clorox contain bleach, which can discolor or stain. Be sure to follow the instructions on the container. Applying biocides without first cleaning away the dirt and oils from the surface is like painting over old paint without first cleaning and preparing the surface.
- Always clean and apply a biocide to an area 5 or 6 times larger than any visible mold because mold may be adjacent in quantities not yet visible to the naked eye. A cleaner with a high-efficiency particulate air (HEPA) filter can be used to help remove non-visible mold products from porous items such as fibers in sofas, chairs, drapes and carpets-provided the fibers are completely dry. Machine washing or dry cleaning will remove mold from clothes.
- Resident acknowledges receipt of the Mold 101 Guide.

DocuSign Envelope ID: 7F2386BC-489A-4B29-931A-473E1199531B

RESIDENTIAL MOLD ADDENDUM

- Any air conditioning or heating system problems discharged, evidence of a water leak or excessive moisture in the
- Rainwater leaking from roofs, windows, doors and outside walls, as well as flood waters rising above floor level.
- Significant overflows from showers, bathtubs, toilets, lavatories, sinks, washing machines, dehumidifiers, refrigerator or a/c drip pans or clogged a/c condensation lines where carpets are soaked, floor/wall surfaces damaged, etc.
- Leaks from plumbing lines or fixtures and leaks into walls from bad or missing grouting/caulking around showers, tubs and sinks.
- Washing machine hose leaks or leaks from clothes dryer discharge vents (which can put a lot of moisture into the air)
- Excess moisture due to insufficient drying of carpets, carpet pads, shower walls and bathroom floors.

Home as well as in any storage room, garage or other common area.
- Evidence of mold or mildew-like growth in the home that cannot be removed simply by applying a common household cleaner and wiping the area.
- Musty odors, shower/bath/sink/toilet overflows
- Any inoperable doors or windows
- Discoloration of walls, baseboards, doors, window frames or ceilings
- Moldy clothing
- Moisture dripping from or around any vents or air conditioning condenser lines

Landlord will respond in accordance with the local, federal and state guidelines to repair or remedy.

TEMPORARY RELOCATION: Project Company understands that the presence of mold alone does not require relocation. Landlord will base relocation on the following factors:
1. Size of the mold contaminated area. Thirty (30) square feet (25 in Texas) and above requires a specialty contractor to perform removal.
2. Location of the mold contaminated area, i.e. if area can be safely isolated from occupants while performing corrective action.
3. Health considerations of the occupants. Mold affects people differently.
4. Air sampling. Please note air sampling will only be performed when deemed necessary by the Mold O&M Coordinator. Health Departments do not recommend testing for mold contamination due to the lack of available standards for what is an acceptable level of mold. For the purposes of this Mold Addendum and if air sampling is deemed necessary, and factors above are not met, relocation will be considered when the;
    - The mold concentration in indoor air is quantitatively higher than, or not qualitatively similar to, that of outdoor air. In layman terms the counts of mold spores are higher inside than outside or the types of mold spores are different inside than outside.
    - The presence of one or more fungal species (mold spores) at significant levels indoors but not outdoors in evidence of indoor amplification (i.e. biological growth occurring in the indoor environment.)
    - Pathogenic (disease-causing) and toxigenic (toxin-producing) molds are amplified.
If any factors above are met, Landlord may, at its discretion and its cost, temporarily relocate you to a comparable, furnished apartment or a hotel while Landlord evaluates, and if Landlord deems necessary, corrects the problem.

TERMINATION OF TENANCY: Landlord reserves the right to terminate the tenancy and Resident agrees to vacate the Home if Project Company, in its sole judgment feels that either there is mold or mildew present in the Home which may pose a safety or health hazard to Resident or other persons and/or Resident's actions or inactions are causing a condition which is conducive to mold growth.

INSPECTIONS: Resident agrees that Landlord and its agent may conduct inspections of the home at any time with reasonable notice.

PERSONAL PROPERTY: Resident agrees that personal belongings affected by water, mold or mildew are the responsibility of the resident. Resident may contact Renter's Insurance to enter a claim for personal belongings. All deductibles are the responsibility of the Resident. If personal belongings affected by water, mold or mildew are not properly cleaned or disposed of, remaining mold or mildew may cause additional damage to personal belongings or the home.

VIOLATION ADDENDUM: Resident further agrees that Resident shall be responsible for damage to the home and Resident's property as well as personal injury to Resident and occupants resulting from Resident's failure to comply with the terms of this Addendum. Noncompliance includes, but is not limited to, Resident's failure to immediately notify Landlord in writing of any mold, mildew or moisture problems. A default under the terms of this Addendum shall be deemed a material default under the terms of the RLA, and Landlord shall be entitled to exercise all rights and remedies at law or in equity. Resident shall indemnify and hold Landlord and its agents harmless from and against all damages and injuries to person and property as a result of Resident's failure to comply with the terms of this Addendum.

