| | |
|---|---|
| LYLE S. HOSODA | 3964-0 |
| KOURTNEY H. WONG | 10827-0 |
| SPENCER J. LAU | 11105-0 |

HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
Email: lsh@hosodalaw.com
khw@hosodalaw.com; sjl@hosodalaw.com

| | |
|---|---|
| KRISTINA S. BAEHR | *Pro Hac Vice* |
| JAMES BAEHR | *Pro Hac Vice* |
| MARY M. NEUSEL | *Pro Hac Vice* |

JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Email: kristina@well.law;
jim@well.law; maggie@well.law

| | |
|---|---|
| FREDERICK C. BAKER | *Pro Hac Vice* |
| JAMES W. LEDLIE | *Pro Hac Vice* |
| KRISTEN HERMIZ | *Pro Hac Vice* |
| CYNTHIA A. SOLOMON | *Pro Hac Vice* |
| SARA O. COUCH | |

MOTLEY RICE, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com

*Attorneys for the plaintiffs*

(case caption continued on next page)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:22-cv-397-LEK-KJM<br>(Federal Tort Claims Act)<br><br><br><br>**DECLARATION OF BRIAN JESSUP** |

**DECLARATION OF BRIAN JESSUP**

I, Brian Jessup, declare as follows:

1.  I am Brian Jessup, and I am 41 years old. I am a former Navy diver and retired in March 2023 as Chief Petty Officer after over 20 years of service in the military.

2.  My family is a proud military family. My father was an infantryman in the Army. I was born on the island of O'ahu, where he was stationed at the time. He retired out of Fort Liberty in North Carolina, where I grew up. I always wanted to be in the service myself, and I joined the Army Reserves when I was a junior in high school. I attended basic training between my junior and senior years. I joined the Marine Corps when I was nineteen as active duty. In the Marines, I was an ammunition technician and was deployed overseas, first in Japan and Southeast

2

Asia. Later, I joined the Navy to continue my service and served in other occupational specialties such as a submariner and diver. As I explain below, I was involved in the clean-up of Red Hill after the November 2021 fuel release.

3. Sheena and I met in April 2004 when I was home on leave. She was friends with my sister, she and came to a welcome home party for me at my house. We spent every moment of my leave together for the next two weeks, and then I asked her to marry me. We got married in January of 2005, and I deployed to Iraq the next month. We've been married for almost twenty years.

4. Together, we have four children – Beau (18), B.J. (16), N.J. (7) and D.J. (3).

5. The contamination at Red Hill prompted me to leave the service earlier than intended. I now serve as a police officer in Arizona.

## The Contamination

### A. Life in Hawaii

6. In 2017, I was transferred to Hawaii. Our family was excited to move there. Hawaii was special to me as I was born there. We wanted to stay as long as military service would allow.

7. Sheena especially liked the idea of staying in Hawaii long enough for our children to graduate from Hawaii Technical Institute, a private school our family loved.

**B.      Fuel Release & Illness**

8.      From the time we moved to the Navy water line, my family and I experienced odd symptoms, like stomach discomfort. I often felt nauseous. My wife would mention off and on that our water would smell heavily chlorinated, like a swimming pool. I would occasionally notice the smell as well. We learned later that over a million gallons of fuel had been spilled over the years from the Red Hill fuel facility.

9.      Before Thanksgiving 2021, our family began experiencing headaches, nausea, dizziness, stomach pain, and loss of balance.

10.     On November 28, I was giving my 10-month-old son D.J. a bath when Sheena told me that she learned from people in line at Target that there had been a jet fuel leak into our drinking water.

11.     My initial reaction was disbelief. If there had been a fuel leak, a NAVFAC (Navy Facilities) representative would have notified us right away. In the military, we react to emergencies immediately and with precautions. If no one had notified us, then it could not be true.

12.     I quickly wrapped up D.J.'s bath to get him out of the water. I started thinking about how this might affect us and especially our kids. N.J. already suffered from a skin condition called cutaneous mastocytosis, and I was worried

that this would exacerbate it. Then I started thinking about how we had all been drinking this water and cooking with it over Thanksgiving.

13. I am still shocked and angry that we learned about the fuel leak from people at Target instead of from the Navy itself.

14. My family and I stopped all drinking of the tap water in our home. At some point, we could see a sheen and were able to smell the fuel on our water. We could even taste it because some of the cups and plates and everything else that had been washed in the water still had a film on it.

15. On November 29, I got an email from the Joint Base Commander, Captain Spitzer, who told us that there was no need to be concerned about the water on base, and that he and his men were still drinking the water.

