IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Civil No. 1:22-cv-397-LEK-KJM<br>(Federal Tort Claims Act)<br><br>**CYNTHIA L. FRICKE ATTACHMENT COMPOSITVE - TABLE OF CONTENTS**<br><br>TRIAL DATE:  April 29, 2024<br>JUDGE:  Hon. Leslie E. Kobayashi |

## <u>CYNTHIA L. FRICKE - ATTACHMENT COMPOSITVE</u>

## <u>TABLE OF CONTENTS</u>

| Tab A | PX-1588 | Curriculum Vitae of Cynthia Fricke, RN, BSN, CCM, CLCP, CNLCP [Fricke Dep. Ex. 2], dated Mar. 2024 |
|---|---|---|
| Tab B | PX-1265 | United States Life Tables, National Vital Statistics Reports, US Dept. of Health and Human Services, Centers for Disease Control and Prevention, Vol. 71, No. 1, dated Aug. 8, 2022 |
| Tab C | -- | Supplemental Life Care Plan of Richelle Dietz, dated April 7, 2024 |
| Tab D | -- | Supplemental Life Care Plan of B.D, dated April 7, 2024 |
| Tab E | -- | Supplemental Life Care Plan of V.D, dated April 7, 2024 |

| Tab F | -- | Supplemental Life Care Plan of Kevin Aubart, dated April 7, 2024 |