**CYNTHIA L. FRICKE, RN, BSN, CCM, CLCP, CNLCP**
Island Legal Nurse Consulting, LLC

Phone: (808) ▇▇▇▇▇▇▇
Fax: (808) 254-2649

**EDUCATION**  University of Rhode Island, Kingston, RI; Bachelor of Science in Nursing, 1983
Legal Nurse Consulting Certificate Program, University of California at San Diego, 1998
Life Care Planning Certificate Program, Capital University Law School, Columbus OH, 2011

**EXPERIENCE**

| | |
|---|---|
| Nov 11 – present | Certified Life Care Planner, Island Legal Nurse Consulting, Honolulu, HI |
| Nov 07 – present | Nurse Case Manager, Island Legal Nurse Consulting, Honolulu, HI |
| Mar 03 – Sept 18 | Critical care staff nurse, Kuakini Medical Center, Honolulu, HI |
| May 00 – present | Legal Nurse Consultant, Island Legal Nurse Consulting, Honolulu, HI |
| Aug 04 – Jul 14 | Legal Nurse Consultant, Goodsill Anderson Quinn & Stifel LLP, Honolulu, HI |
| Jun 04 – Jun 07 | Nurse Case Manager, Allied Managed Care, Honolulu, HI |
| Dec 99 – Feb 03 | Research Nurse Coordinator at Kapiolani Medical Center for Women and Children, Honolulu, HI |
| Aug 98 – Jun 99 | Legal Nurse Consultant, Charlottesville, VA |
| Jan 98 – Aug 98 | Legal Nurse Consulting certificate program at the University of California in San Diego |

Jun 83 – Jul 97   Critical care staff nurse:
-1996-1997 Medical Staffing Services, Carlsbad, CA. Registry nurse in critical care setting.
-1992-1995 Kuakini Medical Center, Honolulu, HI. Staff nurse in CCU/critical care float pool.
-1991 Stearly Heights Elementary School, Okinawa, Japan. School nurse in elementary school with 750 students for Department of Defense Dependent Schools.
-1988-1990 Wellness Promotion Services, Astoria, NY. Registry nurse in critical care settings.
-1987-1988 South Shore Hospital, Bayshore, NY. Contract Nurse in ICU.
-1987 Straub Clinic and Hospital, Honolulu, HI. Staff nurse in ICU.
-1986 Brotman Medical Center, Culver City, CA. Contract nurse in intermediate care unit.
-1985 and 1986 Kuakini Medical Center, Honolulu, HI. Contract nurse in intermediate care unit
-1985 Delray Community Hospital, Delray Beach, FL. Contract nurse in intermediate care unit.
-1984-1985 Rhode Island Hospital, Providence, RI. Staff nurse in intermediate care unit.
-1981-1984 Kent County Memorial Hospital, Warwick, RI. Staff nurse and nursing assistant in medical surgical and orthopedic units.

**PROFESSIONAL REGISTERED NURSE (RN) LICENSES:**
Hawaii # RN 28301

**CERTIFICATIONS:**
Certified Case Manager (CCM), 2011
Certified Life Care Planner (CLCP), 2011
Certified Nurse Life Care Planner (CNLCP), 2022


PLAINTIFF'S TRIAL EXHIBIT PX-1588

PX-1588