# Island Legal Nurse Consulting, LLC

April 7, 2024

Kristina Baehr, Esq.
Just Well Law

Lyle Hosoda, Esq.
Hosoda Law Group, AAL, ALC

Cindi Solomon, Esq.
Motley Rice, LLC

Re:   Supplemental Life Care Plan of Richelle Dietz
DOB:  ███████ 1986

Dear Ms. Baehr, Mr. Hosoda, and Ms. Solomon,

I reviewed the following updated medical records that your offices provided to me:
- Tripler pages 1 – 481 (9/26/07 – 5/31/23)
- Capital Digestive Care – Virginia Beach Princess Anne pages 1 – 23 (10/9/20 - 11/30/20)
- Brain Health Hawaii pages 1 – 27 (11/20/23 - 12/29/23)
- Hawaii Pacific Health – Straub records pages 1 – 111
- Kitagawa Dermatology records pages 1 - 5 (6/23/22 - 5/17/23)

The medical records indicate that Ms. Dietz began psychotherapy at Manakai O Malama on August 30, 2023.

On November 20, 2023, Ms. Dietz was evaluated by psychiatrist Jason Keifer, MD for treatment of her anxiety, memory issues, and difficulty sleeping. Ms. Dietz reported headaches, feeling depressed, being anxious, not wanting to socialize, being forgetful, and having difficulty working following the 2021 Red Hill water exposure incident. Dr. Kiefer diagnosed her with major depression, anxiety, possible PTSD, headaches, and sleep insufficiency. Ms. Dietz underwent a sleep study and this revealed mild obstructive sleep apnea and hypopnea syndrome with severe sleep fragmentation.

On December 4, 2023, neurologist James Pearce, MD evaluated Ms. Dietz's bilateral blurry vision and her transient neurologic deficits. Dr. Pearce confirmed that her October 2023 brain MRI/MRA was unremarkable. Dr. Pearce diagnosed Ms. Dietz with fortification spectra (i.e. ocular migraine), and informed her that no further workup was indicated and to return for follow up as needed.

On December 11, 2023, pulmonologist Samuel Evans, MD evaluated Ms. Dietz's chest pressure, shortness of breath, and a calcified granuloma in her left upper lobe. Dr. Evans indicated that Ms. Dietz's left lung nodule was likely related to her cave exploration as a child. Dr. Evans ordered pulmonary function testing to assess whether Ms. Dietz had any underlying asthma.

Ms. Dietz's December 26, 2023 pulmonary function studies revealed very mild airflow limitation, some bronchodilator effect in the small airways, preserved lung volumes, and preserved diffusion impairment.

On December 29, 2023, Dr. Keifer noted that Ms. Dietz reported decreased intensity in her mood symptoms, awakening with anxiety and panic most mornings, and nightmares about the circumstances related to the contamination. Dr. Keifer diagnosed Ms. Dietz with PTSD. He noted that her lab study was low normal and prescribed Pregnenolone 30 mg daily.

I interviewed Richelle Dietz on April 1, 2024 to review her current medical status and treatment plan. Ms. Dietz reported that she is unable to blow up a balloon without feeling dizzy or lightheaded, she has a persistent cough when ill, and she had difficulty catching her breath during exercise or when climbing the stairs with a laundry basket. Ms. Dietz confirmed that she continues to follow up with Dr. Kiefer. She uses the nasal strips (nasal lumen dilators) when sleeping and reported that her sleep has improved to approximately 5.5 hours per night. She is taking the Pregnenolone 30 mg daily that Dr. Keifer prescribed. Ms. Dietz noted that she underwent an airway evaluation by Rosemarie Tan, DDS and a palatal expander has been recommended. Ms. Dietz confirmed that she participates in telehealth psychotherapy sessions every 1-4 weeks with Kyle Stueber, PhD at Manakai O Malama. She reported that these therapy sessions have been helpful to improve her mood. Ms. Dietz informed me that during her March 25, 2024 follow up with Dr. Evans, she was diagnosed with asthma and he prescribed a Trelogy inhaler daily and an as needed Albuterol inhaler. Ms. Dietz indicated that she has been experiencing weight gain, and laboratory studies were ordered to evaluate the cause. Ms. Dietz's abnormal lab studies included Thyroid Peroxidase Antibody (Anti TPO) of 34 (high, normal < 34) and an Antinuclear antibody (ANA) of 80 (normal <= 40).

