**Island Legal Nurse Consulting, LLC**

April 7, 2024

Kristina Baehr, Esq.
Just Well Law

Lyle Hosoda, Esq.
Hosoda Law Group, AAL, ALC

Cindi Solomon, Esq.
Motley Rice, LLC

Re:   Supplemental Life Care Plan of B███ D███
DOB:  ███████ 2010

Dear Ms. Baehr, Mr. Hosoda, and Ms. Solomon,

    I reviewed the following updated medical records that your offices provided to me:
- Brooks Rehabilitation pages 1 – 238 (8/19/19 - 8/12/20)
- Tripler records pages 1 – 53 (12/6/10 – 5/31/23)

    I interviewed Richelle Dietz on April 1, 2024 to review B███'s current medical status and treatment plan. Ms. Dietz indicated that B███ continues to experience 3-4 migraine headaches per month that are associated with nausea and vomiting. In addition to his primary care and neurology follow up, B███ presently is receiving treatment from Dr. Keifer. He is not currently receiving treatment from Xplor Counseling, and Ms. Dietz is working on transfer to a new provider. B███'s sleep disorder was evaluated by an orthodontist, he was referred to an otolaryngolost, and he has been scheduled for a tonsillectomy in May 2024.

    I spoke with Dr. Steven Bird on April 5, 2024 to reviewed B███'s current medical status and his treatment plan. Dr. Bird confirmed that all annual surveillance has been discontinued and B███ does not require any future medical treatment related to his Red Hill exposure. Dr. Bird deferred B███'s need for psychotherapy treatment for his anxiety due to his Red Hill water line exposure to Dr. Clark.

    Based on my April 5, 2024 teleconference with Dr. Bird, an update to B███'s life care plan is listed below. The life care plan table below supplants B███'s July 24, 2023 life care plan and his December 7, 2023 supplemental life care plan tables:

| | | | Projected Therapeutic Modalities | | |
|---|---|---|---|---|---|
| Therapy / Treatment | Age Initiated/ Age Suspended | Frequency | Purpose | Cost | Cost Source/ LCP Recommendation |
| Psychotherapy | 13 / 13 | 48 sessions in lifetime | Psychotherapy for treatment of B█████'s. anxiety and for general support regarding his Red Hill exposure.<br><br>Context 4 Healthcare CPT 90837: $217.98<br>Medical Fees 2024 CPT 90837: $232.66<br>Find A Code CPT 90837: $346.83<br>Average: $265.82 | $266.00 | Medical Fees, Context 4 Healthcare, Find A Code / Andrew Clark, MD |

**Summary/Conclusions:**

    The opinions contained in this supplemental life care plan report are made within a reasonable degree of nursing certainty. All costs contained in this life care plan are based upon today's dollars, without regard for inflation, cost of living, applicable taxes, or other economic considerations. As additional information becomes available, or if B████ D████ circumstances change, the projections and associated costs may be amended or revised.

    Thank you for the opportunity to allow me to supplant B████ D████s July 24, 2023 and December 7, 2023 supplemental life care plans. Please contact me if you have any questions or concerns.

Very truly yours,

*Cynthia Fricke*

Cynthia Fricke, RN, BSN, CCM, CLCP, CNLCP
Certified Case Manager
Certified Life Care Planner

2