# Island Legal Nurse Consulting, LLC

April 7, 2024

Kristina Baehr, Esq.
Just Well Law

Lyle Hosoda, Esq.
Hosoda Law Group, AAL, ALC

Cindi Solomon, Esq.
Motley Rice, LLC

Re:   Supplemental Life Care Plan of V▬ D▬
DOB:  ▬2018

Dear Ms. Baehr, Mr. Hosoda, and Ms. Solomon,

I reviewed the following updated medical records that your offices provided to me:
- Tripler records pages 1 – 18
- Ear Nose and Throat, Ltd pages 1 – 16 (DOS 4/29/19 – 6/24/19)

I interviewed Richelle Dietz on April 1, 2024 to review V▬'s current medical status and treatment plan. Ms. Dietz indicated that Dr. Beaty changed V▬'s Flovent to Advair twice daily and her as needed nebulized Albuterol to an Albuterol inhaler. Ms. Dietz confirmed that V▬ requires the use of her Albuterol inhaler approximately 2-3 times per month. I reviewed V▬ current prescription medications as well as the February 26, 2024 after visit summary of pediatric pulmonologist Timothy Beaty, MD and confirmed that the treatment he prescribed includes the following:
- Advair HFA 45 mcg/21mcg (12 gm/120 metered actuations) 2 puffs twice daily with spacer.
- Albuterol HFA 90 mcg (6.7 gm) 2-4 puffs every 4 hours as needed for symptoms, may use 15 minutes prior to planned exercise if regularly having symptoms.
- Chest x-ray during a time of wellness.
- Continue allergy medications as per Dr. Diep/Dr. Harada.

I spoke with Dr. Steven Bird on April 5, 2024 to reviewed V▬'s current medical status and her current treatment plan. Dr. Bird confirmed that all annual surveillance has been discontinued. Dr. Bird provided the following recommendations for inclusion in V▬'s updated life care plan:
- Advair Inhaler twice daily to age 65.
- Albuterol Inhaler as needed to age 65.
- Annual pulmonary evaluation to age 65.
- Pulmonary function studies within the next 2 years then every 5 years to age 20.
- One chest x-ray.

Based on my April 5, 2024 teleconference with Dr. Bird, an update to V▓▓▓'s life care plan is listed below. The life care plan table below supplants V▓▓▓'s July 24, 2023 life care plan and her December 7, 2023 supplemental life care plan tables:

| Routine Future Medical and Surgical Care | | | | | |
|---|---|---|---|---|---|
| Routine Medical Treatment | Age Initiated/ Age Suspended | Frequency | Purpose | Cost per Visit | Cost Source/ LCP Recommendation |
| Pulmonary Follow Up | 5 / 65 | Annually to age 65 | Annual re-evaluation of Ms. Dietz's pulmonary status and provide treatment recommendations as indicated. <br><br>Medical Fees 2024 CPT 99214: $318.59 <br>Context 4 Healthcare CPT 99214: $257.82 <br>Find A Code CPT 99214: $302.75 <br>Average: $293.05 | $293.00 | Medical Fees, Context 4 Healthcare, Find A Code / Steven Bird, MD |

| Diagnostic Testing / Laboratory Studies | | | | | |
|---|---|---|---|---|---|
| Therapy / Treatment | Age Initiated/ Age Suspended | Frequency | Purpose | Cost | Cost Source/ LCP Recommendation |
| Pulmonary Function Testing | 7 / 20 | One within the next 2 years, then every 5 years until age 20 | Monitor pulmonary status. <br><br>Pulmonary Function Testing CPT 94727, 94729, and 94060: <br>Medical Fees 2024: $820.58 <br>Context 4 Healthcare: $664.47 <br>Find A Code: $540.43 <br>Average: $675.16 | $676.00 | Medical Fees, Context 4 Healthcare, Find A Code / Steven Bird, MD |
| Chest X-Ray | 7 / 65 | One in lifetime | Assess pulmonary status. <br><br>Medical Fees 2024 CPT 71046: $197.03 <br>Context 4 Healthcare CPT 71046: $131.54 <br>Find A Code CPT 71046: $220.35 <br>Average: $182.97 | $183.00 | Medical Fees, Context 4 Healthcare, Find A Code / Steven Bird, MD |

## Medications

| Medication | Age Initiated/ Age Suspended | Frequency | Purpose | Cost | Cost Source/ LCP Recommendation |
|---|---|---|---|---|---|
| Advair HFA (Fluticasone Propionate and Salmeterol Inhalation Aerosol) 45 mcg/21mcg (12 gm/120 doses) | 5 / 65 | 2 puffs twice daily to age 65 | Treatment of cough and wheezing. Costco: $343.61 Longs Drugs: $370.66 Walgreens: $466.99 | $371.00/ month | Costco / Steven Bird, MD |
| Albuterol HFA (Proventil) Inhaler 90 mcg (6.7 gm – 200 doses) | 5 / 65 | 2-4 puffs every 4 hours as needed to age 65 | As needed inhaler for cough or wheezing. Costco: $46.03 Longs Drugs: $42.99 Walgreens: $37.99 | $38.00 annually | Walgreens / Steven Bird, MD |

### Summary/Conclusions:

The opinions contained in this supplemental life care plan report are made within a reasonable degree of nursing certainty. All costs contained in this life care plan are based upon today's dollars, without regard for inflation, cost of living, applicable taxes, or other economic considerations. As additional information becomes available, or if V█████ D██'s circumstances change, the projections and associated costs may be amended or revised.

Thank you for the opportunity to allow me to supplant Vi█████ D██'s July 24, 2023 and December 7, 2023 supplemental life care plans. Please contact me if you have any questions or concerns.

Very truly yours,

*Cynthia Fricke RN*

Cynthia Fricke, RN, BSN, CCM, CLCP, CNLCP
Certified Case Manager
Certified Life Care Planner