# Island Legal Nurse Consulting, LLC

April 7, 2024

Kristina Baehr, Esq.
Just Well Law

Lyle Hosoda, Esq.
Hosoda Law Group, AAL, ALC

Cindi Solomon, Esq.
Motley Rice, LLC

Re:     Supplemental Life Care Plan of Kevin Aubart
DOB:    ███████ 1965

Dear Ms. Baehr, Mr. Hosoda, and Ms. Solomon,

I interviewed Kevin Aubart on April 5, 2024 to review his current medical status and treatment plan. Mr. Aubart reported that after moving out of military housing, his headaches improved. He reports that he is feeling better, he has not been regularly attending sessions with his psychologist because of the stigma associated with it, and instead has been regularly exercising at a gym near their home.

I spoke with Dr. Steven Bird on April 5, 2024 to review Mr. Aubart's current medical status and his current treatment plan. Dr. Bird confirmed that all annual surveillance has been discontinued. Dr. Bird provided the following recommendations for inclusion in Mr. Aubart's updated life care plan:

- Psychotherapy per Dr. Vargo.

Based on my April 5, 2024 teleconference with Dr. Bird, an update to Mr. Aubart's life care plan is listed below. The life care plan table below supplants Mr. Aubart's July 24, 2023 life care plan and his December 7, 2023 supplemental life care plan tables:

| Projected Therapeutic Modalities | | | | | |
|---|---|---|---|---|---|
| **Routine Medical Treatment** | **Age Initiated/ Age Suspended** | **Frequency** | **Purpose** | **Cost per Visit** | **Cost Source/ LCP Recommendation** |
| Psychotherapy | 58 / LE | Twice weekly for 6 months, then once | Exposure therapy for treatment of Mr. Aubart's post-traumatic stress disorder from Red Hill exposure. An additional 22 psychotherapy | $266.00 | Medical Fees, Context 4 Healthcare, Find A Code / |

637 Ilikai Street • Kailua, HI 96734 • Tel: (808) 253-0232 • E-mail: irishram@MSN.com • WWW.ISLANDLEGALNURSE.COM

| | | weekly for 6 months, plus an additional 22 sessions in his lifetime | sessions in Mr. Aubart's lifetime to be used during periods of psychological decompensation because of the Red Hill incident.<br><br>Medical Fees 2024 CPT 90837: $232.66<br>Context 4 Healthcare CPT 90837: $217.98<br>Find A Code CPT 90837: $346.83<br>Average: $265.82 | | Melissa Vargo, M.A. PsyD |

**Summary/Conclusions:**

The opinions contained in this supplemental life care plan report are made within a reasonable degree of nursing certainty. All costs contained in this life care plan are based upon today's dollars, without regard for inflation, cost of living, applicable taxes, or other economic considerations. As additional information becomes available, or if Mr. Aubart's circumstances change, the projections and associated costs may be amended or revised.

Thank you for the opportunity to allow me to supplant Mr. Aubart's July 24, 2023 and December 7, 2023 supplemental life care plans. Please contact me if you have any questions or concerns.

Very truly yours,

Cynthia Fricke RN

Cynthia Fricke, RN, BSN, CCM, CLCP, CNLCP
Certified Case Manager
Certified Life Care Planner

2