LYLE S. HOSODA               3964-0
KOURTNEY H. WONG             10827-0
SPENCER J. LAU               11105-0
HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone:   (808) 524-3700
Facsimile:   (808) 524-3838
Email: lsh@hosodalaw.com
khw@hosodalaw.com; sjl@hosodalaw.com


KRISTINA S. BAEHR           *Pro Hac Vice*
JAMES BAEHR                 *Pro Hac Vice*
MARY M. NEUSEL              *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Email: kristina@well.law; jim@well.law; maggie@well.law


FREDERICK C. BAKER          *Pro Hac Vice*
JAMES W. LEDLIE             *Pro Hac Vice*
KRISTEN HERMIZ              *Pro Hac Vice*
CYNTHIA A. SOLOMON          *Pro Hac Vice*
SARA O. COUCH               *Pro Hac Vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com


*Attorneys for the Plaintiffs*

*(case caption continued on next page)*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al., <br><br> vs. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Civil No. 1:22-CV-00397-LEK-KJM <br> (FEDERAL TORT CLAIMS ACT) <br><br> **PLAINTIFFS' AFFIRMATIVE DEPOSITION TRANSCRIPT DESIGNATIONS** <br><br> TRIAL DATE:  April 29, 2024 <br> JUDGE: Hon. Leslie E. Kobayashi |

**PLAINTIFFS' AFFIRMATIVE DEPOSITION
TRANSCRIPT DESIGNATIONS**

Plaintiffs hereby file their affirmative deposition designations for their "Will Call" and "May Call Witnesses" as set forth herein.

I.   **Will Call Witnesses**

| DEPOSITION OF STEVEN BELKNAP, M.D. <br> July 28, 2023 <br> Attached hereto as Exhibit 1 | | | |
|---|---|---|---|
| **FROM** | | **TO** | |
| **PAGE** | **LINE** | **PAGE** | **LINE** |
| 5 | 3 | 5 | 7 |
| 5 | 11 | 5 | 21 |
| 8 | 15 | 10 | 14 |
| 15 | 2 | 15 | 8 |

| 15 | 10 | 15 | 17 |
|----|----|----|----|
| 15 | 19 | 15 | 25 |
| 16 | 2  | 16 | 7  |
| 16 | 9  | 18 | 3  |
| 21 | 7  | 21 | 15 |
| 21 | 17 | 21 | 24 |
| 22 | 2  | 22 | 7  |
| 22 | 9  | 22 | 16 |
| 22 | 18 | 22 | 24 |
| 23 | 2  | 23 | 8  |
| 23 | 10 | 25 | 20 |
| 28 | 22 | 29 | 3  |
| 34 | 19 | 35 | 5  |
| 35 | 20 | 36 | 25 |
| 38 | 25 | 39 | 6  |
| 41 | 8  | 41 | 18 |
| 55 | 17 | 59 | 12 |
| 61 | 15 | 61 | 24 |
| 62 | 2  | 62 | 11 |
| 62 | 13 | 63 | 12 |
| 63 | 13 | 63 | 20 |
| 64 | 4  | 64 | 12 |
| 70 | 3  | 71 | 1  |
| 71 | 2  | 71 | 6  |
| 71 | 8  | 71 | 22 |
| 71 | 23 | 72 | 3  |
| 72 | 4  | 72 | 5  |
| 72 | 6  | 72 | 17 |
| 72 | 19 | 73 | 7  |
| 75 | 6  | 75 | 24 |
| 80 | 2  | 81 | 17 |
| 81 | 19 | 81 | 23 |
| 82 | 7  | 84 | 5  |

| 84 | 23 | 85 | 2 |
|----|----|----|----|
| 85 | 4 | 85 | 15 |
| 87 | 20 | 88 | 1 |
| 97 | 2 | 97 | 18 |
| 97 | 19 | 98 | 4 |
| 98 | 6 | 98 | 12 |
| 105 | 19 | 105 | 24 |
| 109 | 17 | 110 | 19 |
| 133 | 18 | 134 | 17 |
| 139 | 17 | 141 | 5 |
| 151 | 5 | 153 | 16 |
| 164 | 6 | 165 | 19 |
| 165 | 21 | 165 | 25 |
| 166 | 2 | 166 | 8 |
| 167 | 25 | 169 | 11 |
| 169 | 12 | 169 | 16 |
| 169 | 17 | 171 | 3 |
| 178 | 15 | 179 | 3 |
| 184 | 4 | 190 | 18 |
| 192 | 6 | 192 | 16 |
| 193 | 12 | 194 | 5 |

| DEPOSITION OF SHANNON BENCS<br>August 17, 2023<br>Attached hereto as Exhibit 2 | | | |
|----|----|----|----|
| **FROM** | | **TO** | |
| **PAGE** | **LINE** | **PAGE** | **LINE** |
| 6 | 3 | 6 | 7 |
| 8 | 16 | 10 | 7 |
| 10 | 13 | 10 | 22 |
| 11 | 3 | 13 | 25 |
| 14 | 5 | 25 | 24 |

| | | | |
|---|---|---|---|
| 26 | 11 | 28 | 16 |
| 28 | 20 | 31 | 9 |
| 31 | 12 | 57 | 13 |
| 57 | 25 | 60 | 16 |
| 61 | 3 | 61 | 11 |
| 61 | 15 | 61 | 21 |
| 62 | 11 | 62 | 17 |
| 63 | 9 | 68 | 2 |
| 70 | 21 | 71 | 8 |
| 71 | 9 | 81 | 10 |
| 81 | 13 | 81 | 20 |
| 84 | 23 | 97 | 25 |
| 98 | 6 | 102 | 10 |
| 102 | 14 | 106 | 13 |
| 107 | 8 | 116 | 20 |
| 116 | 21 | 117 | 1 |
| 117 | 7 | 117 | 7 |
| 117 | 13 | 122 | 9 |
| 122 | 14 | 125 | 11 |
| 125 | 14 | 130 | 6 |
| 130 | 9 | 139 | 24 |
| 140 | 4 | 143 | 13 |
| 146 | 14 | 153 | 10 |
| 153 | 22 | 157 | 6 |
| 157 | 19 | 161 | 2 |
| 161 | 5 | 165 | 7 |
| 166 | 8 | 182 | 24 |
| 183 | 2 | 187 | 19 |
| 188 | 9 | 188 | 17 |
| 190 | 11 | 194 | 10 |
| 194 | 24 | 195 | 13 |
| 196 | 17 | 197 | 19 |
| 198 | 2 | 198 | 3 |

| 198 | 8 | 202 | 1 |
| 202 | 5 | 206 | 21 |
| 206 | 8 | 206 | 21 |
| 207 | 2 | 209 | 20 |
| 211 | 25 | 212 | 15 |
| 212 | 19 | 213 | 1 |

| DEPOSITION OF ROGER BREWER, Ph.D. August 15, 2023 Attached hereto as Exhibit 3 | | | |
|---|---|---|---|
| **FROM** | | **TO** | |
| **PAGE** | **LINE** | **PAGE** | **LINE** |
| 6 | 21 | 6 | 25 |
| 7 | 5 | 7 | 8 |
| 12 | 2 | 18 | 1 |
| 18 | 11 | 19 | 13 |
| 20 | 18 | 21 | 19 |
| 23 | 15 | 23 | 22 |
| 23 | 24 | 28 | 24 |
| 29 | 16 | 30 | 2 |
| 30 | 6 | 30 | 20 |
| 31 | 2 | 33 | 15 |
| 34 | 10 | 34 | 15 |
| 36 | 8 | 37 | 22 |
| 37 | 25 | 38 | 1 |
| 38 | 3 | 38 | 6 |
| 38 | 9 | 38 | 12 |
| 38 | 14 | 38 | 19 |
| 38 | 22 | 38 | 25 |
| 39 | 2 | 42 | 15 |
| 46 | 4 | 49 | 8 |
| 49 | 16 | 49 | 21 |
| 50 | 2 | 51 | 10 |
| 52 | 4 | 52 | 24 |
| 53 | 2 | 53 | 3 |

