| | |
|---|---|
| LYLE S. HOSODA | 3964-0 |
| KOURTNEY H. WONG | 10827-0 |
| SPENCER J. LAU | 11105-0 |

HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
Email: lsh@hosodalaw.com
khw@hosodalaw.com; sjl@hosodalaw.com

| | |
|---|---|
| KRISTINA S. BAEHR | *Pro Hac Vice* |
| JAMES BAEHR | *Pro Hac Vice* |
| MARY M. NEUSEL | *Pro Hac Vice* |

JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Email: kristina@well.law;
jim@well.law; maggie@well.law

| | |
|---|---|
| FREDERICK C. BAKER | *Pro Hac Vice* |
| JAMES W. LEDLIE | *Pro Hac Vice* |
| KRISTEN HERMIZ | *Pro Hac Vice* |
| CYNTHIA A. SOLOMON | *Pro Hac Vice* |
| SARA O. COUCH | |

MOTLEY RICE, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com

*Attorneys for the plaintiffs*

(case caption continued on next page)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.<br><br>Plaintiffs,<br><br>vs.<br><br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:22-cv-397-LEK-KJM<br><br>(Federal Tort Claims Act)<br><br><br>**DECLARATION OF KODA FREEMAN** |

**DECLARATION OF KODA FREEMAN**

I, Koda Freeman, declare as follows:

1. My name is Koda Freeman, and I am 38 years old. I am a Navy Lieutenant, the husband of Nastasia Freeman ("Tasia") (37), and the father of our children, N.F. (14), K.F. (10), and D.F. (7). I refer to Nastasia as Tasia.

2. I grew up in Texas and moved between Texas and Colorado. I played sports, went to Harmon-Simmons University. Tasia and I met in Abilene, after college. We started to date long-distance, and then I moved to Texas to be with her. We have three wonderful children together and have been married for sixteen years. She moved with me to Chicago, where I went to boot camp. And then we moved to San Diego, and then Florida. Eventually, we got posted to Hawaii.

1

3. From May 2021 until February 2022, our family lived at 185 Halawa View Loop in the Aliamanu Military Reservation housing community in Honolulu, Hawaii.

4. In this declaration, I focus on the harm that the Navy caused to my wife and three boys, who are plaintiffs in this case.

## The Contamination

### A. Fuel Release & Immediate Symptoms

5. Our family got sick the week of Thanksgiving in 2021. We felt dizzy and nauseous. By Saturday, November 27th, our kids were increasingly sick. Our friend's kid threw up on our couch. Our other family members who had flown in for the holiday were also getting sick. Our own children began vomiting, and our dogs were vomiting too.

6. We knew nothing about the jet fuel leak that had happened only a week before.

7. On Monday, Tasia called me into the bathroom because the water had a strange smell. I immediately recognized the smell from my time on Navy ships: it was fuel. On ships in Hawaii, we would often see a slick sheen in areas of the water around the ship. In the coming days, I saw the same sheen on the water at home.

2

8.  I had also dealt with jet fuel in the water supply on the ships that I have been attached to. I had grown to accept this risk when I was deployed – what other choice did I have? But we don't accept that risk at home. I had never imagined my wife and children might be at risk in our own house.

9.  We stopped drinking the water on November 29 when the nurse line advised us that there was a problem with the water. But we got an email that same day from the Joint Base Commander that said the water was fine. At the time, it was hard to understand the gravity of it all, or what information was accurate.

10. In the coming days, we didn't receive any guidance or clarity. Messages were conflicting, and everyone was confused. I remember seeing Joint Base Commander drink a glass of water at the town hall and saying it was fine.

11. By early December, the Navy told us that the water was safe, but that we should not drink it "out of an abundance of caution" because we were in an "impacted" area. We were told that we could continue using it for other things like bathing, cleaning and washing clothes, just not to drink.

