LYLE S. HOSODA                    3964-0
KOURTNEY H. WONG                  10827-0
SPENCER J. LAU                    11105-0
HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
Email: lsh@hosodalaw.com
khw@hosodalaw.com; sjl@hosodalaw.com


KRISTINA S. BAEHR                 *Pro Hac Vice*
JAMES BAEHR                       *Pro Hac Vice*
MARY M. NEUSEL                    *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Email: kristina@well.law;
jim@well.law; maggie@well.law


FREDERICK C. BAKER                *Pro Hac Vice*
JAMES W. LEDLIE                   *Pro Hac Vice*
KRISTEN HERMIZ                    *Pro Hac Vice*
CYNTHIA A. SOLOMON                *Pro Hac Vice*
SARA O. COUCH                     *Pro Hac Vice*
MOTLEY RICE, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com


*Attorneys for the plaintiffs*

(case caption continued on next page)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:22-cv-397-LEK-KJM<br>(Federal Tort Claims Act)<br><br><br>**DECLARATION OF PLAINTIFF,<br>NASTASIA FREEMAN** |

## DECLARATION OF PLAINTIFF, NASTASIA FREEMAN

I, Nastasia Freeman, declare:

1. My name is Nastasia Freeman, and I am 37 years old. I am the wife of Navy Lieutenant Koda Freeman (38), and the mother of our children, N.F. (13), K.F. (10), and D.F. (7). I have included pictures at Tab A (PX-2289) of the attached Composite.

2. In May 2021, our family moved to Hawaii with my husband on military orders. We were excited about his recent promotion to officer, and I was looking forward to opening a private therapy practice. We couldn't wait to enjoy the beautiful island with our three active boys, who loved to play outside.

3. We moved into 185 Halawa View Loop in the Aliamanu Military Reservation (AMR) housing community in Honolulu, Hawaii. We remained there

1

until we were forced to move off island in February 2022. We have placed the location of our home on the Navy's "heat map" showing the areas of contamination from the fuel release:



Tab B (PX-2232). A true and correct copy of our lease is attached at Tab C (PX-1015). Below, I also include a general timeline of our story as part of this declaration.

<b>The Contamination</b>

## A.    Life in Hawaii

4.      As a military family, we were used to difficult moves. It's always hard to leave behind friends and neighbors. But Hawaii was different – it felt like paradise. We fell in love with the culture and the people. We went to the beach at least once or twice a month and enjoyed the natural beauty of the island.

5.      It didn't take long for us to know this was going to be home. We even talked about making it a permanent home after Koda's military career. We were thankful to be part of a community where people acknowledged and accepted one another. I would stand in the checkout line in a grocery store and find myself talking to someone behind me as if they were a family member. They were talking to my children as if they were their family. They cared for my children and made sure we were okay having just moved there. People would regularly pass along their phone number, just in case we needed anything. The Hawaiian culture taught my family how to slow down and take it all in. We grew up in small families that were spread out, but the culture in Hawaii was everyone was family. There is no comparison to the culture and loyalty we experienced in Hawaii.

**B.      Fuel Release & Initial Illness**

6.      Thrilled to be in Hawaii, we invited my parents, my sister, and my friends to join us for Thanksgiving in November 2021.

7.      As we were making Thanksgiving dinner on November 25th, my mom mentioned that the water tasted a little different. I told her that it was just the taste of a new place, and I was sure we would all get used to it. But by Friday, we were sick. My friend, Keri, her children, N.F., K.F., and I all vomited. We thought it was food poisoning from Thanksgiving dinner. We later learned that this was the experience of many others.

8.      By Sunday, November 28th, my boys had become increasingly ill with diarrhea, vomiting, and red eyes. I had developed a rash on my arms with sores and lesions on my scalp, feet, and hands accompanied by a headache. I had a very strange sensation that I had never had before - I felt like my blood was on fire.

9.      D.F., K.F., and N.F. had headaches, stomach pain, nausea, diarrhea and vomiting, and Koda's eyes turned blood red. Even our dogs were vomiting.

10.     We couldn't get a doctor's appointment, and on November 29th, we called the Tricare nurse advice line because we thought that perhaps we had COVID. The nurse told me that we should stop drinking the water because she had received multiple calls, all with a common theme—the water. She also said to call poison control, which terrified me. We did not yet know about the jet fuel leak.

11.     We took COVID tests, and they were negative.

12.     By this point our water started to smell like fuel and had an oil-like film to it. I took to social media to try to find answers, and I learned about my neighborhood's Red Hill Facebook page – AMR/Red Hill Page. Distraught and having no clue what to do, I made a post hoping to learn more from others who had been poisoned as well. This is a true and accurate copy of that post:

4



**Nastasia Freeman**
November 29, 2021 · 🌐

We are in Hibiscus. Yesterday, both my boys were vomiting and had diarrhea and one of my boys eyes are red and they still have symptoms today. My sister came to visit and she was sick on her plane visit back yesterday with the same symptoms. We tested them for COVID yesterday and all were negative.

My husband's eyes are red, I have sores/lesions on my scalp, and now both of my dogs are vomiting.

We called the nurse advice line, they took all the symptoms and said to stop drinking the water immediately and they have documented everything in our file. They also said to call poison control.

I recommend anyone who is having symptoms to call the nurse advice line so at the very least it is on file.

We tried to go get water. Shelves are almost empty.

What solutions are everyone trying? I mean no water bottles, no solutions from IPC, and no remedy from the doctors other than stop using water but keep them hydrated 🙍.

 16                                                          15 comments

Tab D (PX-2244).

13.    I also emailed the Department of Health looking for answers and explained that our water in AMR had been affected, smelled like fuel and had an oil-like film. We were shocked and confused.

