# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 22-00397 LEK-KJM |
| CASE NAME: | Patrick Feindt, Jr. vs. United States of America |
| JUDGE: Leslie E. Kobayashi | DATE: 4/16/2024 |

COURT ACTION:  EO: COURT ORDER SETTING BRIEFING SCHEDULE

Plaintiffs Kevin Aubart, Richelle Dietz, Patrick Feindt, Jr, Nastasia Freeman, Sheena Jessup, Elizabeth Witt; filed Dkt. [439]; a Motion for Leave to File Motion to Present Live Direct Testimony of Witness.

Court sets the following Expedited Motion hearing and briefing schedule:
Opposition memorandum due: **4/18/2024.**
Reply memorandum due: **4/19/2024.**

A Motion hearing on Plaintiffs [439] Motion is set for: **4/22/2024 at 11:00 AM** by video teleconference ("VTC") before Judge Leslie E. Kobayashi.

Submitted by: Agalelei Elkington, Courtroom Manager