UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

## Request for Media Blogging

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: Feindt, et al v. USA         Case No.: 1:22-cv-00397-LEK-KJM

Presiding District or Magistrate Judge: Kobayashi

Media Outlet: Civil Beat

Representative(s): Christina Jedra

Email Address To Send Completed Request Form: CJEDRA@CIVILBEAT.ORG

☐ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 4/17/2024 | 11 a.m. | Pretrial conference |
| | | |
| | | |
| | | |
| | | |

DATED: 4/17/2024      SIGNATURE: *Christina Jedra*

PRINTED NAME: Christina Jedra

IT IS SO ORDERED.

✓ APPROVED    ☐ APPROVED AS MODIFIED    ☐ DENIED

DATED: April 17, 2024      *Leslie E. Kobayashi*