# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 22-00397 LEK-KJM |
| CASE NAME: | Patrick Feindt, Jr., vs. United States of America |
| ATTYS FOR PLA: | Lyle Hosoda<br>Frederick Baker<br>Kristina Baehr<br>Cynthia Solomon<br>James Baehr |
| ATTYS FOR DEFT: | Lucas White<br>Caroline Stanton |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 4/22/2024 | TIME: | 11:00AM - 11:20 AM |

COURT ACTION: EP: [439] MOTION to Present Live Direct Testimony of Witness held by video teleconference ("VTC")

Parties for both sides present by VTC.

Court hears argument from counsel: James Baehr
                                                 Lucas White

The matter is taken under submission, Order to issue.

Court sets a further status conference on 4/24/2024 at 9:00 AM by VTC before JUDGE LESLIE E. KOBAYASHI.

Submitted by: Agalelei Elkington, Courtroom Manager