# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 22-00397 LEK-KJM |
| CASE NAME: | Patrick Feindt Jr., et al., vs. United States of America |
| ATTYS FOR PLA: | Lyle S. Hosoda<br>Frederick C. Baker<br>James Baehr<br>Kristina Baehr<br>Kristen Hermiz |
| ATTYS FOR DEFT: | Eric A. Rey<br>Anna Ellison<br>Caroline Stanton<br>Lucas R. White<br>Alanna Horan<br>Rosemary C. Yogiaveetil |
| PARALEGALS FOR DEFT: | William Moulec |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 4/30/2024 | TIME: | 8:30 AM - 4:00 PM |

COURT ACTION:  EP: Non Jury Trial (Day 2) held.

Plaintiff and Defendant representatives for both sides present.

Plaintiffs Witness sworn & testified:
**Patrick Feindt Jr.**, Re-direct continued from 4/29/2024.
**Joseph Hughes**, (direct testimony by declaration), Cross Examination, re-direct.
**Paul Rosenfeld**, (direct testimony by declaration), Cross Examination, re-direct.
**Sheena Jessup**, (direct testimony by declaration), Cross Examination, re-direct.
**Beau Jessup**, (direct testimony by declaration), Cross Examination, re-direct.
**Elizabeth Witt**, (direct testimony by declaration), Cross Examination, re-direct.

**ADMITTED EXHBITS:** PX-1284(stipulated), PX-1057(stipulated), PX-1063(stipulated), PX-1058(stipulated), PX-2264 (stipulated), PX-2410, DX-3032, DX-3051, DX-3245, DX-3246, JX-0002, JX-0044.

Further Non Jury Trial Day 3 set for Wednesday 5/1/2024 at 9:00 AM before Judge Leslie E. Kobayashi.

Submitted by: Agalelei Elkington, Courtroom Manager