LYLE S. HOSODA             3964-0
KOURTNEY H. WONG           10827-0
SPENCER J. LAU             11105-0
HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone:   (808) 524-3700
Facsimile:   (808) 524-3838
Email: lsh@hosodalaw.com
khw@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR          *Pro Hac Vice*
JAMES BAEHR                *Pro Hac Vice*
MARY M. NEUSEL             *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Email: kristina@well.law; jim@well.law; maggie@well.law

FREDERICK C. BAKER         *Pro Hac Vice*
JAMES W. LEDLIE            *Pro Hac Vice*
KRISTEN HERMIZ             *Pro Hac Vice*
CYNTHIA A. SOLOMON         *Pro Hac Vice*
SARA O. COUCH              *Pro Hac Vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com

*Attorneys for the Plaintiffs*

*(case caption continued on next page)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:22-cv-397-LEK-KJM<br>(FEDERAL TORT CLAIMS ACT)<br><br>**ORDER GRANTING ADMISSION OF PLAINTIFFS' EXHIBITS**<br><br>TRIAL DATE: April 29, 2024<br>JUDGE: Hon. Leslie Kobayashi |
| JESSICA WHALEY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:23-cv-457<br>(FEDERAL TORT CLAIMS ACT)<br><br><br><br>TRIAL DATE: May 12, 2025<br>JUDGE: Hon. Leslie E. Kobayashi |
| JACLYN HUGHES, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:24-cv-00059<br>(FEDERAL TORT CLAIMS ACT)<br><br><br><br>TRIAL DATE: Not Set<br>JUDGE: Hon. Leslie E. Kobayashi |

**ORDER GRANTING ADMISSION OF PLAINTIFFS' EXHIBITS**

Consistent with the Court's directive (ECF 550), Plaintiffs file a list of the following exhibits for admission:

| PLs EX. NO. | EXHIBIT DESCRIPTION |
|---|---|
| PX-1179 | Red Hill in Focus Webinar Series: Drinking Water Update for Red Hill, EPA and State of Hawaii Dept. of Health Presentation, dated Apr. 20, 2023 |
| PX-1180 | Red Hill in Focus Webinar Series: Public Health Activities related to Red Hill, EPA and State of Hawaii Dept. of Health Presentation, dated Jan. 12, 2023 |
| PX-1198 | ATSDR Navy Water Contamination Survey Results Flyer, Updated May 6, 2022 [Felton Dep. Ex. 11] |
| PX-1236 | Exposure Assessment: November 2021 Release of JP-5 Jet Fuel into the Joint Base Pearl Harbor-Hickam Drinking Water System, R. Brewer, Hazard Evaluation and Emergency Response, Hawaii Dept. of Health, dated Jun. 2023 [Eng Dep. Ex. 18; Mitchell Dep. Ex. 6] |
| PX-1271 | Navy Water Contamination Follow-Up Survey Results, Updated Nov. 8, 2022; health.hawaii.gov/redhill [Felton Dep. Ex. 14] |
| PX-1479 | Exposure Assessment: November 2021 Release of JP-5 Jet Fuel into the Joint Base Pearl Harbor Hickam Drinking Water System, R. Brewer, dated Aug. 7, 2023 [ Brewer Dep. Ex. 6; Felton Dep. Ex. 9] |
| PX-1480 | Exposure Assessment: November 2021 Release of JP-5 Jet Fuel into the Joint Base Pearl Harbor Hickam and Connected Drinking Water System, R. Brewer, Hawaii Dept. of Health, dated Jun. 2023, updated Oct. 2, 2023 |
| PX-1497 | State of Hawaii Department of Health Subject: Estimates of Contaminant Types and Concentration in Joint Base Pearl Harbor Hickam Drinking Water System Following November 2021 Release of Jet Fuel from Red Hill Fuel Facility, dated Feb. 2, 2023 [Felton Dep. Ex. 8; Brewer Dep. Ex. 4] |
| PX-1583 | Self-Reported Health Symptom Following Petroleum Contamination of a Drinking Water System - Oahu, Hawaii, Nov. 2021 - Feb. 2022, A.N. Troeschel, et al., Morbidity and Mortality Weekly Report, Vol. 71, No. 21, US Dept. of Health and Human Services/Centers for Disease Control and Prevention (May 27, 2022) [Felton Dep. Ex. 12] |

It is hereby ORDERED that the Exhibits are Admitted.

IT IS SO ORDERED.

DATED: May 8, 2024, at Honolulu, Hawaii.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

*Feindt v. United States,* Civ. No. 22-cv-00397-LEK-KJM, "Order Granting Admission of Plaintiffs' Exhibits."