# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 22-00397 LEK-KJM |
| CASE NAME: | Patrick Feindt Jr., et al., vs. United States of America |
| ATTYS FOR PLA: | Lyle S. Hosoda<br>Frederick C. Baker<br>James Baehr<br>Kristina Baehr |
| ATTYS FOR DEFT: | Eric A. Rey<br>Caroline Stanton<br>Rosemary C. Yogiaveetil<br>Alanna Horan<br>Anna Ellison |
| PARALEGALS FOR DEFT: | William Moulec |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 5/10/2024 | TIME: | 9:00 AM - 9:55 AM |

COURT ACTION:   EP: Non Jury Trial (Day 9) held.

Plaintiff and Defendant representatives for both sides present.

Defense Witness, plaintiffs waive cross examination.
**Michael Kosnett**, (direct testimony received by declaration).
**Richard Ruck,** (direct testimony received by declaration).
**Erick West,** (direct testimony received by declaration).

**ADMITTED EXHIBITS:** DX-3177, DX-3178, DX-3180, DX-3181, DX-3184, DX-3188, DX-3189, DX-3194, DX-3196.

Parties address the Court regarding proposed post-trial briefing schedule. Court to provide parties with a proposed briefing schedule. Parties are directed to review and provide feedback to the proposed briefing schedule.

Further Non-Jury Trial, Day 10 set for 5/13/2024 at 9:00 AM in Aha Nonoi before Judge Leslie E. Kobayashi.

Submitted by: Nikki Long, Courtroom Manager