ELLIOT ENOKI #1528
Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States, Acting
under Authority Conferred by 28 U.S.C. § 515
SYDNEY SPECTOR #11232
Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
KENNETH HAYWOOD, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 598-3650
Fax: (202) 616-4473
Email: kenneth.a.haywood@usdoj.gov

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR. et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM<br><br>ORDER GRANTING UNITED STATES' MOTION TO SEAL PORTIONS OF TRIAL EXHIBITS NOS. PX-1190, PX-1467, PX-1468, AND PX-1622<br><br>TRIAL DATE: April 29, 2024<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Leslie E. Kobayashi |

## ORDER

This matter comes before the Court on the United States' Motion to Seal Portions of Trial Exhibits Nos. PX-1190, PX-1467, PX-1468, and PX-1622. Upon consideration of the Motion, and the entire record of this case, it is hereby ORDERED that the Motion is GRANTED.

IT IS SO ORDERED.

DATED: May 14, 2024, at Honolulu, Hawaii.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

*Feindt v. United States*, Civ. No. 22-cv-00397-LEK-KJM; "ORDER GRANTING UNITED STATES' MOTION TO SEAL PORTIONS OF TRIAL EXHIBITS NOS. PX-1190, PX-1467, PX-1468, AND PX-1622"