ELLIOT ENOKI #1528
Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States, Acting
under Authority Conferred by 28 U.S.C. § 515
SYDNEY SPECTOR #11232
Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
ERIC REY, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 616-4224
Fax: (202) 616-4473
Email: eric.a.rey@usdoj.gov

*Attorneys for the United States of America*

| | |
|---|---|
| LYLE S. HOSODA | 3964-0 |
| KOURTNEY H. WONG | 10827-0 |
| SPENCER J. LAU | 11105-0 |

*Hosoda Law Group, AAL, ALC*
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone:   (808) 524-3700
Facsimile:    (808) 524-3838
Email: lsh@hosodalaw.com; khw@hosodalaw.com; sjl@hosodalaw.com

| | |
|---|---|
| KRISTINA S. BAEHR | *Pro Hac Vice* |
| JAMES BAEHR | *Pro Hac Vice* |
| MARY M. NEUSEL | *Pro Hac Vice* |

JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 693-8029
Email: kristina@well.law; jim@well.law; maggie@well.law

| | |
|---|---|
| FREDERICK C. BAKER | *Pro Hac Vice* |
| JAMES W. LEDLIE | *Pro Hac Vice* |
| KRISTEN HERMIZ | *Pro Hac Vice* |
| CYNTHIA A. SOLOMON | *Pro Hac Vice* |
| SARA O. COUCH | *Pro Hac Vice* |

MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM<br><br>PARTIES' JOINT SUBMISSION ON USING RESULTS OF THE FEINDT BELLWETHER TRIAL TO RESOLVE REMAINING CASES |
| JESSICA WHALEY, et al.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 23-cv-00457- LEK-KJM |

2

| | |
|---|---|
| JACLYN HUGHES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 24-cv-00059-LEK-KJM |

**JOINT SUBMISSION ON USING THE RESULTS OF THE FEINDT BELLWETHER TRIAL TO RESOLVE REMAINING CASES**

The parties hereby file a joint submission in response to the Court's request for a joint report "for how to use the results of the [] bellwether trial beginning on April 29, 2024 to resolve—through settlement or alternative means of expedited resolution—as many remaining cases as possible." ECF No. 413 at 9. The parties have met and conferred and agree to the following as to *Feindt v. United States*, 22-cv-00397-LEK-KJM, *Whaley v. United States*, 23-cv-00457-LEK-KJM, and *Hughes v. United States*, 24-cv-00059-LEK-KJM:

1. The Court's rulings in the April 29, 2024 bellwether trial ("Feindt Bellwether Trial"), including its valuation of each of the 17 bellwethers' damages, will be incredibly valuable to resolving the remaining cases.

2. To enable the parties to apply these forthcoming rulings to additional Plaintiffs, Plaintiffs' counsel will prepare a census that includes for each of its clients the following information in spreadsheet form to assist the parties

3

in assessing the remaining Plaintiffs' claims. The below list is preliminary, and the parties may also agree to add additional categories in light of the Court's ruling as to the *Feindt* Bellwether Trial as described in Paragraph 18 of the Court's January 2024 Trial Procedures ("Ruling") (if the parties are unable to reach agreement on additional categories, they may submit their dispute to Judge Mansfield for resolution under Local Rule 37.1):

    a. Name

    b. Date of birth

    c. Social Security Number

    d. Address(es) on the JBPHH water system from May 1, 2021 to March 18, 2022

    e. Whether resided on O'ahu from May 1, 2021 to March 18, 2022

    f. Whether they were residing at their home from November 20, 2021 through December 31, 2021, or any dates of non-residence during that time (i.e., travel)

    g. Whether Plaintiff was an active duty servicemember from May 1, 2021, to December 1, 2021

3. Plaintiffs' counsel will provide this census to counsel for the United States within 60 days of the Court's Ruling.

4. Within 60 days of the United States receiving the completed census per Paragraphs 2 and 3, the parties shall exchange proposals for resolving as many of the remaining claims across the *Feindt*, *Hughes*, and *Whaley* cases as possible.

5. Within 75 days of entry of this order, Plaintiffs' counsel will amend the operative complaints to add their additional clients whose administrative claims were filed more than 6 months ago and, therefore, are eligible for suit.

6. Upon entry of this order, counsel for the United States will recommend to the Navy that the Navy deny the remaining administrative claims filed by Plaintiffs' counsel so that those additional claimants may also be added to the operative complaints.

7. Within 30 days of the exchange set forth in Paragraph 4, the parties will conduct an in-person settlement meeting to work on resolving as many of the remaining cases as possible.

8. Within 14 days of the in-person settlement meeting, the parties shall submit to Magistrate Judge Mansfield a joint status report regarding their progress and proposed next steps, including when the parties believe that a settlement conference with Magistrate Judge Mansfield would be productive.

DATED: May 16, 2024

/s/ Kristina Baehr (with permission            /s/ Eric Rey
KRISTINA BAEHR                                  ERIC REY
Attorney for Plaintiffs                         Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that, on May 16, 2024, a true and correct copy of the foregoing and Proposed Order was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

*/s/ Eric Rey*
Eric Rey