# EXHIBIT 1

| **Nastasia Freeman Damages Chart** | |
|---|---|
| **Pain & Suffering (Past)**<br><br>$400,000 | **Acute symptoms**: Vomiting, rash, seizures, insomnia, migraines, headaches, visual changes, abdominal pain, nausea, diarrhea, memory loss, skin rashes, brain fog, teeth and gum issues, exacerbation of psoriasis, menstrual irregularities, runny nose, coughing, red and irritated eyes, numbness and tingling of the hands and face, loss of balance, and cognitive difficulties. (N. Freeman Am. Decl. (ECF 572) at ¶¶7-8, 32, 35, 39; Bird Decl. (ECF 491-1) at ¶96(q); Andruska Decl. (ECF 364) at ¶29, 47-48, 80-82, 84-85; N. Freeman, 4/29/24 Tx. at 132:23-133:16; K. Freeman, 4/30/24 Tx. at 157:16-23; PX-2244 (Facebook Post); PX-2255_0017, PX-2255_1173 (Medical Composite); PX-1053 (Photographs of Psoriasis); PX-1053A (Photographs of Ambulance))<br><br>**Resurgence of seizure disorder** (N. Freeman Am. Decl. (ECF 572) at ¶¶32, 35, 39, 40; Storage Decl. (ECF 387) at ¶¶15-16, 28-44; Bird Decl. (ECF 491-1) at ¶96(q); Andruska Decl. (ECF 364) at ¶¶49, 50, 88, 89; N. Freeman, 4/29/24 Tx. at 135:16-136:23, 138:3-23; K. Freeman, 4/29/24 Tx. at 158:9-160:25; PX-2255_1491 (Medical Composite))<br><br>**Vestibular dysfunction** (Andruska Decl. (ECF 364) at ¶¶55, 64, 67; Andruska, 5/3/24 Tx. at 132:8-17, 139:6-141:4, 145:19-146:3)<br><br>**Long-term neurological symptoms**: seizures, headaches, dizziness, confusion, memory problems, brain fog, attention and concentration deficits, symptoms consistent with PTSD, gait disturbances, and major depression. (Andruska Decl. (ECF 364) at ¶¶28-30, 80-82, 84-85, 95, 96; Storage Decl. (ECF 387) at ¶¶14-16, 28-44; Andruska, 5/3/24 Tx. at 124:8-12, 127:5-15)<br><br>**Long-term cognitive challenges**: memory lapses, confusion, and word-finding. (Andruska Decl. (ECF 364) at ¶77, 78; Storage Decl. (ECF 387) at ¶42) |
| **Pain & Suffering (Future)**<br><br>$200,000 | **Ongoing neurological symptoms**: seizures, headaches, dizziness, confusion, memory problems, brain fog, attention and concentration deficits, symptoms consistent with PTSD, gait disturbances, and major depression. (Andruska Decl. (ECF 364) at ¶¶28-30, 80-82, 84-85, 95-96; Storage Decl. (ECF 387) at ¶¶14-16, 28-44; Andruska, 5/3/24 Tx. at 124:8-12, 127:5-15)<br><br>**Vestibular dysfunction** (Andruska Decl. (ECF 364) at ¶¶55, 64, 67; Andruska, 5/3/24 Tx. at 132:8-17, 139:6 -141:4, 145:19-146:3)<br><br>**Ongoing cognitive challenges**: memory lapses, confusion, and word-finding. (Andruska Decl. (ECF 364) at ¶77, 78; Storage Decl. (ECF 387) at ¶42) |
| **Impairment (Brain Injury)**<br><br>$100,000 | **Brain injury** (Storage Decl. (ECF 387) at ¶¶10-11)<br><br>**Vestibular dysfunction** (Andruska Decl. (ECF 364) at ¶¶55, 64, 67; Andruska, 5/3/24 Tx. at 132:8-17, 139:6-141:4, 145:19-146:3) |

| **Nastasia Freeman Damages Chart** | |
|---|---|
| **Mental Anguish**<br><br>$250,000 | **Emotional distress** following the fuel release. (Andruska Decl. (ECF 364) at ¶¶88-89; Vargo Decl. (ECF 388) at ¶¶55(d) and 56(d); Canter Dep. (ECF 400-4) at 126:25-128:2; Smith, 5/13/24 Tx. at 25:19-28:2, 29:17-30:9)<br><br>**Fear of death / health** (N. Freeman, 4/29/24 Tx. at 150:1-6, K. Freeman, 4/29/24 Tx. at 160:4-19, 24-25; N. Freeman Am. Decl. (ECF 572) at ¶43)<br><br>**Fear of water** (N. Freeman Am. Decl. (ECF 572) at ¶¶101-102)<br><br>**Betrayal** (N. Freeman Am. Decl. (ECF 572) at ¶¶104, 109, 115)<br><br>**Fear for children** (N. Freeman Am. Decl. (ECF 572) at ¶¶64-65, 88-89, 103, 106-107; N. Freeman, 4/29/24 Tx. at 148:18-151:5)<br><br>**Fear for dogs** (N. Freeman, 4/29/24 Tx. at 133:17-20)<br><br>**PTSD and generalized anxiety disorder** – repeated, disturbing memories, distressing dreams, dissociative reactions, avoidance behaviors, persistent negative beliefs, persistent anger and guilt, detachment from others, sleep difficulties, and irritability. (Vargo Decl. (ECF 388) at ¶¶55(d) and 56(d)) |
| **Loss of Enjoyment of Life & Disruption**<br><br>$150,000 | **Disruption living at hotel / exhausting commute** between hotels and home during water crisis due to the unlivability of their home. The constant commuting caused stress. (N. Freeman Am. Decl. (ECF 572) at ¶¶25-29)<br><br>**Struggled with basic activities** of living due to her brain fog and cognitive difficulties. (K. Freeman, 4/29/24 Tx. at 159:19-24)<br><br>**Moved off-island** after delay and reprisal. Lived as a family in relatives' one room before they moved again to their own home. (N. Freeman Am. Decl. (ECF 572) at ¶¶43-44, 47-54; N. Freeman, 4/29/24 Tx. at 142:16-25)<br><br>**Ability to work suffered** (N. Freeman Am. Decl. (ECF 572) at ¶73) |
| **Lost Wages**<br><br>$69,731 | **Her practice** as a licensed therapist has not recovered since December 2021 from fuel leak. (N. Freeman Am. Decl. (ECF 572) at ¶80-82)<br><br>Garret Hoe calculated lost earnings. (Hoe Decl. (ECF 545) at ¶¶77-79, 86)<br><br>Erick West calculated her lost earnings for this period to be in the range of $52,219 to $69,731. (West Decl. (ECF 563-1) at ¶3) |
| **Therapy**<br><br>$57,752.02 | **Dr. Vargo recommended** initial psychiatric diagnostic evaluation, exposure therapy twice a week for six months, cognitive behavioral therapy once a week for six months, and twenty-four therapy sessions in her lifetime for treatment of triggers related to the Red Hill incident. (Vargo Decl. (ECF 388) at ¶65); Canter Dep. (ECF 400-4) at 126:25-128:2 (recommending therapy for all Plaintiffs))<br><br>**Margot Burns costed** out these recommendations and Garret Hoe calculated the present value at $57,752.02. (Burns Decl. (ECF 524) at ¶¶298-299; Hoe Decl. (ECF 545) at ¶¶39-40) |

