ELLIOT ENOKI #1528
Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States, Acting
under Authority Conferred by 28 U.S.C. § 515
SYDNEY SPECTOR #11232
Assistant U.S. Attorney

J. PATRICK GLYNN, Director
CHRISTINA FALK, Assistant Director
ANNA ELLISON, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 880-0389
Fax: (202) 616-4473
Email: anna.e.ellison@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMIE WILLIAMS,<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL NO. 23-cv-00028-LEK-KJM<br><br>STATEMENT IN SUPPORT OF WILLIAMS PLAINTIFFS' MOTION TO EXTEND STAY OF DEPOSITIONS FOR 45 DAYS, ECF No. 71<br><br>TRIAL DATE: November 17, 2025<br>JUDGE: Hon. Leslie E. Kobayashi |

*Caption continues on the following page.*

| | |
|---|---|
| PATRICK FEINDT, JR. et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM <br><br> ECF No. 612 <br><br> FIRST BELLWETHER TRIAL DATE: April 29, 2024 <br> TIME: 8:30 a.m. <br> JUDGE: Hon. Leslie E. Kobayashi |
| JESSICA WHALEY, et al, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 24-cv-00457-LEK-KJM <br><br> ECF No. 214 |
| JACLYN HUGHES, et al, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 24-cv-00059-LEK-KJM <br><br> ECF No. 185 |
| ELISAPETA ALAIMALEATA, et al, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 23-cv-00164-LEK-KJM <br><br> ECF No. 80 <br><br> TRIAL DATE: February 16, 2026 <br> JUDGE: Hon. Leslie E. Kobayashi |

3

| | |
|---|---|
| ARIANNA WYATT, et al, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 23-cv-00065-LEK-KJM <br><br> ECF No. 88 <br><br> TRIAL DATE: August 18, 2025 <br> JUDGE: Hon. Leslie E. Kobayashi |

**STATEMENT IN SUPPORT OF MOTION TO EXTEND STAY**

The United States supports the motion to stay filed by the *Williams* Plaintiffs in the above-captioned actions requesting an extension of the current stay of depositions for an additional 45 days up to October 15, 2024, or until a decision in the trial of *Feindt v. United States*, Civil no. 22-cv-00397 is issued, whichever occurs first. This Court previously granted the United States' Motion to Stay all depositions until September 1, 2024, in the following pending Federal Tort Claims Act ("FTCA") cases: (1) *Feindt v. United States*, Civil No. 22-00397 LEK-KJM, ECF No. 607; (2) *Whaley v. United States*, Civil No. 23-00457 LEK-KJM, ECF No. 208; and (3) *Hughes v. United States*, Civil No. 24-00059 LEK-KJM, ECF No. 181; (4) *Williams v. United States*, Civil No. 23-00028 LEK-KJM, ECF No. 69; (5) *Wyatt v. United States*, Civil No. 23-00065 LEK-KJM, ECF No. 85; (6) *Alaimaleata v. United States*, Civil No. 23-00164 LEK-KJM, ECF No 76.

The United States does not oppose this motion and, to its knowledge based on the parties' L.R. 7.8 meet-and-confer on August 20, 2024, nor do the Plaintiffs in the above-captioned actions.

Dated: August 30, 2024                Respectfully submitted,

                                                  BRIAN BOYNTON
                                                  Principal Deputy Assistant Attorney
                                                  General, Civil Division

                                                  CHETAN PATIL
                                                  Acting Deputy Assistant Attorney General
                                                  Torts Branch

                                                  J. PATRICK GLYNN
                                                  Director

                                                  CHRISTINA FALK
                                                  Assistant Director

                                                  /s/ *Anna Ellison*
                                                  ANNA ELLISON (DC Bar # 90004872)
                                                  Trial Attorney
                                                  United States Department of Justice
                                                  Civil Division, Torts Branch
                                                  Environmental Tort Litigation
                                                  1100 L Street, NW
                                                  Washington, DC 20005
                                                  Phone: 202-880-0389
                                                  E-mail: anna.e.ellison@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on August 30, 2024, a true and correct copy of the foregoing was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

*/s/ Anna Ellison*
Anna Ellison
