LYLE S. HOSODA            3964-0
KOURTNEY H. WONG          10827-0
SPENCER J. LAU            11105-0
HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone:   (808) 524-3700
Facsimile:   (808) 524-3838
Email: lsh@hosodalaw.com
khw@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR         *Pro Hac Vice*
JAMES BAEHR               *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Email: kristina@well.law; jim@well.law

FREDERICK C. BAKER        *Pro Hac Vice*
JAMES W. LEDLIE           *Pro Hac Vice*
KRISTEN HERMIZ            *Pro Hac Vice*
CYNTHIA A. SOLOMON        *Pro Hac Vice*
SARA O. COUCH             *Pro Hac Vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com

*Attorneys for the Plaintiffs*

*(case caption continued on next page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PATRICK FEINDT, JR., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:22-cv-397-LEK-KJM<br>(Federal Tort Claims Act)<br><br>**MOTION TO WITHDRAW APPEARANCE OF COUNSEL KOURTNEY H. WONG; DECLARATION OF KOURTNEY H. WONG; CERTIFICATE OF SERVICE**<br><br>TRIAL DATE: April 29, 2024<br>JUDGE: Hon. Leslie Kobayashi |
| JESSICA WHALEY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:23-cv-457<br>(Federal Tort Claims Act)<br><br><br><br>TRIAL DATE: May 12, 2025<br>JUDGE: Hon. Leslie E. Kobayashi |
| JACLYN HUGHES, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:24-cv-00059<br>(Federal Tort Claims Act)<br><br><br><br>TRIAL DATE: Not Set<br>JUDGE: Hon. Leslie E. Kobayashi |

2

# MOTION TO WITHDRAW
# APPEARANCE OF COUNSEL KOURTNEY H. WONG

Pursuant to Local Rule 83.5(b), Kourtney H. Wong respectfully moves this Court for leave to withdraw as counsel for Plaintiffs. This motion is made following the conference of counsel pursuant to Local Rule 7.8, which took place on February 27, 2025. Counsel for THE UNITED STATES OF AMERICA, Eric A. Rey, Esq., indicated that he does not oppose the Motion.

DATED: Honolulu, Hawai'i, February 28, 2025.

/s/ Kourtney H. Wong
LYLE S. HOSODA
KOURTNEY H. WONG
SPENCER J. LAU
KRISTINA S. BAEHR   *Pro Hac Vice*
JAMES BAEHR   *Pro Hac Vice*
MARY N. NEUSEL   *Pro Hac Vice*
FREDERICK C. BAKER   *Pro Hac Vice*
JAMES W. LEDLIE   *Pro Hac Vice*
KRISTEN HERMIZ   *Pro Hac Vice*
CYNTHIA A. SOLOMON   *Pro Hac Vice*
SARA O. COUCH   *Pro Hac Vice*

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| PATRICK FEINDT, JR., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:22-cv-397-LEK-KJM<br>(FEDERAL TORT CLAIMS ACT)<br><br>**DECLARATION OF KOURTNEY H. WONG**<br><br>TRIAL DATE: April 29, 2024<br>JUDGE: Hon. Leslie Kobayashi |
|---|---|
| JESSICA WHALEY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:23-cv-457<br>(FEDERAL TORT CLAIMS ACT)<br><br><br><br>TRIAL DATE: May 12, 2025<br>JUDGE: Hon. Leslie E. Kobayashi |
| JACLYN HUGHES, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:24-cv-00059<br>(FEDERAL TORT CLAIMS ACT)<br><br><br><br>TRIAL DATE: Not Set<br>JUDGE: Hon. Leslie E. Kobayashi |

## DECLARATION OF KOURTNEY H. WONG

I, KOURTNEY H. WONG, hereby declare as follows:

1. I am an attorney for Plaintiffs, and I have personal knowledge of the facts stated in this Declaration.

2. Lyle S. Hosoda, Esq., Spencer J. Lau, Esq., and I represent Plaintiffs in the above-referenced matter. Plaintiffs are also represented by Kristina S. Baehr, Esq., James Baehr, Esq., and Mary M. Neusel, Esq. of Just Well Law, PLLC, and Frederick C. Baker, Esq., James W. Ledlie, Esq., Kristen Hermiz, Esq., Cynthia A. Solomon, Esq., and Sara O. Couch, Esq. of Motley Rice LLC.

3. The bellwether trial commenced on April 29, 2024.

4. Hosoda Law Group, AAL, ALC, Just Well Law PLLC, and Motley Rice LLC, will remain as counsel for Plaintiffs. Given the experience, expertise, and familiarity with the case of remaining counsel, my withdrawal as counsel will not affect Plaintiffs' continued representation.

5. I have ensured delivery of notice to Plaintiffs, pursuant to Local Rule 83.5(b).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: Honolulu, Hawai'i, February 28, 2025.

/s/ Kourtney H. Wong
KOURTNEY H. WONG

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system on February 28, 2025.

*/s/ Kourtney H. Wong*
KOURTNEY H. WONG