LYLE S. HOSODA                 3964-0
SPENCER J. LAU                 11105-0
HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaiʻi 96813
Telephone:   (808) 524-3700
Facsimile:   (808) 524-3838
Email: lsh@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR              *Pro Hac Vice*
JAMES BAEHR                    *Pro Hac Vice*
MARY M. NEUSEL                 *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 693-8029
Email: kristina@well.law; jim@well.law

FREDERICK C. BAKER             *Pro Hac Vice*
JAMES W. LEDLIE                *Pro Hac Vice*
KRISTEN HERMIZ                 *Pro Hac Vice*
CYNTHIA A. SOLOMON             *Pro Hac Vice*
SARA O. COUCH                  *Pro Hac Vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com;
scouch@motleyrice.com

*Attorneys for the plaintiffs*

*(case caption continued on next page)*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:22-cv-397-LEK-KJM<br>(FEDERAL TORT CLAIMS ACT)<br><br><br><br><br><br>JUDGE:  Hon. Leslie E. Kobayashi |
| JESSICA WHALEY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:23-cv-457-LEK-KJM<br>(FEDERAL TORT CLAIMS ACT)<br><br><br><br><br><br>JUDGE:  Hon. Leslie E. Kobayashi |
| JACLYN HUGHES, et al.,[1];<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:24-cv-59-LEK-KJM<br>(FEDERAL TORT CLAIMS ACT)<br><br>NOTICE OF VOLUNTARY DISMISSAL *WITHOUT PREJUDICE* OF CLAIMS AGAINST THE UNITED STATES FOR TIMOTHY KRINGLE, KARI LANKIN, RODRICK BROOKS, MUTSUMI TAKI-POWELL, BARBARA LESLIE-LARETTO, MIGUEL EVANS, AND SERAPHINA COVERSON<br><br>JUDGE:  Leslie E. Kobayashi |

---

[1] A full list of the plaintiffs filing this lawsuit are listed in Attachment A to the Complaint.

2

## **NOTICE OF VOLUNTARY DISMISSAL *WITHOUT PREJUDICE* OF CLAIMS AGAINST THE UNITED STATES FOR TIMOTHY KRINGLE, KARI LANKIN, RODRICK BROOKS, MUTSUMI TAKI-POWELL, BARBARA LESLIE-LARETTO, MIGUEL EVANS, AND SERAPHINA COVERSON**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs give notice that claims under the Federal Tort Claims Act brought against the United States in *Hughes v. United States* (Civil No. 24-cv-00059) are dismissed without prejudice for Timothy Kringle, Kari Michelle Lankin, Rodrick Brooks, Mutsumi Taki-Powell, Barbara Leslie-Laretto, Miguel Evans, and Seraphina Coverson (*See* ECF No. 1, Civil No. 24-cv-00059, Compl.). Defendant United States has not served an answer or motion for summary judgment in this action.

Timothy Kringle, Kari Michelle Lankin, Rodrick Brooks, Mutsumi Taki-Powell, Barbara Leslie-Laretto are deceased and their claims will be refiled through the personal representatives of their estates. Miguel Evans and Seraphina Coverson have personally requested their claims be dismissed from this lawsuit.

Accordingly, Plaintiffs notice the voluntary dismissal of claims in this action, without prejudice, for Timothy Kringle, Kari Michelle Lankin, Rodrick Brooks, Mutsumi Taki-Powell, Barbara Leslie-Laretto, Miguel Evans, and Seraphina Coverson. *See* Fed. R Civ. P. 41(a)(1). Each party will bear their own attorney's fees, costs, and expenses in this matter.

DATED:  Honolulu, Hawaiʻi, July 15, 2025.

| | |
|---|---|
| /s/ *Lyle S. Hosoda* <br> LYLE S. HOSODA <br> KOURTNEY H. WONG <br> SPENCER J. LAU | /s/ *Kristina S. Baehr* <br> KRISTINA S. BAEHR <br> JAMES BAEHR <br> MARY M. NEUSEL <br><br> /s/ *Frederick C. Baker* <br> FREDERICK C. BAKER <br> JAMES W. LEDLIE <br> KRISTEN HERMIZ <br> CYNTHIA A. SOLOMON <br> SARA O. COUCH |

*Attorneys for Plaintiffs*


APPROVED AS TO FORM:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge


*Jacklyn Hughes, et al. v. United States of America*, Civil Action No. 1:24-cv-00059-LEK-KJM; "Notice of Voluntary Dismissal without Prejudice of Claims Against the United States for Timothy Kringle, Kari Lankin, Rodrick Brooks,

4

Mutsumi Taki-Powell, Barbara Leslie-Laretto, Miguel Evans, and Seraphina Coverson"

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system on July 15, 2025.

*/s/ Kristina S. Baehr*
Kristina S. Baehr