LYLE S. HOSODA           3964-0
SPENCER J. LAU           11105-0
HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone:   (808) 524-3700
Facsimile:   (808) 524-3838
Email: lsh@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR        *Pro Hac Vice*
JAMES BAEHR              *Pro Hac Vice*
MARY M. NEUSEL           *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 693-8029
Email: kristina@well.law; jim@well.law

FREDERICK C. BAKER       *Pro Hac Vice*
JAMES W. LEDLIE          *Pro Hac Vice*
KRISTEN HERMIZ           *Pro Hac Vice*
CYNTHIA A. SOLOMON       *Pro Hac Vice*
SARA O. COUCH            *Pro Hac Vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com; khermiz@motleyrice.com; csolomon@motleyrice.com; scouch@motleyrice.com

*Attorneys for the plaintiffs*

*(case caption continued on next page)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:22-cv-397-LEK-KJM<br>(Federal Tort Claims Act)<br><br><br><br><br><br><br><br><br>JUDGE:  Hon. Leslie E. Kobayashi |
| JESSICA WHALEY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:23-cv-457-LEK-KJM<br>(Federal Tort Claims Act)<br><br><br><br><br><br><br><br>JUDGE:  Hon. Leslie E. Kobayashi |
| JACLYN HUGHES, et al.;<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:24-cv-59-LEK-KJM<br>(Federal Tort Claims Act)<br><br>NOTICE OF VOLUNTARY DISMISSAL *WITHOUT PREJUDICE* OF CLAIMS AGAINST THE UNITED STATES FOR PAMELA ELAINE ESCUZA, CARLOS ANTONIO ESCUZA, JACOB CARLOS ESCUZA, EESHAUN MOSES LEE, TRACI RUIZ, DEAN MICKEY SHIMBUKURO, GAYLETTE YOUNG-KAHOALII, EUSTACE HAWKER, AND NATHANIEL PALMER<br> JUDGE:  Leslie E. Kobayashi |

2

**NOTICE OF VOLUNTARY DISMISSAL *WITHOUT PREJUDICE* OF CLAIMS AGAINST THE UNITED STATES FOR PAMELA ELAINE ESCUZA, CARLOS ANTONIO ESCUZA, JACOB CARLOS ESCUZA, EESHAUN MOSES LEE, TRACI RUIZ, DEAN MICKEY SHIMBUKURO, GAYLETTE YOUNG-KAHOALII, EUSTACE HAWKER, AND <u>NATHANIEL PALMER</u>**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs give notice that claims under the Federal Tort Claims Act brought against the United States in *Hughes v. United States* (Civil No. 24-cv-00059) are dismissed without prejudice for Pamela Elaine Escuza, Carlos Antonio Escuza, Jacob Carlos Escuza, Eeshaun Moses Lee, Traci Ruiz, Dean Mickey Shimbukuro, Gaylette Young-Kahoalii, Eustace Hawker, and Nathaniel Palmer (*See* ECF No. 1, Civil No. 24-cv-00059, Compl.). Defendant United States has not served an answer or motion for summary judgment in this action. Each party will bear their own attorney's fees, costs, and expenses in this matter.

DATED:  Honolulu, Hawai'i, August 12, 2025.

/s/ *Lyle S. Hosoda*
LYLE S. HOSODA
KOURTNEY H. WONG
SPENCER J. LAU

/s/ *Kristina S. Baehr*
KRISTINA S. BAEHR
JAMES BAEHR
MARY M. NEUSEL

/s/ *Frederick C. Baker*
FREDERICK C. BAKER
JAMES W. LEDLIE
KRISTEN HERMIZ
CYNTHIA A. SOLOMON
SARA O. COUCH

*Attorneys for Plaintiffs*

3

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge

*Jacklyn Hughes, et al. v. United States of America*, Civil Action No. 1:24-cv-00059-LEK-KJM; "Notice of Voluntary Dismissal without Prejudice of Claims Against the United States for Pamela Elaine Escuza, Carlos Antonio Escuza, Jacob Carlos Escuza, Eeshaun Moses Lee, Traci Ruiz, Dean Mickey Shimbukuro, Gaylette Young-Kahoalii, Eustace Hawker, and Nathaniel Palmer"

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system on August 12, 2025.

*/s/ Kristina S. Baehr*
Kristina S. Baehr
