IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

PATRICK FEINDT, JR., et al.,

      Plaintiffs,

      v.

UNITED STATES OF AMERICA,

      Defendant.

CIV. NO. 22-00397-LEK-KJM

## ORDER AND FINAL JUDGMENT

Plaintiffs brought claims under the Federal Tort Claims Act against the United States of America for personal injuries sustained from being exposed to drinking water that was contaminated by jet fuel at Joint Base Pearl Harbor-Hickam. Seventeen of these Plaintiffs were designated as the Bellwether Plaintiffs: Patrick Feindt, Jr., and his children T.F.[1] and P.G.F, Nastasia Freeman and her children D.F., K.F., and N.F., Kevin Aubart, Richelle Dietz and her children B.D. and V.D., Sheena Jessup and her children B.B.J, B.J.J., D.J., and N.J., and Elizabeth Witt (collectively, "the Bellwether Plaintiffs").

The claims of these seventeen Bellwether Plaintiffs were heard by this Court in a non-jury trial from April 29, 2024, to May 13, 2024. On August 7, 2025, the

---

[1] The parties have referred to T.F. as T.F., P.F., or P.R.F. In its Findings of Fact and Conclusions of Law, the Court referred to him as T.F. *See* Doc. 633.

Court entered its Findings of Fact and Conclusions of Law on the Bellwether

Plaintiffs' claims, finding the United States of America liable to the Bellwether

Plaintiffs and awarding the Bellwether Plaintiffs damages. *See* Doc. 633. The

Bellwether Plaintiffs have moved for entry of judgment in their favor on their

claims pursuant to Federal Rule of Civil Procedure 54(b).

Having fully resolved the claims of the seventeen Bellwether Plaintiffs, the

Court finds that there is no just reason for delay as to the entry of a final judgment

as to these Bellwether Plaintiffs. The Bellwether Plaintiffs' claims having been

duly tried and the Court having duly entered its Findings of Fact and Conclusions

of Law deciding these claims, **IT IS HEREBY ORDERED, ADJUDGED, and**

**DECREED that judgment is entered in favor of the Bellwether Plaintiffs and**

**against the United States of America on the Bellwether Plaintiffs' claims in the**

**amounts below:**

1.   $38,500.00 to Bellwether Plaintiff Kevin Aubart.

2.   $45,822.71 to Bellwether Plaintiff Richelle Dietz.

3.   $21,000.00 to Bellwether Plaintiff B.D.

4.   $11,000.00 to Bellwether Plaintiff V.D.

5.   $41,144.00 to Bellwether Plaintiff Patrick Feindt.

6.   $15,953.36 to Bellwether Plaintiff P.G.F.

7.   $4,000.00 to Bellwether Plaintiff T.F.

2

8.  $80,250.67 to Bellwether Plaintiff Nastasia Freeman.

9.  $11,000.00 to Bellwether Plaintiff D.F.

10. $26,000 to Bellwether Plaintiff K.F.

11. $51,000 to Bellwether Plaintiff N.F.

12. $45,462.41 to Bellwether Plaintiff Sheena Jessup.

13. $76,000.00 to Bellwether Plaintiff B.B.J.

14. $76,000.00 to Bellwether Plaintiff B.J.J.

15. $6,000.00 to Bellwether Plaintiff D.J.

16. $11,000 to Bellwether Plaintiff N.J.

17. $38,500 to Bellwether Plaintiff Elizabeth Witt.

This judgment as to the seventeen Bellwether Plaintiffs is entered pursuant to Federal Rule of Civil Procedure 54(b).

The Bellwether Plaintiffs shall file and serve any Bill of Costs within fourteen (14) days after entry of this Order and Judgment.

IT IS SO ORDERED:

    DATED: September 9, 2025,  at Honolulu, Hawaii



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge

*Feindt v. United States,* Civ. No. 22-cv-00397-LEK-KJM, "Order and Final Judgment."