J. PATRICK GLYNN, Director
ERIC REY, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-5145
Fax: (202) 616-4473
Email: eric.a.rey@usdoj.gov

*Attorneys for the United States of America*

LYLE S. HOSODA                3964-0
SPENCER J. LAU                11105-0
*Hosoda Law Group, AAL, ALC*
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone:   (808) 524-3700
Facsimile:   (808) 524-3838
Email: lsh@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR            *Pro Hac Vice*
MARY M. NEUSEL               *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 693-8029
Email: kristina@well.law; maggie@well.law

FREDERICK C. BAKER           *Pro Hac Vice*
JAMES W. LEDLIE              *Pro Hac Vice*
KRISTEN HERMIZ               *Pro Hac Vice*
CYNTHIA A. SOLOMON           *Pro Hac Vice*
SARA O. COUCH                *Pro Hac Vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

Email: fbaker@motleyrice.com; jledlie@motleyrice.com; khermiz@motleyrice.com; csolomon@motleyrice.com; scouch@motleyrice.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM<br><br>JOINT STATUS REPORT |
| JESSICA WHALEY, et al.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 23-cv-00457- LEK-KJM |
| JACLYN HUGHES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 24-cv-00059-LEK-KJM |

## JOINT STATUS REPORT

The parties hereby file a joint status report regarding their actions pursuant to ECF No. 590 (Joint Submission on Using the Results of the Feindt Bellwether Trail to Resolve Remaining Cases):

1. On September 5, 2025, the parties exchanged settlement demands and offers pursuant to Paragraph 4 of ECF No. 590.

2. On October 2, 2025, the parties met by videoconference to discuss various settlement issues, including that Plaintiffs' counsel expect to have their clients' responses to the United States' September 5, 2025 settlement offers by or around October 17, 2025.

3. After Plaintiffs' counsel provide these responses to the United States, the parties will meet again to discuss settlement.

4. Within 14 days of this next meeting, the parties will submit another joint status report regarding their settlement progress and proposed next steps.

DATED: October 15, 2025

/s/ Kristina Baehr (with permission)  
KRISTINA BAEHR  
Attorney for Plaintiffs

/s/ Eric Rey  
ERIC REY  
Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that, on October 15, 2025, a true and correct copy of the foregoing was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

*/s/ Eric Rey*
Eric Rey