LYLE S. HOSODA            3964-0
SPENCER J. LAU            11105-0
HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone:  (808) 524-3700
Facsimile:   (808) 524-3838
Email: lsh@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR         *Pro Hac Vice*
MARY M. NEUSEL            *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Email: kristina@well.law; maggie@well.law

FREDERICK C. BAKER        *Pro Hac Vice*
JAMES W. LEDLIE           *Pro Hac Vice*
KRISTEN HERMIZ            *Pro Hac Vice*
CYNTHIA A. SOLOMON        *Pro Hac Vice*
SARA O. COUCH             *Pro Hac Vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com; scouch@motleyrice.com

*Attorneys for Appellants*

*(case caption continued on next page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:22-cv-00397-LEK-KJM<br>(Federal Tort Claims Act)<br><br>**NOTICE OF APPEAL**<br><br>JUDGE:  Hon. Leslie E. Kobayashi |

## NOTICE OF APPEAL

Notice is hereby given that the following minor bellwether Plaintiffs, Patrick Feindt, Jr., as Next Friend to his minor child, P.R.F.; Patrick Feindt, Jr. as Next Friend to his minor child, P.G.F.; Nastasia Freeman, as Next Friend to her minor child, D.F.; Richelle Dietz, as Next Friend to her minor child, V.D.; Richelle Dietz, as Next Friend to her minor child, B.D.; Sheena Jessup, as Next Friend to her minor child, N.J.; and Sheena Jessup, as Next Friend to her minor child, D.J, in the above-named case, appeal to the United States Court of Appeals for the Ninth Circuit from the Order and Final Judgment [ECF No. 636], entered in this action on September 9, 2025, and any and all interlocutory orders that merge into said Judgment. The Order and Final Judgment, was entered on September 9, 2025, by the Honorable Leslie E. Kobayashi, United States District Judge for the District of Hawaii.

1

This Notice of Appeal is filed in accordance with Federal Rule of Appellate Procedure 3 and 4, Rule 4 of the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Hawaii, and the Rules and General Orders of the United States Court of Appeals for the Ninth Circuit. The filing fee will be submitted contemporaneously with this filing as required by Federal Rule of Appellate Procedure 3(e) and 24.

DATED: Honolulu, Hawaii, November 10, 2025.

| | |
|---|---|
| */s/ Spencer J. Lau* <br> LYLE S. HOSODA <br> SPENCER J. LAU | */s/ Frederick C. Baker* <br> FREDERICK C. BAKER <br> CYNTHIA A. SOLOMON <br> JAMES W. LEDLIE |
| */s/ Kristina S. Baehr* <br> KRISTINA S. BAEHR <br> MARY M. NEUSEL | KRISTEN HERMIZ <br> SARA O. COUCH |

*Attorneys for Appellants*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

*/s/ Kristina S. Baehr*
Kristina S. Baehr

2