Office of the Clerk
## United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 25-7162 |
| Originating Case Number: | 1:22-cv-00397-LEK-KJM |
| | 1:23-cv-00457-LEK-KJM |
| | 1:24-cv-00059-LEK-KJM |
| Case Title: | Feindt, et al. v. United States of America |

**Tuesday, November 18, 2025**

| | |
|---|---|
| Patrick Feindt, Jr. | Mediation Questionnaire due |
| Nastasia Freeman | Mediation Questionnaire due |
| Richelle Dietz | Mediation Questionnaire due |
| Sheena Jessup | Mediation Questionnaire due |

**Monday, November 24, 2025**

| | |
|---|---|
| Patrick Feindt, Jr. | Appeal Transcript Order Due |
| Nastasia Freeman | Appeal Transcript Order Due |
| Richelle Dietz | Appeal Transcript Order Due |
| Sheena Jessup | Appeal Transcript Order Due |

**Wednesday, December 24, 2025**

| | |
|---|---|
| Patrick Feindt, Jr. | Appeal Transcript Due |
| Nastasia Freeman | Appeal Transcript Due |
| Richelle Dietz | Appeal Transcript Due |
| Sheena Jessup | Appeal Transcript Due |

**Monday, February 2, 2026**

| | |
|---|---|
| Patrick Feindt, Jr. | Appeal Opening Brief Due |
| Nastasia Freeman | Appeal Opening Brief Due |
| Richelle Dietz | Appeal Opening Brief Due |
| Sheena Jessup | Appeal Opening Brief Due |

**Wednesday, March 4, 2026**

| | |
|---|---|
| United States of America | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**