UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**LUCY H. CARRILLO**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

November 14, 2025

To All Counsel of Record as Appellees:

IN RE:   Patrick Feindt, Jr., et al. Vs. United States of America

CIV NO.   **CV 22-00397 LEK-KJM** *(consolidated with member cases: CV 23-00457 LEK-KJM & CV 24-00059 LEK-KJM )*

CA NO.   25-7162

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on November 10, 2025 .

All counsel (or Pro Se) please read and follow the enclosed instructions. Thank You.

Sincerely Yours,

Lucy H. Carrillo, CLERK

by: /s/ EA, Deputy Clerk

Enclosures

cc:   All Counsel of Record for appellants
    Instructions for Civil Appeals
    Transcript Desig. & Ordering Form with instructions
    Copy of the Docket Sheet

Clerk, 9th CCA via ECF