J. PATRICK GLYNN, Director
CAROLINE W. STANTON, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 598-9070
Fax: (202) 616-4473
Email: caroline.w.stanton@usdoj.gov

*Attorneys for the United States of America*

LYLE S. HOSODA          3964-0
SPENCER J. LAU          11105-0
*Hosoda Law Group, AAL, ALC*
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaiʻi 96813
Telephone:  (808) 524-3700
Facsimile:  (808) 524-3838
Email: lsh@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR          *Pro Hac Vice*
MARY M. NEUSEL             *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 693-8029
Email: kristina@well.law; maggie@well.law

FREDERICK C. BAKER         *Pro Hac Vice*
JAMES W. LEDLIE            *Pro Hac Vice*
KRISTEN HERMIZ             *Pro Hac Vice*
CYNTHIA A. SOLOMON         *Pro Hac Vice*
SARA O. COUCH              *Pro Hac Vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

Email: fbaker@motleyrice.com; jledlie@motleyrice.com; khermiz@motleyrice.com; csolomon@motleyrice.com; scouch@motleyrice.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM SECOND JOINT STATUS REPORT |
| JESSICA WHALEY, et al., Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | CIVIL NO. 23-cv-00457- LEK-KJM |
| JACLYN HUGHES, et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | CIVIL NO. 24-cv-00059-LEK-KJM |

**SECOND JOINT STATUS REPORT**

The parties hereby file a joint status report regarding their actions pursuant to ECF Nos. 590 (Joint Submission on Using the Results of the *Feindt* Bellwether Trail to Resolve Remaining Cases) and 645 (October 15, 2025 Joint Status Report):

1. On September 5, 2025, the United States made individualized settlement offers to 5,727 Plaintiffs, contingent upon proof of residency. The United States also made tentative offers to 169 Plaintiffs it has identified as non-residents.

2. As of December 16, 2025: (1) 3,192 resident Plaintiffs have accepted the United States' offers; (2) 2,031 resident Plaintiffs made counter-offers to the United States; (3) 504 Plaintiffs to whom the United States made resident offers have not yet responded to the United States; and (4) the 169 Plaintiffs the United States has identified as non-residents have not yet responded to the United States. Plaintiffs anticipate providing responses for the outstanding offers to the United States on a rolling basis.

3. As of December 16, 2025, the parties have agreed that 1,016 settling Plaintiffs have provided full proof of residency. Plaintiffs are in the process of gathering executed settlement agreements for these 1,016 Plaintiffs and

additional documentation for the remainder of settling plaintiffs. Plaintiffs expect to provide this information to the United States on a rolling basis.

4. The parties will move for a good faith determination of settlement and approval of settlement of minors' claims for the first group of settling Plaintiffs by January 30, 2025. Thereafter, the parties will submit motions for approval of additional settlements on a rolling basis.

DATED: December 17, 2025

*/s/ Kristina Baehr (with permission)*  
KRISTINA BAEHR  
Attorney for Plaintiffs

*/s/Caroline W. Stanton*  
CAROLINE W. STANTON  
Attorney for the United States

# CERTIFICATE OF SERVICE

I hereby certify that, on December 17, 2025, a true and correct copy of the foregoing was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

>                         */s/ Caroline W. Stanton*
>                         Caroline W. Stanton