J. PATRICK GLYNN, Director
CAROLINE W. STANTON, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 598-9070
Email: caroline.w.stanton@usdoj.gov
*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM |
| JESSICA WHALEY, et al.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 23-cv-00457- LEK-KJM |
| JACLYN HUGHES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 24-cv-00059-LEK-KJM |

# UNITED STATES' PETITION FOR
# GOOD FAITH SETTLEMENT DETERMINATION

The United States petitions the Court for a determination that the settlement agreements entered into between the United States and the 630 Settling *Feindt* and *Hughes* Plaintiffs (as herein defined) were entered into in good faith pursuant to Hawaii Revised Statute (HRS) § 663-15.5 for the reasons detailed in the accompanying memorandum. The United States makes this petition following a conference of the parties pursuant to LR 7.8, which occurred on, among other dates, January 28, 2026. Plaintiffs consent to this petition. This Petition is supported by the accompanying memorandum, declaration by counsel, and the terms of the settlement agreements. If no joint tortfeasors or co-obligors file objects to the Petition within twenty-five days, the United States requests that the Court approve the settlement without a hearing. HRS § 663-15.5(b), (c); L.R. 7.1(c).

DATED: January 30, 2026                    Respectfully Submitted,

                                                                            BRETT A. SHUMATE
                                                                            Assistant Attorney General
                                                                            Civil Division

                                                                            JONATHAN D. GUYNN
                                                                            Deputy Ass't Attorney General
                                                                            Torts Branch

        J. PATRICK GLYNN
        Director
        Environmental Tort Litigation

        */s/ Caroline W. Stanton*
        CAROLINE W. STANTON
        DC Bar No. 1010918
        Trial Attorney
        U.S. Department of Justice
        Civil Division, Torts Branch
        Environmental Tort Litigation
        1100 L Street, NW
        Washington, DC 20005
        (202) 598-9070
        caroline.w.stanton@usdoj.gov

        *Attorneys for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2026, I electronically filed the foregoing, the memorandum in support, declarations in support, and proposed order using the Electronic Case Filing (ECF) system of this Court.

In addition, I emailed and sent via certified mail the foregoing, the memorandum in support, declarations in support, and proposed order to the following counsel:

> Michael Klebanov
> Husch Blackwell
> 1801 Pennsylvania Ave., NW
> Suite 1000
> Washington, DC 20006-3606
> Michael.Klebanov@huschblackwell.com
> *Counsel for Hickam Communities, LLC*

> Matthew Shannon
> A Law Corporation
> Topa Financial Center, Suite 900
> 700 Bishop Street
> Honolulu, Hawaii 96813
> mshannon@legalhawaii.com
> *Counsel for Hickam Communities, LLC*

> Bruce D. Voss
> Lung Rose Voss Wagnild
> Topa Financial Center, Suite 900
> 700 Bishop Street
> Honolulu, Hawaii 96813
> bvoss@legalhawaii.com
> *Counsel for Island Palm Communities, LLC*

Lisa K. Swartzfager
Cades Schutte LLP
1000 Bishop Street, Suite 1200
Honolulu, HI  96813
lswartzfager@cades.com
*Counsel for CP IV Waterfront LLC (d/b/a Kapilina Beach Homes)*

Randall C. Whattoff
Cox Fricke LLP
Queen's Court
800 Bethel Street, Suite 600
Honolulu, Hawaii 96813
rwhattoff@cfhawaii.com
*Counsel for Ohana Military Communities, LLC and Hunt MH Property Management, LLC*

                                         */s/ Caroline W. Stanton*
                                         CAROLINE W. STANTON