J. PATRICK GLYNN, Director
CAROLINE W. STNATON, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 598-9070
Email: caroline.w.stanton@usdoj.gov
*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM |
| JESSICA WHALEY, et al., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 23-cv-00457- LEK-KJM |
| JACLYN HUGHES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 24-cv-00059-LEK-KJM |

## **DECLARATION OF CAROLINE W. STANTON**

I, Caroline W. Stanton, do declare the following as true and correct to the best of my personal knowledge:

1. I am counsel of record for the United States in the above-captioned litigations.

2. I have personal knowledge of the matters within this Declaration.

### ***FEINDT* BELLWETHER TRIAL**

3. At the *Feindt* bellwether trial, the Court received testimony from 39 witnesses through declaration testimony, live testimony, or both.

4. At the *Feindt* bellwether trial, the Court received testimony from 11 experts retained by the Plaintiffs and from 9 experts retained by the United States.

5. In total, the parties moved into evidence over 650 exhibits for the *Feindt* bellwether trial.

### **DISCOVERY**

6. Discovery has been coordinated in six pending FTCA cases related to claims at Red Hill: (1) *Feindt v. United States*, Civil No. 22-00397-LEK-KJM; (2) *Hughes v. United States*, Civil No. 24-00059-LEK-KJM; (3) *Whaley v. United States*, Civil No. 23-00457-LEK-KJM; (4) *Williams v. United States*, Civil No. 23-cv-00028-LEK-KJM; (5) *Wyatt v. United States*, Civil No. 23-00065-LEK-KJM; and (6) *Alaimaleata v. United States*, Civil No. 23-000164-LEK-KJM (collectively, the

Coordinated Cases). *See Feindt*, ECF No. 498 (Discovery Coordination Order). In the Coordinated Cases, the United States has produced over 15.5 million pages of documents; and presented over 30 current or former U.S. employees for deposition, resulting in over 6,400 pages of deposition transcripts.

7. In the Coordinated Cases and as of the date of this Declaration, the United States has:

    a. Produced over 15.5 million pages of documents; and

    b. Defended 35 fact or Rule 30(b)(6) depositions of current or former U.S. employees, resulting in over 6,400 pages of deposition transcripts.

8. The parties have not commenced discovery of the 630 Settling Plaintiffs, including Requests for Production, Requests for Admission, or Interrogatories. The 630 Settling Plaintiffs have not produced medical records.

9. The United States has not deposed any Settling Plaintiff.

10. Neither the United States nor Plaintiffs have designated any expert opinions in *Feindt* or *Hughes* beyond those at issue in the *Feindt* bellwether trial.

11. After the Court issued its Findings of Fact and Conclusions of Law in the *Feindt* bellwether trial, the United States made settlement offers to 5,727 *Feindt* and *Hughes* Plaintiffs, subject to proof of residency on the Joint Base Pearl Harbor

Hickam water system on November 20, 2021. These settlement offers are based on the following age-based categories:

    a. $27,000 for those thirteen years of age and older as of November 20, 2021;

    b. $18,000 for those seven to twelve years of age as of November 20, 2021;

    c. $8,000 for those three to six years of age as of November 20, 2021; and

    d. $5,000 for those zero or six years of age as of November 20, 2021

12. As of this date, the United States has reached agreement with 3,274 Plaintiffs to settle their claims and the parties are working to finalize those settlements.

13. **Exhibit A** hereto is a list of the 630 Settling Plaintiffs subject to the Petition along with the amounts of their settlements.

14. **Exhibit B** hereto is a full settlement agreement with one of the Settling Plaintiffs. The same terms apply to each of the 630 Settling Plaintiffs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: January 30, 2026

Washington, DC                               */s/ Caroline W. Stanton*
                                             CAROLINE W. STANTON
                                             *Attorney for the United States*