J. PATRICK GLYNN, Director
ERIC REY, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-5145
Fax: (202) 616-4473
Email: eric.a.rey@usdoj.gov
*Attorneys for the United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM<br><br>MOTION TO DISMISS *WHALEY* FIRST AMENDED COMPLAINT FOR LACK OF SUBJECT-MATTER JURISDICTION |
| JESSICA WHALEY, et al.,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | CIVIL NO. 23-cv-00457- LEK-KJM |
| JACLYN HUGHES, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | CIVIL NO. 24-cv-00059-LEK-KJM |

**MOTION TO DISMISS *WHALEY* FIRST AMENDED COMPLAINT FOR
LACK OF SUBJECT-MATTER JURISDICTION**

The United States hereby moves under Federal Rule of Civil Procedure 12(b)(1) to dismiss the *Whaley* First Amended Complaint for lack of subject-matter jurisdiction pursuant to the *Feres* doctrine. This Motion is supported by the attached Memorandum, is made pursuant to the parties' Stipulated Briefing Schedule (*Feindt*, Dkt. No. 669), and follows several L.R. 7.8 conferences that took place in December 2025 and January 2026.

DATED: January 30, 2026,                              Respectfully Submitted,

                                                     BRETT A. SHUMATE
                                                     Assistant Attorney General
                                                     Civil Division

                                                     JONATHAN D. GUYNN
                                                     Deputy Ass't Attorney General
                                                     Torts Branch

                                                     J. PATRICK GLYNN
                                                     Director
                                                     Environmental Tort Litigation

                                                     */s/ Eric Rey*
                                                     ERIC REY, DC Bar No. 998615
                                                     Trial Attorney
                                                     U.S. Department of Justice
                                                     Civil Division, Torts Branch
                                                     Environmental Tort Litigation
                                                     1100 L Street, NW
                                                     Washington, DC 20005
                                                     (202) 305-5145
                                                     eric.a.rey@usdoj.gov

                                                     *Attorneys for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 30, 2026, I served counsel of record by filing the foregoing and accompanying Memorandum using the Electronic Case Filing (ECF) system of this Court.

                         */s/ Eric Rey*
                         ERIC REY