LYLE S. HOSODA            3964-0
SPENCER J. LAU            11105-0
Hosoda Law Group, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
Email: lsh@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR        *Pro Hac Vice*
MARY M. NEUSEL           *Pro Hac Vice*
Just Well Law, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Email: kristina@well.law; maggie@well.law

FREDERICK C. BAKER       *Pro Hac Vice*
JAMES W. LEDLIE          *Pro Hac Vice*
KRISTEN HERMIZ           *Pro Hac Vice*
CYNTHIA A. SOLOMON       *Pro Hac Vice*
SARA O. COUCH            *Pro Hac Vice*
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com; khermiz@motleyrice.com; csolomon@motleyrice.com; scouch@motleyrice.com

*Attorneys for Plaintiffs*

*(case caption continued on next page)*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:22-cv-00397-LEK-KJM<br>(Federal Tort Claims Act)<br><br>**PLAINTIFFS' NOTICE OF FILING TO DOCKET REQUIRED PLAINTIFFS LISTED IN THE STIPULATION SCHEDULE AND FAST TRACK TRIAL PROCESS, PARAGRAPH 17; ATTACHMENTS A, B, AND C; CERTIFICATE OF SERVICE**<br><br>JUDGE: Hon. Leslie E. Kobayashi |
| JESSICA WHALEY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:23-cv-00457-LEK-KJM<br>(Federal Tort Claims Act)<br><br>JUDGE: Hon. Leslie E. Kobayashi |

| | |
|---|---|
| JACLYN HUGHES, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:24-cv-00059-LEK-KJM<br>(FEDERAL TORT CLAIMS ACT)<br><br><br><br>JUDGE: Hon. Leslie E. Kobayashi |

**PLAINTIFFS' NOTICE OF FILING TO DOCKET
REQUIRED PLAINTIFFS LISTED IN THE STIPULATION
SCHEDULE AND FAST TRACK TRIAL PROCESS, PARAGRAPH 17**

To comply with the Stipulation Schedule and Fast Track Trial Process filed on February 25, 2026 [ECF No. 682], the Plaintiffs have attached the required Plaintiff Lists to be docketed in compliance with Paragraph 17 of the Stipulation Order, and as stated below:

a. A list of those Civilian Plaintiffs who agree to the Fast Track Trial Process (Fast Track Plaintiffs), attached as Attachment A;

b. A list of those Civilian Plaintiffs who do not agree to the Fast Track Trial Process (Non-Fast Track Plaintiffs), including the categorical reason for their objection, attached as Attachment B; and

c. A list of Civilian Plaintiffs who are not in the parties' January 30, 2026 motion for a determination of good faith settlement pursuant to HRS § 663-15.5, but who have accepted the United States' September 5, 2025 offer, regardless of whether they are also listed as Fast Track

1

Plaintiffs or not, attached as Attachment C.

DATED: Honolulu, Hawai'i, February 27, 2026.

| | |
|---|---|
| */s/ Lyle Hosoda* | */s/ Frederick C. Baker* |
| LYLE S. HOSODA | FREDERICK C. BAKER |
| SPENCER J. LAU | CYNTHIA A. SOLOMON |
| | JAMES W. LEDLIE |
| */s/ Kristina S. Baehr* | KRISTEN HERMIZ |
| KRISTINA S. BAEHR | SARA O. COUCH |
| JAMES BAEHR | |
| MARY M. NEUSEL | |

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed and served on counsel of record via the U.S. District Court's CM/ECF electronic filing system.

*/s/ Lyle Hosoda*
Lyle Hosoda