LYLE S. HOSODA            3964-0
SPENCER J. LAU            11105-0
HOSODA LAW GROUP, AAL, ALC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone:  (808) 524-3700
Facsimile:   (808) 524-3838
Email: lsh@hosodalaw.com; sjl@hosodalaw.com


KRISTINA S. BAEHR        *Pro Hac Vice*
MARY M. NEUSEL           *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 994-6241
Email: kristina@well.law; maggie@well.law


FREDERICK C. BAKER       *Pro Hac Vice*
JAMES W. LEDLIE          *Pro Hac Vice*
KRISTEN HERMIZ           *Pro Hac Vice*
CYNTHIA A. SOLOMON       *Pro Hac Vice*
SARA O. COUCH            *Pro Hac Vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com; jledlie@motleyrice.com;
khermiz@motleyrice.com; csolomon@motleyrice.com; scouch@motleyrice.com

*Attorneys for Plaintiffs*


*(case caption continued on next page)*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:22-cv-00397-LEK-KJM (FEDERAL TORT CLAIMS ACT)<br><br>**CERTIFICATE OF SERVICE RE: PLAINTIFFS' FACT SHEETS (PFS) AND PFS PRODUCTIONS PROVIDED TO DEFENDANT PURSUANT TO STIPULATION REGARDING JULY 7, 2026 FAST TRACK TRIAL [ECF NO. 688]**<br><br>JUDGE:  Hon. Leslie E. Kobayashi |
| JESSICA WHALEY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:23-cv-00457-LEK-KJM (FEDERAL TORT CLAIMS ACT)<br><br><br>JUDGE:  Hon. Leslie E. Kobayashi |
| JACLYN HUGHES, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:24-cv-00059-LEK-KJM (FEDERAL TORT CLAIMS ACT)<br><br><br>JUDGE:  Hon. Leslie E. Kobayashi |

## CERTIFICATE OF SERVICE

I certify that on March 11, 2026, Plaintiffs' served true and correct copies of three (3) individual Plaintiff Fact Sheets (PFS) and corresponding PFS Productions on the United States of America counsel of record via email. The PFS and PFS productions were served pursuant to paragraph 4 and 5 of the Stipulation Regarding July 7, 2026 Fast Track Trial [ECF No. 688], entered on March 2, 2026. The 3 Plaintiffs are the randomly selected plaintiffs listed in the Joint Notice of Random Selection of Initial FTT Plaintiffs [ECF No. 689], filed March 3, 2026.

**FEINDT PLAINTIFFS - Served 3/11/26**

1. Kelly Jones,

**HUGHES PLAINTIFFS - Served 3/11/26**

2. Suter, Marcie, and

3. Suter, Matthew.

DATED: Honolulu, Hawaii, March 12, 2026.

/s/ Lyle Hosoda
LYLE S. HOSODA
SPENCER J. LAU

/s/ Kristina S. Baehr
KRISTINA S. BAEHR
MARY M. NEUSEL

/s/ Frederick C. Baker
FREDERICK C. BAKER
CYNTHIA A. SOLOMON
JAMES W. LEDLIE
KRISTEN HERMIZ
SARA O. COUCH

*Attorneys for Plaintiffs*

2