# MINUTE ORDER

CASE NUMBERS:        1:22-cv-00397-LEK-KJM
                     1:23-cv-00457-LEK-KJM
                     1:24-cv-00059-LEK-KJM

CASE NAMES:          Feindt et al. v. United States of America
                     Whaley et al. v. United States of America
                     Hughes et al. v. The United States of America

ATTY'S FOR PLTFS:    Lyle S. Hosoda
                     Kristina Baehr

ATTY'S FOR DEFTS:    Eric A. Rey
                     Rosemary C. Yogiaveetil

---

JUDGE:    Leslie E. Kobayashi        REPORTER:    Ann Matsumoto

DATE:     4/9/2026                    TIME:        2:30pm-3:10pm

---

COURT ACTION:   EP:   Hearing on Defendant's Motions to Dismiss.

Oral arguments heard.

For reasons stated on the record, Defendant's Motion to Dismiss Whaley First Amended Complaint for Lack of Subject-Matter Jurisdiction - TAKEN UNDER ADVISEMENT.

Court to issue written order.

Submitted by: Carla Cortez, Courtroom Manager