IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PATRICK FEINDT, JR., ET AL., | ) | Civil No. 22-00397 LEK-KJM |
| | ) | |
| Plaintiffs, | ) | FINDINGS AND |
| | ) | RECOMMENDATION TO GRANT |
| vs. | ) | UNITED STATES' PETITION FOR |
| | ) | GOOD FAITH SETTLEMENT |
| UNITED STATES OF AMERICA, | ) | DETERMINATION (ECF NO. 686) |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| JACLYN HUGHES, ET AL., | ) | Civil No. 24-00059 LEK-KJM |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

FINDINGS AND RECOMMENDATION TO
GRANT UNITED STATES' PETITION FOR GOOD
FAITH SETTLEMENT DETERMINATION (ECF NO. 686)

On February 27, 2026, Defendant United States of America ("Defendant")

filed a Petition for Good Faith Settlement Determination ("Petition"), seeking a

determination of good faith settlement for 287 settling plaintiffs (collectively,

"Plaintiffs")[1].  ECF No. 686.[2]  The Petition states that Plaintiffs consent to the

Petition.  *Id.* at 2.  This is the second petition for good faith settlement

determination filed in these consolidated cases.

On March 6, 2026, non-parties CP IV Waterfront, LLC d/b/a Kapilina Beach

Homes ("Kapilina"), and GREP Southwest, LLC ("GREP"), timely filed a

Statement of Position to the Petition.  ECF No. 694.  On March 23, 2026, non-

parties Ohana Military Communities, LLC ("Ohana"), and Hunt MH Property

Management, LLC ("Hunt"), timely filed a Memorandum in Opposition to the

Petition.  ECF No. 709.  Therein, Ohana and Hunt reiterated and incorporated by

reference their previous opposition filed on February 24, 2026.  ECF No. 677.  The

Court did not receive any other objections.

On April 6, 2026, Defendant filed a Reply.  ECF No. 723.

On April 16, 2026, the Court held a hearing on the Petition via video

conference.  ECF No. 727.  Lyle S. Hosoda, Esq., Kristina Baehr, Esq., Frederick

C. Baker, Esq., and Cynthia A. Solomon, Esq., appeared on behalf of Plaintiffs.

Eric A. Rey, Esq., Alanna Horan, Esq., and Kenneth A. Haywood, Esq., appeared

---

[1]  *See* ECF No. 686-3 for a list of the settling plaintiffs that are the subject of the
Petition.

[2]  The Court cites to the *Feindt* docket, unless otherwise noted.

on behalf of Defendant.  Randall C. Whattoff, Esq., appeared on behalf of Ohana and Hunt.  Calvert G. Chipchase, Esq., appeared on behalf of Kapilina and GREP.

The Court has carefully considered the memoranda, applicable law, record in this case, and the oral arguments of counsel.  For the reasons set forth in the Court's findings and recommendation on Defendant's prior petition for good faith settlement determination, which the district court adopted, the Court FINDS AND RECOMMENDS that the district court GRANT the Petition.  The Court reiterates and incorporates by reference the analysis contained in its prior order.  ECF No. 721, 2026 WL 1071033 (D. Haw. Apr. 2, 2026), *adopted by* ECF No. 743.

Based on the foregoing, the Court FINDS that the settlements between the subject settling plaintiffs as listed in ECF No. 686-3 and Defendant United States of America were made in good faith under Hawaii Revised Statutes § 663–15.5. The Court thus RECOMMENDS that the district court GRANT the Petition for Good Faith Settlement Determination (ECF No. 686).

IT IS SO FOUND AND RECOMMENDED.

DATED:  Honolulu, Hawaii, May 20, 2026.



Kenneth J. Mansfield
United States Magistrate Judge

*Feindt v. United States*, Civil No. 22-00397 LEK-KJM; *Hughes v. United States*, Civil No. 24-00059 LEK-KJM; Findings and Recommendation to Grant United States' Petition for Good Faith Settlement Determination (ECF No. 686)