IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PATRICK FEINDT, JR., ET AL., | ) | Civil No. 22-00397 LEK-KJM |
| | ) | |
| Plaintiffs, | ) | FINDINGS AND |
| | ) | RECOMMENDATION TO GRANT |
| vs. | ) | UNITED STATES' PETITION FOR |
| | ) | GOOD FAITH SETTLEMENT |
| UNITED STATES OF AMERICA, | ) | DETERMINATION (ECF NO. 712) |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| JACLYN HUGHES, ET AL., | ) | Civil No. 24-00059 LEK-KJM |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

FINDINGS AND RECOMMENDATION TO
GRANT UNITED STATES' PETITION FOR GOOD
FAITH SETTLEMENT DETERMINATION (ECF NO. 712)

On March 27, 2026, Defendant United States of America ("Defendant")

filed a Petition for Good Faith Settlement Determination ("Petition"), seeking a

determination of good faith settlement for 474 settling plaintiffs (collectively,

//

//

"Plaintiffs")[1]. ECF No. 712.[2] This is the third petition for good faith settlement determination filed in these consolidated cases.

On March 30, 2026, non-parties Ohana Military Communities, LLC ("Ohana"), and Hunt MH Property Management, LLC ("Hunt"), timely filed a Memorandum in Opposition to the Petition. ECF No. 715. Therein, Ohana and Hunt reiterated and incorporated by reference their previous opposition filed on February 24, 2026, ECF No. 677.

On April 2, 2026, non-parties CP IV Waterfront, LLC d/b/a Kapilina Beach Homes ("Kapilina"), and GREP Southwest, LLC ("GREP"), timely filed a Statement of Position to the Petition. ECF No. 722. Therein, Kapilina and GREP incorporated by reference their previous position as set forth in their statement filed on March 6, 2026, ECF No. 694.

The deadline to file any objections to the Petition was April 21, 2026. The Court did not receive any other objections.

On April 16, 2026, the Court held a hearing on the Petition via video conference.[3] ECF No. 727. Lyle S. Hosoda, Esq., Kristina Baehr, Esq., Frederick

---

[1] *See* ECF No. 712-2 for a list of the settling plaintiffs that are the subject of the Petition.

[2] The Court cites to the *Feindt* docket, unless otherwise noted.

[3] The Court did not issue an entering order setting a hearing on the Petition. For the sake of efficiency, however, the parties agreed, and the Court approved, of holding a hearing on the Motion on April 16, 2026, after a previously scheduled hearing in this matter.

2

C. Baker, Esq., and Cynthia A. Solomon, Esq., appeared on behalf of Plaintiffs.

Eric A. Rey, Esq., Alanna Horan, Esq., and Kenneth A. Haywood, Esq., appeared

on behalf of Defendant.  Randall C. Whattoff, Esq., appeared on behalf of Ohana

and Hunt.  Calvert G. Chipchase, Esq., appeared on behalf of Kapilina and GREP.

The Court has carefully considered the memoranda, applicable law, record

in this case, and the oral arguments of counsel.  For the reasons set forth in the

Court's findings and recommendation on Defendant's prior petition for good faith

settlement determination, which the district court adopted, the Court FINDS AND

RECOMMENDS that the district court GRANT the Petition.  The Court reiterates

and incorporates by reference the analysis contained in its prior order.  ECF No.

721, 2026 WL 1071033 (D. Haw. Apr. 2, 2026), *adopted by* ECF No. 743.

Based on the foregoing, the Court FINDS that the settlements between the

subject settling plaintiffs as listed in ECF No. 712-2 and Defendant United States

of America were made in good faith under Hawaii Revised Statutes § 663–15.5.

The Court thus RECOMMENDS that the district court GRANT the Petition for

Good Faith Settlement Determination (ECF No. 712).

//

//

//

//

3

IT IS SO FOUND AND RECOMMENDED.

DATED:  Honolulu, Hawaii, May 20, 2026.



Kenneth J. Mansfield
United States Magistrate Judge

*Feindt v. United States*, Civil No. 22-00397 LEK-KJM; *Hughes v. United States*, Civil No. 24-00059 LEK-KJM; Findings and Recommendation to Grant United States' Petition for Good Faith Settlement Determination (ECF No. 712)