J. PATRICK GLYNN, Director
ALEX HAYWOOD, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 598-3650
Email: alex.haywood@usdoj.gov
*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM <br><br> UNITED STATES' REPLY IN SUPPORT OF PETITION FOR GOOD FAITH SETTLEMENT DETERMINATION (ECF No. 731) <br><br> Hearing Date:  June 10, 2026 <br> Hearing Time:  9:30am |
| JACLYN HUGHES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 24-cv-00059-LEK-KJM |

**UNITED STATES' REPLY IN SUPPORT OF PETITION FOR
GOOD FAITH SETTLEMENT DETERMINATION (ECF No. 731)**

Pursuant to the Court's April 24, 2026 Order (ECF No. 732), the United States submits this reply in support of its April 24, 2026 Petition for Good Faith Settlement Determination ("April 2026 Petition"; ECF No. 731). First, the United States incorporates the arguments in its March 10, 2026 Reply (ECF No. 695) in support of its substantially identical January 30, 2026 Petition for Good Faith Settlement Determination that responded to the same arguments by Ohana Military Communities, LLC, Hunt MH Property Management, LLC, CP IV Waterfront, LLC, and GREP Southwest, LLC (collectively, "Non-Settling Entities"). Second, the United States notes that, after it filed its April 2026 Petition, the Court approved the United States' January 30, 2026 Petition—for settlements with identical terms and amounts tied to the same age-based categories—over the Non-Settling Entities objections. ECF No. 743 (adopting ECF No. 721).

For these reasons and those set forth in the April 2026 Petition, the Court should again conclude that the Non-Settling Entities have failed to establish that these settlements lack good faith for purposes of HRS § 663-15.5 and therefore grant the April 2026 Petition.

DATED: June 3, 2026,

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN D. GUYNN
Deputy Ass't Attorney General
Torts Branch

J. PATRICK GLYNN
Director
Environmental Tort Litigation

*/s/ Alex Haywood*
ALEX HAYWOOD
GA Bar No. 468020
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Environmental Tort Litigation
1100 L Street, NW
Washington, DC 20005
(202) 598-3650
alex.haywood@usdoj.gov

*Attorneys for the United States*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2026, I electronically filed the foregoing using

the Electronic Case Filing (ECF) system of this Court.

/s/ Alex Haywood
ALEX HAYWOOD