COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOACHIM P. COX                 7520-0
    jcox@cfhawaii.com
RANDALL C. WHATTOFF            9487-0
    rwhattoff@cfhawaii.com
KAMALA S. HAAKE                9515-0
    khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone:  (808) 585-9440
Facsimile:   (808) 275-3276

Attorneys for Non-Parties
OHANA MILITARY COMMUNITIES, LLC and
HUNT MH PROPERTY MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM<br><br>NON-PARTIES OHANA MILITARY COMMUNITIES, LLC AND HUNT MH PROPERTY MANAGEMENT, LLC'S MEMORANDUM IN OPPOSITION TO UNITED STATES' PETITION FOR GOOD FAITH SETTLEMENT DETERMINATION [DKT. 751] |
| JESSICA WHALEY, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 23-cv-00457-LEK-KJM |

| | |
|---|---|
| JACLYN HUGHES, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | CIVIL NO. 24-cv-00059-LEK-KJM |

**NON-PARTIES OHANA MILITARY COMMUNITIES, LLC
AND HUNT MH PROPERTY MANAGEMENT, LLC'S MEMORANDUM
IN OPPOSITION TO UNITED STATES' PETITION FOR GOOD FAITH
SETTLEMENT DETERMINATION [DKT. 751]**

Non-Parties Ohana Military Communities LLC and Hunt MH
Property Management, LLC ("Non-Parties"), by and through their attorneys Cox
Fricke LLP, hereby reiterate and incorporate by reference, as if fully set forth
herein, their Memorandum in Opposition to United States' Petition for Good Faith
Settlement Determination [Dkt. 670], filed herein on February 24, 2026 at Dkt.
No. 677.  Non-Parties oppose the current petition for all of the reasons stated in
their prior brief.

DATED:  Honolulu, Hawai'i, June 3, 2026.

/s/ Randall C. Whattoff
JOACHIM P. COX
RANDALL C. WHATTOFF
KAMALA S. HAAKE

Attorneys for Non-Parties
OHANA MILITARY COMMUNITIES, LLC
and HUNT MH PROPERTY
MANAGEMENT, LLC

2