IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PATRICK FEINDT, JR., et al. , | ) | CV 22-00397 LEK-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA , | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | CV 24-00059 LEK-KJM |
| JACLYN HUGHES, et al. , | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA , | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on June 12, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and

Recommendation to Grant United States' Petition for Good Faith Settlement

Determination (ECF No. 731)", ECF No. 773[1] are adopted as the opinion and

---

[1] The Court cites to the *Feindt* docket, unless otherwise noted.

order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, June 30, 2026.



/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge