IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., ET AL., Plaintiffs, vs. UNITED STATES OF AMERICA, Defendant. | Civil No. 22-00397 LEK-KJM<br><br>FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' SEVENTH MOTION FOR APPROVAL OF SETTLEMENT OF *FEINDT* AND *HUGHES* MINORS' CLAIMS (ECF NO. 823) |
| JACLYN HUGHES, ET AL., Plaintiffs, vs. UNITED STATES OF AMERICA, Defendant. | Civil No. 24-00059 LEK-KJM |

FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' SEVENTH MOTION FOR APPROVAL OF SETTLEMENT OF *FEINDT* AND *HUGHES* MINORS' CLAIMS (ECF NO. 823)

On July 9, 2026, Plaintiffs filed a Seventh Motion for Approval of Settlement of *Feindt* and *Hughes* Minors' Claims ("Motion"). ECF No. 823.[1] On July 22, 2026, Defendant United States of America ("Defendant") filed a Response

[1] The Court cites to the *Feindt* docket, unless otherwise noted.

to the Motion. ECF No. 849. The Court did not permit Plaintiffs to file a reply. ECF No. 825.

The Court elected to decide this matter without a hearing pursuant to Rule 7.1(c) of the Local Rules of Practice for the United States District Court for the District of Hawaii. *Id.*

After carefully considering the parties' submissions, applicable law, and the record in this case, the Court FINDS AND RECOMMENDS that the district court GRANT the Motion for the reasons set forth in the Court's findings and recommendation on the plaintiffs' first motion for approval of the settlements of the minors' claims, which the district court adopted, as briefly summarized below. ECF No. 720, 2026 WL 1069447 (D. Haw. Apr. 2, 2026), *adopted by* ECF No. 730, 2026 WL 1080359 (D. Haw. Apr. 20, 2026). The Court reiterates and incorporates by reference the analysis contained in its prior findings and recommendation. *Id.*

DISCUSSION

Plaintiffs filed the Motion seeking approval of the settlements for 30 minor plaintiffs in the *Feindt* and *Hughes* matter. In its Response to the Motion, Defendant states that it supports and joins in the Motion. ECF No. 849 at 2, 9.

"District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c), to safeguard the interests of litigants who are minors." *Robidoux*

*v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011). Rule 17(c) provides, in relevant part, that a district court "must appoint a guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action." Fed. R. Civ. P. 17(c)(2).

The Ninth Circuit has stated that district courts should "focus[] on the net recovery of the minor plaintiffs under the proposed agreement." *Robidoux*, 638 F.3d at 1181. The gross settlement amounts range from $5,000 to $27,000. ECF No. 823-1 at 3–4. The net settlement amounts range from $3,188 to $19,527 and are calculated by each minor's gross settlement amount less expenses, 25% attorneys' fees pursuant to the Federal Tort Claims Act, and 4.712% Hawaii general excise tax. *Id.* at 3–4, 9–10.

In light of the facts of this case, the minors' specific claims, and recovery in similar cases, the Court finds that the settlements for the 30 settling minor plaintiffs are fair and reasonable. The Court thus recommends that the district court approve the settlements pursuant to Rule 17(c). *See Robidoux*, 638 F.3d at 1182 (noting that the Court must determine if each settlement "is fair and reasonable in light of the facts of the case, each minor's claims, and typical recovery by minor plaintiffs in similar cases" and that, "[i]f the net recovery of each minor plaintiff under the proposed settlement is fair and reasonable, the district court should approve the settlement as presented").

## CONCLUSION

Based on the foregoing, the Court FINDS that the settlements for the 30 settling minor plaintiffs are fair and reasonable. The Court thus RECOMMENDS that the district court GRANT Plaintiffs' Seventh Motion for Approval of Settlement of *Feindt* and *Hughes* Minors' Claims (ECF No. 823).

IT IS SO FOUND AND RECOMMENDED.

DATED: Honolulu, Hawaii, July 24, 2026.

Kenneth J. Mansfield
United States Magistrate Judge

*Feindt v. United States*, Civil No. 22-00397 LEK-KJM; *Hughes v. United States*, Civil No. 24-00059 LEK-KJM; Findings and Recommendation to Grant Plaintiffs' Seventh Motion for Approval of Settlement of *Feindt* and *Hughes* Minors' Claims (ECF No. 823)