IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PATRICK FEINDT, JR., et al. , | ) | CV 22-00397 LEK-KJM |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA , | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | CV 24-00059 LEK-KJM |
| JACLYN HUGHES, et al. , | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA , | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on July 24, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and

Recommendation to Grant Plaintiffs' Seventh Motion for Approval of Settlement

of *Feindt* and *Hughes* Minors' Claims (ECF No. 823)", ECF No. 854[1],  are

---

[1] The Court cites to the *Feindt* docket, unless otherwise noted.

adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, August 10, 2026.



/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge

**PATRICK FEINDT, JR., ET AL;  CV 22-00397 LEK-KJM; JACLYN
HUGHES, ET AL. VS. USA; CV 24-00059 LEK-KJM; ORDER ADOPTING
MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**