J. PATRICK GLYNN, Director
ERIC REY, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: 202-305-5145
Email: Eric.A.Rey@usdoj.gov

*Attorneys for the United States of America*

LYLE S. HOSODA 3964-0
SPENCER J. LAU 11105-0
*Hosoda Law Group, AAL, ALC*
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
Email: lsh@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR *Pro Hac Vice*
MARY M. NEUSEL *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 693-8029
Email: kristina@well.law; maggie@well.law

FREDERICK C. BAKER *Pro Hac Vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com

*Attorneys for Plaintiffs* (*caption continues on the next page*)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR. et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE OF 362 PLAINTIFFS |
| JACLYN HUGHES, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 24-cv-00059-LEK-KJM |

STIPULATION OF DISMISSAL WITH PREJUDICE OF 362 PLAINTIFFS

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(II), the

parties stipulate to the dismissal with prejudice of the following Plaintiffs' claims:

1. Kristen Mae J. Abad

2. Adeleine Aiumu-Lefiti

3. George Kauhaahaa Akeo, Jr.

4. Tiare Kehaulani Akeo

5. DANELLE IRMA ALDRICH, as Next Friend to her minor child, J.A.

6.    Tina Marie Aloalii-Maanaima

7.    Emma Alvarado

8.    BLAZE KALEI ANDREWS, as Next Friend to his minor child, K.A.

9.    MCKAYLA JORDAN APONTE, as Next Friend to her minor child, J.A.

10.   Jessica Ann Ardoin

11.   JESSICA ANN ARDOIN, as Next Friend to her minor child, C.A.

12.   JESSICA ANN ARDOIN, as Next Friend to her minor child, D.A.

13.   JESSICA ANN ARDOIN, as Next Friend to her minor child, J.A.

14.   SARAH L. ARROYO, as Next Friend to her minor child, K.A.

15.   Aidan Ayala

16.   Jennifer Ayala

17.   JENNIFER AYALA, as Next Friend to her minor child, K.A.

18.   Ayele Dovi Ayhite

19.   Romeo Keolalani Baguyo, Jr.

20.   Christina Baquiro

21.   Scott Baquiro

22.   Nicole Barber-White

23.   Addison F. Barth

24.   SAMANTHA FRYAR, as Next Friend to her minor child, B.B-F.

25.   Erin Bloomer

3

26. Jane Claire Bisnar-Slocum Bonje

27. NATHAN BRIAN HARPER, as Next Friend to his minor child, K.H.B.

28. NATHAN BRIAN HARPER, as Next Friend to his minor child, K.O.B.

29. Charles Warren Bowser

30. Kenneth D. Boyce, Jr.

31. Kenneth Donald Boyce

32. SELESITINA FALEALII, as Next Friend to her minor child, Ang.B.

33. SELESITINA FALEALII, as Next Friend to her minor child, Ans.B.

34. JENNATUL NAIM BRICE, as Next Friend to her minor child, J.B.

35. Michael Burns

36. Tina Cambra

37. TINA CAMBRA, as Next Friend to her minor child, E.C.

38. TINA CAMBRA, as Next Friend to her minor child, L.C.

39. Ethan Cameron[1]

40. JENNIFER CANTOLLAS, as Next Friend to her minor child, A.C.

41. Zoila Morallia Carbo

42. Tiffany Rachel Cassidy

43. TIFFANY RACHEL CASSIDY, as Next Friend to her minor child,

---

[1] Ethan Cameron identified in the operative complaint as "ALISON CAMERON, as Next Friend to her minor child, E.C.," but has since reached the age of 18 and is settling in their own capacity.

Ka.C.

