J. PATRICK GLYNN, Director
CAROLINE STANTON, Trial Attorney
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 598-9070
Email: Caroline.W.Stanton@usdoj.gov

*Attorneys for the United States of America*

LYLE S. HOSODA 3964-0
SPENCER J. LAU 11105-0
*Hosoda Law Group, AAL, ALC*
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai‘i 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
Email: lsh@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR *Pro Hac Vice*
MARY M. NEUSEL *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 693-8029
Email: kristina@well.law; maggie@well.law

FREDERICK C. BAKER *Pro Hac Vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM<br><br>STIPULATION REGARDING SETTLEMENT FOR OCTOBER 19, 2026 TRIAL PLAINTIFFS NATASHA GOSHORN, D.M.U., D.P.G., and M.M.G.<br><br>TRIAL DATE: October 19, 2026<br><br>JUDGE: Hon. Leslie E. Kobayashi |
| JACLYN HUGHES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 24-cv-00059-LEK-KJM |

**STIPULATION REGARDING SETTLEMENT FOR OCTOBER 19, 2026 TRIAL PLAINTIFFS NATASHA GOSHORN, D.M.U., D.P.G., and M.M.G.**

Whereas Plaintiffs Natasha Goshorn, Natasha Goshorn as next friend to her minor child D.M.U., Natasha Goshorn as next friend to her minor child D.P.G., and Natasha Goshorn as next friend to her minor child M.M.G., were selected as Fast Track Trial Plaintiffs for the October 19, 2026 trial, *see* ECF No. 783; and

Whereas the Parties have agreed to a compromised resolution of the claims of Plaintiffs Natasha Goshorn, D.M.U., D.P.G., and M.M.G. in the amounts offered by the United States on August 25, 2026, the Parties hereby stipulate that:

1. Plaintiffs shall provide signed settlement agreements for Natasha Goshorn, D.M.U., D.P.G., and M.M.G. by September 1, 2026;
2. Upon receiving the signed settlement agreements, the United States shall move for a determination of good-faith settlement by September 30, 2026; and
3. Plaintiffs shall move for approval of the settlements of minor plaintiffs D.M.U., D.P.G., and M.M.G. by September 30, 2026.

DATED: August 26, 2026

/s/ *Kristina Baehr (with permission)*
KRISTINA BAEHR
LYLE HOSODA
FREDERICK BAKER
Attorneys for Plaintiffs

/s/ *Caroline W. Stanton*
CAROLINE W. STANTON
Attorney for the United States

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, August 26, 2026.

Kenneth J. Mansfield
United States Magistrate Judge

*Feindt v. United States*, 22-cv-00397 LEK-KJM, *Hughes v. United States*, 24-cv-00059-LEK-KJM, "Stipulation Regarding Settlement for October 19, 2026 Trial Plaintiffs Natasha Goshorn, D.M.U., D.P.G., and M.M.G."