J. PATRICK GLYNN, Director
CAROLINE W. STANTON, Senior Trial Counsel
Environmental Tort Litigation
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 598-9070
Email: Caroline.W.Stanton@usdoj.gov

*Attorneys for the United States of America*

LYLE S. HOSODA 3964-0
SPENCER J. LAU 11105-0
*Hosoda Law Group, AAL, ALC*
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaiʻi 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
Email: lsh@hosodalaw.com; sjl@hosodalaw.com

KRISTINA S. BAEHR *Pro Hac Vice*
MARY M. NEUSEL *Pro Hac Vice*
JUST WELL LAW, PLLC
2606 W 8th St, Unit 2
Austin, TX 78703
Telephone: (512) 693-8029
Email: kristina@well.law; maggie@well.law

FREDERICK C. BAKER *Pro Hac Vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: fbaker@motleyrice.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 22-cv-00397-LEK-KJM<br><br>STIPULATION REGARDING SETTLEMENT FOR NOVEMBER 9, 2026 FTT PLAINTIFFS J.W.M. and C.M.L.<br><br>TRIAL DATE: November 9, 2026<br><br>JUDGE: Hon. Leslie E. Kobayashi |
| JACLYN HUGHES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 24-cv-00059-LEK-KJM |

**STIPULATION REGARDING SETTLEMENT FOR NOVEMBER 9, 2026 TRIAL PLAINTIFFS J.W.M. AND C.M.L.**

Whereas the Parties have agreed to a compromised resolution of the claims of (1) Genevieve Beverly Mayer, as next friend to her minor child J.W.M., and (2) Amy Seifert Leppert, as next friend to her minor child C.M.L., who were selected for the November 9, 2026 Fast Track Trial in this matter, *see* ECF No. 847, the Parties stipulate that:

1. Plaintiffs shall provide signed settlement agreements for J.W.M. and C.M.L. by September 23, 2026,

2. Upon receiving their signed settlement agreements, the United States shall move for a determination of good-faith settlement as J.W.M. and C.M.L. by September 30, 2026, and

3. Plaintiffs shall move for approval of the settlements of J.W.M. and C.M.L. by September 30, 2026.

DATED: September 16, 2026

/s/ *Kristina Baehr (with permission)*
KRISTINA BAEHR
LYLE HOSODA
FREDERICK BAKER
Attorneys for Plaintiffs

/s/ *Caroline W. Stanton*
CAROLINE W. STANTON
Attorney for the United States

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, September 16, 2026.

Kenneth J. Mansfield
United States Magistrate Judge