IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PATRICK FEINDT, JR., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Civil No. 22-00397 LEK-KJM<br><br>FINDINGS AND RECOMMENDATION TO GRANT UNITED STATES' PETITON FOR GOOD FAITH SETTLEMENT DETERMINATION (ECF NO. 879) |
| JACLYN HUGHES, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Civil No. 24-00059 LEK-KJM |

FINDINGS AND RECOMMENDATION TO GRANT UNITED STATES' PETITION FOR GOOD FAITH SETTLEMENT DETERMINATION (ECF NO. 879)

On August 14, 2026, Defendant United States of America ("Defendant") filed a Petition for Good Faith Settlement Determination ("Petition"), seeking a determination of good faith settlement for 68 settling plaintiffs (collectively,

"Plaintiffs").[1] ECF No. 879.[2] This is the Ninth petition for good faith settlement determination filed in these consolidated cases.

On August 17, 2026, non-parties Ohana Military Communities, LLC ("Ohana"), and Hunt MH Property Management, LLC ("Hunt"), timely filed a Memorandum in Opposition to the Petition. ECF No. 882. Therein, Ohana and Hunt reiterated and incorporated by reference their previous opposition filed on February 24, 2026. ECF. No. 677.

On September 3, 2026, non-parties CP IV Waterfront, LLC d/b/a Kapilina Beach House ("Kapilina"), and GREP Southwest, LLC ("GREP"), filed a Statement of Position to the Petition. ECF No. 907. Therein, Kapilina and GREP incorporated by reference their previous position set forth in their statement filed on March 6, 2026. ECF No. 694.

On September 10, 2026, Plaintiffs filed a Response to the Petition. ECF No. 914. Therein, Plaintiffs state that they "consent to, and affirmatively support," the Petition. *Id.* at 3.

The Court did not receive any other objections.

---

[1] ECF No. 879-2 contains a list of the settling plaintiffs that are the subject of the Petition.

[2] The Court cites to the *Feindt* docket, unless otherwise noted.

On September 23, 2026, the Court held a hearing on the Petition via video conference. ECF No. 935. Kenneth A. Haywood, Esq., appeared on behalf of Defendant. Lyle S. Hosoda, Esq., appeared on behalf of Plaintiffs. Kamala S. Haake, Esq., appeared on behalf of Ohana and Hunt. Lisa K. Swartzfager, Esq., appeared on behalf of Kapilina and GREP.

The Court has carefully considered the memoranda, applicable law, record in this case, and the oral arguments of counsel. For the reasons set forth in the Court's findings and recommendation on Defendant's first petition for good faith settlement determination, which the district court adopted, the Court FINDS AND RECOMMENDS that the district court GRANT the Petition. The Court reiterates and incorporates by reference the analysis contained in its prior order. ECF No. 721, 2026 WL 1071033 (D. Haw. Apr. 2, 2026), *adopted by* ECF No. 743, 2026 WL 1399523 (D. Haw. May 19, 2026).

Based on the foregoing, the Court FINDS that the settlements between the subject settling plaintiffs as listed in ECF No. 879-2 and Defendant United States of America were made in good faith under Hawaii Revised Statutes § 663-15.5. The Court thus RECOMMENDS that the district court GRANT Defendant's Petition for Good Faith Settlement Determination (ECF No. 879).

IT IS SO FOUND AND RECOMMENDED.

DATED: Honolulu, Hawaii, September 24, 2026.

Kenneth J. Mansfield
United States Magistrate Judge

*Feindt v. United States*, Civil No. 22-00397 LEK-KJM; *Hughes v. United States*, Civil No. 24-00059 LEK-KJM; Findings and Recommendation to Grant United States' Petition for Good Faith Settlement Determination