IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PATRICK FEINDT, JR., et al. ,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA ,<br><br>Defendant. | ) | CV 22-00397 LEK-KJM |
| JACLYN HUGHES, et al. ,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA ,<br><br>Defendant. | ) | CV 24-00059 LEK-KJM |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 20, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiffs' Ninth Motion for Approval of Settlement of

*Feindt* and *Hughes* Minors' Claims (ECF No. 893)", ECF No. 964[1], are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, November 4, 2026.

/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge

[1] The Court cites to the *Feindt* docket, unless otherwise noted.