RESIDENT OCCUPANCY AGREEMENT: This Addendum is in addition to and made a part of the RLA and in the event there is a conflict between the RLA and this Addendum, the provisions of this Addendum shall govern. Except as specifically stated herein, all other terms and conditions of the RLA shall remain unchanged. Any term that is capitalized but not defined in this Addendum shall have the same meaning for purposes of this Addendum as it has for purposes of the RLA.

| _konner Witt_ | 8/3/2021 | 1:34 PM CDT |
| RESIDENT SIGNATURE | DATE |

Hickam Communities / By its Agent:

_HEANO_          08/02/2021

LANDLORD REPRESENTATIVE          DATE

DocuSign Envelope ID: 7F2386BC-489A-4B29-931A-473E1199531B

## Disclosure of Information on Lead-Based Paint and/or Lead-Based Paint Hazards

### Lead Warning Statement
*Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors must disclose the presence of known lead-based paint and/or lead-based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention.*

### Lessor's Disclosure

(a) Presence of lead-based paint and/or lead-based paint hazards (check (i) or (ii) below):

(i) __X__ Known lead-based paint and/or lead-based paint hazards are present in the housing (explain).

| Lessee's Initials | Agent's Initials | |
|---|---|---|
| | | provided and discussed the EPA pamphlet |
| | | explained where lead-based paint reports are located |
| | | Lead-based paint has been encapsulated by additional coats of non-LBP however it is important for you as the resident to report any peeling or flaking paint to the maintenance team. |

(ii) _____ Lessor has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

(b) Records and reports available to the lessor (check (i) or (ii) below):

(i) __X__ Lessor made available to the lessee all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).

Reports are located at the Community Center.

(ii) _____ Lessor has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

### Lessee's Acknowledgment (initial)

(c) _____ Lessee has received copies of all information listed above.

(d) _____ Lessee has received the pamphlet Protect Your Family from Lead in Your Home.

### Agent's Acknowledgment (initial)

(e) _____ Agent has informed the lessor of the lessor's obligations under 42 U.S.C. 4852d and is aware of his/her responsibility to ensure compliance.

### Certification of Accuracy
The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

| Konner Witt | | *konner Witt* | 8/3/2021 \| 1:34 PM CDT |
|---|---|---|---|
| Lessee (print) | Date | Lessee (signature) | Date |
| Kristen Catolico | | | 08/02/2021 |
| Agent (print) | Date | Agent (signature) | Date |

Confidential

PLAINTIFFS_RH_0069192
PX-1017_0013

DocuSign Envelope ID: 7F2386BC-489A-4B29-931A-473E1199531B





# ASBESTOS DISCLOSURE

It is our goal at Hickam Communities (Landlord) to maintain a quality living environment for our Residents. To accomplish this goal, it is important to understand the responsibilities of both Landlord and Resident.

They are as follows:

1. This housing unit may contain asbestos containing materials (ACM).

2. ABOUT ASBESTOS: In housing units built prior to 1990, asbestos was a commonly used construction material. In various parts of your unit, ACM may have been used in the original construction or renovation prior to the enactment of Federal laws that limit asbestos in certain construction materials.

3. FEDERAL RECOMMENDATIONS: The United States Environmental Protection Agency (EPA) has determined that the mere presence of AMC does not pose a health risk to residents. These asbestos-containing materials are safe so long as they are not subjected to sanding, grinding, cutting and abrading that causes the asbestos fibers to be released from the construction material. These actions may produce dust and cause asbestos particles to become airborne. Asbestos is a respiratory hazard. The EPA does not require that intact ACM be removed. Instead, the law simply requires that the owner take reasonable precautions to minimize the chance of damage or disturbance of these materials.

4. RESIDENT RESPONSIBILITIES: Residents must comply with the following:

   - Residents may hang pictures and wall ornaments by driving hangers into walls, but holes greater than one-quarter inch in diameter shall not be made without the express written approval of Landlord.

   - Residents noting damaged flooring or holes of one-quarter inch or larger in wallboard or ceilings, or crumbling or peeling wallboard or ceiling materials shall notify Landlord, who shall determine what repair, if any, is necessary.

   - Residents shall not make alterations to flooring without the express written approval of Landlord.

DocuSigned by:

*konner Witt*

Resident

8/3/2021 | 1:34 PM CDT

Date

Hickam Communities LLC
By its Agent:

Landlord Representative

08/02/2021

Date

**Hickam Communities LLC**
211 Mercury Street, Honolulu, HI 96818  www.hickamcommunities.com  www.lendlease.com
T 808 423 2300  F 808 423 1645



# Radon Overview

Radon is a radioactive gas formed by the radioactive decay of naturally occurring uranium in soil. Radon is a Group A carcinogen, indicating that it is known to cause cancer. Radon may concentrate in enclosed spaces, such as buildings, or it may be dissolved in water. People become exposed to radon primarily by inhaling the gas in indoor air.

Some level of exposure to natural background levels of radon and other sources of radiation is unavoidable, and any level of exposure to radon carries some health risks. The risk increases with increased exposure, either to higher concentrations of radon, or for longer durations. In addition, the risk is greatly increased among smokers (EPA 1993).