16. We were given very little information around this time and the statements put out by the Navy made it seem as though drinking the water was safe. Then we would hear other conflicting information from our community.

17. The conflicting information made the situation even more stressful. It was especially distressing because we were experiencing that the water wasn't safe but we were being told by the Navy that it was.

18. The Navy never did give us a clear directive that our water was at risk and that we should not use it.

5

19. Until my family moved from our home in May 2022, our four kids and I only drank and used bottled water, even for washing clothes and dishes.

20. My wife Sheena would be exhausted at the end of each night from boiling water to warm it up for everyone's use – especially bathing. She was too exhausted to boil water for herself so she took rationed, short showers. We argued over the water.

21. In December, the Navy offered to put our family up in a hotel. The Navy procured us a hotel because we couldn't afford to put it on our credit card, and we didn't trust the Navy to reimburse us.

22. On December 6, Sheena went to the hotel without me but found only one tiny room allocated for all six of us. That arrangement could not work for any stretch of time. In addition to two teenagers, we had a then 11-month-old son, D.J., and our 5-year-old son, N.J., who has autism. There was barely any room to walk around.

23. We decided to live at home without water. That lasted for six months.

24. Our family continued to get sicker, even though we were not drinking the water. We had chronic skin rashes, stomach pain, diarrhea, nausea, and burning of the skin and of the eyes. We felt a weird tingling in our face that was not normal. The air in the house did not seem safe, and we often left to get fresh air.

25. Beau started to have neurological issues, like shaking hands, stutter, and headaches. B.J.J. got a bad rash on her body after taking a shower after the house was "cleared."

26. Meanwhile, I was assigned to supervise Navy divers in the Navy's attempt to clean out the oil from the well. We rotated shifts over 3-4 weeks. The well was saturated with fuel. We put absorbents on the surface, and a pump to suck out the surface contaminants. We could all see it, and the smell of fuel was overwhelming. The effort proved futile because of the sheer volume of fuel in the well.

## The Aftermath

**A.  More Disruption**

27. I am a protector, and I would do anything for my family. By January 2022, it was clear that my family could no longer continue camping in our own home. They needed to get off the island as soon as possible.

28. Rather than stay in Hawaii as we had wanted, we decided to buy a house in Arizona for Sheena and the kids. We made plans to separate so that they move close to family while I completed my service.

29. On May 14, 2022, we moved out of our home on Stowell Circle. After my family left, I got approval from my master chief to live out of my office. We

7

could not afford the cost of a home in Arizona plus rent for me in Hawaii. We just couldn't do both. From May until October 2022, I slept on a small cot in my office.

30. This period of separation put a strain on our marriage. Sheena had to care for all four children, including a baby and our then 5-year-old with special needs, as a single parent. This included unpacking and setting up our new home, while coordinating N.J.'s therapies and caring for baby D.J. and our two high-school-aged teens.

31. After five long months of separation, I was finally able to rejoin them in October 2022.

**B.  Emotions & Fears**

32. Sheena and I worry about the outcome of the Government's bad choices. If Camp Lejeune has taught us anything, it has taught us that the effects of toxic exposure are not immediate. I know that even short exposures can cause a lot of harm later, like the firefighters on 9/11. We can't help but worry about the long-term health of Beau, B.J.J., and ourselves.

33. Beau still has a tremor and stutter. Sheena and I worry about him because we know that his tremors will likely exclude him from the military service that he so desperately wants. Incredibly, it is the Navy that caused the tremors that now prevent his service to the Navy itself.

34. Beau worries about himself—not just his current quality of life but also how it will play out with his commitment to the military.

## Conclusion

35. There are a few things that I know to be true after this experience:

36. There was fuel in the water that made us sick. Our families were not the only ones who had this experience—there were thousands, just like us, many of whom are *still* sick.

37. This was not just a little fuel. It was an enormous amount. I saw and smelled the fuel in the well myself when I supervised divers in the cleanup.

38. This event was predictable. Common sense will tell you not to put a fuel station on top of an aquifer. Do not put fuel near a well. The Navy knew that this was a problem for decades and didn't address it.

39. The Navy should have reacted immediately and directly. We know how to handle emergencies in the military, and the Navy did not respond like it should have. The Navy's bad decisions affected everyone. Liability comes with leadership – now the Navy will be responsible and accountable for the harm.

I, Brian Jessup, declare under penalty of perjury that the foregoing is true and correct.

Executed on April 7, 2024.

_____
Brian Jessup

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

/s/ *Kristina Baehr*
Kristina Baehr