I reviewed Ms. Dietz's current prescription medications as well as the March 25, 2024 after visit summary of pulmonologist Samuel Evans, MD. In his after visit summary, Dr. Evans diagnosed Ms. Dietz with mild asthma. I confirmed that the treatment that he prescribed includes the following:
- Trelegy Elipta (Fluticasone/Umeclidinium/Vilanterol) 100mcg/62.5mcg/25mcg one inhalation daily.
- Advair 45 mcg/21mcg (12 gm/120 MDI) 2 puffs twice daily with spacer.
- Albuterol HFA 90 mcg (6.7 gm) 2-4 puffs every 4 hours as needed for wheezing and shortness of breath
- Follow up scheduled 6/27/24.

I spoke with Dr. Steven Bird on April 5, 2024 to reviewed Ms. Dietz's current medical status and her current treatment plan. Dr. Bird confirmed that all annual surveillance has been discontinued. Dr. Bird provided the following recommendations for inclusion in Ms. Dietz's updated life care plan:

- Dermatology follow up annually for 3 years, then every 5 years to 65.
- Psychotherapy per Dr. Vargo.

Based on my April 5, 2024 teleconference with Dr. Bird, an update to Ms. Dietz's life care plan is listed below. The life care plan table below supplants Ms. Dietz's July 24, 2023 life care plan and her December 7, 2023 supplemental life care plan tables:

| Routine Future Medical and Surgical Care ||||||
|---|---|---|---|---|---|
| Routine Medical Treatment | Age Initiated/ Age Suspended | Frequency | Purpose | Cost per Visit | Cost Source/ LCP Recommendation |
| Dermatology Follow Up | 36 / 65 | Annually for 3 years, then every 5 years to age 65 | Evaluation of Ms. Dietz's rash to her arms, abdomen, and leg.<br><br>Medical Fees 2024 CPT 99213: $216.94<br>Context 4 Healthcare CPT 99213: $175.94<br>Find A Code CPT 99213: $227.43<br>Average: $206.77 | $207.00 | Medical Fees, Context 4 Healthcare, Find A Code /<br>Steven Bird, MD |

| Projected Therapeutic Modalities ||||||
|---|---|---|---|---|---|
| Routine Medical Treatment | Age Initiated/ Age Suspended | Frequency | Purpose | Cost per Visit | Cost Source/ LCP Recommendation |
| Psychotherapy | 36 / LE | Once weekly for 1 year, plus an additional 22 therapy sessions in her lifetime. | Psychotherapy for treatment of Ms. Dietz's general anxiety disorder from her Red Hill exposure. An additional 22 psychotherapy sessions to be used in Ms. Dietz's lifetime during periods of psychological decompensation related to the Red Hill incident.<br><br>Medical Fees 2024 CPT 90837: $232.66<br>Context 4 Healthcare CPT 90837: $217.98 | $266.00 | Medical Fees, Context 4 Healthcare, Find A Code /<br>Melissa Vargo, M.A. PsyD |

3

|  |  |  | Find A Code CPT 90837: $346.83 Average: $265.82 |  |  |
|--|--|--|--|--|--|

**Summary/Conclusions:**

The opinions contained in this supplemental life care plan report are made within a reasonable degree of nursing certainty. All costs contained in this life care plan are based upon today's dollars, without regard for inflation, cost of living, applicable taxes, or other economic considerations. As additional information becomes available, or if Ms. Dietz's circumstances change, the projections and associated costs may be amended or revised.

Thank you for the opportunity to allow me to supplant Ms. Dietz's July 24, 2023 and December 7, 2023 supplemental life care plans. Please contact me if you have any questions or concerns.

Very truly yours,

*Cynthia Fricke RN*

Cynthia Fricke, RN, BSN, CCM, CLCP, CNLCP
Certified Case Manager
Certified Life Care Planner