| 53 | 5 | 54 | 14 |
|----|----|----|----|
| 60 | 17 | 60 | 18 |
| 60 | 22 | 62 | 5 |
| 62 | 20 | 63 | 22 |
| 64 | 3 | 64 | 5 |
| 64 | 8 | 64 | 22 |
| 65 | 1 | 65 | 3 |
| 65 | 6 | 65 | 9 |
| 65 | 11 | 65 | 13 |
| 65 | 17 | 65 | 19 |
| 66 | 12 | 66 | 22 |
| 66 | 25 | 67 | 1 |
| 67 | 3 | 67 | 6 |
| 67 | 9 | 67 | 9 |
| 67 | 11 | 67 | 12 |
| 67 | 15 | 67 | 18 |
| 67 | 20 | 67 | 24 |
| 68 | 3 | 69 | 7 |
| 69 | 10 | 69 | 11 |
| 69 | 13 | 69 | 16 |
| 70 | 8 | 70 | 18 |
| 70 | 22 | 71 | 3 |
| 71 | 7 | 71 | 12 |
| 71 | 15 | 71 | 19 |
| 71 | 24 | 72 | 3 |
| 72 | 6 | 72 | 6 |
| 72 | 24 | 74 | 16 |
| 74 | 23 | 75 | 21 |
| 75 | 23 | 77 | 13 |
| 77 | 16 | 83 | 24 |
| 84 | 3 | 84 | 7 |
| 84 | 10 | 84 | 10 |
| 84 | 12 | 84 | 20 |
| 84 | 23 | 85 | 14 |
| 85 | 17 | 86 | 5 |
| 86 | 7 | 87 | 1 |
| 87 | 4 | 87 | 6 |
| 87 | 8 | 87 | 12 |
| 87 | 16 | 88 | 1 |

| 88 | 4 | 88 | 4 |
|---|---|---|---|
| 88 | 8 | 88 | 23 |
| 89 | 1 | 89 | 3 |
| 89 | 5 | 91 | 12 |
| 91 | 15 | 91 | 15 |
| 91 | 17 | 91 | 24 |
| 92 | 2 | 92 | 2 |
| 92 | 4 | 94 | 4 |
| 94 | 6 | 94 | 6 |
| 94 | 10 | 95 | 14 |
| 95 | 17 | 95 | 17 |
| 95 | 20 | 96 | 3 |
| 96 | 6 | 96 | 6 |
| 96 | 19 | 97 | 3 |
| 97 | 6 | 97 | 18 |
| 97 | 21 | 97 | 21 |
| 97 | 23 | 98 | 17 |
| 98 | 20 | 98 | 20 |
| 98 | 22 | 99 | 8 |
| 99 | 12 | 99 | 12 |
| 99 | 14 | 99 | 21 |
| 99 | 24 | 99 | 24 |
| 100 | 8 | 101 | 9 |
| 101 | 12 | 101 | 12 |
| 103 | 23 | 105 | 11 |
| 105 | 14 | 105 | 16 |
| 105 | 18 | 105 | 21 |
| 105 | 24 | 105 | 24 |
| 106 | 1 | 106 | 21 |
| 106 | 24 | 106 | 25 |
| 107 | 2 | 107 | 5 |
| 107 | 8 | 107 | 8 |
| 107 | 10 | 108 | 3 |
| 108 | 6 | 108 | 6 |
| 108 | 8 | 108 | 22 |
| 108 | 25 | 108 | 25 |
| 109 | 2 | 109 | 15 |
| 109 | 18 | 109 | 18 |
| 109 | 20 | 110 | 20 |

| | | | |
|---|---|---|---|
| 110 | 23 | 110 | 23 |
| 110 | 25 | 111 | 3 |
| 111 | 6 | 111 | 18 |
| 111 | 21 | 111 | 21 |
| 111 | 23 | 111 | 24 |
| 112 | 2 | 112 | 2 |
| 112 | 4 | 112 | 20 |
| 113 | 10 | 113 | 17 |
| 113 | 20 | 113 | 20 |
| 114 | 7 | 114 | 10 |
| 114 | 13 | 114 | 15 |
| 115 | 7 | 115 | 18 |
| 115 | 19 | 117 | 2 |
| 117 | 10 | 117 | 15 |
| 120 | 24 | 121 | 8 |
| 121 | 20 | 123 | 10 |
| 123 | 11 | 125 | 2 |
| 127 | 13 | 129 | 15 |
| 130 | 10 | 138 | 18 |
| 139 | 10 | 140 | 23 |
| 140 | 25 | 141 | 16 |
| 142 | 10 | 143 | 1 |
| 143 | 5 | 143 | 11 |
| 143 | 13 | 144 | 11 |
| 144 | 14 | 144 | 19 |
| 144 | 23 | 145 | 5 |
| 145 | 6 | 146 | 15 |
| 146 | 20 | 147 | 1 |
| 147 | 5 | 148 | 15 |
| 148 | 16 | 149 | 2 |
| 149 | 6 | 149 | 13 |
| 149 | 15 | 152 | 6 |
| 152 | 11 | 152 | 23 |
| 153 | 9 | 162 | 11 |
| 165 | 3 | 165 | 8 |
| 165 | 13 | 178 | 11 |
| 166 | 20 | 167 | 13 |
| 189 | 22 | 190 | 1 |
| 190 | 4 | 191 | 16 |

| | | | |
|---|---|---|---|
| 192 | 13 | 192 | 18 |
| 192 | 23 | 192 | 23 |
| 192 | 25 | 193 | 15 |
| 193 | 18 | 194 | 1 |
| 202 | 23 | 203 | 13 |
| 208 | 14 | 209 | 9 |
| 209 | 19 | 209 | 25 |
| 210 | 12 | 210 | 14 |
| 210 | 17 | 210 | 19 |
| 210 | 21 | 210 | 23 |
| 211 | 1 | 211 | 1 |
| 211 | 3 | 211 | 5 |
| 211 | 8 | 211 | 16 |
| 220 | 2 | 220 | 5 |
| 222 | 4 | 222 | 6 |
| 223 | 21 | 224 | 14 |
| 226 | 18 | 226 | 23 |
| 227 | 7 | 227 | 14 |
| 286 | 22 | 287 | 4 |
| 289 | 23 | 291 | 19 |
| 292 | 18 | 293 | 10 |
| 293 | 12 | 293 | 17 |
| 293 | 20 | 293 | 20 |
| 293 | 22 | 294 | 2 |
| 295 | 8 | 295 | 21 |
| 297 | 25 | 298 | 4 |

| DEPOSITION OF JENNIFER CANTER, M.D. November 14, 2023 Attached hereto as Exhibit 4 | | | |
|:---:|:---:|:---:|:---:|
| FROM | | TO | |
| PAGE | LINE | PAGE | LINE |
| 6 | 7 | 9 | 4 |
| 9 | 5 | 9 | 8 |
| 9 | 9 | 10 | 11 |
| 11 | 1 | 13 | 16 |
| 14 | 2 | 17 | 20 |
| 17 | 21 | 18 | 12 |
| 18 | 14 | 29 | 11 |
| 36 | 14 | 38 | 22 |
| 38 | 24 | 39 | 6 |
| 39 | 7 | 39 | 13 |
| 39 | 18 | 41 | 4 |
| 44 | 17 | 45 | 19 |
| 47 | 24 | 48 | 23 |
| 49 | 8 | 50 | 18 |
| 51 | 9 | 51 | 18 |
| 53 | 9 | 55 | 3 |
| 55 | 10 | 56 | 23 |
| 59 | 11 | 60 | 9 |
| 63 | 19 | 65 | 20 |
| 73 | 17 | 78 | 8 |
| 79 | 11 | 81 | 17 |
| 82 | 25 | 83 | 15 |
| 85 | 9 | 86 | 7 |
| 86 | 9 | 87 | 10 |
| 92 | 9 | 93 | 10 |
| 93 | 22 | 94 | 24 |
| 95 | 1 | 99 | 21 |