12. There were mixed messages everywhere. Since there wasn't consistent messaging from the government, most people were getting their information from social media platforms like Facebook.

13. My wife later saw that the Hawaii Department of Health had issued a notice on November 29th that said you should not use the water for anything.

14. We stopped trusting any government entity because they all seemed to be contradicting each other. The Navy would say that the water was safe for us to use, while the Department of Health would say not to use the water.

15. People were being told to flush their homes, so many homes around us were running their sprinklers 24/7 which made the whole area smell like a gas station.

16. We felt misled, and Tasia began keeping a detailed timeline.

17. By early December, our whole family was dealing with abdominal pain, vomiting, diarrhea, memory loss, skin rashes, brain fog, eye irritation, and teeth and gum issues.

18. We called the medical care tent, Task Force Ohana, and the JBPHH EOC to get our home and water tested. We wanted to know what we had been exposed to and at what levels. We also wanted to know if it was now safe—as the Navy seemed to be claiming. But they refused to test our water.

**B.     Disruption**

19. On December 3rd, we checked into the Hilton Hawaii Village. The Navy only had a contract with the hotel for a certain amount time, so the hotel made us check out by noon on December 15th. We went back to our home where we stayed until we were able to check into another hotel—the Sheraton Waikiki—

on the afternoon of the 16th. We stayed there until the beginning of February, when we left the island.

20. We spent a lot of time at the house even as we were sleeping at the hotel. Our kids were in school nearby, we had dogs to take care of at home, and Tasia was still working. There were no buses for our kids from the hotels.

21. Tasia is a licensed mental health counselor. Because of HIPAA, she could not conduct sessions from our hotel room. Several times a week, I had to drive her back and forth between the hotel and our home office.

22. The hotel was nearly an hour from our home in traffic. It added at least 45 minutes to my work commute and more time to drop the kids off at school.

23. It was incredibly disruptive to our lives and our kids' lives. We were crammed into one room. We showered, slept, and repeated. Between this new daunting routine and being sick, we didn't have the energy for anything else.

**C.  Illness & Retaliation**

24. On December 5, I reached out to my executive officer to start the process of getting our family off the island because of illness. He declined our request because there were no funds for us to leave the island. Over and over, they claimed there were "budget cuts" that prevented any relief that would allow us to get off the island. He threatened that they would have the option to take me to

5

"mast"—non judicial punishment. We were upset because the Navy had the power to remove my officer rank or impose any number of other punishments.

25.     Tasia's seizure disorder, which had been dormant, began again. She couldn't get seen by a neurologist given the shortage at Tripler, and she started having multiple seizures a day. She also dealt with intense abdominal pain, vomiting, memory loss, skin rashes, and brain fog.

26.     N.F. and K.F. were regularly sent home from school for abdominal pain and headaches. D.F. was exhibiting severe developmental challenges.

27.     Tasia filed a Congressional complaint. The Secretary of the Navy then called Tasia and ordered an Inspector General (IG) investigation. When he heard of the Congressional and investigation, the Chief of Staff of the Middle Pacific Fleet called Tasia and me into his board room with his team. Tasia had to care for our kids, who were sick, and could only attend by phone. I went in person, and the Chief of Staff yelled at me, in front of his team, for at least thirty minutes. It was an ambush. When Tasia joined by phone, he called her email "sweet," and then told her never again to contact the IG. He dismissed our complaints and instructed us not to speak with others about the situation. He would continue to state that filing a congressional investigation would do nothing but just make the process longer, and that I should have handled the situation better.

## The Aftermath

### A.   Ongoing Disruption

28.   In January, after weeks of red tape, our family was granted an Early Return of Dependents, which allows the dependents to return from a post. I would be stationed in California. But the Navy then denied our housing application despite our status in the Exceptional Family Member Program.