14.    We were incredibly stressed and scared as we began to learn about how widespread the jet fuel leak was from others in the community. It was like a fire that started to spread, and fast. I called the nurse advice line, the department of health, the Navy, the Army, the board of water, physician offices, the EOC, friends, and vets. I called so many people to find any resources and any information. I called because we needed help.

15.     No one seemed to know anything, and the Navy was giving conflicting information. The Navy told us that "there was no indication that the water [was not safe]" and that they were drinking it themselves. It felt like we were being gaslit. We knew the water wasn't safe, but the Navy was telling us that it was. They said they didn't know what was in the water and that they were "investigating."

16.     It was not until later at a town hall on December 5th, that the Navy finally acknowledged that a fuel leak had contaminated the water. By that point, my children, my husband, and I were drowning in sickness.

17.     We tried to buy our own water. In those early days, shelves were almost empty everywhere we looked, and we were scared of not having enough clean drinking water for our family of five.

18.     The military eventually brought in water buffalos of "potable" water—big tanks that held water—and we were able to bring big plastic storage bins to fill up with water for bathing, washing dishes, and cooking. This water was not suitable for drinking, so we still had to scrounge the island until the Army began delivering cases of drinking water to our front doors.

19.     We bathed our children with water bottles. This is a true and accurate copy of a picture I took of Koda bathing D.F.:



Tab E (PX-2247).

20.     We later received notices that the water in the buffalos was <u>also</u>

contaminated with bacteria, and we were instructed—after the fact—not to use it.

21.     We never received a notice like this from the Navy for the tap water

on the Navy water line that was contaminated with jet fuel while we lived on

island. The Navy gave various conflicting messages, including that "there was no

indication the water was not safe" and that the leaders were drinking the water.

Months later, the Navy sent us a notice admitting that it should have sent a public

notice not to use the water after the fuel release.

22.     By early December, the Navy told us that the water was safe, but out

of caution to stop drinking it. We were told that we could continue using it for

other things like bathing and cleaning, just not to drink. This caused a lot of

7

confusion for my family because I later saw that the Hawaii Department of Health had issued a notice on November 29th that said you should not use the water for anything if it smelled like fuel. We also heard that symptoms would be short term, but we continued to get sicker and sicker.

23.    I felt betrayed and we didn't know what information to trust. We were so confused.

24.    I began to keep a detailed timeline, which is included with this declaration. The Navy divisions didn't appear to be communicating to one another, so I had to keep notes that I could share with the next person. The notes helped me keep the details straight as we tried to get help.

**C.    Disruption**

25.    Around December 2nd or 3rd, my family checked into the Hilton Hawaii Village. The Navy only had a contract with the hotel for a certain amount time, so the hotel made us check out by noon on the 15th. We went back to our home where we stayed until we were able to check into another hotel—the Sheraton Waikiki—on the afternoon of the 16th.

26.    During our time at the Hilton Hawaii, I would have to go home frequently because I had to conduct my therapy appointments from my home office. Due to HIPAA, my appointments could not be conducted from the hotel room with my three boys in attendance.

27.     I couldn't drive because of my seizures. So several times a week, Koda would drive me back to our home and I would complete my work and virtual appointments with D.F., while our older boys would either be at school or would stay in other rooms of the house. We were very careful not to use any of the tap water in our home during this time.

28.     It was over an hour each way from the hotel and the commute was exhausting for all of us. In the beginning, the commute very often looked like leaving Waikiki, driving the kids to school, driving back to Waikiki, getting a phone call that our kids were sick, and heading back to their school. It was exhausting.

29.     By the time we moved to the Sheraton Waikiki, I recall going to the house less often because we continued to get sicker and sicker. My work was impacted, I had to decrease my caseload because there were many times I couldn't even lift my head, and the boys were struggling as well.

**D.     Illness**

32.     For much of my life, I had experienced temporal lobe epilepsy which was fortunately controlled later in life. During the week of Thanksgiving 2021, I began having seizures again after they were dormant for two and a half years.

33.     This type of seizure was completely different than any I had experienced in the past, and the sudden onset, frequency, and severity was

frightening. I struggled to be seen by a neurologist because Tripler had a shortage of specialty care.

34.    On December 5, Koda reached out to his commanding officer to start the process of getting our family off the island because of illness. We called the medical care tent (Task Force Ohana) as well as the JBPHH EOC to get our home and water tested. We were refused. We wanted to know what was in our water and what the levels were.

35.    On December 9, 2021, I had a virtual appointment with my Government primary care manager at Tripler. I expressed concern about my family's exposure and my resurgence of seizure activity, as well as insomnia, migraines, and psoriasis. My doctor ordered a referral to neurology but didn't run any labs or testing and didn't offer my any guidance on what I should do or what symptoms to look out for after exposure to jet fuel.

36.    At this time, D.F. and I became enrolled in the Exceptional Family Medical Program for family of service members whose needs require continuity of care.

37.    With these new medical ratings, we again requested Koda's command to transfer our family to the mainland.  His command expressed no sympathy. He told him that *everyone was sick*, and they can't send everyone home. They denied his request.

38.    On December 29th, I tried to visit my primary care manager again with flu-like symptoms. But they couldn't see me, and the Tricare nurse advice line ordered flu, COVID, and strep testing. I did not have the flu, COVID, or strep.

39.    By this point, I was suffering intense abdominal pain, vomiting, diarrhea, memory loss, skin rashes, brain fog, eye irritation, seizures, and teeth and gum issues because of the fuel leaks caused by the Navy.

40.    The seizures continued to increase in frequency and severity like nothing I had experienced before—multiple seizures per day, lasting anywhere from 30 seconds to 5 minutes. During these episodes, I become disoriented, panicked, and sometimes lose consciousness.

41.    Because of the unpredictable and debilitating nature of these episodes, I was no longer able to drive, and Koda became the sole means of transport for our family of five. After a seizure, I am exhausted and sleep for the remainder of the day, sometimes two days.