| N.F. Damages Chart ||
|---|---|
| **Pain & Suffering**<br><br>$75,000 | **Acute symptoms**: Vomiting, stomach pain, nausea, diarrhea, red eyes, headaches, cough with wheezing, tinnitus, body and bone pain. (N. Freeman Am. Decl. (ECF 572) at ¶7-9; Bird Decl. (ECF 491-1) at ¶96(p) and 121; K. Freeman, 4/29/24 Tx. at 157:16-23, 158:6-8; N. Freeman, 4/29/24 Tx. at 133:21-134:7; PX-2244 (Facebook Post); PX-2256_0017 (Medical Composite)) |
| **Mental Anguish**<br><br>$100,000 | **Emotional distress** following the fuel release (K. Freeman Decl. (ECF 401) at ¶¶8-14; Canter Dep. (ECF 400-4) at 126:25-128:2; Smith, 5/13/24 Tx. at 25:19-28:2, 29:17-30:9)<br><br>**Betrayal/mistrust** (N. Freeman Am. Decl. (ECF 572) at ¶¶109, 115)<br><br>**Fear of cancer** (K. Freeman, 4/29/24 Tx. at 166:6-15)<br><br>**Depression and social isolation,** rarely leaves home and limited peer interaction is through online video games. (Clark Decl. (ECF 366) at ¶¶49-56)<br><br>**High risk** of developing a psychiatric mood disorder (Clark Decl. (ECF 366) at ¶¶49-56)<br><br>**Fear for his mother** and her health (K. Freeman 4/30/24 Tx. at 165:10-15) |
| **Loss of Enjoyment of Life & Disruption**<br><br>$75,000 | **Disruption living at hotel / exhausting commute** between hotels and home during water crisis (N. Freeman Am. Decl. (ECF 572) at ¶¶25-29)<br><br>**Moved off-island** to his relatives' one room, and then again to his new house. He lost his peer community in Hawaiʻi. (N. Freeman Am. Decl. (ECF 572) at ¶¶43-44, 47-54; N. Freeman, 4/29/24 Tx. at 142:16-25; Clark Decl. (ECF 366) at ¶¶51-52)<br><br>**Suffering academically and socially** in home hospital school program. (N. Freeman Am Decl. (ECF 572) at ¶¶89, 103; Clark Decl. (ECF 366) at ¶¶49-52) |
| **Therapy**<br><br>$20,009.50 | **Dr. Clark recommended** an initial psychological evaluation, forty-eight sessions of individual therapy for treatment of depressed mood and general support, and three hours a week of tutoring over sixty weeks for educational catchup. (Clark Decl. (ECF 366) at ¶94; Canter Dep. (ECF 400-4) at 126:25-128:2)<br><br>**Margot Burns costed** out the recommendations and Garret Hoe then calculated the present value of the recommended care and related services in the amount of $20,009.50 (Burns Decl. (ECF 524) at ¶¶319, 322; Hoe Decl. (ECF 545) at ¶¶41-42) |

| K.F. Damages Chart | |
|---|---|
| **Pain & Suffering**<br><br>$75,000 | **Acute symptoms**: Vomiting, stomach pain, nausea, diarrhea, red eyes, headaches, cough, rash, burning in throat, and loss of pigment in his skin. (N. Freeman Am. Decl. (ECF 572) at ¶¶7-9; Bird Decl. (ECF 491-1) at ¶¶96(o) and 120(d); K. Freeman, 4/29/24 Tx. at 157:16-158:5; N. Freeman, 4/29/24 Tx. at 133:21-134:7; PX-2244 (Facebook Post); PX-2257_0002 (Medical Composite); PX-2245 (Photographs in Hospital)) |
| **Mental Anguish**<br><br>$100,000 | **Emotional distress** following the fuel release (K. Freeman Decl. (ECF 401) ¶¶8-14; Canter Dep. (ECF 400-4) at 126:25-128:2; Smith, 5/13/24 Tx. at 25:19-28:2, 29:17-30:9)<br><br>**Increased anxiety** about health and constant medical testing. Fear of cancer. (N. Freeman Am. Decl. (ECF 572) at ¶¶58, 106; Clark Decl. (ECF 366) at ¶¶56-63; K. Freeman, 4/30/24 Tx. at 166:15-23)<br><br>**Social isolation** in home hospital program (N. Freeman Am. Decl. (ECF 572) at ¶¶89, 103; Clark Decl. (ECF 366) at ¶57)<br><br>**Betrayal/mistrust** (N. Freeman Am. Decl. (ECF 572) at ¶¶109 and 115; K. Freeman Decl. (ECF 401) at ¶¶8-14)<br><br>**High risk** of developing a psychiatric disorder and of failing to achieve expected developmental milestones. (Clark Decl. (ECF 366) at ¶63)<br><br>**Met criteria for Other Specified Trauma and Stressor Related Disorder** (Clark Decl. (ECF 366) at ¶63)<br><br>**Fear for his mother** and her health (K. Freeman 4/30/24 Tx. at 165:10-15) |
| **Loss of Enjoyment of Life & Disruption**<br><br>$75,000 | **Disruption living at hotel / exhausting commute** between hotels and home during water crisis (N. Freeman Am. Decl. (ECF 572) at ¶¶25-29)<br><br>**Moved off-island** to his relatives' one room, and then again to his new house. He lost his peer community in Hawaiʻi. (N. Freeman Am. Decl. (ECF 572) at ¶¶53-54)<br><br>**Lost normal school life** due to home hospital program (N. Freeman Am. Decl. (ECF 572) at ¶89)<br><br>**Lost ability to play soccer**, removing physical activity and social interaction from his life and a primary vehicle for his psychological development. (Clark Decl. (ECF 366) at ¶¶57-63)<br><br>**Limited social activities** and social contact, need for assistance and support with daily tasks. (N. Freeman Am. Decl. (ECF 572) at ¶73) |

| K.F. Damages Chart | |
|---|---|
| **Therapy**<br><br>$20,009.50 | **Dr. Clark recommended** an initial psychological evaluation, forty-eight sessions of individual therapy for treatment of anxiety and general support, and three hours a week of tutoring over 60 weeks for educational catch-up. (Clark Decl. (ECF 366) at ¶95); Canter Dep. (ECF 400-4) at 126:25-128:2)<br><br>**Margot Burns costed** out the recommendations and Garret Hoe calculated the present value of the recommended care and related services in the amount of $20,009.50. (Burns Decl. (ECF 524) at ¶¶354, 356; Hoe Decl. (ECF 545) at ¶¶37 and 38) |