44. TIFFANY RACHEL CASSIDY, as Next Friend to her minor child, Ke.C.

45. RYOKO CECILIO, as Next Friend to her minor child, B.C.

46. RYOKO CECILIO, as Next Friend to her minor child, L.C.

47. AMY JUSTINA CERVENY, as Next Friend to her minor child, J.J.C.

48. AMY JUSTINA CERVENY, as Next Friend to her minor child, J.N.C.

49. Brian Mitchell Chamberlain

50. Kayliana Rose Chattin

51. DIA N. CHRISTOPHER, as Next Friend to his minor child, A.A.C.

52. DIA N. CHRISTOPHER, as Next Friend to his minor child, Aa.R.C.

53. DIA N. CHRISTOPHER, as Next Friend to his minor child, An.R.C.

54. Britney D. Clark

55. BRITNEY D. CLARK, as Next Friend to her minor child, A.C.

56. BRITNEY D. CLARK, as Next Friend to her minor child, E.C.

57. William Clark

58. JOHN OLIVER CLOWER, as Next Friend to his minor child, J.O., JR.

59. JOHN OLIVER CLOWER, as Next Friend to his minor child, R.C.

60. Louise T. Clutter

61. Summer Clutter

62. Jayden Coan

63. SHELQUAN SHENA PITTS-COLE, as Next Friend to her minor child, T.L.C.

64. SHELQUAN SHENA PITTS-COLE, as Next Friend to her minor child, Te.J.C.

65. Estrella Maria Colon

66. Jeremiah Cook

67. Ciara Dolcia Covarrubias-Grenko

68. Sidney Coverson

69. Anne Marie Cox

70. Ethan Craythorn

71. VERONICA CRESCIONI, as Next Friend to her minor child, J.C.

72. Annabelle G. Dalton

73. Ava F. Dalton

74. Kara J. Dalton

75. Edward Lee Davis

76. JESSICA ANN DEKOK, as Next Friend to her minor child, B.D.

77. Natalie Ditaranto

78. Ashley Moore Doscher

79. Sheri Dosier

80. TIFFANY MARIE DRUMMOND, as Next Friend to her minor child, J.D.

81. Boyd A. Durand

82. Patrick L. Durand

83. Hunter Griffiff Eagen

84. KRISTINA MARIE ELLIS, as Next Friend to her minor child, K.E.

85. Ashlynn A. Evans

86. IAN KELLEY, as Next Friend to his minor child, I.F.

87. IAN KELLEY, as Next Friend to his minor child, T.F.

88. Angel Falealii-Briand[2]

89. D'Juan Farmer

90. Oriana Farmer

91. Sarah Farquharson

92. ELENA LYDIA FERGUSON, as Next Friend to her minor child, C.F.

93. ELENA LYDIA FERGUSON, as Next Friend to her minor child, S.F.

94. Sherry L. Fields

95. JOSHUA ALEXIS FINDLAYTER, as Next Friend to his minor child, A.M.F.

---

[2] Angel Falealii-Briand identified in the operative complaint as "SELESITINA FALEALII, as Next Friend to her minor child, A.F-B.," but has since reached the age of 18 and is settling in their own capacity.