Radon gas is colorless, odorless, and tasteless, and the only way to determine its presence is by testing. Radon can enter and accumulate in any type of building through any of the following (National Safety Council [NSC] 2004):
- Cracks or gaps in foundations, floors, and walls;
- Openings around sump pumps and drains;
- Cavities in walls;
- Joints in construction materials;
- Gaps around utility penetrations (pipes and wires);
- The water supply; and
- Crawl spaces that open directly into the building.

Any building can have an elevated radon level. At present, there are no reliable methods of generalizing or predicting radon concentrations from construction date, construction materials, or design features. New buildings, well-ventilated buildings, and buildings without basements can have elevated radon levels, and radon levels can vary greatly from one building to another. Test results from one building cannot be reliably generalized, even to neighboring buildings of similar design and construction.

Homes that contain a radon mitigation system are tested every 3 years, while homes without a system are tested periodically every 5 years. Should you have a question regarding your home, please contact your community's **Maintenance Department.**



The EPA, in conjunction with the US Geological Survey, has estimated the radon potential in the US, based on five factors: indoor radon screening measurements, geology, soil permeability, aerial radioactivity, and substructure type (EPA 1994). Based on these factors, each county was classified as one of three zones. Zone 1 counties have the highest radon potential (greater than 4 pCi/L), Zone 2 counties have a moderate potential (2 to 4 pCi/L) and Zone 3 counties have a low potential (less than 2 pCi/L).

EPA's recommended indoor action level for radon is 4 pCi/L. A picocurie is a measure of the rate of radioactive decay of radon, that is, the rate at which alpha particles are emitted. The EPA recommended action level is not an occupational health and safety standard.

PLAINTIFFS_RH_0069194
PX-1017_0015

DocuSign Envelope ID: 7F2386BC-489A-4B29-931A-473E1199531B





# COMMUNITY FACILITY ADDENDUM

Resident recognizes that the following facilities, including but not limited to the playground/s, splash park, community center, etc. commonly used for relaxing and an area for its use (collectively, the "Resident Facilities"), have been made available by Landlord.

**Due to the necessity of preserving the safety of all residents, Resident agrees not to permit any occupant or visitor under the age of the Base's Youth Supervision Guidelines to use the Resident Facilities unless accompanied by a parent or legal guardian.** Resident agrees to use the Resident Facilities in a prudent fashion that is consistent with a safe manner that is not offensive or dangerous and in compliance with such rules and regulations as may be adopted from time to time by Landlord or its agents or representatives in connection with the operation of the Resident Facilities.

Resident recognizes that Landlord provides the Resident Facilities for Resident only as an incidental service in connection with Resident's leasing of the Premises, and the Landlord shall have the right to discontinue providing the Resident Facilities at any time without any reduction in the Resident's rent; and that there is not representation or undertaking that the Landlord's representatives have any expertise or skill in the operation of the Resident Facilities.

Resident releases, indemnifies and holds harmless Landlord, Landlord's agents and their respective employees and representatives from any and all claims, demands, costs, loss, liability or expense arising out of any personal injury, property damage, death or loss suffered or sustained by Resident, Resident's family members, guests or other persons present at or using the Resident Facilities with the knowledge and consent of Resident or under the control of Resident or who were otherwise present at or using the Resident Facilities through the agency of the Resident, except for any injury, damage, death or loss to the extent caused by the negligence or misconduct of Landlord, and Resident on behalf of her/himself and Resident's minor children hereby waives all such claims, demands, costs, losses, liabilities or expenses.

Landlord reserves the right to restrict or request any person to leave the Resident Facilities upon request. Resident Facilities privileges are contingent upon Resident being current on all rent payments and other costs for which Resident is responsible.

In witness thereof, this Addendum is executed as a sealed instrument as of the date of the Agreement.

Resident: _konner Witt_        Date: 8/3/2021 | 1:34 PM CDT

Landlord: HICKAM COMMUNITIES LLC

By: _____        Date: 08/02/2021





# Hickam Communities
# Pet Policy

## The following animals are allowed in our home:

| | |
|---|---|
| Cats | Domestic only |
| Dogs | Excluding those that are a restricted breed |
| Fish | 20 gallon tank maximum |
| Birds | Excluding birds of prey |
| Amphibians | Frogs, toads, salamanders |
| Caged animals | Hamsters or guinea pigs |
| Crustaceans | Hermit crabs, crawfish, shrimp |

Dogs of a restricted breed, to include any dog with a mix of any of these breeds*:

 

     

American Pit Bull Terrier | Staffordshire Terrier | American Staffordshire Terrier | Staffordshire Bull Terrier | Rottweiler | Doberman Pinscher

     

Chow Chow | Presa Canario | Cane Corso | Mastiff | Wolf | Wolf Hybrid

| Any dog (of any breed) that demonstrates a propensity for dominance or aggressive behavior as indicated by any of the following types of conduct: | • Unprovoked barking, growling or snarling at people approaching<br>• Aggressively running along fence lines when people are present<br>• Biting or scratching people<br>• Escaping confinement or restriction to chase people |
|---|---|
| Reptiles | Ex: Snake, lizard, turtle, tortoise, crocodile, alligator, iguana, komodo dragon, newt, gecko, gila monster |
| Arachnids | Ex. Spider, scorpion |
| Rodents | Ex. Mice, rat, gerbil, mole, beaver, squirrel, porcupine, chipmunk, prairie dog, groundhog, gopher, shrew, bat, hedgehog |
| Wild animals | Ex: Fisher cat, fox, weasel, raccoon, monkey |
| Exotic animals | Ex: Ferret, rabbit, chinchilla |
| Farm animals | Ex: Pig, horse, cow, chicken, sheep, goat |
| Birds of prey | Ex: Hawk, eagle, buzzard, vulture, owl, falcon, harrier, kite |

Created by


*Restricted breeds may not apply to service or companion animals.