| 102 | 11 | 103 | 2 |
| 111 | 21 | 115 | 21 |
| 119 | 12 | 121 | 11 |
| 125 | 10 | 125 | 15 |
| 126 | 11 | 126 | 16 |
| 126 | 25 | 128 | 2 |

| DEPOSITION OF REAR ADMIRAL CHRISTOPHER CAVANAUGH<br>June 20, 2023<br>Attached hereto as Exhibit 5 | | | |
|---|---|---|---|
| FROM | | TO | |
| PAGE | LINE | PAGE | LINE |
| 5 | 14 | 5 | 15 |
| 6 | 11 | 6 | 14 |
| 6 | 19 | 6 | 21 |
| 7 | 1 | 7 | 4 |
| 12 | 22 | 13 | 6 |
| 13 | 11 | 13 | 11 |
| 13 | 16 | 14 | 10 |
| 14 | 14 | 14 | 17 |
| 19 | 12 | 21 | 25 |
| 22 | 5 | 23 | 12 |
| 23 | 14 | 25 | 21 |
| 25 | 23 | 27 | 20 |
| 27 | 22 | 28 | 21 |
| 28 | 23 | 29 | 4 |
| 29 | 6 | 29 | 20 |
| 29 | 22 | 30 | 8 |
| 31 | 5 | 31 | 24 |
| 31 | 25 | 33 | 21 |
| 33 | 23 | 34 | 2 |
| 35 | 15 | 36 | 19 |

| | | | |
|---|---|---|---|
| 37 | 20 | 38 | 1 |
| 38 | 3 | 40 | 12 |
| 40 | 16 | 40 | 20 |
| 40 | 22 | 41 | 21 |
| 41 | 23 | 42 | 7 |
| 42 | 9 | 42 | 12 |
| 42 | 14 | 43 | 18 |
| 43 | 20 | 44 | 9 |
| 44 | 11 | 47 | 4 |
| 47 | 6 | 47 | 13 |
| 47 | 15 | 47 | 21 |
| 47 | 23 | 48 | 2 |
| 48 | 4 | 48 | 10 |
| 48 | 12 | 49 | 1 |
| 49 | 5 | 49 | 11 |
| 49 | 13 | 49 | 23 |
| 49 | 25 | 50 | 23 |
| 50 | 25 | 52 | 16 |
| 53 | 3 | 55 | 10 |
| 55 | 12 | 57 | 2 |
| 60 | 2 | 60 | 5 |
| 61 | 11 | 61 | 13 |
| 61 | 17 | 62 | 25 |
| 63 | 7 | 63 | 11 |
| 63 | 13 | 64 | 11 |
| 64 | 13 | 65 | 5 |
| 65 | 7 | 65 | 12 |
| 65 | 14 | 65 | 19 |
| 65 | 21 | 67 | 20 |
| 67 | 22 | 68 | 8 |
| 68 | 10 | 69 | 9 |
| 69 | 11 | 69 | 18 |
| 69 | 20 | 70 | 2 |

| | | | |
|---|---|---|---|
| 70 | 4 | 70 | 8 |
| 70 | 10 | 70 | 21 |
| 70 | 23 | 72 | 16 |
| 72 | 18 | 73 | 4 |
| 73 | 6 | 74 | 23 |
| 74 | 25 | 76 | 2 |
| 76 | 4 | 76 | 8 |
| 76 | 10 | 77 | 11 |
| 77 | 15 | 77 | 18 |
| 77 | 20 | 77 | 21 |
| 81 | 10 | 81 | 11 |
| 81 | 13 | 83 | 3 |
| 83 | 5 | 83 | 24 |
| 84 | 1 | 84 | 10 |
| 84 | 12 | 87 | 2 |
| 87 | 5 | 87 | 5 |
| 87 | 7 | 89 | 22 |
| 89 | 24 | 90 | 5 |
| 90 | 7 | 90 | 18 |
| 90 | 20 | 91 | 4 |
| 91 | 6 | 91 | 21 |
| 91 | 23 | 92 | 21 |
| 92 | 23 | 92 | 23 |
| 93 | 7 | 93 | 10 |
| 93 | 18 | 94 | 2 |
| 94 | 5 | 94 | 5 |
| 94 | 7 | 96 | 2 |
| 96 | 4 | 96 | 22 |
| 96 | 24 | 97 | 11 |
| 97 | 13 | 97 | 23 |
| 97 | 25 | 98 | 8 |
| 98 | 10 | 101 | 21 |
| 101 | 24 | 102 | 1 |

| | | | |
|---|---|---|---|
| 102 | 3 | 104 | 2 |
| 104 | 4 | 104 | 15 |
| 104 | 17 | 105 | 12 |
| 105 | 14 | 106 | 8 |
| 106 | 10 | 106 | 23 |
| 106 | 25 | 107 | 23 |
| 109 | 1 | 110 | 9 |
| 110 | 11 | 111 | 7 |
| 111 | 9 | 111 | 14 |
| 111 | 16 | 111 | 25 |
| 112 | 1 | 112 | 21 |
| 112 | 25 | 113 | 10 |
| 113 | 13 | 114 | 17 |
| 114 | 19 | 115 | 20 |
| 115 | 22 | 116 | 9 |
| 116 | 11 | 117 | 12 |
| 117 | 14 | 117 | 23 |
| 117 | 25 | 118 | 15 |
| 118 | 23 | 119 | 2 |
| 119 | 3 | 119 | 7 |
| 119 | 9 | 119 | 20 |
| 119 | 22 | 120 | 25 |
| 121 | 2 | 121 | 10 |
| 121 | 12 | 121 | 22 |
| 121 | 24 | 122 | 8 |
| 122 | 10 | 123 | 9 |
| 123 | 11 | 123 | 14 |
| 124 | 21 | 124 | 23 |
| 124 | 25 | 125 | 7 |
| 125 | 9 | 125 | 12 |
| 125 | 21 | 126 | 6 |
| 126 | 8 | 128 | 10 |
| 128 | 12 | 128 | 17 |

| 130 | 14 | 130 | 18 |
| 130 | 20 | 131 | 14 |
| 131 | 16 | 131 | 24 |
| 132 | 2 | 132 | 5 |
| 132 | 7 | 132 | 15 |
| 132 | 17 | 132 | 25 |
| 133 | 2 | 133 | 13 |
| 133 | 15 | 133 | 22 |
| 133 | 24 | 134 | 3 |
| 134 | 5 | 134 | 8 |
| 134 | 19 | 135 | 5 |
| 136 | 23 | 137 | 7 |
| 144 | 1 | 146 | 13 |
| 156 | 14 | 156 | 16 |
| 159 | 3 | 159 | 16 |
| 170 | 16 | 170 | 22 |
| 171 | 10 | 173 | 13 |
| 173 | 23 | 176 | 10 |

| DEPOSITION OF DARRELL FELDER<br>May 30, 2023<br>Attached hereto as Exhibit 6 | | | |
|---|---|---|---|
| **FROM** | | **TO** | |
| **PAGE** | **LINE** | **PAGE** | **LINE** |
| 4 | 15 | 4 | 16 |
| 6 | 13 | 6 | 22 |
| 6 | 25 | 7 | 24 |
| 8 | 5 | 8 | 11 |
| 8 | 13 | 8 | 18 |
| 8 | 21 | 9 | 1 |
| 9 | 4 | 10 | 4 |
| 10 | 7 | 10 | 11 |