29.   So we moved without a home. On February 2, 2022, at great expense and difficulty, our family moved to California.

30.   We were again told there was no military housing available for us, and we were not able to even be placed on a waiting list for housing. When we arrived, we could not find any housing for rent anywhere near our budget. We were essentially homeless. For months, we had to stay in a single bedroom with Tasia's parents in Rosamond, CA. I would routinely drive the 6 hour round trip to San Diego and back in order to check in with my temporary command.

31.   Without a permanent address, we couldn't receive Tricare. The only way for us to be seen during this time was to make trips to the Emergency Room at nearby hospitals, where they would tell us that needed specialists. We eventually purchased a home at an enormous cost so we could get care for our family.

32.   The next two years have been a blur of doctors' appointments and impossible choices. Eventually I was approved for HUMS "Humanitarian"

7

reassignment orders and my command kindly allowed me to stay home and take care of my family. I am thankful, and yet the hit to my career is not good for me or for my family. Taking care of my family mostly meant taking care of their health and driving to endless specialist appointments.

33.     I cooked all the meals during this time, as Tasia was able to do little to help. And I supervised the kids' schooling. K.F. and N.F. suffered from such significant health challenges that they were put on a hospital home schooling program. They missed out on regular school and friends.

B.     **Ongoing Illness**

   **1.     Tasia**

34.     As we struggled to get the right care for Tasia, her seizure disorder took over. The drugs and dosage she was given made her even more sick. We started to wonder if she would live through it, and she began to talk about writing letters for the kids, and how I would take care of the family after she was gone.

35.     I would help Tasia down the stairs in the morning and get her to the couch, where she would rest during the day. She was limited in her mobility because of the side effects and pain that she was dealing with daily. At night, I would help Tasia back up the stairs because she was unable to navigate them on her own and put her in bed hoping that she would wake up the next day. I watched as my wife was slowly dying.

36. We were told multiple times by the neurologist at Balboa Naval Medical Center (Balboa) that due to budget cuts we could not be transferred to a facility that could handle Tasia's condition. We were offered a bed at another hospital where he worked, but it would not be covered and would cost us approximately thirty thousand dollars for three weeks. He claimed that there was no other option and that her condition was life-threatening.

37. We went ahead and contacted Walter Reed directly. We were surprised to find that we were quickly able to get Tasia scheduled to be hospitalized there instead. When he found out, the Balboa doctor called and cancelled her stay. We then had to file a complaint with Balboa, and after a couple of days and many phone calls, we were able to reschedule her hospital stay at Walter Reed. I firmly believe that if Tasia had not made it to Walter Reed that she would not be here today.

38. I was desperate to get my family the care they needed. Every doctor told us that we needed to address the root cause, the exposure. At one point, I was advised to call the Occupational and Environmental Medicine (OEM) division at Camp Pendleton. OEM has experience treating people with fuel exposure. But when I called, they told me that they were happy to see me right away—but not my children or my wife.

9

39. The medical trauma continued. On one occasion, Tasia experienced a great deal of chest pain so I took her to the Emergency room at the Naval Medical Center on Camp Pendleton. When she checked in, she told them that she was experiencing a great deal of chest pain. I had to run back to Temecula to pick up the kids, then returned promptly back to Camp Pendleton. When I returned to the Emergency Room, I could visibly see that Tasia was "high" on medications. Her eyes were blood shot, and she was slurring her speech. The doctors had done nothing to address her chest pain other than to dope her up on medication. We do not take medications like that, so when the doctor offered more, I told him No! I asked that they find the cause of the pain and not just continue to give her more drugs.

40. They released her, and we went home. But when we got home, Tasia collapsed on the floor in front of our kids. We called 911, and she was taken by ambulance. I knew that this was not right and snapped a picture:




10

True and correct copies of the photos I took are attached at Tab H of our family composite (1053.0018-19). These are true and accurate depictions of the event at the time.

41. Our kids were distraught by the sight of their unconscious mother on a stretcher. We followed the ambulance to the emergency room, where they would immediately run stroke codes and attempt to wake Tasia up, but she would not come to for another four hours.