**E.    Retaliation**

42.    In December 2021, I decided to speak out and I took part in several interviews shedding a light on the treatment of families affected by the jet fuel leak (a Washington Post interview published on December 22, 2021 and an interview aired by CBS on the same date). In the interviews, I discussed the Navy's failures

and our family's illnesses. At that time, I believed that if I spoke out, the Navy might appropriately respond to the crisis for my own family.

43.     In January 2022, my Tripler neurologist, Dr. Blattner, told me that he felt the recurrence of seizures was a breakthrough consequence of the toxic exposure. He determined that our family should return to California where there was more comprehensive medical care available. He also said that Koda should return with our family due to the severity of my seizures. My neurologist communicated to me that he believed getting me out of exposure would decrease my seizures and lessen the harm. He sought to have Koda transferred with me and the children for compassionate transfer related to medical necessity, but Koda's command refused to pay for our family to leave island, or remove Koda from his tour, even with a written order provided by my neurologist and given to Koda's command. It was denied again. Dr. Blattner didn't understand why his command was being resistant. He told me that his order for my removal from the island was not up for debate. My neurologist said to communicate to Koda's command that my condition is life threatening and not a recommendation but a need. Frustrated, my neurologist asked for the contact information for Koda's command and made a call himself. It still wasn't enough. We were ignored.

44.     Desperate for help, on December 23, I filed a Congressional complaint, asking for relief so that we could be transferred off the island. A true

and correct copy of my complaint is attached at Tab F (PX-2243). I understood that not every service member could leave the island. But my condition was life threatening. I couldn't leave with the kids without Koda because I needed his help to care for myself and the kids.

45.    Then the Secretary of the Navy's office contacted me and ordered an investigation. This investigation was required to be confidential. Yet the assigned investigator went straight to Koda's command and shared my private health information with no restraint. I was embarrassed and humiliated.

46.    Koda's command again retaliated. His supervisor told Koda that he needed to "shut up" his wife. He yelled at him for hours.

47.    I worried about Koda as I watched him lose the goodwill of his command and trust for the institutions he had served. The retaliation broke him. He was a shell. He became withdrawn and, as a therapist, I started to see the signs of severe depression and the risk of self-harm. One day, he came home and broke down crying. I told him that I worried he was suicidal and that I might have to call it in and have him committed. I meant it. And I also worried, if I did have to commit my own husband, would he forgive me—would we make it as a couple?

48.    Koda's supervisor then scheduled a meeting with me. I made clear that I would continue to advocate for our family—at all levels—until they transferred us off the island where we could get help.

49.     After months of red tape, our family was granted an Early Return of

Dependents to move off island due to the severity of our family's illnesses and my

uncontrolled seizures.

## The Aftermath

### A.     Continued Disruption

49.     Although we were part of the Exceptional Family Member Program,

our family's housing application was denied for military housing for our Early

Return of Dependents, despite our status in the Exceptional Family Member

Program.

50.     After seeking answers, Koda and I were requested to meet with the

Navy MidPac Chief of Staff on January 25th to discuss the housing issue. I had to

care for our kids, who were sick, and could only attend by phone.  But Koda went

in person, and the meeting started 30 minutes late. Koda later came home drained.

When he walked through the door, everything about him reflected a sense of

numbness as a result of being emotionally and verbally abused. For the 30 minutes

prior to the meeting, they yelled and screamed at him for doing everything in his

power to get help for his family. A parent's most important job is to keep their

children safe. They stripped Koda of that opportunity. They stripped me of that

same opportunity, and shamed us for doing what any parent would do—protect

their family and keep them from harm. They dismissed my complaints, placed a

gag order on us, and instructed us not to speak with others about the situation. The leader of that meeting told me that I could only talk to him about this situation moving forward.

51.     Following the meeting and threats by MidPac leaders, I began to suffer worsening anxiety, insomnia, and stress.

52.     Koda was eventually granted a humanitarian relocation so that he could accompany me and our children to any doctor's appointments, and so that our family would have transportation.

53.     On February 2, 2022, at great expense and difficulty, our family moved to California so that we would have access to a safe home with clean running water and the specialists I needed.

54.     We moved in with my parents for three months. But because we did not yet have a permanent address, military health refused to assign us any medical providers—even a neurologist.

55.     Without care, my seizures got worse. The medications didn't seem to be working. My mother reached out to social media to find the best emergency room that could care for me. This is a true and accurate copy of the Facebook post that she wrote at the time:



Tab G (PX-2240).

56.     We were all terrified. I woke up with blood in my urine, pain, and

disorientation. My sister drove me to the Mayo Hospital, where I was finally given

the basic tests that I needed all along. The doctors there said that they were

"disgusted" by the lack of care I had received on base. They wanted to compare the

labs they had taken to those that Tripler in Hawaii had taken. I didn't have any labs

to give them. There were no labs done in Hawaii. They were shocked. They

couldn't understand why no one had taken any labs. My physician there in the ER

communicated information about an occupational environmental doctor in

Lancaster that he knew. But then he realized I couldn't access that care because I

didn't have approval to seek medical care outside of the ER in California.

57.     Without a permanent address, Tricare refused to assign us any doctors. We had to purchase a home that was well beyond our budget so that we would have a permanent address and my children and I could obtain medical care in California. They wouldn't allow us to use my mother's address. We were forced to buy a home if we wanted our children to be seen.

**B.      Continued Illness**

**a.      Nastasia**

58.     I have never been so sick in my life. In addition to the seizures, I have suffered extensive damage throughout my body—including cardiovascular, dermatological, gastrointestinal, vestibular, urinary/renal, endocrine, musculoskeletal, reproductive, integumentary, respiratory, lymphatic, circulatory, and neurological dysfunction. I have included a daily timeline of our family's illnesses, as well as a list of our diagnoses at Tabs P and Q.  I now have focal aware seizures, headaches, vision changes, vestibular disorder, nausea, rashes, irregular periods, thyroid abnormalities, goiter and more.