| D.F. Damages Chart | |
|---|---|
| **Pain & Suffering**<br><br>$75,000 | **Acute symptoms**: stomach pain, nausea, diarrhea, vomiting, red eyes, headaches, and rash. (N. Freeman Am Decl. (ECF 572) at ¶¶8-9; Bird Decl. (ECF 491-1) at ¶96(n) and ¶119; Clark Decl. (ECF 366) at ¶68; N. Freeman, 4/29/24 Tx. at 133:21-134:7; PX-2244 (Facebook Post); PX-2258_0121 (Medical Composite); PX-2242 (Photograph in Hospital); PX-2246 (Photograph of Vomiting in Car))<br><br>**Tremors** (N. Freeman, 4/29/24 Tx. at 146:21-25, 147:1; K. Freeman, 4/29/24, 166:24-167:5) |
| **Mental Anguish**<br><br>$100,000 | **Emotional distress** following the fuel release. (K. Freeman Decl. (ECF 401) ¶¶8-14; Canter Dep. (ECF 400-4) at 126:25-128:2; Smith, 5/13/24 Tx. at 25:19-28:2, 29:17-30:9)<br><br>**Developmental and speech regressions as <u>special needs</u>** (N. Freeman Am. Decl. (ECF 572) at ¶64-65; PX-2319_0078-0079 (IEP Psychoeducation Assessment Report); Clark Decl. (ECF 366) at ¶¶64-69)<br><br>**General withdrawal and lassitude** (Clark Decl. (ECF 366) at ¶68)<br><br>**Social isolation** (N. Freeman Am. Decl. (ECF 572) at ¶103)<br><br>**Fear that his condition will worsen** and difficulty adapting to change (N. Freeman Am. Decl. (ECF 572) at ¶¶103 and 105)<br><br>**Fear for his mother** and her health (K. Freeman 4/30/24 Tx. at 165:10-15) |
| **Loss of Enjoyment of Life & Disruption**<br><br>$150,000 | **Disruption living at hotel / exhausting commute** between the hotel and school / home. D.F. had to drive with his mother so she could conduct her therapy appointments. (N. Freeman Am Decl. (ECF 572) at ¶¶25-29)<br><br>**Moved off-island** to his relatives' one room, and then again to his new house. (N. Freeman Am Decl. (ECF 572) at ¶¶43-44, 47-54; N. Freeman, 4/29/24 Tx. at 142:16-25)<br><br>**Lost normal school life** due to home hospital program (N. Freeman Am Decl. (ECF 572) at ¶88) |

| Patrick Feindt Damages Chart | |
|---|---|
| **Pain & Suffering**<br><br>$200,000 | **Acute symptoms**: Diarrhea, nausea, vomiting, headaches, migraines, stomach contractions, coughing, burning in nose and mouth, muscle pain, brain fog, short-term memory loss, extreme malaise, and alteration in mood (P. Feindt, Jr., Decl. (ECF 392) at ¶¶16, 25, 73; A. Feindt Decl. (ECF 393) ¶35, 71; Bird Decl. (ECF 491-1) at ¶96(f))<br><br>**Severe migraine and vomiting** on Dec. 11, 2021, leading to hospital visit (P. Feindt, Jr., 4/29/24 Tx, 228:21-229:3, 229:18-25; A. Feindt, 4/29/24 Tx, 92:2-10; PX-2252_0034-35 (Medical Composite))<br><br>**Severe gastrointestinal issues** (P. Feindt, Jr. Decl. (ECF 392) at ¶¶74-79; P. Feindt, Jr., 4/30/24 Tx. at 20:11-20) |
| **Mental Anguish**<br><br>$250,000 | **Emotional distress** following the fuel release. (Canter Dep. (ECF 400-4) at 126:25-128:2; Smith, 5/13/24 Tx. at 25:19-28:2, 29:17-30:9)<br><br>**Emotional and psychological difficulties**, including embarrassment, humiliation, and depression. (P. Feindt, Jr., Decl. (ECF 392) ¶99)<br><br>**PTSD** symptoms, including repeated, disturbing memories, distressing dreams, dissociative reactions, avoidance behaviors, irritable behavior, depression, and hopelessness. (Vargo Decl. (ECF 388) at ¶55(c) and 56(c))<br><br>**Fear for family's health** (P. Feindt, Jr., 4/30/24 Tx. at 13:4-14, 29:12-15)<br><br>**Fear for emotional trauma of his children** (P. Feindt, Jr., Decl. (ECF 392) at ¶¶104 and 105)<br><br>**Worries about finances**. His wife plans to leave the service and he was fired because of this ordeal. (P. Feindt, Jr., Decl. (ECF 392) at ¶¶95, 99, 103)<br><br>**Marriage difficulties** from crisis negatively impacting his romance with his wife, Amanda. (P. Feindt, Jr., Decl. (ECF 392) at 108) |
| **Loss of Enjoyment of Life & Disruption**<br><br>$150,000 | **Constant moving** among hotels during water crisis. At one hotel, P.G.F. ran away, disturbing Mr. Feindt. (A. Feindt, 4/29/24 Tx. at 192:20-193:15; P. Feindt, Jr., Decl. (ECF 392) at ¶32; P. Feindt, Jr., 4/29/24 Tx. at 14:6-18)<br><br>**Move off-island** which took significant efforts and led to living apart from his wife in Virginia for months as she was assigned to a soldier recovery unit in Colorado. (A. Feindt, 4/29/24 Tx. at 197:6-11; P. Feindt, Jr., Decl. (ECF 392) at ¶¶58-59)<br><br>**Loss of normal family activities** – they went from riding bikes, enjoying playgrounds, and maximizing time with their kids as they were growing up to moving into multiple, cramped hotel rooms. (P. Feindt, Jr., 4/29/24 Tx. at 6:12-19) |

| Patrick Feindt Damages Chart | |
|---|---|
| | **Disruption to his life as a father** due to stress from frequent moves and disruption to children's routines (P. Feindt, Jr., Decl. (ECF 392) at ¶32; A. Feindt Decl. (ECF 393) at ¶30) |
| **Lost Wages** <br><br> $93,009 | At Roger Dunn Golf Hawaii, Mr. Feindt was earning a base salary of $65,000 and was on track for pay increases, projected to reach $105,000 by 2023. The jet fuel release impacted his health, forcing him to take a substantial leave from work, which resulted in lost commissions and his quarterly incentive. (P. Feindt, Jr., Decl. (ECF 392) at ¶¶88-89, 91-93) <br><br> The Government's expert accountant, Erick West, calculated Mr. Feindt's past and future wage loss for this period to be in the range of $74,822 to $93,009. (West Decl. (ECF 563) at ¶2) |
| **Therapy** <br><br> $10,168.08 | **Dr. Vargo recommended** a psychological evaluation, cognitive behavioral therapy once weekly for six months, and twenty-four therapy sessions in his lifetime for treatment of psychological triggers related to the Red Hill incident. (Vargo Decl. (ECF 388) at ¶64; Canter Dep. (ECF 400-4) at 126:25-128:2) <br><br> **Margot Burns** costed out the recommendations and Garret Hoe calculated the present value in the amount of $10,168.08. (Burns Decl. (ECF 524) at ¶¶88-89; Hoe Decl. (ECF 545) at ¶¶33-34) |