96. JOSHUA ALEXIS FINDLAYTER, as Next Friend to his minor child, A.N.F.

97. Kayla Floyd

98. KAYLA FLOYD, as Next Friend to her minor child, J.F.

99. KAYLA FLOYD, as Next Friend to her minor child, M.F.

100. KAYLA FLOYD, as Next Friend to her minor child, T.F.

101. Alexis Fontana

102. Brockden Forsberg

103. NICOLE CHRISTIAN FORSBERG, as Next Friend to her minor child, M.F.

104. NICOLE CHRISTIAN FORSBERG, as Next Friend to her minor child, P.F.

105. Cory Frazier

106. Samantha Fryar

107. SAMANTHA FRYAR, as Next Friend to her minor child, D.F.

108. David Garcia

109. Chantel Giddens

110. Avery Gilbert

111. Clete Gilbert

112. Destiny B. Glancy

113. DESTINY B. GLANCY, as Next Friend to her minor child, C.G.

114. Donald Landon Gomez

115. Kristina Gomez

116. Anika Marie Gonzales

117. SANDRA MENDEZ MALDONADO, as Next Friend to her minor child, I.G-M.

118. SANDRA MENDEZ MALDONADO, as Next Friend to her minor child, J.G-M.

119. CIARA DOLCIA COVARRUBIAS-GRENKO, as Next Friend to her minor child, N.G.

120. Anna E. Grisham

121. Kevin Grubb

122. Michelle Gusman

123. Julie Hall

124. Ambri Hanohano

125. Jenna Leigh Hanohano

126. Alvin Haruki Hardimon

127. JOANNA RENAE HARRELL, as Next Friend to her minor child, B.H.

128. Marcus Allen Harris

129. MARCUS ALLEN HARRIS, as Next Friend to his minor child, Mal.H.

9

130. MARCUS ALLEN HARRIS, as Next Friend to his minor child, Mar.H.

131. Mackenzie Harrison

132. RYAN HART, as Next Friend to her minor child, W.H.

133. Amaiya Hernandez[3]

134. LESLIE E. NOLLIE, as Next Friend to her minor child, M.H.

135. Breyan J. Herrera

136. JOSEPH SCOTT HERRERA, as Next Friend to his minor child, C.H.

137. Zoee Dawn Herrera

138. JACK HIGH, as Next Friend to her minor child, J.H. IV

139. Meghann L. Hollingsworth

140. AUTUMN MARIE SHAFFER, as Next Friend to her minor child, K.H.

141. AUTUMN MARIE SHAFFER, as Next Friend to her minor child, R.H.

142. JENNIFER MARIE HOOD, as Next Friend to her minor child, A.H.

143. JENNIFER MARIE HOOD, as Next Friend to her minor child, C.H.

144. Tiarie Mae Howard

145. Stephanie Anne Huizar

146. JELANA HUNTER, as Next Friend to her minor child, Sa.H.

147. JELANA HUNTER, as Next Friend to her minor child, Sed.H.

---

[3] Amaiya Hernandez identified in the operative complaint as "LESLIE E. NOLLIE, as Next Friend to her minor child, A.H.," but has since reached the age of 18 and is settling in their own capacity.

10

148. JELANA HUNTER, as Next Friend to her minor child, Ser.H.

149. Lonnie Jabour

150. James Jeremiah Iii

151. Marnie T. Jeremiah

152. IRV S. ROWE, as Next Friend to his minor child, A.J.J.

153. PATRICIA DIANE JONES, as Next Friend to her minor child, A.J.

154. PATRICIA DIANE JONES, as Next Friend to her minor child, D.J.

155. Kayla A. Jurado

156. LEINANI JERI-LYN YAHIKU, as Next Friend to her minor child, S.K.

157. Ezra Keawe

158. Jadon Nathaniel Keener

159. Garret Dean Kelman

160. Marvin Clark Kelman

161. VANESSA KELSO, as Next Friend to her minor child, G.K.

162. Laurie Kennar

163. Anguri Kephas

164. Bailey Kephas

165. Brennan Key

166. Megan Kilpatrick

167. Christian King Sr.

168. Christian King, Jr.

169. Leslie King

170. LESLIE KING, as Next Friend to her minor child, L.K.

171. Eben Valle Kinney

172. TABETHA KIRKEENG, as Next Friend to her minor child, A.K.

173. TABETHA KIRKEENG, as Next Friend to her minor child, K.K.

174. Jaden Kreutner

175. SUANNY KUESTER, as Next Friend to her minor child, S.K.

176. SUANNY KUESTER, as Next Friend to her minor child, V.K.

177. ASHLEY LUCIA LAIDLAW, as Next Friend to her minor child, Z.L.

178. Koa Lamug

179. CELINA RENEE CLARK LEANO, as Next Friend to her minor child, A.L.

180. VANGYEE LENG LEE, as Next Friend to his minor child, N.K.L.

181. Amy Seifert Leppert

182. Gaberiel Lichau[4]

183. Isaac Michael Liechty

184. STACIA YOUNG LIECHTY, as Next Friend to her minor child, A.L.

---

[4] Gaberiel Lichau identified in the operative complaint as "SHARI LYNN LICHAU, as Next Friend to her minor child, G.L.," but has since reached the age of 18 and is settling in their own capacity.