PLAINTIFFS_RH_0069196
PX-1017_0017

DocuSign Envelope ID: 7F2386BC-489A-4B29-931A-473E1199531B





Hickam Communities recognizes the importance of pets to residents. Pet ownership is a privilege that will be extended to all residents of our properties. Residents must request and obtain written approval before moving their pet into the premises. A Pet Addendum must be completed, either at move-in or immediately upon acquiring a new pet.

| Type of Breed | Name | Age | Description | Registration/Vaccination | Date |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

_____ Resident acknowledges that he/she currently does not own a pet. Resident acknowledges that no animal or pet of any kind may be kept on the Premises by the Resident or his/her guest without prior written consent of the Landlord. Resident also acknowledges that if he/she obtains permission at a future date to keep a pet, Resident will abide by all requirements of the Pet Addendum.

It is agreed between Resident and Landlord that for the privilege of maintaining pets within the above rental unit that the amount of $ 0_____ will be paid as a non-refundable pet fee for the privilege of having 1____ pets.

**MICRO CHIPPING, VACCINATION(S), REGISTRATION & LICENSING:** Cats & dogs are required to have vaccination(s) and be registered, licensed & micro chipped within fifteen days of home acceptance as per local laws. Cats and dogs must have the Avid or Homeagain chip. The Veterinarian Services will provide verification of Pet Registration on Joint Base Pearl Harbor Hickam. **Proof of vaccination, registration and micro shipping must be provided to the community office for each pet.** Failure to do so will result in a possible fine or loss of pet privileges.

**Hickam Veterinarian Service Contact Information**
Kuntz Avenue Building #1864 Hickam AFB, HI 96853-5246
(808) 449-6481  |  http://www.15wing.af.mil/

**RESTRICTIONS:** You are responsible for the pet's actions are all times. Please refer to the Resident Guide for a complete list of rules and guidelines. We reserve the right to change and update rules and guidelines

- The pet must not disturb neighbors or other residents, regardless of whether the pet is inside or outside the dwelling. If Landlord, in its sole discretion, determines that the pet has significantly disturbed neighbors or other residents, it may require resident, upon written notice, to immediately and permanently remove the pet from the premises.

- Dogs, cats, companion animals and service animals must be housebroken. All other pets must be caged at all times. No pet offspring are allowed.

- The pet may not be tied to any fixed object anywhere outside the dwelling.

- All yards and common areas should be kept clean of pet droppings. Owners must pick-up and properly dispose of pet droppings immediately in common areas as well as one's own premises. This will eliminate health and sanitary concerns.

- Avoid leaving pet food outside for prolonged periods of time, as it will attract insects and wild animals. Your pet must be fed inside the dwelling unit.

- You must keep the pet on a leash and under your supervision when outside the dwelling unit or any private fenced area.

- Violation of Rules - Violation of the pet addendum and/or Resident Guide may result in fines, loss of pet privileges or eviction

- Removal of Pets - Animal abuse or neglect will not be tolerated and may result in eviction. Any neglected or abused animal will be impounded by the proper authorities and sheltered during the investigation. Expenses associated with impounding are the responsibility of the owner. Reports of unprovoked bites, aggressive and nuisance behavior may be cause for removal of the pet.

203C Signer Blvd., Honolulu, HI 96818

Address of Resident

_konner_ Witt                                          8/3/2021  |  1:34 PM CDT

Resident Signature                                     Date
                                                       08/02/2021

Landlord Signature / Hickam Communities LLC            Date

211 Mercury Street, Honolulu, HI 96818 www.hickamcommunities.com www.lendlease.com T 808 423 2300 F 808 423 1645

**HICKAM COMMUNITIES**



Created by
**lendlease**

# MAINTENANCE PERMISSION TO ENTER

Permission to enter (PTE) allows authorized Hickam Communities, LLC (HC) Property Management
and/or Maintenance staff to enter a home for the purpose of completing service requests or
completing necessary inspections, or preventive maintenance projects.

By **granting** HC the PTE, I understand the following:
1. Property Management and/or Maintenance staff may enter my home to complete service
   requests, necessary inspections and/or preventive maintenance when no one is home.
   Property management and/or maintenance staff will knock and sharply announce their
   presence before entry.

2. If there are minors (residents under the age of 18) alone in the home or unrestrained pets,
   property management and/or maintenance staff will not enter to complete the service request.
   A "Notice Tag" will be left at the home and the service request will remain open to be
   rescheduled.