| | | | |
|---|---|---|---|
| 10 | 19 | 11 | 23 |
| 11 | 25 | 12 | 17 |
| 12 | 22 | 13 | 14 |
| 13 | 16 | 13 | 18 |
| 13 | 20 | 14 | 1 |
| 14 | 3 | 15 | 4 |
| 15 | 6 | 15 | 13 |
| 15 | 15 | 16 | 6 |
| 16 | 8 | 16 | 9 |
| 16 | 17 | 16 | 21 |
| 17 | 1 | 17 | 2 |
| 17 | 4 | 17 | 7 |
| 17 | 9 | 17 | 13 |
| 17 | 15 | 17 | 20 |
| 17 | 22 | 18 | 2 |
| 18 | 4 | 18 | 8 |
| 18 | 10 | 18 | 14 |
| 18 | 21 | 19 | 6 |
| 19 | 8 | 19 | 17 |
| 19 | 20 | 20 | 1 |
| 20 | 3 | 20 | 6 |
| 20 | 8 | 20 | 22 |
| 20 | 24 | 21 | 5 |
| 21 | 7 | 22 | 2 |
| 22 | 4 | 22 | 17 |
| 22 | 20 | 22 | 21 |
| 23 | 2 | 23 | 11 |
| 23 | 13 | 24 | 13 |
| 24 | 15 | 24 | 22 |
| 24 | 24 | 25 | 18 |
| 25 | 20 | 25 | 24 |
| 26 | 2 | 26 | 7 |
| 26 | 11 | 26 | 18 |

| | | | |
|---|---|---|---|
| 26 | 20 | 27 | 3 |
| 27 | 5 | 27 | 7 |
| 27 | 10 | 27 | 15 |
| 27 | 17 | 29 | 5 |
| 29 | 7 | 29 | 18 |
| 29 | 20 | 30 | 1 |
| 30 | 3 | 30 | 6 |
| 30 | 8 | 30 | 13 |
| 30 | 15 | 30 | 17 |
| 30 | 20 | 32 | 17 |
| 32 | 19 | 32 | 21 |
| 32 | 23 | 33 | 1 |
| 33 | 3 | 33 | 20 |
| 33 | 22 | 34 | 5 |
| 34 | 7 | 34 | 9 |
| 34 | 11 | 34 | 16 |
| 34 | 17 | 34 | 20 |
| 34 | 22 | 34 | 23 |
| 34 | 25 | 35 | 3 |
| 35 | 5 | 35 | 10 |
| 35 | 12 | 36 | 4 |
| 36 | 6 | 36 | 9 |
| 36 | 17 | 37 | 5 |
| 37 | 8 | 37 | 11 |
| 37 | 13 | 37 | 19 |
| 37 | 21 | 38 | 4 |
| 38 | 6 | 38 | 16 |
| 38 | 18 | 38 | 22 |
| 38 | 24 | 39 | 4 |
| 39 | 6 | 39 | 10 |
| 39 | 16 | 39 | 23 |
| 39 | 25 | 40 | 18 |
| 40 | 20 | 40 | 24 |

| | | | |
|---|---|---|---|
| 41 | 2 | 41 | 16 |
| 41 | 18 | 42 | 11 |
| 42 | 13 | 43 | 7 |
| 43 | 9 | 43 | 25 |
| 44 | 10 | 45 | 1 |
| 46 | 4 | 47 | 5 |
| 47 | 7 | 47 | 15 |
| 47 | 17 | 47 | 18 |
| 47 | 20 | 48 | 9 |
| 48 | 11 | 48 | 16 |
| 48 | 18 | 49 | 4 |
| 49 | 6 | 49 | 18 |
| 49 | 20 | 49 | 22 |
| 49 | 23 | 49 | 25 |
| 50 | 2 | 50 | 7 |
| 50 | 9 | 50 | 14 |
| 50 | 16 | 51 | 2 |
| 51 | 4 | 51 | 6 |
| 51 | 8 | 51 | 10 |
| 51 | 12 | 51 | 17 |
| 51 | 19 | 51 | 21 |
| 51 | 23 | 52 | 9 |
| 52 | 11 | 52 | 17 |
| 52 | 19 | 52 | 22 |
| 52 | 24 | 53 | 7 |
| 53 | 9 | 53 | 16 |
| 53 | 18 | 54 | 1 |
| 57 | 21 | 57 | 24 |
| 58 | 1 | 58 | 6 |
| 58 | 8 | 58 | 10 |
| 58 | 12 | 58 | 13 |

| DEPOSITION OF DIANA FELTON, M.D. August 21, 2023 Attached hereto as Exhibit 7 | | | |
|---|---|---|---|
| **FROM** | | **TO** | |
| **PAGE** | **LINE** | **PAGE** | **LINE** |
| 8 | 4 | 8 | 6 |
| 14 | 23 | 15 | 11 |
| 15 | 15 | 20 | 24 |
| 22 | 5 | 23 | 5 |
| 23 | 15 | 23 | 19 |
| 24 | 17 | 26 | 6 |
| 26 | 13 | 27 | 6 |
| 27 | 8 | 28 | 17 |
| 28 | 20 | 29 | 11 |
| 29 | 14 | 29 | 18 |
| 29 | 22 | 31 | 25 |
| 36 | 21 | 37 | 1 |
| 37 | 5 | 37 | 21 |
| 37 | 25 | 38 | 4 |
| 57 | 23 | 58 | 7 |
| 58 | 10 | 58 | 24 |
| 64 | 7 | 65 | 15 |
| 65 | 18 | 66 | 23 |
| 66 | 25 | 67 | 15 |
| 75 | 4 | 75 | 17 |
| 75 | 20 | 76 | 25 |
| 113 | 14 | 114 | 21 |
| 117 | 14 | 117 | 19 |
| 117 | 24 | 118 | 19 |
| 118 | 24 | 119 | 8 |
| 123 | 22 | 124 | 1 |
| 124 | 6 | 125 | 2 |
| 126 | 4 | 126 | 6 |
| 126 | 12 | 126 | 21 |
| 127 | 1 | 127 | 5 |
| 127 | 8 | 130 | 16 |
| 130 | 21 | 131 | 25 |

| 132 | 3 | 132 | 25 |
|-----|-----|-----|-----|
| 133 | 5 | 134 | 21 |
| 141 | 20 | 142 | 2 |
| 142 | 5 | 142 | 8 |
| 142 | 10 | 142 | 24 |
| 143 | 3 | 145 | 13 |
| 145 | 15 | 146 | 15 |
| 147 | 5 | 147 | 8 |
| 147 | 10 | 147 | 17 |
| 147 | 18 | 147 | 21 |
| 147 | 23 | 147 | 23 |
| 148 | 2 | 148 | 4 |
| 148 | 6 | 148 | 6 |
| 148 | 17 | 148 | 24 |
| 149 | 1 | 149 | 22 |
| 149 | 24 | 152 | 10 |
| 152 | 12 | 153 | 15 |
| 154 | 9 | 154 | 20 |
| 154 | 22 | 154 | 25 |
| 155 | 2 | 155 | 7 |
| 155 | 9 | 155 | 22 |
| 155 | 24 | 156 | 7 |
| 157 | 1 | 158 | 16 |
| 158 | 18 | 158 | 20 |
| 158 | 25 | 159 | 14 |
| 159 | 16 | 159 | 16 |
| 160 | 4 | 160 | 6 |
| 160 | 12 | 162 | 3 |
| 162 | 5 | 162 | 11 |
| 162 | 13 | 163 | 18 |
| 163 | 20 | 165 | 2 |
| 165 | 17 | 166 | 15 |
| 166 | 17 | 166 | 20 |
| 166 | 22 | 167 | 12 |
| 167 | 14 | 168 | 11 |
| 168 | 13 | 168 | 13 |
| 169 | 2 | 169 | 5 |
| 169 | 7 | 169 | 9 |
| 169 | 11 | 170 | 16 |