42. It was determined by both the doctors at the emergency room in Temecula and after an investigation conducted by Naval Medical Center at Camp Pendleton, that Tasia was overdosed while being seen on Camp Pendleton. This moment in time just like many of the events after our exposure have been seared into the minds of my children and myself.

## 2. K.F.

43. K.F. lost all color in his face. He used to play soccer, flag football, and T-ball. All of a sudden, he started vomiting often, and had bloody noses, headaches, and stomach pains. Because he has routinely had abnormal labs over the past two years, his blood has been drawn so many times that he is now afraid of needles. We must hold him down, to conduct blood draws and even shots.

11

44. And he is anxious. My sweet, little playful boy now has anxiety and panic attacks. At the age of 10, he worries about his own health and "works out" to get well.

### 3. D.F.

45. D.F. went from a normal kid, riding bikes, talking and meeting every milestone, to a point where we could not understand his speech, then mute and back in diapers—even at four and five. He got better only when he got out of the contamination and back to California. But even still, he has had health effects. He passed out and was rushed to the emergency room, unconscious. He still has cognitive challenges and has a regular program of necessary occupational and speech therapy. We are worried about him now, with absent seizures at school. And of course, what will happen years from now?

### 4. N.F.

46. N.F. now has migraines, stomach issues, and a nerve issue that makes him very sensitive to touch. He too was hospitalized when he developed extreme pain in his legs and couldn't walk. His bones hurt, and he complains of aches. He is still on home hospital school, going on two years, and now he is worried about going back to school next year. He is almost 14 and has his life in front of him, but his worried that his headaches, and body pain will never go away.

47. Tasia is still sick, too. She is dealing with seizures, psoriasis, a heart issue, brain fog, migraines, and memory issues.

## C. Emotions, Fears, and Institutional Trust

48. Tasia and our kids' emotional harm came not just from the exposure itself but from everything that happened as a result. And we lost more than health. We lost trust in the institutions we served.

49. In our experience, the Navy does more to protect its equipment than its people. In Hawaii, when my former ship ran aground, the Navy immediately fired the captain and seventy percent of the officer staff. But here, where the Navy contaminated water for 93,000 people, there has been no accountability. No one has been fired for what happened to us. We look to the Court to bring accountability and justice in its final judgment.

50. We tell our kids everything is going to be okay, but we don't know that. I constantly look at the families from Camp Lejeune and wonder if that is what awaits my family. Cancer is almost a certainty in my mind because of this situation. It's just a matter of when and who is first. Tasia and I are extremely scared that something is going to pop up, and then what? In the Navy I know that I'm just a number, just another person serving, and when my time is up, the Navy will not care whether my wife, my children or myself are sick or dead. I worry that my children will not have enough money for the medical care they will need.

51. This changed how Tasia, D.F., K.F., and N.F. think about water—a basic human need. We don't let anyone drink the tap water in our house, including visitors.

52. Tasia, D.F., K.F., and N.F. will always worry about our water source, and worry that this will happen again.

53. And of course this affected our marriage. The day-to-day onslaught of health and crisis was not conducive to intimacy. And the illness and stress have continued.

## Conclusion

54. There are a few things I know to be true from this experience:

55. We were retaliated against for asking for help when we were in crisis. The retaliation seemed to continue even after we got off the island. The Navy wouldn't assign us to housing and wouldn't allow us to establish care that we desperately needed until we found housing ourselves.

56. I know that my children and wife were healthy before Hawaii—other than Tasia's prior seizure disorder, which was dormant. When life flips upside down, and so many people get sick at once, even within a single family, there must be a catalyst. And here, the catalyst was the fuel.

I, Koda Freeman, declare under penalty of perjury that the foregoing is true and correct.

Executed on April 4, 2024.

_____
Koda Freeman

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

*/s/ Kristina Baehr*
Kristina Baehr