59.     One of my most persistent problems is my psoriasis, and gaping wound on my foot, which has been incredibly painful. I have worked with a dermatologist and my primary care doctor to get the right prescriptions. Ultimately, the only prescription that has worked is Skyrizi. My dermatologist has worked hard to advocate for me with Tricare but it has been denied on multiple occasions. She

has conveyed that it is so necessary that she will administer it personally in her office at her cost. This is not a long term solution but I am thankful.

60.    My current medications include Lamotrigine, Skyrizi, Rizaptriptan, Clobetasol cream, Zoryve cream, and Calcipotriene. This is a true and accurate photo of my hospitalization at Walter Reed, taken on July 26, 2022. Tab H (PX-1053).



61.    One of the events was particularly traumatic. Camp Pendleton gave me the wrong dosage of medication, which caused me to collapse. I recounted the harrowing experience at the time in a Facebook post on January 6, 2023. I have attached a true and correct copy below and at Tab H (PX-1053).





62.     While I was so sick myself, I also had to care for our sick kids. My

husband and I were putting out fires all day. We were exhausted and we were

terrified. We watched our kids become a shell of who they once were. A normal

day looked like one of our children vomiting and unable to stand because of

excruciating pain, another dealing with diarrhea so severe that they were soiling

themselves, and another terrified because there was blood in his urine and stool.

And Koda and I, covered in vomit, doing our best to comfort them. Our once

healthy and vibrant kids continued to suffer from their exposure. There were only

so many hours to go to doctors' appointments, and we only had one driver in the

home due to my illness. We were making difficult decisions such as who goes to

what doctor first, what doctors will have to wait, what symptoms should be

prioritized for treatment—these were the most daunting decisions. We were having

to make impossible choices for our children because the Navy failed to warn us.

Our children were harmed as a direct result of the Navy's failure to warn—the

Navy's decision to prioritize equipment and reputation over my children.

63.     Among other things, I discovered that the boys and I had an infection

of the GI tract that likely came from the contaminated potable water that the Navy

gave us during the water crisis. I recounted by text to a friend, and a true and

correct copy is below and also attached at Tab H (PX-1053).



    **a.**    **D.F.**

64.    While we were in base housing in Hawaii, D.F. regressed in his developmental milestones. Our vibrant kid suddenly stopped speaking, and he went back to diapers.

65.    The disruptions of the water crisis were especially disruptive to D.F., who was already struggling with routines and daily living. His behaviors escalated, and he was diagnosed with level 2 autism in January 2022 before we left the island.

66.    We saw marked improvement in D.F. as soon as we got him out of the contamination. After only a few weeks on the mainland, he started speaking again.

In October 2022, his psychologist Dr. Nunn determined that his developmental

delays were due to contamination and exposure—not to Autism:

**Discussion:** D█████ and his family have documented histories of medical problems following their exposure to water contaminated with Jet Fuel in Hawaii for over 6 months (Red Hill Jet Spill of Hawaii). Ms. Freeman chronicled the medical, behavioral, speech, etc. problems (pages 11 and 12 above) Dash continues having that began after he was exposed. Prior to his exposure, all of his required School Health Entry and Physical Examinations by Dr. Christine Cuevas in 2018, 2019, and 2020 in Florida were in the "Normal" ranges up to age 4. Autism is a neurodevelopmental disorder that, seemingly, would have been identified during these exams or developmental symptoms would have been documented and/or reported by his parents and physician and were not. It wasn't until his family moved to Hawaii and were exposed to water contaminated with jet fuel that D█████ reportedly began having the aforementioned medical problems. The good news is Ms. Freeman reports his medical, behavioral, and social difficulties are improving. Her ratings of D█████s Adaptive Behavior on the ABAS-3 document his improvements in each of the related areas (GAC=83, Below Average range in January 2022, and GAC=99, Average range on 9/14/2022).

Tab I (PX-2319).

67.    But D.F. continued to suffer in other ways. He experienced vestibular

dysfunction, and intense dizziness. He had tremors, which were especially scary. I

have included a video of his tremors, which he called "jigglies" at Tab J

(PLAINTIFFS_RH_0100671). He occasionally still gets tremors.

68.    We had a terrifying episode in April 2022. He was standing close to

our family friend, and he started to lose balance in our kitchen. Then he screamed,

went limp, and lost consciousness. My friend caught him, as I came running into

the house. I swooped him into my arms and ran to our truck. Koda put on his

hazard lights and drove as fast as humanly possible to the hospital. When we

arrived at the emergency room, he was still unconscious.

69.    I was in shock, standing in the waiting room feeling like everything

started moving in slow motion. A nurse ran up to me and tried waking him. She

was unsuccessful and she took him from my arms and ran back to one of the triage rooms. I thought we were going to lose him.

70.     The medical team was able to bring D.F. to consciousness and took labs, which were abnormal. But ultimately the doctors had no answers or diagnosis other than our exposure. They sent us back to our primary care physician.

71.     D.F. is still having neurological challenges, including memory loss, and absence seizures at school. One of his teachers recounted on January 30, 2023:

---

Good morning Mr. and Mrs. Freeman,

I just wanted to email you in regard to some changes that Mrs. Bates and I have recently observed with D█████ Both Mrs. Bates and I have noticed some unexplained changes to his emotionality, particularly him becoming very sad and crying in situations where there does not seem to be a specific problem or instance that is making him sad. Neither I, nor Mrs. Bates, has observed this behavior in D████ before so we wanted to bring it to your attention and wonder if similar behaviors are happening at home.