| P.G.F. Damages Chart | |
|---|---|
| **Pain & Suffering**<br><br>$75,000 | **Acute symptoms**: Diarrhea, nausea, vomiting, headaches, coughing, abdominal pain, behavioral and speech regression. (P. Feindt, Jr., Decl. (ECF 392) at ¶¶16, 30; A. Feindt Decl. (ECF 393) at ¶¶75-77; Bird Decl. (ECF 491-1) at ¶96(e); PX-2253_0005-0011 (Medical Composite))<br><br>**Emergency room visit** on Dec. 13, 2021 for severe diarrhea and vomiting. (P. Feindt, Jr., Decl. (ECF 392) at ¶30; P. Feindt, Jr., 4/30/24 Tx, 9:6-20; PX-2253_0047-0084 (Medical Composite); PX-1045 (Hospital Photograph)) |
| **Mental Anguish**<br><br>$150,000 | **Emotional distress** following the fuel release. (Canter Dep. (ECF 400-4) at 126:25-128:2; Smith, 5/13/24 Tx. at 25:19-28:2, 29:17-30:9)<br><br>**Increased behavioral issues and regression <u>(special needs)</u>** after exposure (A. Feindt 4/29/24 Tx. at 194:4-16; Clark Decl. (ECF 366) at ¶¶36-43)<br><br>**Fear of water and doctors** (A. Feindt Decl. (ECF 393) at ¶92, 97)<br><br>**PTSD symptoms** – increased aggression and volatility and refusal to drink water. (Clark Decl. (ECF 366) at ¶¶36-43)<br><br>**High risk** of further regression and of developing worsening anxiety and PTSD symptoms (Clark Decl. (ECF 366) at ¶¶36-43)<br><br>**Now attends trauma therapy** (P. Feindt, Jr., 4/30/24 Tx. at 28:14-15; PX-2253_0381 (Medical Composite); PX-2409 (Unicorn Drawing); P. Feindt, Jr., Decl. (ECF 392) at ¶¶104-105; A. Feindt Decl. (ECF 393) at ¶¶92, 94, 97) |
| **Loss of Enjoyment of Life & Disruption**<br><br>$150,000 | **Moved among seven hotels** and then off island in middle of school year. (A. Feindt, 4/29/24 Tx. at 192:20-193:15; P. Feindt, Jr., Decl. (ECF 392) at ¶32)<br><br>**Ongoing regression** in toilet training, language development, and behavior (A. Feindt Decl. (ECF 393) at ¶76; A. Feindt, 4/29/24 Tx. at 194:4-16)<br><br>**Carries water bottle around everywhere**, refuses to drink water at restaurants (A. Feindt Decl. (ECF 393) at ¶92; P. Feindt, Jr., Decl. (ECF 392) at ¶104)<br><br>**Loss of normal family activities** such as riding bikes and enjoying playgrounds. (P. Feindt, Jr., 4/29/24 Tx. 6:12-19)<br><br>**Separation from her father** for months at a pivotal developmental time in life. (P. Feindt, Jr., Decl. (ECF 392) at ¶58) |
| **Therapy**<br><br>$14,860.09 | **Dr. Clark recommended** an initial psychological evaluation for P.G.F., forty-eight sessions of individual therapy for treatment of anxiety, ADHD, and behavior support, and twenty-four sessions of parent-child interactive therapy (Clark Decl. (ECF 366) at ¶97); Canter Dep. (ECF 400-4) at 126:25-128:2)<br><br>**Margot Burns costed** out the recommendations and Garret Hoe calculated the present value in the amount of $14,860.09. (Burns Decl. (ECF 524) at ¶147, 149; Hoe Decl. (ECF 545) at ¶¶29-30) |

9

| P.R.F. (T.F.) Damages Chart | |
|---|---|
| **Pain & Suffering**<br><br>$75,000 | **Acute symptoms**: Diarrhea, nausea, vomiting, headaches, coughing with wheezing, anxiety, and fear (P. Feindt, Jr., Decl. (ECF 392) at ¶16; A. Feindt Decl. (ECF 393) at ¶78; Bird Decl. (ECF 491-1) at ¶96)<br><br>**Emergency room visit** for projectile vomiting on Dec. 11, 2021. (A. Feindt Decl. (ECF 393) at ¶35; Bird Decl. (ECF 491-1) at ¶112; A. Feindt, 4/29/24 Tx, 190:14-191:2; P. Feindt, Jr., 4/29/24 Tx, 229:4-17; PX-2254_0003-0004, 0010-0012 (Medical Composite)) |
| **Mental Anguish**<br><br>$75,000 | **Emotional distress** following the fuel release. (Canter Dep. (ECF 400-4) at 126:25-128:2; Smith, 5/13/24 Tx. at 25:19-28:2, 29:17-30:9)<br><br>**Difficulty adjusting** to life apart from his mother and sister and behavioral challenges at home and at day care. (Clark Decl. (ECF 366) at ¶47)<br><br>**Fear of doctors** (P. Feindt, Jr., Decl. (ECF 392) at ¶105; A. Feindt Decl. (ECF 393) at ¶97)<br><br>**Meets the criteria for Other Specified Trauma and Stressor Related Disorder** under the DSM-V. (Clark Decl. (ECF 366) at ¶¶45-47) |
| **Loss of Enjoyment of Life & Disruption**<br><br>$75,000 | **Moved between seven hotels** with his family. (P. Feindt, Jr., Decl. (ECF 392) at ¶32; A. Feindt, 4/29/24 Tx. at 192:20-193:15)<br><br>**Separation from his mother** and changing schools at a young age. (P. Feindt, Jr., Decl. (ECF 392) at ¶58-59; A. Feindt Decl. (ECF 393) at ¶55)<br><br>**Loss of normal family activities** – they went from riding bikes, enjoying playgrounds, and maximizing time with their kids as they were growing up to moving into multiple, cramped hotel rooms. (Patrick Feindt, 4/29/24 Tx. at 6:12-19) |
| **Therapy**<br><br>$284.50 | **Dr. Clark recommended** an initial psychiatric evaluation. (Clark Decl. (ECF 366) ¶90-91); Canter Dep. (ECF 400-4) at 126:25-128:2)<br><br>**Margot Burns** costed out the recommendation and Garret Hoe calculated the present value at the amount of $285.50 (Stip. Order re: PLs Trial Decl. of Burns and Hoe Exhibit A (ECF 549-1) at Tab C; Hoe Decl. (ECF 545) at ¶30) |