12

185. STACIA YOUNG LIECHTY, as Next Friend to her minor child, B.L.

186. STACIA YOUNG LIECHTY, as Next Friend to her minor child, D.L.

187. STACIA YOUNG LIECHTY, as Next Friend to her minor child, J.L.

188. STACIA YOUNG LIECHTY, as Next Friend to her minor child, T.L.

189. Devonne Kahealani Kamau Like

190. Patience Makolea Leialoha Like

191. Pihana Payson Kaniala Kamau Like

192. Stephanie Marie Logsdon

193. David Lyon

194. Tramaine Monique Lyons-Hillard

195. David Paul Mares

196. DAVID PAUL MARES, as Next Friend to his minor child, L.M.

197. DAVID PAUL MARES, as Next Friend to his minor child, T.M.

198. Linda Mares

199. HEATHER KIMMEY MARINICS, as Next Friend to her minor child, S.M.

200. Lila Meade Marinics

201. Van Marinics[5]

---

[5] Van Marinics identified in the operative complaint as "HEATHER KIMMEY MARINICS, as Next Friend to her minor child, V.M.," but has since reached the age of 18 and is settling in their own capacity.

202. Erin Martin

203. Hunter Hawkins Martin

204. RACHELE MASICLAT, as Next Friend to her minor child, K.J.M.

205. RACHELE MASICLAT, as Next Friend to her minor child, K.L.M.

206. RACHELE MASICLAT, as Next Friend to her minor child, M.M.

207. CHIQUI EVANGELISTA MATEO, as Next Friend to her minor child, Christi.M.

208. CHIQUI EVANGELISTA MATEO, as Next Friend to her minor child, Christo.M.

209. RACHEL ANNE MAURRASSE, as Next Friend to her minor child, T.M.

210. Charity Dawn Mccallister

211. Kirt Riley Mccallister

212. Kathy Lynn Mcmurry

213. JOSHLINN MCNEILL, as Next Friend to her minor child, N.M.

214. Adriana Meacham

215. Stevie Leeann Meeker

216. BARBARA VANESA MILLARD, as Next Friend to her minor child, D.M.

217. Daniel M. Miller

14

218. Christopher Minotta-Kelso

219. Joshua Minotta-Kelso

220. MOEGA MISIAFA, as Next Friend to her minor child, R.M.

221. John Gerard Mol

222. Mary Monrose

223. JOHN RUDOLPHO MONTOYA, as Next Friend to his minor child, S.M.

224. Steven Moss

225. GEARLRONE WILLIAMS, as Next Friend to her minor child, J.M.

226. SHAIANN LEILANI CAZINHA, as Next Friend to her minor child, L.N.

227. Dion Nelson

228. Taylor M. Neris

229. TAYLOR NICOLE NEWTON, as Next Friend to her minor child, C.N.

230. TAYLOR NICOLE NEWTON, as Next Friend to her minor child, K.W.N.

231. ALEXANDRA NICHOLS, as Next Friend to her minor child, E.N.

232. Vanessa Noriega

233. JOANNA RENAE HARRELL, as Next Friend to her minor child, P.N.

234. Arthur Jason Olega

235. Kayle Osai[6]

236. Osai Osai

237. Zechariah Pama

238. Naiya Parker

239. Brendan Parrow

240. Lauren Pennington

241. DAYLYN M. PERALTA, as Next Friend to her minor child, Da.P.

242. DAYLYN M. PERALTA, as Next Friend to her minor child, Di.P.

243. Amy M. Perez

244. ROGELIO PEREZ, as Next Friend to his minor child, L.P.

245. Shane Perez

246. Kim Lorraine Peterson

247. TAYLOR SAMBORSKY, as Next Friend to her minor child, B.P.

248. JENNIFER MELISSA POKU, as Next Friend to her minor child, K.P.

249. JENNIFER MELISSA POKU, as Next Friend to her minor child, S.P.

250. Ziannah Elizabeth Polston

251. HEATHER POSS, as Next Friend to her minor child, B.P.

252. HEATHER POSS, as Next Friend to her minor child, C.P., JR.

---

[6] Kayle Osai identified in the operative complaint as "MELISSA HARPER-OSAI, as Next Friend to her minor child, K.O.," but has since reached the age of 18 and is settling in their own capacity.