By **not granting** HC the PTE, I understand the following:
1. To receive maintenance service, I must be **present** for maintenance staff to perform service
   requests. The work will be completed during normal business hours.
2. The resident assumes liability for any damages incurred to the residence or personal
   belongings as a result of resident-missed appointments (i.e. failure to have a plumbing leak
   corrected leading to water damage).

---

**HC reserves the right to enter the home in the event of an emergency, regardless of
whether the permission to enter is granted.**

I understand that any time I desire a change in my PTE status I must fill-out and sign new PTE
form.

☐ **I DO** grant PTE for the completion of service requests.

☒ **I DO NOT** grant PTE for the completion of service requests.

Resident Signature: _Konner Witt_    Date: _8/3/2021 | 1:34 PM CDT_
DocuSigned by:
1D9D74FC7A374EA...

Address: 203C Signer Blvd., Honolulu, HI 96818

HC Representative Signature:     Date: 08/02/2021

**Hickam Communities LLC**
211 Mercury Street, Honolulu, HI 96818  www.hickamcommunities.com  www.lendlease.com
T 808 423 2300  F 808 423 1645

EQUAL HOUSING
OPPORTUNITY

DocuSign Envelope ID: 7F2386BC-489A-4B29-931A-473E1199531B

 

# DISCOUNT RENTAL AGREEMENT

Resident Name: Konner Witt          Resident Address: 203C Signer Blvd., Honolulu, HI 96818   Move In Date: August 5   2021

The resident and Hickam Communities agree to the following:

**Full Rent**

☐ The resident understands that there is no discounted rent/promotion/special on the home listed above. Rent shall always be the amount of the resident's current BAH rate (Active Duty) or the rental amount specified on the resident's lease (Non-Active Duty).

The prorated rent of $_____, is due and payable no later than _____.

**One Time Rent Discounts**

☐ (PARTIAL MONTH) Hickam Communities will discount the resident's prorated rent by $_____ with the following special(s) _____.

Remaining rent of $_____, will be due by _____.

☐ (FIRST FULL MONTH) Hickam Communities will discount the resident's rent by $_____ with the following special(s) _____.

The remaining rent of $_____ will be:
☐ Pulled via allotment on _____.
☐ Due by _____.

**Deposit**

☐ The deposit for the above resident shall be $_____, due and payable to Hickam Communities, no later than_____.
☐ The deposit in the amount of $_____ shall be waived by Hickam Communities.

**Other**

☒ The following discount or rent applies: Special Flat Rate of $2250 from 08/05/2021 to 08/04/2022 then revert to full BAH.

☐ Rent in the amount of _____ will be due on _____ payable via_____.

*Should the resident break their lease, default on any term of their lease or default on the discounts/rental payments above, the resident will pay the amount of the rent discount back to Hickam Communities.*

Konner Witt                                   8/3/2021 | 1:34 PM CDT
Resident Signature                            Date

_____                       08/02/2021
Hickam Communities Associate (Signature)       Date



Hickam Communities Resident Occupancy Agreement and Addendums for Active Duty
Revised 9/19/16

DocuSign Envelope ID: 7F2386BC-489A-4B29-931A-473E1199531B





## SATELLITE DISH ADDEDNUM

This will service as an Addendum to the Resident Lease dated _____August 5, 2021_____, between
_____Konner Witt_____
Hickam Communities (Owner), and _____, (Residents) regarding
_____203C Signer Blvd., Honolulu, HI 96818_____
property located at _____ (the Premises).

Under a Federal Communications Commission (FCC) order, Resident has a limited right to install
a satellite dish or receiving antenna on the Premises. Owner may impose reasonable restrictions
relating to installation. Resident is required to comply with the following restrictions as a condition
to installing such equipment:

**Number & Size:** Resident may only install one satellite dish (two if type of service requires two)
or receiving antenna within the leased Premises. A satellite dish may not exceed 39 inches (1
meter) in diameter. An antenna or dish may receive but not transmit signals.  Each antenna or
dish must be labeled with permanent marker with the corresponding address.

**Location:** Location of the satellite dish or antenna is limited to (a) inside the home, or (b) in an
area outside Resident's dwelling such as a balcony, patio, yard, etc. of which Resident has
exclusive use pursuant to the Lease. Installation is not permitted in the front yard, on any parking
area, roof, exterior wall, window, window sill, fence, or common area, or in an area that other
residents are allowed to use. A satellite dish or antenna may not protrude beyond the vertical and
horizontal space that is leased to Resident for Resident's exclusive use.

**Safety & Non-Interference:** Resident's installation: (a) must comply with reasonable safety
standards; (b) must not interfere with the Premises' cable, telephone or electrical systems or those
of neighboring properties; (c) must not be connected to the Premises' telecommunications
systems; and (d) must not be connected to the electrical system except by plugging into a 110-volt
duplex receptacle. If the satellite dish or antenna is placed in a permitted outside area, it must be
safely secured by one of three methods: (1) securely attaching it to a portable, heavy object such
as a small slab of concrete; or (2) any other method approved by Owner in writing prior to
installation. No other methods are allowed. Owner may require reasonable screening of the
satellite dish or antenna by plants, etc., so long as it does not unreasonably impair reception.