| 170 | 18 | 170 | 25 |
|---|---|---|---|
| 171 | 2 | 171 | 4 |
| 171 | 6 | 171 | 20 |
| 171 | 22 | 172 | 4 |
| 172 | 6 | 174 | 18 |
| 176 | 15 | 177 | 11 |
| 178 | 25 | 179 | 16 |
| 179 | 18 | 180 | 6 |
| 184 | 13 | 187 | 12 |
| 187 | 23 | 188 | 2 |
| 188 | 6 | 188 | 14 |
| 192 | 17 | 195 | 6 |
| 195 | 14 | 197 | 1 |
| 197 | 11 | 202 | 5 |
| 202 | 7 | 203 | 6 |
| 203 | 8 | 205 | 20 |
| 206 | 11 | 206 | 24 |
| 207 | 1 | 207 | 24 |
| 210 | 19 | 211 | 23 |
| 212 | 18 | 213 | 19 |
| 213 | 21 | 214 | 1 |
| 214 | 3 | 214 | 21 |
| 216 | 1 | 216 | 3 |
| 216 | 5 | 216 | 18 |
| 216 | 20 | 218 | 9 |
| 219 | 20 | 220 | 2 |
| 223 | 11 | 224 | 11 |
| 248 | 17 | 252 | 16 |
| 256 | 1 | 256 | 4 |
| 256 | 6 | 256 | 21 |
| 258 | 7 | 258 | 21 |
| 258 | 7 | 258 | 15 |
| 258 | 23 | 259 | 24 |
| 269 | 13 | 270 | 17 |
| 270 | 20 | 270 | 21 |

| DEPOSITION OF REAR ADMIRAL TIMOTHY KOTT August 17, 2023 Attached hereto as Exhibit 8 | | | |
|---|---|---|---|
| FROM | | TO | |
| PAGE | LINE | PAGE | LINE |
| 6 | 15 | 6 | 18 |
| 6 | 21 | 7 | 8 |
| 17 | 8 | 17 | 12 |
| 17 | 17 | 18 | 13 |
| 18 | 21 | 19 | 7 |
| 20 | 3 | 20 | 20 |
| 22 | 15 | 23 | 2 |
| 23 | 11 | 24 | 11 |
| 24 | 12 | 24 | 15 |
| 24 | 17 | 30 | 16 |
| 30 | 19 | 32 | 6 |
| 32 | 8 | 32 | 8 |
| 32 | 9 | 32 | 12 |
| 32 | 14 | 37 | 12 |
| 37 | 19 | 38 | 13 |
| 39 | 8 | 39 | 12 |
| 39 | 14 | 39 | 15 |
| 40 | 13 | 40 | 16 |
| 40 | 18 | 41 | 3 |
| 41 | 6 | 41 | 15 |
| 41 | 19 | 42 | 2 |
| 42 | 4 | 44 | 8 |
| 44 | 10 | 45 | 1 |
| 45 | 3 | 45 | 8 |
| 45 | 10 | 46 | 14 |
| 47 | 5 | 48 | 22 |
| 48 | 24 | 50 | 9 |

| | | | |
|---|---|---|---|
| 50 | 12 | 50 | 19 |
| 50 | 21 | 51 | 8 |
| 51 | 10 | 51 | 16 |
| 51 | 18 | 52 | 11 |
| 52 | 13 | 54 | 15 |
| 55 | 1 | 55 | 15 |
| 55 | 17 | 56 | 3 |
| 56 | 5 | 56 | 14 |
| 56 | 16 | 57 | 7 |
| 57 | 9 | 57 | 21 |
| 57 | 23 | 58 | 7 |
| 58 | 9 | 58 | 12 |
| 59 | 9 | 59 | 14 |
| 59 | 17 | 60 | 21 |
| 60 | 23 | 63 | 6 |
| 63 | 8 | 64 | 3 |
| 64 | 6 | 64 | 19 |
| 66 | 8 | 66 | 11 |
| 66 | 14 | 67 | 10 |
| 67 | 12 | 69 | 20 |
| 69 | 22 | 72 | 18 |
| 72 | 21 | 73 | 16 |
| 73 | 19 | 75 | 9 |
| 75 | 12 | 75 | 19 |
| 76 | 3 | 77 | 9 |
| 77 | 12 | 78 | 14 |
| 78 | 16 | 79 | 5 |
| 79 | 7 | 79 | 9 |
| 79 | 11 | 84 | 13 |
| 84 | 15 | 88 | 15 |
| 88 | 17 | 89 | 19 |
| 89 | 21 | 105 | 14 |
| 105 | 17 | 106 | 6 |

| | | | |
|---|---|---|---|
| 106 | 8 | 106 | 15 |
| 106 | 17 | 107 | 5 |
| 107 | 8 | 109 | 6 |
| 109 | 8 | 109 | 10 |
| 109 | 13 | 111 | 22 |
| 111 | 23 | 112 | 10 |
| 112 | 11 | 112 | 24 |
| 114 | 21 | 116 | 19 |
| 117 | 9 | 117 | 16 |
| 117 | 18 | 118 | 11 |
| 119 | 9 | 122 | 5 |
| 122 | 7 | 122 | 15 |
| 122 | 17 | 123 | 13 |
| 123 | 15 | 124 | 22 |
| 125 | 1 | 125 | 7 |
| 125 | 10 | 126 | 23 |
| 127 | 2 | 129 | 23 |
| 130 | 10 | 130 | 15 |
| 130 | 17 | 130 | 21 |
| 130 | 23 | 131 | 7 |
| 131 | 9 | 131 | 18 |
| 131 | 20 | 132 | 16 |
| 132 | 18 | 134 | 14 |
| 134 | 16 | 135 | 20 |
| 135 | 22 | 136 | 10 |
| 136 | 12 | 137 | 3 |
| 137 | 5 | 137 | 12 |
| 137 | 14 | 137 | 24 |
| 138 | 2 | 140 | 1 |
| 140 | 13 | 141 | 9 |
| 141 | 12 | 141 | 16 |
| 141 | 18 | 142 | 16 |
| 142 | 18 | 144 | 7 |

| | | | |
|---|---|---|---|
| 144 | 9 | 147 | 13 |
| 147 | 15 | 148 | 11 |
| 148 | 13 | 148 | 23 |
| 156 | 24 | 157 | 3 |
| 157 | 6 | 157 | 11 |
| 157 | 14 | 157 | 15 |
| 161 | 13 | 161 | 16 |
| 161 | 19 | 163 | 14 |
| 163 | 16 | 164 | 8 |
| 164 | 10 | 164 | 10 |

| DEPOSITION OF CAPTAIN MICHAEL MCGINNIS, M.D.<br>July 11, 2023<br>Attached hereto as Exhibit 9 | | | |
|---|---|---|---|
| **FROM** | | **TO** | |
| **PAGE** | **LINE** | **PAGE** | **LINE** |
| 6 | 4 | 6 | 13 |
| 10 | 18 | 12 | 23 |
| 18 | 25 | 19 | 16 |
| 20 | 24 | 21 | 11 |
| 25 | 11 | 26 | 9 |
| 27 | 1 | 32 | 20 |
| 32 | 22 | 33 | 5 |
| 37 | 7 | 37 | 18 |
| 37 | 20 | 38 | 3 |
| 38 | 5 | 41 | 2 |
| 44 | 3 | 45 | 4 |
| 45 | 13 | 49 | 14 |
| 50 | 6 | 53 | 24 |
| 54 | 9 | 57 | 15 |
| 64 | 4 | 66 | 15 |
| 69 | 11 | 70 | 7 |

| | | | |
|---|---|---|---|
| 70 | 16 | 70 | 22 |
| 78 | 12 | 79 | 20 |
| 79 | 22 | 81 | 11 |
| 102 | 7 | 102 | 24 |
| 122 | 5 | 122 | 12 |
| 123 | 10 | 124 | 18 |
| 127 | 4 | 127 | 20 |
| 140 | 19 | 142 | 6 |
| 142 | 7 | 142 | 16 |
| 143 | 9 | 143 | 21 |
| 144 | 21 | 145 | 11 |
| 163 | 4 | 165 | 22 |
| 167 | 2 | 167 | 8 |
| 167 | 17 | 167 | 22 |
| 167 | 24 | 168 | 18 |
| 169 | 25 | 170 | 10 |
| 171 | 10 | 171 | 18 |
| 185 | 8 | 191 | 3 |
| 194 | 22 | 198 | 2 |
| 217 | 25 | 218 | 7 |
| 219 | 5 | 221 | 19 |
| 235 | 7 | 236 | 11 |
| 239 | 11 | 239 | 17 |
| 242 | 12 | 243 | 1 |
| 244 | 22 | 245 | 3 |
| 268 | 12 | 269 | 23 |
| 290 | 18 | 291 | 5 |
| 299 | 24 | 301 | 14 |