In addition, today during my small-group instruction with D████ he expressed that he was feeling sick. His eyes began to gloss over and he started to tear up. When asked more specifics about what didn't feel good, he replied "I'm just not good". Within the next minute, I noticed his eyes appear to flutter back. After he began to slowly close his eyes and look as if he was falling asleep. I took him to the nurse at that moment. I just wanted to let you know and make you aware. Please let me know if you have any questions.

*Megan Duffy*
Resource Specialist K-2
mduffy1@tvusd.us
TLES Ph: 951-294-6340 Ex: 3027

---

A true and correct copy of this record is attached at Tab K (PX-2321). His neurologist has called these episodes "absence seizures."

72.     Emotionally, D.F. still suffers. He still deals with throwing up and headaches, amongst other symptoms. These illnesses cause him stress, pain, and fear.

73.     These are true and accurate photos taken of D.F. around November 2023 and April 18, 2023, attached at Tab L (PX-2246) and Tab M (PX-2242). On the left, he has vomited in the car as a result of his vestibular issues, and on the right, he is undertaking an EEG.

 

b.      **K.F.**

74.     K.F. too has suffered from the exposure. He had abnormal lab results in August 2022, which noted concerning areas in the liver, kidney, and pancreas. K.F. also had blood in his urine and reported blood in his stool.

75.     Since exposure, K.F. has been diagnosed with and continues to suffer from petroleum product toxicity, bloody noses, gastrointestinal issues, periumbilical pain, vomiting, enlarged lymph nodes, bloody stools, constipation, weight loss, bloating, dizziness and fainting, abnormal labs including low creatine levels, nervous system dysfunction, GERD with esophagitis, and migraines. His current medications include Sucralfate and Omeprazole.

76.     These are true and accurate pictures of K.F. in the hospital on December 19, 2022 for his endoscopy. Tab N (PX-2245).



25

### c.    N.F.

77.    Our oldest, N.F., now 13, is also sick from the exposure.

78.    Since exposure, N.F. was diagnosed with petroleum product toxicity, musculoskeletal issues, soft tissue masses, gastrointestinal problems, ENT issues, fatigue, periumbilical pain, weight loss, a cough, wheezing, tinnitus, joint pain and myalgias, polyarthritis, inflammatory arthritis, abnormal labs, gastritis, autonomic nervous system disease, and migraines. He has been diagnosed with Amplified Muscular Pain Syndrome (AMPS).

79.    Since exposure, N.F. was diagnosed with petroleum product toxicity, musculoskeletal issues, soft tissue masses, gastrointestinal problems, ENT issues, fatigue, periumbilical pain, weight loss, a cough, wheezing, tinnitus, joint pain and myalgias, polyarthritis, inflammatory arthritis, abnormal labs, gastritis, autonomic nervous system disease, and migraines. He has been diagnosed with Amplified Muscular Pain Syndrome (AMPS). His current medications include Ondansetron, Rizatriptan, and Dicyclomine.

80.    He too had abnormal lab results in August 2022, which noted concerning areas in the liver, kidney, and pancreas.

81.    N.F. was also hospitalized. In mid-August 2022, N.F. woke up in so much pain that he was vomiting. His legs had stopped working, and he couldn't

stand. We took him to the hospital on August 18th, and on August 21st, when it happened again.

82.     His migraines and skeletal pain are most debilitating. He saw a rheumatologist and was diagnosed with Amplified Muscular Pain Syndrome (AMPS). This diagnosis came after numerous tests and after he was in so much pain he couldn't stand, be touched, or leave his bed. He would complain of debilitating pain from a simple hug. When you are trying to comfort your child, you hug them. But I couldn't comfort him physically. A hug was too painful for him. With AMPS, his rheumatologist explained to us that it's as if his pain receptors are turned on all of the time. He was sensitive to everything. He could feel pain from putting a shirt on. Now, he deals with flares. For about two weeks he deals with this same pain, and he will have only another two weeks free of pain. I feel helpless with every flare.

83.     Below are true and accurate photos taken of N.F. at the hospital:

 

84.     On the left, it shows the time when he was taken for extreme stomach pain and loss of the use of his lower extremities; on the right is a photo of him at the hospital for a nuclear bone scan prescribed by his rheumatologist to identify the source of his bone and muscular pain. These are attached at Tab O (PX-2266). These symptoms were so frequent and so out of the ordinary that we wanted to document them for the doctors.

85.     We learned from other families that their sons had had similar experiences, with extreme pain and loss of function in their legs. I feared even more. I thought, this is from the water. All of these families and the children

dealing with this same issue and we all had one thing in common—we were poisoned and all lived on the JBPHH water line.

## B.    Even More Disruption

### i.    The health crisis took over our lives

86.    All told, since the fuel exposure, we have been to a total 462 medical appointments for our family and 9 hospital visits. I have detailed these visits in a timeline that I have included at Tab P, along with our diagnoses at Tab Q.

87.    I was sick and yet had to take care of sick kids, all while I couldn't drive because of the seizures. Koda was a saint. But we were limited by the number of hours in a day, and days in a week. Most months, we had at least one doctor's appointment every day. One month we had only 5 days when someone in our family didn't have an appointment. Often we had to make impossible choices about who could get care from which specialist and when.

### ii.    The boys' schooling and friendships have suffered.

88.    While we felt it would be best for D.F. to attend public school to help with his developmental delays, he suffered frequent sick days and his academics and social development suffered. At the end of this year's first semester, we got a call from D.F.'s school principal asking us to consider putting D.F. in the home hospital school program because this year due to illness, D.F. had missed 50 percent of school.

89.     K.F. and N.F., on the other hand, were forced to attend home hospital school due to the severity of their illnesses. K.F. spent a year and a half in the program, and N.F. has been in the program for well over two years. They also suffered academically. Both missed being able to bond and socialize with friends at school.