| Sheena Jessup Damages Chart | |
|---|---|
| **Pain & Suffering**<br><br>$75,000 | **Acute symptoms**: Headaches, nausea, dizziness, abdominal pain, loss of balance, diarrhea, burning in throat, anxiety, face tingling, brain fog, difficulty focusing, eye irritation, muscle aches, fatigue, rashes, sore/dry throat, shakiness, numbness in extremities, dry cough, dry mouth, and mood swings. (S. Jessup Decl. (ECF 396) at ¶¶10, 16, 17, 26; Bird Decl. (ECF 491-1) at ¶96(m) and 118; DX-3216 p. 43-44 and PX-2259 (Medical Composite))<br><br>**Symptoms continued after inadequate "flushing,"** and house made family dizzy for months. (S. Jessup Decl. (ECF 396) at ¶¶22-23, 46-53; S. Jessup, 4/30/24 Tx. at 144:8-14; PX-1055 (Facebook Post)) |
| **Mental Anguish**<br><br>$250,000 | **Emotional distress** following the fuel release. (Canter Dep. (ECF 400-4) at 126:25-128:2; Smith, 5/13/24 Tx. at 25:19-28:2, 29:17-30:9)<br><br>**Fear for her children** (S. Jessup Decl. (ECF 396) at ¶19 and 90; S. Jessup, 4/30/24 Tx. at 142:10-23, 150:22-152:1, 152:12-154:18, 156:16-25; Vargo Decl. (ECF 388) at ¶¶55(e) and 56(e))<br><br>**PTSD** – repeated, disturbing memories, distressing dreams, dissociative reactions, persistent negative beliefs, persistent anger and guilt, detachment, angry outbursts, and sleep difficulties. (Vargo Decl. (ECF 388) at ¶¶55(e), 56(e))<br><br>**Exacerbation of ADHD** (Vargo Decl. (ECF 388) at ¶56(e))<br><br>**Betrayal/mistrust** (S. Jessup, 4/30/24 Tx. at 149:18-150:3) |
| **Loss of Enjoyment of Life & Disruption**<br><br>$150,000 | **Small hotel room** provided by government was unworkable during the crisis. (S. Jessup Decl. (ECF 396) at ¶¶36-38; S. Jessup, 4/30/24 Tx. at 140:22-142:7)<br><br>**Lived in contaminated home** through the water crisis. They picked up "daily rations" of water and boiled pots of water on the stove to bathe. (S. Jessup Decl. (ECF 396) at ¶¶36-38, 40, 43; S. Jessup, 4/30/24 Tx. at 140:22-142:7)<br><br>**Moved off-island** to Arizona because home continued to make them sick and living without water was unworkable. (S. Jessup Decl. (ECF 396) at ¶61; S. Jessup, 4/30/24 Tx. at 152:21-153:11)<br><br>**Marital Separation** endured for five months as husband finished his duties in Hawaiʻi. (S. Jessup Decl. (ECF 396) at ¶¶61-63) |
| **Therapy**<br><br>$20,887.24 | **Dr. Vargo recommended** an initial psychological evaluation, exposure therapy twice weekly for six months, cognitive behavioral therapy once weekly for six months, and twenty four therapy sessions in her lifetime for treatment of psychological triggers related to the Red Hill incident. (Vargo Decl. (ECF 388) at ¶66); Canter Dep. (ECF 400-4) at 126:25-128:2)<br><br>**Margot Burns** costed out the recommendations and Garret Hoe calculated the present value in the amount of $20,887.24. (Burns Decl. (ECF 524) at ¶¶440, 441; Hoe Decl. (ECF 545) at ¶¶47, 48) |

| Beau Jessup Damages Chart | |
|---|---|
| **Pain & Suffering**<br><br>$150,000 | **Acute symptoms**: Headaches, nausea, dizziness, abdominal pain, loss of balance, diarrhea, frequent nose bleeds, burning of the throat, rashes, cough, brain fog, headaches, eye irritation, and muscle aches. (Beau Jessup Decl. (ECF 394) at ¶¶8-9; S. Jessup Decl. (ECF 396) at ¶¶10, 16, 23; Bird Decl. (ECF 491-1) at ¶¶96(j) and 115; S. Jessup, 4/30/24 Tx. at 137:20-138:19, 163:22-164:16; Brian Jessup, 5/2/24 Tx. at 14:2-15; PX-2260_0001-0002 (Medical Composite); Beau Jessup, 4/30/24 Tx. at 163:22-164:16)<br><br>**Tremors** beginning around a month and a half into jet fuel exposure before area was "cleared" (Beau Jessup Decl. (ECF 394) at ¶22; Beau Jessup, 4/30/24 Tx. at 159:13-16, 163:22-164:16, 165:7-16; Bird Decl. (ECF 491-1) at ¶115(e)) |
| **Impairment (Tremor)**<br><br>$100,000 | **Tremors** which developed after exposure and continue to worsen (Beau Jessup Decl. (ECF 394) at ¶22; Beau Jessup, 4/30/24 Tx. at 159:13-16, 163:22-164:16, 165:7-16; Bird Decl. (ECF 491-1) at ¶115(e)) |
| **Mental Anguish**<br><br>$150,000 | **Emotional distress** following the fuel release. (Canter Dep. (ECF 400-4) at 126:25-128:2; Smith, 5/13/24 Tx. at 25:19-28:2, 29:17-30:9)<br><br>**Anxiety and depression**, including self-injurious behavior. (S. Jessup Decl. (ECF 396) at ¶74; Beau Jessup Decl. (ECF 394) at ¶23; Clark Decl. (ECF 366) at ¶¶71-74)<br><br>**Fear of cancer and worsening tremors** that he relates to water (S. Jessup Decl. (ECF 396) at ¶79; Beau Jessup, 4/30/24 Tx. at 165:7-16)<br><br>**Fear for his future** and of being unable to join the Navy (Beau Jessup Decl. (ECF 394) at ¶23, 25-27, 29; B. Jessup, 5/2/24 Tx. at 164:18-20)<br><br>**Betrayal/mistrust** (Beau Jessup Decl. (ECF 394) at ¶25-27, 29; Beau Jessup, 5/2/24 Tx. at 164:24-25, 165:1-6)<br><br>**Fear for his family** (Beau Jessup Decl. (ECF 394) at ¶¶28, 30)<br><br>**Embarrassment, anger, and fear related to his hand tremors**, stuttering, and shakes in legs. Bullying after transferring to new school in Arizona. (Beau Jessup Decl. (ECF 394) at ¶24, Clark Decl. (ECF 366) at ¶72)<br><br>**High risk** of developing a severe mood or anxiety disorder at some point in the future. (Clark Decl. (ECF 366) at ¶73)<br><br>**Meets criteria for Other Specific Trauma and Stressor Related Disorder** under the DSM-V. (Clark Decl. (ECF 366) at ¶74) |

| Beau Jessup Damages Chart | |
|---|---|
| **Loss of Enjoyment of Life & Disruption**<br><br>$150,000 | **Small hotel room** provided by government was unworkable during the crisis. (S. Jessup Decl. (ECF 396) at ¶¶36-38; S. Jessup, 4/30/24 Tx. at 140:22-142:7)<br><br>**Lived in a contaminated home** without clean water, picking up daily rations of water. They boiled multiple pots of water for each family member on the stove to bathe. Beau as the eldest bore the brunt of the additional chores, taking him most of the day to accomplish, and disrupting school and friendships. (S. Jessup Decl. (ECF 396) at ¶¶36-38, 40, 43; S. Jessup, 4/30/24 Tx. at 140:22-142:7; Beau Jessup, 4/30/24 Tx. at 162:16-163:21)<br><br>**Moved off-island** to Arizona. Lost five months of time with his father, who is his biggest role model (Beau Jessup, 4/30/24 Tx. at 164:24-25; S. Jessup Decl. (ECF 396) at ¶61) |
| **Therapy**<br><br>$5,409.50 | **Dr. Clark recommended** an initial psychological evaluation and twenty-four sessions of individual psychotherapy (cognitive behavioral) to address anxiety. (Clark Decl. (ECF 366) at ¶101); Canter Dep. (ECF 400-4) at 126:25-128:2)<br><br>**Margot Burns costed** out these recommendations and Garret Hoe calculated the present value in the amount of $5,409.50. (Burns Decl. (ECF 524) at ¶¶459-461; Hoe Decl. (ECF 545) at ¶¶43, 44) |