16

253. HEATHER POSS, as Next Friend to her minor child, S.P.

254. Marie Catherine Poynter

255. HERMELYN YAGO MARTINEZ PREPOSI, as Next Friend to her minor child, A.J.P.

256. HERMELYN YAGO MARTINEZ PREPOSI, as Next Friend to her minor child, A.M.P.

257. Aliyah Patricia Martinez Pulido

258. MA SARAH TRICIA MARTINEZ PULIDO, as Next Friend to her minor child, Al.P.M.P.

259. MA SARAH TRICIA MARTINEZ PULIDO, as Next Friend to her minor child, Ay.S.M.P.

260. MERRANDA LYNN RAMIREZ, as Next Friend to her minor child, K.R.

261. MERRANDA LYNN RAMIREZ, as Next Friend to her minor child, L.R.

262. MERRANDA LYNN RAMIREZ, as Next Friend to her minor child, R.R.

263. Casey Leigh Ramones

264. CHRISTINE AKANE RANDALL, as Next Friend to her minor child, K.R.

265. CHRISTINE AKANE RANDALL, as Next Friend to her minor child, S.R.

266. Mitsuko Randall

267. Isabella K. Raney

268. MORGAN RIGG, as Next Friend to her minor child, A.R.

269. MORGAN RIGG, as Next Friend to her minor child, H.R.

270. Trevor K. Robb

271. Quinten Dade Rodgers

272. JOSHUA MICHAEL ROGERS, as Next Friend to his minor child, E.R.

273. RICARDO FRANCISCO RUANO, as Next Friend to his minor child, R.R.

274. Yessenia Navarro Ruano

275. Kaleiiliahi Ranae Ruiz

276. Doris Sagucio

277. JUAN CARLOS AGUILAR SALAZAR, as Next Friend to his minor child, A.S.

278. JUAN CARLOS AGUILAR SALAZAR, as Next Friend to his minor child, G.S.

279. TAYLOR SAMBORSKY, as Next Friend to her minor child, C.S.

280. Alison Jeannie Diane Sarono

281. Peyton Aaron Sarono

282. James Charles Sarosi

283. Tonya Sarosi

284. LYDIA SCHMIDT, as Next Friend to her minor child, M.S.

285. LYDIA SCHMIDT, as Next Friend to her minor child, S.S.

286. LYDIA SCHMIDT, as Next Friend to her minor child, T.S.

287. ELIZABETH SCHNEIDER, as Next Friend to her minor child, E.S.

288. ELIZABETH SCHNEIDER, as Next Friend to her minor child, O.S.

289. Miranda Schreier

290. Michele Seibert

291. Pamela Cathrine Seno

292. Slone K. Seno

293. Wendell V. Seno

294. Brandi Bell Shepherd

295. Lindsey Silcox

296. Theodore Andrew Slocum

297. BRITTANY MACKAY, as Next Friend to her minor child, C.S.

298. Katrina Jones Smith

299. Dawn Smither

300. Emma Grace Solis

301. JANELL MARIE STANFIELD, as Next Friend to her minor child, A.S.

302. RYAN JACOB STEGER, as Next Friend to his minor child, J.S.

303. RYAN JACOB STEGER, as Next Friend to his minor child, M.S.

304. RYAN JACOB STEGER, as Next Friend to his minor child, R.S.

305. ERIN RAE STEWART, as Next Friend to her minor child, J.S.

306. JAMES CRAWFORD STIRLING, as Next Friend to his minor child, J.S.

V

307. JAMES CRAWFORD STIRLING, as Next Friend to his minor child,

K.S.

308. ELIZABETH ANN STRADFORD, as Next Friend to her minor child,

Jo.S.