**Signal Transmission from Exterior Dish or Antenna to Interior of Dwelling:** Under the FCC
order, Resident may not damage or alter the Premises and may not drill holes through outside
walls, door jams, windowsills, balcony railings, or fences etc. If Resident's satellite dish or antenna
is installed outside Resident's living area (on a balcony, patio, or yard of which Resident has
exclusive use under Resident's Lease, signals received by Resident's satellite dish or antenna
may be transmitted to the interior of Resident's dwelling only by; (1) connecting a cable to an
existing cable in a designated home mounted cable box; (2) running a "flat" cable under a door
jamb or windowsill in a manner that does not physically alter the Premises and does not interfere
with the proper operation of the door or window; (3) running a traditional or flat cable through a
pre-existing hole in the wall (that will not need to be enlarged to accommodate the cable); (4)

**Hickam Communities LLC**
211 Mercury Street, Honolulu, HI 96818   www.hickamcommunities.com   www.lendlease.com
T 808 423 2300  F 808 423 1645







connecting cables "through a window pane" similar to how an external car antenna for a cellular phone can be connected to inside wiring by a device glued to either side of the window - without drilling a hole through the window; (5) wireless transmission of the signal to a device inside the dwelling; or (6) any other method approved by Owner. No new or additional holes may be made in any exterior walls of the home.

**Workmanship, Safety and Compliance of Installation** For safety purposes, Resident must obtain Owner approval of (1) the strength and type of materials to be used for installation, and (2) the person or company who will perform the installation. Installation must be done by a qualified person or company that has worker's compensation insurance and adequate public liability insurance. Owner approval will not be unreasonably withheld. Resident must obtain any dig permits required by the applicable local ordinance for the installation and comply with any applicable local ordinances. Contact your Resident Service Coordinator for a dig permit for your location. An installer provided by the seller of the satellite dish or antenna is presumed to be qualified. By signing below, Resident and the installer hereby agree that he or she will comply with the requirements and restrictions set forth in the Satellite Dish Addendum. Any installation beyond the guidelines identified in this document will require an approval in writing.

**Maintenance:** Resident will have the sole responsibility for maintaining Resident's satellite dish or antenna, wiring, and all related equipment. Owner will not be responsible for any alterations or damages to satellite dish or antenna equipment installed at the ground level by lawn or landscaping crews, maintenance technicians, or utility service companies. This shall include items such as cut wiring, bumping into or altering the alignment of dish or antenna, and removing or disconnection of equipment for maintenance related issues. Owner may temporarily remove the satellite dish or antenna if necessary to make repairs to the Premises or building.

**Removal & Damages:** Resident must remove the satellite dish or antenna and all related equipment when Resident moves out of the home. Resident agrees to pay for any damages and for the cost of repairs or repainting which may be reasonably necessary to restore the Premises to its condition prior to the installation of Resident's satellite dish, antenna, or related equipment. Residents will not be responsible for normal wear.

**Indemnity:** Resident is fully responsible for the satellite dish or antenna and related equipment. Except to the extent of liability imposed on Owner or Agent by law, Resident agrees to defend, indemnify and hold harmless Owner and Agent, from any claims by others relating to Resident's satellite dish or antenna.







**When You May Begin Installation**: Resident may start installation of his/her satellite dish or antenna only after Resident has:

1. Signed this Addendum.

2. Provided a copy of this addendum to the company that will do the installation. Installation must follow the directions given in this addendum.

3. Received written approval from the owner on the installation materials, method of installation chosen and the person or company who will do the installation.

Resident understands and agrees to abide by the terms above of this Satellite Dish and Antenna Addendum.

RESIDENT:

X _Konner Witt_ _____    Date  8/3/2021 | 1:34 PM CDT
     1D9D74FC7A374EA...

X _____    Date _____

Agent for the Owner
Kristen Catolico                          08/02/2021
X _____    Date _____

**Hickam Communities LLC**
211 Mercury Street, Honolulu, HI 96818   www.hickamcommunities.com   www.lendlease.com
T 808 423 2300  F 808 423 1645



DocuSign Envelope ID: 7F2386BC-489A-4B29-931A-473E1199531B

# MOVE-IN ACKNOWLEDGEMENT

### I have received, reviewed, and completed the following move-in materials:

- Hickam Communities Housing Agreement
- Hickam Communities Pro-rated Rent Move-in Agreement
- Policy on Supervision of Children
- Lead-Based Paint Disclosure
- EPA Lead Pamphlet (How to Protect Your Family from Lead)
- Hickam Communities Resident Guidelines
- Conditions Inspection Checklist
- Energy / Environmental / Recycling Program

### I further acknowledge that the following were explained to me:

- Problem Solving Line (PSL) and Community Staff
- Pet Registration
- Lawn Service

I have been briefed and understand that, my BAH will appear as an entitlement on my LES, but the amount of my BAH will be deducted immediately in the form of an allotment paid to Hickam Communities in return for the privilege of residing in family housing.