| DEPOSITION OF KEVIN NAKAMURA, M.D. July 20, 2023 Attached hereto as Exhibit 10 | | | |
|---|---|---|---|
| **FROM** | | **TO** | |
| **PAGE** | **LINE** | **PAGE** | **LINE** |
| 7 | 11 | 8 | 12 |
| 12 | 3 | 16 | 22 |
| 20 | 3 | 24 | 5 |
| 24 | 19 | 25 | 25 |
| 26 | 8 | 26 | 25 |
| 31 | 3 | 31 | 21 |
| 32 | 22 | 35 | 1 |
| 37 | 2 | 41 | 24 |
| 42 | 1 | 44 | 21 |
| 47 | 9 | 48 | 8 |
| 48 | 22 | 66 | 17 |
| 69 | 7 | 69 | 18 |
| 71 | 17 | 75 | 21 |
| 85 | 4 | 88 | 16 |
| 93 | 6 | 94 | 17 |
| 99 | 25 | 110 | 8 |
| 114 | 1 | 121 | 10 |
| 131 | 2 | 131 | 11 |
| 135 | 6 | 135 | 23 |
| 137 | 11 | 138 | 2 |
| 147 | 1 | 147 | 22 |
| 165 | 9 | 166 | 10 |
| 174 | 9 | 176 | 12 |
| 182 | 22 | 184 | 16 |
| 190 | 19 | 194 | 10 |
| 210 | 14 | 214 | 24 |
| 216 | 14 | 217 | 25 |

| 219 | 20 | 221 | 12 |
| 226 | 4 | 227 | 6 |
| 229 | 8 | 230 | 18 |

| DEPOSITION OF JOSEPH NEHL<br>May 18, 2023<br>Attached hereto as Exhibit 11 | | | |
| --- | --- | --- | --- |
| FROM | | TO | |
| PAGE | LINE | PAGE | LINE |
| 6 | 20 | 6 | 22 |
| 8 | 12 | 10 | 1 |
| 10 | 23 | 10 | 24 |
| 11 | 8 | 11 | 17 |
| 11 | 20 | 11 | 24 |
| 12 | 2 | 12 | 5 |
| 12 | 8 | 12 | 12 |
| 12 | 15 | 12 | 23 |
| 13 | 1 | 13 | 5 |
| 13 | 8 | 13 | 13 |
| 13 | 16 | 13 | 21 |
| 13 | 24 | 14 | 3 |
| 14 | 6 | 14 | 6 |
| 14 | 14 | 15 | 24 |
| 16 | 4 | 16 | 15 |
| 16 | 18 | 16 | 19 |
| 17 | 10 | 18 | 2 |
| 18 | 5 | 18 | 6 |
| 18 | 19 | 18 | 24 |
| 20 | 19 | 21 | 22 |
| 21 | 25 | 21 | 25 |
| 22 | 1 | 23 | 21 |
| 23 | 24 | 24 | 18 |

| | | | |
|---|---|---|---|
| 24 | 21 | 25 | 9 |
| 25 | 12 | 27 | 17 |
| 27 | 20 | 27 | 23 |
| 28 | 1 | 29 | 23 |
| 30 | 1 | 30 | 5 |
| 30 | 8 | 31 | 23 |
| 32 | 10 | 33 | 9 |
| 33 | 10 | 34 | 13 |
| 34 | 19 | 41 | 2 |
| 41 | 5 | 43 | 15 |
| 43 | 18 | 43 | 22 |
| 43 | 25 | 44 | 16 |
| 44 | 19 | 45 | 9 |
| 45 | 12 | 47 | 1 |
| 47 | 4 | 47 | 16 |
| 47 | 19 | 48 | 11 |
| 48 | 14 | 49 | 1 |
| 49 | 4 | 49 | 21 |
| 49 | 24 | 51 | 5 |
| 51 | 23 | 57 | 8 |
| 57 | 11 | 58 | 22 |
| 58 | 25 | 59 | 16 |
| 59 | 19 | 70 | 5 |
| 70 | 8 | 70 | 23 |
| 71 | 1 | 75 | 11 |
| 75 | 14 | 75 | 25 |
| 76 | 3 | 76 | 8 |
| 76 | 11 | 80 | 1 |
| 80 | 4 | 80 | 21 |
| 81 | 5 | 81 | 10 |
| 81 | 13 | 84 | 24 |
| 85 | 25 | 86 | 5 |
| 86 | 10 | 86 | 22 |

| 86 | 25 | 86 | 25 |
|----|----|----|----|
| 87 | 1 | 90 | 11 |
| 90 | 15 | 90 | 22 |
| 90 | 25 | 92 | 5 |
| 92 | 8 | 92 | 16 |
| 92 | 19 | 94 | 16 |
| 94 | 19 | 94 | 19 |
| 95 | 5 | 96 | 12 |
| 96 | 15 | 96 | 23 |
| 97 | 1 | 97 | 22 |
| 97 | 25 | 98 | 5 |
| 98 | 8 | 98 | 15 |
| 98 | 18 | 99 | 8 |
| 99 | 11 | 99 | 14 |
| 100 | 24 | 103 | 20 |
| 103 | 23 | 104 | 5 |
| 104 | 8 | 105 | 12 |
| 121 | 6 | 121 | 9 |
| 121 | 12 | 121 | 12 |

| DEPOSITION OF JOHN OH, M.D.<br>June 8, 2023<br>Attached hereto as Exhibit 12 | | | |
|----|----|----|----|
| FROM | | TO | |
| PAGE | LINE | PAGE | LINE |
| 5 | 3 | 5 | 10 |
| 5 | 21 | 6 | 4 |
| 7 | 19 | 9 | 22 |
| 16 | 13 | 17 | 8 |
| 17 | 10 | 18 | 4 |
| 18 | 13 | 20 | 18 |
| 20 | 19 | 22 | 15 |

| | | | |
|---|---|---|---|
| 22 | 16 | 24 | 17 |
| 25 | 22 | 26 | 22 |
| 28 | 15 | 29 | 1 |
| 31 | 6 | 32 | 20 |
| 31 | 6 | 32 | 20 |
| 33 | 24 | 35 | 25 |
| 38 | 9 | 39 | 12 |
| 40 | 12 | 41 | 5 |
| 46 | 1 | 46 | 20 |
| 48 | 2 | 48 | 12 |
| 53 | 6 | 54 | 14 |
| 55 | 11 | 58 | 5 |
| 58 | 17 | 58 | 22 |
| 58 | 17 | 58 | 22 |
| 58 | 24 | 60 | 17 |
| 63 | 3 | 69 | 4 |
| 69 | 22 | 77 | 24 |
| 80 | 20 | 83 | 9 |
| 89 | 14 | 89 | 24 |
| 92 | 12 | 93 | 23 |
| 102 | 2 | 103 | 2 |
| 118 | 11 | 118 | 21 |
| 121 | 23 | 122 | 22 |
| 135 | 9 | 135 | 17 |
| 181 | 3 | 181 | 10 |
| 195 | 5 | 204 | 13 |
| 207 | 10 | 208 | 12 |
| 209 | 15 | 211 | 21 |
| 211 | 25 | 213 | 22 |
| 213 | 24 | 214 | 7 |
| 214 | 23 | 221 | 1 |
| 221 | 3 | 221 | 12 |
| 235 | 3 | 235 | 17 |