### iii.     The life disruption and health affected my business.

90.     Financially, my work as a therapist ground to a halt because of our family's medical challenges. From early 2022 to October of 2023, I did not work at all.

91.     I am no longer able to see a full day's worth of patients like I was able to see before getting sick and my once-thriving career has only barely started to recover.

92.     The cost of the move, the house, and the medical procedures has left my family in real financial strain at a time when we have less income because of my medical health limitations.

### iv.     The Government's IME process brought further trauma—and an error-prone expert.

93.     In October 2023, my family and I were scheduled for our independent medical exams with the government's experts. We asked weeks in advance for the exams to be held near our home in Temecula. We explained that K.F., N.F., and D.F. now have vestibular challenges and/or issues with traveling in a car and

warned that they would likely vomit in the car. But the government refused to move them from San Diego, more than an hour from our home.

94.     Because of my seizure disorder, I cannot drive long distances nor can I be left alone for long. As a result, Koda and I had to go to every single IME appointment for all four of us. And predictably, my boys vomited in the car, one on the way to the IME's and the other two on the way home from the IME's.

95.     Our appointments with Dr. Smith were especially unsettling. The Government had represented to the Court that Dr. Smith could not have parents present for child mental exams. I was furious and terrified. There is no methodological reason that a child should be alone with a stranger conducting a mental exam—especially without any oversight. When I asked the government for accommodations for our children's mental exams, they denied them and insisted that the exams must be conducted alone.

96.     The government's representation turned out to be wrong. Dr. Smith told us that he did not mind our presence—and, most troubling, that he had never said otherwise to the government. At this point, I lost trust once again in the Navy's representatives.

97.     During my IME exam with Dr. Smith, the entire first day of his exam was spent completing a psychological assessment by entering information on a laptop through a link he provided. Near the end of the first day, I noticed towards

the end of completing my assessment that my answer selections would be changed if I used the arrow up and down keys. I immediately brought this to Dr. Smith's attention because I knew the results would not be accurate. He came over to my computer and verified with me that when I used the arrow keys it would change my answer and selection, but if I used my mouse pad it did not. He thanked me for bringing this to his attention.  I was concerned and worried about how many of the answers had previously been changed as I clicked through the assessment.

98.    I asked him if I could redo the assessments, and Dr. Smith said, "it's ok, I will just use our communication and interview instead." I relied on his assurance and continued the exam as he instructed. The next morning, he communicated that he had reviewed my assessment and felt that some of the answers may have been incorrect because of the flaw we had identified together. He referred me to questions like, "I'd like to kill one of the doctors that I've seen" to which I answered "strongly disagree" and the answer had apparently been changed to "strongly agree". The other question had to do with thoughts of suicide to which I denied, but my answer had been changed to the affirmative. Because he confirmed my choices were due to an error in the instrument used for the assessment (computer), he wrote down my correct responses on his notepad. In other words, he recognized that my earlier answers had been incorrectly recorded because of the arrow deficiency.

99.     But then, in his report, he relied on the faulty assessment tool. He stated: "She also indicated thoughts of suicide, but denied any recent suicidal ideation or attempts." At that point, he knew that was not true. It distresses me that he used the incorrect assessment answers in his report—even after I told him of the technical problem.

100.    Additional errors in Dr. Smith's report from his use of the flawed test include:

- Page 11: He states, "Ms. Freeman denied that she has ever been hospitalized for a medical reason; however, she reported that she is being treated for a seizure disorder and taking medication." I have been hospitalized numerous times, not to mention flying across the country to Walter Reed following exposure. He was well aware of my many hospitalizations, and they are the subject of this suit. Why would I say that? Clearly the answer was incorrect.

- Page 50: He notes Koda and I were divorced at one time. We have never been divorced. We have been married for 16 years in March 2024 and this was never discussed.

- Page 52: He says, "As a licensed mental health counselor, she is aware that her psychological disorders need to be addressed in order for her to treat her patients for their disorders." Again, this must be an assumption on his part because it was never discussed.

- Page 52, Dr. Smith states "She is still not fully recovered from the physical and sexual assault trauma that she experienced as an adult." I never said I was not recovered from those events. We actually didn't discuss sexual assault. He didn't ask.

33

### C.   Emotions, Worries & Fears

101.   We will never drink tap water again. We don't even drink filtered water from the fridge. We just can't trust the water. That is true not just for me, but for D.F., K.F., and N.F.

102.   My fears range from the small to the large. I once loved to swim and I now fear bodies of water because I am afraid of drowning if I were to lose consciousness in the water. While that's a huge loss to me, some of our fears are so overwhelming, I can barely breathe when I think about them.

103.   D.F., K.F., N.F. and I continue to suffer from debilitating conditions—conditions that prevent us from returning to the lives we once knew. We fear that we will not recover. We fear that our conditions will get worse. I see my children so isolated—day in and day out—and I fear the negative psychological and social effects that will have on them in the future. We just want our lives back.

104.   I am even further distressed that the government has made my family sick, destroyed our lives, and turned its back on us when my husband has loved and served his country for so many years.

105.   D.F. now seems to need control over everything because he lost control over what happened to him. He lost control over his speech, his schooling, even his bowels. Now change is hard because it is outside of his control.

106.    K.F. asks if he is going to get better, or if he's going to get worse. He asks if he will be able to play soccer. He is anxious about his health and he is just a kid. A common health issue now seems to represent something larger. He worries that maybe it is because of the water – or that he will be poisoned by water again.

107.    N.F. has now been out of school and in pain for years. His social life has been replaced with laying in bed with cold packs on his head for his migraines. He takes medication that has side effects. Sometimes he can't go outside because light hurts. He doesn't feel well, and he's lethargic. Most of the time, he is lying down. He is just a teenager, and he is missing out on an ordinary teenage life. His pain makes it hard for him to stand sometimes—how could he play basketball or a game with friends?