| B.J.J. Damages Chart | |
|---|---|
| **Pain & Suffering**<br><br>$75,000 | **Acute symptoms**: Headaches, nausea, dizziness, abdominal pains, loss of balance, diarrhea, skin rashes, feeling lightheaded, eye irritation, fatigue, muscle aches, anxiety, and dry/scaly skin. (S. Jessup Decl. (ECF 396) at ¶¶10, 16, 24, 52; B.J.J. Decl. (ECF 394) at ¶7; Bird Decl. (ECF 491-1) at ¶¶96(i) and 114, PX-1055 (Photographs of Rash), PX-2261_0001-0003 (Medical Composite); B.J.J., 5/2/24 Tx, 31:11-32:4) |
| **Mental Anguish**<br><br>$75,000 | **Emotional distress** following the fuel release. (Canter Dep. (ECF 400-4) at 126:25-128:2; Smith, 5/13/24 Tx. at 25:19-28:2, 29:17-30:9)<br><br>**Anxiety and depression**. She is nervous if the water she drinks ever tastes off in any way. (S. Jessup Decl. (ECF 396) at ¶73; B.J.J. Decl. (ECF 394) at ¶¶25-26; Clark Decl. (ECF 366) at ¶¶75-81)<br><br>**Academic difficulties** (S. Jessup Decl. (ECF 396) at ¶69)<br><br>**Fear for her family and her health**. (B.J.J. Decl. (ECF 394) at ¶¶23, 27, 28)<br><br>**Major Depressive Disorder** and Other Specific Trauma and Stressor Related Disorder. (Clark Decl. (ECF 366) at ¶¶76-77, 79-80)<br><br>**Her relationships suffered** due to moving communities. She struggled to fit in at her new school. (B.J.J. Decl. (ECF 394) at ¶26; B.J.J., 5/2/24 Tx. at 33:10-16; Clark Decl. (ECF 366) at ¶78) |
| **Loss of Enjoyment of Life & Disruption**<br><br>$75,000 | **Small hotel room** provided by government was unworkable during the crisis. (S. Jessup Decl. (ECF 396) at ¶¶36-38; S. Jessup, 4/30/24 Tx. at 140:22-142:7)<br><br>**Lived without water in her home** for 6-8 months, having to boil pots of water to bathe. (S. Jessup Decl. (ECF 396) at ¶¶36-38, 43; S. Jessup, 4/30/24 Tx. at 140:22-142:7. B.J.J., 5/2/24 Tx. at 28:7-9)<br><br>**Took on additional chores** to take care of her young brothers and getting cases of water every day. (B.J.J., 5/2/24 Tx. at 28:12-20)<br><br>**Lost her father for five months** as she moved in with family in Arizona to escape the contamination. (S. Jessup Decl. (ECF 396) at ¶¶61-62. B.J.J., 5/2/24 Tx. at 34:16-35:4) |
| **Therapy**<br><br>$11,373.50 | **Dr. Clark recommended** a psychological evaluation for consideration of medication, forty sessions of individual psychotherapy to address depression, twenty-four follow-up psychopharmacology sessions, and twelve sessions of parent guidance for her parents for assistance and support in managing her mood and behavioral challenges. (Clark Decl. (ECF 366) at ¶102; Canter Dep. (ECF 400-4) at 126:25-128:2)<br><br>**Margot Burns costed** out the recommendations and Garret Hoe calculated the present value in the amount of $11,373.50. (Burns Decl. (ECF 524) at ¶¶479-481; Hoe Decl. (ECF 545) at ¶¶45-46) |

| **N.J. Damages Chart** | |
|---|---|
| **Pain & Suffering**<br><br>$75,000 | **Acute symptoms**: Abdominal pain, vomiting, diarrhea, cough, eye irritation, headaches, anxiety, skin discoloration, and behavioral abnormalities (S. Jessup Decl. (ECF 396) at ¶¶19-22, 63; Bird Decl. (ECF 491-1) at ¶96(k) and 116; PX-2263_0001-0003 (Medical Composite); PX-1056 (Photographs of Skin Discoloration); PX-2266 (Hospital Photographs)) |
| **Mental Anguish**<br><br>$75,000 | **Emotional distress** following the fuel release. (Canter Dep. (ECF 400-4) at 126:25-128:2; Smith, 5/13/24 Tx. at 25:19-28:2, 29:17-30:9)<br><br>**Disruption of routine** affected him deeply as an autistic child. He experienced regression in behavior and refused to go to therapy for eight months, resulting in him failing to achieve developmental gains that otherwise he would have. (S. Jessup Decl. (ECF 396) at ¶¶19-21; Clark Decl. (ECF 366) at ¶82-86)<br><br>**Suffered an extreme autistic meltdown** during flight to Arizona, screaming and kicking through the flight and chewing his and his mother's nails. (S. Jessup Decl. (ECF 396) at ¶65; PX-2267 (Photograph of Nails)) |
| **Loss of Enjoyment of Life & Disruption**<br><br>$150,000 | **Disruption of therapy routines** (S. Jessup Decl. (ECF 396) at ¶¶19-22)<br><br>**Small hotel room** provided by government unworkable during the crisis. (S. Jessup Decl. (ECF 396) at ¶¶36-38; S. Jessup Tx. 4/30/24, 140:22-142:7)<br><br>**Lived without water in his home for months** (S. Jessup Decl. (ECF 396) at ¶43)<br><br>**Needed extreme caution around the water** because of his cutaneous mastocytosis condition. (S. Jessup, 4/30/24 Tx. at 139:16-25)<br><br>**Lived without his father for five months** as the family left for Arizona to escape the contamination, routinely asking for his father when he was not there. (S. Jessup Decl. (ECF 396) at ¶¶61-62; B.J.J., 5/2/24 Tx. at 34:16-35:4) |

| D.J. Damages Chart | |
|---|---|
| **Pain & Suffering**<br><br>$75,000 | **Acute symptoms**: Vomiting, diarrhea, eye irritation, stomach problems, dry skin, fever, and changes in stool consistency. (S. Jessup Decl. (ECF 396) at ¶¶22, 25; Bird Decl. (ECF 491-1) at ¶¶96(l) and 117; PX-2262_0001-0003 (Medical Composite)) |
| **Mental Anguish**<br><br>$75,000 | **Emotional distress** following the fuel release. (Canter Dep. (ECF 400-4) at 126:25-128:2; Smith, 5/13/24 Tx. at 25:19-28:2, 29:17-30:9)<br><br>**Appeared "in a fog"** until his mother brought him out of the house. (Clark Decl. (ECF 366) at ¶87; Burns Decl. (ECF 524) at ¶¶507-508)<br><br>**Exposure to jet fuel at a young and vulnerable age**, with unknown long-term effects on his cognitive and behavioral functioning. (Clark Decl. (ECF 366) at ¶88-89) |
| **Loss of Enjoyment of Life & Disruption**<br><br>$75,000 | **Small hotel room** provided by government was unworkable during the crisis. (S. Jessup Decl. (ECF 396) at ¶¶36-38; S. Jessup, 4/30/24 Tx. at 140:22-142:7)<br><br>**Lived without water in his home for months** (S. Jessup Decl. (ECF 396) at ¶43)<br><br>**Lived without his father for five months** as the family left for Arizona to escape the contamination, which impacted him emotionally during a critical time in his development. (S. Jessup Decl. (ECF 396) at ¶¶61-62; B.J.J., 5/2/24 Tx. at 34:16-35:4) |