309. Madeline Strouse

310. Dennis Taeatafa

311. Oloalilo G.S. Taeatafa

312. OLOALILO G.S. TAEATAFA, as Next Friend to her minor child, Ta.T.

313. OLOALILO G.S. TAEATAFA, as Next Friend to her minor child, Tu.T.

314. Blayne Taguchi

315. Loretta Tanner

316. LORETTA TANNER, as Next Friend to her minor child, C.T.

317. LORETTA TANNER, as Next Friend to her minor child, K.T.

318. Riley K. Tate

319. Christie Marie Taylor

320. JASMINE M. TAYLOR, as Next Friend to her minor child, S.T.

321. Kendall Hayden Taylor

322. Antwone Keonamaiokalani Thomas

323. Davie-Ann Momilani Thomas

324. Abigail Armina Thorpe

325. Bethany Ann Thorpe

326. Scott Dillon Thorpe

327. Diana Tobin

328. Anna Jiesel Torres

329. Georjiena Yvisse Torres

330. Kristi Trahan

331. BRIANA TUPOLO, as Next Friend to her minor child, M.B. T.

332. BRIANA TUPOLO, as Next Friend to her minor child, M.R.T.

333. Corey Harper Turner

334. DAYNA MERSBERG, as Next Friend to her minor child, T.U.

335. Aiden Uzialko[7]

---

[7] Aiden Uzialko identified in the operative complaint as "TAYLOR SAMBORSKY, as Next Friend to her minor child, A.U.," but has since reached the age of 18 and is settling in their own capacity.

336. Michael Vining

337. Joshua Ian Wabindato

338. Divine Kirby Kona Walker-Fairley

339. Rogina Warner

340. ROGINA WARNER, as Next Friend to her minor child, Kai.W.

341. Marcus Montrell Washington

342. Kristina Maria West

343. ASHLEY WHITE, as Next Friend to her minor child, E.W.

344. ASHLEY WHITE, as Next Friend to her minor child, J.W., JR.

345. LAURA MARIE WHITFORD, as Next Friend to her minor child, E.W.

346. LAURA MARIE WHITFORD, as Next Friend to her minor child, G.W.

347. LAURA MARIE WHITFORD, as Next Friend to her minor child, I.W.

348. LAURA MARIE WHITFORD, as Next Friend to her minor child, L.W.

349. Lauren Wilde

350. Jayda Williams

351. JONELLE WILLIAMS, as Next Friend to her minor child, C.W.

352. Monee Cheyenne Wabindato-Campbell

353. Jacob K. Wilson

354. Hudson Wood[8]

---

[8] Hudson Wood identified in the operative complaint as "JENNIFER WOOD, as Next Friend to her minor child, H.W.," but has since reached the age of 18 and is settling in their own capacity.

355. Joeseph Yoder

356. Warrick Yoder

357. Wynette Zamora

358. Kelly Ann Zayas

359. WENDY MARIE ZEITLER, as Next Friend to her minor child, A.Z.

360. WENDY MARIE ZEITLER, as Next Friend to her minor child, B.Z.

361. WENDY MARIE ZEITLER, as Next Friend to her minor child, E.Z.

362. Cheryl Puanani Zembik

These Plaintiffs and the United States are to bear their own costs and attorneys' fees.

DATED: August 12, 2026

Respectfully submitted,

*/s/ Frederick C. Baker with permission*
Frederick C. Baker
Attorney for Plaintiff

DATED: August 12, 2026

*/s/ Eric Rey*
ERIC REY
Trial Attorney
Environmental Tort Litigation
Civil Div., U.S. Department of Justice
Attorney for the United States

APPROVED AND SO ORDERED:

DATED: HONOLULU, HAWAII, August 12, 2026.



/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge

---

*Feindt v. United States*, 22-cv-00397 LEK-KJM, *Hughes v. United States*, 24-cv-00059-LEK-KJM, "Stipulation of Dismissal with Prejudice of 362 Plaintiffs"