I have been briefed and understand that any assistance/subsidies I am currently receiving such as Food Stamps, Headstart, Pre-K, Free/Reduced Meals, Child Care Management (CCMS) or any other programs may be affected or reduced under the requirement stated in paragraph 1.

| Items Issued | Quantity | Items Issued | Quantity |
|---|---|---|---|
| House Keys | 3 | Access Cards/Manuals | 0 |
| Mailbox Keys | 2 | Pets | [X] Yes [ ] No |
| Garage Door Opener | 0 | Pet Deposit Paid [X] N/A | [ ] Yes [ ] No |

## Maintenance Orientation Checklist

[X] Fire Extinguisher Operation (P.A.S.S.)
[X] Water Heater
[X] Garage Door Opener
[X] Thermostat
[X] Window Lock Operation

[X] Water Cut-Offs
[X] HVAC System and Filter Changes
[X] Appliances & Garbage Disposal
[X] Smoke Detector
[X] Light Switch/Outlet Locations

[X] Breaker Panel, Breaker, and GFCI Receptacles
[X] Mini/Vertical Blind Operation & Care
[X] I understand that Tundra Spray is NOT provided in homes

Anything found during orientation will be reported immediately to maintenance.

## Tobacco Smoke Damage

Please be advised that smoking tobacco products in your home may create potential damages. Due to the cost of odor removing paint and labor a $150 charge per room may be assessed at the time of move out.

Resident Signature: *Konner Witt*    Date: 8/3/2021 | 1:34 PM CDT

Community Representative:     Date: 08/02/2021

---

## RESIDENT INFORMATION

Resident Name:
Konner Witt

Address:
203C Signer Blvd., Honolulu, HI 96818

Phone Number:
[redacted]

Email Address:
konner.witt@[redacted]

Alt. Email Address:

Paygrade:
O3

BAH Rate/Year:
3507/2021

Entitlements (circle one):

With Dependents [X]    Without Dependents [ ]

---

www.hickamcommunities.com

 

HICKAM COMMUNITIES

PLAINTIFFS_RH_0069203
PX-1017_0024

# TAB D



PLAINTIFFS_RH_0069246

PLAINTIFF'S
TRIAL EXHIBIT
**PX-1058**

Confidential

# TAB E



**DEPARTMENT OF THE NAVY**
NAVAL FACILITIES ENGINEERING SYSTEMS COMMAND, HAWAII
400 MARSHALL ROAD
JBPHH, HAWAII 96860-3139

11000
Ser 00/
February 6, 2023

Mr. Gaudencio Lopez
Safe Drinking Water Branch
Hawaii State Department of Health
Environmental Management Division
2385 Waimano Home Rd, Uluakupu Bldg. 4
Pearl City, HI  96782-1400

Dear Mr. Lopez:

SUBJECT:  CERTIFICATION OF UNKNOWN CONCENTRATIONS OF PETROLEUM
        BASED PRODUCT RELEASED IN PUBLIC WATER SYSTEM #HI0000360

     On behalf of the United States Department of the Navy, the undersigned certifies the public
notice statement in Enclosure (1), titled Administrative Notification, which states the
concentration of petroleum-based product in the drinking water system for Joint Base Pearl
Harbor-Hickam (JBPHH) was unknown, is accurate based on sampling results.

     In response to fuel odors reported in the drinking water system following the release of JP-5
fuel to the environment at the Red Hill Bulk Fuel Storage Facility, the Navy began collecting
drinking water samples on November 28, 2021 in accordance with the Immediate Drinking
Water Sampling Plan. Results from samples collected from homes and facilities on the drinking
water distribution system from November 28 to December 13, 2021 did not show detectable
levels of total petroleum hydrocarbons (TPH). Following this time period, the Navy executed the
Drinking Water System Recovery Plan, signed December 17, 2021 by the Interagency Drinking
Water System Team, and collected samples from 10% of homes and facilities in every zone on
the distribution system. Results from these samples did have some detections of TPH, but
fingerprint analysis of these results confirmed they did not match that of JP-5 and were unrelated
to fuel. It is based on these results that the Navy was unable to quantify the concentration of
petroleum-based product in the drinking water system following the November 2021 release and
stated in Administrative Notification that the concentration of petroleum contamination present
in the drinking water system was unknown and "was undetectable to testing performed in homes
and facilities in December 2021".

                                        Sincerely,

                                        M. W. WASHINGTON
                                        Captain, CEC, U.S. Navy
                                        By direction of the
                                        Commander

Enclosure:  (1) Administrative Notification Amended June 30, 2022



PLAINTIFF'S
TRIAL EXHIBIT
**PX-1151**

PLAINTIFFS_RH_0133350
PX-1151

## ADMINISTRATIVE NOTIFICATION
This is information users should have received in **NOVEMBER 2021** about your drinking water

Requirement: Per Hawaii Administrative Rules (HAR), Title 11, Chapter 20, Section 18(b)(1), a public water system (PWS) owner must give public notice for drinking water regulation violations and for other situations as determined by the State.