| 239 | 20 | 240 | 1 |
| 240 | 11 | 240 | 22 |

| DEPOSITION OF CAPTAIN ERIK A. SPITZER<br>September 12, 2023<br>Attached hereto as Exhibit 13 | | | |
|---|---|---|---|
| **FROM** | | **TO** | |
| **PAGE** | **LINE** | **PAGE** | **LINE** |
| 9 | 13 | 9 | 19 |
| 35 | 14 | 36 | 16 |
| 48 | 15 | 51 | 2 |
| 51 | 19 | 52 | 7 |
| 52 | 9 | 52 | 16 |
| 52 | 18 | 53 | 9 |
| 53 | 12 | 54 | 1 |
| 54 | 4 | 55 | 3 |
| 66 | 7 | 66 | 14 |
| 67 | 2 | 67 | 2 |
| 67 | 4 | 68 | 14 |
| 68 | 17 | 69 | 3 |
| 70 | 4 | 72 | 2 |
| 72 | 6 | 72 | 20 |
| 72 | 23 | 73 | 3 |
| 73 | 5 | 73 | 23 |
| 74 | 1 | 74 | 4 |
| 74 | 6 | 74 | 13 |
| 75 | 1 | 77 | 2 |
| 77 | 4 | 78 | 12 |
| 78 | 14 | 80 | 19 |
| 80 | 21 | 82 | 9 |
| 82 | 12 | 83 | 12 |
| 83 | 14 | 84 | 8 |

| | | | |
|---|---|---|---|
| 86 | 12 | 86 | 22 |
| 86 | 24 | 87 | 10 |
| 88 | 23 | 91 | 1 |
| 91 | 3 | 91 | 17 |
| 91 | 19 | 93 | 1 |
| 93 | 3 | 93 | 16 |
| 93 | 19 | 95 | 12 |
| 95 | 14 | 96 | 16 |
| 96 | 18 | 96 | 21 |
| 98 | 9 | 98 | 11 |
| 98 | 13 | 98 | 21 |
| 98 | 24 | 99 | 9 |
| 102 | 23 | 103 | 20 |
| 109 | 3 | 109 | 4 |
| 109 | 6 | 109 | 12 |
| 109 | 14 | 110 | 4 |
| 110 | 7 | 111 | 6 |
| 111 | 7 | 111 | 18 |
| 111 | 21 | 112 | 2 |
| 112 | 5 | 112 | 9 |
| 113 | 10 | 113 | 22 |
| 114 | 22 | 117 | 24 |
| 123 | 3 | 124 | 18 |
| 124 | 20 | 125 | 6 |
| 132 | 8 | 134 | 7 |
| 134 | 12 | 134 | 13 |
| 134 | 16 | 134 | 20 |
| 136 | 16 | 136 | 19 |
| 137 | 10 | 137 | 18 |
| 139 | 17 | 139 | 19 |
| 139 | 21 | 140 | 7 |
| 140 | 9 | 142 | 19 |
| 142 | 21 | 143 | 8 |

| | | | |
|---|---|---|---|
| 143 | 11 | 143 | 16 |
| 149 | 1 | 150 | 14 |
| 151 | 2 | 151 | 12 |
| 151 | 14 | 151 | 19 |
| 157 | 15 | 158 | 13 |
| 158 | 16 | 160 | 18 |
| 160 | 21 | 162 | 14 |
| 162 | 17 | 163 | 2 |
| 163 | 5 | 163 | 22 |
| 164 | 1 | 166 | 2 |
| 166 | 4 | 166 | 20 |
| 166 | 23 | 170 | 21 |
| 170 | 24 | 171 | 7 |
| 171 | 10 | 171 | 17 |
| 171 | 18 | 178 | 17 |
| 178 | 20 | 180 | 21 |
| 183 | 20 | 183 | 23 |
| 184 | 1 | 184 | 20 |
| 184 | 23 | 185 | 21 |
| 185 | 23 | 185 | 24 |
| 192 | 11 | 192 | 19 |
| 192 | 22 | 193 | 19 |
| 193 | 22 | 196 | 15 |
| 196 | 17 | 197 | 5 |
| 197 | 8 | 197 | 19 |
| 197 | 21 | 198 | 19 |
| 198 | 22 | 199 | 5 |
| 199 | 8 | 199 | 24 |
| 200 | 3 | 201 | 12 |
| 201 | 17 | 201 | 23 |
| 202 | 8 | 206 | 18 |
| 206 | 21 | 208 | 22 |
| 210 | 10 | 212 | 18 |

| 212 | 20 | 213 | 24 |
|-----|----|-----|----|
| 214 | 3  | 215 | 11 |
| 215 | 14 | 216 | 4  |
| 216 | 7  | 216 | 19 |
| 216 | 22 | 218 | 3  |
| 218 | 5  | 220 | 11 |
| 220 | 13 | 221 | 15 |
| 221 | 18 | 226 | 4  |
| 226 | 7  | 227 | 14 |
| 227 | 16 | 229 | 1  |
| 229 | 3  | 235 | 24 |
| 236 | 7  | 237 | 6  |
| 237 | 8  | 238 | 4  |
| 238 | 7  | 239 | 21 |
| 239 | 23 | 240 | 16 |
| 240 | 18 | 241 | 4  |
| 241 | 6  | 241 | 13 |
| 241 | 15 | 242 | 5  |
| 242 | 8  | 243 | 13 |
| 243 | 15 | 245 | 3  |
| 245 | 6  | 245 | 22 |
| 248 | 8  | 250 | 7  |
| 250 | 10 | 251 | 4  |
| 305 | 5  | 305 | 17 |
| 305 | 20 | 305 | 23 |
| 306 | 2  | 306 | 13 |
| 306 | 15 | 306 | 21 |
| 306 | 23 | 306 | 24 |

| DEPOSITION OF REAR ADMIRAL JAMES WATERS<br>August 15, 2023<br>Attached hereto as Exhibit 14 | | | |
|:---:|:---:|:---:|:---:|
| **FROM** | | **TO** | |
| **PAGE** | **LINE** | **PAGE** | **LINE** |
| 8 | 13 | 8 | 17 |
| 8 | 24 | 9 | 2 |
| 11 | 24 | 14 | 12 |
| 14 | 14 | 15 | 17 |
| 15 | 19 | 18 | 8 |
| 18 | 10 | 19 | 21 |
| 19 | 23 | 21 | 6 |
| 21 | 8 | 21 | 11 |
| 21 | 13 | 22 | 6 |
| 22 | 7 | 22 | 21 |
| 22 | 23 | 22 | 24 |
| 23 | 1 | 29 | 19 |
| 29 | 21 | 30 | 11 |
| 30 | 13 | 31 | 5 |
| 31 | 7 | 32 | 9 |
| 32 | 11 | 33 | 2 |
| 33 | 4 | 33 | 17 |
| 33 | 19 | 34 | 6 |
| 34 | 8 | 35 | 8 |
| 35 | 10 | 35 | 18 |
| 35 | 20 | 36 | 23 |
| 37 | 1 | 39 | 23 |
| 40 | 1 | 41 | 4 |
| 41 | 6 | 41 | 7 |
| 41 | 8 | 42 | 7 |
| 42 | 9 | 44 | 17 |
| 44 | 18 | 44 | 23 |

| 45 | 1 | 45 | 17 |
|---|---|---|---|
| 45 | 18 | 46 | 21 |
| 46 | 23 | 47 | 7 |
| 47 | 12 | 47 | 19 |
| 47 | 20 | 47 | 24 |
| 48 | 2 | 48 | 18 |
| 48 | 20 | 49 | 9 |
| 49 | 11 | 51 | 2 |
| 51 | 4 | 56 | 19 |
| 56 | 21 | 57 | 6 |
| 59 | 1 | 60 | 12 |
| 60 | 13 | 60 | 21 |
| 61 | 21 | 62 | 3 |
| 63 | 21 | 67 | 12 |
| 67 | 14 | 67 | 20 |
| 67 | 22 | 68 | 17 |
| 68 | 19 | 69 | 6 |
| 69 | 8 | 69 | 13 |
| 69 | 15 | 69 | 22 |
| 69 | 24 | 70 | 12 |
| 70 | 14 | 70 | 18 |
| 70 | 20 | 71 | 9 |
| 71 | 11 | 72 | 13 |
| 72 | 15 | 73 | 16 |
| 73 | 18 | 75 | 2 |
| 75 | 4 | 75 | 10 |
| 75 | 12 | 75 | 21 |
| 75 | 23 | 76 | 15 |
| 76 | 17 | 77 | 6 |
| 77 | 8 | 77 | 16 |
| 78 | 5 | 78 | 6 |
| 78 | 8 | 78 | 11 |
| 78 | 13 | 79 | 5 |