## Conclusion

108.    I want to conclude with a few things I know to be true about this experience:

109.    *First*, this was a collective poisoning. This wasn't a passive event that happened—it was caused by the choices of others. It is distressing to hear the Government claim that there was not enough fuel in the water to make people sick. We could smell it. Kids were vomiting, dogs were vomiting. Our skin was on fire. And all the while, the Navy continued to tell us that it was "safe" and any precautions were just in an "abundance of caution." The juxtaposition of what the

Navy was claiming and what we knew to be true was distressing. We lost trust not just in the Navy but in other institutions too. We learned that we couldn't believe what anyone told us.

110.    And now I see others having the same odd symptoms that we have had—skin burns, kids with tremors, sudden loss of legs, blood in urine. I know that this experience is not unique to my family, and I often think of the "we" in all of this. And yet I also know that I need to focus on my own family.

111.    *Second*, people *were* hospitalized. Captain McGinnis knew that my son was in the hospital when he went on national television and proclaimed that there had been no hospitalizations. The Navy's continued public insistence that there has been no long-term harm is infuriating in the face of my family's experience, along with many others.

112.    *Third*, the Navy would have let me die rather than let us off the island. Even after a government neurologist told me and Koda's command that I had to get off the island, Koda's command wouldn't let him leave the island. I couldn't leave without him because of my seizures. We had to write to Congress to get any relief. That effort turned into retaliation.

113.    *Finally*, all of this was preventable. Had the Navy told us about the fuel leak on November 20, we could have protected our family. I often think—if only the Navy had done the right thing. If only the Navy had taken swift action.

The military knows how to take swift action to protect people. My step-father is prior Air Force, and he has expressed so much disbelief, disappointment, and anger in response to the Navy's lack of response. He recalled being stationed in Japan and responding to the tsunami that destroyed homes, caused contamination, and created fear. He described how the Air Force immediately evacuated the families on base. He helped provide safety to those affected. Their response was allowing all dependents to go back to the U.S. to stay out of harms way. He was disgusted by the Navy's failure to warn and to protect.

114.    The Navy left us with absolute destruction. I need the Navy to do the right thing now and take responsibility for what happened. This haunts us every day. The Navy continues to downplay and minimize our experiences of very real harm.

115.    My children, myself, and my husband were healthy, active, and happy—full of life. The Navy harmed us. They stripped us from the life we had as individuals and as a family, the life we were giving our children, and the life we prayed our children and we would have years from now.

116.    Our future will always contain fear because our bodies, our mental health, and our ability to financially care for our family have all been compromised because of the Navy's decision to prioritize equipment over the lives of people. The Navy has treated my family like we were, and are still, disposable.

I, Nastasia Freeman, declare under penalty of perjury that the foregoing is true and correct.

Executed on April 4th, 2024.

Nastasia Freeman

# FREEMAN FAMILY:
## Timeline of Events

## 2021



| | | |
|---|---|---|
| **MAY** | ■ | Freemans move to Hawaii and 185 Halawa View Loop |
| **MAY 6** | ■ | 21,000 gallons of fuel released by operator error |
| **NOV 20** | ■ | Fuel release from fire suppression line<br>Navy does not turn off water |
| **NOV 21** | ■ | 911 calls reporting fuel smell in area around Red Hill<br><br>Navy press release: "fuel contained"<br>(not distributed to residents)<br><br>Navy press release: "the water remains safe"<br>(not distributed to residents) |
| **NOV 21- 28** | ■ | Nastasia out from work for sickness; she begins to have seizures; (she had not had a seizure for two and a half years) |
| **NOV 25** | ■ | Thanksgiving |
| | ■ | Nastasia's mother notes that water tastes a little funny<br>Freemans and family friends start to feel queasy |

**NOV 26**     First reports of smell in water reported to JBPHH

NF, KF, Nastasia, her friend, and her friend's children all vomit. Dogs vomit

**NOV 27**     More vomiting and diarrhea for NF, KF, DF and several of the Freemans' Thanksgiving guests Dogs also vomit

**NOV 28**     More reports of smell reported

Navy officers conclude that Nov 20 release has infiltrated the water

10 PM Navy press release: no indication that water is not safe (no mention of fuel release)

**NOV 29**     Navy flushes water onto streets

HDOH advises not to use water to drink, cook, or for oral hygiene

Navy distributes message from Joint Base Commander: "no indication water is not safe; he and his staff "are drinking the water"

Acute symptoms for NF, KF, Nastasia and Freeman dogs

Nastasia calls Tricare Nurse Advice Line to report symptoms. Told they should stop drinking the water

Nastasia emails Department of Health to report symptoms

Freemans see fuel sheens in the water



**NOV 30** — Town halls - Navy claims:
Navy does not know what is in the water;
still "investigating source;"
don't drink if it smells but otherwise safe

Freemans smell fuel in water

**DEC** — DF regresses in speech and toileting

**DEC 1** — Petroleum detected in water at Red Hill Elementary

**DEC 2** — Army begins evacuation for affected personnel

**DEC 3** — Navy authorizes TLA for residents in "affected areas"

Nastasia seizures continue.
Freemans check into Hilton Hotel

**DEC 5** — Town hall - Navy first admission that fuel in water is
from November 20 release

Koda texts boss (CSO) to start process of getting
family off island for Nastasia's illness

**DEC 8** — Nastasia's acute symptoms continue.
Seeks neurology referral.

Freemans call Medical Care Tent to report
symptoms and request home to be tested.
(Never tested.)