| Richelle Dietz Damages Chart | |
|---|---|
| **Pain & Suffering**<br><br>$75,000 | **Acute symptoms**: Stomach pain, vomiting, diarrhea, burning in eyes and throat, splitting headaches, cough, rashes, brain fog, short-term memory loss, word-finding challenges, attention challenges, insomnia, and panic attacks. (R. Dietz Decl. (ECF 391) at ¶10, 25, 60; Bird Decl. (ECF 491-1) at ¶96(d); B. Dietz, 5/1/24 Tx. 63:9-15; DX-3213, p. 35-40 and PX-2249 (Medical Composite); R. Dietz, 5/1/24 Tx. at 36:24-37:3, 37:16-38:11, 45:7-13) |
| **Mental Anguish**<br><br>$250,000 | **Emotional distress** following the fuel release. (Canter Dep. (ECF 400-4) at 126:25-128:2; Smith, 5/13/24 Tx. at 25:19-28:2, 29:17-30:9)<br><br>**Panic attacks** – her first occurring at a Navy town hall town hall. She continues to have panic attacks. She also has anxiety and insomnia, which have negatively impacted her marriage. (R. Dietz Decl. (ECF 391) at ¶23, 59, 63-65, 69; R. Dietz, 5/1/24 Tx. at 37:16-38:11, 45:7-13)<br><br>**Fear for dogs**, who she witnessed suffer from vomiting after discovering fuel was in the water (B. Dietz, 5/1/24 Tx, 63:25-64:6)<br><br>**Betrayal/mistrust** (R. Dietz Decl. (ECF 391) at ¶78; R. Dietz, 5/1/24 Tx. at 40:17-20)<br><br>**Fear for her children** and fear she will never be able to drink water without anxiety. (R. Dietz Decl. (ECF 391) at ¶¶66, 70, 72-77)<br><br>**Generalized anxiety disorder** – excessive anxiety and worry, restlessness, fatigue, difficulty concentrating, irritability, muscle tension, sleep disturbances, and significant distress impacting work and interpersonal relationships. (Vargo Decl. (ECF 388) at ¶¶55(b) and 56(b)) |
| **Loss of Enjoyment of Life & Disruption**<br><br>$150,000 | **Lived in contaminated house** without access to clean tap water. Had to constantly purchase bottled water (R. Dietz Decl. (ECF 391) at ¶31; R. Dietz, 5/1/24 Tx. at 28:20-25)<br><br>**Used camping shower** which could only hold a few gallons of water. The experience was cold, stressful, and uncomfortable. The family had to install filters that they purchased for their showers and under their kitchen sink. (R. Dietz Decl. (ECF 391) at ¶32; R. Dietz, 5/1/24 Tx. at 44:19-23; PX-2239 (Photograph of Camp Shower)); could not go to hotel for health reasons. |
| **Therapy**<br><br>$21,968.14 | **Dr. Clark recommended** an initial psychiatric diagnostic evaluation, cognitive behavioral therapy once weekly for twelve months, and 24 therapy sessions in her lifetime for treatment of her psychological triggers related to the Red Hill incident. (Clark Decl. (ECF 366) at ¶63); Canter Dep. (ECF 400-4) at 126:25-128:2)<br><br>**Cynthia Fricke costed** out the recommendations and Garret Hoe calculated the present value in the amount of $21,968.14. (Fricke Attachment Compositive at Tab C (ECF 523-1, p.71); Hoe Decl. (ECF 545) at ¶¶25-26) |

| B.D. Damages Chart | |
|---|---|
| **Pain & Suffering**<br><br>$75,000 | **Acute symptoms**: Nausea, vomiting, diarrhea, headaches, loss of balance, loss of feeling on parts of his body, fatigue, dry skin, sore throat, severe anxiety, and abdominal pain. (R. Dietz Decl. (ECF 391) at ¶12, 26; Bird Decl. (ECF 491-1) at ¶96(b); R. Dietz 5/1/24 Tx. at 19:16-20:7, 20:19, 36:20-23; PX-1042 (Photographs of Rash); PX-2250 (Medical Composite))<br><br>**Chiari headaches became migraines**—now without ability to use water to soothe. (R. Dietz Decl. (ECF 391) at ¶12, 26; R. Dietz, 5/1/24 Tx. at 39:12-40:4) |
| **Mental Anguish**<br><br>$100,000 | **Emotional distress** following the fuel release. (Canter Dep. (ECF 400-4) at 126:25-128:2; Smith, 5/13/24 Tx. at 25:19-28:2, 29:17-30:9)<br><br>**Increased anxiety** about water, medical appointments, and leaving the house. He worries about his own health and his migraines. His neurologist attributes his worsened migraines in part to his extreme anxiety. (R. Dietz Decl. (ECF 391) at ¶68; B. Dietz Decl. (ECF 390) at ¶18, 38; Clark Decl. (ECF 366) at ¶¶33-34)<br><br>**Fear for dog** after witnessing seizures (B. Dietz, 5/1/24 Tx. at 66:3-9)<br><br>**Betrayal/mistrust** (R. Dietz Decl. (ECF 391) at ¶67)<br><br>**Meets criteria for Other Specified Trauma and Stressor Related Disorder** and he is at risk of a more severe anxiety disorder. (Clark Decl. (ECF 366) at ¶34) |
| **Loss of Enjoyment of Life & Disruption**<br><br>$150,000 | **Switched to bottled water and camp shower**. The camp shower was difficult because he previously sought relief for his Chiari condition with hot showers, which were impossible during the water crisis because of their limited water. (R. Dietz Decl. (ECF 391) at ¶31-32; R. Dietz, 5/1/24 Tx. at 39:25-40:4)<br><br>**Limits his normal activities** to prevent migraines, no longer going outside and doing the things he loved at just thirteen years old. (R. Dietz Decl. (ECF 391) at ¶53; B. Dietz Decl. (ECF 390) at ¶31; R. Dietz, 5/1/24 Tx. at 39:12-40:4) |
| **Therapy**<br><br>$17,924.78 | **Dr. Clark recommended** an initial psychological evaluation, forty-eight sessions of individual psychotherapy for help with anxiety and support. (Clark Decl. (ECF 366) at ¶100; Canter Dep. (ECF 400-4) at 126:25-128:2)<br><br>**Cynthia Fricke costed** out the recommendations and Garret Hoe calculated the present value in the amount of $17,924.78. (Fricke Decl. (ECF 429) at ¶¶55, 57-60; Hoe Decl. (ECF 545) at ¶¶23, 24) |

| V.D. Damages Chart | |
|---|---|
| **Pain & Suffering**<br><br>$75,000 | **Acute symptoms**: pain while bathing, stomach pain, vomiting, diarrhea, cough with severe wheezing, dry skin, rash on stomach, pain in vaginal area, decreased exercise tolerance, and shortness of breath. (R. Dietz Decl. (ECF 391) at ¶¶10, 12, 27; B. Dietz Decl. (ECF 390) at ¶17; Bird Decl. (ECF 491-1) at ¶96(c) and 108(c); R. Dietz, 5/1/24 Tx. at 24:20-22, 36:8-14; B. Dietz, 5/1/24 Tx. at 63:20-24; PX-2251 (Medical Composite))<br><br>**Pain and screaming in bath** with contaminated water. (R. Dietz, 5/1/24 Tx. at 34:19-35:9) |
| **Mental Anguish**<br><br>$75,000 | **Emotional distress** following the fuel release. (Canter Dep. (ECF 400-4) at 126:25-128:2; Smith, 5/13/24 Tx. at 25:19-28:2, 29:17-30:9)<br><br>**Fear of water** (R. Dietz Decl. (ECF 391) at ¶¶22, 66, 75, 76; B. Dietz, 5/1/24 Tx. at 63:22-24; R. Dietz, 5/1/24 Tx. at 36:15-16) |
| **Loss of Enjoyment of Life & Disruption**<br><br>$75,000 | **Switched to bottled water and the camp shower** (R. Dietz Decl. (ECF 391) at ¶¶31-32; R. Dietz, 5/1/24 Tx. at 28:20-25)<br>**Fights to get in showers and baths**. She used to love bathtime. (R. Dietz Decl. (ECF 391) at ¶¶22, 66, 75, 76; B. Dietz, 5/1/24 Tx. at 63:22-24; R. Dietz, 5/1/24 Tx. at 36:15-16) |