This notification is being provided to inform the Joint Base Pearl Harbor-Hickam (JBPHH) drinking water system users that the Navy did not provide a required public notification for the **November 2021** fuel release in accordance with the prescribed format as required by the HAR.

This is a correction of the lack of a required administrative notification - **there is NO new release of fuel from Red Hill.**

On or about November 20, 2021, a release of JP-5 fuel to the environment as a result of a break of a fire suppression drain line valve occurred at the Red Hill Bulk Fuel Storage Facility, located at JBPHH, Hawaii, TMK 99010006, 99010001, 11012003, 11012004. A Removal Action pursuant to Hawaii Administrative Rules (HAR), Secton11-451-13 was conducted to clean up the contaminated drinking water well and associated drinking water system at the site.

The concentration of petroleum-based product that was released into the drinking water system for JBPHH, which includes the Aliamanu Military Reservation (AMR) water system, is unknown. The petroleum contamination related to fuel in the drinking water system was likely diluted and was undetectable to testing performed in homes and facilities in December 2021.

Consuming water containing petroleum hydrocarbons can cause an upset stomach, cramping, nausea, vomiting, and diarrhea. It may cause irritation of the throat and mouth. Dermal exposure to petroleum hydrocarbons can cause skin irritation or rashes. Inhalation exposure from breathing in petroleum vapors can cause headaches, dizziness, tiredness, cough, and difficulty breathing.

Water users that experienced a strong petroleum smell were suggested to leave the area and seek fresh air. Users that experienced symptoms mentioned above were advised to contact their primary care manager or the Nurse Advice Line at 1-800-TRICARE (874-2273). For medical emergencies, it is always recommended to go to the Emergency Room or to call 911.

Evaluation of the long-term health effects of exposure to petroleum hydrocarbons is on-going. Based on current information, people that were exposed to contaminated water from the JBPHH drinking water system, including those on the AMR water system, are not expected to experience long-term health effects. There are no specific populations that are known to be more susceptible to health effects from exposure to petroleum hydrocarbons.

Water users of the JBPHH and AMR drinking water system were recommended to avoid using the water for drinking, cooking, oral hygiene, and consumption by pets and to use bottled water from November 29, 2021 until the public health advisory for each zone was amended by the DOH. Currently, drinking water from the JBPHH and AMR systems is considered safe for all uses.

In December 2021 the Drinking Water System Recovery Plan was approved and the Navy began efforts to restore the drinking water. The Navy followed a detailed process to flush the entire distribution system and all residences and buildings serviced by the drinking water system. Water compliance samples were collected from 10% of residences and buildings to send to a certified third party laboratory for testing. Once all results had been evaluated by the Interagency Drinking Water System Team and verified that the water in each zone was safe for human consumption, the DOH amended the public health advisory for each zone. The last zone was amended on March 18, 2022 and the JBPHH and AMR water systems have remained in compliance since that date.

PLAINTIFFS_RH_0133351
PX-1151_0001

Additional Information on the Navy's response can be found at: **https://jbphh-safewaters.org**

What should I do?
There is NO action required, this is a correction of the lack of a required administrative notification. This public notice is in addition to seven town hall meetings held in several affected residential areas; the DOH Drinking Water Advisory of November 29, 2021; Navy letters to residents and building occupants in the affected areas; Facebook updates, social media posts, and a dedicated water information website; payment of financial support and lodging, as well as furnished drinking water, laundry and shower services. As determined by the Department of Health on March 18, 2022, the drinking water in the JBPHH and AMR Public Water Systems continue to meet U.S. EPA and DOH standards.

What is being done?
The Navy is conducting long-term monitoring of drinking water in accordance with the DOH-approved sampling plan for the next two years to monitor the water quality of the drinking water system in response to the November 29, 2021 Public Health Advisory for the JBPHH Public Water System. The Public Health Advisory was amended by the Department of Health (DOH) for all users on the JBPHH and AMR Drinking Water Systems on March 18, 2022. The Amended Public Health Advisory states that tap water can be used for all purposes including drinking, cooking, oral hygiene, and consumption by pets.

What does this mean?
There is no current emergency. Your water continues to be safe to drink, and used for cooking, oral hygiene, and consumption by pets.

For more information, please contact:
Joint Base Pearl Harbor-Hickam Emergency Operations Center
808-449-1979
Commander, Navy Region Hawaii
850 Ticonderoga St
Pearl Harbor, HI 96860-5101

U.S. Army Garrison Hawaii Operations Center
808-656-1151, or 808-6230-7938 or 808-620-7951

This notice is being sent to you by the Joint Base Pearl Harbor-Hickam water system. Please share this information with all the other people who drink this water, especially those who may not have received this notice directly (for example, people in apartments, nursing homes, schools, and businesses). You can do this by posting this notice in a public place or distributing copies by hand or mail.

Public water system IDs: 337 and 360 Date Distributed: May 13, 2022 Date Amended: June 30, 2022

PLAINTIFFS_RH_0133352
PX-1151_0002

# TAB F



PLAINTIFFS_RH_0069382

# TAB G



Confidential