| | | | |
|---|---|---|---|
| 79 | 7 | 79 | 24 |
| 80 | 2 | 80 | 11 |
| 80 | 13 | 80 | 14 |
| 80 | 15 | 80 | 23 |
| 81 | 7 | 84 | 3 |
| 84 | 5 | 84 | 18 |
| 84 | 20 | 85 | 2 |
| 85 | 4 | 85 | 9 |
| 85 | 11 | 85 | 16 |
| 85 | 18 | 86 | 5 |
| 86 | 7 | 87 | 12 |
| 87 | 14 | 87 | 15 |
| 88 | 5 | 89 | 14 |
| 89 | 16 | 92 | 10 |
| 92 | 12 | 93 | 12 |
| 93 | 14 | 94 | 1 |
| 94 | 3 | 94 | 13 |
| 94 | 15 | 94 | 21 |
| 94 | 23 | 95 | 5 |
| 95 | 7 | 95 | 14 |
| 95 | 16 | 95 | 20 |
| 95 | 22 | 97 | 8 |
| 97 | 10 | 97 | 17 |
| 97 | 19 | 98 | 8 |
| 98 | 10 | 99 | 10 |
| 99 | 12 | 100 | 2 |
| 100 | 3 | 102 | 3 |
| 102 | 5 | 102 | 16 |
| 102 | 18 | 103 | 8 |
| 103 | 10 | 104 | 16 |
| 104 | 18 | 105 | 7 |
| 105 | 9 | 105 | 20 |
| 105 | 22 | 106 | 6 |

| 106 | 8 | 106 | 16 |
|-----|-----|-----|-----|
| 106 | 18 | 108 | 1 |
| 109 | 18 | 113 | 13 |
| 114 | 15 | 116 | 22 |
| 116 | 24 | 124 | 4 |
| 124 | 6 | 125 | 16 |
| 125 | 18 | 128 | 19 |
| 128 | 21 | 128 | 23 |
| 129 | 1 | 138 | 13 |
| 138 | 15 | 139 | 18 |
| 139 | 19 | 140 | 1 |
| 140 | 3 | 140 | 12 |
| 140 | 14 | 141 | 11 |
| 141 | 13 | 142 | 12 |
| 142 | 14 | 142 | 20 |
| 142 | 22 | 143 | 5 |
| 143 | 7 | 143 | 13 |
| 143 | 15 | 143 | 21 |
| 143 | 23 | 144 | 3 |
| 144 | 5 | 144 | 9 |
| 144 | 11 | 144 | 19 |
| 144 | 21 | 148 | 1 |
| 148 | 3 | 148 | 17 |
| 148 | 19 | 149 | 4 |
| 149 | 6 | 149 | 12 |
| 149 | 23 | 150 | 21 |
| 150 | 23 | 151 | 9 |
| 151 | 11 | 151 | 23 |
| 152 | 1 | 152 | 5 |
| 152 | 7 | 152 | 11 |
| 152 | 13 | 152 | 18 |
| 152 | 20 | 153 | 2 |
| 153 | 4 | 153 | 6 |

| 153 | 8 | 153 | 15 |
|-----|---|-----|----|

## II.   May Call Witnesses (If Needed for Foundation)

| DEPOSITION OF AARON DARLEY<br>July 10, 2023<br>Attached hereto as Exhibit 15 | | | |
|---|---|---|---|
| **FROM** | | **TO** | |
| **PAGE** | **LINE** | **PAGE** | **LINE** |
| 5 | 19 | 5 | 21 |
| 5 | 25 | 6 | 2 |
| 30 | 2 | 30 | 14 |
| 30 | 21 | 32 | 2 |

| 30(b)(6) DEPOSITION OF AARON DARLEY<br>July 21, 2023<br>Attached hereto as Exhibit 16 | | | |
|---|---|---|---|
| **FROM** | | **TO** | |
| **PAGE** | **LINE** | **PAGE** | **LINE** |
| 7 | 18 | 7 | 25 |
| 35 | 21 | 36 | 12 |
| 37 | 8 | 37 | 19 |

| DEPOSITION OF SHERRI ENG July 7, 2023 Attached hereto as Exhibit 17 | | | |
|---|---|---|---|
| **FROM** | | **TO** | |
| **PAGE** | **LINE** | **PAGE** | **LINE** |
| 8 | 5 | 8 | 11 |
| 11 | 3 | 12 | 10 |
| 15 | 11 | 15 | 18 |
| 61 | 8 | 61 | 24 |
| 146 | 16 | 146 | 20 |
| 146 | 22 | 147 | 5 |
| 149 | 17 | 149 | 21 |
| 149 | 23 | 150 | 19 |
| 152 | 9 | 152 | 13 |
| 152 | 15 | 152 | 25 |
| 160 | 3 | 160 | 7 |
| 160 | 25 | 161 | 8 |

| DEPOSITION OF DAYNA FUJIMOTO June 22, 2023 Attached hereto as Exhibit 18 | | | |
|---|---|---|---|
| **FROM** | | **TO** | |
| **PAGE** | **LINE** | **PAGE** | **LINE** |
| 6 | 21 | 7 | 1 |
| 9 | 16 | 10 | 5 |
| 28 | 17 | 28 | 20 |
| 28 | 22 | 29 | 23 |
| 113 | 19 | 113 | 22 |
| 113 | 24 | 114 | 13 |
| 114 | 15 | 115 | 1 |

| DEPOSITION OF TRAVIS HYLTON<br>July 10, 2023<br>Attached hereto as Exhibit 19 | | | |
|---|---|---|---|
| FROM | | TO | |
| PAGE | LINE | PAGE | LINE |
| 5 | 17 | 6 | 1 |
| 84 | 14 | 84 | 17 |
| 84 | 21 | 84 | 23 |
| 85 | 15 | 85 | 18 |
| 85 | 20 | 85 | 21 |

| DEPOSITION OF SARAH MOODY<br>June 13, 2023<br>Attached hereto as Exhibit 20 | | | |
|---|---|---|---|
| FROM | | TO | |
| PAGE | LINE | PAGE | LINE |
| 5 | 23 | 5 | 25 |
| 11 | 20 | 12 | 10 |
| 62 | 18 | 62 | 20 |
| 62 | 21 | 63 | 10 |
| 63 | 11 | 63 | 13 |
| 63 | 14 | 63 | 19 |
| 69 | 8 | 69 | 18 |
| 69 | 22 | 70 | 6 |
| 70 | 8 | 70 | 10 |
| 70 | 11 | 71 | 7 |
| 73 | 22 | 73 | 24 |
| 74 | 7 | 74 | 16 |
| 74 | 21 | 74 | 25 |
| 75 | 1 | 75 | 2 |

DATED:  Honolulu, Hawaii, April 8, 2024.

_/s/ Lyle S. Hosoda_          _/s/ Kristina S. Baehr_
LYLE S. HOSODA               KRISTINA S. BAEHR
KOURTNEY H. WONG             JAMES BAEHR
SPENCER J. LAU               MARY M. NEUSEL

                             _/s/ Frederick C. Baker_
                             FREDERICK C. BAKER
                             CYNTHIA A. SOLOMON
                             JAMES W. LEDLIE
                             KRISTEN HERMIZ
                             SARA O. COUCH

_Attorneys for Plaintiffs_

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

_/s/ Kristina Baehr_
Kristina Baehr