Freemans call JBPHH EOC to report symptoms
and get home water tested. (Refused)

Nastasia and DF's physicians recommend the
Exceptional Family Member Program (EMFP) process

**DEC 9** — DOH reports diesel levels over 2x limit in
Aiea-Hawala shaft



**DEC 10** — DOH reports petroleum levels 350x limit at Red Hill shaft

DEC 15 — Mandatory hotel checkout. Not given new hotel and had to return home

DEC 16 — Freemans check into Sheraton. KF suffers acute symptoms

DEC 20 — Navy begins flushing water system

DEC 23 — Nastasia files Congressional Inquiry to support transfer

# 2022



JAN 4 — Dr. Blattner reports that Nastasia is having daily seizures, persistent cognitive challenges with memory and language difficulties significant enough to interfere with work

JAN 5 — Dr. Blattner recommends Early Return of Dependents and prohibits Nastasia from driving

JAN 11 — Early Return of Dependents approved

JAN 14 — EMFP letter issued for Nastasia

JAN 19 — Calls from SecNAV and Pentagon regarding Congressional Inquiry

JAN 20 — EMFP letter issued for DF

San Diego Military Housing denies Freeman application due to ERD



**JAN 21** — Freemans seek help from JBPHH Navy Housing Service Center, IG Virginia White, and US Pac Fleet commander regarding housing denial

**FEB 1** — Freemans leave HI and stay with Nastasia's parents in Rosamond CA until they can find housing

**FEB 22** — 3 samples detected a compound over screening level at Radford Terrace

**FEB 13** — Nastasia admitted to Mayo Hospital for neurological symptoms and blood in her urine

**MAR 1** — Navy mails notice of release of JP-5 to all users of water system

**MAR 18** — Freemans obtain housing

DOH announces clearance of all 19 zones on Navy Water System

**APR 7** — KF and NF start school after 2 months without for lack of residency

**APR 19** — DF admitted to hospital after losing consciousness Diagnosed with Vagal reaction

**MAY 18** — Navy posts corrected Do Not Use notice to website

**JUN 21** — Koda gets Reassignment for Humanitarian Reasons (HUMS) Orde

**JUL 25** — Nastasia admitted to Walter Reed in Bethesda, MD



| | |
|---|---|
| **JUL 27** | Nastasia diagnosed with vestibular dysfunction at Walter Reed |
| **AUG 15** | DF starts school with IEP |
| **AUG 18** | NF taken to Temecula Valley Hospital with fever and increased symptoms |
| **AUG 20** | NF admitted to hospital at Camp Pendleton due to pain and increased symptoms |
| **AUG 23** | NF receives Home Hospital School recommendation from Dr. Belknap |
| **SEPT 2** | Nastasia's psoriasis lesions have worsened and dermatologist prescribes Skyrizi |
| **SEPT 16** | Nastasia's prescription for Skirizi denied by Tricare |
| **SEPT 30** | Nastasia's ultrasound reveals enlarged thyroid (goiter) |
| **OCT 4** | KF received Home Hospital School recommendation from Dr. Belknap |
| **OCT 5** | Dr. Nunn removes DF autism diagnosis and finds that regressions in behavior and cognition are due to jet fuel exposure |
| **NOV 15** | KF taken to Loma Linda Children's Hospital |
| **NOV 18** | NF diagnosed with Amplified Muscular Pain Syndrome  by rheumatology |



**DEC 19** — NF admitted to hospital at Camp Pendleton for pain and increased symptoms

## 2023

**JAN 3** — Nastasia taken to Camp Pendleton ER for chest pain. Medicated by Camp Pendleton and discharged

Nastasia collapses at home
Taken by ambulance to Temecula Valley Hospital
Determined that Camp Pendleton overdosed Nastasia

**JAN 19** — Nastasia diagnosed with Petroleum Product Toxicity by Dr. Belknap and referred to Mayo Clinic in Rochester

**JAN 30** — DF experiences seizure-like symptoms at school, including blank stare and eyes fluttering

**FEB 15** — NF endoscopy and colonoscopy procedures
KF endoscopy procedure reveals acute and chronic duodenitis, chronic gastritis and active reflux esophagitis

**MAR 1** — DF experiences more seizure-like symptoms at school including eyes rolling up and confusion

**MAR 3** — Nastasia diagnosed with Palmoplantar Pustulosis

**MAR 14** — NF diagnosed with migraines

DF diagnosed with Developmental Regression and Transient Alternation of Awareness with Presumed Absence of Seizures



**APR 28** — Nastasia's psoriasis is uncontrolled and dermatologist places another referral for Skyrizi

**MAY** — Skyrizi denied by Tricare

**MAY 12** — Nastasia diagnosed with focal aware seizures

**JUN 3** — DF develops bilateral hand tremor

**JUN 6** — KF undergoes vestibular testing.
Ocular motor tests are abnormal.

**OCT 17** — Nastasia's psoriasis remains uncontrolled
Dermatologist gives NF samples of Skyrizi in clinic
since Tricare will not cover

Nastasia's psoriasis lesions begin to improve
on Skyrizi

## 2024

**JAN 9** — DHA announces independent medical registry

**JAN 31** — DHA releases provider letter with recommendations
for ongoing symptoms

**APR** — Long-term symptoms continue:

NASTASIA:
Brain fog, focal aware seizures, headaches, vision
changes, a vestibular disorder, nausea, a non-psoriatic rash
on her arms and legs, a worsening of her psoriasis,
abnormal/irregular menstrual cycles, thyroid abnormalities,
and goiter.

N.F.
Shortness of breath and cough; severe muscle/bone pain;
headaches and tinnitus, and continues to experience

abdominal pain, nausea, vomiting, diarrhea, abnormal thyroid tests.

**APR** ■ Long-term symptoms continue:

K.F.:
Persistent abdominal pain, nausea, vomiting, diarrhea, cough, intermittent wheezing, migraines, muscle aches, weakness, and vestibular abnormalities.

D.F.:
A tremor, abdominal pain, vomiting, diarrhea and absence seizures.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

*/s/ Kristina Baehr*
Kristina Baehr