| Elizabeth Witt Damages Chart | |
|---|---|
| **Pain & Suffering**<br><br>$75,000 | **Acute symptoms**: Excessive night sweats, heart palpitations, stomach cramping, dry and itchy skin, rashes, chills, bloating, headaches, anxiety, and menstrual irregularities. (Witt Decl. (ECF 397) at ¶¶10-11, 17; PX-1442 (Ohana Patient Tracker Spreadsheet); Bird Decl. (ECF 491-1) at ¶96(h) and 113; PX-2264_0003-0004 (Medical Composite); PX-1058 (Photograph of Skin Issue); Witt, 4/30/24 Tx. at 177:9-11, 180:2-9, 187:14-22, 188:3-14) |
| **Mental Anguish**<br><br>$100,000 | **Emotional distress** following the fuel release. (Canter Dep. (ECF 400-4) at 126:25-128:2; Smith, 5/13/24 Tx. at 25:19-28:2, 29:17-30:9)<br><br>**Anxiety** during the water crisis. She did not feel safe in her home or anywhere on the island. (Witt Decl. (ECF 397) at ¶13, 50)<br><br>**Adjustment disorder** and depression (Vargo Decl. (ECF 388) at ¶55(f))<br><br>**Distress and fear** related to her exposure and her pregnancy. She worries about developing cancer. She worries about genetic abnormalities or toxins being passed onto her baby. She worries about water. (Vargo Decl. (ECF 388) at ¶55(f); Witt Decl. (ECF 397) at ¶¶51-54; Witt, 4/30/24 Tx. at 198:7-199:11) |
| **Loss of Enjoyment of Life & Disruption**<br><br>$100,000 | **Stayed at home during water crisis** because the assigned hotel was not workable for her family. (Witt Decl. (ECF 397) at ¶21, 24)<br><br>**Disruption to routine** during water crisis, including driving to water distribution sites early to wait in lines and lug water to her house (Witt Decl. (ECF 397) at ¶25)<br><br>**Took very short showers for months** to minimize exposure. They tried and failed to rig up a water bottle shower, and the camp showers were untenable. (Witt Decl. (ECF 397) at ¶26; Witt, 4/30/24 Tx. at 191:4-16; PX-2410 (Photographs of Shower Tent))<br><br>**Moved off-island** due to the disruption, leaving Mr. Witt's job early for a different post in Alabama. This revoked their son's GI Bill election. (Witt, 4/30/24 Tx. at 196:12-197:25) |
| **Therapy**<br><br>$9,062.64 | **Dr. Vargo recommended** an initial psychiatric diagnostic evaluation, cognitive behavioral therapy once weekly for six months, and twenty-four therapy sessions in her lifetime for treatment of psychological triggers related to the Red Hill incident. (Vargo Decl. (ECF 388) at ¶67; Canter Dep. (ECF 400-4) at 126:25-128:2)<br><br>**Margot Burns costed** out the recommendations and Garret Hoe calculated the present value in the amount of $9,062.64. (Burns Decl. (ECF 524) at ¶575, 577; Hoe Decl. (ECF 545) at ¶¶49 and 50) |

| Kevin Aubart Damages Chart | |
|---|---|
| **Pain & Suffering**<br><br>$75,000 | **Acute symptoms**: rashes and eye irritation after showering, bone and joint pain, abdominal pain, diarrhea, bad headaches, fatigue, nausea, sinus problems and coughing, brain fogginess, and anxiety (Aubart Decl. (ECF 389) at ¶17; Aubart, 5/3/24 Tx, 101:21-102:22; Bird Decl. (ECF 491-1) at ¶96(a); PX-2248_0046 (Medical Composite)) |
| **Mental Anguish**<br><br>$100,000 | **Emotional distress** following the fuel release. (Canter Dep. (ECF 400-4) at 126:25-128:2, Smith, 5/13/24 Tx. at 25:19-28:2, 29:17-30:9)<br><br>**Anxiety, stress, and irritability** (Aubart Decl. (ECF 389) at ¶43; Aubart, 5/3/24 Tx. at 111:14-20)<br><br>**Fear and distress for his dog** (his "best friend") Coco (Aubart Decl. (ECF 389) at ¶18, 49; Aubart, 5/3/24 Tx, 86:2-9)<br><br>**Fear of developing cancer** (Aubart Decl. (ECF 389) at ¶¶45-46)<br><br>**Difficulty concentrating** at work and remembering simple things, negatively impacting his work and his relationships. He suffered an anxiety attack at work in April 2022. (Aubart Decl. (ECF 389) at ¶48)<br><br>**Stress and guilt** from marriage difficulties and their arguments about the jet fuel crisis. (Aubart, 5/3/24 Tx. at 107:23-108:4; Aubart Decl. (ECF 389) at ¶47)<br><br>**PTSD** – repeated, disturbing, and unwanted memories, distressing dreams, dissociative reactions, avoidance behaviors, diminished interest in activities, inability to feel positive emotions, irritable behavior, hypervigilance, and difficulties with concentration. (Vargo Decl. (ECF 388) at ¶¶55(a) and 56(a)) |
| **Loss of Enjoyment of Life & Disruption**<br><br>$100,000 | **Disruption to routine**, including seeking out bottled water, commuting to hotel for showers or limiting showers at home. (Aubart, 5/3/24 Tx. at 106:13-20)<br><br>**Difficulty living normally** during the water crisis because his symptoms caused him so much pain, stress, and anxiety. (Aubart, 5/3/24 Tx. at 111:14-20)<br><br>**Difficulty playing guitar** due to muscle and joint pain. (Aubart Decl. (ECF 389) at ¶41)<br><br>**Commuting to hotels for showers** (Aubart Decl. (ECF 389) at ¶58)<br><br>**Forced to cancel holiday with daughter** (Aubart, 5/3/24 Tx. at 108:5-8; Aubart Decl. (ECF 389) at ¶47)<br><br>**Marriage difficulties** from increase in arguments with his wife about the crisis. (Aubart, 5/3/24 Tx. at 107:23-108:4; Aubart Decl. (ECF 389) at ¶47)<br><br>**Moved to new home** over water concerns (Aubart Decl. (ECF 389) at ¶27-29, 35) |

| Kevin Aubart Damages Chart | |
|---|---|
| **Therapy**<br><br>$27,622.41 | **Dr. Vargo recommended** an initial psychiatric diagnostic evaluation, exposure therapy twice weekly for six months, cognitive behavioral therapy once weekly for six months, and twenty-four therapy sessions in his lifetime for treatment of psychological triggers related to the Red Hill incident. (Vargo Decl. (ECF 388) at ¶62); Canter Dep. (ECF 400-4) at 126:25-128:2)<br><br>**Cynthia Fricke costed** out the recommendations and Garret Hoe calculated the present value in the amount of $27,622.41. (Fricke Decl. (ECF 429) at ¶86, 91-92, and Tab F; Hoe Decl. (ECF 545) at ¶¶21-22) |